UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE M.C., et al., <br><br>        Plaintiffs, <br><br>v. <br><br>ROBLOX CORPORATION, <br><br>        Defendant. | Case No.  25-cv-10748-VC <br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Chief Judge Richard Seeborg for consideration of whether the case is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. CV 3:25-md-03166-RS.

**IT IS SO ORDERED.**

Dated: 12/19/2025

_____

VINCE CHHABRIA
United States District Judge