# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

As the judge assigned to 25-md-03166, In Re Roblox Corporation Child Sexual Exploitation and Assault Litigation, I find that the cases below are related to the multi-district litigation case assigned to me, and such cases shall be reassigned to me.

| Case | Title |
| --- | --- |
| 3:25-cv-07889 | Doe K.R. et al v. Roblox Corporation |
| 3:25-cv-08300 | Doe v. Roblox Corporation |
| 3:25-cv-08399 | Doe et al v. Roblox Corporation |
| 3:25-cv-08565 | Doe T.P. et al v. Roblox Corporation et al |
| 3:25-cv-08595 | L.Y et al v. Roblox Corporation |
| 3:25-cv-09027 | Doe T.W et al v. Roblox Corportation et al |
| 3:25-cv-09251 | DOE B.L. et al v. Roblox Corporation |
| 3:25-cv-09563 | Doe J.R. et al v. Roblox Corporation et al |
| 3:25-cv-09565 | DOE C.R. et al v. Roblox Corporation et al |
| 3:25-cv-09582 | B. v. Roblox Corporation et al |
| 3:25-cv-09624 | Doe et al v. Roblox Corporation |
| 3:25-cv-09730 | Doe A.C. et al v. Roblox Corporation et al |
| 3:25-cv-09807 | Doe S.E. et al v. Roblox Corporation |
| 3:25-cv-09946 | Doe K.J. et al v. Roblox Corporation |
| 3:25-cv-09990 | Doe L.D. et al v. Roblox Corporation et al |
| 3:25-cv-09991 | DOE S.H. et al v. Roblox Corporation |
| 3:25-cv-10020 | Doe J.N. et al v. Roblox Corporation |
| 3:25-cv-10028 | Doe A.J. et al v. Roblox Corporation et al |
| 3:25-cv-10307 | Doe M.T. et al v. Roblox Corporation et al |
| 4:25-cv-08076 | H.C et al v. Roblox Corporation et al |
| 4:25-cv-08350 | Doe et al v. Roblox Corporation et al |
| 4:25-cv-08756 | JANE DOE A.S., v. Roblox Corporation |
| 4:25-cv-08866 | D.A et al v. Roblox Corporation et al |
| 4:25-cv-09745 | Doe M.B. et al v. Roblox Corporation et al |
| 4:25-cv-09945 | Doe J.R. et al v. Roblox Corporation |
| 4:25-cv-10155 | DOE S.K. et al v. Roblox Corporation et al |
| 4:25-cv-10346 | Jane Doe M.M. v. Roblox Corporation, et al. |

1 of 2

# ORDER

      The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. The parties are instructed that the reassigned cases are subject to the Pretrial Order No. 1 in 25-md-03166, In Re Roblox Corporation Child Sexual Exploitation and Assault Litigation.

Dated: January 5, 2026

_____
RICHARD SEEBORG
Chief United States District Judge