Robert C. Hilliard *(Admitted Pro Hac Vice)*
Texas Bar No.: 09677700
**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
(361) 882-1612 (P) / (361) 882-3015 (F)
bobh@hilliard-law.com

*Proposed Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br>Case No. 25-md-03166-RS<br><br>**APPLICATION FOR CONSIDERATION AS PLAINTIFF'S LEAD COUNSEL** |
| This Document Relates to: ALL ACTIONS | Hearing: January 30, 2026, 9:30 a.m. |

Pursuant to Pretrial Order No. 1, Counsel, Robert C. Hilliard, submits this application for consideration as Plaintiffs' Lead Counsel. This application is supported by the attached letter and resume (Exhibit 1) and oral presentation as may be presented at the January 30, 2026 initial case management conference.

Date: January 12, 2026

Respectfully submitted,

**HILLIARD LAW**

By: /*s/ Robert C. Hilliard*

**Robert C. Hilliard** *(Admitted Pro Hac Vice)*
Texas Bar No.: 09677700
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
(361) 882-1612 (P) / (361) 882-3015 (F)
bobh@hilliard-law.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on this 12th day of January, 2026, I electronically filed the foregoing with the court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Robert C. Hilliard*
**Robert C. Hilliard**