# EXHIBIT 1



January 12, 2026

<u>*Submitted via ECF*</u>
The Honorable Richard Seeborg
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:    Application of Robert C. Hilliard to be Appointed Plaintiffs' Lead Counsel,
*In re Roblox Corporation Child Sexual Exploitation and Assault Litigation***

Dear Judge Seeborg,

This MDL arises at the all-too-common intersection of the accessibility of an online platform and its exploitation by child predators to sexually abuse and assault kids. On the substantive side, these cases raise a battery of critically important questions running the gamut from the duties the platform owed to its users (and its potential defenses) to the feasibility and costs of adopting more rigorous safety protocols (such as effective age verification). And on the procedural side, beyond the usual MDL complexities, the fact that the plaintiffs are minor abuse victims presents sensitive and unique challenges to be managed in discovery and, if necessary, at trial. I'm certainly not the only lawyer in the country (or even in these cases—five of which are my own, with more still to be filed) who has relevant experience with both MDLs and litigation stemming from the sexual exploitation and abuse of children. But I believe that my track record in the hundreds of cases I've litigated across a career spanning more than four decades, combined with the resources I'll be able to bring to bear to prosecute these cases in a timely and cost-efficient manner as my firm's top priority, situate me as an ideal choice to serve as plaintiffs' lead counsel.

I.    <span style="font-variant: small-caps">Relevant Professional Experience</span>

   a.    **General MDL and Complex Litigation Experience**

I have represented tens of thousands of clients in hundreds of mass tort and similarly coordinated proceedings—including as lead counsel and on multiple plaintiffs' leadership committees. My attached resume provides a detailed list, but relevant examples include:

➤ ***In re Gen. Motors Ignition Switch Litig.*, MDL No. 2543 (S.D.N.Y.)**:[1] I was appointed co-lead counsel by Judge Furman in one of the largest and most complex MDLs in U.S. history, which unfolded alongside multiple parallel proceedings (GM's bankruptcy; DOJ, SEC, and state attorney general investigations; and congressional inquiries). I was directly responsible for overseeing 3,700 death/personal injury cases; coordinating thousands of related state matters (my co-leads oversaw the economic loss issues); helping lead a nationally renowned Executive Committee; assisting in mediations and settlement negotiations overseen by Ken Feinberg; participating in appeals; and serving as lead counsel in the first bellwether jury trial. As noted below, Judge Furman publicly lauded these efforts.

➤ ***Videogame Addiction Cases*, JCCP No. 5363 (Cal. Super. Ct.)**:[2] I am one of the lawyers serving as de facto lead counsel in the *Videogame Addiction* coordinated proceedings pending in California state court. In those cases, I represent thousands of plaintiffs asserting personal injury claims arising from alleged design defects in video games and game platforms—including Roblox.

---

1.  Hon. Jesse M. Furman, 500 Pearl St., New York, NY 10007; Furman_NYSDChambers@nysd.uscourts.gov.
2.  Hon. Lawrence P. Riff, 111 North Hill Street, Los Angeles, CA 90012; (213) 663-0601.

➢ ***In re Astroworld Litig.*, No. 202173297 (Tex. Dist. Ct.)**:[3] I served as co-lead counsel in the *Astroworld Litigation*, where a tragic crowd surge killed ten concertgoers and injured hundreds. Cooperative leadership resulted in hundreds of millions of dollars in settlements for young children against an array of defendants—including a confidential nine-figure settlement for our youngest victim.

➢ ***Chapman v. Gen. Motors LLC*, No. 2:19-cv-12333 (E.D. Mich.)**:[4] I was appointed co-class counsel for seven certified state classes encompassing thousands of purchasers of Duramax diesel trucks. I led the litigation in researching, investigating, and working with experts to identify a defect in the CP4 fuel pump; engaged in extensive fact and expert discovery; and participated in at least 20 rounds of motion practice. This resulted in a class settlement for fifty million dollars.

➢ ***In re Guidant Corp. Implantable Defibrillators Prods. Liability Litig.*, No. 05-3658-A (Tex. Dist. Ct.)**:[5] In 2007, I filed the first case in the country against Guidant for defective heart defibrillators, and I drafted and argued countless motions. My deposition of Guidant's CEO played a key role in resolving the national MDL regarding defective defibrillators.

➢ ***Hernández v. Mesa*, No. 15-118 (U.S.)**: I successfully argued in the Supreme Court in support of vacating an en banc Fifth Circuit ruling that had thrown out a complex civil suit arising out of a high-profile, cross-border shooting by a Border Patrol agent.

