Robert C. Hilliard *(Admitted Pro Hac Vice)*
Texas Bar No.: 09677700
Benjamin R O'Connor *(Admitted Pro Hac Vice)*
Bonnie J. Rickert *(Admitted Pro Hac Vice)*
**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
(361) 882-1612 (P) / (361) 882-3015 (F)
bobh@hilliard-law.com
boconnor@hilliard-law.com
brickert@hilliard-law.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>**ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*John Doe T.P., et al. v. Roblox Corporation, et al.*; Case No. 3:25-cv-08565-RS<br><br>*Jane Doe M.B., et al. v. Roblox Corporation, et al.*; Case No. 3:25-cv-09745-RS<br><br>*John Doe L.D., et al. v. Roblox Corporation, et al.*; Case No. 3:25-cv-09990-RS<br><br>*Jane Doe J.N., et al. v. Roblox Corporation, et al.*; Case No. 3:25-cv-10020-RS<br><br>*Jane Doe A.J., et al. v. Roblox Corporation, et al.*; Case No. 3:25-cv-10028-RS | MDL No. 3166<br><br>Master Docket Number: 3:25-md-03166-RS<br><br>**PLAINTIFFS' MEMBER CASE STATUS REPORT PURSUANT TO PRETRIAL ORDER NO. 1** |

## I.     INTRODUCTION

Plaintiffs, by and through their counsel, Hilliard Law, respectfully submit this Plaintiffs' Member Case Status Report pursuant to Pretrial Order No. 1.

## II.     IDENTIFICATION OF MEMBER CASES

The following actions are now part of this MDL:

1. ***Doe T.P. et al. v. Roblox Corporation et al.***
   **Case Caption:** *Doe T.P. et al. v. Roblox Corporation et al.*

   **Court:** United States District Court for the Northern District of California
   **Civil Action No.:** 3:25-cv-08565-RS
   **Date Filed:** October 7, 2025

2. ***Doe M.B. et al. v. Roblox Corporation et al.***
   **Case Caption:** *Doe M.B. et al. v. Roblox Corporation et al.*
   **Court:** United States District Court for the Northern District of California
   **Civil Action No.:** 3:25-cv-09745-RS
   **Date Filed:** November 12, 2025

3. ***Doe L.D. et al. v. Roblox Corporation et al.***
   **Case Caption:** *Doe L.D. et al. v. Roblox Corporation et al.*
   **Court:** United States District Court for the Northern District of California
   **Civil Action No.:** 3:25-cv-09990-RS
   **Date Filed:** November 20, 2025

4. ***Doe J.N. et al. v. Roblox Corporation***
   **Case Caption:** *Doe J.N. et al. v. Roblox Corporation*
   **Court:** United States District Court for the Northern District of California
   **Civil Action No.:** 3:25-cv-10020-RS
   **Date Filed:** November 20, 2025

5. ***Doe A.J. et al. v. Roblox Corporation et al.***
   **Case Caption:** *Doe A.J. et al. v. Roblox Corporation et al.*
   **Court:** United States District Court for the Northern District of California
   **Civil Action No.:** 3:25-cv-10028-RS
   **Date Filed:** November 20, 2025

Each of the above actions involves substantially similar factual allegations and overlapping legal issues. Plaintiffs therefore address the status of these cases collectively in this report.

### III.  PENDING MOTIONS AND CURRENT STATUS

There are no pending motions in any of the member cases at this time. No dispositive, procedural, or merits-based motion practice has occurred in these member cases. Each action is in the early stages of litigation following transfer to this Court as part of MDL No. 3166, and no answers have been filed by Defendant Roblox Corporation to date.

### IV.  ORDERS REQUESTED TO BE STAYED OR VACATED

Plaintiffs do not request that any prior orders be stayed or vacated.

### V.  RELATED CASES PENDING IN STATE OR FEDERAL COURT

Other than the member cases identified above, Plaintiffs' counsel has one case pending in Superior Court of California, San Mateo County, *Jane Doe M.B. v. Roblox Corporation, et al.*, Case No. 26-CIV-00085.

## VI.     KEY FACTS AND CRITICAL FACTUAL AND LEGAL ISSUES

Each of the member cases arises from allegations that minor Plaintiffs were targeted, groomed, and sexually exploited by adult predators through the online gaming platform of Defendants Roblox Corporation ("Roblox"). Roblox and other online platforms, designed, marketed, and operated its platform in a manner that enabled predators to identify and communicate with minor users. Roblox failed to implement reasonable safety and moderation measures and misrepresented the safety of the platform to parents and guardians.

Predators were able to initiate contact with minor Plaintiffs in the above-referenced cases through Roblox and, in some instances, move communications to off-platform services such as Discord. Predators then took actions that escalated the abuse, by soliciting explicit images, videos and other child sexual abuse material ("CSAM"). Plaintiffs allege that Roblox Corporation knew or should have known of these risks but failed to take reasonable steps to prevent foreseeable harm. As a result of the alleged conduct, Plaintiffs suffered, and continue to suffer, severe and lasting psychological and emotional injuries, including trauma, mental anguish, and loss of normal childhood development.

The critical legal issues common to the member cases include whether Roblox Corporation negligently designed and operated its platform, failed to warn users and parents of known risks, and fraudulently or negligently misrepresented the safety of its platform for children. Each complaint asserts substantially similar causes of action, including claims for negligence, failure to warn, design defect, negligent undertaking, and misrepresentation.

Threshold issues in these cases include the validity of purported arbitration agreements, applicability, if any, of Section 230 and First Amendment arguments likely to be asserted by Defendants.

## VII. ISSUES SPECIFIC TO THE MEMBER CASES

Plaintiff-specific issues in these cases include specific causation of a given Plaintiff's injuries; individual reliance; Plaintiff-specific damages; and case-specific arbitration facts.

## VIII. DISCOVERY TAKEN TO DATE

No discovery has been taken to date in these member cases.

## IX. PROCEDURAL POSTURE

The member cases were transferred to this Court pursuant to the Judicial Panel on Multidistrict Litigation's transfer order and are now proceeding as part of MDL No. 3166. Pretrial Order No. 1 governs proceedings in this MDL, and leadership appointments and further case management orders are forthcoming. Plaintiffs' counsel has filed an application for appointment of lead counsel pursuant to Pretrial Order No. 1.

## X. CONCLUSION

Plaintiffs respectfully submit this Plaintiffs' Member Case Status Report to assist the Court in the efficient coordination and management of the member cases within MDL No. 3166.

Date: January 16, 2026

Respectfully submitted,

**HILLIARD LAW**

By: /*s/ Robert C. Hilliard*

**Robert C. Hilliard** (*Admitted Pro Hac Vice*)
Texas Bar No.: 09677700
Benjamin R O'Connor (*Admitted Pro Hac Vice*)
Bonnie J. Rickert (*Admitted Pro Hac Vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
(361) 882-1612 (P) / (361) 882-3015 (F)
bobh@hilliard-law.com
boconnor@hilliard-law.com
brickert@hilliard-law.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Robert C. Hilliard, hereby certify that on this 16th day of January, 2026, I electronically filed the foregoing with the court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Robert C. Hilliard*
**Robert C. Hilliard**