Melissa Hague (*Pro Hac Vice Forthcoming*)
Teresa Jauregui *(Admitted Pro Hac Vice)*
Melissa Ephron (*Pro Hac Vice Forthcoming*)
**THE JOEL BIEBER FIRM**
Two Liberty Place
50 S. 16th Street, Suite 1700
Philadelphia, PA 19102
Telephone: (267) 554-2414
Email: mhague@joelbieber.com
Email: tjauregui@joelbieber.com
Email: mephron@joelbieber.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: | |
| 25-10708 | |
| JANE A.P. DOE, a minor by and through her parent and natural guardian, JANE L.P. DOE v. ROBLOX CORPORATION, et al. | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**
 ☒ None

 ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
|  |  |  |  |

**2. Orders the Party Requests Be Stayed or Vacated**
  ☒ None

  ☐ Yes

**3. Discovery Taken to Date**
  ☒ None

  ☐ Yes

**4. Critical Facts and Legal Issues**

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
  ☒ None

  ☐ Yes

**6. Related Cases Pending in Federal or State Court**
  ☐ None

  ☒ Yes; Pursuant to law enforcement investigation this matter involves the same perpetrator as matter *Jane D.R. Doe v. Roblox Corporation et al.; 3:25-cv-11102* (NDCA)

\*\*\*

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026                                   Respectfully submitted,

                                                           By: /s/ Teresa Jauregui
                                                           Melissa Hague (*pro hac vice forthcoming*)
                                                           Teresa Jauregui (*admitted pro hac vice*)

| | |
|---|---|
| 1 | |
| 2 | Melissa Ephron (*pro hac vice forthcoming*) |
| | **THE JOEL BIEBER FIRM** |
| 3 | Two Liberty Place |
| | 50 S. 16th Street, Suite 1700 |
| 4 | Philadelphia, PA 19102 |
| | Telephone: (267) 554-2414 |
| 5 | Facsimile: (610) 860-6352 |
| | mhague@joelbieber.com |
| 6 | tjauregui@joelbieber.com |
| | mephron@joelbieber.com |
| 7 | |
| 8 | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send notification of the filing to counsel of record for the parties at the email addresses contained in the Electronic Mail Notice List.

Dated: January 16, 2026  /s/ *Teresa K. Jauregui*
Teresa K. Jauregui