1
2
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3
4   _____, 	Case No. _____

5
6   	**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
    	(CIVIL LOCAL RULE 11-3)
7
8   _____

9

10   I, _____, an active member in good standing of the bar of

11   _____, hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: _____ in the

13   above-entitled action. My local co-counsel in this case is _____, an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California. Local co-counsel's bar number is: _____.

16

17   _____   _____
     MY ADDRESS OF RECORD                          LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18
19   _____   _____
     MY TELEPHONE # OF RECORD                      LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20
     _____   _____
     MY EMAIL ADDRESS OF RECORD                    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21

22   I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: _____.

24   A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26   I have been granted pro hac vice admission by the Court _____ times in the 12 months

27   preceding this application.

28

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____<br>APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# EXHIBIT A

*Jane Doe GS 1, a minor by and through her parent, Parent GS 1 v. Roblox Corporation et al,* No. 3:25-cv-07143-RS (N.D. Cal.)

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 1/16/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Kelly K McNabb

This is to certify that Kelly K McNabb, Utah State Bar No. 19167 was admitted to practice law in Utah on 2/13/2024.

Kelly K McNabb is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1154294
verify by email at cogsrequest@utahbar.org