Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (*pro hac vice*)
akaufman@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe GS 1 v. Roblox Corporation and Meta Platforms, Inc.,* Case No. 3:25-cv-07143-RS | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 3:25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**

 ☒ None

 ☐ Yes

**2. Orders the Party Requests Be Stayed or Vacated**

☒ None

☐ Yes

**3. Discovery Taken to Date**

There has been no formal discovery taken to date, however, Plaintiff provided both Defendants with certain information to identify Plaintiff's accounts on Defendants' platforms.

**4. Critical Facts and Legal Issues**

Minor Plaintiff began playing Roblox in 2023. Plaintiff's Mother only allowed Minor Plaintiff to play Roblox under supervision and did not allow her to use Instagram at all. Despite Plaintiff's Mother's attempts to keep Minor Plaintiff safe, Minor Plaintiff was abused and exploited by a predator she met on Roblox in 2025, when she was only 15 years old. In the game "Lifetogether," the predator targeted Minor Plaintiff, asked her various sexually explicit questions on a chat visible to others, and performed simulated sex acts upon Minor Plaintiff's avatar. In a private chat, the predator encouraged Minor Plaintiff to make an Instagram, and even used his phone number to create the Instagram account. On Instagram, the predator systematically extracted nude content from Minor Plaintiff and sent nude content to Minor Plaintiff, including images of Minor Plaintiff masturbating. As a result of this sexual exploitation, Minor Plaintiff became severely anxious and depressed, attempted suicide, self-harmed, and ran away from home. She was hospitalized various times to receive mental health treatment.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn. Critical factual issues will be Defendants' knowledge of the risk to children on their platforms due to the prevalence of predators, the truth of safety representations Defendants made concerning their platforms, the reasonableness of the design of Defendants' platforms, and the foreseeability of injury to Minor Plaintiff.

Critical legal issues will concern whether the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act bars enforcement of any alleged arbitration agreement, whether Minor

Plaintiff disaffirmed any alleged arbitration agreement, and whether Minor Plaintiff entered a contract with Defendants in the first place. Additionally, the Court will have to decide whether Section 230 applies to Minor Plaintiff's claims, and whether the First Amendment protects Defendants' allegedly "editorial decisions."

**5. Issues Specific to the Member Case**

☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**

☒ None[1]

☐ Yes

*** 

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026

Respectfully submitted,

By: /s/ Sarah London
Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (*pro hac vice*)
akaufman@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Attorneys for Plaintiff*

---

[1] Please note that Girard Sharp LLP has filed two additional cases in N.D. Cal that are awaiting transfer into this MDL. *See Jane Doe 2 v. Roblox Corporation and Meta Platforms, Inc.*, Case No. 3:26-cv-00324; *Jane Doe 4 v. Roblox Corporation and Meta Platforms, Inc.*, Case No. 3:26-cv-00327.