UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to:<br>*Jane Doe T.W., as guardian and next friend of minor plaintiff John Doe D.C. v. Roblox Corporation and Discord Inc.,*<br>3:25-cv-09027-RS | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

4. **Critical Facts and Legal Issues**

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn. The key facts and critical factual and legal issues arise from Defendants' facilitation of the creation and distribution of child sexual abuse material and the sexual exploitation and abuse of minors. Defendants intentionally or negligently designed, marketed, and operated their gaming social media platforms which lacked adequate safety features or warnings. Further, features designed by Defendants enabled child predators to identify, groom, coerce, and extort minors into exchanging sexually explicit images, among other forms of exploitation. Specific to this member case, Plaintiff was 12 years old when multiple adult predators, posing as fellow children, approached him on the Roblox gaming platform. These adult predators proceeded to groom Plaintiff on Roblox and Discord and coerced him into sending sexually explicit images and videos of himself on the Discord platform.

**5. Issues Specific to the Member Case**
☒ None

☐Yes

**6. Related Cases Pending in Federal or State Court**
☐ None

☒Yes. Plaintiff is aware that a Petition for Coordination was recently filed with the Chair of the Judicial Council of California against Roblox Corporation and Discord Inc. Plaintiff is also currently aware of the following related cases pending in this District, which have not yet been transferred into MDL No. 3166:

- *John Doe L.S., as guardian and next friend of minor plaintiff, Jane Doe A.S. v. Roblox Corp. and Discord Inc.*, 3:25-cv-10607-JD. This case is currently assigned to Judge James Donato and set for Initial Case Management Conference on 3/19/2026 in Courtroom 11.
- *John Doe J.J., as guardian and next friend of minor plaintiff, John Doe K.J. v. Roblox Corporation*, 3:26-cv-00146-AGT. This case is currently assigned to Magistrate Judge Alex G. Tse and set for Initial Case Management Conference on 4/10/2026.
- *Jane Doe J.B., as guardian and next friend of minor plaintiff, Jane Doe E.B. v. Roblox Corp. and Discord Inc.*, 3:26-cv-00230-SK. This case is currently assigned to Magistrate Judge Sallie Kim and set for Initial Case Management Conference on 4/13/2026.

1

2

- *Jane Doe J.F., as guardian and next friend of minor plaintiff, Jane Doe V.F. v. Roblox Corp., Discord Inc., and Snap Inc.,* 4:26-cv-00299-KAW. This case is currently assigned to Magistrate Judge Kandis A. Westmore.

3

\*\*\*

4

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO

5

No. 1 and stands ready to provide any additional information the Court may require.

6

7

Date:   January 16, 2026                                    Respectfully submitted,

8

9

By: /s/ *Matthew A. Dolman*

Matthew A. Dolman

10

matt@dolmanlaw.com

R. Stanley Gipe*

11

stan.gipe@dolmanlaw.com

Sara D. Beller (SBN 316210)

12

sara.beller@dolmanlaw.com

**DOLMAN LAW GROUP**

13

800 N. Belcher Rd.

Clearwater, FL 33765

14

Telephone: (727) 451-6900

Facsimile: (727) 451-6907

15

16

*Attorneys for Plaintiff*

17

*\*Pro Hac Vice* motions forthcoming

18

19

20

21

22

23

24

25

26

27

28

3

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on January 16, 2026, I electronically filed the foregoing document

3

with the Clerk of Court using the CM/ECF system, which will automatically send notification of

4

the filing to counsel of record for the parties at the email addresses contained in the Electronic

5

Mail Notice List.

6

Dated: January 16, 2026

7

8

9
    /s/ Matthew A. Dolman
    Matthew A. Dolman

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28