Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (*pro hac vice*)
akaufman@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 <br><br> Case No. 3:25-md-03166-RS <br><br> **MEMBER CASE STATUS REPORT** |
| This document relates to: <br><br> *John Doe GS 3 v. Roblox Corporation and Discord, Inc.,* Case No. 3:26-cv-00326 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 3:25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**

☒ None

☐ Yes

**2. Orders the Party Requests Be Stayed or Vacated**

☒ None

☐ Yes

**3. Discovery Taken to Date**

There has not been discovery taken to date.

**4. Critical Facts and Legal Issues**

Minor Plaintiff began playing Roblox in 2020. Before allowing Minor Plaintiff to play Roblox, Plaintiff's Parents diligently researched Roblox and determined that it was safe for children to use based on numerous representations from Roblox and Roblox's user interface. Plaintiff's Parents were unsure if Discord was safe for children, so they did not allow Minor Plaintiff to use this platform. Minor Plaintiff began using Discord in 2023 without his parents' permission. Tragically, Minor Plaintiff was abused and exploited by a predator he met on Roblox in 2023, when he was 12 years old. An adult predator targeted him in Roblox, and manipulated Minor Plaintiff to continue communicating with him on Discord. On Discord, the predator systematically extracted nude content from Minor Plaintiff and coerced Minor Plaintiff to engage in masturbation and other sex acts on video chat. As a result of this sexual exploitation, Minor Plaintiff became severely anxious, traumatized, and isolated, and began having suicidal thoughts. He has received a variety of mental health treatments.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn. Critical factual issues will be Defendants' knowledge of the risk to children on their platforms due to predators, the truth of safety representations Defendants made concerning their platforms, the reasonableness of the design of Defendants' platforms, and the foreseeability of injury to Minor Plaintiff.

Critical legal issues will concern whether the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act bars enforcement of any alleged arbitration agreement, whether Minor Plaintiff disaffirmed any alleged arbitration agreement, whether Minor Plaintiff entered a contract

with Defendants in the first place. Additionally, the Court will have to decide whether Section 230 applies to Minor Plaintiff's claims, and whether the First Amendment protects Defendants' allegedly "editorial decisions."

**5.  Issues Specific to the Member Case**

☒ None

☐ Yes

**6.  Related Cases Pending in Federal or State Court**

☒ None[1]

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026

Respectfully submitted,

By: /s/ Sarah London
Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (*pro hac vice*)
akaufman@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Attorneys for Plaintiff*

---

[1] Please note that Girard Sharp LLP has filed two additional cases in N.D. Cal that are awaiting transfer into this MDL. *See Jane Doe 2 v. Roblox Corporation and Meta Platforms, Inc.*, Case No. 3:26-cv-00324; *Jane Doe 4 v. Roblox Corporation and Meta Platforms, Inc.*, Case No. 3:26-cv-00327.