Anne Andrews (SBN: 103280)
Robert Siko (SBN: 312856)
**ANDREWS & HIGGINS**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
aa@andrewshiggins.com
rsiko@andrewshiggins.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br>Case No. 25-md-03166-RS |
| This document relates to:<br><br>*Joseph Doe, as next friend of minor Plaintiff, John Doe, v. Roblox Corporation and Does 1- 50, inclusive;* 3:25-cv-07899-RS | **MEMBER CASE STATUS REPORT** |

  Plaintiff, Joseph Doe, as next friend of minor Plaintiff, John Doe, respectfully submits this Member Case Status Report in compliance with the Court's Pretrial Order No. 1 at 10. *See* ECF No. 2.

  There are no motions pending in this member case. The Parties agreed to stay this member case during the pendency of the JPML Motion to Transfer; that order was entered on October 7, 2025 by Judge Donato. Other than the cases transferred to MDL No. 3166 by the Judicial Panel on Multidistrict Litigation and those currently subject to a conditional transfer order, Plaintiff does not have any related cases pending in federal court. In state court, Plaintiff is aware of eight actions included on a Petition for Coordination was recently filed with the Chair of the Judicial Council of California under the docket entry JCCP 5440.

The key facts and critical factual and legal issues arise from facilitation by Defendants of the creation and distribution of child sexual abuse material and the sexual exploitation of minors. Defendants intentionally or negligently designed, marketed, and operated their gaming and social media platforms which lacked safety features or warnings. Further, features designed by Defendants enabled child predators to identify, groom, coerce, and extort minors into exchanging sexually explicit images, among other forms of exploitation, including entry into the home and rape of minors. Specific to this member case, Plaintiff was ten years old when he was approached on the gaming platform Roblox by an adult male posing as another child. He was groomed, coerced into exchanging sexually explicit material, and ultimately sexually assaulted by an unknown perpetrator. Sadly, the issues raised by this horrific abuse are not unique to this member case. No discovery has been undertaken to date.

Dated: January 16, 2026                     **ANDREWS & HIGGINS**

By: */s/ Robert Siko*
Robert Siko, Esq. (SBN 312856)
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
aa@andrewshiggins.com
rsiko@andrewshiggins.com

*Attorney for Plaintiff*