UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD
SEXUAL EXPLOITATION AND
ASSAULT LITIGATION

_____

This document relates to:
*Jane Doe, as guardian and next friend of minor
plaintiff John Doe v. Roblox Corporation,*
3:25-cv-05753-RS

MDL No. 3166

Case No. 25-md-03166-RS

**MEMBER CASE STATUS REPORT**

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**
    ☒ None

    ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
|  |  |  |  |

**2. Orders the Party Requests Be Stayed or Vacated**
    ☒ None

    ☐ Yes

**3. Discovery Taken to Date**
    ☒ None

    ☐ Yes

**4. Critical Facts and Legal Issues**

    Plaintiff asserts claims arising from Defendant's fraudulent concealment and

misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn. The key facts and critical factual and legal issues arise from Defendant Roblox's facilitation of the creation and distribution of child sexual abuse material and the sexual exploitation and abuse of minors. Defendant intentionally or negligently designed, marketed, and operated its gaming social media platform which lacked adequate safety features or warnings. Further, features designed by Defendant Roblox enabled child predators to identify, groom, coerce, and extort minors into exchanging sexually explicit images, among other forms of exploitation. Specific to this member case, Plaintiff was 8 years old when an adult predator, pretending to be a fellow child, approached him on the Roblox gaming platform. The adult predator proceeded to groom Plaintiff on Roblox, sent Plaintiff sexually explicit images, and convinced Plaintiff to send sexually explicit images of himself.

**5. Issues Specific to the Member Case**

  ☒ None

  ☐Yes

**6. Related Cases Pending in Federal or State Court**

  ☐ None

  ☒Yes. Plaintiff is aware that a Petition for Coordination was recently filed with the Chair of the Judicial Council of California against Roblox Corporation and Discord Inc. Plaintiff is also currently aware of the following related cases pending in this District, which have not yet been transferred into MDL No. 3166:

- *John Doe L.S., as guardian and next friend of minor plaintiff, Jane Doe A.S. v. Roblox Corp. and Discord Inc.*, 3:25-cv-10607-JD. This case is currently assigned to Judge James Donato and set for Initial Case Management Conference on 3/19/2026 in Courtroom 11.
- *John Doe J.J., as guardian and next friend of minor plaintiff, John Doe K.J. v. Roblox Corporation*, 3:26-cv-00146-AGT. This case is currently assigned to Magistrate Judge Alex G. Tse and set for Initial Case Management Conference on 4/10/2026.
- *Jane Doe J.B., as guardian and next friend of minor plaintiff, Jane Doe E.B. v. Roblox Corp. and Discord Inc.*, 3:26-cv-00230-SK. This case is currently assigned to Magistrate Judge Sallie Kim and set for Initial Case Management Conference on 4/13/2026.
- *Jane Doe J.F., as guardian and next friend of minor plaintiff, Jane Doe V.F. v. Roblox Corp., Discord Inc., and Snap Inc.*, 4:26-cv-00299-KAW. This case is currently assigned to Magistrate Judge Kandis A. Westmore.

1

2                                    ***

3          Plaintiff respectfully submits this Member Case Status Report in compliance with PTO

4   No. 1 and stands ready to provide any additional information the Court may require.

5

6   Date:    January 16, 2026                    Respectfully submitted,

7

8                                                By: _/s/ *Matthew A. Dolman*_____
                                                 Matthew A. Dolman
9                                                matt@dolmanlaw.com
                                                 R. Stanley Gipe*
10                                               stan.gipe@dolmanlaw.com
                                                 Sara D. Beller (SBN 316210)
11                                               sara.beller@dolmanlaw.com
                                                 **DOLMAN LAW GROUP**
12                                               800 N. Belcher Rd.
                                                 Clearwater, FL 33765
13                                               Telephone: (727) 451-6900
                                                 Facsimile: (727) 451-6907
14

15                                               *Attorneys for Plaintiff*

16
                                                 *Pro Hac Vice* motions forthcoming
17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to counsel of record for the parties at the email addresses contained in the Electronic Mail Notice List.

Dated: January 16, 2026

*/s/ Matthew A. Dolman*
Matthew A. Dolman
