# Exhibit 5

**List of All Known Similar Cases Pending in Federal and State Court**

| Case No. | Defendant(s) | Court | Status |
|---|---|---|---|
| 4:25-cv-04693 | Roblox Corporation and Discord Inc. | S.D. Tex. | Case has not been transferred to N.D. Cal. |
| 3:25-cv-08941 | Roblox Corporation and Discord Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 2:25-cv-00166 | Roblox Corporation and Discord Inc. | E.D. Ky. | Case has not been transferred to N.D. Cal. |
| 2:25-cv-00113 | Roblox Corporation and Discord Inc. | D. Mont. | Case has not been transferred to N.D. Cal. |
| 3:25-cv-10607 | Roblox Corporation and Discord Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 3:25-cv-11058 | Roblox Corporation | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 3:26-cv-00146 | Roblox Corporation | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 3:26-cv-00230 | Roblox Corporation and Discord Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 3:26-cv-00272 | Roblox Corporation and Snap, Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 3:26-cv-00292 | Roblox Corporation and Discord Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 4:26-cv-00299 | Roblox Corporation, Discord Inc., and Snap, Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 3:26-cv-00324 | Roblox Corporation and Meta Platforms, Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 3:26-cv-00327 | Roblox Corporation and Meta Platforms, Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |

| 4:26-cv-00042 | Roblox Corporation and Discord Inc. | E.D. Mo. | Case has not been transferred to N.D. Cal. |
|---|---|---|---|
| 4:26-cv-00360 | Roblox Corporation | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 4:26-cv-00438 | Roblox Corporation and Discord Inc. | N.D. Cal. | Case has not been transferred to Judge Seeborg |
| 25CV161158 | Roblox Corporation and Discord, Inc. | Alameda County Superior Court | Pending JCCP decision on Petition for Coordination |
| 25CV161114 | Roblox Corporation | Alameda County Superior Court | Pending JCCP decision on Petition for Coordination |
| CGC-25-629056 | Roblox Corporation and Discord, Inc. | San Francisco Superior Court | Pending JCCP decision on Petition for Coordination |
| 25STCV24596 | Roblox Corporation and Meta Platforms, Inc. | Los Angeles County Superior Court | Pending JCCP decision on Petition for Coordination |
| 25NNCV08326 | Roblox Corporation and Discord, Inc. | Los Angeles County Superior Court | Pending JCCP decision on Petition for Coordination |
| CVR12506488 | Roblox Corporation | Riverside County Superior Court | Pending JCCP decision on Petition for Coordination |
| 25-CIV-01193 | Roblox Corporation and Discord, Inc. | San Mateo County Superior Court | Pending JCCP decision on Petition for Coordination |
| 25-CIV-05901 | Roblox Corporation and Discord, Inc. | San Mateo County Superior Court | Pending JCCP decision on Petition for Coordination |
| 25-CIV-00250 | Roblox Corporation | San Mateo County Superior Court | Pending JCCP decision on Petition for Coordination |