# Exhibit 11

|   |   |
|---|---|
| 1 | [Submitting Counsel below] |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Stipulated Order Relates to:<br><br>*ALL ACTIONS* | Case No. 23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS WHO WISH TO PROCEED ANONYMOUSLY** |

The Court has determined that the "plaintiffs' need to proceed anonymously outweighs the prejudice to the defendants and the public's interest in knowing the parties' identities" in these cases. ECF 147; s*ee Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Accordingly, the parties hereby stipulate to and petition the Court to enter the following Stipulated Order Regarding Plaintiffs Who Wish to Proceed Anonymously.

All plaintiffs who wish to proceed anonymously may do so, provided they comply with the following procedures:

a. Individual complaints shall be filed using the plaintiff's initials or other pseudonym (e.g., "Jane Doe").

b. Plaintiffs agree to provide their true names to defendants within 7 days of Defendants' request of such information. Defendants agree that the true names shall be kept confidential.

c. To the greatest extent possible, the parties agree to refer to plaintiffs by their designated pseudonyms in all filings. Where impossible, such documents shall be filed under seal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  December 21, 2023                                         Respectfully submitted,

By: /s/ *Sarah R. London*
Sarah R. London (SBN 267083)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: /s/ *Rachel B. Abrams*
Rachel B. Abrams (SBN 209315)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com


By: /s/ *Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

- 2 -

```
                                        By: /s/ Robert Atkins
                                        Robert A. Atkins
                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP
                                        1285 6th Avenue
                                        New York, NY 10019
                                        Telephone: (212) 373-10019
                                        ratkins@paulweiss.com

                                        By: /s/ Randall S. Luskey
                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP
                                        535 Mission Street, 24th Floor
                                        San Francisco, CA 94105
                                        Telephone: (628) 432-5100
                                        Facsimile: (628) 232-3101
                                        rluskey@paulweiss.com

                                        Attorneys for Defendants
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 28, 2023

_____
Hon. Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*