Devin Bolton (SBN 290037)
dbolton@weitzlux.com
**WEITZ & LUXENBERG PC**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921

James J. Bilsborrow (*pro hac vice*)
jbilsborrow@weitzlux.com
Aaron Freedman (*pro hac vice*)
afreedman@weitzlux.com
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5856

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to:<br>*Jane Doe, a minor, by and through next friend Mary Doe v. Roblox Corporation and Discord Inc.,* 3:25-cv-07291-RS | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**

☒ None

☐ Yes

2. **Orders the Party Requests Be Stayed or Vacated**
    ☒ None

    ☐ Yes

3. **Discovery Taken to Date**
    ☒ None

    ☐ Yes

There has been no formal discovery taken to date, however, Plaintiff provided both Defendants with certain information to identify Plaintiff's accounts on Defendants' platforms.

4. **Critical Facts and Legal Issues**

In 2023, when Minor Plaintiff was just nine years old, she was targeted in a Roblox game by a predator who posed as a fellow child when, in fact, he was a 46-year-old man. On Roblox, the predator exploited Minor Plaintiff's age and vulnerability, building a false emotional connection with her under the guise of friendship. After capturing Minor Plaintiff's trust on Roblox, the predator pressured Plaintiff into downloading Discord and coerced her into sending sexually explicit images and videos of herself, which he then used to blackmail her into sending him more and increasingly graphic photos and videos. As a result of this sexual exploitation, Minor Plaintiff suffered significant emotional distress, psychological trauma, and mental anguish. Minor Plaintiff's experiences have led to a loss of trust, safety, and personal security, depriving her of the opportunity for a normal and healthy development. The injuries she sustained are severe, ongoing, and permanent, affecting her daily life and emotional health in lasting and immeasurable ways.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn. Critical factual issues will be Defendants' knowledge of the risk to children on their platforms due to the prevalence of predators, the truth of safety representations Defendants made concerning their platforms, the reasonableness of the design of Defendants' platforms, and the foreseeability of injury to Minor Plaintiff. Critical legal issues will concern whether the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act bars

enforcement of any alleged arbitration agreement, whether Minor Plaintiff disaffirmed any alleged arbitration agreement, and whether Minor Plaintiff entered a contract with Defendants in the first place. Additionally, the Court will have to decide whether Section 230 applies to Minor Plaintiff's claims, and whether the First Amendment protects Defendants' allegedly "editorial decisions."

**Issues Specific to the Member Case**
&boxtimes; None

☐ Yes

**5. Related Cases Pending in Federal or State Court**
&boxtimes; None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026                    Respectfully submitted,

/s/ Devin Bolton
Devin Bolton (SBN 290037)
dbolton@weitzlux.com
**WEITZ & LUXENBERG PC**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921

James J. Bilsborrow (*pro hac vice*)
jbilsborrow@weitzlux.com
Aaron Freedman (*pro hac vice*)
afreedman@weitzlux.com
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5856

*Attorneys for Plaintiff*