UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*John Doe v. Roblox Corporation*<br>Case No. 3:26-cv-00294-RS | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |

    This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**

    ☐ None

    ☒ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| Roblox Motion to Compel Arbitration, ECF No. 48 | N.D. Cal. | Sept. 3, 2025 | Case was stayed before motion was fully briefed |
| Roblox Admin. Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 47 | N.D. Cal. | Sept. 3, 2025 | Plaintiff to file statement in support of motion |
| Discord Motion to Compel Arbitration, ECF No. 51 | N.D. Cal. | Sept. 4, 2025 | Case was stayed before motion was fully briefed |
| Discord Admin. Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 52 | N.D. Cal. | Sept. 4, 2025 | Plaintiff to file statement in support of motion |
| Admin. Motion to Relate Cases, ECF No. 64 | N.D. Cal. | Sept. 8, 2025 | Fully briefed; court deferred ruling "until the JPML renders a decision" on petition for MDL |

**2. Orders the Party Requests Be Stayed or Vacated**
☒ None

☐ Yes

**3. Discovery Taken to Date**
☐ None

☒ Yes

Plaintiff provided Defendants with information to identify his Roblox and Discord accounts pursuant to the June 24, 2025 Stipulation and Order, ECF No. 24.

**4. Critical Facts and Legal Issues**

Plaintiff, now 27, alleges that, at age 14, he was groomed and sexually exploited by a predator who contacted him through Roblox. His parents allowed him to use the app only because Roblox repeatedly represented that their platform was safe for children. In reality, their platform lacked basic age and identity verification, allowed adults to pose as minors, and enabled direct communication between predators and children. Plaintiff was introduced to an adult predator on Roblox, and unbeknownst to his parents, this predator befriended Plaintiff through Roblox and groomed him, lying to him about his age, initially presenting as much younger than his true age of approximately 35-40 years old, and engaged in sexual exploitation. This has caused lifelong harm, shame, anxiety, depression, post-traumatic stress disorder, substance abuse, and suicidal ideation.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

                                ***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date: January 16, 2026                                          Respectfully submitted,

                                                                 By: */s/ Randi Kassan*
                                                                  Randi Kassan
                                                                  **MILBERG PLLC**
                                                                  100 Garden City Plaza, Suite 408
                                                                  Garden City, NY 11530
                                                                  Telephone: (516) 741-5600
                                                                  Facsimile: (516) 741-0128
                                                                 rkassan@milberg.com

                                                                  By: */s/ Melissa Nafash*
                                                                  Melissa Nafash
                                                                  **MILBERG PLLC**
                                                                  405 East 50th Street
                                                                  New York, NY 10022
                                                                  Telephone: (516) 741-5600
                                                                  Facsimile: (516) 741-0128
                                                                  mnafash@milberg.com

                                                                  *Attorneys for Plaintiff*