UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |
| This document relates to:<br><br>*J.S. v. Roblox Corporation*<br>Case No. 3:25-cv-10975-RS | |

    This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**

    ☐ None

    ☒ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| Roblox Motion to Compel Arbitration, ECF No. 48 | N.D. Cal. | Sept. 3, 2025 | Case was stayed before motion was fully briefed |
| Roblox Admin. Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 47 | N.D. Cal. | Sept. 3, 2025 | Plaintiff to file statement in support of motion |
| Discord Motion to Compel Arbitration, ECF No. 51 | N.D. Cal. | Sept. 4, 2025 | Case was stayed before motion was fully briefed |
| Discord Admin. Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 52 | N.D. Cal. | Sept. 4, 2025 | Plaintiff to file statement in support of motion |
| Admin. Motion to Relate Cases, ECF No. 64 | N.D. Cal. | Sept. 8, 2025 | Fully briefed; court deferred ruling "until the JPML renders a decision" on petition for MDL |

**2. Orders the Party Requests Be Stayed or Vacated**
☒ None

☐ Yes

**3. Discovery Taken to Date**
☐ None

☒ Yes

Plaintiff provided Defendants with information to identify his Roblox and Discord accounts pursuant to the June 24, 2025 Stipulation and Order, ECF No. 24.

**4. Critical Facts and Legal Issues**

Plaintiff, now 17, alleges that, at age 15, he was groomed and sexually exploited by a predator who contacted him through Roblox. His parents allowed him to use the app only because Roblox repeatedly represented that their platform was safe for children. In reality, their platform lacked basic age and identity verification, allowed adults to pose as minors, and enabled direct communication between predators and children. Plaintiff is autistic and was introduced to an adult predator on Roblox, and was sexually exploited by the perpetrator through Roblox. The predator groomed and manipulated Plaintiff by stating that he loved him and coerced him to send sexually explicit pictures of himself to the perpetrator, causing depression, anxiety, and insomnia.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

2

\*\*\*

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026                              Respectfully submitted,

By: */s/ Randi Kassan*
Randi Kassan
**MILBERG PLLC**
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
rkassan@milberg.com

By: */s/ Melissa Nafash*
Melissa Nafash
**MILBERG PLLC**
405 East 50th Street
New York, NY 10022
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
mnafash@milberg.com

*Attorneys for Plaintiff*