UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *John Doe J.W., as guardian and next friend of minor plaintiff, Jane Doe A.W. v. Roblox Corporation and Meta Platforms, Inc.*; Case No. 3:26-cv-00007-RS | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

4. **Critical Facts and Legal Issues**

   Plaintiff was an avid user of Roblox and Meta's app, Instagram; Plaintiff's father trusted that both platforms were safe for children. When Plaintiff was nine-years-young, she met a man on

Roblox who falsely presented himself as a peer. This predator groomed Plaintiff on Roblox and manipulated Plaintiff into adding him on Instagram and continuing their interactions there. The grooming intensified and Plaintiff was ultimately coerced into sending the predator sexually explicit images of herself in exchange for Robux. The predator sent Robux in exchange for sexually explicit pictures of Plaintiff on multiple occasions. Plaintiff has suffered and continues to suffer from severe mental anguish and pain, including difficulty trusting others, persistent anxiety and loss of enjoyment of life. Before she was targeted, groomed, manipulated, and exploited on Defendants' apps, Plaintiff was an honor roll student. Since then, her academic performance has plummeted.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

5. **Issues Specific to the Member Case**
   ☒ None

   ☐ Yes

6. **Related Cases Pending in Federal or State Court**
   ☒ None

   ☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026

Respectfully submitted,

By: */s/ Tyler W. Hudson*
Tyler W. Hudson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
thudson@wcllp.com

*Attorney for Plaintiff*