UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe, a minor, represented by her proposed cout-appointed guardian ad litem, Mary Doe v. Roblox Corporation, Snap, Inc., and DOES 1-50, inclusive*; Case No. 3:25-cv-07174-RS | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

4. **Critical Facts and Legal Issues**

   Plaintiff is a 14-year-old girl who was an avid Roblox and Snapchat user until she was sexually exploited by a prolific predator through Defendants' dangerous apps; Plaintiff's mother

believes these apps were safe for children because they were marketed for kids. In 2021, soon after Plaintiff began using Roblox, she was identified and targeted in a Roblox game by a man who presented himself as a peer, falsely claiming he was 14 years old. Unbeknownst to Plaintiff at the time, this man was a serial child predator. The predator employed well-known grooming tactics, ultimately coercing Plaintiff into adding him on Snapchat where he further manipulated her into sending him sexually explicit images of herself. The predator then systematically extracted additional sexually explicit content from Plaintiff, including images of Plaintiff exposing her bare chest and vagina, and touching her vagina. The predator escalated to more serious exploitation, bullying Plaintiff into sending him a picture inserting a hairbrush into her vagina, and asking Plaintiff to let him watch her masturbate. In February 2024, the FBI notified Plaintiff's mother that Plaintiff's predator had been arrested in Delaware as part of child pornography investigation, that Plaintiff was one of numerous children targeted by this criminal predator, and that Plaintiff's sexually explicit photographs were found on the predator's computer.

      Plaintiff has suffered, and continues to suffer, life-altering psychological and emotional injuries from the grooming, manipulation, and exploitation that she experienced on Defendants' apps. Plaintiff has endured, and continues to endure, humiliation, shame, constant and paralyzing fear, and a profound loss of trust, safety, and innocence

      Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5.  Issues Specific to the Member Case**
    ☒ None

    ☐ Yes

**6.  Related Cases Pending in Federal or State Court**
    ☒ None

    ☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026                             Respectfully submitted,


                                                     By: */s/ Tyler W. Hudson*
                                                     Tyler W. Hudson
                                                     **WAGSTAFF & CARTMELL LLP**
                                                     4740 Grand Avenue, Suite 300
                                                     Kansas City, MO 64112
                                                     Phone: 816-701-1100
                                                     thudson@wcllp.com

                                                     *Attorney for Plaintiff*

3