UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *Jane Doe, a minor, represented by her proposed court-appointed guardian ad litem, Mary Doe v. Roblox Corporation*; Case No. 3:25-cv-08300-RS | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

4. **Critical Facts and Legal Issues**

   Plaintiff began using Roblox at 10 years old; Plaintiff's mother believed that Roblox was safe for children. Soon after Plaintiff began using Roblox, she was identified and targeted in a

Roblox game by a man who falsely presented himself as a peer. Unbeknownst to Plaintiff at the time, this man was a child predator. The predator employed well-known grooming tactics, coercing and manipulating Plaintiff into sending him sexually explicit images of herself via text message in exchange for Robux. The predator then used those compromising pictures to threaten Plaintiff with distributing those photographs unless Plaintiff took and sent him a video of her masturbating. Feeling ashamed and fearful, Plaintiff complied. As a consequence, Plaintiff has experienced a profound loss of trust, safety, and innocence and has suffered significant emotional and psychological injuries.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026

Respectfully submitted,

By: */s/ Tyler W. Hudson*
Tyler W. Hudson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
thudson@wcllp.com

*Attorney for Plaintiff*