UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *Jane Doe M.M., a minor, represented by her court-appointed guardian ad litem, Mary Doe, D.N. v. Roblox Corporation and Discord, Inc.*; Case No. 3:25-cv-10346-RS | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

4. **Critical Facts and Legal Issues**

   Plaintiff is 11-years-young and began using Roblox at 7 years of age. In 2023, Plaintiff was identified and targeted in a Roblox game by a man who initially presented himself as a peer.

Unbeknownst to Plaintiff at the time, this man was a child predator. The predator then employed well-known grooming tactics, ultimately coercing and manipulating Plaintiff to add him on Discord. There, the predator sent Plaintiff sexually explicit images and coerced and manipulated Plaintiff into sending sexually explicit images and videos of herself masturbating to him. Plaintiff has suffered, and continues to suffer, life-altering psychological and emotional injuries from the grooming, manipulation, and exploitation that she experienced on Defendants' apps. She has endured, and continues to endure, humiliation, shame, constant and paralyzing fear, and a profound loss of trust, safety, and innocence.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
  ☒ None

  ☐ Yes

**6. Related Cases Pending in Federal or State Court**
  ☒ None

  ☐ Yes

*** 

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

1  Date:   January 16, 2026                    Respectfully submitted,

2

3                                              By: */s/ Tyler W. Hudson*
                                               Tyler W. Hudson
4                                              **WAGSTAFF & CARTMELL LLP**
                                               4740 Grand Avenue, Suite 300
5                                              Kansas City, MO 64112
                                               Phone: 816-701-1100
6                                              thudson@wcllp.com

7                                              *Attorney for Plaintiff*

3