UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*John Doe J.R. as guardian and next friend of minor plaintiff, Jane Doe A.R. v. Roblox Corporation*; Case No. 3:25-cv-09945-RS | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**
  ☒ None

  ☐ Yes

**2. Orders the Party Requests Be Stayed or Vacated**
  ☒ None

  ☐ Yes

**3. Discovery Taken to Date**
  ☒ None

  ☐ Yes

**4. Critical Facts and Legal Issues**

Plaintiff was an avid Roblox user for years; Plaintiff's father believed that Roblox was safe for children because it was designed and marketed for kids. Around December 2024, when Plaintiff was only 10 years old, she met a man on Roblox who posed as a peer but who was in fact an adult

predator. On Roblox, the predator employed well-known grooming tactics and systematically manipulated the child to disclose her personal cell phone number and continue their interaction on video chat. The predator sent Plaintiff explicit messages and coerced Plaintiff to undress and engage in sexual acts during video calls—acts that the predator surreptitiously recorded without Plaintiff's knowledge or consent. Since she was sexually exploited as a result of Defendant's defectively designed app, Plaintiff has continued to experience profound harm, including intrusive thoughts, suicidal ideations, depressive behavior, and persistent anxiety about the traumatic events caused by Defendant's wrongful conduct.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

2

| | | |
|---|---|---|
| 1 | Date: January 16, 2026 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Tyler W. Hudson* |
| 4 | | Tyler W. Hudson |
| | | **WAGSTAFF & CARTMELL LLP** |
| 5 | | 4740 Grand Avenue, Suite 300 |
| | | Kansas City, MO 64112 |
| 6 | | Phone: 816-701-1100 |
| | | thudson@wcllp.com |
| 7 | | |
| | | *Attorney for Plaintiff* |