UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *Jane Doe S.W., as guardian and next friend of minor plaintiff, Jane Doe M.K. v. Roblox Corporation and Discord, Inc.*; Case No. 3:25-cv-08635-RS | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

4. **Critical Facts and Legal Issues**

   Plaintiff was an avid Roblox and Discord user for years; Plaintiff's grandmother believed that both were safe for children because they was designed and marketed for kids. In 2022, when

Plaintiff was 11 years old, she met a man on Roblox who posed as a peer but who was in fact an adult predator. The predator employed well-documented grooming tactics and systematically manipulated Plaintiff into continuing their interactions on Discord. There, the predator sent Plaintiff explicit messages and coerced Plaintiff into sending a sexually explicit image of herself. Soon after Plaintiff was sexually exploited as a result of Defendants' defectively designed apps, she lost her self-confidence and became severely withdrawn. Plaintiff continues to attend regular therapy to help her cope with the significant traumas she has experienced and continues to endure. She continues to suffer from severe mental health issues.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
   ☒ None

   ☐ Yes

**6. Related Cases Pending in Federal or State Court**
   ☒ None

   ☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026

Respectfully submitted,

By: */s/ Tyler W. Hudson*
Tyler W. Hudson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
thudson@wcllp.com

*Attorney for Plaintiff*