UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe L.Y., as guardian and next friend of minor plaintiff, Jane Doe L.W. v. Roblox Corporation*; Case No. 3:25-cv-08595-RS | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**
 ☒ None

 ☐ Yes

**2. Orders the Party Requests Be Stayed or Vacated**
 ☒ None

 ☐ Yes

**3. Discovery Taken to Date**
 ☒ None

 ☐ Yes

**4. Critical Facts and Legal Issues**

Plaintiff was an avid Roblox user until she was sexually exploited by multiple adult predators through Defendant's dangerous app. Plaintiff's mother believed that Roblox was safe for children because it was designed and marketed for kids. In 2025, when Plaintiff was only 5 years

old, she was identified and targeted in a Roblox game by multiple adult male predators who falsely presented themselves as her peers. Plaintiff was groomed on Roblox using well-documented tactics. After cultivating Plaintiff's trust on Defendant's dangerous app, the predators sent Plaintiff graphic messages and sent her sexually explicit images of themselves. Exploiting the trust they had been allowed to build through Defendant's defective app, the predators coerced Plaintiff to send them sexually explicit images and videos of herself—including videos of Plaintiff touching her genitals.

As a consequence, Plaintiff has suffered, and continues to suffer, life-altering psychological and emotional injuries from the grooming, manipulation, and exploitation that she experienced on Defendant's app, including severe mental anguish and pain, and loss of enjoyment of life. Plaintiff has endured, and continues to endure, humiliation, shame, constant fear, and a profound loss of trust, safety, and innocence

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

1  Date:   January 16, 2026                    Respectfully submitted,

2

3                                              By: */s/ Tyler W. Hudson*
                                               Tyler W. Hudson
4                                              **WAGSTAFF & CARTMELL LLP**
                                               4740 Grand Avenue, Suite 300
5                                              Kansas City, MO 64112
                                               Phone: 816-701-1100
6                                              thudson@wcllp.com

7                                              *Attorney for Plaintiff*

3