UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br>Cases listed below | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORTS** |

Pursuant to Pretrial Order No. 1 (ECF No. 2), Plaintiffs, by and through their counsel, respectfully submit Member Case Status Reports, attached hereto, for the following cases:

1. *Jane Doe v. Roblox Corp.; Discord Inc.; and Does 1-50, inclusive,* No. 4:25-cv-03520

2. *Jane Doe, a minor, represented by her proposed court-appointed guardian* ad litem*, Mary Doe v. Roblox Corp. and Does 1-50, inclusive*, No. 3:25-cv-04329

3. *Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp. and Snap Inc.*, No. 3:25-cv-07909

4. *Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp. and Discord Inc.*, No. 3:25-cv-08350

5. *John Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp.*, No. 3:25-cv-08399

6. *John Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp.*, No. 3:25-cv-09624

7. *Mary Doe, as next friend of minor plaintiff, Jane Doe, v. Roblox Corp. and Discord Inc.*, No. 3:25-cv-10816

8. *Jane Doe, a minor, represented by her proposed court-appointed guardian* ad litem*, Mary Doe, v. Roblox Corp.; Snap Inc.; and Does 1-50, inclusive*, No. 3:25-cv-10977

9. *Mary Doe, as next friend of minor plaintiff, John Doe v. Roblox Corp.*, No. 3:25-cv-11105

10. *Mary Doe, as next friend of minor plaintiff, John Doe v. Roblox Corp.*, No. 3:26-cv-00296

Date: January 16, 2026          Respectfully submitted,

By: */s/ Alexandra M. Walsh*

| | |
|---|---|
| 1 | |
| 2 | Alexandra M. Walsh |
| | **ANAPOL WEISS** |
| 3 | 14 Ridge Square, NW, 3rd Floor |
| | Washington, DC 20016 |
| 4 | Telephone: (771) 224-8065 |
| | Facsimile: (215) 735-2211 |
| 5 | awalsh@anapolweiss.com |