UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |
| This document relates to:<br><br>*Jane Doe v. Roblox Corp.; Discord Inc.; and Does 1-50, inclusive,* No. 4:25-cv-03520 | |

    This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☐ None

   ☒ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| Roblox Motion to Compel Arbitration, ECF No. 48 | N.D. Cal. | Sept. 3, 2025 | Case was stayed before motion was fully briefed |
| Roblox Admin. Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 47 | N.D. Cal. | Sept. 3, 2025 | Plaintiff to file statement in support of motion |
| Discord Motion to Compel Arbitration, ECF No. 51 | N.D. Cal. | Sept. 4, 2025 | Case was stayed before motion was fully briefed |
| Discord Admin. Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 52 | N.D. Cal. | Sept. 4, 2025 | Plaintiff to file statement in support of motion |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☐ None

   ☒ Yes

   Plaintiff provided Defendants with information to identify her Roblox and Discord accounts.

4. **Critical Facts and Legal Issues**

   Plaintiff alleges that, at age 15, she was groomed and sexually exploited by a predator who first contacted her through Roblox and then moved her to Discord. Her father allowed her to use the apps only because Roblox and Discord repeatedly represented that their platforms were safe for children. In reality, both platforms lacked basic age and identity verification, allowed adults to pose as minors, and enabled direct communication between predators and children. Over six months, the predator coerced Plaintiff into sending explicit images and videos, escalated to live-video sexual abuse, distributed her content to others, and used blackmail to obtain more. Plaintiff has suffered severe and lasting psychological harm, including depression, self-harm, and a suicide attempt.

   Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

5. **Issues Specific to the Member Case**
   ☒ None

   ☐ Yes

6. **Related Cases Pending in Federal or State Court**
   ☒ None

   ☐ Yes

                              ***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026

Respectfully submitted,

By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

Sarah London (SBN 267083)
**GIRARD SHARP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

*Attorneys for Plaintiff*