UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *Jane Doe, a minor, represented by her proposed court-appointed guardian* ad litem, *Mary Doe v. Roblox Corp. and Does 1-50, inclusive*, No. 3:25-cv-04329 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☐ None

   ☒ Yes

   Plaintiff provided Defendant with information to identify her Roblox account.

**4. Critical Facts and Legal Issues**

Plaintiff alleges that, at age 15, she was targeted by a serial predator—an adult man posing as a 16-year-old—who was able to contact, groom, and exploit her because Roblox intentionally designed its platform to permit adult–child interactions and concealed the dangers it knew existed. Plaintiff alleges that the predator gradually escalated from seemingly innocent conversation to sexualized exchanges, coerced her into creating an account on another platform to send explicit images, and ultimately manipulated her into meeting him in person, where he sexually assaulted her on multiple occasions, including convincing her to leave Indiana for Georgia before she eventually escaped to police. She alleges that Roblox's deliberate failures—including its refusal to verify ages, its permissive messaging systems, its misleading safety representations, and its lack of effective protections—directly enabled the predator's access and caused her severe psychological, emotional, and physical trauma.

Plaintiff asserts claims arising from Roblox's fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
　　☒ None

　　☐ Yes

**6. Related Cases Pending in Federal or State Court**
　　☒ None

　　☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026

Respectfully submitted,

By: /s/ *Alexandra M. Walsh*
Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

*Attorney for Plaintiff*