UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |
| This document relates to:<br><br>*Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp. and Snap Inc.*, No. 3:25-cv-07909 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

**2. Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

**3. Discovery Taken to Date**
   ☐ None

   ☒ Yes

   Plaintiff provided Defendants with information to identify her Roblox and Snap accounts.

**4. Critical Facts and Legal Issues**

Plaintiff alleges that she was sexually exploited at age 14 after Roblox and Snap enabled a 40-year-old predator to target, groom, and coerce her into sending sexually explicit images of herself through features that permitted adult-child contact, lacked age and identity verification, and enabled cross-platform migration to Snapchat, where the predator used disappearing messages, emotional manipulation, and location features to obtain explicit images. She also alleges that her mother relied on Roblox's false safety assurances when permitting her to use the app, that both companies ignored known exploitation pathways, failed to take meaningful action when notified, and that as a direct result of their deliberate and reckless disregard for child safety, she suffered severe and lasting psychological trauma.

Plaintiff asserts claims arising from Roblox's fraudulent concealment, intentional, misrepresentations, and negligent misrepresentation, and from Roblox's and Snap's multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

| | |
|---|---|
| Date: January 16, 2026 | Respectfully submitted,<br><br>By: */s/ Alexandra M. Walsh*<br>Alexandra M. Walsh<br>**ANAPOL WEISS**<br>14 Ridge Square, NW, 3rd Floor<br>Washington, DC 20016<br>Telephone: (771) 224-8065<br>Facsimile: (215) 735-2211<br>awalsh@anapolweiss.com<br><br>*Attorney for Plaintiff* |