UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp. and Discord Inc.*, No. 3:25-cv-08350 | MDL No. 3166<br><br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☐ None

   ☒ Yes

   Plaintiff provided Defendants with information to identify her Roblox and Discord accounts.

4. **Critical Facts and Legal Issues**

Plaintiff alleges that, at 14, she was groomed on Roblox by an adult predator who used the "Dollhouse Roleplay" experience on Roblox to befriend her and then directed her to Discord, where he and numerous other predators coerced her into producing sexual images and videos, manipulated her into extreme self-harm, and threatened violence to maintain control. Plaintiff further alleges that additional predators—including members of a violent Discord community—continued exploiting her, coercing her into carving words into her skin and engaging in dangerous fetish activities, and distributed her explicit images across platforms. She asserts that both Roblox and Discord facilitated this abuse through permissive design choices, the absence of age or identity verification, unsafe default settings, and ineffective parental controls. As a result, Plaintiff alleges that she suffered severe, lasting psychological and physical harm—including depression, eating disorders, withdrawal from school programs, and multiple suicide attempts—and that none of this would have occurred had Defendants implemented even basic safety protections or accurately warned parents about the known risks their platforms posed to children.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

5. **Issues Specific to the Member Case**
   ☒ None

   ☐ Yes

6. **Related Cases Pending in Federal or State Court**
   ☒ None

   ☐ Yes

*** 

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

2

| | |
|---|---|
| Date: January 16, 2026 | Respectfully submitted,<br><br>By: */s/ Alexandra M. Walsh*<br>Alexandra M. Walsh<br>**ANAPOL WEISS**<br>14 Ridge Square, NW, 3rd Floor<br>Washington, DC 20016<br>Telephone: (771) 224-8065<br>Facsimile: (215) 735-2211<br>awalsh@anapolweiss.com |

3