UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 <br><br> Case No. 25-md-03166-RS <br><br> **MEMBER CASE STATUS REPORT** |
| This document relates to: <br><br> *John Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp.*, No. 3:25-cv-08399 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☐ None

   ☒ Yes

   Plaintiff provided Roblox with information to identify her Roblox accounts.

4. **Critical Facts and Legal Issues**

   Plaintiff alleges that she was groomed on Roblox by a predator pretending to be a child and ultimately raped by him and multiple other men. She alleges that, on Roblox, the predator gained her trust through seemingly innocent conversations, offered in-game gifts, and escalated their interactions to sexual topics. He then coerced her into sending nude images and disclosing personal information and ultimately manipulated her into meeting him in person. Plaintiff alleges that, at age 10, the predator transported her to a motel where she was violently raped by him and four other men. She asserts that Roblox's failure to implement basic safety measures—such as age and identity verification, effective parental controls, and restrictions on adult–child communication—directly enabled the grooming and sexual assault she endured, resulting in profound and ongoing psychological trauma, medical treatment, social withdrawal, and loss of safety and innocence.

   Plaintiff asserts claims arising from Roblox's fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

5. **Issues Specific to the Member Case**
   ☒ None

   ☐ Yes

6. **Related Cases Pending in Federal or State Court**
   ☐ None

   ☒ Yes

   Plaintiff has a lawsuit pending in Illinois state court that is related to the events at issue in this case. After Plaintiff was sexually assaulted by the predator from Roblox and the other men, she was abused at a facility where she was temporarily placed following the sexual assault. The case is *Doe v. Aunt Marthas Health, et al.*, 2024-L-008078 (Ill. Circuit Court – Cook County).

   ***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026                                        Respectfully submitted,

By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com