UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *John Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp.*, No. 3:25-cv-09624 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

**4. Critical Facts and Legal Issues**

Plaintiff alleges that Roblox enabled a predator to pose as a child and groom and sexually exploit her when she was 10 years old. She alleges the predator used Roblox's unrestricted communication features to gain her trust, moved their conversations to iMessage, exploited her with emotional manipulation and gifts of Robux, sent her sexually explicit photos, coerced her into sending her home address, and then traveled from a neighboring state to her home, where he attempted in-person contact but was intercepted by her father. Plaintiff asserts that Roblox knowingly allowed this predatory access through its lack of age or identity verification, permissive chat architecture, and deceptive safety assurances, all of which directly facilitated her grooming and exploitation. As a result, she alleges profound emotional and psychological harm—including anxiety, depression, shame, insomnia, social withdrawal, and loss of interest in activities she once loved—asserting that none of this would have occurred had Roblox implemented even basic, reasonable safety protections

Plaintiff asserts claims arising from Roblox's fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

| | |
|---|---|
| Date: January 16, 2026 | Respectfully submitted,<br><br>By: /s/ *Alexandra M. Walsh*<br>Alexandra M. Walsh<br>**ANAPOL WEISS**<br>14 Ridge Square, NW, 3rd Floor<br>Washington, DC 20016<br>Telephone: (771) 224-8065<br>Facsimile: (215) 735-2211<br>awalsh@anapolweiss.com |