UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
|---|---|
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *Mary Doe, as next friend of minor plaintiff, Jane Doe, v. Roblox Corp. and Discord Inc.*, No. 3:25-cv-10816 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**

    ☐ None

    ☒ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| Roblox Motion to Dismiss Complaint, ECF No. 32 | S.D. Tex. | June 27, 2025 | Fully briefed |
| Discord Motion to Dismiss Complaint, ECF No. 32 | S.D. Tex. | June 27, 2025 | Fully briefed |
| Discord Motion to Compel Arbitration, ECF No. 82 | S.D. Tex. | Sept. 12, 2025 | Case was stayed before motion was fully briefed |
| Discord Motion to Compel Arbitration, ECF No. 89 | S.D. Tex. | Sept. 12, 2025 | Case was stayed before motion was fully briefed |

2. **Orders the Party Requests Be Stayed or Vacated**

    ☒ None

    ☐ Yes

3. **Discovery Taken to Date**
   ☐ None

   ☒ Yes

   Plaintiff provided Defendants with information to identify her Roblox and Discord accounts.

4. **Critical Facts and Legal Issues**

   Plaintiff alleges that she was repeatedly sexually exploited on Roblox and Discord and ultimately sexually assaulted because of these platforms. On Roblox, she was threatened by predators who demanded nude photographs of her. On Discord, she was sent sexually explicit images by predators and was coerced into sending sexually explicit images of herself. When she was around 15 years old, one predator—whom she initially met on Roblox and later communicated with on Discord—groomed her over time, ultimately traveling to her home, secretly staying overnight, and sexually assaulting her while recording the encounter. The discovery of this abuse triggered a criminal investigation and a traumatic forensic interview. As a result, Plaintiff has suffered severe psychological harm, including anxiety, dissociation, academic decline, social withdrawal, loss of trust, and lasting emotional trauma.

   Plaintiff asserts claims arising from Defendants' fraudulent concealment, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

5. **Issues Specific to the Member Case**
   ☒ None

   ☐ Yes

6. **Related Cases Pending in Federal or State Court**
   ☒ None

   ☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

Date:   January 16, 2026                              Respectfully submitted,

By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

Davis Cooper
Joseph Masterman
**COOPER MASTERMAN**
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Telephone: (202) 866-0171
davis@coopermasterman.com
joe@coopermasterman.com

*Attorneys for Plaintiff*