UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *Jane Doe, a minor, represented by her proposed court-appointed guardian* ad litem*, Mary Doe, v. Roblox Corp.; Snap Inc.; and Does 1-50, inclusive*, No. 3:25-cv-10977 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☐ None

   ☒ Yes

Plaintiff provided Defendants with information to identify her Roblox and Snap accounts.

**4. Critical Facts and Legal Issues**

Plaintiff alleges that she was targeted on Roblox by an adult predator posing as a child, who groomed her through Roblox and then manipulated her into continuing communication on Snapchat. Using Snapchat, the predator coerced her into sending explicit images and videos—sometimes by offering Robux and at other times by threatening suicide—until the FBI discovered the exploitation in May 2020. The predator was convicted and received a 25-year sentence. Plaintiff, now 16, has endured severe and lasting psychological harm, including depression, body-image issues, self-harm, suicidal ideation, and years of therapy and hospitalization. Plaintiff alleges that her mother relied on Roblox's publicly advertised safety assurances and would not have allowed its use had the true risks been disclosed, and that both Roblox and Snap failed to implement basic safety features, age/identity verification, or parental controls.

Plaintiff asserts claims arising from Roblox's fraudulent concealment, intentional misrepresentations, and negligent misrepresentation, and from Roblox's and Snap's multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5. Issues Specific to the Member Case**
　　☒ None

　　☐ Yes

**6. Related Cases Pending in Federal or State Court**
　　☒ None

　　☐ Yes

*\*\*\**

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

| | |
|---|---|
| Date: January 16, 2026 | Respectfully submitted,<br><br>By: */s/ Alexandra M. Walsh*<br>Alexandra M. Walsh<br>**ANAPOL WEISS**<br>14 Ridge Square, NW, 3rd Floor<br>Washington, DC 20016<br>Telephone: (771) 224-8065<br>Facsimile: (215) 735-2211<br>awalsh@anapolweiss.com<br><br>*Attorney for Plaintiff* |