UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
|---|---|
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *Mary Doe, as next friend of minor plaintiff, John Doe v. Roblox Corp.*, No. 3:25-cv-11105 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

**4. Critical Facts and Legal Issues**

Plaintiff alleges that, at age 10, he was targeted on Roblox by an adult predator posing as a peer, who groomed him through Roblox's unrestricted messaging features—first by building trust through friendly conversation, then escalating to sexual discussions, demands for personal information, and gifts of in-game items to maintain control. Plaintiff alleges that the predator ultimately coerced him into leaving his home to meet in person, where the predator exposed himself and attempted sexual contact before Plaintiff fled. Plaintiff alleges that the predator continued contacting him afterward, causing a severe decline in his emotional and academic functioning, which went unexplained until Plaintiff disclosed the abuse in 2024, after which he was diagnosed with PTSD and began therapy. Plaintiff alleges that Roblox's misleading safety representations and its failure to implement basic, reasonable protections directly enabled the predator's access and caused Plaintiff's lasting psychological harm.

Plaintiff asserts claims arising from Roblox's fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**Issues Specific to the Member Case**
☒ None

☐ Yes

**5. Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

| | |
|---|---|
| Date: January 16, 2026 | Respectfully submitted,<br><br>By: */s/ Alexandra M. Walsh*<br>Alexandra M. Walsh<br>**ANAPOL WEISS**<br>14 Ridge Square, NW, 3rd Floor<br>Washington, DC 20016<br>Telephone: (771) 224-8065<br>Facsimile: (215) 735-2211<br>awalsh@anapolweiss.com<br><br>*Attorney for Plaintiff* |

3