UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: *Mary Doe, as next friend of minor plaintiff, John Doe v. Roblox Corp.*, No. 3:26-cv-00296 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☒ None

   ☐ Yes

### 4. Critical Facts and Legal Issues

Plaintiff alleges that, when he was 15 years old, Roblox enabled a first predator—posing as a minor—to groom him, obtain his personal information, and coerce him into sneaking out to meet in person, where the predator forced him to perform oral sex. Plaintiff further alleges that even after his mother relocated him to live with his grandmother for protection, Roblox's lack of age verification, ineffective parental controls, and design allowing adults to contact minors resulted in three additional predators grooming and sexually assaulting him during late 2024 and early 2025. He alleges that the repeated abuse caused escalating emotional and behavioral deterioration—including suicidal ideation, violent outbursts, and inpatient psychiatric hospitalization—and that Roblox's failures directly enabled all four predators to access, manipulate, and exploit him.

Plaintiff asserts claims arising from Roblox's fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

### 5. Issues Specific to the Member Case
☒ None

☐ Yes

### 6. Related Cases Pending in Federal or State Court
☒ None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

1 | Date:   January 16, 2026

Respectfully submitted,

By: /s/ Alexandra M. Walsh
Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

*Attorney for Plaintiff*