UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| | **MEMBER CASE STATUS REPORT** |
| This document relates to: | |
| *John Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corp. and Discord Inc.*, No. 3:25-cv-05753 | |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

1. **Pending Motions in This Member Case**
   ☒ None

   ☐ Yes

| Motion Description | Filing Court | Filed (Date) | Current Status |
|---|---|---|---|
| | | | |

2. **Orders the Party Requests Be Stayed or Vacated**
   ☒ None

   ☐ Yes

3. **Discovery Taken to Date**
   ☐ None

   ☒ Yes

Plaintiff provided Defendants with information to identify her Roblox and Discord accounts.

**4.  Critical Facts and Legal Issues**

Plaintiff alleges that, when she was 13 years old, she was targeted and groomed on Roblox by an adult predator who posed as a peer and then continued their interactions on both Roblox and Discord, using both apps' messaging features—and Robux—to build trust, coerce secrecy, and escalate the abuse. She alleges that in January 2025 the predator traveled to Alabama and attempted to rape her, which was interrupted only by law enforcement, who found her distressed and injured. Plaintiff alleges that she has since suffered severe trauma, including PTSD, depression, anxiety, suicidal ideation, self-harm, academic decline, and multiple psychiatric hospitalizations, all of which was directly caused by Defendants' unsafe product designs, ineffective parental controls, and deceptive assurances of safety that misled her father into permitting her use of the apps.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn.

**5.  Issues Specific to the Member Case**
☒ None

☐ Yes

**6.  Related Cases Pending in Federal or State Court**
☒ None

☐ Yes

\*\*\*

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

1    Date:   January 16, 2026                          Respectfully submitted,

2

3                                                       By:  /s/ Alexandra M. Walsh
                                                        Alexandra M. Walsh
4                                                       **ANAPOL WEISS**
                                                        14 Ridge Square, NW, 3rd Floor
5                                                       Washington, DC 20016
                                                        Telephone: (771) 224-8065
6                                                       Facsimile: (215) 735-2211
                                                        awalsh@anapolweiss.com
7

8                                                       *Attorney for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28