**BRADLEY/GROMBACHER, LLP**
Marcus Bradley, Esq. (SBN 174156)
Kiley Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA  91361
Telephone: (805) 270-7100
Facsimile: (805) 618-2939
Email: mbradley@bradleygrombacher.com
Email: kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to: Mary Doe, as next friend of minor plaintiff Jane Doe, v. Roblox Corporation and Discord Inc., No. 3:25-cv-07686-RS | MDL No. 3166<br>Case No. 25-md-03166-RS<br><br>**MEMBER CASE STATUS REPORT** |

This Member Case Status Report is submitted pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, and the Court's Standing Orders. This report is non-binding, does not waive any claims or defenses, and may not be offered in evidence against a party in later proceedings, consistent with PTO No. 1, ¶ 10.

**1. Pending Motions in This Member Case**

☒ None

☐ Yes

**2. Orders the Party Requests Be Stayed or Vacated**

☐None

☒Yes

    Initial Case Management Scheduling Order with ADR Deadlines.

**3. Discovery Taken to Date**

☒ None

☐Yes

    There has been no formal discovery taken to date, however, Plaintiff provided both Defendants with certain information to identify Plaintiff's accounts on Defendants' platforms.

**4. Critical Facts and Legal Issues**

    Plaintiff is a 14-year-old girl who, beginning in April of 2020, was manipulated, groomed, and exploited through. Defendants' dangerous apps by a predator who ultimately attempted to kidnap her. Plaintiff has suffered devastating and life-altering psychological trauma. The predator exploited Minor Plaintiff's age and vulnerability to build a false emotional connection with her by promising friendship. Over the course of six months, the predator cultivated Plaintiff's trust across Roblox and Discord. The predator utilized Discord to send Plaintiff graphic messages describing graphic sexual acts he intended to do to her and sent her sexually explicit images of himself with his bare chest exposed. He also coerced her into sharing personal information about herself and sending him pictures of her face on Discord. The predator ultimately convinced Plaintiff to meet him in person, but he was thwarted only because the FBI and local law enforcement intervened.

As a result of this sexual exploitation, Minor Plaintiff suffered significant emotional distress, psychological trauma, and mental anguish. Minor Plaintiff's experiences have led to a loss of trust, safety, and personal security, depriving her of the opportunity for a normal and healthy development. The injuries she sustained are severe, ongoing, and permanent, affecting her daily life and emotional health in lasting and immeasurable ways.

Plaintiff asserts claims arising from Defendants' fraudulent concealment and misrepresentations, negligent misrepresentation, multiple forms of negligence—including failure to warn, unreasonable design, and negligent undertaking—and strict liability based on design defects and failure to warn. Critical factual issues will be Defendants' knowledge of the risk to children on their platforms due to the prevalence of predators, the truth of safety representations Defendants made concerning their platforms, the reasonableness of the design of Defendants' platforms, and the foreseeability of injury to Minor Plaintiff. Critical legal issues will concern whether the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act bars enforcement of any alleged arbitration agreement, whether Minor Plaintiff disaffirmed any alleged arbitration agreement, and whether Minor Plaintiff entered a contract with Defendants in the first place. Additionally, the Court will have to decide whether Section 230 applies to Minor Plaintiff's claims, and whether the First Amendment protects Defendants' allegedly "editorial decisions."

**5. Issues Specific to the Member Case**

☒ None

☐ Yes

**6. Related Cases Pending in Federal or State Court**

☒ None

☐ Yes

***

Plaintiff respectfully submits this Member Case Status Report in compliance with PTO No. 1 and stands ready to provide any additional information the Court may require.

DATED: January 16, 2026                     **BRADLEY/GROMBACHER LLP**

                                     By: ___/s *Kiley Grombacher*___
                                                 Marcus J. Bradley, Esq.
                                                 Kiley Lynn Grombacher, Esq.
                                                 Attorneys for Plaintiff