# <u>Exhibit A</u>

### DEFENDANTS' CONSOLIDATED MEMBER CASE STATUS REPORT

Defendants submit this Consolidated Member Case Status Report pursuant to the Court's Pretrial Order No. 1. As of this filing, there are 82 member cases (Section I), 11 related state cases (Section II.A), and 14 potential tag-along cases that have not yet been related to the MDL (Section II.B). There is one member case with pending motions.[1] Defendants do not request that any orders be stayed or vacated. As Defendants explained in their Joint Opposition to Plaintiff's Motion for Transfer, MDL No. 3166, ECF No. 40, each action involves case-specific, individualized facts. For purposes of this Member Case Status Report, Defendants incorporate those arguments by reference. There has been no discovery in any of the member cases.

**I.    Member Cases**

1.  ***Jane Doe v. Roblox Corp. and Discord Inc.*, 3:25-cv-03520 (N.D. Cal.)**

    i.   <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: Motion to compel arbitration briefing stayed pending JPML decision, ECF No. 63; Roblox and Discord filed opening briefs on August 4, 2025, ECF Nos. 35, 37.

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>:[2] Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and later connected on Discord. Once on Discord, the other user manipulated Plaintiff into sharing sexually explicit photos, sent Plaintiff explicit photos and videos of himself, and distributed the content Plaintiff sent him. Plaintiff brings causes of action for (1) fraudulent concealment and

---

[1] Defendants filed motions in two cases, 3:25-cv-03520 and 3:25-cv-10816, but those cases were stayed in light of this MDL, as detailed below.

[2] Any references to facts herein are based on the applicable complaint's allegations. Defendants do not concede the accuracy of these allegations.

misrepresentation, (2) negligent misrepresentation (Roblox only), (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

2. ***Mary Doe et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-10186 (N.D. Cal.)**

    i.  <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>:

        1.  Motions to dismiss complaint: Roblox and Discord filed opening briefs on June 27, 2025 (ECF Nos. 32, 33); Oppositions filed on July 25, 2025 (ECF Nos. 49, 50); Replies filed August 8, 2025 (ECF Nos. 58, 60).

        2.  Motions to compel arbitration: Roblox and Discord filed briefs on September 12, 2025 (ECF Nos. 82, 89).

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by multiple users on Roblox. They shared contact information and connected on Discord. One user sent violent images to Plaintiff; another manipulated Plaintiff into sharing sexually explicit photos, sent Plaintiff explicit photos and videos of himself, and eventually traveled to her house and recorded having intercourse with her. Plaintiff brings causes of action for (1) fraudulent concealment, (2) negligence - general, (3) negligence - failure to warn, (4) negligence - unreasonable design, (5) negligent undertaking, (6) strict liability - design defect, and (7) strict liability - failure to warn.

3. ***Jane Doe v. Roblox Corp.*, 3:25-cv-04329 (N.D. Cal.)**

    i.  <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, who convinced Plaintiff to create an online account on another unspecified platform, where Plaintiff shared sexually explicit photos. The user and Plaintiff met in person on two occasions for non-consensual sexual encounters. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligence – general, (3) negligence – failure to warn, (4) negligence – unreasonable design, (5) negligent undertaking, (6) strict liability – design defect, and (7) strict liability – failure to warn.

4. ***John Doe et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-05753 (N.D. Cal.)**

v. <u>Current status</u>: Stayed.

vi. <u>Pending motions</u>: N/A

vii. <u>Orders to be stayed or vacated</u>: N/A

viii. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the other user sent Plaintiff explicit photos of himself and convinced Plaintiff to meet in person where he attempted to rape her before law enforcement stopped him. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

5. ***Jane Doe et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-06087 (N.D Cal.)**

i. <u>Current status</u>: Stayed.

ii. <u>Pending motions</u>: N/A

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and

connected on Discord. The user convinced Plaintiff to meet in person, where he raped her, and was eventually caught by law enforcement. Plaintiff brings causes of action for (1) intentional misrepresentation, (2) negligent misrepresentation (Roblox only), (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

6.  ***Jane Doe v. Roblox Corp. and Snap Inc.***, **3:25-cv-10977 (N.D. Cal.)**

    i.   <u>Current status</u>: Stayed.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

    iv.   <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, who convinced Plaintiff to add him on Snapchat. On Snapchat, the user gave Plaintiff Robux in exchange for sexually explicit images and videos of herself. The user was apprehended by authorities in another state due to a separate investigation regarding his solicitation of minors online, which resulted in his conviction and imprisonment. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

7.  ***Jane A.P. Doe v. Roblox Corp. and Snap Inc.***, **3:25-cv-10809 (N.D. Cal.)**

    i.   <u>Current status</u>: Stayed.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

    iv.   <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user while playing a Roblox experience. The other

user convinced Plaintiff to add him on Snapchat, where Plaintiff shared sexually explicit photographs of herself. The other user was ultimately arrested and convicted due to a separate investigation involving his solicitation of similar content from another minor. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence, (4) negligent undertaking, (5) strict products liability, (6) breach of implied warranty of merchantability, (7) breach of express warranty, (8) violation of Pennsylvania's Unfair Trade Practices and Consumer Protection Law, 73 P.S. §§ 201-1, *et seq.*, and (9) acting as a knowing beneficiary in a sex-trafficking venture in violation of the Trafficking Victims' Protection Act, 18 U.S.C. §§ 1591(a)(2), 1595.

8. ***T.T. v. Roblox Corp.*, 3:25-cv-10812 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. The user convinced Plaintiff to add him on Snapchat, where they exchanged sexually explicit photographs. The user later arranged for Plaintiff to meet him in person, and then kidnapped Plaintiff to another state, where she was sexually abused. Plaintiff brings causes of action for (1) strict liability – design defect, (2) negligence – unreasonable design, (3) negligence – failure to warn, (4) negligence, (5) negligent undertaking, (6) fraudulent concealment and misrepresentation, (7) negligent misrepresentation, and (8) loss of consortium.

