ZIMMERMAN|REED

January 19, 2026

**Via ECF**

The Honorable Richard Seeborg
Chief United States District Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In Re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS

Dear Judge Seeborg:

Pursuant to Pretrial Order No. 1, Plaintiff I.P. ("Plaintiff"), by and through her attorneys of record, respectfully submits this response to the applications for Lead Counsel submitted to the Court on January 12, 2026. Plaintiff supports the appointment of Alexandra M. Walsh, Sarah R. London, and W. Mark Lanier as Co-Lead Counsel in this matter. Each attorney brings meaningful experience relevant to this litigation and, collectively, they offer a balanced leadership structure suited to the demands of this MDL.

This MDL spans hundreds of actions and presents complex factual, legal, technological, and procedural issues. Effective leadership will require substantial experience managing large-scale litigation, as well as the capacity to coordinate discovery, experts, and procedural matters efficiently. The proposed slate offers those capabilities.

**Alexandra M. Walsh.** Plaintiff supports the appointment of Ms. Walsh because she will provide indispensable knowledge and depth informed by her early case development, which paved the way for other victims to seek redress and shaped the strategy for this litigation from its inception. Her deep subject-matter expertise provides the victims represented in the Roblox MDL with a leader who has already developed a sophisticated understanding of the underlying facts, technological environment, and trauma-informed approach necessary for these sensitive cases. This background positions her to guide coordinated discovery efficiently and ensure that survivor-centered practices remain at the forefront of the litigation. Moreover, since the first filings until consolidation, Ms. Walsh has demonstrated her "ability to command the respect of [her] colleagues," Manual for Complex Litigation (Fourth) § 10.224 (2004), through her efforts in informally organizing and coordinating strategy for related cases. In short, Ms. Walsh's long-standing commitment and ability to build consensus among her colleagues makes her uniquely qualified to serve as Co-Lead Counsel.

**Sarah R. London.** Plaintiff supports the appointment of Ms. London due to her experience in coordinating large MDLs, including in matters before this Court involving misconduct directed to minors and sexual abuse victims. *See, e.g.*, *In re Juul Labs, Inc. Mktg., Sales, Pracs. & Prod Liab. Litig.*, No. 19-02912 (N.D. Cal.) (serving as Liaison and Co-Lead Counsel in a nationwide MDL alleging that marketing, design, and distribution of e-cigarettes contributed to a youth vaping

January 19, 2026
Page 2

epidemic); *In re Uber Techs., Inc. Passenger Sexual Assault Litig.*, No. 3:23-md-03084 (N.D. Cal.) (serving as Liaison and Co-Lead Counsel in a nationwide MDL alleging that passengers were sexually assaulted or harassed by Uber drivers). Moreover, Ms. London's physical proximity to the Court is a practical asset. Based in San Francisco, Ms. London is well-positioned to facilitate and coordinate in-person responsibilities, including handling emergent issues quickly if need arises.

**W. Mark Lanier.** Plaintiff supports the appointment of Mr. Lanier based on his extensive trial experience in bringing some of the country's most complex mass-tort matters to verdict. *See, e.g.*, *In re: Johnson & Johnson Talcum Powder Prods., Mktg., Sales Practices & Prods. Liab. Litig.*, 3:16-md-02738 (D.N.J.) (serving as lead trial counsel through verdict); *In re: National Prescription Opiate Litig.*, 1:17-md-2804-02738 (N.D. Oh.) (serving as lead trial counsel for multiple bellwether trials). His history of trying multi-defendant, expert-intensive cases to verdict will be a significant asset as this litigation progresses toward bellwethers or other dispositive stages. This background complements the skill sets of the other proposed Co-Lead Counsel.

Plaintiff I.P. respectfully asks that the Court appoint Ms. Walsh, Ms. London, and Mr. Lanier as Co-Lead Counsel because they possess the necessary experience, acuity, availability, and backgrounds to lead the complex and sensitive litigation before the Court.

Sincerely,

Caleb Marker
Partner | 310.752.9387 | caleb.marker@zimmreed.com