Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

January 19, 2026

Kelly K. McNabb
Partner
kmcnabb@lchb.com

**VIA ECF**
The Honorable Richard Seeborg
450 Golden Gate Avenue, Courtroom 3 – 17th Floor
San Francisco, CA 94102

      RE:    Response in support of appointment of Co-Lead Counsel
               *In re: Roblox Corp. Child Sexual Exploitation and Assault Litig.*, MDL No. 3166

Your Honor,

      I am a partner at Lieff Cabraser Heimann & Bernstein ("LCHB") and represent plaintiffs, including *Jane Doe GS 1*, 3:25-cv-07143. *See* Dkt. 80. I respectfully submit this letter in support of Sarah London, Alexandra Walsh, and Mark Lanier as Plaintiffs' Co-Lead Counsel. *See* Dkt. 2 (PTO 1). I have worked with all three and can confirm they would provide exceptional leadership in this complex matter.

      I have over a decade of experience at LCHB prosecuting mass torts and other complex cases, including serving as Co-Chair of the Expert Committee in *In re: Social Media Adolescent Addiction/Personal Injury Prods. Liab. Litig.* ("*Social Media Adolescent Addiction*"), MDL No. 3047 (N.D. Cal., Gonzalez Rogers, J.), and as a member of the Plaintiffs' Steering Committee in the coordinated state-court action *Social Media Cases*, JCCP No. 5255 (LA Superior, Kuhl, J.); a member of the ESI and Discovery Subcommittee of the Plaintiffs' Steering Committee in *In re: Depo-Provera Prods. Liab. Litig.*, MDL No. 3140 (N.D. Fla., Rodgers, J.); and on the Plaintiffs' Executive Committee in *In re: Zimmer M/L Taper Hip Prosthesis Litigation*, MDL No. 2859 (S.D.N.Y., Furman, J., formerly Crotty, J.). At LCHB, I serve as the Partner-in-Charge of ESI and am a partner in the Mass Torts Practice Group.

      My firm, headquartered in San Francisco, is a 140-plus lawyer AV-rated firm founded in 1972. We have served as court-appointed plaintiffs' lead counsel in hundreds of coordinated, complex actions throughout the country and have a deep background litigating against large tech companies in this District, including before Your Honor in *Katz-Lacabe, et al. v. Oracle America, Inc.*, 3:22-cv-4792 (N.D. Cal.). *See also Social Media Adolescent Addiction* (Co-Lead in mass tort action against Meta, TikTok, Snap, and Google/YouTube for harm to children); *In re: Uber Tech., Inc. Passenger Sexual Assault Litig.*, MDL No. 3084 (N.D. Cal.) (PSC member in mass tort regarding sexual assault); *Campbell v. Facebook* (intercepting private data), 4:13-cv-5996 (N.D. Cal.); *Matera v. Google* (unauthorized scanning of e-mails), 5:15-cv-4062 (N.D. Cal.). Similarly, we have successfully prosecuted actions involving significant invasions of the rights of children including *McDonald v. Kiloo* A/S, 3:17-cv-4344 (N.D. Cal), and *Rushing v. ViacomCBS Inc.*, 3:17-cv-4492 (N.D. Cal.). My endorsement of Ms. London, Ms. Walsh, and

The Honorable Richard Seeborg
January 19, 2026
Page 2

Mr. Lanier is one I make as an attorney who appreciates the skill and commitment of resources necessary to prosecute this litigation.

 The breadth and complexity of this MDL will require a robust leadership with interdisciplinary strengths, formidable resources, and dedication to cooperation. Ms. London, Ms. Walsh, and Mr. Lanier exemplify these qualities; have trial experience in mass torts; and have played key roles in litigation involving minors and technology. I am Sarah London's former partner and worked closely with her during her tenure at LCHB, and I have positive experiences with Girard Sharp as well, including in *In re: Philips Recalled CPAP*, MDL No. 3014 (W.D. Pa., Conti, J.). In addition, I have worked with Ms. Walsh in the *Social Media Adolescent Addiction* litigation, and her fellow shareholders at Anapol Weiss in *In re: Depo-Provera Prods. Liab. Litig.* Finally, I have assisted Mark Lanier and his partners in trial preparation of key experts in the fields of epidemiology and addiction in *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio, Polster, J.) (Track Three Bellwether Trial) and *Social Media Cases*, JCCP No. 5255 (First Personal-Injury Bellwether Trial). Based on my first-hand experience collaborating with these attorneys, I believe they are well qualified and worthy to serve as Co-Leads of this litigation.[1]

           Respectfully,

           */s/Kelly K. McNabb*
           Kelly K. McNabb (*pro hac vice*)

3403112.1

---

[1] If the Court is inclined to appoint additional Co-Lead Counsel, I support the appointment of Bryan Aylstock. I have personally worked with Mr. Aylstock in *In re: Abilify Prods. Liab. Litig.*, MDL 2734 (N.D. Fla., Rodgers, J.) and *In re: Depo-Provera Prods. Liab. Litig.*, and his partners in the *Social Media Adolescent Addiction* litigation. He is an excellent attorney with significant leadership experience in complex litigation.