# BRADLEY/GROMBACHER LLP
CLASS ACTIONS, MASS TORTS & CATASTROPHIC INJURIES

Marcus J. Bradley
Kiley L. Grombacher

January 19, 2026

**VIA ECF**

To the Honorable Richard Seeborg
Chief United States District Judge
450 Golden Gate Avenue Courtroom 3 – 17th Floor
San Francisco, CA 94102

Re: *In Re: Roblox Corporation Child Sexual Exploitation and Assault Litigation,* MDL No. 3166, Case No. 25-md-03166-RS

Pursuant to Pretrial Order No. 1 ("PTO No. 1") entered on December 17, 2025, in *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166, Case No. 25-md-03166-RS, ECF No. 2, I hereby submit the following response to the leadership applications submitted by Bryan Alystock, Bob Hilliard, Mark Lanier, Sarah London and Alexandra Walsh. I submit this response, without agenda or motive- I have not been promised any role in this litigation predicated upon my support during this process or premised upon the appointment of any particular individual or slate. I am not seeking any appointment by this Court by this submission. Rather, I do so as an advocate for my family and the families I represent- the vast majority of whose cases are yet to be filed in this litigation.

While I was not formally listed as a "supporting" any but one applicant, Bryan Aylstock, I actually support them all and firmly believe that each of applicants seeking appointment are amongst the top practitioners in the field of complex litigation and that the collective plaintiffs are lucky to have such a talented team of lawyers with diverse experience and talents vying to represent them. I support Mr. Aylstock for a Co-Lead position because I have personally worked alongside him in other litigations. From my conversations, I understand that there are other prominent firms who have not yet filed litigations who also support his appointment and his victim-based approach

www.bradleygrombacher.com

**Bradley/Grombacher LLP**
31365 Oak Crest Drive
Suite 240
Westlake Village CA  91361
(805) 270-7100
Fax: (805) 270-7589

Honorable Richard Seeborg
January 19, 2026
Page 2

to the litigation. His record of success is clear, but what cannot be easily divined purely from case results is the style and manner in which one leads. An MDL can be successfully resolved even with poor leaders. What I have observed, is that he is tenacious and capable and truly maximizes the recovery for the plaintiffs in the MDLs he has led. He is, perhaps best, however, at elevating those lawyers whom he is tasked to lead. He excels in utilizing the skills and talents of his leadership team, in building consensus and inspiring those who work under him to perform at their highest level. Simply, I support him because if my child were a plaintiff in this litigation, he is the lawyer I would hire.

That said, the Court truly is fortunate than such an exception group of attorneys seeking to lead this MDL. Ms. Walsh and her firm have been at the vanguard of this litigation, and she has aptly demonstrated the ability to lead this case. The plaintiff-side of this litigation has already greatly benefitted from her skill, work and commitment thus far and she certainly deserves a spot in the leadership of this action. I highly support her appointment. I recently had the opportunity to collaborate with Mr. Hilliard on a related litigation, and he is a zealous advocate clearly dedicated to this cause. Ms. London and her firm are obviously known to the Court and do not need my endorsement but will nevertheless get it. She is without doubt, a highly skilled and dedicated attorney and has demonstrated such by presently leading the charge in the Uber MDL litigation before Judge Breyer and previously bringing the Juul MDL before Judge Orrick to a successful resolution. Finally, Mr. Lanier is one of, if not the, premier litigator on behalf of plaintiffs in this country, and there is no doubt that this MDL would benefit greatly from having his participation.

Each of these applicants have the experience and skills to lead this very important litigation individually, however, for the reasons set forth in the Plaintiffs' case management statement, I would respectfully submit that the individual plaintiffs in this litigation would benefit from a robust leadership structure and the appointment of multiple co-lead counsel, or one lead counsel with

Honorable Richard Seeborg
January 19, 2026
Page 3

multiple co-lead counsel, together with a liaison counsel and an executive committee. The issues underlying this litigation are complex and novel, there is the need to coordination with law enforcement, there are currently and will likely continue to be efforts in Washington to change the contours of the applicable law, and there will be the need for a robust vetting process including plans to identify and curtail fraud, all while striving for the paramount goal of supporting these survivors and their families through this challenging process while minimizing trauma.

This is an important litigation that will undoubtedly touch the lives of the brave survivors and their families who have filed the cases now before this Court but may well also shape the way the children of this country engage with technology and their world more broadly. Thank you for the opportunity to be heard on this issue. Given the candidates I am confident this MDL will have a strong and effective leadership whoever and in whatever form this Court decides.

Sincerely,

Kiley Grombacher, Partner