**626 East Broad Street, Suite 300**
**Richmond, Virginia 23219**
**(804) 529-0000**



20 January 2026

**SENT VIA ECF**
The Honorable Richard Seeborg
United States District Judge, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      **RE:**   *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*
              MDL No. 3166, Case No. 25-md-03166-RS

Dear Judge Seeborg,

    We respectfully submit this letter in support of Alexandra Walsh, Sarah London, and Mark Lanier's application to serve as Co-Lead Counsel in MDL No. 3166: *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*. We believe that the appointment of Ms. Walsh, Ms. London, and Mr. Lanier is vital to protect and advance the interests of the claimants in this sensitive and important litigation.

    Collectively, Ms. Copeland, Ms. Cornell, and I have decades of MDL experience, serving in nearly every appointed capacity, as both plaintiff and defense counsel. Among the three of us, we are presently serving as Lead Counsel, Trial Counsel, Bellwether Chair, Discovery Chair, and Plaintiff Steering Committee members on multiple MDLs. We have devoted our careers to successfully vindicating the rights of thousands of individuals in the MDL process and take our appointments seriously.

    Appointment to leadership in any MDL is an extraordinary honor. Yet, the leadership role in this MDL is inherently more difficult than most. It will require the very highest caliber of lawyering and leadership. Put simply, there is not, and will never be, anything more challenging than representing the rights of thousands of abused and exploited children.

    Ms. Walsh, Ms. London, and Mr. Lanier are preeminently qualified to lead this litigation.

    In the many weeks and months leading up to the formation of the MDL, Ms. Walsh and Ms. London dedicated hundreds of leadership hours to carefully and professionally leading this litigation. Their expertise and inherent leadership skills are evidenced by thirty lawyers that have supported each of them individually in their leadership letters. We have all witnessed the precision with which Ms. Walsh and Ms. London have organized and deployed lawyers to efficiently (and effectively) marshal the facts, craft legal strategy, and engage experts, all while keeping the clients' interests at the forefront of the litigation.

    Mr. Lanier's reputation precedes him. He is an exceptional trial lawyer with a sterling reputation. As lead counsel in multiple MDLs and lead trial counsel in countless high-profile cases,

**626 East Broad Street, Suite 300**
**Richmond, Virginia 23219**
**(804) 529-0000**



Mr. Lanier has secured billions of dollars for plaintiffs over the course of his career. Germane to this litigation is Mr. Lanier's specialized expertise in litigating claims related to electronic platforms that harmed children.

There is no question that the claimants in this litigation are among the most vulnerable to walk into any courtroom. They are courageous and deserve to be protected by the very best of the best.

We respectfully request that you appointment Ms. Walsh, Ms. London, and Mr. Lanier as Co-Lead Counsel in MDL No. 3166: *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*.

Very truly yours,

**Lee Adair Floyd**
Partner
Floyd Law PC
Richmond, Virginia

**Erin Copeland**
Partner
Fibich, Leebron, Copeland, and Briggs
Houston, Texas

**Katherine Cornell**
Partner
Cornell & Greene
Houston, Texas