MAIN LINE: (803) 222-2222
WWW.POULINWILLEY.COM

*PAUL.DOOLITTLE@POULINWILLEY.COM

# POULIN | WILLEY
## TRIAL LAWYERS

January 20, 2026

**VIA ECF ONLY**
Hon. Richard Seeborg
Chief United States District Judge
Phillip Burton Federal Building
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, California 94102

RE: *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*
MDL No. 3166
Case No. 25-md-03166-RS

Dear Judge Seeborg:

I believe the plaintiffs in this litigation would benefit from a leadership structure that includes multiple co-lead counsel, liaison counsel and an executive committee. Therefore, I respectfully submit this letter in support of Bryan Alystock, Mark Lanier, Sarah London, and Alexandra Walsh as Plaintiffs' Co-Lead Counsel. Each of these applicants has the experience and skill necessary to lead this litigation.

Mr. Alystock has experience coordinating complex discovery and motion practice, advancing efficient case resolution while protecting the interests of individual clients, and achieving justice for victims of sexual abuse. *See*, *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation* (MDL No. 3047). Mr. Lanier has extensive trial experience and has achieved some of the largest verdicts in history in complex mass-tort cases. *See, In re: Johnson & Johnson Talcum Powder Prods., Mktg., Sales Practices & Prods. Liab. Litig.*, (MDL No. 2738). Ms. London has experience coordinating large MDLs within this district and is routinely appointed by courts to lead high-profile, complex cases of significant public and societal importance. *See, In re Uber Techs., Inc. Passenger Sexual Assault Litig.*, (MDL No. 3084). Lastly, Ms. Walsh has already demonstrated decisive and effective leadership in this litigation, setting the foundation that enabled additional victims to seek justice and shaping the strategic direction of the case from the outset. *See, e.g., Uhl v. Roblox Corp.*, No. 23-cv-01940 (S.D. Cal.).

Hon. Richard Seeborg
Page 2 of 2

Each of these applicants bring meaningful experience and, collectively, will best represent the interests of this sensitive population. Accordingly, I respectfully request that you appoint Ms. Walsh, Mr. Alystock, Mr. Lanier, and Ms. London as Plaintiffs' Co-Lead Counsel in this matter.

Sincerely,

*Paul J. Doolittle*

Paul J. Doolittle
Director Class Action and Mass Torts Division