# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE J. B., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBLOX CORPORATION, et al.,<br><br>          Defendants. | Case No.  26-cv-00230-SK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Richard Seeborg to consider whether *Doe J.B. et al. v. Roblox Corporation et al.*, No. 26-cv-00230-SK is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. 25-md-03166-RS.

**IT IS SO ORDERED**.

Dated: January 21, 2026



SALLIE KIM
United States Magistrate Judge