UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE L.G.,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBLOX CORPORATION, et al.,<br><br>        Defendants. | Case No. 25-cv-08941-RFL<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. 25-md-03166-RS.

**IT IS SO ORDERED.**

Dated: January 22, 2026

                                                                RITA F. LIN<br>
                                                                United States District Judge