COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS<br><br>**ROBLOX CORPORATION'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge Richard Seeborg |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, the undersigned, counsel of record for Defendant Roblox Corporation ("Roblox"), by its attorneys, Cooley LLP, hereby files its corporate disclosure statement and certification of interested entities or persons.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies and discloses that:

1. Roblox is a publicly traded corporation, incorporated in Nevada, with its principal place of business in California.
2. Roblox does not have a parent company.
3. No publicly held corporation owns 10% or more of Roblox stock.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ROBLOX CORPORATION'S CORPORATE
DISCLOSURE STATEMENT
3:25-MD-03166-RS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Board of Directors and Executive Officers: David Baszucki, Gregory Baszucki, Christopher Carvalho, Naveen Chopra, Jason Kilar, Anthony P. Lee, Gina Mastantuono, and Andrea Wong.

Shareholders: Roblox Corporation is a publicly traded company with dynamic ownership interests. As of the date below, no public corporation owns 10% or more of Roblox stock.

Dated:  January 28, 2026                    Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

*Counsel for Defendant Roblox Corporation*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ROBLOX CORPORATION'S CORPORATE
DISCLOSURE STATEMENT
3:25-MD-03166-RS