Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3166<br><br>Case No.: 3:25-md-03166-RS<br><br>**DEFENDANT META PLATFORMS, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Meta Platforms, Inc. ("Meta") hereby states that Meta is a publicly traded company.  Meta does not have a parent corporation, and no publicly held corporation holds more than 10% of its stock.

DATED:  January 29, 2026                                    Respectfully submitted,

By:    /s/ Isaac D. Chaput

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*