O'MELVENY & MYERS LLP
LEAH GODESKY (336854)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone: 310-553-6700
lgodesky@omm.com

Attorneys for Defendant
SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS<br><br>**SNAP INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge Richard Seeborg |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, the undersigned, counsel of record for Defendant Snap Inc., hereby files this corporate disclosure statement and certification of interested entities or persons on behalf of Snap.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies and discloses that:

1. Snap is a publicly traded corporation, organized under the laws of Delaware, with its principal place of business in California.

2. Snap has no parent corporation.

3. In November 2017, Tencent Holdings Limited informed Snap that it had purchased 10% or more of Snap's capital stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to,

parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  Shareholders: Snap is a publicly traded company with dynamic ownership interests. Further, as mentioned above, it is Snap's understanding that Tencent Holdings Limited owns 10% or more of Snap's capital stock.

Dated: January 29, 2026                Respectfully submitted,

                O'MELVENY & MYERS LLP

                By: */s/ Leah Godesky*
                    Leah Godesky

                Attorneys for Defendant
                SNAP INC.