# Chief Judge Richard Seeborg
January 30, 2026
## Attendance List

### 3:25-md-3166 RS

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation

### Attorneys for Plaintiffs:

Dena Sharp/D. Patrick Huyett/Rebecca Phillips/Bryan Aylstock/Robert Hilliard/Tyler Hudson/Kiley Grombacher/Matthew Dolman/Hilary Napi/Mary Liu/Martin Gould/Joe Masterman/Melissa Hague/Melissa Nafash

### Attorneys for Roblox Corporation:

Tiana Demas/Max A. Bernstein

### Attorneys for Discord, Inc.:

Ambika Kumar/Sam Cate-Gumpert

### Attorneys for Meta Platforms, Inc.:

Isaac Chaput/Ashley Simonsen

### Attorneys for Snap, Inc.:

Leah Godesky, Heather Welles