UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBLOX CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 25-md-03166-RS<br><br>**ORDER APPOINTING PLAINTIFFS' CO-LEAD COUNSEL AND DIRECTING PARTIES TO MEET AND CONFER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Applications from any lawyer who wanted to be considered for appointment to Plaintiffs' Lead Counsel were due on January, 12, 2026. *Id.* Objections to any applications were due on or before January 19, 2026. *Id*.

After a comprehensive hearing, the Court issues the following **ORDERS**:

1. **Plaintiffs' Co-Lead Counsel**

Applications for Plaintiffs' Lead Counsel were received from Bryan Aylstock with Aylstock, Witkin, Kreis & Overholtz, Robert Hilliard with Hilliard Law, Mark Lanier with The Lanier Law Firm, Sarah London with Girard Sharp LLP, and Alexandra Walsh with Anapol Weiss. No objections were received to the applications. Upon consideration of all applications and the responses and presentation during the initial CMC, Bryan Aylstock, Sarah London, and Alexandra Walsh are appointed as Plaintiffs' Co-Lead Counsel. To the extent any applicant declines their appoint, they shall contact the Court immediately without delay.

All appointments are of a personal nature. Accordingly, each appointee must assume

personal responsibility for the performance of his or her duties, and no other attorneys, including members of an appointee's law firm, may substitute for the appointee in the fulfillment of his or her exclusive duties, except with prior approval of the Court. The Court may add or replace appointees on their request, on request of the plaintiff leadership team, or on its own motion, if and as circumstances warrant.

All appointments are made for a one-year period and will expire on January 30, 2027. Counsel may apply for reappointment when their term expires. A reappointment application process will be established at an appropriate time in advance of the expiration date. Applications for reappointment must detail the nature and scope of the attorney's work on this litigation, including the time and resources that he or she expended during the previous term.

**2. Additional Leadership**

Co-Lead Plaintiffs are ordered to submit a proposed order outlining the responsibilities of Co-Lead Counsel and responsibilities and membership of a Plaintiffs' Executive Committee, which is to include but is not limited to Mark Lanier, by February 13, 2026.

Defendants and Plaintiffs are also ordered to submit a proposed order appointing one Liaison Counsel each by February 13, 2026. Going forward, Liaison Counsel for both sides shall be responsible for any necessary coordination with the Courtroom Deputy, including filing of an attendance sheet no later than two (2) business days prior to each case management conference. They shall send a joint email to the Courtroom Deputy Karen Hom at Karen_hom@cand.uscourts.gov to facilitate initial communication.

**3. Case Management Conference**

The next case management conference will be held on February 27, 2026, at 9:30 am, in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

**4. Meet and Confer**

The parties are ordered to meet and confer before the next case management conference on February 27, 2026. The topics for discussion are to include but are not limited to:

i. Direct filing;

    ii.    Service of process and form waiver;

    iii.    Plaintiff pseudonymity;

    iv.    Guardians *at litem*;

    v.    Selection of a special master or magistrate judge for discovery coordination and disputes;

    vi.    Selection of an agreed-upon ADR mediator;

    vii.    Discovery, including but not limited to: exchange of Plaintiff names and account information, immediate preservation of evidence, Rule 26(f), and reproduction of responsive non-privileged discovery produced in connection with related government investigations;

    viii.    Short-form and master complaints; and

    ix.    Briefing schedule with respect to preliminary motions.

The parties must submit proposed orders or stipulations regarding items (i)-(iv) by February 9, 2026. The parties must submit status reports on items (v)-(ix) by February 20, 2026.

**IT IS SO ORDERED**.

Dated: January 30, 2026

                                            RICHARD SEEBORG
                                            Chief United States District Judge