UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>All actions per attached Ex. A | Case No. 3:25-md-3166-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Madeline E. Pendley**, an active member in good standing of the bar of **Florida**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **Plaintiffs** in the above-entitled action. My local co-counsel in this case is **Waived per PTO [Dkt. No. 1]**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **Not applicable**.

| | |
|---|---|
| 815 S. Palafox St., 3rd Floor, Pensacola, FL 32502 | Waived per PTO [Dkt. No. 1] in 3:25-md-3166-RS |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 850-208-0826 | Not Applicable |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| madeline@pbglaw.com | Not Applicable |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **1019746**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court **0** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2026

Madeline E. Pendley
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Madeline E. Pendley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )        In Re:  1019746
                                   Madeline Elizabeth Pendley
                                   Rafferty Domnick Cunningham & Yaffa
                                   815 S Palafox St
                                   Pensacola, FL 32502-5960

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 19, 2019**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  22nd  day of **January, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-390753

IN RE: ROBLOX CORPORATION CHILD SEXUAL

EXPLOTIATION AND ASSAULT LITIGATION

MDL No. 3166

**<u>EXHIBIT A</u>**

*H.C. et al v. Roblox Corporation et al., 3:2025cv 08076 (JPML)*