UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

All actions per attached Ex. A

Case No. 3:25-md-3166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Troy A. Rafferty, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Waived per PTO [Dkt. No. 1], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Not applicable.

| | |
|---|---|
| 815 S. Palafox St., 3rd Floor, Pensacola, FL 32502 | Waived Per PTO [Dkt. No. 1] in 3:25 md-03166-RS |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 561-516-5168 | Not Applicable |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| troy@pbglaw.com | Not Applicable |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24120.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: January 23, 2026                                            Troy A. Rafferty
                                                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Troy A. Rafferty is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida     )

County of Leon     )          In Re:   0024120
                                        Troy Alan Rafferty
                                        Rafferty Domnick Cunningham Yaffa
                                        815 S Palafox St Ste 3
                                        Pensacola, FL 32502-5960

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 7, 1994**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  23rd  day of **January, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-391055

IN RE: ROBLOX CORPORATION CHILD SEXUAL

EXPLOTIATION AND ASSAULT LITIGATION

MDL No. 3166

### EXHIBIT A

*H.C. et al v. Roblox Corporation et al., 3:2025cv 08076 (JPML)*