COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDERS – DIRECT FILING, PLAINTIFF PSEUDONYMITY, AND GUARDIANS *AD LITEM*** |
| | Judge Richard Seeborg |

   Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants Roblox Corporation, Discord Inc., Snap Inc., and Meta Platforms, Inc., by and through their counsel of record, hereby stipulate as follows:

   WHEREAS, on January 30, 2026, the Parties appeared before the Court for a Case Management Conference;

   WHEREAS, on January 30, 2026, the Court issued an Order Appointing Plaintiffs' Co-Lead Counsel and Directing Parties to Meet and Confer, ordering the Parties to submit proposed

orders or stipulations regarding direct filing, service of process and forum waiver, Plaintiff pseudonymity, and guardians *ad litem* by February 9, 2026 (ECF No. 137).

The Parties hereby stipulate and submit to the Court the attached proposed orders captioned Stipulated [Proposed] Case Management Order – Direct Filing Order, Stipulated [Proposed] Order Regarding Plaintiffs and Guardians *Ad Litem* Who Wish to Proceed Anonymously, and Stipulated [Proposed] Order Regarding Appointments of Guardians *Ad Litem*.

Dated: February 9, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Ambika Kumar*
Ambika Kumar

Attorneys for Defendant
DISCORD INC.

**O'MELVENY & MYERS LLP**

*/s/ Leah Godesky*
Leah Godesky

Attorneys for Defendant
SNAP INC.

**COVINGTON & BURLING LLP**

*/s/ Isaac D. Chaput*
Isaac D. Chaput

Attorneys for Defendant
META PLATFORMS, INC.

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLC**

*/s/ Bryan Aylstock*
Bryan Aylstock

Co-Lead Counsel for Plaintiffs

**GIRARD SHARP LLP**

*/s/ Sarah London*
Sarah London

Co-Lead Counsel for Plaintiffs

**ANAPOL WEISS**

*/s/ Alexandra Walsh*
Alexandra Walsh

Co-Lead Counsel for Plaintiffs

## ATTESTATION

I, Tiana Demas, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 9, 2026

/s/ *Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

331328526