UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD EXPLOITATION AND ASSAULT LITIGATION

All actions per attached Exhibit A

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Melissa Fry Hague, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is waived per PTO 1 [docket no. 2], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A.

| | |
|---|---|
| Two Liberty Place, 50 S. 16th Street, Suite 1700, Philadelphia, PA 19102 | waived per PTO 1 [docket no. 2] |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 267-554-2414 | N/A |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mhague@joelbieber.com | N/A |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA Bar# 202850.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/5/2026                                                                       Melissa Fry Hague
                                                                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Melissa Fry Hague  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 10, 2026



UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |

# **EXHIBIT A**

*Jane A.P. Doe a minor, et al., v. Roblox Corporation, et al., 3:25-cv-10809*

*Jane D.R. Doe, a minor, et al., v. Roblox Corporation, et al., 3:25-cv-11102*

*Jane P.H. Doe, a minor, et al., v. Roblox Corporation, et al., 3:25-cv-11101*

*Jane M.C. Doe, a minor, et al., v. Roblox Corporation, et al., 3:25-cv-10980*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Melissa Fry Hague, Esq.

**DATE OF ADMISSION**

*October 26, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 20, 2026

_Nicole Traini_
Nicole Traini
Chief Clerk