AO136 ED
(Rev. 03/17)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, GINA M. COLLETTI, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that **PAUL DOOLITTLE** was duly admitted to practice in this Court on November 6, 2024, and is in good standing as a member of the Bar of this Court.

I further certify that there are no disciplinary actions on file with this Court.

Dated at Milwaukee, Wisconsin on June 18, 2025.



Gina M. Colletti
Clerk of Court

By:  s/Kristine W. Brah
Deputy Clerk