UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 3166 <br><br> Case No. 3:25-md-03166-RS <br><br> **STIPULATED [PROPOSED] ORDER REGARDING PLAINTIFFS AND GUARDIANS *AD LITEM* WHO WISH TO PROCEED ANONYMOUSLY** <br><br> Judge Richard Seeborg |

Plaintiffs and Defendants Roblox Corporation, Discord Inc., Snap Inc., and Meta Platforms, Inc. stipulate to and petition the Court to enter the following Stipulated Order Regarding Plaintiffs and Guardians *ad Litem* Who Wish to Proceed Anonymously.

The Court has determined that it is appropriate at this juncture of the case for Plaintiffs to be able to proceed by pseudonym. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

### I. PLAINTIFFS MAY PROCEED ANONYMOUSLY

All Plaintiffs who wish to proceed anonymously may do so at this juncture, provided they comply with the procedures below. To avoid confusion over case dockets, individual complaints shall be filed using the initials of the Plaintiff's law firm followed by a dash and four-digit number (e.g., for Girard Sharp clients—GS-0001, GS-0002, and etc.). No complaint filed before the date

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED [PROPOSED] ORDER RE PLFS AND GUARDIANS *AD LITEM* WHO WISH TO PROCEED ANONYMOUSLY | CASE NO. 3:25-MD-03166-RS

of this Order needs to be re-captioned to conform with this Order.

## II. GUARDIANS *AD LITEM* FOR MINOR PLAINTIFFS MAY PROCEED ANONYMOUSLY

Where a plaintiff is a minor and must appear through a guardian *ad litem*, the guardian *ad litem* may also proceed anonymously. As above, individual complaints filed by a guardian *ad litem* shall be filed using the initials of the Plaintiff's law firm followed by -GAL and then a four-digit number that shall also be used to identify the Minor Plaintiff (e.g., for Girard Sharp clients—GS-GAL-0001 for Minor Plaintiff GS-0001).

## III. DISCLOSURE OF TRUE NAMES TO DEFENDANTS

Plaintiffs, and guardians *ad litem* where applicable, agree to provide their true names to defendants within 14 days of filing suit. Defendants agree that the true names shall be kept confidential under any Protective Order entered in this MDL and, until such an order is entered, treated as confidential under the provisions of the Northern District of California Model Protective Order.

## IV. REQUIRED FILING PRACTICES

To the greatest extent possible, the Parties agree to refer to Plaintiffs, and guardians *ad litem* where applicable, by their designated pseudonyms in all filings. Where impossible, such documents shall be filed under seal and/or filed publicly with the true names redacted.

## V. USE OF IDENTIFYING INFORMATION

Identifying information for Plaintiffs or guardians *ad litem* shall not be used in open court, disclosed to the public, included in any publicly accessible transcripts, or shared beyond individuals necessary to the litigation. Any party wishing to use such information must seek appropriate sealing or other protective measures and comply with the anticipated Protective Order to be entered in this MDL.

## VI. FUTURE RELIEF

Nothing in this stipulation or order shall be construed to limit the right of Defendants to move the Court to alter this order or any Plaintiff's pseudonymous status should it become appropriate to do so in the future.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATED [PROPOSED] ORDER RE PLFS AND GUARDIANS *AD LITEM* WHO WISH TO PROCEED ANONYMOUSLY | CASE NO. 3:25-MD-03166-RS

1  **IT IS SO ORDERED.**

2

3  Dated: __February 10__, 2026

   _____
   RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

331649843

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATED [PROPOSED] ORDER RE PLFS AND
GUARDIANS *AD LITEM* WHO WISH TO PROCEED
ANONYMOUSLY | CASE NO. 3:25-MD-03166-RS