COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
|---|---|
|  | Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>ALL ACTIONS | **DEFENDANTS' [PROPOSED] ORDER APPOINTING MAX A. BERNSTEIN AS DEFENDANTS' LIAISON COUNSEL**<br><br>Judge Richard Seeborg |

Pursuant to the Court's January 30, 2026 Order Appointing Plaintiffs' Co-Lead Counsel and Directing Parties to Meet and Confer, ECF No. 137, Defendants Roblox Corporation, Discord Inc., Snap Inc., and Meta Platforms, Inc. respectfully submit a proposed order appointing Max A. Bernstein as Defendants' Liaison Counsel.

Mr. Bernstein is a partner in Cooley LLP's San Francisco office who has litigated complex cases involving technology and the internet for more than 10 years. Defendants unanimously support his candidacy.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' [PROPOSED] ORDER APPOINTING
MAX S. BERNSTEIN AS DEFENDANTS' LIAISON
COUNSEL| 3:25-MD-03166-RS

Dated: February 13, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Ambika Kumar*
Ambika Kumar (*pro hac vice*)

Attorneys for Defendant
DISCORD INC.

**O'MELVENY & MYERS LLP**

*/s/ Leah Godesky*
Leah Godesky

Attorneys for Defendant
SNAP INC.

**COVINGTON & BURLING LLP**

*/s/ Isaac D. Chaput*
Isaac D. Chaput

Attorneys for Defendant
META PLATFORMS, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' [PROPOSED] ORDER APPOINTING
MAX S. BERNSTEIN AS DEFENDANTS' LIAISON
COUNSEL | 3:25-MD-03166-RS

## **ATTESTATION**

I, Tiana Demas, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 13, 2026

/s/ *Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEFENDANTS' [PROPOSED] ORDER APPOINTING
MAX S. BERNSTEIN AS DEFENDANTS' LIAISON
COUNSEL | 3:25-MD-03166-RS