UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: <br> ALL ACTIONS | **[PROPOSED] ORDER APPOINTING MAX A. BERNSTEIN AS DEFENDANTS' LIAISON COUNSEL** <br><br> Judge Richard Seeborg |

    The Court finds that it is reasonable and necessary to appoint a Liaison Counsel for Defendants. The Liaison Counsel for Defendants shall be responsible for any necessary coordination with the Courtroom Deputy, including filing a joint attendance sheet with Liaison Counsel for Plaintiffs no later than two (2) business days prior to each case management conference.

    The Court orders that Max A. Bernstein is hereby appointed Liaison Counsel for Defendants.

    **IT IS SO ORDERED.**

Dated: _____, 2026

                                                          _____
                                                          RICHARD SEEBORG
                                                       UNITED STATES DISTRICT JUDGE