Bryan F. Aylstock (*pro hac vice*)
Hillary Nappi (*pro hac vice*)
Jennifer Hoekstra (*pro hac vice forthcoming*)
**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
RobloxLitDept@awkolaw.com

*Attorneys for Plaintiffs*

*Additional parties and counsel listed
on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS<br><br>**NOTICE OF FILING [PROPOSED] ORDER REGARDING PLAINTIFF LEADERSHIP APPOINTMENTS** |

  As ordered by the Court (ECF 137), Plaintiff's Co-Lead Counsel submit the attached proposed order outlining the responsibilities of Co-Lead Counsel and responsibilities and membership of a Plaintiffs' Executive Committee.

  Recognizing the Court's inclination against a multi-tiered Plaintiffs' leadership structure, Co-Lead Counsel propose a single Executive Committee working under Co-Lead Counsel (along with a Federal/State Liaison Counsel). But, given the resources necessary to prosecute this litigation against three large technology company defendants (in addition to other defendants playing a smaller role) and the need to include a mix of relative newcomers with seasoned MDL veterans, Co-Lead Counsel also propose a small group of Executive Committee Development

Counsel—attorneys with relatively limited MDL experience, but who are expected to contribute in significant and unique ways to the advance of this litigation. Information regarding each candidate for leadership is attached hereto as Composite Exhibit A. We believe the proposed structure will best take advantage of the diverse experiences, skills, and client relationships possessed by Plaintiffs' counsel and put them to use for the benefit of all Plaintiffs in this MDL.

Dated: February 13, 2026                  Respectfully submitted,

By: */s/ Bryan F. Aylstock*
Bryan F. Aylstock (*pro hac vice*)
Hillary Nappi (*pro hac vice*)
Jennifer Hoekstra (*pro hac vice forthcoming*)
**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com


By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac vice*)
Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com
ivelez@girardsharp.com


By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh (*pro hac vice forthcoming*)
D. Patrick Huyett (*pro hac vice forthcoming*)
Paige Boldt (SBN 308772)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: February 13, 2026                By:    /s/ *Bryan F. Aylstock*
                                               Bryan F. Alstock