# EXHIBIT A

# WEITZ & LUXENBERG

**Devin Bolton, Esq.**
**1880 Century Park East, Suite 700**
**Los Angeles, CA 90067**

Devin Bolton is a Partner at Weitz & Luxenberg and member of the firm's Environmental, Toxic Torts and Consumer Protection Department. Her career has focused exclusively on plaintiffs' mass tort litigation, and she has played an integral role in some of the most complex and high-profile environmental and consumer protection matters in the country.

With over thirteen years of experience in mass torts, Ms. Bolton has been involved in all aspects of complex civil litigation, including the preparation of master pleadings, plaintiff fact sheet design and implementation, negotiating discovery and ESI protocols, conducting liability and damages discovery, developing experts, dispositive motion practice, preparation for bellwether trials, and settlement. For six years, she held leadership roles on several committees in the *Southern California Gas Leak Cases* Judicial Counsel Coordination Proceeding No. 4861 (Los Angeles Sup. Ct.), including the discovery, experts, and law and briefing committee, and she was a member of the trial team. Her work on the case was instrumental in helping secure a $1.8 billion settlement on behalf of over 36,000 plaintiffs. Ms. Bolton currently serves on the Science and Expert Committee for *In Re: Camp Lejeune Water Litigation*, No. 7:23-cv-00897 (E.D. NC), where she recently concluded expert discovery and *Daubert* motion practice for the Water Contamination phase of the case.

Prior to joining Weitz & Luxenberg in 2015, Ms. Bolton was both a law clerk and attorney at the Minneapolis firm of Zimmerman Reed, LLP. There, she worked on several consumer protection and employee rights cases, including *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2284 (E.D. PA); *In re FedEx Ground Package System, Inc.*, MDL No. 1700 (N.D. IN); and *In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2096 *(D. AZ)*.

------

## COURT & BAR ADMISSIONS

- California (2013)
- U.S. District Court, Northern, Southern, Eastern, and Central Districts of California (2017)

## AWARDS & RECOGNITIONS

- Consumer Attorneys of California, Consumer Attorney of the Year Finalist (2022)
- Super Lawyers Rising Star, Southern California (2021-2024)

**<u>PROFESSIONAL ORGANIZATIONS</u>**

- American Association for Justice
- California Lawyers Association
- Consumer Attorneys Association of Los Angeles

**<u>EDUCATION</u>**

- University of St. Thomas School of Law -- Minneapolis, MN
  Juris Doctor. May 2012
    - University of St. Thomas Law Journal: Associate Editor; Senior Editor
    - Dean's Award: Legal Research and Writing
    - Judicial Extern to the Honorable Kevin S. Burke, Fourth Judicial District (2010-2012)

- Saint Mary's College of California-- Moraga, CA
  Bachelor of Arts in Politics. May 2006

*In re Roblox Corporation Child Sexual Exploitation and Assault Litigation*
3:25-md-03166-RS (MDL No. 3166)

<u>**Application of David R. Buchanan for Plaintiffs' Executive Committee Position**</u>

I am a partner with Seeger Weiss LLP, a trial firm of approximately 40 lawyers with offices in New Jersey, New York, and Pennsylvania. Together with my partners and colleagues, I focus on the litigation and trial of complex products liability and class action matters. Over the last twenty-five years, the bulk of my experience has been the litigation and trial of mass tort products liability claims, often in the settings of MDLs and other large, consolidated proceedings.

I am attorney of record in *Jane Doe L.B., et al. v. Roblox Corp.*, Case No. 3:26-CV-01105 (N.D. Cal.), which case has since been related to this MDL. More generally, Seeger Weiss is currently investigating and vetting the claims of numerous other potential claimants with similar claims against Roblox, and anticipates being substantially engaged in litigating those claims. I submit this application in connection with the application of Plaintiffs' leadership for my appointment to Plaintiffs' Executive Committee.

As described more fully below, I often serve in leadership roles—selected by my peers  or appointed by courts (those administering MDLs or parallel coordinated state-court actions)—  to coordinate and steward the mass consolidated or class actions in which I am involved, either  as liaison counsel, a member of a steering/executive committee, or lead counsel.  In these roles,  I often serve as the spokesperson for plaintiffs on all manner of pre-trial procedural,  discovery, or dispositive matters, or as leadership's designated trial counsel for case-defining  bellwether trials in these litigations.  Recent and/or notable cases in which I have been appointed and served in leadership include: *In re Depo-Provera Prods. Liab. Litig.,* MDL 3140 (N.D. Fla.; Rodgers) (Chair Trial Committee; Discovery Committee); *In re Insulin Pricing Litig.,* MDL No. 3080 (D.N.J.; Martinotti); *In re 3M Combat Arms Earplug Prods. Liab. Litig.,* MDL 2885 (N.D. Fla.; Rodgers) (Co-Chair of PSC and Discovery Committees); *In re Davol, Inc./C.R. Bard, Inc., Polypropyline Hernia Mesh Prods. Liab. Litig.,* MDL  2846 (S.D. Ohio; Sargus) (Executive Committee); *In re Testosterone Replacement Therapy Prods. Liab. Litig*., MDL No. 2545 (N.D. Ill.; Kennelly) (Co-Chair Discovery & Trial Committees); *In re National Football League Players' Concussion Injury Litig.*, MDL No. 2323 (E.D.  Pa.; Brody) (Executive Committee).

In the cases I litigate, I am generally involved in the cases from "tip to tail": client vetting and pre-filing strategy; negotiation of case management orders; all contours of discovery  (and e-discovery), including conferrals, litigation of discovery disputes, document management,  and depositions; expert development; dispositive and *Daubert* motion challenges and hearings;  settlement; and trial and appeal. Though each case requires focus in different areas, I work to  ensure that our clients, and those of my peer plaintiff firms, are well served. In surveys of the  profession, peers and adversaries have

1

been kind in acknowledging my commitment to doing so. *E.g.,* "He brings high-value claims for plaintiffs in complex product liability disputes, and is described as 'a great strategist who can visualize a case from start to finish.'" (*Chambers – Nationwide Products Liability* (2019)); "'He is one of the most strategic lawyers and toughest adversaries I know,' says one source. Another comment: 'He's a rare attorney who is both an excellent trial and appellate lawyer.'" (*Chambers – Nationwide Products Liability* (2018); "'One of the best plaintiffs' lawyers practicing in terms of his all-around skill set.'" (*Chambers - Nationwide Products Liability* (2017). The foregoing comments, however, are most appropriately viewed as comments concerning our excellent team at Seeger Weiss LLP, and the broader teams from the plaintiff leadership firms that I have been privileged to serve with. The litigation that we focus on with our peer firms is a team effort. Over the years, I and my colleagues at Seeger Weiss have demonstrated the ability to successfully litigate in a "team of teams" approach, working collaboratively and efficiently for the common good of all plaintiffs. I hope to have the opportunity to work with the other plaintiff leadership firms in this important case for the benefit of all who have been injured.

I am a graduate of the Benjamin N. Cardozo School of Law, *magna cum laude*/Law Review, and have been practicing law for 33 years. I am a fellow of the International Society of Barristers, an active member of various bar organizations, and a frequent speaker to the bar and judiciary on matters of, *inter alia*, trial practice, complex and mass-tort litigation, and electronic discovery. On the latter topic, I consider myself proficient in developing innovative and collaborative solutions to reasonably address the electronic and other discovery challenges of large litigations today. I hope to bring that skill, among others, to bear in this litigation.

If I am appointed to the Executive Committee, I have the significant attorney and other resources of Seeger Weiss available to support my requested position, and to further aid the broader objectives of Plaintiffs' Leadership. I am happy to provide any additional information the Court would find helpful to its consideration of me as an applicant for Plaintiffs' Executive Committee.

Respectfully submitted,


s/David R. Buchanan
David R. Buchanan
**Seeger Weiss LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, N.J. 07660
(973) 639-9100



Martin D. Gould, Esq.
*Founding Partner*
101 N. Wacker Drive, Suite 100
Chicago, IL 60606
Cell: 847-420-5931
martin@gghlaw.com
www.GGHLaw.com

## MARTIN D. GOULD

Martin D. Gould is a Founding Partner at Gould Grieco & Hensley (GGH), where he also serves as Chair of the firm's Sexual Abuse Practice Group. GGH is broadly regarded as one of the nation's preeminent sexual abuse law firms, with an established track record leading some of the most complex and impactful cases on behalf of survivors. GGH has over 60 attorneys, paralegals, victim advocates, and investigators, who are almost exclusively dedicated to representing survivors of sexual abuse.

GGH, along with Milberg PLLC, represent more than 4,500 clients with potential claims against Roblox, and is counsel of record in 13 cases transferred into this MDL, including some of the earliest lawsuits filed against the platform. Gould and his team have been involved in this case from the outset, devoting substantial time and resources to investigating, researching, developing, and litigating the cases. The firm represents many leading faces in the Roblox litigation, including:

- Michael Schlep, perhaps the most well-known Roblox survivor whose story and treatment by Roblox brought international attention to the platform's widespread predator problem.

- The 13-year-old child (an MDL Plaintiff) whose story of sexual exploitation and abuse by a serial adult predator on Roblox and Discord was featured in the Louisiana Attorney General's lawsuit against Roblox.

