UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS<br><br>[~~PROPOSED~~] ORDER APPOINTING MAX A. BERNSTEIN AS DEFENDANTS' LIAISON COUNSEL<br><br>Judge Richard Seeborg |

The Court finds that it is reasonable and necessary to appoint a Liaison Counsel for Defendants. The Liaison Counsel for Defendants shall be responsible for any necessary coordination with the Courtroom Deputy, including filing a joint attendance sheet with Liaison Counsel for Plaintiffs no later than two (2) business days prior to each case management conference.

The Court orders that Max A. Bernstein is hereby appointed Liaison Counsel for Defendants.

**IT IS SO ORDERED.**

Dated: February 17, 2026

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE