UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>[~~PROPOSED~~] ORDER REGARDING PLAINTIFF LEADERSHIP APPOINTMENTS |

Having considered the submissions of appointed Co-Lead Plaintiffs' counsel, and in addition to this Court's prior appointments (ECF No. 137), the Court appoints the following leadership team to fairly, effectively, and efficiently represent the interests of Plaintiffs in this litigation.

I. Executive Committee

Devin Bolton
WEITZ & LUXENBERG PC
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 247-0921
dbolton@weitzlux.com

David Buchanan
SEEGER WEISS LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
dbuchanan@seegerweiss.com

| | |
|---|---|
| 1 | |
| 2 | Martin Gould<br>GOULD GRIECO & HENSLEY |
| 3 | 101 N. Wacker Dr. #100<br>Chicago, IL 60606 |
| 4 | Telephone: (312) 728-7444<br>martin@gghlaw.com |
| 5 | |
| 6 | Melissa Hague<br>THE JOEL BIEBER FIRM |
| 7 | Two Liberty Place<br>50 S. 16th Street, Suite 1700<br>Philadelphia, PA 19102 |
| 8 | Telephone: (267) 554-2414<br>mhague@joelbieber.com |
| 9 | |
| 10 | Ty Hudson<br>WAGSTAFF & CARTMELL LLP |
| 11 | 4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 |
| 12 | Telephone: (816) 701-1100<br>thudson@wcllp.com |
| 13 | Joe Masterman |
| 14 | COOPER MASTERMAN<br>1717 Pennsylvania Ave, NW |
| 15 | Suite 1025<br>Washington, D.C. 2006 |
| 16 | Telephone: 202-866-0171<br>joe@coopermasterman.com |
| 17 | Kelly McNabb |
| 18 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>250 Hudson Street, 8th Floor |
| 19 | New York, NY 10013-1413<br>Telephone: (212) 355-9500 |
| 20 | kmcnabb@lchb.com |
| 21 | Andre Mura<br>GIBBS MURA |
| 22 | 1111 Broadway, Suite 2100<br>Oakland, CA 94607 |
| 23 | Telephone: (510) 350-9717<br>amm@classlawgroup.com |
| 24 | Matt Schultz |
| 25 | LEVIN PAPANTONIO<br>316 S. Baylen St. |
| 26 | Pensacola, FL 32502<br>Telephone (850) 435-7000 |
| 27 | mschultz@levinlaw.com |
| 28 | |

## II. Executive Committee Development Counsel

Michael A. Baudinet
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907
matt@dolmanlaw.com

Tevenia Jacobs
CIRESI CONLIN LLP
225 South 6th St., #4000
Minneapolis, MN 55402
Telephone: 312-361-8200
TVJ@ciresiconlin.com

Casondra Turner
MILBERG PLLC
405 East 50th Street
New York, NY 10022
Telephone: (771) 772-3086
Facsimile: (516) 741-0128
cturner@milberg.com

Madeline Pendley
RAFFERTY DOMNICK CUNNINGHAM YAFFA
815 S. Palafox Street, 3rd Floor
Pensacola, FL 32502
Telephone: (561) 516-5168
madeline@pbglaw.com

Robert Siko
ANDREWS & HIGGINS
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
rsiko@andrewshiggons.com

## III. Federal/State Liaison Counsel

Kiley Grombacher
BRADLEY/GROMBACHER LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 618-2939
kgrombacher@bradleygrombacher.com

## IV. Leadership Responsibilities

### A. Co-Lead Counsel Responsibilities

Co-Lead Counsel has the following responsibilities:

1. Serve as spokespersons for all Plaintiffs during these coordinated pretrial proceedings in response to any inquiries by the Court or opposing counsel.

2. Establish and staff subcommittees under the leadership of Executive Committee members.

3. Assign work to members of the Executive Committee, Executive Committee Development Counsel, or other counsel as Co-Lead Counsel deems necessary to the most effective and efficient management of this litigation, including designating counsel to schedule depositions, set agendas, and otherwise communicate with defense counsel, various plaintiffs' counsel, and any other relevant parties.

4. Maintain records of the cases pending in the MDL.

5. Make or submit any oral or written motions to the Court on behalf of the Plaintiffs, as well as oppose, when necessary, any motions submitted by the Defendants involving matters within Co-Lead Counsel's sphere of responsibilities (except as to matters specifically directed to individual Plaintiffs and their counsel).

6. Prepare status reports and case management statements.

7. Negotiate and enter into stipulations with the Defendants regarding the litigation.

8. Chair and convene meetings of the Executive Committee for the purpose of proposing joint action and discussing and resolving matters of common concern.

9. Coordinate discovery on behalf of the Plaintiffs, consistent with the requirements of Fed. R. Civ. P. 26.

10. Consult with and retain expert witnesses.

11. Monitor work, time, and expenses under a common benefit order to ensure that schedules are met and unnecessary expenditures of time and funds are avoided.

