UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION
CHILD SEXUAL EXPLOITATION
AND ASSAULT LITIGATION

This document relates to:
All actions per attached Ex. A

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert C. Hilliard, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is waived per PTO #1 [Dkt. No. 2], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: waived per PTO #1.

719 S. Shoreline Boulevard
Corpus Christi, TX 78401
MY ADDRESS OF RECORD

(361) 882-1612
MY TELEPHONE # OF RECORD

bobh@hilliard-law.com
MY EMAIL ADDRESS OF RECORD

Waived per PTO #1 in 3:25-md-03166-RS
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

Waived per PTO #1 in 3:25-md-03166-RS
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Waived per PTO #1 in 3:25-md-03166-RS
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 09677700.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court nine (9) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2026

Robert C. Hilliard
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert C. Hilliard is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

IN RE: ROBLOX CORPORATION CHILD SEXUAL
EXPLOITATION AND ASSAULT LITIGATION

MDL No. 3166

## EXHIBIT A

*Doe T.P. et al. v. Roblox Corporation et al.,* No. 3:25-cv-08565-RS (N.D. Cal.)

*Doe M.B. et al. v. Roblox Corporation et al.,* No. 3:25-cv-09745-RS (N.D. Cal.)

*Doe L.D. et al. v. Roblox Corporation et al.,* No. 3:25-cv-09990-RS (N.D. Cal.)

*Doe J.N. et al. v. Roblox Corporation,* No. 3:25-cv-10020-RS (N.D. Cal.)

*Doe A.J. et al. v. Roblox Corporation et al.,* No. 3:25-cv-10028-RS (N.D. Cal.)

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 16, 2026

Re: Robert C. Hilliard, State Bar Number 09677700

To Whom It May Concern:

This is to certify that Robert C. Hilliard was licensed to practice law in Texas on November 04, 1983, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

