UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.D., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROBLOX CORPORATION, et al.,<br><br>  Defendants. | Case No.  26-cv-00272-SK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Richard Seeborg to consider whether *R.D. et al v. Roblox Corporation et al.*, No. 26-cv-00272-SK is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. 25-md-03166-RS.

**IT IS SO ORDERED**.

Dated: February 17, 2026

_____
SALLIE KIM
United States Magistrate Judge