UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION
CHILD SEXUAL EXPLOITATION
AND ASSAULT LITIGATION

This document relates to:
All actions per attached Ex. A

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Benjamin R. O'Connor__, an active member in good standing of the bar of __Illinois__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __waived per PTO #1 [Dkt. No. 2]__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __waived per PTO #1__.

| | |
|---|---|
| 719 S. Shoreline Boulevard<br>Corpus Christi, TX 78401<br>MY ADDRESS OF RECORD | Waived per PTO #1 in 3:25-md-03166-RS<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 858-6555<br>MY TELEPHONE # OF RECORD | Waived per PTO #1 in 3:25-md-03166-RS<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| boconnor@hilliard-law.com<br>MY EMAIL ADDRESS OF RECORD | Waived per PTO #1 in 3:25-md-03166-RS<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __632224__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __two (2)__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2026

Benjamin R. O'Connor
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin R. O'Connor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 19, 2026



UNITED STATES MAGISTRATE JUDGE

The Certificate of Good Standing is expired. Mr. O'Connor states he is admitted to practice in Illinois however, his physical address is listed as Corpus Christi, TX.

IN RE: ROBLOX CORPORATION CHILD SEXUAL
EXPLOITATION AND ASSAULT LITIGATION

MDL No. 3166

# EXHIBIT A

*Doe T.P. et al. v. Roblox Corporation et al.,* No. 3:25-cv-08565-RS (N.D. Cal.)

*Doe M.B. et al. v. Roblox Corporation et al.,* No. 3:25-cv-09745-RS (N.D. Cal.)

*Doe L.D. et al. v. Roblox Corporation et al.,* No. 3:25-cv-09990-RS (N.D. Cal.)

*Doe J.N. et al. v. Roblox Corporation,* No. 3:25-cv-10020-RS (N.D. Cal.)

*Doe A.J. et al. v. Roblox Corporation et al.,* No. 3:25-cv-10028-RS (N.D. Cal.)

# Certificate of Admission
## To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Benjamin Ryan O'Connor

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2015 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of December, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois