# Appendix A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | Judge Richard Seeborg |
| ALL ACTIONS | |

Pursuant to CMO #1, Roblox and Discord hereby respectfully submit the information exchange proposals they shared with Plaintiffs on February 20, 2026.

**Roblox**:

1. Plaintiffs would diligently search for and provide to Roblox: (i) the Roblox usernames for all accounts used by Plaintiffs; (ii) all phone numbers used by Plaintiffs and/or their parents or guardians; (iii) all email addresses used by Plaintiffs and/or their parents or guardians; and (iv) all available identifying information, including but not limited to Roblox usernames, email addresses, and phone numbers, for the alleged perpetrators involved in each Plaintiff's case.

2. Roblox would search for and make reasonable efforts to identify all Plaintiff Roblox accounts that are directly connected to the specific Roblox usernames, phone numbers, and email addresses provided by Plaintiffs.

3. Roblox would not search for any additional accounts beyond those directly connected to the Plaintiff-provided information described above.

4. Roblox will notify Plaintiffs of those identified Plaintiff accounts and Plaintiffs must confirm under oath which account(s), if any, belong to them. If a Plaintiff cannot recall if an account belongs to them, Roblox will provide to that Plaintiff basic subscriber information for such account(s), consistent with 18 U.S.C. § 2703(c)(2), to aid in the identification process.

5. Once Plaintiffs have identified the Roblox account(s) that belong to them, the Plaintiff would provide consent under the Stored Communications Act for Roblox to disclose user account information. Roblox would then produce for those accounts the data generated through its "Right to Access" function.

6. Roblox's "Right to Access" function provides data about the account's activity, including, where applicable: username, display name, account creation date, email addresses, phone numbers, console accounts, social links, date of birth, IP addresses, MAC addresses, login history, device history, account language, account location, billing name, billing address, payment history, developer subscription history, purchase history, commerce history, devex history, gameplay history, text chat messages created by the account, group wall posts made by the account, file uploads, abuse reports, customer support tickets, and data related to age verification.

**Discord**:

Plaintiffs agree to search for and provide to Discord (1) account-identifying information (namely, a Discord ID, email address, or phone number) for all Discord accounts used by plaintiffs; (2) all email addresses and phone numbers used by plaintiffs' parents and/or guardians; and (3) account-identifying information (namely, a Discord ID, email address, or phone number) for the Discord accounts of the alleged predators in each plaintiff's case.

Upon receipt of sufficient account-identifying information (namely, a Discord ID, email address, or phone number) for the Discord accounts used by each plaintiff, Discord would search for and produce archived copies of each plaintiff's account data, if any, associated with the provided identifiers. Discord's obligation is limited to data that (i) is directly linked to the specific identifiers provided for each plaintiff's accounts, and (ii) remains in Discord's systems at the time of the search (e.g., it has not previously been deleted by the plaintiffs, or by Discord, pursuant to its standard data retention practices, or as required by law). Discord would search and make such a production after receiving an attestation by the plaintiff under penalty of perjury that (i) the account belongs to the plaintiff, (ii) the account is relevant to the plaintiff's claims, and (iii) Discord has consent under the Stored Communications Act, and any other law, to disclose the account information. Depending

on user activity, an archived copy of an account may include account information and session logs, account activity logs, account profile metadata and settings, user contacts, and text chat history.

332206352