[*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS<br><br>**NOTICE OF FILING COMPETING PROPOSALS REGARDING SCHEDULE OF INITIAL MOTIONS** |

In connection with their ongoing meet and confer efforts pursuant to the Court's Order (ECF 137 at 2-3), the Parties have conferred and have not reached agreement regarding scheduling of initial motions. Parties attach their respective competing scheduling proposals as Exhibits A (Plaintiffs) and B (Defendants) and are prepared to discuss their proposals at the February 27, 2026 Case Management Conference.

Dated: February 26, 2026                Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac vice*)
Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400

- 1 -
NOTICE OF FILING COMPETING PROPOSALS REGARDING SCHEDULE OF INITIAL MOTIONS
Case No. 3:25-md-03166-RS

San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com
ivelez@girardsharp.com

By: /s/ Alexandra M. Walsh
Alexandra M. Walsh (*pro hac vice forthcoming*)
D. Patrick Huyett (*pro hac vice forthcoming*)
Paige Boldt (SBN 308772)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com

By: /s/ Bryan F. Aylstock
Bryan F. Aylstock (*pro hac vice*)
Hillary Nappi (*pro hac vice*)
Jennifer Hoekstra (*pro hac vice forthcoming*)
**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com

*Co-Lead Counsel for Plaintiffs*


By: /s/ Tiana Demas
Tiana Demas (*pro hac vice*)
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, Illinois 60606
Telephone: (312) 881-6500
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

- 2 -
NOTICE OF FILING COMPETING PROPOSALS REGARDING SCHEDULE OF INITIAL MOTIONS
Case No. 3:25-md-03166-RS

By: */s/ Ambika Kumar*
Ambika Kumar (*pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

*Counsel for Defendant Discord Inc.*

By: */s/ Leah Godesky*
Leah Godesky
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
lgodesky@omm.com

*Counsel for Defendant Snap Inc.*


By: */s/ Isaac D. Chaput*
Isaac D. Chaput
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
ichaput@cov.com

*Counsel for Defendant Meta Platforms, Inc.*