EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING SCHEDULE OF INITIAL MOTIONS** |

On January 30, 2026, the Court ordered Parties to meet and confer before the February 27, 2026 Case Management Conference and discuss, among other matters, a briefing schedule with respect to initial motions. ECF 137.

The Court ORDERS that the following briefing schedule is established with respect to initial Rule 12(b)(6) motions regarding cross-cutting issues and motions to compel arbitration:[1]

1. By March 6, 2026, the Parties shall meet and confer regarding the scope of cross-cutting issues to be addressed in Defendants' initial Rule 12(b)(6) motions and motions to compel arbitration, as well as bellwether selection criteria and categories

---

[1] These dates are based on entry of a Pretrial Order regarding User Account Information on or before March 6, 2026.

- 1 -

of factual and/or state law distinctions to consider in selecting bellwether cases to efficiently capture a variety of potential rulings. The Parties shall also submit a Joint Status Report to the Court.

2. By March 13, 2026, Plaintiffs shall submit to Defendants User Account Information for all cases pending in the MDL as of February 27, 2026.

3. By March 27, 2026, Defendants shall submit to Plaintiffs User Account Information for all cases pending in the MDL as of February 27, 2026.

4. On April 3, 2026, Parties shall jointly propose up to 10 bellwether complaints for motions to compel arbitration and up to 10 bellwether complaints for Rule 12(b)(6) motions, or submit competing proposals.[3]

5. By May 8, 2026, Plaintiffs shall amend bellwether complaints.

6. By June 9, 2026, Defendants Roblox and Discord shall file bellwether motions to compel arbitration.[4]

7. By June 23, 2026, Defendants shall file bellwether Rule 12(b)(6) motions.

8. On October 15, 2026, the Court shall hear argument on the bellwether motions to compel and Rule 12(b)(6) motions.

The chart below outlines the above-referenced schedule.

| EVENT | DATE |
| --- | --- |
| Deadline for Parties to meet and confer regarding bellwether selection criteria for motions to compel and Rule 12(b)(6) motions and provide the Court with a Joint Status Report | March 6, 2026 |
| Deadline for Plaintiffs to submit User Account Information for all cases pending in the MDL as of 2/27/2026 | March 13, 2026 |

---

[2] Defendants' proposal to file Rule 12(b)(6) motions against all complaints in this MDL is impractical and unwieldy. Plaintiffs' proposal to focus on bellwether complaints for initial 12(b)(6) motions facilitates the most efficient resolution of common legal issues.
[3] The number of bellwether complaints proposed is subject to the Parties' meet and confers, which may determine that an adjustment in number of bellwether complaints is necessary.
[4] After Defendants file their motions, Parties shall meet and confer and submit either one joint or two competing proposed orders for the remaining scheduling of any arbitration discovery, opposition briefs, and reply briefs, including the form and page limits of remaining briefing.

| EVENT | DATE |
|---|---|
| Deadline for Defendants to submit User Account Information for all cases pending in the MDL as of 2/27/2026 | March 27, 2026 |
| Deadline for Parties to jointly propose up to 10 Bellwether Complaints for Motions to Compel and up to 10 Bellwether Complaints for Rule 12(b)(6) Motions, or submit competing proposals | April 3, 2026 |
| Deadline for Plaintiffs to amend bellwether complaints | May 8, 2026 |
| Deadline for Roblox and Discord to file bellwether motions to compel arbitration | June 9, 2026 |
| Deadline for Defendants to file bellwether 12(b)(6) motions | June 23, 2026 |
| Hearing on bellwether Rule 12(b)(6) motions and motions to compel arbitration | October 15, 2026 |

Plaintiffs reserve all rights to amend their complaints as permitted by the Federal Rules of Civil Procedure at a later time.

**IT IS SO ORDERED.**

Dated:_____

_____
RICHARD SEEBORG
Chief United States District Judge