EXHIBIT B

COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **DEFENDANTS' [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| ALL ACTIONS | Judge Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
3:25-MD-03166-RS

The Court ORDERS that the following briefing schedule will govern motions to compel and cross-cutting motions to dismiss.[1]

| EVENT | DATE |
| --- | --- |
| Plaintiffs provide account identifiers for all current cases as of February 27, 2026 | March 3, 2026 |
| Roblox and Discord propose 3 Bellwether Motions to Compel (MTC), total | March 17, 2026 |
| Plaintiffs propose 3 Bellwether MTCs, total | March 17, 2026 |
| Roblox and Discord file 6 Bellwether MTCs | May 18, 2026 |
| Deadline for Plaintiffs to move for discovery in response to any of the 6 Bellwether MTCs | June 9, 2026[2] |
| Defendants file Cross-Cutting Motions to Dismiss (MTD)[3] | June 23, 2026 |
| Plaintiffs file oppositions to 6 Bellwether MTCs | July 21, 2026 |
| Roblox and Discord file reply briefs in support of Bellwether MTCs | September 1, 2026[4] |
| Plaintiffs file oppositions to Cross-Cutting MTDs | September 1, 2026 |
| Defendants file reply briefs in support of Cross-Cutting MTDs | September 30, 2026 |
| Hearing on Bellwether MTCs | October 15, 2026 |
| Hearing on Cross-Cutting MTDs | October 15, 2026 |

---

[1] This schedule assumes Plaintiffs are relying on the as-filed complaints. Defendants offered to preview their motion-to-dismiss arguments for Plaintiffs, with Plaintiffs then having two weeks to amend their complaints in response. However, Plaintiffs said they are not willing to make amendments across the entire docket before Defendants move to dismiss.

[2] If Plaintiffs move for and obtain discovery for any motion to compel, the Parties will submit a new proposed schedule for any affected case.

[3] Defendants anticipate filing cross-cutting motions to dismiss all of the complaints pending against them as of a date certain. Defendants will coordinate with one another to avoid unnecessary duplication and streamline that presentation, including filing joint briefs where possible. As these plans develop, Defendants will meet and confer with Plaintiffs on related issues, including the number of briefs and page limits.

[4] *See supra* n.2.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
3:25-MD-03166-RS

1    **IT IS SO ORDERED.**

3    Dated: _____, 2026

                                                 _____
                                                       RICHARD SEEBORG
                                               UNITED STATES DISTRICT JUDGE