UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 27, 2026 | **Time:** 9:32-10:30 (58 M) | **Chief Judge:** RICHARD SEEBORG |
|---|---|---|
| **Case No.:** 25-md-03166-RS | **Case Name:** In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation | |

**Attorneys for Plaintiffs:** Bryan Aylstock/Hillary Nappi/Sarah London/Isabel Velez/Alexandra Walsh/Paige Boldt/Kiley Grombacher

**Attorneys for Defendants:** Tiana Demas/ Michael Attanasio/Max A. Bernstein for Roblox; Ambika Kumar/Adam Sieff/Sam Cate-Gumpert for Discord; Isaac Chaput/Ashley Simonsen for Meta Platforms; Leah Godesky for Snap, Inc.

**Deputy Clerk:** Karen Hom             **Court Reporter:** Marla Knox (via Zoom)

## PROCEEDINGS

Further Case Management Conference - Held.

This case will be referred to Magistrate Judge Ajay S. Krishan for all discovery purposes.
Joint case management conference statement due 4/15/2026.
Further case management conference set for **4/22/2026 at 9:30 AM** (in-person), Courtroom 3, 17th Floor, San Francisco, CA.