UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No. 25-md-03166-RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE AJAY S. KRISHNAN FOR DISCOVERY** |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to Magistrate Judge Ajay S. Krishnan with any motions to be heard and considered at the convenience of his calendar. Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Krishnan.

**IT IS SO ORDERED.**

Dated: February 27, 2026

_____
RICHARD SEEBORG
Chief United States District Judge