UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br>All actions per attached Ex. A | Case No. 3:25-md-03166-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, ___Mike Grieco___, an active member in good standing of the bar of ___Illinois___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ___Plaintiffs___ in the above-entitled action. My local co-counsel in this case is ___waived per PTO #1 [Dkt. No. 2]___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: ___waived per PTO #1___.

101 North Wacker Drive, Suite 100
Chicago, Illinois 60606
MY ADDRESS OF RECORD

Waived per PTO #1 in 3:25-md-03166-RS
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

312-728-7444
MY TELEPHONE # OF RECORD

Waived per PTO #1 in 3:25-md-03166-RS
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mike@gghlaw.com
MY EMAIL ADDRESS OF RECORD

Waived per PTO #1 in 3:25-md-03166-RS
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___6328501___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___Zero (0)___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2026

Mike Grieco
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of    Mike Grieco    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 4, 2026

UNITED STATES MAGISTRATE JUDGE

Judge Richard Seeborg

IN RE: ROBLOX CORPORATION CHILD SEXUAL
EXPLOITATION AND ASSAULT LITIGATION

MDL No. 3166

# EXHIBIT A

*T.T. v. Roblox Corporation,* No. 3:25-cv-10812-RS (N.D. Cal.)

*Doe v. Roblox Corporation,* No. 3:25-cv-10972-RS (N.D. Cal.)

*AE et al v. Roblox Corporation,* No. 3:25-cv-10810-RS (N.D. Cal.)

*Doe v. Roblox Corporation, et al.,* No. 3:25-cv-10811-RS (N.D. Cal.)

*J.S. v. Roblox Corporation,* No. 3:25-cv-10975-RS (N.D. Cal.)

*M.S. v. Roblox Corporation, et al.,* No. 3:25-cv-07925-RS  (N.D. Cal.)

*Doe v. Roblox Corporation,* No. 3:26-cv-00294-RS

*R.D. et al v. Roblox Corporation et al.,* No. 3:26-cv-00272-RS

*E. et al v. Roblox Corporation et al.,* No.  4:26-cv-00292-KAW

*I.B. et al v. Roblox Corporation et al.,* No. 3:26-cv-00506-LB

*N.N. et al v. Roblox Corporation,* No. 4:26-cv-00360-KAW

*J.S. et al v. Roblox Corporation et al.,* No. 4:26-cv-00438-KAW

*J.S. et al v. Roblox Corporation et al.,* No. 3:26-cv-00903-RS

*GGH-GAL-0001 et al v. Roblox Corporation et al.,* No. 3:26-cv-01397-RS

*GGH-0002 v. Roblox Corporation,* No.  3:26-cv-01398-RS

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Raymond Grieco

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/10/2018 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of December, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois