# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. LITTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br><br>    Defendants. | Case No. 25-cv-03088-AMO<br><br>**ORDER RE PILOT CASES**<br>Re: Dkt. Nos. 119, 120<br><br>(Order Relates to All Cases) |
| GUILLERMO GALARZA,<br><br>    Plaintiff,<br><br>    v.<br><br>EPIC GAMES, INC., et al.,<br>Defendants. | Case No. 25-cv-06245-AMO |
| SUMEKA CHANDLER,<br><br>    Plaintiff,<br><br>    v.<br><br>EPIC GAMES, INC., et al.,<br>Defendants. | Case No. 25-cv-06877-AMO |
| MONIKA BROWN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION,<br>Defendant. | Case No. 25-cv-07660-AMO |

| | |
|---|---|
| AMANDA JESSE, et al., <br><br>       Plaintiffs, <br><br>    v. <br><br>ROBLOX CORPORATION, et al., <br>Defendants. | Case No. 25-cv-07964-AMO |
| STACEY HART, <br><br>       Plaintiff, <br><br>    v. <br><br>ROBLOX CORPORATION, et al., <br>Defendants. | Case No. 25-cv-08485-AMO |
| TALAN BACALSO, <br><br>       Plaintiff, <br><br>    v. <br><br>EPIC GAMES, INC., et al., <br>Defendants. | Case No. 25-cv-08722-AMO |
| NAKISHIA SULLIVAN, <br><br>       Plaintiff, <br><br>    v. <br><br>ROBLOX CORPORATION, et al., <br>Defendants. | Case No. 25-cv-08730-AMO |
| RICKELL MATHEWS, <br><br>       Plaintiff, <br><br>    v. <br><br>ROBLOX CORPORATION, <br>Defendant. | Case No. 25-cv-08833-AMO |

| | |
|---|---|
| CANDACE OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-08984-AMO |
| S. F.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-09023-AMO |
| SARAH WOOLSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-09557-AMO |
| TAMMIE DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-09655-AMO |
| SHAWNA GOBLE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-09656-AMO |

3

| | |
|---|---|
| BRYAN COX, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-10272-AMO |
| LAUREN PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-10233-AMO |
| TRACY JULE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-10291-AMO |
| JOHNNA HENDRICKS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-10275-AMO |
| AMBER VANNORSTRAND,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-10290-AMO |

4

|   |   |
|---|---|
| CHARLES JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-10314-AMO |
| LAUREN PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-10289-AMO |
| TYONA DODSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 25-cv-10273-AMO |
| DESHECA JACKSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EPIC GAMES, INC., et al.,<br>Defendants. | Case No. 25-cv-11056-AMO |

On January 29, 2026, the Court held a case management conference in all the above-captioned cases. The Court instructed the parties to submit filings identifying proposed pilot cases. Dkt. No. 114. Having reviewed the parties' submissions, Dkt. Nos. 119, 120, the Court selects the following cases to proceed as pilot cases:

- *Litton v. Roblox*, Case No. 25-cv-3088
- *Galarza v. Epic Games*, Case No. 25-cv-6245
- *Hendricks v. Roblox*, Case No. 25-cv-10275

5

For the pilot cases, the Court is inclined to administratively terminate all pending motions and require the parties to meet and confer and propose briefing schedules in each case. The parties in each pilot case SHALL submit joint statements no later than March 9, 2026, showing cause why the Court should not administratively terminate all pending motions. The statements shall not exceed three pages. Failure to submit a statement constitutes consent to the administrative termination of all pending motions. The Court will thereafter solicit proposed briefing schedules, as needed.

For the non-pilot cases, all pending motions are ADMINISTRATIVELY TERMINATED, subject to resubmission at a date to be determined by the Court, after initial motion practice in the pilot cases. The parties in non-pilot cases may not file any substantive motions on the docket without leave of Court.

Further, the Court will allow all the parties to conduct targeted discovery related to their motions to compel arbitration and motions to dismiss for lack of personal jurisdiction. The parties shall work with Judge Kang to determine the permissible scope of such discovery.

**IT IS SO ORDERED.**

Dated: February 27, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**