UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>All actions per attached Ex. A, | Case No. 3:25-md-03166-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |

I, Michael Baudinet an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Plaintiffs in the above-entitled action. My local co-counsel in this case is waived per PTO 1 [Dkt No. 2], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A.

| | |
|---|---|
| 800 N. Belcher Rd Clearwater FL 33765 | Waived Per PTO 1[Dkt. No. 2] |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (727) 451-6900 | Not Applicable |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| michael.baudinet@dolmanlaw.com | Not Applicable |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 83633.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/5/2026

Michael Baudinet
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael Baudinet is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 9, 2026



UNITED STATES MAGISTRATE JUDGE

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MICHAEL ANDREW BAUDINET** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MICHAEL ANDREW BAUDINET** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 2012**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued February 27, 2026

DaVida M. Davis
**Director of Regulatory Compliance**

IN RE: ROBLOX CORPORATION CHILD SEXUAL
 EXPLOITATION A ND ASSAULT LITIGATION                    MDL No. 3166

### **EXHIBIT A**

*Jane Doe G.C. et al v. Roblox Corp.,* 4-25-cv-01402 (E.D. Mo)

*Jane Doe R.M et al v. Roblox Corp et al.,* 3:25-cv-06087 (N.D. Cal)

*Jane Doe S.G. et al v. Roblox Corp et al.,* 3:25-cv-06812 (N.D. Cal)

*Jane Doe D.P et al v. Roblox Corp.,* 3:25-cv-06886 (N.D. Cal)

*Jane Doe IV et al v. Roblox Corp.,* 3:25-cv-07192 (N.D. Cal)

*Jane Doe B.E. et al v. Roblox Corp.,* 3:25-cv-07393 (N.D. Cal)

*Jane Doe MJ et al v. Roblox Corp et al.,* 3:25-cv-07486 (N.D. Cal)

*Jane Doe A.L. et al v. Roblox Corp.,* 4:25-cv-07676 (N.D. Cal)

Jane Doe D.M. et al v. Roblox Corp. et al, 4:25-cv-07859 (N.D. Cal)

*Jane Doe, et al v. Roblox Corp. et al.,* 1:25-cv-04953 (N.D. GA)

*Jane Doe, et al v. Roblox Corp.,* 1:25-cv-00172 (S.D. TX)

*Doe R.S. Roblox Corporation,* 4:2025 cv00740 (JPML)

*Roe RS v. Roblox Corporation,* 4:2025cv00740 (W.D. Mo.)

*HC. et al v. Roblox Corporation et al.,* 4:2025cv 08076 (JPML)

*LY et al v. Roblox Corporation,* 3:2025cv08595 (N.D. Cal)

*Doe S.W et al v. Roblox Corporation,* 3:2025cv08635 (N.D. Cal)

*Jane Doe A.S. v. Roblox Corporation,* 4:2025 cv 08756 (N.D. Cal)

*D.A. et al v. Roblox Corporation,* 4:2025cv08866 (N.D. Cal)

*Doe T.W et al. v. Roblox Corporation,* 3:2025cv09027 (N.D. Cal)

*Jane Doe S.C et al v. Roblox Corporation et al,* 1:2025 cv 16832 (JPML)

*Doe MS. individually and as surviving parent et al. v. Roblox Corporation,* 5:2025 cv 00165 (JPML)

*Doe B.L et al v. Roblox Corporation,* 3:2025 cv 09251 (JPML) *Doe*

*JR. et al v. Roblox Corporation,* 3:2025 cv 09563(JPML) *Doe C.R.*

*et al v. Roblox Corporation,* 3:2025 cv 09565 (JPML)

*Doe et al v. Roblox Corporation,* 2:2025 cv 02222 (Nevada Dist Ct.)

*Doe A.C. et a. v. Roblox Corporation,* 3:2025cv09730 (N.D. Cal)

*Doe S.E. et al v. Roblox Corporation,* 3:2025 cv 09807 (JPML)

*Doe K.J et al v. Roblox Corporation,* 3:2025 cv 09946 (JPML)

*Doe JR. et al v. Roblox Corporation,* 4:2025 cv 09945 (JPML)

*Doe S.H et al v. Roblox Corporation,* 3:2025 cv 09991(JPML)

*Doe S.K. et al v. Roblox Corporation,* 4:2025 cv 10155 (JPML)

*Doe MT. et al v. Roblox Corporation,* 3:2025 cv 10307 (JPML)

*Doe J W v. Roblox Corporation et al,* 6:2025cv02380 (M.D. Fla)

*Doe PB. et al v. Roblox Corporation,* 4:2025cv10596 (N.D. Cal)

*Doe L.S., et al. v. Roblox Corp., et al.* 3:25-cv-10607 (N.D. Cal)

*Doe MC, et al. v. Roblox Corp.,* 3:25-cv-10748 (N.D. Cal)

*J.J., et al. v. Roblox Corporation* / 3:26-cv-00146 (N.D. Cal)

*J.C., et al. v. Roblox Corporation and Snap, Inc.* / 3:26-cv-00232N.D. Cal)

*J.B., et al. v. Roblox Corporation and Discord, Inc.* / 3:26-cv-00230 (N.D. Cal)

*J.F., et al. v. Roblox Corporation, Discord, Inc., and Snap, Inc.* / 4:26-cv-00299 (N.D. Cal)

*J.H., et al. v. Roblox Corporation, Discord, Inc., and Snap, Inc.* / 3:26-cv-00403 (N.D. Cal)

*A.T., et al. v. Roblox Corporation* / 3:26-cv-00404 (N.D. Cal)

*J.H., et al. v. Roblox Corporation and Discord, Inc.* / 3:26-cv-00577 (N.D. Cal)

*B.H., et al. v. Roblox Corporation and Discord, Inc.* / 3:26-cv-00644 (N.D. Cal)

*S.S., et al. v. Roblox Corporation and Snap, Inc.* / 3:26-cv-00678 (N.D. Cal)

*H.M., et al. v. Roblox Corporation and Snap, Inc.* / 3:26-cv-00873 (N.D. Cal)

*K.L., et al. v. Roblox Corporation* / 3:26-cv-00904 (N.D. Cal)

*J.M., et al. v. Roblox Corporation and Discord, Inc.* / 3:26-cv-00902 (N.D. Cal)

*E.O., et al. v. Roblox Corporation* / 3:26-cv-01088 (N.D. Cal)

*A.P., et al. v. Roblox Corporation and Discord, Inc.* / 3:26-cv-01167 (N.D. Cal)

*A.K., et al. v. Roblox Corporation /* 3:26-cv-01249 (N.D. Cal)

*V.T., et al. v. Roblox Corporation* / 3:26-cv-01282 (N.D. Cal)