# EXHIBIT A

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseudonym |
|---|---|---|---|---|
| 1 | Jane Doe, et al v. Roblox Corporation et al | 3:25-cv-10977-RS | Mary Doe | Jane Doe |
| 2 | John Doe et al v. Roblox Corporation et al | 3:25-cv-05753-RS | John Doe | Jane Doe |
| 3 | Mary Doe et al v. Roblox Corporation et al | 3:25-cv-07909-RS | Mary Doe | Jane Doe |
| 4 | Mary Doe et al v. Roblox Corporation et al | 3:25-cv-08350-RS | Mary Doe | Jane Doe |
| 5 | Mary Doe et al v. Roblox Corporation | 3:25-cv-08399-RS | Mary Doe | Jane Doe |
| 6 | John Doe et al v. Roblox Corporation | 3:25-cv-09624-RS | John Doe | Jane Doe |
| 7 | Mary Doe et al v. Roblox Corporation et al | 3:25-cv-10816-RS | Mary Doe | Jane Doe |
| 8 | Mary Doe et al v. Roblox Corporation | 3:25-cv-11105-RS | Mary Doe | John Doe |
| 9 | Mary Doe et al v. Roblox Corporation | 3:26-cv-00296-RS | Mary Doe | John Doe |
| 10 | Mary Doe et al v. Roblox Corporation | 3:26-cv-00830-RS | Mary Doe | John Doe |
| 11 | Joseph Doe et al v. Roblox Corporation et al | 3:25-cv-07899-RS | Joseph Doe | John Doe |
| 12 | Mary Doe et al v. Roblox Corporation et al | 3:25-cv-07686-RS | Mary Doe | Jane Doe |
| 13 | Mary Doe, et al v. Roblox Corporation et al. | 3:26-cv-00297-RS | Mary Doe | Jane Doe |
| 14 | Mary Doe et al v. Roblox Corporation et al | 3:25-cv-07291-RS | Mary Doe | Jane Doe |
| 15 | Doe et al v. Roblox Corporation | 3:26-cv-00889-RS | Jane L.B. Doe | John L.B. Doe |
| 16 | Doe v. Roblox Corporation et al | 3:26-cv-00810-RS | Mary Doe | Jane Doe |
| 17 | Jane Doe R.M. et al v. Roblox Corporation et al | 3:25-cv-06087-RS | Jane Doe Z.O. | Jane Doe R.M. |
| 18 | Doe S.G. et al v. Roblox Corporation et al. | 3:25-cv-06812-RS | Jane Doe S.G | Jane Doe A.G. |
| 19 | Doe M.P et al v. Roblox Corporation | 3:25-cv-06886-RS | Jane Doe D.P | Jane Doe M.P. |
| 20 | Doe I.V. et al v. Roblox Corporation | 3:25-cv-07192-RS | Jane Doe I.V. | Jane Doe G.K. |
| 21 | Doe Z.P. et al v. Roblox Corporation | 3:25-cv-07393-RS | Jane Doe B.E. | Jane Doe Z.P. |
| 22 | Doe M.J. et al v. Roblox Corporation et al | 3:25-cv-07486-RS | Jane Doe M.J. | Jane Doe T.J. |
| 23 | Doe A.L. et al v. Roblox Corporation | 3:25-cv-07676-RS | Jane Doe A.L. | Jane Doe N.L. |
| 24 | Doe D.M. et al v. Roblox Corporation et al | 3:25-cv-07859-RS | Jane Doe D.M. | Jane Doe L.M. |
| 25 | H.C et al v. Roblox Corporation et al | 3:25-cv-08076-RS | Jane Doe H.C. | Jane Doe H.A.C. |
| 26 | L.Y et al v. Roblox Corporation | 3:25-cv-08595-RS | Jane Doe L.Y | Jane Doe L.W |
| 27 | Doe S.W. et al v. Roblox Corporation et al | 3:25-cv-08635-RS | Jane Doe S.W. | Jane Doe M.K. |
| 28 | D.A et al v. Roblox Corporation et al | 3:25-cv-08866-RS | Jane Doe D.A | John Doe J.R |
| 29 | Doe T.W et al v. Roblox Corportation et al | 3:25-cv-09027-RS | Jane Doe T.W. | John Doe D.C. |
| 30 | Doe B.L. et al v. Roblox Corporation | 3:25-cv-09251-RS | Jane Doe B.L. | John Doe J.G. |
