**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 <br><br> Case No. 3:25-md-03166-RS |
| This Document Relates to: <br><br> All actions identified in the Consolidated Ex Parte Application for the Appointment of Guardian *Ad Litem* | **CONSOLIDATED [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

  Based on the Consolidated Ex Parte Application, the Court finds that it is reasonable and necessary to appoint guardians *ad litem* for minor plaintiffs as requested.

  The Court orders that the applicants identified in the Consolidated Ex Parte Application are hereby appointed guardians *ad litem* for the minor plaintiffs listed in Exhibit A.

  **It is so ordered.**

Dated: _____, 2026

                 _____
                      RICHARD SEEBORG
                  UNITED STATES DISTRICT JUDGE