```
1   Sara D. Beller (SBN 316210)
    sara.beller@dolmanlaw.com
2   Matthew A. Dolman (admitted pro hac vice)
    matt@dolmanlaw.com
3   R. Stanley Gipe (pro hac vice forthcoming)
    stan.gipe@dolmanlaw.com
4   DOLMAN LAW GROUP
5   800 N. Belcher Rd.
    Clearwater, FL 33765
6   Telephone: (727) 451-6900
7
    Attorneys for Plaintiff John Doe D.L and His Next Friend Jane Doe A.K.
8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No.: 3:26-cv-01249<br>MDL No. 3166 |
|---|---|
| This Document Relates to:<br>JANE DOE A.K., as guardian and next friend of minor plaintiff, JOHN DOE D.L., Plaintiff,<br>v.<br>ROBLOX CORPORATION<br>Defendant, | **[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Based on the Ex Parte Application, the Court finds that it is reasonable and necessary to appoint a guardian ad litem for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian ad litem for the Minor Plaintiff.

**IT IS SO ORDERED.**

DATED:

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE