```
1   Sara D. Beller (SBN 316210)
    sara.beller@dolmanlaw.com
2   Matthew A. Dolman (admitted pro hac vice)
    matt@dolmanlaw.com
3   R. Stanley Gipe (pro hac vice forthcoming)
    stan.gipe@dolmanlaw.com
4   DOLMAN LAW GROUP
5   800 N. Belcher Rd.
    Clearwater, FL 33765
6   Telephone: (727) 451-6900
7
    Attorneys for Plaintiff Jane Doe B.T and Her Next Friend Jane Doe V.T.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This Document Relates to:<br>JANE DOE V.T., as guardian and next friend of minor plaintiff, JANE DOE B.T.,<br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION<br><br>Defendant. | Case No.: 3:26-cv-01282<br><br>MDL No. 3166<br><br>**[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Based on the Ex Parte Application, the Court finds that it is reasonable and necessary to appoint a guardian ad litem for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian ad litem for the Minor Plaintiff.

**IT IS SO ORDERED.**

DATED:

                                                RICHARD SEEBORG
                                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*