**Attachment B**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No. 3:25-md-03166-RS<br><br>MDL No. 3166 |
| This Document Relates to:<br>RDCY-0001 v. Roblox Corporation;<br>Case No.: 3:26-cv-01301 | **[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Based on the ex parte application, the Court finds that it is reasonable and necessary to appoint a guardian *ad litem* for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian *ad litem* for the Minor Plaintiff.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

331650059