**COOPER MASTERMAN PLLC**
P. Davis Cooper
Joseph O. Masterman
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Telephone: (202) 866-0171
davis@coopermasterman.com
joe@coopermasterman.com

*Additional Counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No.: 3:25-MD-3166-RS<br><br>MDL NO. 3166 |
| MARY DOE, as guardian and next friend of minor plaintiff, JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>*Defendants*.<br><br>Case No. 3:26-cv-01279-RS | **EX PARTE APPLICATION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Pursuant to this Court's Order Regarding Appointments of Guardian Ad Litem, the undersigned Applicant hereby seeks an appointment as a guardian ad litem in this litigation.

1. Guardian *Ad Litem* Applicant Name: Yolanda Scott

2. Pseudonym for Guardian *Ad Litem*: Y.S.

3. Applicant Contact Information

    a. Address: 1505 Zurich Drive; Florissant, MO 63031

    b. Telephone number: 501-804-4627

    c. Email: Yolanda.scott24@yahoo.com

4. The Applicant seeks to represent the interests of the following plaintiff (referred to hereinafter as "Minor Plaintiff") in the above-captioned litigation:

    a. Name: Journey Robinson

    b. Pseudonym for Minor Plaintiff: J.R.

    c. State of Domicile: Missouri

    d. Minimum Age of Capacity to Sue in the State of Domicile: 18

    e. Date of Birth: April 18, 2011

    f. Case Number: 3:26-cv-01279-RS

    g. Attorney of Record: Joseph O. Masterman

5. The Minor Plaintiff is a minor without the capacity to sue pursuant to the laws of their state of domicile.

6. The Minor Plaintiff has no other appointed guardian or conservator of their estate authorized to act on their behalf in this litigation

7. The Court should appoint a guardian ad litem pursuant to the Court's Order Regarding Appointments of Guardian *Ad Litem*.

8. The Applicant and proposed guardian *ad litem* has the following relationship to the Minor Plaintiff they are seeking to represent:

    a. [x] Parent

    b. [ ] Legal Guardian

    c. [ ] Not Related (*explain relationship*)

9. The Applicant is fully competent and qualified to understand and protect the rights of the person they will represent and has no interests adverse to the Minor Plaintiff, or, if any potential conflicts exist, fully discloses them herein. *(If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed.)*

2

EX PARTE APPLICATION AND [PROPOSED]
ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM* | CASE NO. 3:25-MD-03166-RS
Doc ID: 7b5bcc819abc73942c074c7181b0e6179eb8c999

1   Submitted by:

2   Date: March 13, 2026

3   Joseph O. Masterman                          /s/ Joseph O. Masterman

4   Attorney Name (Printed)                      Attorney Signature

5                                                **COOPER MASTERMAN PLLC**
                                                 P. Davis Cooper
6                                                Joseph O. Masterman
                                                 Reed C. Dempsey
7                                                1717 Pennsylvania Avenue NW, Suite 1025
                                                 Washington, DC 20006
8                                                Telephone: (202) 866-0171
                                                 davis@coopermasterman.com
9                                                joe@coopermasterman.com
                                                 reed@coopermasterman.com

10

11                                               **WALLACE MILLER**
                                                 Joshua C. Grumke
12                                               Laci Whitley
                                                 Edward Wallace
13                                               150 N. Wacker Drive, Suite 1100
                                                 Chicago, IL 60606
14                                               T: 312.261.6193
                                                 F: 312-275-8174
15                                               lmw@wallacemiller.com

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPLICANT DECLARATION**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Date: 03 / 09 / 2026

Yolanda Scott
Applicant Name (Printed)

*[signature]*
Applicant Signature

---

**CONSENT TO ACT AS GUARDIAN *AD LITEM***

I consent to the appointment of guardian *ad litem* under the above petition.

Date: 03 / 09 / 2026

Yolanda Scott
Applicant Name (Printed)

*[signature]*
Applicant Signature

**[Proposed order appointing guardian *ad litem* filed separately as public record]**

1

Ex Parte Application and [Proposed] Order for Appointment of Guardian Ad Litem | Case No. 3:25-md-03166-RS
Doc ID: 7b5bcc819abc73942c074c7181b0e6179eb8c999