# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No.: 3:25-MD-3166-RS<br><br>MDL NO. 3166 |
| MARY DOE, as guardian and next friend of minor plaintiff, JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>*Defendants*.<br><br>Case No. 3:26-cv-01279-RS | [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM* |

Based on the ex parte application, the Court finds that it is reasonable and necessary to appoint a guardian *ad litem* for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian *ad litem* for the Minor Plaintiff.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE