## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

As the judge assigned to 25-md-03166, In Re Roblox Corporation Child Sexual Exploitation and Assault Litigation, I find that the cases below should be member cases in the multi-district litigation case assigned to me. Accordingly, such cases shall be reassigned to me.

| Case | Title |
|------|-------|
| 26-cv-0506 LB | I.B., et al v. Roblox Corporation, et al. |
| 26-cv-0292 KAW | C.E., et al, v. Roblox Corporation, et al. |
| 26-cv-0360 KAW | N.N., et al v. Roblox Corporation, et al. |
| 26-cv-0438 KAW | J.S., et al. v. Roblox Corporation, et al. |

### ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. The parties are instructed that the reassigned cases are subject to the Pretrial Order No. 1 in 25-md-03166, In Re Roblox Corporation Child Sexual Exploitation and Assault Litigation.

Dated: March 16, 2026

RICHARD SEEBORG
Chief United States District Judge