John C. Bohren (CA Bar No. 295292)
**YANNI LAW APC**
yanni@bohrenlaw.com
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803


Paul J. Doolittle (*Pro Hac Vice forthcoming*)
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
        cmad@poulinwilley.com

*Attorneys for Plaintiff and Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA JOHNSON, as legal guardian or parent of C.W.  a minor;** | Case No.: **3-26-cv-00271-RS** |
| **TAYLOR BURKETT, as legal guardian or parent of J.H. a minor;** | MDL: 25-md-3166 |
| **TAMEKA WASHINGTON, as legal guardian or, parent of A.W. a minor and K.W., a minor;** | **MOTION TO WITHDRAW DOCUMENT** |
| **TASHA ROSS, as legal guardian or parent of M.R. a minor; individually and on behalf of others similarly situated.** | |
| **Plaintiff(s),** | |
| **vs.** | |
| **ROBLOX CORPORATION** | |
| **Defendant(s).** | |

- 1 -

CLASS ACTION COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiffs who respectfully move to withdraw an Amended Complaint filed as Docket number 228 in the MDL litigation referenced in 25-md-3166 pertaining to Jon Does 1-3 and jane Does 1-20.  The Amended Complaint was improvidently filed in the MDL and should be filed in original docketed case number 3:26-cv-00271 until such time as the court deems the matters related.

DATED: March 17, 2026                              Respectfully Submitted,

*/s/ John C. Bohren*
John C. Bohren (Bar No. 295292)
**YANNI LAW APC**
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803
yanni@bohrenlaw.com

-AND-

Paul J. Doolittle (*Pro Hac Vice* forthcoming)
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
        cmad@poulinwilley.com

*Attorneys for Plaintiff and Proposed Class*

CLASS ACTION COMPLAINT