John C. Bohren (CA Bar No. 295292)
**YANNI LAW APC**
yanni@bohrenlaw.com
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803

Paul J. Doolittle (*Pro Hac Vice forthcoming*)
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
        cmad@poulinwilley.com

*Attorneys for Plaintiff and Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA JOHNSON, as legal guardian or parent of C.W.  a minor;** | Case No.: **3-26-cv-00271-RS** |
| **TAYLOR BURKETT, as legal guardian or parent of J.H. a minor;** | MDL: 25-md-3166 |
| **TAMEKA WASHINGTON, as legal guardian or, parent of A.W. a minor and K.W., a minor;** | **[PROPOSED] ORDER RE MOTION TO WITHDRAW DOCUMENT** |
| **TASHA ROSS, as legal guardian or parent of M.R. a minor; individually and on behalf of others similarly situated.** | |
| **Plaintiff(s),** | |
| **vs.** | |
| **ROBLOX CORPORATION** | |
| **Defendant(s).** | |

- 1 -

CLASS ACTION COMPLAINT

IT IS HEREBY ORDERED, that the Amended Complaint referenced in Document Number 228 is hereby stricken and withdrawn from the record of the proceedings of: *In re Roblox Corporation Child Exploitation and Assault Litigation.*

DATED: March 16, 2026

-----------------------------------------------------------
HON.RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

CLASS ACTION COMPLAINT