UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE S.A., as guardian and next friend of minor plaintiff, JANE DOE S.B. et al.

Plaintiff(s),

v.

Roblox Corporation, et. al.            ,

Defendant(s).

Case No. 3:25-md-03166-RS   MDL

3:26-cv-1269

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Mitchell A. Toups__, an active member in good standing of the bar of __Texas__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs in Case #3:26-cv-1269__ in the above-entitled action. My local co-counsel in this case is __waived per PTO 1 (dkt. 2)__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __N/A__.

490 Park St., Ste. 111, Beaumont, TX 77701

MY ADDRESS OF RECORD

(409) 832-1800

MY TELEPHONE # OF RECORD

matoups@wgttlaw.com

MY EMAIL ADDRESS OF RECORD

waived per PTO 1 (dkt. 2)

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

N/A

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

N/A

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __TX #20151600.__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/16/2026

/s/ Mitchell A. Toups

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Mitchell A. Toups__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 17, 2026



UNITED STATES MAGISTRATE JUDGE

Judge Richard Seeborg

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 03, 2026

Re: Mitchell A. Toups, State Bar Number 20151600

To Whom It May Concern:

This is to certify that Mitchell A. Toups was licensed to practice law in Texas on May 13, 1983, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253