UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE L.B.,

    Plaintiff,

  v.

ROBLOX CORPORATION,

    Defendant.

Case No. 26-cv-01105-TSH

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation,* 25-md-03166-RS.

   **IT IS SO ORDERED.**

Dated: March 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California