MARTIN D. GOULD – PRO HAC VICE
STEVEN L. VANDERPORTEN – PRO HAC VICE
**GOULD GRIECO & HENSLEY**
100 North Wacker Drive, Suite 100
Chicago, Illinois 60606
Telephone: (312) 728-7444
Martin@GGHlaw.com
Steven@GGHlaw.com

*Attorneys for Plaintiffs GGH-GAL-0001 for Minor Plaintiff GGH-0001*
*[Additional Counsel in Signature Block]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No. 3:26-cv-01397-RS<br><br>MDL No. 3166 |
| This Document Relates to:<br><br>GGH-GAL-0001 for Minor Plaintiff GGH-0001,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ROBLOX CORPORATION, a corporation; and DISCORD INC., a corporation,<br><br>　　　　　Defendants. | **[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Based on the ex parte application, the Court finds that it is reasonable and necessary to appoint a guardian *ad litem* for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian *ad litem* for the Minor Plaintiff.

**IT IS SO ORDERED.**

Date:_____, 2026    _____
　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE