UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION
CHILD SEXUAL EXPLOITATION AND
ASSAULT LITIGATION

Case No. 3:25-md-03166-RS

All actions per attached Ex. A

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ___Molly C. Wells___, an active member in good standing of the bar of ___USDC for Northern District of Illinois___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ___Plaintiff___ in the above-entitled action. My local co-counsel in this case is ___waived per PTO [Dkt. No. 1]___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____.

200 West Madison Street, Suite 3400
Chicago, IL 60606
MY ADDRESS OF RECORD

Waived per PTO [Dkt. No. 1]
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

312-261-6193
MY TELEPHONE # OF RECORD

N/A
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mcw@wallacemiller.com
MY EMAIL ADDRESS OF RECORD

N/A
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___6320461___

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _2_ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 20th, 2026                                               Molly C. Wells
                                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Molly C. Wells_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  March 23, 2026



UNITED STATES DISTRICT MAGISTRATE JUDGE

Judge Richard Seeborg

United States District Court
Northern District of California

Updated 11/2021

IN RE: ROBLOX CORPORATION CHILD SEXUAL
EXPLOITATION AND ASSAULT LITIGATION

MDL No. 3166

## EXHIBIT A

WM-0001 v. Roblox Corporation 3:25-cv-01925-RS.  (N.D. Cal)

Exhibit B



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/24/2025

Re: Molly Condon Wells
Attorney No. 6320461

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Molly Condon Wells was admitted to practice law in Illinois on 11/5/2015; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar