**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No.: 3:25-MD-3166-RS |
| | MDL NO. 3166 |
| MARY DOE, as guardian and next friend of minor plaintiff, JANE DOE, | **[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |
| *Plaintiff*, | |
| v. | |
| ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive, | |
| *Defendants*. | |
| Case No. 3:26-cv-01279-RS | |

Based on the ex parte application, the Court finds that it is reasonable and necessary to appoint a guardian *ad litem* for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian *ad litem* for the Minor Plaintiff.

**IT IS SO ORDERED.**

Dated: ___March 30_____, 2026

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

**EX PARTE APPLICATION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM* | CASE NO. 3:25-MD-03166-RS**