Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted *pro hac vice*)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

*Attorneys for Plaintiff Jane Doe A.S and Her Next Friend John Doe L.S.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No.: 3:25-cv-10607-RS<br><br>MDL No. 3166 |
| This Document Relates to:<br>JOHN DOE L.S., as guardian and next friend of minor plaintiff, JANE DOE A.S.,<br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION and DISCORD INC.,<br><br>Defendants | [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM* |

Based on the Ex-Parte Application, the Court finds that it is reasonable and necessary to appoint a guardian ad litem for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian ad litem for the Minor Plaintiff.

**IT IS SO ORDERED.**

- 1 -

DATED:   March 30, 2026

_____
RICHARD SEEBORG
CHIEF UNITED STATES
DISTRICT JUDGE

[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*