**Attachment B**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No. 3:25-md-03166-RS<br><br>MDL No. 3166 |
| This Document Relates to:<br><br>JOHN DOE A.L.A., et al. v. ROBLOX CORP.;<br>Case No. 3:2026-CV-00528 | [~~PROPOSED~~] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM* |

Based on the ex parte application, the Court finds that it is reasonable and necessary to appoint a guardian *ad litem* for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian *ad litem* for the Minor Plaintiff.

**IT IS SO ORDERED.**

Dated: ___March 30___, 2026

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

331650059