**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No. 3:25-md-03166-RS<br><br>MDL No. 3166 |
| This Document Relates to:<br><br>AW-0001, a minor, represented by her proposed court-appointed guardian ad litem, AW-GAL-0001 v. Roblox Corporation, Discord Inc., and Snap Inc. Case 26-cv-2266 | [~~PROPOSED~~] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM* |

Based on the ex parte application, the Court finds that it is reasonable and necessary to appoint a guardian *ad litem* for the Minor Plaintiff as requested.

The Court orders that the applicant identified is hereby appointed guardian *ad litem* for the Minor Plaintiff.

**IT IS SO ORDERED.**

Dated: _____March 30_____, 2026

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER FOR APPOINTMENT OF GUARDIAN
*AD LITEM* | CASE NO. 3:25-MD-03166-RS

1