COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on*
*signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
|---|---|
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE BRIEFING SCHEDULE PROPOSAL** |
| ALL ACTIONS | Judge Richard Seeborg |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants Roblox Corporation, Discord Inc., Snap Inc., and Meta Platforms, Inc., by and through their counsel of record, hereby stipulate, agree as follows:

WHEREAS, on March 11, 2026, the Court issued an Order regarding Motion to Dismiss Briefing, ordering the Parties to meet and confer regarding a schedule and submit joint or competing proposals by March 31, 2026 (ECF No. 212);

WHEREAS, the Parties have been diligently meeting and conferring, have continued to narrow the issues in dispute, and are close to a possible agreement on a joint proposal;

WHEREAS, good cause exists to extend the deadline to submit proposals on a briefing schedule by one day to April 1, 2026, to see if the Parties can reach agreement and to avoid the need for competing proposals;

WHEREAS, extending the deadline to submit proposals on a briefing schedule will not affect the Court's own calendar or require changes to any other deadlines set by the Court;

WHEREAS, no other time modifications have occurred to date in this action;

NOW THEREFORE, the Parties hereby stipulate and agree, and respectfully request the Court to order, that the deadline to submit proposals on a briefing schedule be extended to April 1, 2026.

Dated:  March 31, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Ambika Kumar*
Ambika Kumar (*pro hac vice*)

Attorneys for Defendant
DISCORD INC.

**O'MELVENY & MYERS LLP**

*/s/ Leah Godesky*
Leah Godesky

Attorneys for Defendant
SNAP INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO FILE BRIEFING SCHEDULE PROPOSAL
3:25-MD-03166-RS

**COVINGTON & BURLING LLP**

*/s/ Isaac D. Chaput*
Isaac D. Chaput

Attorneys for Defendant
META PLATFORMS, INC.

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLC**

*/s/ Bryan Aylstock*
Bryan Aylstock

Co-Lead Counsel for Plaintiffs

**GIRARD SHARP LLP**

*/s/ Sarah London*
Sarah London

Co-Lead Counsel for Plaintiffs

**ANAPOL WEISS**

*/s/ Alexandra Walsh*
Alexandra Walsh

Co-Lead Counsel for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO FILE BRIEFING SCHEDULE PROPOSAL
3:25-MD-03166-RS

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation extending the Parties' time to file briefing schedule proposals, and for good cause shown, it is hereby ORDERED that:

The Parties shall file a briefing schedule proposal on or before April 1, 2026.

**PURSANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __April 1__, 2026

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO FILE BRIEFING SCHEDULE PROPOSAL
3:25-MD-03166-RS

**ATTESTATION**

I, Tiana Demas, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  March 31, 2026

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO FILE BRIEFING SCHEDULE PROPOSAL
3:25-MD-03166-RS