COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on
signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **JOINT SUBMISSION REGARDING SCHEDULE OF INITIAL MOTIONS** |
| ALL ACTIONS | Judge Richard Seeborg |

The parties ask the Court to order the following briefing schedule with respect to initial motions to dismiss and motions to compel arbitration. The proposed schedule is subject to two caveats.

First, the schedule is contingent on the Court's entry of the concurrently filed order providing that the proposed schedule and sequencing of motions does not effect a waiver of Defendants Roblox Corporation and Discord Inc.'s rights to enforce their respective arbitration agreements. Should the Court not enter the stipulation, Roblox and Discord do not consent to any schedule under which motions to dismiss are filed before motions to

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT SUBMISSION REGARDING
SCHEDULE OF INITIAL MOTIONS
3:25-MD-03166-RS

compel arbitration.

Second, and relatedly, the parties disagree about the sequencing of hearings on the arbitration motions and motions to dismiss. Roblox and Discord believe that any hearing on their motions to compel arbitration should be before or at the same time as any hearing on Defendants' motions to dismiss. These cases must be arbitrated pursuant to the parties' agreements, so the motions to compel arbitration must be decided before the Court engages with the case on the merits. Roblox and Discord do not agree to a different order for these hearings. *Silfee v. Automatic Data Processing, Inc.*, 696 F. App'x 576, 577 (3d Cir. 2017) (explaining that trial courts must address the "gateway" issue of arbitration before other motion practice). Plaintiffs disagree. The briefing of the MTDs and MTCs may proceed on different timelines, among other reasons because the Rule 12(b)(6) motions will not depend on any exchange of user-account information or other discovery relevant to the MTCs, and Plaintiffs have stipulated that the briefing and deciding of these MTDs will not constitute any waiver of arbitration rights. The Court may therefore hold hearings on and resolve these separate motions at its convenience. Meta and Snap take no position on this issue.

For any date dependent on a Court order, the parties will submit a joint schedule converting those dates to dates certain with 5 days of the relevant Court order being issued.

Cooley LLP
Attorneys at Law
San Francisco

2

Joint Submission Regarding
Schedule of Initial Motions
3:25-md-03166-RS

**MOTIONS TO DISMISS**

| EVENT | DEADLINE |
|---|---|
| Court Orders MTD Briefing Schedule ("MTD Schedule Order") | TBD (Court Action) |
| Bellwether Process/Selection M&C (Roblox and Discord) | 1 Week from MTD Schedule Order |
| Submission re Process for MTD Bellwether Selection (Joint or Competing) (Roblox and Discord) | 2 Weeks from MTD Schedule Order |
| Court Orders MTD Bellwether Selection Process (Roblox and Discord) ("MTD Bellwether Order") | TBD (Court Action) |
| Parties Serve MTD Bellwether Selections (Identifying Bellwethers) (Roblox and Discord) | 2 Weeks from MTD Bellwether Order |
| Plaintiffs Amend Bellwether Complaints | 5 Weeks from MTD Bellwether Order |
| MTDs Due [All Defendants] | 10 weeks from MTD Bellwether Order |
| Oppositions to MTDs Due | 16 Weeks from MTD Bellwether Order |
| Replies ISO MTDs Due | 21 Weeks from MTD Bellwether Order |
| Hearing on Motions to Dismiss | Disputed |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT SUBMISSION REGARDING
SCHEDULE OF INITIAL MOTIONS
3:25-MD-03166-RS

**MOTIONS TO COMPEL ARBITRATION**

If the Magistrate Judge orders that the parties must complete an exchange of usernames and user data before selection of bellwether motions to compel arbitration (the "User Data Exchange"), the subsequent dates in this schedule will be keyed off the completion of that User Data Exchange. If the Magistrate Judge orders otherwise, the subsequent dates in this schedule will be keyed off the User Data Order so ordering.

| EVENT | DEADLINE |
| --- | --- |
| Magistrate Judge Issues Final Order re User Data ("User Data Order") | TBD (Court Action) |
| Bellwether Process/Selection M&C (Roblox and Discord) | 1 Week from User Data Order |
| Submission re Process for Bellwether Selection (Joint or Competing) (Roblox and Discord) | 2 Weeks from User Data Order |
| Court Orders Bellwether Selection Process (Roblox and Discord) ("MTC Bellwether Order") | TBD (Court Action) |
| Parties Serve MTC Bellwether Selections (Identifying Bellwethers) (Roblox and Discord) | 2 Weeks from MTC Bellwether Order, or 2 weeks after Completion of the User Data Exchange, if Applicable |
| Plaintiffs Amend Bellwether Complaints | 5 Weeks from MTC Bellwether Order |
| Roblox's and Discord's Bellwether MTCs Due | 10 Weeks from Bellwether Identification |
| Oppositions to MTCs Due | 15 Weeks from Bellwether Identification |
| Replies ISO MTCs Due | 19 Weeks from Bellwether Identification |
| Hearing on All Motions to Compel | Disputed |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT SUBMISSION REGARDING
SCHEDULE OF INITIAL MOTIONS
3:25-MD-03166-RS

Dated:  April 1, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Ambika Kumar*
Ambika Kumar (*pro hac vice*)

Attorneys for Defendant
DISCORD INC.

**O'MELVENY & MYERS LLP**

*/s/ Leah Godesky*
Leah Godesky

Attorneys for Defendant
SNAP INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT SUBMISSION REGARDING
SCHEDULE OF INITIAL MOTIONS
3:25-MD-03166-RS

Covington & Burling LLP

/s/ Isaac D. Chaput
Isaac D. Chaput

Attorneys for Defendant
META PLATFORMS, INC.


Aylstock, Witkin, Kreis & Overholtz PLC

/s/ Bryan Aylstock
Bryan Aylstock

Co-Lead Counsel for Plaintiffs


Girard Sharp LLP

/s/ Sarah London
Sarah London

Co-Lead Counsel for Plaintiffs


Anapol Weiss

/s/ Alexandra Walsh
Alexandra Walsh

Co-Lead Counsel for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT SUBMISSION REGARDING
SCHEDULE OF INITIAL MOTIONS
3:25-MD-03166-RS

**ATTESTATION**

I, Tiana Demas, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  April 1, 2026

/s/ Tiana Demas
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

JOINT SUBMISSION REGARDING
SCHEDULE OF INITIAL MOTIONS
3:25-MD-03166-RS