COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on
signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS ROBLOX'S AND DISCORD'S MOTIONS TO COMPEL ARBITRATION** |
| ALL ACTIONS | |
| | Judge Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE:
ROBLOX'S AND DISCORD'S MOTIONS TO
COMPEL ARBITRATION | 3:25-MD-03166-RS

Pursuant to Civil Local Rule 7-12, all Plaintiffs ("Plaintiffs") in this multi-district litigation ("MDL") and Defendants Roblox Corporation and Discord Inc., by and through their counsel of record or, in the case of Plaintiffs, through their court-appointed leadership counsel, stipulate as follows:

The parties have met and conferred regarding proposed schedules for resolving the initial set of "pilot" motions, including the sequencing of pilot motions to dismiss and pilot motions to compel arbitration in the above-captioned proceeding;

Plaintiffs have proposed a schedule under which the pilot motions to dismiss may be filed before Defendants' motions to compel arbitration, and on which a hearing or hearings will be set by the Court;

To avoid a dispute, Defendants Roblox and Discord—who intend to file motions to compel arbitration in all (or virtually all) of the member cases, wish to have those motions decided before any ruling on any motion to dismiss, and in no way waive their rights to enforce the arbitration provisions of their user agreements—have agreed to Plaintiffs' proposed schedule, but only on the conditions that (i) Plaintiffs stipulate that they will not argue that Defendants have waived their right to arbitration in any way by doing so and (ii) the Court enters an order recording this stipulation on the record;

Therefore, the parties hereby stipulate and agree as follows:

1.      The filing, briefing, or hearing of any pilot motion to dismiss as contemplated by the schedule that the parties have jointly proposed to the Court—whether filed before or after any motion to compel arbitration—shall not constitute, and shall not be offered or argued as, evidence that Roblox Corporation or Discord Inc. is acting inconsistently with any known right to arbitrate, or is waiving, in whole or in part, any right to seek to compel arbitration in any such action.

2.      Plaintiffs agree and stipulate they will not argue or assert, in this Court, any other court (including any appellate court), or in any arbitral forum, that Defendants have waived or forfeited any right to compel arbitration by virtue of having filed, briefed, or argued any pilot motion to dismiss as contemplated by the schedule that the parties have jointly proposed to the Court.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER RE:
ROBLOX'S AND DISCORD'S MOTIONS TO
COMPEL ARBITRATION | 3:25-MD-03166-RS

3.    This Stipulation shall be binding upon all current parties to this MDL and, upon entry of the Court's Order below, shall have the force and effect of a court order applicable to all current and later-filed actions consolidated or coordinated in this MDL proceeding.

**IT IS SO STIPULATED.**

Dated:  April 1, 2026                                    Respectfully submitted,

**COOLEY LLP**


/s/ Tiana Demas
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION


**DAVIS WRIGHT TREMAINE LLP**


/s/ Ambika Kumar
Ambika Kumar (*pro hac vice*)

Attorneys for Defendant
DISCORD INC.


**O'MELVENY & MYERS LLP**


/s/ Leah Godesky
Leah Godesky

Attorneys for Defendant
SNAP INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER RE:
ROBLOX'S AND DISCORD'S MOTIONS TO
COMPEL ARBITRATION | 3:25-MD-03166-RS

**COVINGTON & BURLING LLP**

*/s/ Isaac D. Chaput*
Isaac D. Chaput

Attorneys for Defendant
META PLATFORMS, INC.


**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLC**

*/s/ Bryan Aylstock*
Bryan Aylstock

Co-Lead Counsel for Plaintiffs


**GIRARD SHARP LLP**

*/s/ Sarah London*
Sarah London

Co-Lead Counsel for Plaintiffs


**ANAPOL WEISS**

*/s/ Alexandra Walsh*
Alexandra Walsh

Co-Lead Counsel for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER RE:
ROBLOX'S AND DISCORD'S MOTIONS TO
COMPEL ARBITRATION | 3:25-MD-03166-RS

**ATTESTATION**

I, Tiana Demas, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  April 1, 2026

/s/ Tiana Demas
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

**STIPULATION AND [PROPOSED] ORDER RE:
ROBLOX'S AND DISCORD'S MOTIONS TO
COMPEL ARBITRATION | 3:25-MD-03166-RS**

COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS ROBLOX'S AND DISCORD'S MOTIONS TO COMPEL ARBITRATION** |
| ALL ACTIONS | |
| | Judge Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE:
ROBLOX'S AND DISCORD'S MOTIONS TO
COMPEL ARBITRATION | 3:25-MD-03166-RS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The filing, briefing, or hearing of any pilot motion to dismiss as contemplated by the schedule that the parties have jointly proposed to the Court—whether filed before or after any motion to compel arbitration—shall not constitute, and shall not be offered or argued as, evidence that Roblox Corporation or Discord Inc. is acting inconsistently with any known right to arbitrate, or is waiving, in whole or in part, any right to seek to compel arbitration in any such action. Plaintiffs will not argue or assert, in this Court, any other court (including any appellate court), or in any arbitral forum, that Defendants have waived or forfeited any right to compel arbitration by virtue of having filed, briefed, or argued any pilot motion to dismiss as contemplated by the schedule that the parties have jointly proposed to the Court. This Order binds all current parties to this MDL and, upon entry of the Court's Order, shall apply to all current and later-filed actions consolidated or coordinated in this MDL proceeding.

Dated: _____          _____

HON. RICHARD SEEBORG
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

STIPULATION AND [PROPOSED] ORDER RE:
ROBLOX'S AND DISCORD'S MOTIONS TO
COMPEL ARBITRATION | 3:25-MD-03166-RS