United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

All actions per attached Ex. A          ,

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Hoekstra_____, an active member in good standing of the bar of Louisiana_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff_____ in the above-entitled action. My local co-counsel in this case is waived persuant PTO 1_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: Not Applicable_____.

| 17 E. Main St., Ste 200, Pensacola, FL 32502 | waived per PTO 1 [Dkt. 2] |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 850-202-1010 | waived per PTO 1[Dkt. 2] |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jhoekstra@awkolaw.com | waived per PTO 1[Dkt. 2] |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: LA 31476_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/2/2026

Jennifer Hoekstra
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer Hoekstra is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

**IN RE: ROBLOX CORPORATION**                         **MDL No. 3166**
**CHILD SEXUAL EXPLOITATION A ND**
**ASSAULT LITIGATION**


## **EXHIBIT A**


*MARY DOE v. ROBLOX CORPORATION, ET AL.,* C.A. No. 26-cv-00297

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

Ms. Jennifer Mae Hoekstra

whose address is _____ 17 E Main St _____

Pensacola, FL 32502

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____24th_____ day of ____April____, ____2008____.

Given over my hand and the Seal of the Louisiana State Bar Association, this____23rd____

day of____March____, ____2026____.

_____

*Executive Director*
*Louisiana State Bar Association*