United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION
CHILD SEXUAL EXPLOITATION AND
ASSAULT LITIGATION

This document relates to:

ALL ACTIONS

Case No.  25-md-03166-RS

**ORDER RE MOTION TO COMPEL ABRITRATION AND MOTION TO DISMISS BRIEFING SCHEDULES**

Motions to compel arbitration will precede motions to dismiss. Bellwether selection and briefing will proceed according to the following schedule:

**Briefing Schedule:**

| EVENT | DEADLINE |
|-------|----------|
| Magistrate Judge Issues Final Order re User Data ("User Data Order") | TBD (Court Action) |
| Bellwether Process/Selection M&C (Roblox and Discord) | 1 Week from User Data Order |
| Submission re Process for Bellwether Selection (Joint or Competing) (Roblox and Discord) | 2 Weeks from User Data Order |
| Court Orders Bellwether Selection Process (Roblox and Discord) ("MTC Bellwether Order") | TBD (Court Action) |
| Parties Serve MTC Bellwether Selections (Identifying Bellwethers) (Roblox and Discord) | 2 Weeks from MTC Bellwether Order, or 2 Weeks after Completion of the User Data Exchange, if Applicable |
| Plaintiffs Amend Bellwether Complaints | 5 Weeks from MTC |

|  |  |
|---|---|
|  | Bellwether Order |
| Roblox's and Discord's Bellwether MTCs Due | 10 Weeks from Bellwether Identification |
| Oppositions to MTCs Due | 15 Weeks from Bellwether Identification |
| Replies ISO MTCs Due | 19 Weeks from Bellwether Identification |
| Hearing on All Motions to Compel | To be set by the Court |
| Court Issues Order on Motions to Compel | TBD (Court Action) |
| Bellwether Process/Selection M&C (Roblox and Discord) | 2 Weeks from Order on Motions to Compel |
| Submission re Process for MTD Bellwether Selection (Joint or Competing) (Roblox and Discord) | 3 Weeks from Order on Motions to Compel |
| Court Orders MTD Bellwether Selection Process (Roblox and Discord) ("MTD Bellwether Order") | TBD (Court Action) |
| Parties Serve MTD Bellwether Selections (Identifying Bellwethers) (Roblox and Discord) | 2 Weeks from MTD Bellwether Order |
| Plaintiffs Amend Bellwether Complaints | 5 Weeks from MTD Bellwether Order |
| MTDs Due [All Defendants] | 10 weeks from MTD Bellwether Order |
| Oppositions to MTDs Due | 16 Weeks from MTD Bellwether Order |
| Replies ISO MTDs Due | 21 Weeks from MTD Bellwether Order |
| Hearing on Motions to Dismiss | To be set by the Court |

**IT IS SO ORDERED**.

Dated: April 2, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

ORDER ON BRIEFING SCHEDULE
CASE NO. 25-md-03166-RS

2