# EXHIBIT B

COOLEY LLP
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
RYAN C. STEVENS (306409)
(rstevens@cooley.com)
3 Embarcadero Center, 20th Floor
ERIK LAMPMANN-SHAVER (362460)
(elampmannshaver@cooley.com)
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
ROBLOX CORPORATION

Electronically
**FILED**
by Superior Court of California, County of San Mateo
ON        2/5/2026
By        /s/ Priscilla Tovar
              Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| JANE DOE, a minor, represented by her proposed court-appointed guardian *ad litem*, JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 25-CIV-05901<br><br>**REDACTED – CCP § 367.3**<br><br>**SUPPLEMENTAL DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION**<br><br>Dept: 30<br>Judge: Michael Mau<br><br>Complaint Filed: August 5, 2025<br>Trial Date:   None Set |

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other things, relate to user account activity. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated herein.

2. On October 22, 2025, I submitted a declaration in support of Roblox's Motion to Compel Arbitration.

3. As set forth in my October 22, 2025, declaration, I understand based on information provided by Plaintiff's counsel that Plaintiff's email address is ▮▮▮▮▮▮▮▮▮▮ and that her Roblox username is "▮▮▮▮▮▮▮." I also conducted an additional search of our records for other Roblox profiles associated with Plaintiff's email address, ▮▮▮▮▮▮▮▮▮. Based on that search, I identified three other Roblox usernames associated with ▮▮▮▮▮▮▮▮▮▮▮▮▮ and "▮▮▮▮▮▮▮."

4. Since submitting that October 22nd declaration, I have again reviewed Roblox account information and records associated with the above usernames and email address, all of which are reliably kept in the ordinary course of business (the "Records"), made at or near the time of the occurrence. I determined the facts described herein by reviewing these Records, which are stored in a restricted access Roblox-proprietary website used for functions such as looking up user accounts, viewing moderation actions, and manually moderating users. Access to the tool is managed via Okta through the "Roblox Customer Service Website" tile. As part of my position, I have access to this proprietary website, and this is the tool I used to look up Records associated with the email address and username provided by Plaintiff's counsel.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

SUPPLEMENTAL DECLARATION OF RONITA
JIT ISO MOTION TO COMPEL ARBITRATION
CASE NO. 25-CIV-05901

**Plinaitiff's ███████ Account Continues Past the Filing of the Complaint**

5.      Roblox tracks whenever a user logs into an account. Between October 22, 2025, and February 5, 2026, the ███████ account was logged into on 15 occasions. The most recent login date for the ███████ account is January 26, 2026. A true and correct copy of Plaintiff's login history is attached as **Exhibit A**.

6.      Roblox tracks the internet protocol ("IP") address used to access accounts. A true and correct copy of the IP history associated with the ███████ account is attached as **Exhibit B**. The IP addresses used to access the ███████ account resolve to cities in Southern California, specifically, Bakersfield, San Diego, and Temecula, California.

7.      Roblox tracks virtual content transactions that users engage in while on Roblox. Roblox's Records show that the ███████ account conducted three transactions on October 19, 2025. A true and correct copy of this account's transaction history is attached as **Exhibit C**.

8.      Roblox tracks the total amount of time a user spends in games on Roblox for the preceding month. Roblox Records show that ███████ has 41 minutes and 27 seconds of in-game time during the month of January 2026. A true and correct copy of this account's in-game time is attached as **Exhibit D**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 5, 2026 in San Mateo, California.

By: _Ronita Jit Camarena_
      Ronita Jit

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

# EXHIBIT A

| Login History | Updated 2/5/2026 |
| --- | --- |
| Saturday, 09 November 2024 | Wednesday, 01 October 2025 |
| Wednesday, 13 November 2024 | Monday, 13 October 2025 |
| Sunday, 24 November 2024 | Wednesday, 15 October 2025 |
| Wednesday, 01 January 2025 | Sunday, 19 October 2025 |
| Friday, 03 January 2025 | Tuesday, 28 October 2025 |
| Saturday, 04 January 2025 | Friday, 31 October 2025 |
| Wednesday, 08 January 2025 | Tuesday, 11 November 2025 |
| Saturday, 11 January 2025 | Saturday, 15 November 2025 |
| Tuesday, 14 January 2025 | Sunday, 16 November 2025 |
| Saturday, 18 January 2025 | Sunday, 23 November 2025 |
| Saturday, 01 February 2025 | Wednesday, 26 November 2025 |
| Sunday, 02 February 2025 | Friday, 28 November 2025 |
| Monday, 03 February 2025 | Sunday, 30 November 2025 |
| Friday, 28 February 2025 | Wednesday, 03 December 2025 |
| Saturday, 01 March 2025 | Monday, 08 December 2025 |
| Friday, 04 April 2025 | Monday, 15 December 2025 |
| Sunday, 06 April 2025 | Tuesday, 16 December 2025 |
| Monday, 07 April 2025 | Saturday, 24 January 2026 |
| Sunday, 13 April 2025 | Monday, 26 January 2026 |
| Tuesday, 06 May 2025 | |
| Saturday, 10 May 2025 | |
| Thursday, 10 July 2025 | |
| Wednesday, 16 July 2025 | |
| Thursday, 17 July 2025 | |

