# EXHIBIT C

**I.    Accessibility of Relevant User Account Information from Roblox:**

| | Available in the Public Domain | Requires Account Log In access | Solely in Roblox's Possession |
|---|---|---|---|
| Account Creation Date | ✓ | | |
| Account deletion/deactivation date | | | ✓ |
| Associated Emails | | ✓ | |
| Associated Phone Numbers | | ✓ | |
| Date of Birth (entered by User) | | ✓ | |
| IP History | | | ✓ |
| Login History | | | ✓ |
| Last Login Date | | ✓ | |
| In-Experience Text Chats | | | ✓ |
| Direct Message Text Chats | | ✓ | |
| Direct Message Text Chats with Blocked Friends | | | ✓ |
| Voice Chats | | | ✓ |

**II.    Accessibility of Relevant User Account Information from Discord:**

| | Available in the Public Domain | Requires Account Log In access | Solely in Discord's Possession |
|---|---|---|---|
| Account Creation Date | | ✓ | |
| Account deletion/deactivation date | | | ✓ |
| Associated Emails | | ✓ | |
| Associated Phone Numbers | | ✓ | |
| Date of Birth (entered by User) | | | ✓ |
| IP History | | | ✓ |
| Login History | | | ✓ |
| Last Login Date | | ✓ | |
| Server Group Text Chats | | ✓ | |
| Direct Message Text Chats | | ✓ | |
| Direct Message Text Chats with Blocked Friends | | ✓ | |
| Call Logs | | ✓ | |
| Voice Chats | | | ✓ |