### b.    Specific Experience With Trauma-Informed Cases / This Subject Matter

A substantial portion of my practice has confronted institutional failures to protect vulnerable individuals—especially cases arising from child sexual abuse and exploitation. I have regularly represented survivors in matters involving systemic misconduct by organizations entrusted with their care, authority, or oversight, and I am familiar with the unique challenges these cases present for plaintiffs, counsel, and the Court.

Most notably, I have served as counsel for the Boy Scouts of America sexual abuse claims, which has resulted in more than $110 million in recoveries for survivors, with additional distributions ongoing through the Scouting Settlement Trust. I have also litigated cases involving abuse and neglect in institutional settings, including the "State School Fight Club" litigation against the Texas Department of Aging and Disability Services—where evidence revealed that staff forced mentally disabled residents to fight each other. I have also represented survivors in a number of clergy abuse cases—including litigation involving priests, bishops, and nuns, all of which implicated institutional failures to prevent or address sexual abuse of minors. In addition, my firm is involved in sexual abuse litigation pending in New York, including a host of matters brought under state revival statutes, which further highlights the range and depth of my experience with survivor-centered abuse claims across diverse fact patterns and jurisdictions.

As anyone who has worked on sexual abuse cases involving children can attest, it is vitally important to remain sensitive to the traumas these victims endured—calibrating client communication; carefully eliciting testimony; following disciplined discovery practices; designing appropriate medical monitoring; and making myriad other strategic and tactical litigation decisions to protect the survivors' dignity while also striving to achieve accountability. There are plenty of lawyers with the skill set and experience to successfully manage MDLs *or* these kinds of cases; far fewer have the skills and experience to successfully manage both.

---

3.  Hon. Kristen Brauchle Hawkins, 201 Caroline St., Houston, TX 77002; (832) 927-2600.
4.  Hon. Terrence G. Berg, 231 W. Lafayette Blvd., Room 701, Detroit, MI 48226; (313) 234-2640.
5.  Hon. Nanette Hasette, 901 Leopard St., Suite 803, Corpus Christi, TX 78401; (361) 888-0506.

## II. PROFESSIONAL AND PERSONAL RESOURCES

Beyond experience with cases implicating both the procedural complexities of MDLs and the sensitivities of this MDL's subject matter, I also have a proven record of working well with co-counsel and opposing counsel and of devising strategies to ensure that these kinds of complex cases are resolved as efficiently and fairly as possible for all concerned. An illustrative example is *Holley v. Gilead Sciences, Inc.,* No. 4:18-cv-6972 (N.D. Cal.),[6] in which we settled our entire docket of 2,469 cases. Judge Tigar recognized the value of our creative and efficient solutions for managing large-scale litigation by granting our motion for non-binding one-day confidential summary jury trials—proceedings that enabled the parties to test numerous cases and issues in advance (or in lieu) of more expensive and slower-moving bellwether trials, helping to quickly resolve the docket. On our motion, Judge Tigar also struck all of the defendant's experts after we showed that Gilead had written their reports.[7] The adversarial system works best when counsel are both actively cooperating with each other and the Court *and* fairly holding each other to account. That duality has been a hallmark of my practice throughout my career.

Beyond the experience and approach I can offer as lead counsel in these cases, I also have the resources. As was true at the time of my appointment as lead counsel in the *GM* MDL, I am not currently serving as lead counsel in any pending federal MDLs, and have only the (well-underway) *Videogame Addiction Cases* at the state level. Roblox would be the primary focus not just for me, but for my entire team—allowing us to promptly and efficiently address the full needs of this litigation with an eye toward minimizing overall costs and expenses while maximizing the plaintiffs' right to their day in court. Judge Furman praised how we struck this exact balance in *GM*, noting that "[our] contributions have been tremendously valuable to individuals with claims against GM. Indeed, no doubt as a result in part of these efforts, the vast majority of claims against New GM have been settled."[8] That would be my goal here, too.

Over more than four decades, I've prepared and tried more than 150 cases to juries, litigating lawsuits of virtually every shape and size, in a diverse array of venues, involving almost every conceivable permutation with respect to the nature of the plaintiffs' claims; potential obstacles and defenses; and the "every trick in the book" real-world litigation behavior of opposing parties and their counsel. Across that wide-ranging experience, success for me has been defined not only by the size of a settlement or a damages award, but also by our ability to restore victims' faith in a society that they believe has failed them. When our most vulnerable have been injured, some in unspeakable ways, we should all be invested in a fair legal and financial outcome, and, as much as possible, in a meaningful shot for the victims at emotional recovery and a better life. To accomplish all of this depends upon a lawyer who has the right experience and who also understands the unique procedural, substantive, and personal challenges that these kinds of cases can present. As much as any of the other talented applicants,[9] I believe that I'm fully qualified to serve as plaintiffs' lead counsel in this MDL—and stand ready to shoulder the full ethical, financial, professional, and personal responsibilities of doing so.