9. ***Jane Doe v. Roblox Corp.*, 3:25-cv-10976 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he was approached by various individuals on Roblox, who sent graphic messages and sexually explicit images and videos to Plaintiff using an unspecified platform. The individuals later convinced Plaintiff into sharing the sexually explicit images and videos with his friends at school. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

10. ***Jane Doe v. Roblox Corp.***, 3:25-cv-10815 (N.D. Cal.)

   i. <u>Current status</u>: Stayed.

   ii. <u>Pending motions</u>: N/A

   iii. <u>Orders to be stayed or vacated</u>: N/A

   iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. The user convinced Plaintiff to disclose her cell phone number and both Plaintiff and the user exchanged sexually explicit images of themselves via cell phones. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

11. ***Jane Doe S.G. et al v. Roblox Corp. and Discord Inc.***, 3:25-cv- 06812 (N.D Cal.)

   i. <u>Current status</u>: Stayed.

   ii. <u>Pending motions</u>: N/A

   iii. <u>Orders to be stayed or vacated</u>: N/A

   iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was

approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself, coerced Plaintiff to send sexually explicit images of herself and to disclose her home address, and planned to kidnap Plaintiff but was stopped by law enforcement. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

12. ***John Doe v. Roblox Corp.***, **3:25-cv-10972 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he was approached by another user on Roblox, who solicited sexually explicit images of Plaintiff in exchange for Robux or access to certain Roblox features. The other user convinced Plaintiff to visit the user's home, where Plaintiff was exposed to sexually explicit content and subjected to non-consensual touching. Plaintiff brings causes of action for (1) strict liability – design defect, (2) strict liability – failure to warn, (3) negligence – unreasonable design, (4) negligence – failure to warn, (5) negligence, (6) negligent undertaking, (7) fraudulent concealment and misrepresentation, (8) negligent misrepresentation, and (9) violation of Texas Deceptive Trade Practices-Consumer Protection Act.

13. ***Jane Doe M.P. v. Roblox Corp.***, **3:25-cv-06886 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, where they purportedly exchanged sexually explicit images of themselves. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

14. ***Jane Doe G.C. v. Roblox Corp.*, 3:25-cv-10813 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, who convinced her to communicate with him via text message, where they exchanged sexually explicit images of themselves. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

15. ***Jane Doe A.L. v. Roblox Corp.*, 3:25-cv-07676 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, who convinced her to communicate with him via text message, where Plaintiff provided sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence –

general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

16. ***Jane Doe GS 1 v. Roblox Corp. et al.*, 3:25-cv-07143 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, who convinced her to communicate with him via Instagram. On Instagram, Plaintiff and the other user exchanged sexually explicit images of themselves. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

17. ***A.E. v. Roblox Corp.*, 3:25-cv-10810 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, who convinced her to communicate with him via text message. Using text messages, they exchanged sexually explicit photographs with each other. Plaintiff brings causes of action for (1) strict liability – design defect, (2) strict liability – failure to warn, (3) negligence – unreasonable design, (4) negligence – failure to warn, (5) negligence, (6) negligent undertaking, (7) fraudulent concealment and representation, (8) negligent misrepresentation, (9) violation of the Oklahoma Consumer Protection Act, and (10) loss of consortium.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18. ***Doe v. Roblox Corp. and Discord Inc.*, 3:25-cv-10811 (N.D. Cal.)**

    i.  <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. The user ultimately convinced Plaintiff to meet in person, where he sexually assaulted her, and photographed and video recorded the acts. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, (8) strict liability - failure to warn, and (9) violation of the Michigan Consumer Protection Act.

19. ***Jane Doe v. Roblox Corp. and Snap Inc.*, 3:25-cv-07174 (N.D. Cal.)**

    i.  <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, who convinced her to communicate with him via Snapchat. Using Snapchat, they exchanged sexually explicit photographs with each other. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

1    20. ***Jane Doe I.V. v. Roblox Corp.*, 3:25-cv-07192 (N.D. Cal.)**

2        i.   <u>Current status</u>: Stayed.

3        ii.  <u>Pending motions</u>: N/A

4        iii. <u>Orders to be stayed or vacated</u>: N/A

5        iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was

6            approached by another user on Roblox, who convinced her to communicate

7            with him via text message. Using text message, the other user sent Plaintiff

8            sexually explicit images and graphic messages. In response, Plaintiff sent

9            sexually explicit images she found on the internet. Plaintiff brings causes of

10           action for (1) fraudulent concealment and misrepresentations, (2) negligent

11           misrepresentation, (3) negligence – general, (4) negligence – failure to warn,

12           (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict

13           liability – design defect, and (8) strict liability – failure to warn.

14   21. ***Jane Doe R.S. v. Roblox Corp.*, 4:25-cv-00740 (W.D. Mo.)**

15       i.   <u>Current status</u>: Stayed.

16       ii.  <u>Pending motions</u>: N/A

17       iii. <u>Orders to be stayed or vacated</u>: N/A

18       iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he was

19           approached by another user on Roblox, who convinced him to communicate

20           with her via text message. Using text messages, the other user sent sexually

21           explicit images of a girl. In response, Plaintiff sent sexually explicit images

22           of himself. Plaintiff brings causes of action for (1) fraudulent concealment

23           and misrepresentations, (2) negligent misrepresentation, (3) negligence –

24           general, (4) negligence – failure to warn, (5) negligence – unreasonable

25           design, (6) negligent undertaking, (7) strict liability – design defect, and (8)

26           strict liability – failure to warn.

27   22. ***Doe v. Roblox Corp. and Discord Inc.*, 3:25-cv-07291 (N.D. Cal.)**

28       i.   <u>Current status</u>: Stayed.

ii. <u>Pending motions</u>: N/A

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations (Roblox only), (2) negligent misrepresentation (Roblox only), (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking (Roblox only), (7) strict liability - design defect, and (8) strict liability - failure to warn.

23. ***Jane Doe B.E. v. Roblox Corp.*, 3:25-cv-07393 (N.D. Cal.)**

i. <u>Current status</u>: Stayed.

ii. <u>Pending motions</u>: N/A

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox, who convinced her to communicate with him via text message. Using text messages, they exchanged sexually explicit videos and photographs with each other. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

24. ***Doe M.J. et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-07486 (N.D. Cal.)**

i. <u>Current status</u>: Stayed.

ii. <u>Pending motions</u>: N/A

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

25. ***Doe et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-07686 (N.D. Cal.)**

    i.  <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself, coerced Plaintiff to share personal information and images of her face, and attempted to meet her in person. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

26. ***Doe v. Roblox Corp. and Discord Inc.*, 3:25-cv-10982 (N.D. Cal.)**

    i.  <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit

photos of himself and coerced Plaintiff to send sexually explicit images of himself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

27. ***J.S. v. Roblox Corp.***, **6:25-cv-03254 (W.D. Mo.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges he met another user on Roblox who pretended to be a teen girl. The user coerced Plaintiff into sending explicit photos of himself and disclosing his phone number, address, and names of family members. Plaintiff's mother discovered the photos and contacted the police. Plaintiff brings causes of action for (1) strict liability – design defect, (2) strict liability – failure to warn, (3) negligence – unreasonable design, (4) negligence – failure to warn, (5) negligence, (6) negligent undertaking, (7) fraudulent concealment and misrepresentation, (8) negligent misrepresentation, and (9) loss of consortium.