- The Iowa minor (an MDL Plaintiff) whose tragic kidnapping and sex trafficking, by an adult she was groomed by on Roblox, was featured in the Iowa Attorney General's lawsuit against the Company.

- The Oklahoma mom and daughter (MDL Plaintiffs) whose tragic story was highlighted as a motivating factor for Oklahoma Attorney General Genter Drummond to begin investigating and exploring legal action against Roblox.

Gould has been representing survivors of sexual abuse and exploitation for over 10 years. Prior to co-founding GGH, he served as a Partner at a prominent national personal injury law firm based in Chicago, Romanucci & Blandin, LLC, where he led and managed the firm's Sexual Abuse Practice Group. He has litigated in over 25 jurisdictions in both state and federal court (where he has handled Title IX, Section 1983, TVPRA, and *Monell* claims, including playing a key role in a 4-week trial resulting in a $44.7 million verdict, the largest verdict at the time for a police misconduct case). Gould has been involved in nearly every type of sexual abuse case, ranging from claims against other online tech companies such as Backpages.com to claims against the Boy Scouts of America, universities, hospital systems, professional sports teams, private and public schools, state and municipal entities, mental health facilities, Fortune 500 companies, wealthy individual perpetrators (Jeffrey Epstein), and religious institutions. Gould and the GGH team have successfully represented and continue to represent thousands of survivors of sexual abuse.

In the past two years (2024-2025), Gould and the GGH team have led cases securing over $500 million on behalf of clients, with over $450 million recovered on behalf of survivors of sexual abuse and exploitation; over 140 settlements exceeding $1 million; and over 115 settlements exceeding $2 million. In addition to leading cases securing hundreds of millions of dollars on behalf of survivors in global multi-plaintiff litigations, using creative legal strategies, proactive litigation and investigative tactics, and subject matter expertise, Gould has secured numerous record recoveries on behalf of individual

survivors as well. Recent recoveries include a $21.3 million settlement on behalf of a minor who was sexually abused at a hotel (an Ohio record and one of the largest settlements in the country for an individual survivor, achieved through creative arguments around OH's damages cap); a $10 million settlement in a clergy abuse case (the largest clergy settlement in the country for an individual survivor, where Gould's efforts and leadership uncovered and preserved critical liability evidence, paving the way for an additional $50 million in settlements on behalf of dozens of additional survivors); and a $17.5 million settlement in a school abuse case (the highest reported recovery – verdict or settlement – for a school sexual abuse case in Illinois).

GGH's work has produced precedent, reforms, heightened public awareness, and influenced legislation and regulatory oversight in many jurisdictions. As part of the $21.3 million settlement in the hotel abuse case, Gould and his client successfully secured policy and training changes for thousands of hotels improving hotel pre-employment screening and safety for hotel guests and employees nationwide. He has also helped secure a landmark settlement and consent decree in a federal class action lawsuit against the City of Chicago following seven years of litigation, resulting in court-ordered and supervised changes in policies, practices, and training.

Gould and the GGH team have become seasoned in the many aspects of representing survivors and litigating sexual abuse cases, including developing a deep familiarity with the types of claims that are or can be successful; anticipated legal defenses and strategies; successful investigation tactics; treatment options and resources for survivors; the psychological dynamics of child exploitation and grooming; how to effectively prepare and produce survivors and their family members for depositions to ensure plaintiff discovery proceeds in a timely manner; coordination with national, state, and local law enforcement agencies; navigating parallel criminal proceedings and investigations; working with the National Center for Missing & Exploited Children; handling sensitive evidence, including preserving and/or reporting CSAM; relevant oral and written discovery, including ESI; familiarity with the industry liability and damages experts and consultants (psychological, forensic, etc.); and trial preparation.

Gould's expertise in the field has been recognized by defendants and defense counsel. For example, in the face of an alleged fraud scandal involving Los Angeles County juvenile detention center abuse cases, the County proposed Gould and his colleague for liaison counsel (6000+ filed), in part to draw on their expertise in creating reliable processes to screen cases, *Jane Doe, et. al. v. County of Los Angeles, et. al.,* Case No. 22STCV25961 (Cal. Super. Ct.). The Court approved the proposal.

Gould graduated *cum laude* from Chicago-Kent College of Law, where he was a published member of the CHICAGO-KENT LAW REVIEW and a Legal Writing Teaching Assistant. Gould's leadership extends to numerous legal organizations, including the American Association for Justice; Illinois Trial Lawyers Association, where he serves on the Board of Advocates; and the Chicago Bar Association, where he served as Chair of the 7,000 member YLS and currently serves on the Board of Managers (leading an association consisting of 17,000 lawyers and judges). He is proud to be a longstanding member of the Advisory Board of the National Crime Victims Bar Association, the nation's first (and largest) professional association of attorneys and expert witnesses dedicated to assisting survivors of abuse by providing legal assistance, support, education, and resources.

Gould earned his Bachelor's Degree in Political Science from Northwestern University, where he was a four-year member of the Northwestern Varsity Wrestling Team. The team placed 4th in the NCAAs Gould's sophomore year.  When Gould is not litigating or on trial, he enjoys spending time with his wife and three children, and coaching youth wrestling, football, and T-ball.

# Melissa Fry Hague, Esq.

## PROFILE

With twenty years of experience litigating complex sexual assault and mass tort cases in federal and state courts across the country, I have honed the necessary skills to effectively and efficiently litigate complex cases. With extensive experience handling sexual assault cases and nationwide speaking engagements on the topic of trauma informed lawyering, I have developed a trauma informed practice that has been nationally recognized for innovative trauma informed litigation solutions. The mental health and wellbeing of sexual assault survivors is the foundation and core of my practice. I have spearheaded efforts aimed towards courts acknowledging the medicine and science supporting post traumatic stress disorder (PTSD) as a physical injury resulting in one of the first federal court rulings permitting Title IX claims to proceed to trial on the recognition of expert support that PTSD is a physical injury under *Cummings*.

## EXPERIENCE

*Partner*, **The Joel Bieber Firm; Philadelphia, PA — 2022-Present**
Managing attorney of the Philadelphia office and the firm's sexual assault practice. Managing, overseeing and litigating a multi-state sexual assault practice representing rape victims in civil court, including litigating Title IX cases, athletics abuse cases, professional and amateur arts abuse cases, ride-share assault cases, massage abuse cases, church abuse cases, and daycare abuse cases. Development of an innovative trauma informed practice and lawyering techniques to minimize retraumatization of sexual assault survivors as the endure the litigation practice. Development of experts and science on science based issues related to trauma such as the female athlete triad and PTSD as a physical injury which are novel issues before the courts.

Mass Tort experience:
- In re: Exactech Polyethylene Orthopedic Products Liability Litigation, MDL 3044;
- Gilead Tenofovir Cases and Coordinated Actions, JCCP No. 5043;
- In re: Zofran (Ondansetron) Products Liability Litigation, MDL 2657;
- In re: Davol/ C.R. Bard Hernia Mesh, Case No. PC-2017-1929, (Providence/Bristol Cty. Sup. Ct);
- In re: Atrium Medical Corporation's C—Qur Hernia Mesh Products Liability Litigation; MDL 2753;
- In re: Ethicon's PHYSIOMESH Flexible Products Liability Litigation; MDL 2782
- In re: Bard IVC Filters Product Liability Litigation; MDL 2641;
- In re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation; MDL 2570;
- In re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL 2272;
- In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation; MDL No. 2327
- In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation, MDL 2197;
- In re: DePuy Orthopedics, Inc., Pinnacle Hip Implant Products Liability Litigation, MDL 2244;
- In re: Biomet M2A Magnum Hip Implant Products Liability Litigation, MDL 2391;
- In re: Stryker Rejuvenate & ABG II Hip Implant Litigation, Ber-L-936-13; and
- In re: Human Tissue Products Liability Litigation, MDL 1763

*Partner*, **Goldman, Scarlato & Penny; Conshohocken, PA — 2017-2022**
Head of mass tort department litigating defective medical device and pharmaceutical drug cases. Oversee, run and manage case generation, intake, screening, litigation and settlement of all the mass tort cases. Serve on the steering committee for In Re: Zofran (Ondansetron) Products Liability Litigation, MDL 2657 on behalf of children born with birth defects as a result of gestational ingestion of Zofran. Assigned significant common benefit work including co-chair of narrative committee, brief writing, expert development and depositions in Zofran. Started a sexual assault practice representing victims of sexual assault in civil court as well as providing representation to victims testifying before grand juries. Represent victims of sexual assault against Larry Nassar, MSU and USA Gymnastics.

*Partner*, **Anapol Weiss; Philadelphia, PA — 2006-2017**

Manage and oversee MDL bellwether cases, expert discovery, pre-trial briefing and trials.  Participate in and lead mass tort mediations and manage and oversee complex mass tort settlement programs. High level brief writing on complex mass tort legal and scientific issues, argue pre-trial motions in mass tort cases, expert development in complex scientific cases, expert and witness depositions in complex personal injury cases, brief and argue Daubert motions, Motions in Limine, second chair in complex medical device trial in federal court, creative third party discovery, discovery motions, negotiation and draft mass tort master settlement agreement, systematic organization of high volume discovery, develop case themes for mass tort trials, management over high volume case load, systems and procedures for case management, oversee and manage a team of associates and paralegals.