12. Conduct settlement negotiations.

13. Attend status and case management conferences, including pre-conference meetings with the Court and opposing counsel.

14. Designate Plaintiff's counsel authorized to attend hearings and depositions.

15. Maintain adequate files of all pretrial matters, including establishing and maintaining a document or exhibit repository, and, under reasonable terms and conditions, have those documents available for examination by all Plaintiffs and/or their attorneys, subject to the conditions of any common benefit order.

16. Report case developments to non-leadership counsel and convene meetings regarding the same.

17. Perform any other functions as may be necessary to provide for the effective and efficient coordination of Plaintiffs' pretrial activities or as authorized by further order of the Court.

B.   **Executive Committee Responsibilities**

In general, the Executive Committee shall consult with and operate under the guidance of Co-Lead Counsel. Members of the Executive Committee may also serve as chairs or co-chairs of Plaintiff's subcommittees, at the direction of Co-Lead Counsel.

No common action or work in this litigation will be undertaken by or on behalf of the Plaintiffs' Executive Committee except at the direction or with express permission of Co-Lead Counsel.

C.   **Federal/State Liaison Counsel**

Federal/State Liaison Counsel for the Plaintiffs shall have the following responsibilities at the direction of Co-Lead Counsel:

1. Keep Co-Lead Counsel, Plaintiffs' Executive Committee and the Court informed of significant developments in related state and federal court proceedings.

2. Communicate the positions of Co-Lead Counsel and Plaintiffs' Executive Committee to parallel state court leadership and other counsel.

3. Facilitate coordination with the state court proceedings to the extent reasonably appropriate and necessary to promote efficiency and to minimize duplication and expense, as directed by Co-Lead Counsel.

4. Engage outside experts and/or consultants as reasonably necessary to support the Executive Committee and all MDL Plaintiffs' counsel in advancing the litigation with appropriate

- 5 -
[PROPOSED] ORDER REGARDING PLAINTIFF LEADERSHIP APPOINTMENTS

trauma-informed practices and compliance with all CSAM requirements and other laws concerning proper handling of sensitive information relevant to Plaintiffs' claims.

      5.    Coordinate among plaintiffs' counsel in these proceedings to ensure that all attorneys and their client-facing staff possess the knowledge and training necessary to represent child plaintiffs and their families effectively and in a manner that avoids further traumatization and revictimization.

      6.    Communicate with federal and state law enforcement agencies, as well as other government entities, regarding coordinating related criminal and/or legislative matters in an efficient manner and without prejudice to any such matter

      7.    Attend status and case management conferences, and participate in the litigation as a member of the Executive Committee.

**D.  Executive Committee Development Counsel**

The Court recognizes that counsel who may be relative newcomers to MDL leadership nonetheless possess unique skills, client relationships, and diverse perspectives and can provide valuable input and support to the Co-Lead Counsel and the Executive Committee of this MDL. The Court further notes that the Plaintiffs' leadership positions are not static and may change over time. Appointing a select number of highly qualified attorneys to serve as Executive Committee Development Counsel, and without the necessity of assessments, will position these attorneys to effectively advance the common benefit, further the interests of this MDL, and advance leadership ranks in MDLs generally.

Executive Committee Development Counsel shall consult with and operate under the guidance of Co-Lead Counsel. Executive Committee Development Counsel may also serve as chairs or co-chairs of Plaintiff's subcommittees, at the direction of Co-Lead Counsel.

No common action or work in this litigation will be undertaken by or on behalf of the Executive Development Counsel except at the direction or with express permission of Co-Lead Counsel.

**E.  General Information**

      **1.    Leadership Structure**

The organizational structure for Plaintiffs' leadership established in this Order may not be modified or expanded, except with prior written approval of the Court. However, the Court recognizes that Co-Lead counsel may need to draw upon the expertise of additional lawyers not appointed by the Court and are hereby authorized to do so. If changes to leadership structure become necessary as the litigation progresses, Plaintiffs' leadership must notify the Court and request a modification of the structure.

### 2.     Personal Nature of Appointments

All appointments are of a personal nature. Accordingly, each appointee must assume personal responsibility for the performance of his or her duties, and no other attorneys, including members of an appointee's law firm, may substitute for the appointee in the fulfillment of his or her exclusive duties, except with prior approval of the Court. The Court may add or replace appointees on their request, on request of Co-Lead Counsel, or on its own motion, if and as circumstances warrant.

### 3.     Plaintiffs' Leadership Term of Appointments

All appointments are made for a one-year period and will expire on January 30, 2027. Counsel may apply for reappointment when their term expires. A reappointment application process will be established at an appropriate time in advance of the expiration date. Applications for reappointment must detail the nature and scope of the attorney's work on this litigation, including the time and resources that he or she expended during the previous term.

**IT IS SO ORDERED.**

Dated: February 17, 2026

_____
RICHARD SEEBORG
Chief United States District Judge