| 31 | Doe J.R. et al v. Roblox Corporation et al | 3:25-cv-09563-RS | Jane Doe J.R. | John Doe C.R. |
| 32 | DOE C.R. et al v. Roblox Corporation et al | 3:25-cv-09565-RS | John Doe C.R. | Jane Doe A.R. |
| 33 | Doe A.C. et al v. Roblox Corporation et al | 3:25-cv-09730-RS | John Doe A.C. | Jane Doe C.C. |
| 34 | Doe S.E. et al v. Roblox Corporation | 3:25-cv-09807-RS | Jane Doe S.E. | Jane Doe R.E. |
| 35 | J.R. et al v. Roblox Corporation | 3:25-cv-09945-RS | John Doe J.R. | Jane Doe A.R. |
| 36 | Doe K.J. et al v. Roblox Corporation | 3:25-cv-09946-RS | Jane Doe K.J. | John Doe D.M. |
| 37 | S.H. et al v. Roblox Corporation | 3:25-cv-09991-RS | Jane Doe S.H. | John Doe J.H. |
| 38 | S.K. et al v. Roblox Corporation et al | 3:25-cv-10155-RS | Jane Doe S.K. | Jane Doe E.K. |
| 39 | Doe M.T. et al v. Roblox Corporation et al | 3:25-cv-10307-RS | Jane Doe M.T. | Jane Doe C.T. |
| 40 | Doe P.B. et al v. Roblox Corporation et al | 3:25-cv-10596-RS | Jane Doe P.B. | John Doe C.B. |
| 41 | Doe M.C. et al v. Roblox Corporation | 3:25-cv-10748-RS | John Doe M.C. | Jane Doe M.C. |
| 42 | Doe G.C. v. Roblox Corporation | 3:25-cv-10813-RS | Jane Doe G.C. | Jane Doe A.C. |
| 43 | Jane Doe M.A. et al v. Roblox Corporation | 3:25-cv-10815-RS | Jane Doe M.A. | John Doe J.L. |
| 44 | Jane Doe C.R. et al v. Roblox Corporation et al | 3:25-cv-10976-RS | Jane Doe C.R. | John Doe K.M. |
| 45 | Doe R.S. v. Roblox Corporation | 3:25-cv-10978-RS | Jane Doe R.S. | John Doe H.M |
| 46 | Jane Doe A.W., et al v. Roblox Corporation et al | 3:25-cv-10982-RS | Jane Doe A.W. | John Doe A.W. |
| 47 | Jane Doe S.C. v. Roblox Corporation et al | 3:25-cv-11103-RS | Jane Doe S.C | Jane Doe K.G. |

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseudonym |
|---|---|---|---|---|
| 48 | Doe J.W. v. Roblox Corporation et al | 3:26-cv-00007-RS | John Doe J.W. | Jane Doe A.W., |
| 49 | Doe J.B. et al v. Roblox Corporation et al | 3:26-cv-00230-RS | Jane Doe J.B. | Jane Doe E.B. |
| 50 | DOE J.C. et al v. Roblox Corporation et al | 3:26-cv-00232-RS | John Doe J.C. | Jane Doe S.C. |
| 51 | Jane Doe C.W, et al v. Roblox Corporation | 3:26-cv-00295-RS | Jane Doe C.W. | Jane K.W. Doe |
| 52 | Jane Doe J.H. et al v. Roblox Corporation et al | 3:26-cv-00403-RS | Jane Doe J.H. | Jane Doe A.D. |
| 53 | John Doe A.T. et al v. Roblox Corporation | 3:26-cv-00404-RS | John Doe A.T. | Jane Doe A.T. |
| 54 | John Doe J.H. et al v. Roblox Corporation et al | 3:26-cv-00577-RS | John Doe J.H. | John Doe A.H. |
| 55 | DOE BH et al v. Roblox Corporation et al | 3:26-cv-00644-RS | Jane Doe BH | Jane Doe B.P |
| 56 | Doe S.S et al v. Roblox Corporation et al | 3:26-cv-00678-RS | Jane Doe S.S | Jane Doe H.T |
| 57 | Jane Doe H.M. et al v. Roblox Corporation et al | 3:26-cv-00873-RS | Jane Doe H.M. | John Doe K.M. |
| 58 | Doe, J.M et al v. Roblox Corporation et al | 3:26-cv-00902-RS | Jane Doe J.M. | Jane Doe S.M. |
| 59 | DOE K.L et al v. Roblox Corporation | 3:26-cv-00904-RS | Jane Doe K.L | Jane Doe M.L |