# EXHIBIT B

# (REDACTED)

Filed 04/02/26

Document 270-2

Case 3:25-md-03166-RS

| Address | First Access (UTC) | Last Access (UTC) | City | Region | Country | Zipcode | ISP | State | VPN Type |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | 7/16/2025 20:48:42 | ██████ | Bakersfield | California | United States | ██ | Spectrum | None | Open |
| ████ | 4/5/2025 2:42:28 | ████ | San Diego | California | United States | ██ | Spectrum | None | Open |
| ██████ | 3/1/2025 21:53:53 | ████ | Bakersfield | California | United States | ██ | Spectrum | None | Open |
| ██████ | 11/10/2024 3:48:21 | ████ | Temecula | California | United States | ██ | Spectrum | None | Open |

# EXHIBIT C

| Date | Member | Description | Amount | Status | Compromised | Refund Status |
|---|---|---|---|---|---|---|
| 10/19/2025 18:38:04 UTC | 18. | Purchased gray sweatpants [Asset] | 5 | Success ⓘ | | |
| 10/19/2025 18:34:03 UTC | SVDDENLY | Purchased Y2K Ripped Denim Shorts White [Asset] | 60 | Success ⓘ | | |
| 10/19/2025 18:33:32 UTC | CHARMDeu | Purchased ✨ Y2K Summer Preppy Pink Tee Sport [Asset] | 60 | Success ⓘ | | |

| Date | Member | Description | Amount | Status | Compromised | Refund Status |
|---|---|---|---|---|---|---|
| 07/16/2025 21:01:56 UTC | Classical UGC | Purchased [ Content Deleted ] [Asset] | 65 | Refunded ⓘ | | |
| 07/16/2025 20:58:49 UTC | arcadie | Purchased [ Content Deleted ] [Asset] | 5 | Success ⓘ | | |
| 04/08/2025 00:48:52 UTC | SVDDEN | Purchased Pastel Blue Cargo Pants [Asset] | 60 | Success ⓘ | | |
| 04/08/2025 00:48:36 UTC | Eternos Clothing | Purchased Oxford Off Shoulder Oversized Sweater Cropped [Asset] | 65 | Success ⓘ | | |
| 04/07/2025 00:51:43 UTC | Brookhaven by Voldex | Purchased Premium [Game Pass] | 275 | Success ⓘ | | |
| 03/02/2025 01:12:44 UTC | Eternos Clothing | Purchased Stars Y2K Cargo Pants Pink [Asset] | 60 | Success ⓘ | | |
| 03/02/2025 01:11:42 UTC | Serotonin 9¢ | Purchased Sabrina Carpenter espresso heart corset top pink [Asset] | 5 | Success ⓘ | | |
| 02/02/2025 18:55:42 UTC | Eternos Clothing | Purchased Miami Off Shoulder Oversized Sweater Cropped [Asset] | 55 | Success ⓘ | | |
| 02/02/2025 18:53:02 UTC | vuesae | Purchased Cute Trendy Clean Girl Makeup Look [Bundle] | 85 | Success ⓘ | | |
| 01/09/2025 01:33:30 UTC | vhaega | Purchased Cute Shy Chibi Blush Makeup Face [Bundle] | 75 | Success ⓘ | | |
| 01/09/2025 01:29:44 UTC | Eternos Clothing | Purchased Pastel Blue Cargo Pants [Asset] | 65 | Success ⓘ | | |
| 01/09/2025 01:24:30 UTC | Protopoly | Purchased Blue Cute Tied Top [Asset] | 55 | Success ⓘ | | |
| 01/09/2025 01:23:48 UTC | Maniblox - New UGC Every week | Purchased Cute Plaid Green Crop Top [Asset] | 55 | Failure ⓘ | | |
| 01/09/2025 01:22:13 UTC | vuriae | Purchased Soft Flowy Half up Hair w/ Bow In Blonde [Asset] | 65 | | | |

**Total Time In Game**

| | |
|---|---|
| **Total Time In Game** | 42h 20m 30s (Since 9/13/2017) |
| **Time In Game Last Month** | 0h 41m 27s |
| **Last Activity** | 01/27/2026 00:44:39 UTC |