Thank you for your consideration,

Robert C. Hilliard

---

6. Hon. Jon S. Tigar, 1301 Clay Street, Oakland, CA 94612; jstpo@cand.uscourts.gov.

7. *Holley v. Gilead Scis., Inc.*, No. 18-cv-6972, 2023 WL 2440237, at *2–3 (N.D. Cal. Mar. 9, 2023).

8. *In re Gen. Motors Ignition Switch Litig.*, No. 14-MD-2543, 2019 WL 5865112, at *2 (S.D.N.Y. Nov. 8, 2019).

9. I also support the applications of Alexandra Walsh, Sarah London, and Mark Lanier. I believe that a balanced and experienced leadership structure will best serve the plaintiffs' interests and the Court's.



# ROBERT C. HILLIARD
## Hilliard Law
*Founding Partner*

*Robert C. Hilliard has been practicing law for 40 years and has tried over 150 cases to verdict, gaining national recognition for his work on some of the country's most high-profile cases.*

*Mr. Hilliard is the Founding Partner of Hilliard Law and Hilliard Shadowen.*

## U.S. SUPREME COURT

**Successfully argued before the Supreme Court of the United States**

*Hernandez v. Mesa Argument: Feb. 21, 2017*

## ACCOLADES

**National Law Journal 2015 Elite Trial Lawyer of the Year: Motor Vehicles**

**National Law Journal 2016 Elite Trial Lawyer of the Year: Products Liability**

**American Board of Trial Advocates (ABOTA), "Advocate" level (minimal of 50 trials)**

**Texas Super Lawyer 20+ years**

**Litigation Counsel of America (LCA) Member (invitation only)**

**Best Lawyers : Lawyer of the Year 2024 Corpus Christi Area Personal Injury Litigation**

**2021 Lawyer of the Year Corpus Christi Bar Association**

**2011 Public Justice National Trial Lawyer of the Year Finalist**

**Never Forgotten Award, The Innocence Project, Minnesota, 2010**

**Instructor, Gerry Spence Trial Lawyer's College (1997-2000)**

## RECENT COORDINATED PROCEEDINGS/MDL EXPERIENCE:

- *In re: General Motors LLC Ignition Switch Litigation, MDL No. 2543,* **United States District Court for the Southern District of New York (2015):** Served as lead counsel for thousands of personal injury and wrongful death claims involving over 200 law firms nationwide. Responsibilities included directing settlement negotiations, mediations, related bankruptcy proceedings, and two Second Circuit appeals. Acted as lead trial counsel for the first GM bellwether jury trial, delivering opening statements. Judge Furman commended counsel's leadership, efficiency, and effectiveness, noting completion of extensive discovery in under 18 months and successful resolution of over 2,900 cases.

- *Video Game Addiction Cases,* **Judicial Council Coordination Proceeding No. 5363, Superior Court of California, County of Los Angeles (2025):** Counsel in the coordinated proceedings involving personal injury claims arising from alleged design defects in video games developed by multiple technology companies, including Roblox. Although Judge Riff does not see the need to appoint leadership at this stage of the litigation, Hilliard has assumed a substantive role in advancing the litigation through initial motion practice.

- *In re: Astroworld Litigation,* **11th Judicial District Court, Harris County, Texas, Cause No. 202174397 (2021-2025):** The Supreme Court of Texas Judicial Panel on Multidistrict Litigation, Case No. 21-1033 (2021): Co-lead Counsel and Executive Committee Member. This docket has been aggressively and cooperatively pursued by both sides and has resulted in hundreds of millions of dollars in settlements with a majority of the cases settled.

- *Holley v. Gilead Sciences, Inc.,* **United States District Court for the Northern District of California, Case No. 4:18-cv-06972-JST (2018-2024):** Co-led the litigation against Gilead in conjunction with a coordinated proceeding in California state court, where we recently settled our docket of 2,469 cases. The claims relate to injuries caused by Gilead's five tenofovir containing drugs and to Gilead's conduct in withholding safer versions of the medications to maximize profits at the expense of patients' lives and health.

- *Chapman, et al. v. General Motors LLC,* **United States District Court for the Eastern District of Michigan, Case No. 2:19-cv-12333-TGB-DRG (2019):** Appointed as Class Counsel for seven certified classes representing thousands of diesel truck purchasers in litigation over defective CP4 fuel pumps, securing a court-approved multi-million-dollar settlement. Led all aspects of the case, including defect investigation, expert coordination, extensive discovery, and over twenty rounds of motion practice.