28. ***Jane Doe v. Roblox Corp.***, **3:25-cv-07852 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she met another user in a Roblox game. The user provided Plaintiff with Robux and convinced her to create a Facebook account, where she sent sexually explicit images of herself to the other user. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent

misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

29. ***Doe D.M. et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-07859 (N.D. Cal.)**

    ix.  <u>Current status</u>: Stayed.

    x.  <u>Pending motions</u>: N/A

    xi.  <u>Orders to be stayed or vacated</u>: N/A

    xii.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by other users on Roblox. They shared contact information and connected on Discord. Once on Discord, these users coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

30. ***Jane Doe K.R. v. Roblox Corp.*, 3:25-cv-07889 (N.D. Cal.)**

    i.  <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and continued their interactions through text messages. Using text messages, the user sent Plaintiff graphic text messages and sexually explicit images of himself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

31. ***Joseph Doe v. Roblox Corp.*, 3:25-cv-07899 (N.D. Cal.)**

    i.   <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he received messages from another user on Roblox who was pretending to be a minor. The user coerced Plaintiff into sharing his phone number and his home address. The user came to Plaintiff's home and forced him to perform oral sex on him. Plaintiff brings causes of action for (1) negligence – general, (2) negligence – failure to warn, (3) negligence – unreasonable design, (4) negligent undertaking, (5) strict liability – design defect, and (6) strict liability – failure to warn.

32. ***Mary Doe v. Roblox Corp. and Snap Inc.*, 3:25-cv-07909 (N.D. Cal.)**

    i.   <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she was targeted via an experience on Roblox by a user who was posing as a minor. Plaintiff shared her Snapchat username with him, where the two continued communicating. The user coerced Plaintiff into sending explicit content over Snapchat. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

33. ***M.S. v. Roblox Corp. and Discord Inc.*, 3:25-cv-07925 (N.D. Cal.)**

    i.   <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

iii.  <u>Orders to be stayed or vacated</u>: N/A

iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, (8) strict liability - failure to warn, and (9) loss of consortium.

34. ***Doe v. Roblox Corp. and Discord Inc.*, 3:26-cv-00297(N.D. Cal.)**

i.  <u>Current status</u>: Stayed.

ii.  <u>Pending motions</u>: N/A

iii.  <u>Orders to be stayed or vacated</u>: N/A

iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user coerced Plaintiff to provide information he used to steal personal and identifying information, and to send sexually explicit images, which he published online. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation (Roblox only), (2) negligent misrepresentation (Roblox only), (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking (Roblox only), (7) strict liability - design defect, (8) strict liability - failure to warn, and (9) strict liability – nonconformance with representation (Roblox only).

35. ***H.C. et al v. Roblox Corp. and Discord Inc.*, 4:25-cv-8076 (N.D. Cal.)**

i.  <u>Current status</u>: Stayed.

ii.  <u>Pending motions</u>: N/A

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user coerced Plaintiff to send sexually explicit images and videos of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentations, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

36. ***Doe S.C. v. Roblox Corp. and Discord Inc.*, 3:25-cv-11103 (N.D. Cal.)**

i. <u>Current status</u>: Stayed.

ii. <u>Pending motions</u>: N/A

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, (8) strict liability - failure to warn, and (9) punitive damages.

37. ***Jane Doe v. Roblox Corp.*, 3:25-cv-08300 (N.D. Cal.)**

i. <u>Current status</u>: Stayed.

ii. <u>Pending motions</u>: N/A

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she was met another user on Roblox. The user provided Plaintiff with Robux and asked

1   her for her address. Via text message, the user coerced Plaintiff into sending

2   him sexually explicit photographs and a video. Plaintiff brings causes of

3   action for (1) fraudulent concealment and misrepresentations, (2) negligent

4   misrepresentation, (3) negligence – general, (4) negligence – failure to warn,

5   (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict

6   liability – design defect, and (8) strict liability – failure to warn.

7   38. *Doe et al v. Roblox Corp. and Discord Inc.*, **4:25-cv-08350 (N.D. Cal.)**

8      i.   <u>Current status</u>: Stayed.

9      ii.  <u>Pending motions</u>: N/A

10     iii. <u>Orders to be stayed or vacated</u>: N/A

11     iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was

12         approached by multiple users on Roblox. They shared contact information

13         and connected on Discord. Once on Discord, these users coerced Plaintiff to

14         join "fetish communities" and send sexually explicit images of herself.

15         Plaintiff brings causes of action for (1) fraudulent concealment and

16         misrepresentation (Roblox only), (2) negligent misrepresentation (Roblox

17         only), (3) negligence - general, (4) negligence - failure to warn, (5)

18         negligence - unreasonable design, (6) negligent undertaking (Roblox only),

19         (7) strict liability - design defect, and (8) strict liability - failure to warn.

20   39. *Doe v. Roblox Corp. and Discord Inc.*, **4:25-cv-04693 (S.D. Tex.)**

21     i.   <u>Current status</u>: Stayed.

22     ii.  <u>Pending motions</u>: N/A

23     iii. <u>Orders to be stayed or vacated</u>: N/A

24     iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was

25         approached by another user on Roblox. They shared contact information and

26         connected on Discord. Once on Discord, the user sent Plaintiff explicit

27         photos of himself, coerced Plaintiff to send sexually explicit images of

28         herself, and abducted and raped Plaintiff, eventually impregnating her.

1  Plaintiff subsequently received an abortion. Plaintiff brings causes of action

2  for (1) fraudulent concealment and misrepresentation (Roblox only), (2)

3  negligent misrepresentation (Roblox only), (3) negligence - general, (4)

4  negligence - failure to warn, (5) negligence - unreasonable design, (6)

5  negligent undertaking, (7) strict liability - design defect, and (8) strict

6  liability - failure to warn.