## LEADERSHIP

- 2019-Present, Founding Co-Chair of AAJ's Sexual Assault Litigation Group
- 2017- 2018, Member of AAJ Executive Committee
- 2017-2019, AAJ Board of Governor representative
- 2016-2017, Chair for American Association for Justice (AAJ), New Lawyers Division (NLD)
- 2016 AAJ STAC Competition Co-Coordinator
- 2011-2013, AAJ Board of Governor representative
- Co-foundering sponsor of AAJ's Leadership Academy
- 2014 AAJ Deposition College
- Pennsylvania Association for Justice member
- Philadelphia Trial Lawyers Association member

## LECTURES AND PUBLICATIONS

- December 2025, Speaker - Roblox Sex Assault Litigation Update, Harris Martin, Austin, TX
- October 2025, Speaker - Trauma and the Brain, Empowering Survivors: Techniques for Seeking Justice for Victims of Sexual Assault, VTLA, Richmond, VA.
- June 2023, Speaker - Trauma Informed Lawyering, MTLA, Baltimore, MD
- July 2020, Speaker - Fraudulent Concealment in Sexual Assault Cases, AAJ Virtual Annual Convention.
- July 2019, Speaker - How to Conduct Jane Doe Discovery, AAJ Annual Convention, San Diego, CA
- October 2018, Speaker - Sexual Assault Litigation: #MeToo #TimesUp, Harris Martin Women's Conference, Santa Monica, CA
- October 2018, Speaker - Creating a Trauma Informed Sexual Assault practice, MTMP, Las Vegas, NV
- July 2018, Speaker - Starting a Sexual Assault Practice, Denver, CO
- March 2017, Speaker - Changes in Federal Practice Under the New Federal Rules, Webinar
- July 2016, Speaker - Pre-Trial Tactics to Avoid, AAJ Annual Convention, Los Angeles, CA
- May 2016, Moderator - Marketing and Practice Development Seminar, Chicago, IL
- July 2015, Speaker - The Role of a Second Chair Trial Lawyer in a Mass Tort Litigation, AAJ Mass Tort Conference, Montreal, Canada
- July 2015, Speaker - Deposition Tactics and Strategy: From the Tried and True to the Innovative and New, AAJ Annual Convention, Montreal, Canada
- January 2015, Speaker - Taking the Paperless Deposition, Miami, FL
- October 30, 2014, Author - Q&A: Can Your Firm Handle Mass Torts?, The National Law Journal
- October 10, 2014, Author - Choosing Mass Tort Litigation Isn't for Every Practitioner, *The Legal Intelligencer*.

- October 2013 edition, Author - Preparing for Depositions in the New Age of Technology, The Legal Intelligencer, Vol. 248, No. 73.
- July 21, 2013, Moderator – Advocacy Track: Technology Tools for Today's Trial Lawyer's; AAJ Annual Convention, San Francisco, CA.
- February 2013 edition, Author – Legal Implications of FDA's Proposed Order Affecting MoM Implants, The Legal Intelligencer.
- Spring 2012, Author – From the Bench: The Honorable Sandra Mazer Moss, AAJ NLD Sidebar.
- November 16, 2012, Speaker – Medical Device Multidistrict Litigation, Virginia Trial Lawyers Association's Product Liability Retreat, Richmond, VA.
- Jan 18, 2011, Author – Zimmer Turns on Dr. Berger with Reports that the Zimmer NexGen Knee Has a High Failure Rate, Injury Board.
- Aug 31, 2011, Author – Recipients of the Recalled DePuy ASR Hip May Unknowingly be Giving Up Certain Privacy Rights; Injury Board.
- July 2010, Speaker – Vaccine Litigation for Non-Vaccine Lawyers, NJICLE.
- July 2010, Speaker – Litigation at Sunrise, Hot Topics: Gardasil Vaccine Litigation, AAJ Annual Convention, Vancouver, Canada.

## COURTS ADMITTED TO PRACTICE

Supreme Court of Pennsylvania
Supreme Court of New Jersey
USDC for the District of New Jersey
USDC for the Western District of PA
USDC for the Eastern District of PA
USDC for the Middle District of PA
USDC for the Eastern District of WI
US Court of Appeals for the Third Circuit
US Court of Federal Claims
US Supreme Court of America

## EDUCATION

Widener University School of Law, Wilmington, DE — J.D. 2006
St. Joseph's University, Philadelphia, PA — B.S. 2003, *magna cume laude*

**Wagstaff & Cartmell**



**TYLER W. HUDSON**
**Partner**

https://wagstaffcartmell.com/attorneys/tyler-w-hudson/

Phone Number: 816.701.1177

Email: thudson@wcllp.com

Ty Hudson represents individuals, small businesses and public entities in complex litigation, class actions, and MDLs nationwide. He and his firm have been appointed by judges to leadership positions and played key roles in some of the largest and most complex cases and MDLs in the country.

Ty has played key roles in developing winning strategies for plaintiffs in numerous complex cases—helping to achieve billions of dollars in recoveries for plaintiffs. He has tried cases in state and federal courts, as well as JAMS, AAA, and FINRA arbitration. He has also successfully argued cases before various appellate courts, including the Eighth and Tenth Circuits.

Prior to joining Wagstaff & Cartmell, he was a Senior Counsel in the U.S. Securities and Exchange Commission's Division of Enforcement, a litigator in the trial practice group at Jones Day, and a law clerk to the Honorable John W. Lungstrum, then-Chief Judge of the United States District Court for the District of Kansas.

## REPRESENTATIVE COMPLEX LITIGATION MATTERS

- *In re: JUUL Labs, Inc. Marketing, Sales Practices and Product Liability Litigation*, MDL No. 2913 (N.D. Cal.): Represented school districts and individuals in litigation arising from the nationwide youth e-cigarette epidemic. Worked alongside co-lead counsel on the prosecution of the RICO claims and selected to handle oral arguments for plaintiffs on dispositive motions. Settlements for all plaintiffs totaled nearly $2 billion.

- *In re Surescripts Antitrust Litigation*, No. 1:19-cv-06627 (N.D. Ill.): Co-lead counsel for a class alleging illegal monopolization and restraint of trade by Surescripts, RelayHealth and Allscripts to overcharge pharmacies nationwide for electronic-prescription services. Settlements totaled $49.75 million.

- *In re Syngenta AG MIR162 Corn Litigation*, 27-CV-153785 (Hennepin County, Minnesota Fourth Judicial District): One of nine attorneys appointed by the court to prosecute a consolidation of more than 50,000 individual actions and a Minnesota state-wide class action. In 2018, a federal court gave final approval to a nationwide global settlement of $1.51 billion for all plaintiffs.

- *Custom Hair Designs by Sandy v. Central Payment Co., LLC*, No. 8:17-cv-00310 (D. Neb.): Court-appointed lead class counsel for a nationwide class of small businesses asserting civil RICO and state law claims arising from alleged overbilling fraud scheme. Successfully argued an appeal affirming class certification, 984 F.3d 595, 2020 WL 7755459 (8th Cir.) and achieved a common fund settlement of $84 million for class on the eve of trial.

- *Dahl v. Bain Capital Partners LLC*, No. 1:07-cv-12388 (D. Mass.): Member of Executive Committee and selected to argue in opposition to Defendants' summary judgment motions in this antitrust class action challenging collusion by private equity firms in leveraged buyouts. Settlements totaled $590.5 million.

- *Commercial Arbitration re: 2003 NPM Adjustment Proceedings.* (JAMS Arbitration). Served as lead trial counsel for the State of Kansas in arbitration before a panel of three former federal judges in a $1.1 billion contract dispute involving 35 states and the major U.S. tobacco companies arising from Tobacco Master Settlement Agreement. Kansas settled after the hearing but before a panel decision, preserving hundreds of millions of dollars of payments for the state.

## JOSEPH O'MEARA MASTERMAN
1717 Pennsylvania Ave. NW, Suite 1025, Washington, D.C. 20006
(202) 866-0171; joe@coopermasterman.com

---

## EDUCATION

---

YALE LAW SCHOOL, J.D., June 2016

| | |
|---|---|
| *Honors*: | Potter Stewart Prize for best overall advocacy in the Morris Tyler Moot Court |
| | Harlan Fiske Stone Prize for best oralist in the Morris Tyler Moot Court |
| | Coker Fellowship in constitutional law |
| *Activities*: | *Yale Law Journal*, Executive Editor (head of the *Forum* for Vol. 125) |
| | *Yale Journal on Regulation*, Articles Editor |
| | Supreme Court Advocacy Clinic |
| | Teaching assistant in civil procedure |
| | Speechwriter for Dean Robert Post |

HARVARD COLLEGE, B.A., *summa cum laude*, English, May 2013

| | |
|---|---|
| *Honors*: | Phi Beta Kappa, John Harvard Scholar, Le Baron Russell Briggs Traveling Prize |
| *Activities*: | *Harvard Lampoon* (Literature Board), *Harvard Advocate* (Fiction Board), |
| | *Harvard Crimson* (Editorial Board) |

## CLERKSHIPS

---

| | |
|---|---|
| HON. SAMUEL A. ALITO, JR., U.S. Supreme Court | 2019–20 |
| HON. RAYMOND M. KETHLEDGE, U.S. Court of Appeals for the Sixth Circuit | 2017–18 |
| HON. AMUL R. THAPAR, U.S. Court of Appeals for the Sixth Circuit & U.S. District Court for the Eastern District of Kentucky | 2016–17 |

## EXPERIENCE

---

COOPER MASTERMAN PLLC, *Partner*                                        2023–present
*Multidistrict litigations*:

- *In re Baby Food Products Liability Litigation*, MDL No. 3101 (N.D. Cal.). Serve on the Plaintiffs' Steering Committee.