| 60 | Jane Doe E.O et al v. Roblox Corporation | 3:26-cv-01088-RS | Jane Doe E.O. | Jane Doe A.C |
| 61 | Jane Doe A.P. et al v. Roblox Corporation et al | 3:26-cv-01167-RS | Jane Doe A.P. | Jane Doe K.P. |
| 62 | Jane Doe GS 1 v. Roblox Corporation et al | 3:25-cv-07143-RS | Parent GS 1 | Jane Doe GS 1 |
| 63 | Jane Doe GS 2 v. Roblox Corporation et al | 3:26-cv-00324-RS | Parent GS 2 | Jane Doe GS 2 |
| 64 | John Doe GS 3 v. Roblox Corporation et al | 3:26-cv-00326-RS | Parent GS 3 | John Doe GS 3 |
| 65 | Jane Doe GS 4 v. Roblox Corporation et al | 3:26-cv-00327-RS | parent GS 4 | Jane Doe GS 4 |
| 66 | M.S. v. Roblox Corporation et al | 3:25-cv-07925-RS | M.S. | H.D. |
| 67 | A.E. et al v. Roblox Corporation | 3:25-cv-10810-RS | A.E. | G.E. |
| 68 | T.T. v. Roblox Corporation | 3:25-cv-10812-RS | T.T. | D.H. |
| 69 | J.S. v. Roblox Corporation | 3:25-cv-10975-RS | J.S. | D.H. |
| 70 | J.S. et al v. Roblox Corporation et al | 3:26-cv-00903-RS | J.S. | S.S. |
| 71 | Doe T.P. et al v. Roblox Corporation et al | 3:25-cv-08565-RS | John Doe T.P. | Jane Doe N.P. |
| 72 | M.B. et al v. Roblox Corporation et al | 3:25-cv-09745-RS | Jane Doe M.B. | Jane Doe J.L. |
| 73 | Doe L.D. et al v. Roblox Corporation et al | 3:25-cv-09990-RS | John Doe L.D. | John Doe P.D. |
| 74 | Doe J.N. et al v. Roblox Corporation | 3:25-cv-10020-RS | Jane Doe J.N. | John Doe D.H. |
| 75 | Doe A.J. et al v. Roblox Corporation et al | 3:25-cv-10028-RS | Jane Doe A.J. | John Doe E.B. |
| 76 | Jane A.P. Doe et al v. Roblox Corporation et al | 3:25-cv-10809-RS | Jane L.P. Doe | Jane A.P. Doe |
| 77 | Jane M.C. Doe et al v. Roblox Corporation et al | 3:25-cv-10980-RS | Jane F.C. Doe | Jane M.C. Doe |
| 78 | Jane P.H. Doe et al v. Roblox Corporation et al | 3:25-cv-11101-RS | John K.H. Doe | Jane P.H. Doe |
| 79 | Jane D.R. Doe et al v. Roblox Corporation et al | 3:25-cv-11102-RS | Jane M.D. Doe | Jane D.R. Doe |
| 80 | Mary Doe et al v. Roblox Corporation | 3:26-cv-00643-RS | Mary Doe | Jane Doe |
| 81 | Doe L.G. v. Roblox Corp. et al | 3:25-cv-08941-RS | Jane Doe L.G. | Jane Doe A.C. |
| 82 | S.E.B., et al. v. Roblox Corporation et al | 3:25-cv-09582-RS | S.D.B. | S.E.B. |
| 83 | Jane C.M. Doe, et al. v. Roblox Corporation et al | 3:26-cv-00848-RS | C.M. | P.M. |
| 84 | Jane C.M. Doe, et al. v. Roblox Corporation | 3:26-cv-00850-RS | C.M. | K.M. |
| 85 | Jane Doe et al v. Roblox Corporation et al | 3:25-cv-07174-RS | Mary Doe | Jane Doe |
| 86 | Jane Doe M.M. et al v. Roblox Corporation, et al. | 3:25-cv-10346-RS | Mary Doe, D.N. | Jane Doe M.M. |
| 87 | Jane Doe K.R. et al v. Roblox Corporation | 3:25-cv-07889-RS | Jane Doe K.R. | Jane Doe M.M. |
| 88 | Jane Doe I.P. et al v. Roblox Corporation | 3:25-cv-10948-RS | Jane Doe I.P. | Jane Doe I.D |
| 89 | John Doe R.C. et al v. Roblox Corporation | 3:26-cv-00731-RS | John Doe R.C. | Jane Doe A.C. |
| 90 | Jane Doe N.W. et al v. Roblox Corporation | 3:26-cv-00760-RS | Jane Doe N.W. | John Doe C.M. |