**MR. HILLIARD** *is* **DOUBLE BOARD-CERTIFIED** *in* **PERSONAL INJURY TRIAL LAW (1990)** *and* **CIVIL TRIAL LAW (1992).**

## ACCOLADES

**Martindale-Hubbell "AV Preeminent Rating"**

**Instructor, Gerry Spence Trial Lawyer's College (1997-2000)**

**St. Edward's University Athletic Hall of Fame, Tennis**

## BAR & COURT ADMISSIONS

**United States Supreme Court**

**United States Court of Appeals: Second Circuit, Fifth Circuit, Sixth Circuit, Eighth Circuit, & Ninth Circuit**

**United States District Courts: District of Columbia, Eastern, Northern, Southern, and Western Districts of Texas, Eastern and Western District of Michigan**

**State Bar of Texas**

## EDUCATION

**St. Mary's University School of Law - J.D., 1983**

**St. Edward's University B.A. English Literature Summa Cum Laude, 1980**

## SPEECHES

**Paying Victims of Tragedy: Designing Public and Private Compensation Funds, Washington, DC, 2017**

**University of Miami School of Law Class Action & Complex Litigation Forum, 2016**

**"The Soul of Law" Georgetown University**

**33rd Annual Page Keeton Civil Litigation: "Effective Trial Strategies - The Story Starts with You"**

## ADDITIONAL MASS TORT LITIGATION EXPERIENCE:

- *In re: Depo-Provera Products Liability Litigation*, MDL No. 3140, United States District Court for the Northern District of Florida, Pensacola Division (2025)

- *In re: Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation*, MDL No. 3092, United States District Court for the Northern District of Ohio Eastern Division (2024)

- *In re: Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924, United States District Court Southern District of Florida (2020)

- *In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation*, United States District Court for the District of New Jersey, Case No. 2:20-md-02973 (2020)

- *In re: Allergan Biocell Textured Breast Implant Product Liability Litigation*, MDL No. 2921, (BRM) (LDW), (2019)

- *Dukes v. Bristol Myers-Squibb Co., et al.*, Bexar County, Texas, Cause No. 2012-C1-15223 (2013)

- *In re: Risperdal Litigation*, Philadelphia County Court of Common Pleas, Pennsylvania, Case No. 100100649, (2013)

- *In re: FEMA Trailer Product Liability Litigation*, MDL No. 1873 (E.D. La.). (2011)

- *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, Nueces County, Texas, Cause No. 05-3658-A, (2007)

- *In re: Bendectin Litigation*, 214th District Court, Nueces County, Texas, Cause No. 13-92-540-cv (1990s)

## NOTABLE SOCIAL JUSTICE CASES:

- *Lee v. Toyota Motor Corp.*, **Minnesota State Court (2006–2010):** Represented Koua Fong Lee, a Hmong immigrant wrongfully convicted of vehicular homicide, secured his release from prison by proving a vehicle design defect caused sudden unintended acceleration, and subsequently obtained an $11.4 million jury verdict in civil litigation.

- *Miguel Hernandez, et al. v. Adelaide Horn, et. al,* No. C-09-163 (2009): Filed a federal civil-rights action against the Texas Department of Aging and Disability Services arising from documented incidents at the Corpus Christi State School in which state employees allegedly forced residents with intellectual disabilities to engage in physical altercations.

- *Hernandez v. Mesa*, **United States Supreme Court, Nos. 15-118 & 17-1678 (2016–2020):** Represented the family of Sergio Hernández Guereca, litigating constitutional and civil-rights claims through the Fifth Circuit and twice before the United States Supreme Court, including presenting oral argument, regarding the extraterritorial application of the Fourth Amendment and the scope of Bivens remedies.

- *Rusesabagina v. GainJet Aviation S.A.,* **United States District Court for the Western District of Texas, Case No. 24-50630 (2020):** Joined the legal team representing Paul Rusesabagina, a political dissident, and filed a federal civil action against GainJet, alleging its conspiracy with Rwandan agents to kidnap him from the United States and rendition him to Rwanda.

## NOTABLE PRESENTATIONS:

- *Holley et al. vs. Gilead Sciences, Inc.* Truvada Webinar with Pintas & Mullins, May 26, 2021

- *Presenting Arguments at the U.S. Supreme Court Center for Ethics and Leadership*, St. Edward's University, Austin, May 2, 2017

- *A Border Wall, A Bullet and a Constitutional Conundrum: When Police Shoot Across the Border Should US Law Apply?*, Searching for Sanctuary Conference, Berkeley La Raza Law Journal, Berkeley, April 14, 2017

- *Trial: Increasing in Frequency? Bifurcating Liability and Damages, Bellwether Approach* Class Actions Seminar, San Juan, Puerto Rico, May 5, 2016

- *Bridgeport's Volkswagen Class Action & MDL Conference - Diesel Emissions Scandal*, Panel discussion, San Francisco, CA, November 23, 2015