7  40. ***Mary Doe v. Roblox Corp.*, 3:25-cv-08399 (N.D. Cal.)**

8     i.  <u>Current status</u>: Stayed.

9     ii.  <u>Pending motions</u>: N/A

10     iii.  <u>Orders to be stayed or vacated</u>: N/A

11     iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she met

12  another user on Roblox who posed as a minor. Once Plaintiff shared her

13  phone number, home address, and mother's information with the other user,

14  the two exchanged sexually explicit images with each other on an

15  unspecified platform. The other user convinced Plaintiff to meet him in

16  person. He transported her to a motel, where she was sexually abused by the

17  user and four other men. Plaintiff brings causes of action for (1) fraudulent

18  concealment and misrepresentations, (2) negligent misrepresentation, (3)

19  negligence – general, (4) negligence – failure to warn, (5) negligence –

20  unreasonable design, (6) negligent undertaking, (7) strict liability – design

21  defect, and (8) strict liability – failure to warn.

22  41. ***Jane D.R. Doe v. Roblox Corp. and Snap Inc.*, 3:25-cv-11102 (N.D. Cal.)**

23     i.  <u>Current status</u>: Stayed.

24     ii.  <u>Pending motions</u>: N/A

25     iii.  <u>Orders to be stayed or vacated</u>: N/A

26     iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she met

27  another user on Roblox who posed as a younger player. The user convinced

28  Plaintiff to create a Snapchat account and continued communicating with her

on that platform. On Snapchat, the user shared pornographic images of adults and convinced Plaintiff to share sexually explicit images of herself. Plaintiff's mother discovered the explicit communications and contacted the police. The other user was convicted of various crimes and is serving a sentence of six years to life in prison. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence, (4) negligent undertaking, (5) strict products liability, (6) breach of implied warranty of merchantability, (7) breach of express warranty, (8) violation of the Pennsylvania's Unfair Trade Practices and Consumer Protection Law (73 P.S. §§ 201-1, *et seq.*), and (9) knowing beneficiary in a sex-trafficking venture in violation of the Trafficking Victims' Protection Act (18 U.S.C. §§ 1591(a)(2), 1595).

42. ***Jane P.H. Doe v. Roblox Corp. and Snap Inc.*, 3:25-cv-11101 (N.D. Cal.)**

　　i.　<u>Current status</u>: Stayed.

　　ii.　<u>Pending motions</u>: N/A

　　iii.　<u>Orders to be stayed or vacated</u>: N/A

　　iv.　<u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she met another user on Roblox who posed as a younger player. After accepting his friend request, Plaintiff and the other user messaged on Roblox. The other user convinced Plaintiff to share her Snapchat username. On Snapchat, two users messaged Plaintiff, asking her to send sexually explicit images and videos, which she eventually did. One of the users threatened to distribute these images or harm himself if Plaintiff did not send more photos. Plaintiff's mother discovered the explicit communications and contacted the police. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence, (4) negligent undertaking, (5) strict products liability, (6) breach of implied warranty of merchantability, (7) breach of express warranty, (8) violation of

the Pennsylvania's Unfair Trade Practices and Consumer Protection Law (73 P.S. §§ 201-1, *et seq.*), and (9) acting as a knowing beneficiary in a sex-trafficking venture in violation of the Trafficking Victims' Protection Act (18 U.S.C. §§ 1591(a)(2), 1595).

43. ***Jane M.C. Doe v. Roblox Corp. and Snap Inc.*, 3:25-cv-10980 (N.D. Cal.)**

    i. <u>Current status</u>: Stayed.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she and her school friends met another user on Roblox. Plaintiff and her school friends later began communicating with the other user on Snapchat. On Snapchat, the user coerced Plaintiff and her friends into sending him sexually explicit photos and videos of themselves, and the user sent videos of himself masturbating. When Plaintiff's grandmother and mother discovered the explicit communications, they contacted Plaintiff's school and the police. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence, (4) negligent undertaking, (5) strict products liability, (6) breach of implied warranty of merchantability, (7) breach of express warranty, (8) violation of the Pennsylvania's Unfair Trade Practices and Consumer Protection Law (73 P.S. §§ 201-1, *et seq.*), and (9) acting as a knowing beneficiary in a sex-trafficking venture in violation of the Trafficking Victims' Protection Act (18 U.S.C. §§ 1591(a)(2), 1595).

44. ***John Doe T.P. v. Roblox Corp.*, 3:25-cv-08565 (N.D. Cal.)**

    i. <u>Current status</u>: Active.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she was

coerced into forming an online relationship with another user on Roblox, who convinced her to interact in a game wherein they acted out sexual acts. Plaintiff and the other user would message on Roblox and call each other. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

45. ***Jane Doe L.Y. v. Roblox Corp.*, 3:25-cv-08595 (N.D. Cal.)**

    i.  <u>Current status</u>: Active.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges she was targeted in a Roblox game by multiple users who presented themselves as her peers. Eventually, these users sent Plaintiff sexually explicit images of themselves on an unspecified platform. They convinced Plaintiff to send them sexually explicit images and videos of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

46. ***Doe S.W. v. Roblox Corp. and Discord Inc.*, 3:25-cv-08635 (N.D. Cal.)**

    i.  <u>Current status</u>: Stayed.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and

connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

47. ***John Doe J.W. v. Roblox Corp. and Meta Platforms, Inc.*, 3:26-cv-00007 (N.D. Cal.)**

   i.   Current status: Stayed.

   ii.  Pending motions: N/A

   iii. Orders to be stayed or vacated: N/A

   iv.  Key facts and critical factual and legal issues: Plaintiff alleges she met another user on Roblox. The other user convinced Plaintiff to add him on Instagram, where he sent graphic messages to Plaintiff. He later convinced Plaintiff to send him sexually explicit images in exchange for Robux. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

48. ***Jane Doe A.S. v. Roblox Corp.*, 3:25-cv-08756 (N.D. Cal.)**

   i.   Current status: Active.

   ii.  Pending motions: Motion to proceed under pseudonym, filed on October 14, 2025, ECF Nos. 4, 7.

   iii. Orders to be stayed or vacated: N/A

   iv.  Key facts and critical factual and legal issues: Plaintiff alleges she met another user on Roblox. On an unspecified platform, the other user sent