- *In re Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation*, MDL No. 3092 (N.D. Ohio). Assistance to the Plaintiffs' Steering Committee on law-and-briefing matters.

- *In re Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043 (S.D.N.Y.). Assistance to the Plaintiffs' Steering Committee on law-and-briefing and expert matters.

BRITHEM LLP, *Of Counsel*                                        2025–present
Provide briefing and other legal support in complex commercial litigation.

COOPER & KIRK, PLLC, *Associate*                                        2018–23
*Representative matters*:

- *Rodriguez et al. v. Pan American Health Organization*, Case No. 20-cv-928 (D.D.C.). Representation of class plaintiffs alleging that PAHO facilitated a human-trafficking scheme. The D.C. Circuit affirmed plaintiffs' jurisdictional theory, and the litigation is ongoing.

**JOSEPH O'MEARA MASTERMAN**
1717 Pennsylvania Ave. NW, Suite 1025, Washington, D.C. 20006
(202) 866-0171; joe@coopermasterman.com

- *Chevron U.S.A. Inc. et al. v. United States*, Case No. 20-1784 (Fed. Cl.). Representation of companies seeking reimbursement under WWII-era government contracts for the environmental cleanup costs they have paid as a result of producing aviation gasoline for the war effort.

- *United States v. Forkner*, Case No. 4:21-cr-268 (N.D. Tex.). Represented the defendant indicted for alleged fraud in connection with two Boeing airplane crashes. The Court dismissed half the counts in the indictment; the jury acquitted on the rest.

## SCHOLARSHIP

Publication:    *Fidelity and Construction*, 129 YALE LAW JOURNAL 774 (2020) (with Judge Thapar)

Fellowships:    Temple Bar Scholar (2020)
James Kent Academy (2020)
Antonin Scalia Fellow at the Public Interest Fellowship (2018–19)

## BAR ADMISSIONS

Florida
District of Columbia
United States Supreme Court
United States Court of Appeals for the Sixth Circuit
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Eleventh Circuit
United States Court of Appeals for the D.C. Circuit
United States District Court for the Southern District of Florida
United States District Court for the Middle District of Florida
United States District Court for the Northern District of Florida
United States District Court for the District of Columbia

As a partner at Gibbs Mura LLP in Oakland, Andre Mura represents plaintiffs in mass torts and class actions, including in products liability, consumer protection, and privacy cases.

*Mass torts*. Judge Gonzalez Rogers appointed Mr. Mura to Plaintiffs' Steering Committee Leadership in *In re: Social Media Adolescent Addiction/Products Liability Litigation*. This role has included briefing, arguing, and defeating summary judgment on issues involving causation and Section 230, and co-chairing discovery over the TikTok defendants. Also, Judge Rodgers (N.D. Fla.) appointed him to a law-and-briefing subcommittee in *In re: 3M Combat Arms Earplug Products Liability Litigation*. And Judge Milazzo (E.D. La.) appointed him to Plaintiffs' Steering Committee in *In re: Taxotere (Docetaxel) Products Liability Litigation*, where he co-chaired a law-and-briefing committee. Because good work begets more work, Mr. Mura was added to multiple trial teams in *3M* and *Taxotere*. In *Taxotere*, his briefing and argument secured a unanimous decision from the Fifth Circuit granting a new bellwether trial.

*Technology-focused litigation*. In *Soucek v. Roblox Corporation*, Mr. Mura represents a putative class of families who allege that Roblox negligently facilitated online child gambling through its currency, Robux. He successfully briefed multiple motions to dismiss, including against Roblox's Section 230 defenses. In *In re: Meta Pixel Healthcare Data Privacy Litigation*, a healthcare privacy putative class action, Judge Orrick appointed Mr. Mura to Plaintiffs' Executive Committee. In that case, he recently briefed and argued an appeal addressing whether the Ninth Circuit should adopt or reject the "apex" doctrine, an issue of first impression in this Circuit. Mr. Mura's additional experience is summarized in his accompanying resume.

*Advocacy for survivors*. Gibbs Mura represents over 100 childhood sexual abuse survivors in bankruptcy litigation against the Boy Scouts of America in *In re Boy Scouts of America and Delaware BSA, LLC*, and achieved a $73 million class action settlement for alleged Title IX violations and sexual harassment in *A.B. v. The Regents of the University of California.*

*Community engagement*. Mr. Mura serves on the boards of the Impact Fund and the Civil Justice Research Initiative at Berkeley Law, is president of the National Civil Justice Institute (2025-2026), and is past chair of the American Association for Justice's LGBT Caucus.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
amm@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection
Privacy
Mass Personal Injury

**Education**
The George Washington
University Law School, J.D.,
2004
Williams College, B.A., 2000

**Admissions**
California
District of Columbia

# Andre M. Mura | Partner

Andre represents plaintiffs in class actions and mass torts including in the areas of consumer protection, privacy, and products liability.  Before joining Gibbs Mura, Andre was senior litigation counsel at the Center for Constitutional Litigation PC, where he represented plaintiffs in high-stakes appeals in state supreme courts and federal appellate courts.

Andre has been honored twice with a California Lawyer Attorney of the Year Award: in 2023 for his involvement and success at trial in *Patz v. City of San Diego*, and in 2019 for his work in the California Supreme Court in *De La Torre v. CashCall*. He is on the Board of the Civil Justice Research Initiative of Berkeley Law, a Fellow of the American Bar Foundation, a member of the Lawyers Committee of the National Center for State Courts, President of the National Civil Justice Institute, past Chair of the American Association for Justice's LGBT Caucus, past Trustee of the National College of Advocacy, and a member of Williams College's Latino/a and BiGLATA Alumni Network.

## Litigation Highlights

*In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation* – Andre was court-appointed to Plaintiffs' Steering Committee Leadership and has undertaken a wide range of responsibilities, including law and briefing and managing discovery related to the TikTok defendants. The firm also represents children and families in lawsuits in federal and state court against Facebook, Instagram, TikTok, Snap, and YouTube.

*In re: Meta Pixel Healthcare Data Privacy Litigation* – Andre was court-appointed to the plaintiffs' executive committee in this consolidated litigation, representing millions of patients whose sensitive health data was allegedly collected and shared without their consent. In his appointment decision, Judge Orrick said he chose interim class counsel for their "highly relevant" experience and knowledge.

*Brooks v. Thomson Reuters Corporation* – Andre is court-appointed class counsel in this data privacy case against Thomson Reuters for its CLEAR product. The lawsuit alleged that Thomson Reuters collected millions of California residents' personal and confidential information and then sold access to it without their knowledge or consent. After the court granted plaintiffs' motion for class certification, the parties reached a class settlement for $27.5 million and substantial injunctive relief. The court granted final approval of the settlement on February 21, 2025.

*In re: 3M Combat Arms Earplug Products Liability Litigation* – Andre was court-appointed to the plaintiffs' law-and-briefing committee in this multi-district litigation on behalf of military servicemembers and veterans who suffered injuries due to defective 3M earplugs, which were standard-issue for U.S. military members for more than a decade. Andre also served on several bellwether trial teams, securing multiple favorable jury verdicts.

*In re: Taxotere (Docetaxel) Products Liability Litigation* – Andre was a member of the trial team in a two-week federal jury trial and is member of Plaintiffs' Steering Committee and co-chair of Law and Briefing in this multi-district litigation on behalf of breast cancer survivors who suffered permanent hair loss after using the Taxotere chemotherapy drug. He recently obtained a unanimous decision granting a bellwether plaintiff a new trial. *See* 26 F.4th 256 (5th Cir. 2022)

*In re: Vizio, Inc. Consumer Privacy Litigation* – Andre is co-lead counsel for the settlement class in this multi-district lawsuit alleging that Vizio collected and sold data about consumers' television viewing habits and their digital identities to advertisers without consumers' knowledge or consent.  He negotiated a settlement providing for class-wide injunctive relief transforming the company's data collection practices, as well as a $17 million fund to compensate consumers who were affected.

*De La Torre v. CashCall* – Andre played a key role in briefing before the California Supreme Court, resulting in a unanimous decision in the plaintiffs' favor. The decision changed decades-old assumptions that lenders in California had a virtual "safe harbor" from unconscionability challenges to loan interest rate terms.

*In re: Lenovo Adware Litigation* – Andre briefed and argued a motion to dismiss and motion to certify a nationwide litigation class for monetary damages. The court approved a $7.3 million class action settlement to resolve allegations that Lenovo preinstalled software on laptops that caused performance, privacy and security issues for consumers.