Plaintiff sexually explicit images of himself and attempted to coerce Plaintiff to do the same. Plaintiff refused to send explicit photos to him. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence – general, (4) negligence – failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

49. ***D.A. et al v. Roblox Corp. and Discord Inc.***, **4:25-cv-08866 (N.D. Cal.)**

    i. <u>Current status</u>: Not yet served.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was approached by another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

50. ***Doe T.W. v. Roblox Corp. and Discord Inc.***, **3:25-cv-09027 (N.D. Cal.)**

    i. <u>Current status</u>: Not yet served.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he was approached by other users on Roblox. They shared contact information and connected on Discord. Once on Discord, the users sent Plaintiff explicit photos of themselves and coerced Plaintiff to send sexually explicit images

of himself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

51. ***John Doe v. Roblox Corp.*, 3:26-cv-00294 (N.D. Cal.)**

   i.  <u>Current status</u>: Stayed.

   ii.  <u>Pending motions</u>: N/A

   iii.  <u>Orders to be stayed or vacated</u>: N/A

   iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox. They communicated on Roblox, and the user convinced Plaintiff to meet in person at the user's home. There, the user forced Plaintiff to engage in various sexual acts with him. Plaintiff brings causes of action for (1) strict liability – design defect, (2) strict liability – failure to warn, (3) negligence – unreasonable design, (4) negligence – failure to warn, (5) negligence, (6) negligent undertaking, (7) fraudulent concealment and misrepresentation, and (8) negligent misrepresentation.

52. ***Jane Doe B.L. v. Roblox Corp.*, 3:25-cv-09251 (N.D. Cal.)**

   i.  <u>Current status</u>: Active.

   ii.  <u>Pending motions</u>: Motion to proceed under pseudonym, filed on October 28, 2025, ECF. No. 3.

   iii.  <u>Orders to be stayed or vacated</u>: N/A

   iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox. Plaintiff was coerced into sharing his cell phone number, which the other user used to send Plaintiff sexually explicit images and videos of himself. The other user also coerced Plaintiff into sending him sexually explicit images and videos. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent

misrepresentation. (3) negligence – general. (4) negligence – failure to warn. (5) negligence – unreasonable Design, (6) negligent undertaking, (7) strict liability – design defect, and (8) strict liability – failure to warn.

53. ***Doe M.S., individually and as surviving parent et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-10979 (N.D. Cal.)**

    i. <u>Current status</u>: The parties have agreed that any deadlines are stayed pending the Court's case management order.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user groomed Plaintiff and threatened self-harm when Plaintiff rebuffed the user's romantic advances. Plaintiff later committed suicide. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

54. ***Mary Doe v. Roblox Corp.*, 3:26-cv-00296 (N.D. Cal.)**

    i. <u>Current status</u>: Active.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met other users on Roblox. One allegedly posed as a minor and engaged him in sexually explicit messaging. Plaintiff was also convinced to meet in person with four other individuals whom he had met on Roblox, who coerced him into engaging in a sexual act. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation;

(3) negligence – general; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; (8) strict liability – failure to warn; and (9) strict liability – nonconformance with representation.

55. ***Doe C.R. et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-09565 (N.D. Cal.)**

    i. <u>Current status</u>: The parties have agreed that any deadlines are stayed pending the Court's case management order.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

56. ***Doe J.R. et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-09563 (N.D. Cal.)**

    i. <u>Current status</u>: The parties have agreed that any deadlines are stayed pending the Court's case management order.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of himself. Plaintiff brings causes of action for (1) fraudulent concealment and

1    misrepresentations, (2) negligent misrepresentation, (3) negligence -

2    general, (4) negligence - failure to warn, (5) negligence - unreasonable

3    design, (6) negligent undertaking, (7) strict liability - design defect, and (8)

4    strict liability - failure to warn.

5    57. ***Mary Doe v. Roblox Corp.*, 3:25-cv-11105 (N.D. Cal.)**

6        i.   Current status: Active.

7        ii.  Pending motions: N/A

8        iii. Orders to be stayed or vacated: N/A

9        iv.  Key facts and critical factual and legal issues: Plaintiff alleges she met

10            another user on Roblox. The user used Roblox's chat messaging to escalate

11            their conversations to sexual topics. The user also solicited nude photographs

12            of Plaintiff, which she did not provide. Plaintiff also met the user in person,

13            where he exposed himself to Plaintiff and attempted to engage in sexual

14            contact, but Plaintiff escaped. Plaintiff brings causes of action for (1)

15            fraudulent concealment and misrepresentation; (2) negligent representation;

16            (3) negligence – general; (4) negligence – failure to warn; (5) negligence –

17            unreasonable design; (6) negligent undertaking; (7) strict liability – design

18            defect; and (8) strict liability – failure to warn.

19    58. ***S.E.B. v. Roblox Corp. and Meta Platforms, Inc.*, 3:25-cv-09582 (N.D. Cal.)**

20        i.   Current status: Active.

21        ii.  Pending motions: N/A

22        iii. Orders to be stayed or vacated: N/A

23        iv.  Key facts and critical factual and legal issues: Plaintiff alleges she began

24            playing on Roblox with a friend, who then left the platform. Plaintiff was

25            then met user who pretended to be a young player. The user then convinced

26            Plaintiff to communicate on Instagram. The user offered Plaintiff Robux in

27            exchange for sexually explicit images and videos of herself. Plaintiff's

28            mother discovered the explicit messages and contacted the police. Plaintiff

brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

59. ***John Doe v. Roblox Corp.*, 3:25-cv-09624 (N.D. Cal.)**

    i.   <u>Current status</u>: Active.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

    iv.   <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that when she met another user on Roblox who pretended to be one of her classmates. The other user communicated with Plaintiff on Roblox and iMessage. The other user sent Plaintiff sexually explicit photographs of himself and asked her to do the same on an unspecified platform. The other user also convinced Plaintiff to reveal her home address and attempted to visit her from another state, but Plaintiff's father answered the door, and the other user fled before being apprehended by law enforcement. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence – general; (4) negligence – failure to warn; (5) violation of the Illinois Consumer Fraud and Deceptive Business Practices Act; (6) negligence – unreasonable design; (7) negligent undertaking; (8) strict liability – design defect; and (9) strict liability – failure to warn.