*Beaver et. al. v. Tarsadia Hotels, Inc.* – Andre contributed to briefing before the Ninth Circuit Court of Appeals resulting in a unanimous decision affirming the lower court's ruling that the UCL's four-year statute of limitations (and its accrual rule) applied in claims alleging violations of the Interstate Land Sales Full Disclosure Act (ILSA) even though ILSA has a shorter statute of limitations.

*Watts v. Lester E. Cox Medical Centers,* 376 S.W.3d 633 (Mo. 2012) – Andre successfully argued that a state law limiting compensatory damages in medical malpractice cases violated his client's right to trial by jury. In ruling for Andre's client, the Missouri high court agreed to overturn a 20-year-old precedent.

## U.S. Supreme Court Advocacy

*Merck Sharp & Dohme Corp. v. Albrecht,* 139 S. Ct. 1668 (2019) – Before the U.S. Supreme Court, in a case concerning the scope of federal immunity for brand-name drug manufacturers, Andre represented medical doctors appearing as amici curiae. His amicus brief was discussed at oral argument, with Supreme Court counsel for Albrecht telling the Justices, "It's a beautifully done amicus brief to explain what the scientists knew and when they knew it…."

*Mutual Pharmaceutical Co., Inc. v. Bartlett,* 133 S. Ct. 2466 (2013) – Andre was the lead author of an amicus curiae brief for the American Association for Justice and Public Justice in a case examining whether federal drug safety law preempts state-law liability for defectively designed generic drugs.

## Awards & Honors

California Lawyer Attorney of the Year (CLAY) Award, *Daily Journal* (2023, 2019)
Top Plaintiff Lawyers in California, *Daily Journal* (2021)
Top Cybersecurity & Privacy Attorneys Under 40, *Law360* Rising Stars (2017)
Northern California Super Lawyers (2019-2025); *Rising Star* (2016-2018)

## Professional Affiliations

American Association for Justice- Class Action Litigation Group, Legal Affairs Group, LGBT Caucus
American Bar Foundation, Fellow
Consumer Attorneys of California, Member
Civil Justice Research Initiative of Berkeley Law, Board Member
Impact Fund, Board Member
Law360- Cybersecurity & Privacy, Former Editorial Advisory Board Member
National Center for State Courts, Lawyers Committee
National Civil Justice Institute, President

## Select Publications & Presentations

Presenter, "Emerging Issues Affecting Class Actions and Pharma Litigation: Legal Writing," AAJ Annual Convention, July 2025.

Moderator, "The N.D. Guidelines in Practice," Civil Justice Research Initiative, November 2023.

## KELLY K. MCNABB
kmcnabb@lchb.com • (212) 355-9500

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**, New York, NY
*Partner, 2020 – present; Associate, 2015 – 2019*
- Partner-in-Charge of ESI Discovery, Mass Torts and Products Liability Practice Group Member
- Court Appointed Leadership:
  - *In re Zimmer M/L Taper Hip Prosthesis Litigation*, **MDL No. 2859 (S.D.N.Y)**, Plaintiffs' Executive Committee Member: Led nationwide MDL over defectively-designed hip. Developed causation experts in orthopedics, immunology, and pathology; took and defended expert depositions; took and defended fact depositions; argued numerous motions; briefed *Daubert* and summary judgment motions. Litigation largely resolved in 2022.
  - *Social Media Cases*, **Judicial Counsel Coordination Proceeding No. 5255 (Los Angeles Superior Court)**, Plaintiffs' Steering Committee: Served on Bellwether Committee; negotiated Plaintiff and Defendant Fact Sheets used in the JCCP and MDL.
  - *In re Depo-Provera Prods. Liab. Litig.*, **MDL No. 3140 (N.D. Fla.)**, ESI and Discovery Subcommittee of the Plaintiffs' Steering Committee.
- Other Significant Roles in Coordinated Proceedings:
  - *In re Social Media Adolescent Addiction/Personal Injury*, **MDL No. 3047 (N.D. Cal.)**. Co-Chair of Expert Committee. Support Partner and Co-Lead Counsel Lexi J. Hazam in nationwide MDL against Facebook, Instagram, TikTok, Snapchat, and YouTube alleging defectively-designed social media platforms cause mental health problems in youth, including eating disorders, depression, and suicide.
  - *Gutierrez et al. v. Amplify Energy Corp. et al.*, **8:21-cv-1628 (C.D. Cal.)**: Lead LCHB attorney on all discovery matters. Supported Partner and Co-Lead Class Counsel Lexi J. Hazam in case on behalf of commercial fishers, property owners, and tourism businesses against pipeline company and large shipping companies arising from oil spill off Orange County in 2021. Settlement reached within a year of litigation.
  - *In re McKinsey*, **MDL No. 2996 (N.D. Cal.)**: Lead LCHB attorney on all discovery matters. Supported Partner and Lead Counsel Elizabeth J. Cabraser in national MDL against consulting company McKinsey & Company, Inc. for its role in the opioid epidemic.
  - *In re Philips Recalled CPAP*, **MDL No. 3014 (W.D. Pa.)**: Lead LCHB attorney on ESI matters. Supported Partner David S. Stellings, who served on the Plaintiffs' Steering Committee and as Co-Chair of the Discovery Committee.
  - *In re Abilify*, **MDL No. 2734 (N.D. Fla.)**: Assisted in the development of general causation experts in epidemiology and regulatory fields; second-chaired expert depositions; assisted in the direct and cross-examination of experts at multi-day *Daubert* hearing. Supported Partner Lexi J. Hazam who served on the Plaintiffs' Executive Committee and Co-Chaired the Science and Expert Sub-Committee.
  - *In re Benicar*, **MDL No. 2606 (D.N.J.)**: Assisted in the development of general causation experts. Supported Partner Lexi J. Hazam who served on the Plaintiffs' Steering Committee and as Co-Chair of the Plaintiffs' Science and Experts Committee.

**PRITZKER OLSEN, P.A.**, Minneapolis, MN
*Mass Torts Associate, October 2012 – 2014; Law Clerk, January 2011 – October 2012*

**BAR ADMISSIONS:**
States: Minnesota (2012); New York (2015); Utah (2024)
Federal: District of Minnesota (2012); Southern District of New York (2015); Eastern District of New York (2015); Eastern District of Wisconsin (2017)
Appellate: Second Circuit (2021)

**PROFESSIONAL LEADERSHIP:**
- The Sedona Conference, Working Group Series Leadership Council (present)
- Complex Litigation E-Discovery Forum Board Member (present)
- The Sedona Conference, Working Group I, Steering Committee Publications Co-Chair (2022-2024)
- American Association for Justice Pharmaceutical and Medical Device Section, Chair (2023-2024)
- Law360 Editorial Advisory Board, Product Liability (2022-2023)

**AWARDS:**
- Selected for The Best Lawyers in America in "Mass Tort Litigation/Class Actions – Plaintiffs," 2021-2025
- "Lawdragon 500 X – The Next Generation," Lawdragon, 2023-2024
- "Lawdragon 500 Leading Plaintiff Consumer Lawyers in America," Lawdragon, 2024
- "Rising Star for New York Metro," *Super Lawyers*, 2016-2022
- *Minnesota Lawyer*, Attorney of the Year - Pritzker Trial Team, 2014

**PUBLICATIONS:**
- Electronic Discovery Institute Judges' Guide 4.0 Chapter: Optimal Discovery of Individuals' Data Sources, 2025
- "The Relevant Scope of General Causation: Internal Company Documents and Communications," *American Association for Justice Newsletter*, 2018

**SPEAKING ENGAGEMENTS:**
- Speaker, Collaboration, Concealment, & Consequences: Ethical Engagement with Opposing Counsel, Sedona Conference Mid-Year Meeting (*forthcoming* April 2026)
- Speaker, Sanctions Showdown: When Data Disappears, What are the Consequences, UF Law eDiscovery Conference (*forthcoming* February 2026)
- Moderator, Georgetown Advanced E-Discovery Institute Conference, Evidence Authentication 3.0, 2025
- Speaker, The Latest in eDiscovery: Policies, Cases, and Rule Updates, Complex Litigation E-Discovery Forum (CLEF) Annual Conference, September 2025
- Speaker, *Daubert/Frye* Webcast, American Law Institute CLE, April 29, 2025
- Moderator, What Professionalism and Civility Look Like in High-Stakes Litigation, April 24, 2025
- Speaker, "Social Media Litigation Update" HarrisMartin MDL Conference: Depo-Provera and Current MDL Cases, January 2025
- Speaker, Georgetown Advanced E-Discovery Institute Conference, Collective Wisdom: Modernized Data Identification and Collection Strategies, 2024
- Speaker, AAJ 2024 Annual Conference Class Action Section/Pharmaceutical and Medical Device Section CLE Program: Structuring Leadership with Relevant Expertise
- Speaker, Sedona Conference Mid-Year Meeting 2024: Discovery-Related Sanctions
- Speaker, AAJ 2024 Winter Conference Advocacy Track: Preparing for Daubert
- Moderator, "Associate Perspective on Mass Litigation," Trial Lawyers of Mass Torts Conference, February 2024
- Speaker, Georgetown Advanced E-Discovery Institute Conference, When Discovery Goes Off the Rails: Mock 26(f) Conference and Sanctions Motion, 2023
- Speaker, 2023 MER Conference, Now That I've Hooked a Fish, How Do I Get It into The Boat? Establishing the Authenticity and Admissibility of Short Form Messages and Collaboration App Evidence; Catching the Impostors – Spotting Deepfakes and Challenging Fabricated Electronic Records
- Speaker, Sedona Conference Annual Meeting 2022: Outline Review: Commentary on Discovery-Related Sanctions
- Speaker, "What's New in Defendants' ESI Playbook and Strategies?" Complex Litigation E-Discovery Forum (CLEF) Annual Conference, May 2022