60. ***Jane Doe C.W. v. Roblox Corp.*, 3:26-cv-00295 (N.D. Cal.)**

    i.   <u>Current status</u>: Active.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

    iv.   <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. The user convinced Plaintiff to communicate via

1    text message. The user sent explicit messages and convinced Plaintiff to send

2    sexually explicit images and videos of herself. Plaintiff brings causes of

3    action for (1) fraudulent concealment and misrepresentation; (2) negligent

4    representation; (3) negligence; (4) negligence – failure to warn; (5)

5    negligence – unreasonable design; (6) negligent undertaking; (7) strict

6    liability – design defect; and (8) strict liability – failure to warn.

7    61. ***Doe A.C. et al v. Roblox Corp. and Discord Inc.*, 3:25-cv-09730 (N.D. Cal.)**

8    i.   Current status: The parties have agreed that any deadlines are stayed pending

9    the Court's case management order.

10   ii.  Pending motions: N/A

11   iii. Orders to be stayed or vacated: N/A

12   iv.  Key facts and critical factual and legal issues: Plaintiff alleges that she met

13   other users on Roblox. They shared contact information and connected on

14   Discord. Once on Discord, the users sent Plaintiff explicit photos of

15   themselves, coerced Plaintiff to send sexually explicit images of herself, and

16   threatened to harm Plaintiff's family. Plaintiff brings causes of action for (1)

17   fraudulent    concealment    and    misrepresentations,    (2)    negligent

18   misrepresentation, (3) negligence - general, (4) negligence - failure to warn,

19   (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict

20   liability - design defect, and (8) strict liability - failure to warn.

21   62. ***Jane Doe M.B. v. Roblox Corp.*, 3:25-cv-09745 (N.D. Cal.)**

22   i.   Current status: Active.

23   ii.  Pending motions: N/A

24   iii. Orders to be stayed or vacated: N/A

25   iv.  Key facts and critical factual and legal issues: Plaintiff alleges that she met

26   another user on Roblox. After the other user convinced her to give him her

27   phone number, they exchanged explicit images and videos of themselves.

28   Plaintiff brings causes of action for (1) fraudulent concealment and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

63. ***Jane Doe S.E. v. Roblox Corp.***, **3:25-cv-09807 (N.D. Cal.)**

   i.   Current status: Active.

   ii.  Pending motions: N/A

   iii. Orders to be stayed or vacated: N/A

   iv.  Key facts and critical factual and legal issues: Plaintiff alleges that she met another user on Roblox. On an unspecified platform, the other user sent Plaintiff sexually explicit images of himself, and coerced Plaintiff to send sexually explicit images of herself as well. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

64. ***John Doe J.R. v. Roblox Corp.***, **3:25-cv-09945 (N.D. Cal.)**

   i.   Current status: Active.

   ii.  Pending motions: N/A

   iii. Orders to be stayed or vacated: N/A

   iv.  Key facts and critical factual and legal issues: Plaintiff alleges that she met another user on Roblox. Plaintiff provided her cell phone number to the other user. He communicated with Plaintiff, sent her sexually explicit messages, and solicited her to engage in sexual acts during video calls, which he secretly recorded. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8)

strict liability – failure to warn.

65. *Jane Doe K.J. v. Roblox Corp.*, 3:25-cv-09946 (N.D. Cal.)

    i.   Current status: Active.

   ii.   Pending motions: N/A

  iii.   Orders to be stayed or vacated: N/A

  iv.   Key facts and critical factual and legal issues: Plaintiff alleges that met another user on Roblox. The other user sent graphic messages and sexually explicit images of himself. The other user also coerced Plaintiff into sending sexually explicit images of himself by threatening to harm Plaintiff's family. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

66. *John Doe L.D. v. Roblox Corp.*, 3:25-cv-09990 (N.D. Cal.)

    i.   Current status: Active.

   ii.   Pending motions: N/A

  iii.   Orders to be stayed or vacated: N/A

  iv.   Key facts and critical factual and legal issues: Plaintiff alleges that he met another user on Roblox who used a voice altering device to mask their age. On an unspecified website, the other user then sent inappropriate photographs to Plaintiff and attempted to coerce Plaintiff into doing the same. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

67. ***Jane Doe S.H. v. Roblox Corp.***, **3:25-cv-09991 (N.D. Cal.)**

    i.   <u>Current status</u>: Active.

    ii.  <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox. On an unspecified platform, the other user sent Plaintiff graphic messages and sexually explicit photographs, and coerced Plaintiff into sending sexually explicit images of himself to the other user. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

68. ***Jane Doe J.N. v. Roblox Corp.***, **3:25-cv-10020 (N.D. Cal.)**

    i.   <u>Current status</u>: Active.

    ii.  <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox who used a voice altering device to mask their age. Plaintiff alleges that the other user convinced Plaintiff to interact on a game in which they acted out sexual acts, and the other user sent Plaintiff sexually explicit pictures on an unspecified platform. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

69. ***Jane Doe A.J. v. Roblox Corp.*, 3:25-cv-10028 (N.D. Cal.)**

    i.  <u>Current status</u>: Active.

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox, who coerced him into an online relationship. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

70. ***Doe S.K. et al v. Roblox Corp. and Discord Inc.*, 4:25-cv-10155 (N.D. Cal.)**

    i.  <u>Current status</u>: The parties have agreed that any deadlines are stayed pending the Court's case management order.

    ii.  <u>Pending motions</u>: Motion to proceed under pseudonym filed by Plaintiff on November 24, 2025, ECF No. 2.

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was met another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself, coerced Plaintiff to send sexually explicit images of herself, and threatened to commit suicide if Plaintiff ceased communication. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

71. ***Doe M.T. et al v. Roblox Corp. and Discord Inc.***, **3:25-cv-10307 (N.D. Cal.)**

    i. <u>Current status</u>: Defendants' deadline to respond to the Complaint is February 9, 2026.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

72. ***Doe M.M. v. Roblox Corp. and Discord Inc.***, **3:25-cv-10346 (N.D. Cal.)**

    i. <u>Current status</u>: Defendants' deadline to respond to the Complaint is February 9, 2026.

    ii. <u>Pending motions</u>: N/A

    iii. <u>Orders to be stayed or vacated</u>: N/A

    iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images and videos of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

73. ***John Doe J.L. v. Roblox Corp.***, **3:25-cv-10351 (N.D. Cal.)**

    i.   <u>Current status</u>: Active.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

    iv.   <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. The other user manipulated Plaintiff into providing her phone number, and he sent her explicit photographs and exposed himself to Plaintiff during a video call. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

74. ***John Doe M.C. v. Roblox Corp.***, **3:25-cv-10748 (N.D. Cal.)**

    i.   <u>Current status</u>: Active.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

    iv.   <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. Plaintiff was coerced into disclosing her personal phone number, and the user sent sexually explicit images of herself to the other user. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation; (2) negligent representation; (3) negligence; (4) negligence – failure to warn; (5) negligence – unreasonable design; (6) negligent undertaking; (7) strict liability – design defect; and (8) strict liability – failure to warn.