**EDUCATION:**

**UNIVERSITY OF MINNESOTA LAW SCHOOL**, Minneapolis, MN                    *Juris Doctor (cum laude) 2012*
*Minnesota Law Review (Managing/Research Editor 2011 – 2012; Staff Member 2010 – 2011)*

**UNIVERSITY COLLEGE DUBLIN**, Dublin, Ireland
*Non-EU Exchange Law Student, January – May, 2012*

**UNIVERSITY OF MINNESOTA TWIN CITIES COLLEGE OF LIBERAL ARTS**, Minneapolis, MN          *Bachelor of Arts 2008*
*Major: Psychology, Minor: Sociology (Law, Criminology, and Deviance)*



**Matthew D. Schultz**
Shareholder
Levin Papantonio
316 S. Baylen St., Suite 600
Pensacola, FL 32502
(850) 435-7140
mschultz@levinlaw.com

## Education & Background

- J.D. *summa cum laude* Florida State University College of Law, 2002
- 14 Book Awards – FSU College of Law, 1999–2002
- Senior Articles Editor, FSU Law Review, 2001–2002
- Law Clerk, Hon. Robert L. Hinkle, U.S. District Court (N.D. Fla.), 2002–2004

## Selected Current & Former Judicial Appointments

- Plaintiffs' Leadership Comm., *In re ARC Airbags Inflators Products Liability Litig.*, MDL No. 3051 (N.D. Ga. - Hon. Eleanor L. Ross)

- Plaintiffs' Steering Comm., Co-Chair Discovery Comm. & Bellwether Trial Counsel, *In re: JUUL Labs, Inc., Marketing, Sales Practices & Products Liability Litig.*, MDL No. 2913 (N.D. Cal. - Hon. William H. Orrick)

- Class Counsel, *Lytle v. Nutramax Labs, Inc.*, No. 5:19-cv-00835 (C.D. Cal. - Hon. Fernando M. Olguin)

- Plaintiffs' Executive Comm., *In re: Sorin 3T Heater Cooler System*, MDL No. 2913 (W.D. Pa. - Hon. John E. Jones, III)

- Plaintiffs' Executive & Oversight Comms., Co-Chair Expert Comm., *In re: Santa Fe Natural Tobacco Co. Marketing and Sales Practices Litig.*, MDL No. 2695 (D.N.M. - Hon. James O. Browning)

- Plaintiffs' Steering Comm., Plaintiffs' Discovery Liaison & Bellwether Trial Counsel, *In re: Cook Medical, Inc. IVC Filters, Marketing, Sales Practices and Products Liability Litig.*, MDL No. 2570 (S.D. Ind. - Hon. Richard L. Young)

- Plaintiffs' Steering Comm., *In re: Bard IVC Filters Products Liability Litig.*, MDL No. 2641 (D. Ariz. -  Hon. David G. Campbell)

- Plaintiffs' Leadership Comm., Class Counsel & Bellwether Trial Counsel (MRGO PSLC), *In re: Katrina Canal Breaches Consolidated Litig.,* No. 05-4182 (E.D. La. - Hon. Stanwood R. Duval)

- Plaintiffs' Liaison Counsel for all *Engle* Progeny Tobacco Cases, 2007–2025 (Fla. 1st Judicial Cir. -  Hon. Terry Terrell)

## Representative Verdicts

- Gray v. R.J. Reynolds Tobacco Co. - $9.25 million jury verdict
- Guy v. Roads, Inc. of NW Fla. - $4.25 million jury verdict
- Martin v. R.J. Reynolds Tobacco Co. - $30 million jury verdict
- Danielson v. Philip Morris USA Inc. - $2.95 million jury verdict

## Current Practice Areas

- Human Trafficking
- Consumer Class Actions
- Negligence/Product Liability

## Honors

- AV Rated, Martindale-Hubbell
- Peer-Nominated Florida "Super Lawyer" 2009–present
- Florida "Legal Elite" 2010–present
- AVVO Rating: 10
- Order of the Coif

# MICHAEL A. BAUDINET

CAREER**GROUP**COMPANIES

## EDUCATION

**Harvard Law School**, Cambridge, MA 2010-2012 *J.D., cum laude* May 2012
*Harvard International Law Journal*, Articles Editor
Dean's Scholar Prize in Government Lawyer – Federal Prosecutor

**Washington and Lee University School of Law,** Lexington, VA 2009-2010 1L in
J.D. Program, 2009–2010
Invited to join the Law Review

**University of Virginia**, Charlottesville, VA 2000-2004 *B.A. in History and
Economics*, May 2004

## LEGAL EXPERIENCE

**U.S. Attorney's Office,** Roanoke/Charlottesville, VA, *Assistant U.S. Attorney (2019-2025)*.
Oversaw complex federal investigations and prosecuted criminal cases in federal court including
complex racketeering cases, financial and economic crimes, tax fraud, health care fraud, public
corruption, cybercrime, and environmental crimes. Served as district coordinator for Covid-19
crimes, environmental crimes, and health care fraud. Briefed and argued appeals to the Fourth
Circuit Court of Appeals.

**McGuireWoods, LLP**, Richmond, VA 2011, 2012-2019, *Associate (2012-2019), Summer
Associate (2011).* Represented both corporate and individual clients in criminal and civil
investigations, primarily focused on federal fraud statutes. Conducted internal investigations for
corporate clients, with particular emphasis on the financial service industry. Tried civil cases for
landlord client in state courts. Received firm Excellence Award in 2013 for work on the team
representing an acquitted bank executive in a ten-week federal jury trial.

**District Attorney's Office**, Boston, MA Spring 2012, *Law Student Intern.* Argued bail and
sentencing hearings for misdemeanor offenses as student practitioner; assisted assistant
district attorneys with trial preparation and witness interviews;  performed legal research and
drafted motions.

**U.S. Attorney's Office**, Boston, MA Fall 2011, *Law Student Intern.* Assisted the Public
Corruption Unit by conducting legal research, drafting motions and briefs; served as legal
intern for trial team during six-week jury trial.

**Prof. Mark Drumbl**, Washington and Lee University School of Law, Summer 2010,
*Research Assistant*. Conducted substantive research and editing for forthcoming book, Always
Innocent?, on the legal issues involved in the recruitment and conduct of child soldiers.

Casondra Turner is a Senior Counsel at the international plaintiffs' class action firm Milberg, PLLC. Since its founding in 1965, Milberg has repeatedly taken the lead in landmark cases that have set groundbreaking legal precedents, prompted changes in corporate governance, and recovered over $50 billion in verdicts and settlements. Milberg is comprised of dozens of attorneys from diverse backgrounds and is involved in some of the largest class action cases in the country.

Ms. Turner received her J.D. from Boston University Law School in 2013, where she was in the law school's first Human Trafficking Clinic, helping women and children obtain legal relief and social support after they had been trafficked. Ms. Turner later practiced complex commercial litigation at two AmLaw 100 firms, defending large institutions in actions alleging wide-ranging torts and fraud. Ms. Turner also clerked in the U.S. District Court in the Middle District of Georgia, where she worked on a wide variety of cases, including criminal cases concerning child sexual exploitation. As an attorney, Ms. Turner has represented numerous *pro bono* clients, and in 2024 obtained a posthumous pardon from the Governor of Missouri for a nineteen-year-old woman who was convicted of killing her abuser. As a senior counsel at Milberg, Ms. Turner represents plaintiffs in class action litigation in state and federal courts nationwide, and she has been appointed to serve as lead or co-lead counsel in several data privacy class actions. Ms. Turner is eager to bring her skills and experience to advocate for the plaintiffs here.



# FIRM RESUME

# &

# BIOGRAPHY OF CASONDRA R. TURNER



Milberg, PLLC ("Milberg") is an AV-rated international law firm with dozens of attorneys and offices across the United States and the European Union. Founded in 1965, Milberg has recovered over $50 billion for our clients. Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas.

The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and data security. Milberg has a prominent data privacy practice group that has repeatedly secured class settlements and appellate victories, which have shaped data privacy litigation.

For 60 years, Milberg and its affiliates have been protecting victims' rights. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

> *Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Chicago, Florida, Georgia, Illinois, Kentucky, Louisiana, Mississippi, New Jersey, New York, North Carolina, South Carolina, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands. Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, Lawdragon, and Super Lawyers, among others.