75. ***Jane Doe I.P. v. Roblox Corp.***, **3:25-cv-10948 (N.D. Cal.)**

    i.   <u>Current status</u>: Active.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. The other user convinced Plaintiff to move their communications to Instagram and Discord. On an unspecified platform, Plaintiff sent the other user photographs of herself. Plaintiff later met with the user near her home, where he attempted to touch and kiss her, but she escaped. Plaintiff brings causes of action for (1) fraudulent concealment; (2) fraudulent misrepresentation; (3) negligent representation; (4) negligence; (5) negligence – failure to warn; (6) negligence – unreasonable design; (7) negligent undertaking; (8) strict liability – design defect; and (9) strict liability – failure to warn.

76. ***Jane Doe P.B. v. Roblox Corp. and Snap Inc.***, **3:25-cv-10596 (N.D. Cal.)**

i. <u>Current status</u>: Active.

ii. <u>Pending motions</u>: N/A

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox. The other user manipulated Plaintiff into adding him on Snapchat and into sending sexually explicit images of himself to the other user. Plaintiff brings causes of action for: (1) fraudulent concealment; (2) fraudulent misrepresentation; (3) negligent representation; (4) negligence; (5) negligence – failure to warn; (6) negligence – unreasonable design; (7) negligent undertaking; (8) strict liability – design defect; and (9) strict liability – failure to warn.

77. ***Jane Doe GS 3 v. Roblox Corp. and Discord Inc.***, **3:26-cv-00326 (N.D. Cal.)**

i. <u>Current status</u>: Defendants have not been served.

ii. <u>Pending motions</u>: N/A

iii. <u>Orders to be stayed or vacated</u>: N/A

iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he met another user on Roblox. The other user used Roblox's messaging feature to

manipulate him into communicating via Discord. The other user manipulated Plaintiff into sending sexually explicit photographs of himself and an image of his home. The other user also manipulated Plaintiff into participating in sexually explicit video chats. Plaintiff brings causes of action for (1) fraudulent concealment; (2) fraudulent misrepresentation; (3) negligent representation; (4) negligence; (5) negligence – failure to warn; (6) negligence – unreasonable design; (7) negligent undertaking; (8) strict liability – design defect; and (9) strict liability – failure to warn.

78. ***Doe S.F. v. Roblox Corp. and Discord Inc.*, 3:25-cv-10526 (N.D. Cal.)**

    i.   <u>Current status</u>: Defendants' deadline to respond to the Complaint is February 9, 2026.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

    iv.   <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she was met another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user coerced Plaintiff to send sexually explicit images and videos of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligent undertaking, (6) strict liability - design defect, and (7) strict liability - failure to warn.

79. ***Jane Doe J.H. v. Roblox Corp., Discord Inc., and Snap Inc.*, 3:26-cv-00403** (N.D. Cal.)

    i.   <u>Current status</u>: Defendants have not been served.

    ii.   <u>Pending motions</u>: N/A

    iii.   <u>Orders to be stayed or vacated</u>: N/A

    iv.   <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. The user manipulated her into continuing their

interactions on Discord. The other user sent Plaintiff graphic messages and coerced her into sending sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligent undertaking, (6) strict liability - design defect, and (7) strict liability - failure to warn.

80. *Jane Doe A.T. v. Roblox Corp.*, **3:26-cv-00404** (N.D. Cal.)

  i. <u>Current status</u>: Active.

  ii. <u>Pending motions</u>: N/A

  iii. <u>Orders to be stayed or vacated</u>: N/A

  iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. The user manipulated Plaintiff into believing they were in a relationship and sent Plaintiff explicit messages and sexually explicit images of himself. He also coerced Plaintiff into sending sexually explicit images of herself by threatening her. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligent undertaking, (6) strict liability - design defect, and (7) strict liability - failure to warn.

81. *Doe L.S. v. Roblox Corp. and Discord Inc.*, **3:25-cv-10607 (N.D. Cal.)**

  i. <u>Current status</u>: Defendants have not been served.

  ii. <u>Pending motions</u>: N/A

  iii. <u>Orders to be stayed or vacated</u>: N/A

  iv. <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that she met another user on Roblox. They shared contact information and connected on Discord. Once on Discord, the user sent Plaintiff explicit photos of himself and coerced Plaintiff to send sexually explicit images of herself. When Plaintiff told the user she did not want to send explicit photos he threatened

to harm her family, and Plaintiff reported the incident to law enforcement. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentations, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence - unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

82. ***John Doe J.C. v. Roblox Corp. and Snap Inc.*, 3:26-cv-00232 (N.D. Cal.)**

    i.  <u>Current status</u>: Active

    ii.  <u>Pending motions</u>: N/A

    iii.  <u>Orders to be stayed or vacated</u>: N/A

    iv.  <u>Key facts and critical factual and legal issues</u>: Plaintiff alleges that he was targeted by another user on Roblox that represented himself as a peer. The user manipulated her into continuing their interactions on Snapchat. The other user manipulated her into sending sexually explicit images of herself. Plaintiff brings causes of action for (1) fraudulent concealment and misrepresentation, (2) negligent misrepresentation, (3) negligence - general, (4) negligence - failure to warn, (5) negligence – unreasonable design, (6) negligent undertaking, (7) strict liability - design defect, and (8) strict liability - failure to warn.