> *"A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."*
> - THE NEW YORK TIMES

# PRACTICE AREAS

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## INFORMATION TECHNOLOGY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients — both large and small — to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of former appellate judges, experienced appellate advocates, and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

## LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation

In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation

In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation

In re: Blackbaud Inc., Customer Data Breach Litigation

In re: Paragard IUD Products Liability Litigation

In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability Litigation

In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation

In re: Allergan Biocell Textured Breast Implant Products Liability Litigation

In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation

In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation

In re: Ortho Evra Products Liability Litigation

In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation

In re: Kugel Mesh Hernia Patch Products Liability Litigation

In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation

In re: Stand 'N Seal Products Liability Litigation

In re: Chantix (Varenicline) Products Liability Litigation

In re: Fosamax (alendronate Sodium) Products Liability Litigation

In re: Benicar (Olmesartan) Products Liability Litigation

In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products Liability Litigation

In re: Risperdal and Invega Product Liability Cases

In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation

In re: Incretin-based Therapies Product Liability Litigation

In re: Reglan/Metoclopromide

In re: Levaquin Products Liability Litigation

In re: Zimmer Nexgen Knee Implant Products Liability Litigation

In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation

In re: Propecia (Finasteride) Products Liability Litigation

In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American Medical Systems, Pelvic Repair System Products Liability, and others)

In re: Fluoroquinolone Product Liability Litigation

In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation

In re: Recalled Abbott Infant Formula Products Liability Litigation

Home Depot, U.S.A., Inc. v. Jackson

Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

## $4 Billion Settlement

In re: Prudential Insurance Co. Sales Practice Litigation

## $3.2 Billion Settlement

In re: Tyco International Ltd., Securities Litigation

## $1.14 Billion Settlement

In Re: Nortel Networks Corp. Securities Litigation

## $1 Billion-plus Trial Verdict

Vivendi Universal, S.A. Securities Litigation

## $1 Billion Settlement

NASDAQ Market-Makers Antitrust Litigation

## $1 Billion Settlement

W.R. Grace & Co.

## $1 Billion-plus Settlement

Merck & Co., Inc. Securities Litigation

## $775 Million Settlement

Washington Public Power Supply System Securities Litigation

## $586 Million Settlement

In re: Initial Public Offering Securities Litigation

# CASONDRA R. TURNER

**Casondra R. Turner** is a Senior Counsel at Milberg in its Cybersecurity and Data Privacy Practice Group. Ms. Turner graduated magna cum laude, with honors, from the University of Georgia with dual degrees in History and International Affairs and a Spanish minor. She obtained her Juris Doctor from Boston University School of Law in 2013, where she was an editor for the International Law Journal, and clerked for the U.S. District Court in the Middle District of Georgia.

Ms. Turner has practiced law at two AmLaw 100 firms and has extensive trial and appellate experience defending large institutions throughout the country. As a former litigation associate, Ms. Turner specialized in securities fraud class actions and resolved countless lawsuits from inception through appeal. Ms. Turner is admitted to practice law in each of the state and federal courts in Massachusetts and Georgia and the Eleventh Circuit Court of Appeals. Ms. Turner has been recognized for her zealous advocacy and was nominated for a Top 40 Under 40 award in 2024. She also has an unbridled commitment to pro bono work and has successfully obtained asylum and post-conviction relief for many pro bono clients, including a posthumous pardon for an enslaved woman, Celia Newsom, from the Governor of Missouri in 2024— the first of its kind in Missouri history. She served for two years as a board member of the Georgia Association of Black Women Attorneys and is the current Vice President of the Celia Newsom Legacy Foundation. She also teaches undergraduate and graduate courses in criminal justice and business law and was awarded Adjunct Professor of the Year in 2023 for helping under-served students gain admission to law school.

Ms. Turner has repeatedly been appointed to serve as lead or co-lead counsel for plaintiffs in privacy-related class actions. She and her firm have developed ground-breaking case law that many plaintiffs rely on in their data breach class actions today. Over the past 3 years, Milberg has settled on a class-wide basis more than 100 class actions involving privacy violations, the majority of which are data breaches, in state and federal courts across the country as lead or co-lead counsel. To Ms. Turner's knowledge, no firm has settled and won court approval of more data breach class actions during this period. Representative cases include:

- *Parris, et al., v. Meta Platforms, Inc.*, Case No.2023LA000672 (18th Cir. DuPage Cty., Ill.) (where Milberg served as lead counsel and obtained a settlement of $64.5 million for 4 million consumers in a privacy class action);
- *Boone v. Snap, Inc.*, Case No. 2022LA000708 (18th Cir. DuPage Cty., Ill.) (where Milberg served as lead counsel and obtained a settlement of $35 million for 3 million consumers in a privacy class action); and
- *In re: East Palestine Train Derailment*, No. 23-cv-00242 (N.D. Ohio) (where Milberg served on the leadership team that obtained a settlement of $600 million in a complex class action).

Milberg is currently involved in some of the largest and most well-known class action cases in the country and is comprised of more than 50 attorneys who work from offices across the United States and Europe.

# LOCATIONS

## PUERTO RICO
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

## CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

## FLORIDA
201 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134

## GEORGIA
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303

## ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

## NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

## NEW YORK
100 Garden City Plaza, Suite 500
Garden City, New York 11530

## TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

## WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

## WASHINGTON, D.C.

5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

## NETHERLANDS

## UNITED KINGDOM



 **Ciresi Conlin** LLP

# Tevenia V. Jacobs

Senior Counsel

TVJ@ciresiconlin.com
612-361-8225

# Experience

Tevenia's practice focuses on complex civil litigation involving pharmaceutical injury, medical devices, and consumer products. Her experience spans all dimensions of multidistrict litigation, from logistics to merits to resolution, with an emphasis on scientific, technical, and expert issues.

Before joining Ciresi Conlin, Tevenia clerked for the Honorable M. Casey Rodgers in the United States District Court for the Northern District of Florida for nearly eight years. She also previously worked for an international law firm and served as an Assistant Commonwealth's Attorney in Virginia, prosecuting a broad range of felonies and misdemeanors in both bench and jury trials. Tevenia graduated from the University of Maryland, B.S., and the University of Virginia School of Law.



**Ciresi Conlin LLP**
225 South 6th St #4000
Minneapolis, MN
55402
612.361.8200
Info@CiresiConlin.com

**University of Virginia Center for Politics**, Charlottesville, VA 2005-2009, *Executive Assistant to the Director*. Managed all aspects of director Larry Sabato's public presentations, including negotiating speaking fees, researching and writing presentations, coordinating logistics with clients, writing contracts and billing clients. Performed research to assist director in writing books, essays and articles; assisted with editing and citations.

**The Papers of James Madison Project**, University of Virginia, Charlottesville, VA 2004-2005, *Transcriber/Researcher*. Transcribed documents sent or received by James Madison during his presidency. Researched and drafted annotations on relevant historical facts contained in the documents.

PUBLICATIONS

*A Tale of Two Coasts: Handling Whistleblower Investigations*, LAW 360 (Feb. 26, 2014)
"Time Is On My Side: The Nomination Gap." Sabato's Crystal Ball, June 26, 2008.
"Convention Comparisons." Sabato's Crystal Ball, September 11, 2008.

BAR ADMISSIONS

Admitted to practice in Virginia (2012)

To whom it may concern,

I am honored to be considered for an Executive Committee Development Counsel position and I look forward to the opportunity to demonstrate my value to this litigation. Below is a brief summary of my relevant work experience, followed by my condensed resume:

I have worked in the mass tort space for the entirety of my career. Upon graduation, I joined the Levin Papantonio law firm, working closely with Troy Rafferty. Throughout my career, I worked on various aspects of several mass torts and I was provided numerous common-benefit and leadership opportunities, including but not limited to:

### i. Leadership Appointments:

My first Court-ordered appointment was to the Zantac Leadership Development Committee. This appointment was made approximately two years after work in the litigation had begun, and was based on my performance and involvement in the litigation up to that point.

I was also appointed to the Valsartan Plaintiff Steering Committee.

### ii. Discovery Experience:

In the Valsartan litigation, I was the chair of a defendant deposition team and I lead discovery for the drug manufacturer, Torrent. In my role, I lead my discovery team, conducted Tier 1 and 2 discovery, identified the key exhibits that became the foundation of our case, prepared outlines for myself and leadership, and was first chair in several key fact, and 30(b)(6) witness depositions. I also deposed two experts, and was given the opportunity to draft a Daubert motion that resulted in exclusion of that expert's opinions.

I also defended the depositions of the firm's bellwether clients and took/defended the depositions of all treaters and prescribing doctors, as well as any family members that were deposed.

### iii. Trial Experience:

After Zantac, I spent the majority of my time on the AFFF/PFAS litigation. I was on the trial team for the first municipal bellwether trial (*City of Stuart, Florida v. The 3M Company* (2:18-cv-03487)). This trial settled on the eve of trial, but helped facilitate the $1.1 billion settlement with DuPont and the $12.5 billion settlement from 3M.

In preparation for this trial, I was responsible for preparing the direct examination of numerous witnesses, including one of Plaintiff's key expert witnesses, the hydrogeologist, and I was to sit second chair for his direct. I also helped draft the opening statement that was to be given by lead trial counsel.