## II.    Related Cases

1.  <u>State</u>

    i.  ***John Doe v. Roblox Corp. and Discord Inc.*, 25-CIV-01193 (San Mateo Super. Ct.):** Defendants Roblox and Discord are appealing orders denying their respective motions to compel the plaintiff's claims to arbitration. Defendants have both filed opening briefs in support of demurrers to the plaintiff's First Amended Complaint, but the case is stayed pending resolution of Defendants' joint motion to stay trial court proceedings pending resolution of their appeals.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ii. ***Jane Doe v. Roblox Corp. and Discord Inc.*, 25-CIV-05901 (San Mateo Super. Ct.):** Defendants Roblox and Discord both moved to compel the plaintiff's claims to arbitration and stay the proceedings. Briefing on Roblox's motion was completed on December 12, 2025. Briefing on Discord's motion will be complete on January 27, 2026. Both motions are set for hearing on February 6, 2026. Briefing on Discord's motion trailed because Discord sought and received permission from the Court to restart briefing on its motion to compel after receiving an additional Discord username from Plaintiff. Separately, Plaintiff filed a trial preference motion on January 8, 2026, which is not fully briefed and is set for argument on July 24, 2026.

iii. ***Jane Doe M.L. v. Roblox Corp. v. Meta Platforms, Inc.*, 25STCV24596 (Los Angeles Super. Ct.):** Stayed.

iv. ***Rebecca Dallas v. Roblox Corp. and Discord Inc.*, CGC-25-629056 (San Francisco Super. Ct.):** Defendants Roblox and Discord both moved to compel the plaintiff's claims to arbitration and stay the proceedings. Briefing on the motions is ongoing and will conclude on February 9, 2026.

v. ***A.R. v. Roblox Corp.*, CVRI2506488 (Riverside Super. Ct.):** Case filed; Roblox has not been served.

vi. ***Jane Doe v. Roblox Corp. and Discord Inc.*, 25NNCV08326 (Los Angeles Super. Ct.):** On January 16, 2026, the parties filed a joint stipulation to stay the case pending a decision on the coordination petition discussed below..

vii. ***Jane Doe D.D. v. Roblox Corp. and Snap Inc.*, TC25-E846533350 (Los Angeles Super. Ct.):** Defendants have not been served.

viii. ***John Doe P.C. v. Roblox Corp.*, 25CV161114 (Alameda Super. Ct.):** Roblox has been served.

ix. ***Jane Doe A.M. v. Roblox Corp. and Discord Inc.*, 25CV161158 (Alameda Super. Ct.):** Defendants have been served. On December 28, 2025, Counsel

1   for Plaintiff in *Jane Doe A.M. v. Roblox Corp., Discord Inc.*, (Super. Ct.

2   Alameda County, 2025, No. 161158) filed a Petition for Coordination for

3   Pre-trial Purposes (the "JCCP Petition") requesting coordination of eight

4   cases filed in California Superior Courts. The eight cases include: *John Doe*

5   *v. Roblox Corp., Discord Inc.*, (Super. Ct. San Mateo County, 2025, No.

6   1193); *Jane Doe v. Roblox Corp., Discord Inc.*, (Super. Ct. San Mateo

7   County, 2025, No. 5901); *Jane Doe M.L. v. Roblox Corp., Meta Platforms*

8   *Inc.*, (Super. Ct. Los Angeles County, 2025, No. 24596); *Dallas v. Roblox*

9   *Corp., Discord Corp.*, (Super. Ct. San Francisco County, 2025, No. 629056);

10  *Jane Doe v. Roblox Corp., Discord Inc.*, (Super. Ct. Los Angeles County,

11  2025, No. 8326); *John Doe P.C. v. Roblox Corp.*, (Super. Ct. Alameda

12  County, 2025, No. 161114); *Jane Doe A.M. v. Roblox Corp., Discord Inc.*,

13  (Super. Ct. Alameda County, 2025, No. 161158); *Jane Doe D.D. v. Roblox*

14  *Corp., Snap Inc.*, (Super. Ct. Los Angeles County, 2025, No. TC25-

15  E846533350).

16      x.  ***Jane Doe D.B. v. Roblox Corp. and Discord Inc.*, 26-CIV-00085 (San**

17          **Mateo Super. Ct.):** Defendants have been served.

18      xi. ***Jane A.R. Doe v. Roblox Corp.*, TC26-12 (San Mateo Super Ct.):**

19          Defendants have not been served.

20  2.  Federal (Potential Tag-Alongs)

21      i.   ***Jane Doe B.G. v. Roblox Corp.*, 3:25-cv-11058 (N.D. Cal.):** Roblox has not

22           been served.

23      ii.  ***John Doe J.J. v. Roblox Corp.*, 3:26-cv-00146 (N.D. Cal.):** Roblox has

24           been served.

25      iii. ***R.D. v. Roblox Corp. and Snap Inc.*, 3:26-cv-00272 (N.D. Cal.):**

26           Defendants have not been served.

27      iv.  ***Jane Doe, L.G. v. Roblox Corp. and Discord Inc.*, 3:25-cv-08941 (N.D.**

28           **Cal.):** Stayed.

v. *Jane Doe M.O. v. Roblox Corp. and Discord Inc.*, 2:25-cv-00113 (D. Mont.): Stayed.

vi. *Jane Doe J.B. v. Roblox Corp. and Discord Inc.*, 3:26-cv-00230 (N.D. Cal.): Defendants have not been served.

vii. *C.E. v. Roblox Corp. and Discord Inc.*, 4:26-cv-00292 (N.D. Cal.): Defendants have not been served.

viii. *N.N. v. Roblox Corp.*, 4:26-cv-00360 (N.D. Cal.): Roblox has not been served.

ix. *Jane Doe GS 4 v. Roblox Corp. and Meta Platforms, Inc.*, 3:26-cv-00327 (N.D. Cal.): Defendants have not been served.

x. *Mary Doe v. Roblox Corp. and Discord Inc.*, 4:26-cv-00042 (E.D. Mo.): Defendants have not been served.

xi. *Jane Doe J.F. v. Roblox Corp., Discord Inc., and Snap Inc.*, 4:26-cv-00299 (N.D. Cal.): Defendants have not been served.

xii. *Doe J.S. v. Roblox Corp. and Discord Inc.*, 3:26-cv-00438 (N.D. Cal.): Defendants have not been served.

xiii. *Doe I. B. v. Roblox Corp. and Discord Inc.*, 3:26-cv-00506 (N.D. Cal.): Defendants have not been served.

xiv. *Jane Doe GS 2 v. Roblox Corp. and Meta Platforms, Inc.*, 3:26-cv-00324 (N.D. Cal.): Defendants have not been served.