Following the water-provider/municipal settlements in the PFAS litigation, I worked on the personal-injury trial team. I handled similar expert issues with our hydrogeologist and prepared him for his depositions in the bellwether cases. Prior to leaving Levin Papantonio, I was also on the trial team for the first personal injury bellwether case that was set to be tried in October of 2025.

I also was active on the trial team for one of the cases against 3M for defective earplugs. For example, I prepared the cross examination of 3M expert, Dr. Cassali and sat second chair for the cross exam.

***Current Focus and Ability to Meet Obligations of a PEC Appointment:***

Since joining Rafferty Domnick Cunningham & Yaffa (RDCY) last year, my main priority has been the Roblox litigation. For the past few months, I have been working on the Investigation Committee, led by Matt Dolman and Marty Gould. Specifically, I am responsible for identifying key players in the Finance department, Marketing Department, as well as People and Systems. We also represent dozens of clients and are continuing to vet and file our cases.

While I have certainly enjoyed working on all of these cases, the Roblox litigation is the one that I am most excited and proud to be a part of. My family went through a similar issue to what our clients have been through, so I have witnessed first-hand how these events impact and disrupt the entire family. I believe it is important to have as many people as possible in this litigation who have real experience with these issues, as they fully appreciate what our clients and their families endure.

RDCY is fully committed to this cause, and has the resources, both financial and personnel to support this litigation and a ECDC appointment. Further, Troy Rafferty, a nationally-recognized mass tort trial attorney at RDCY, has been appointed to numerous leadership roles in MDLs throughout the country (including co-lead, PEC, PSC, trial counsel, etc.), and is very familiar with what will be required of myself and the firm to succeed in this role. Most importantly, he is also passionate about and believes in this litigation and cause.

In the past, we have worked cooperatively with many of the firms involved in this litigation and will continue to do so. With an appointment, we will meaningfully contribute to the leadership structure and will work diligently toward the success of this case.

Sincerely,

Madeline Pendley

## <u>Madeline E. Pendley</u>

815 S. Palafox, Pensacola, FL 32054

<u>Madeline@pbglaw.com</u> / 770.990.9238

### <u>Law Firm Affiliations:</u>

- Levin Papantonio: Aug. 2019 to June 2025.
- Rafferty Domnick Cunningham & Yaffa: July 2025 - Present

### <u>MDL Involvement:</u>

- *In Re: 3M Combat Arms Earplug Products Liability Litigation (MDL No. 2885)*
- *In Re: Aqueous Film-Forming Foams Products Liability Litigation (MDL No. 2873)*
- *In Re: Zantac (Ranitidine) Products Liability Litigation (MDL No. 2924)*
- *In Re: Valsartan, Losartan, and Irbesartan Products Liability Litigation (MDL No. 2875)*

### <u>Education:</u>

- University of North Georgia, B.S. 2016
  - President of Pre-Law Society
  - Honors Society
- Stetson University College of Law, J.D. 2019, Cum Laude
  - Law Review, Scholarship Presenter (Selected to present 3L Seminar Paper to the student body – one student selected annually)
  - Winner, Best Advocate, National Trial Competition Regionals
  - Captain and Most Valuable Player of Stetson's #1 Nationally Ranked trial team

### <u>Recognition:</u>

- Top 40 under 40, National Trial Lawyers
- Inweekly Rising Star, 2022
- Walter Mann Award: graduation award - voted on by peers and faculty and awarded to one student who shows the greatest promise as a future leader in the legal profession.

3

Robert Siko of Andrews & Higgins has worked extensively on cases involving sexual abuse caused by a lack of organizational oversight and reporting. He successfully tried a sexual abuse case against a school district in Los Angeles County to verdict. He currently represents victims of sexual abuse in numerous cases against school districts in California, and against the Church of Latter Day Saints, including one case in New York in which a federal human trafficking claim is at issue. Mr. Siko also contributed to the resolution of the Boy Scouts of America bankruptcy which created a sexual abuse survivors trust. These cases have instilled in him a profound respect for survivors disclosures and an awareness of the sensitivity required for any attorney working on these cases. The trauma-informed perspective to advocacy on behalf of survivors is something that Mr. Siko and his entire firm take very seriously.

Mr. Siko is intimately familiar with the central issues of this litigation, serving as proposed class counsel in an action against Roblox alleging that the company misled parents and guardians as to the safety of the platform, including allegations that the company knew it was widely used by sexual predators—that case has been pending in the Southern District of California since August 2023. Recently, the class successfully defeated Roblox's attempt to compel arbitration; that ruling is now on appeal at the Ninth Circuit. Mr. Siko's research into the company and association with Anapol Weiss on that case has helped advanced the fact investigation in this nascent Roblox Sexual Assault MDL.

Outside of sexual abuse cases, Mr. Siko has worked on high-profile and complex litigations. He currently represents the Trustee of the PG&E Fire Victim Trust in its prosecution of causes of action assigned under the PG&E Bankruptcy Plan. Those cases which involve evidence spanning hundreds of depositions and enormous document volumes have resolved in the Trust's favor, creating hundreds of millions in new trust assets to be distributed to fire victims. Mr. Siko continues to work on the complex litigations involving the 2023 Lahaina Fire and the 2025 Eaton Fire. Mr. Siko has specifically focused on expert and liability issues, having prepared and taken depositions that materially advanced the case on the island of Maui. He currently sits on the Plaintiffs' Steering Committee for the Eaton Fire and is involved in the development of the liability case and preparation of experts.

Mr. Siko has spent a significant portion of his career representing victims of opioid addiction in the large-scale bankruptcies of Purdue Pharma, Mallinckrodt Plc, and Endo International plc. In those cases, Mr. Siko collaborated with nearly two dozen other plaintiffs firms to litigate their clients' cases through the victims' trusts created through the bankruptcy proceedings. Management of high-volume dockets and documentary evidence has been critical to the success of those programs.

Mr. Siko has also extensively litigated catastrophic injury product liability cases. Those cases, similar to the allegations of the plaintiffs in this MDL, involved intensive product liability briefing and discovery, as well as allegations of failure to warn of known dangers.

# BRADLEY/GROMBACHER LLP

CLASS ACTIONS, MASS TORTS & CATASTROPHIC INJURIES

Marcus J. Bradley
Kiley L. Grombacher

February 13, 2026

<u>**VIA ECF**</u>

To the Honorable Richard Seeborg
Chief United States District Judge
450 Golden Gate Avenue, Courtroom 3- 17th Floor
San Francisco, California 94102

Re: *In Re Roblox Corporation Child Sexual Exploitation and Assault Litigation*
MDL No. 3166

Kiley Grombacher is the founding partner of Bradley Grombacher, LLP, a California based law firm with offices in Westlake Village and San Franscisco, CA.  Together with six lawyers and well-trained staff, including a former trauma trained FBI sex crimes victim specialist, Ms. Grombacher is a passionate advocate for the survivors of sexual assault and exploitation, particularly children.  She further has spent a considerable part of her practice over the past year litigating against Roblox, Microsoft and other large technology companies on behalf of children and their families, and is intimately familiar with, and has recently briefed, many of the same defenses that are expected to be raised by the Defendants in this MDL.

A member in good standing of the State Bar of California (since 2006) and the State Bar of Tennessee (since 2017), Ms. Grombacher is also admitted to practice before the Second, Third, Seventh and Ninth Court of Appeals and the Court of Federal Claims.  Most recently Ms. Grombacher successfully argued the case of *Bowen v. Energizer Holdings, Inc.,* 118 F.4th 1134 (9th Cir. 2024) to Ninth Circuit Court of Appeal involving Article III standing.

Ms. Grombacher's involvement in various forms of complex litigation spans more than a decade, and through much of that time has focused primarily on the interplay between technology and children.  Ms. Grombacher has been appointed either lead or co-lead counsel in several litigations, including cases in multi-district litigation and in other coordinated proceedings, where she worked collaboratively and cooperatively with co-counsel to bring about an efficient and beneficial resolution for all parties.  In addition, she has served on multiple executive committees and has fiercely litigated data and privacy issues in courts throughout the country.

Recently, her writings on legal topics pertaining to class and representative actions have appeared in professional publications and she has been called upon to speak at conferences and seminars for professional organizations. She has also been honored as a Rising Star and/or Super Lawyer in the area of class actions by Los Angeles Magazine for multiple years including the

**Bradley/Grombacher LLP**
31365 Oak Crest Drive
Suite 240
Westlake Village CA   91361

1700 Montgomery St.
Suite 108
San Francisco, CA 94111

*www.bradleygrombacher.com*
(805) 270-7100

February 13, 2026
Page 2

current year and was selected as a Top 100 Women in Law, Top 100 Plaintiff Lawyer, and Top 100 Commercial Litigator by the Daily Journal. Ms. Grombacher was also honored by the Los Angeles Business Journal as one of its 2025 Leaders of Influence: Litigators & Trial Attorneys.

Ms. Grombacher stands ready to serve this Court and the children and families who have been harmed in whatever capacity the Court sees fit.

**BRADLEY GROMBACHER, LLP**

BY: _____
Kiley L. Grombacher, Esq.