# EXHIBIT F

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL NO. 3166 |
| | Case No. 25-md-03166-RS |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ROBLOX AND DISCORD USER ACCOUNT INFORMATION ORDER** |

**I.      Purpose**

In this coordinated litigation, individual Plaintiffs may not be able to recall or access their User Accounts associated with the platforms of Defendants Roblox Corporation ("Roblox") and/or Discord Inc. ("Discord") (collectively, "Defendants"). In addition, Defendants are or may be precluded under the Stored Communications Act, 18 U.S.C. §§ 2701 *et seq.*, from producing in this litigation certain information associated with User Accounts without consent. To address these issues, as well as to facilitate the preservation of Plaintiffs' account information and the resolution of Roblox's and Discord's anticipated motions to compel arbitration on a full factual record, the Court has approved the following Procedure as detailed herein in Section III:

A.      Each Plaintiff shall, as soon as possible, provide to Roblox and Discord a Plaintiff User Account ~~Preservation~~ Form ("~~Preservation~~Account Form"), *see* Exhibit A, that contains identifying information that Defendants may use to assist in efforts to identify and preserve a

Plaintiff's and other relevant user accounts.

1.    Following receipt of a Plaintiff's ~~Preservation~~Account Form, Roblox will make a reasonable effort to search for and identify all accounts on its platform that are ~~directly~~ connected to the usernames, phone numbers, and/or email addresses provided by that Plaintiff.

2.    Following receipt of a Plaintiff's ~~Preservation~~Account Form, Discord will make a reasonable effort to search for and identify all accounts on its platform that were created using the Discord IDs, phone number(s), and/or email address(es) provided by that Plaintiff.

3.    ~~Plaintiffs agree that Defendants are not required to search for any additional accounts beyond those described in Paragraphs I.A.1 and I.A.2.~~

B.    Each Defendant will fill out ~~to the best of its ability~~ and provide a User Account Identification Form ("Account Identification Form"),[1] *see* Exhibit B, ~~with~~to each Plaintiff that submits an Account Form that contains certain basic subscriber information[2] about User Accounts ~~located, if any, based on information in sections D, E, and F of the Preservation Form~~ that the Defendant ~~reasonably believes to be~~has reason to believe are or were registered to ~~the~~ Plaintiff based ~~solely~~ on the Defendant's reasonable investigation in this action as described above in Paragraphs I.A.1 and I.A.2.

C.    Thereafter, each Plaintiff shall submit to each Defendant a signed Plaintiff User Account Confirmation and Consent Form ("Account Confirmation Form"), *see* Exhibit C, that (1) confirms whether the User Accounts identified by the Defendant in the Account Identification Form are registered to Plaintiff; (2) consents under the Stored Communications

---

[1] ~~At Roblox and Discord's discretion, each Defendant may also elect to forego completing the User Account Identification Form for each Plaintiff and instead produce the information required in the User Account Identification Form in a compiled format across multiple Plaintiffs or other alternative formats as kept in the ordinary course of business.~~

[2] If a Defendant has reason to believe that it is restricted or prohibited from providing information with respect to any particular Plaintiff in accordance with this Order under applicable law, including international law such as, for example, the European Union General Data Protection Regulation, that Defendant shall meet and confer with counsel for the particular Plaintiff. If the issue cannot be resolved informally, the parties may raise it for consideration by the Court.

Act for the Defendant to disclose user account information for those User Accounts; and (3) confirms that the signatory has the legal authority to consent to such disclosure for those User Accounts.

D. After receiving lawful consent for disclosure, through a signed Account Confirmation Form, Roblox and Discord will make available to the Plaintiff the corresponding Roblox and Discord User Account Data Download.

Plaintiffs and their attorneys verify that they have no present intention to seek a Rule 30(b)(6) deposition (or any other formal discovery), a Rule 26(f) conference, or a Rule 26(f) report before the Court orders that discovery is open in this MDL for all purposes. Roblox and Discord agree to negotiate initial discovery-related orders with Plaintiffs (e.g., a Protective Order, ESI Protocol, Rule 502(d) order, and Order governing the production of Child Sexual Abuse Material (CSAM)), and in connection with those negotiations, to share ESI-related information (such as sources of relevant discovery) informally with Plaintiffs. These agreements are without prejudice (1) to Roblox and Discord's position that discovery should be stayed pending the resolution of Defendants' motions to dismiss or (2) to Plaintiffs' position that discovery should not be stayed, and the Parties reserve all rights and arguments in that regard.

1. For any case selected as a bellwether for a motion to compel arbitration, Roblox and Discord shall provide a supplemental User Account Data Download at the time they file their motion respective motions to compel arbitration, to the extent the previously produced download does not reflect the account data as of the filing date.

Nothing in this Order shall affect the Parties' discovery obligations. This Order shall not provide Plaintiffs a basis to conduct discovery into any issue or process it addresses. Furthermore, Plaintiffs' compliance with this Order, including attempts to log in to their User Account or use Defendants' publicly available tools to download their User Accounts for preservation purposes, shall not constitute an admission, waiver, estoppel, or concession regarding control of any account, consent, contractual assent, or ratification or enforceability of the terms of service, or any applicable contract, including arbitration provisions. Furthermore, no Defendant shall be required to produce in this litigation any data that it is or may be

prohibited from disclosing without consent under the Stored Communications Act, unless the Plaintiff has first identified those accounts in a signed Preservation Form (Exhibit A) and provided lawful consent for disclosure through a signed Account Confirmation Form (Exhibit C).

**II.    Definitions**

    A.    "User" means a Plaintiff who alleges that they suffered injuries related to their use of Defendants' platforms.

    B.    "User Account" means an account registered to a User on one of Defendants' platforms. For clarity, an account is not a User Account under this Order merely because a Plaintiff has accessed the account without it being registered to the Plaintiff.

    C.    "User Account Data Download" means a download of information associated with a User Account similar to the publicly available "Right to Access" data download tool provided by Roblox for this purpose, and the publicly available "Request Data" tool provided by Discord for this purpose.

**III.    Procedure:**

    A.    Account Confirmation and Consent by Plaintiffs:

        1.    ~~Preservation~~Account Forms Provided by Plaintiffs: Each Plaintiff shall[~~3~~2] provide to Defendants information to facilitate the preservation of Plaintiff and relevant third-party user accounts in the ~~Preservation~~Account Form, attached as **Exhibit A**.

            a)    Method of Providing ~~Preservation~~Account Forms: ~~Preservation~~Account Forms shall be submitted to Defendants in a manner agreed upon by the Parties.

            b)    Timing of ~~Preservation~~Account Forms: Each Plaintiff shall submit ~~a Preservation~~an Account Form completed to the best of their ability ~~on the same day the Plaintiff files~~within 14 days of filing a Complaint. For any Plaintiff who has already filed a Complaint, ~~a Preservation~~an Account Form

---

[~~3~~2] If a Plaintiff fails to provide ~~a Preservation~~an Account Form, Defendants have no obligation to comply with the remaining provisions of this Order. Defendants reserve their right to seek other relief in the event a Plaintiff fails to provide ~~a Preservation~~an Account Form as required by this Order.

shall be filed within 14 days of entry of this Order. Nothing in this Order prevents Plaintiffs from submitting to Defendants an Account Form at an earlier date, and Plaintiffs have the option to submit to Defendants ~~a Preservation~~an Account Form prior to filing a case.

c) Duty to Correct and Supplement: If a Plaintiff or their counsel learns that information provided in the ~~Preservation~~Account Form is inaccurate or incomplete, they must promptly amend the ~~Preservation~~Account Form and name it accordingly ("First Amended ~~Preservation~~Account Form," "Second Amended ~~Preservation~~Account Form," etc.).

~~d) No Claim of Spoliation: To the extent Plaintiffs provide identifying information for different or additional accounts through an amended Preservation Form, and Defendants can use that information to identify additional accounts, Plaintiffs shall not argue that, by virtue of having not preserved those accounts earlier, Defendants spoliated evidence.~~

2. Account Identification Forms Provided by Defendants: Each Defendant shall[43] submit to each Plaintiff an Account Identification Form (**Exhibit B**) that provides certain basic subscriber information for user accounts that the Defendant has reason to believe are or were registered to that Plaintiff ~~based on sections D, E, and F of the Plaintiff's complete Preservation Form.~~. The information provided in the Account Identification Form, which is attached as **Exhibit B**, is to assist a Plaintiff in determining whether an identified user account is registered to Plaintiff. For purposes of this Order, a Defendant "has reason to believe" an account was registered to a Plaintiff if, based on information reasonably available to the Defendant at the time, Defendant has identified that account as potentially associated with a Plaintiff using the Defendant's individual process for identifying accounts for purposes of this

---

[43] If a Defendant fails to provide an Account Identification Form, Plaintiff(s) has no obligation to comply with the remaining provisions of this Order. Plaintiffs reserve their right to seek other relief in the event a Defendant fails to provide an Account Identification Form as required by this Order.

Action.

    a)    <u>Method of Providing Account Identification Forms</u>: Defendants shall provide the Account Identification Forms to Plaintiffs in a manner agreed upon by the Parties.

    b)    <u>Timing of Providing Account Identification Form</u>: Each Defendant shall submit an Account Identification Form for each Plaintiff no later than ~~45~~<u>14</u> days after Plaintiff's submission of the ~~Preservation~~<u>Account</u> Form. If a Plaintiff amends ~~a Preservation~~<u>an Account</u> Form, Defendants shall have ~~45~~<u>14</u> days after submission of the amended ~~Preservation~~<u>Account</u> Form. If a Defendant requires more time to complete this identification for a particular Plaintiff, ~~the Defendant will notify Plaintiff's counsel so that the parties can meet and confer about extensions needed.~~ <u>a Defendant may request a seven-day extension of the deadline to provide an Account Identification Form from counsel for Plaintiff, who shall not unreasonably withhold consent to a good faith request.</u>

    c)    <u>Duty to Correct and Supplement</u>: If a Defendant or their counsel learns that the information contained in the Account Identification Form is inaccurate or incomplete regardless of whether the ~~Preservation~~<u>Account</u> Form has been amended by a Plaintiff, Defendants must promptly inform Plaintiff and submit an amended Account Identification Form named accordingly ("First Amended Account Identification Form," "Second Amended Account Identification Form," etc.). If Plaintiff submits an Amended ~~Preservation~~<u>Account</u> Form that does not result in any corrections or additions to the Account Identification Form, Defendants shall notify Plaintiff of such within the timeframe identified in Section III.A.2.b.

3.    <u>Account Confirmation Form Provided by Plaintiffs</u>: Each Plaintiff shall submit to each Defendant a signed Account Confirmation Form, attached as **Exhibit C**, that

identifies which user accounts are registered to Plaintiff, ~~and which user accounts for Roblox and/or Discord registered to Plaintiff are inaccessible (if any) despite Plaintiff's good faith and reasonable efforts. A user account is "inaccessible" under this Order and for purposes of the Account Confirmation Form if a Plaintiff is unable to access it and is unable to regain access by using the processes each Defendant makes publicly available to users to regain access to their accounts. Before identifying a User Account as inaccessible, a Plaintiff must make reasonable and good-faith efforts to regain access to the account using the processes each Defendant makes publicly available to users to do so, and using the information provided by Defendants through Account Identification Forms, where applicable. By way of example and not limitation, if a Plaintiff has forgotten the password to an account but retains access to the email address used to register the account, they must attempt to reset their password using that email address.~~.

a)   Method of Providing Account Confirmation Form: Plaintiffs shall complete and submit the User Account Confirmation Forms in a manner agreed upon by the Parties.

b)   Timing of Providing Account Confirmation Form: Each Plaintiff shall submit an Account Confirmation and Consent Form for each Plaintiff within 14 days of receiving an Account Identification Form or amendment thereto from Defendants in a manner agreed upon by the Parties.

c)   Duty to Correct and Supplement: If a Plaintiff or their counsel learns that information provided on the ~~Preservation~~Account Form is inaccurate or incomplete, they must promptly inform Defendants and submit a corrected Account Confirmation Form. If a Plaintiff or their counsel learns that an account that they believed was registered to them on the Account Confirmation Form is not actually registered to them, they shall inform Defendants and immediately delete the User Account Data Download

provided to them for that account and any copies thereof or work product derived therefrom.

B.    Account ~~Retrieval~~Review by Defendants: After receiving a completed and signed Account Confirmation Form or amendment thereto as provided for in Section III.A.3, each Defendant shall undertake the following steps:

1.    For accounts not identified as registered to a Plaintiff on the Account Confirmation Form, Defendants need not take further action under this Order.

2.    For Roblox and Discord User Accounts that a Plaintiff identifies on the Account Confirmation Form as registered to that Plaintiff, ~~regardless of accessibility of that account,~~ Roblox and Discord shall undertake the process described in Section III.C.

C.    Provision of User Account Data Downloads: For each Roblox or Discord User Account identified in the Account Confirmation Form or amendment thereto as registered to that Plaintiff,  the Defendant on whose platform the account is located will, within ~~45~~14 days of receiving a completed Account Confirmation Form from a Plaintiff, provide to that Plaintiff a User Account Data Download, if any, for each User Account associated with the usernames identified under Section III.A.1. If a Defendant requires more time to complete this process for a particular Plaintiff, ~~the Defendant will notify Plaintiff's counsel so that the parties can meet and confer about extensions needed.[5]~~Defendant may request a seven-day extension of the deadline to provide a User Account Data Download from counsel for Plaintiff, who shall not unreasonably withhold consent to a good-faith request.[4]

1.    Each Defendant may (in its sole discretion) send an email to the email address(es) associated in its systems with the accounts defined in Section III.A.3 stating that a plaintiff in litigation has claimed they are the registered accountholder, that a

---

~~[5] If a Defendant objects to the sufficiency or accuracy of the information provided for any user account in the Account Confirmation and Consent Form, that Defendant will meet and confer with counsel for the particular Plaintiff. If the issue cannot be resolved informally, the parties may raise it for consideration by the Court.~~

[4] If a Defendant objects to the sufficiency or accuracy of the information provided for any user account in the Account Confirmation and Consent Form, that Defendant will meet and confer with counsel for the particular Plaintiff. If the issue cannot be resolved informally, the parties may raise it for consideration by the Court.

download of data from the account will be provided to that plaintiff, and providing an opportunity for the holder of the email address(es) to object and state that the account is not registered to any plaintiff in litigation. If a Defendant receives, within seven (7) days of sending the email, such a response, the Defendant shall inform Plaintiff and shall not be obligated to provide the User Account Data Download for that account to Plaintiff. However, Defendant shall not withhold production of User Account Data solely based on an objection. If an objection is received, the Parties shall promptly meet and confer regarding appropriate resolution. Defendant shall preserve the User Account Data pending resolution. If the parties are unable to resolve an objection within fourteen (14) days, Defendant shall either produce the User Account Data Download or seek relief from the Court. A Defendant may not withhold production indefinitely based on an unresolved objection.

2. Method of Providing Download: Defendants may provide this User Account Data Download or another means of reasonably accessing the account data to a Plaintiff in the form of a link, secure file transfer, or other electronic means permitting the Plaintiff to retrieve a file containing the download using the link. The link, secure file transfer, or other electronic means need not remain operative for longer than 60 days from when it is provided to a Plaintiff. For clarity, Defendants are not required to produce User Account Data Downloads to Plaintiffs using the processes or specifications appropriate for producing documents in formal discovery. If technologically feasible, the download file, link, or other method of providing the User Account Data Download shall be provided by Defendants to Plaintiffs.

3. Consent as required by Stored Communications Act:

a) Defendants shall not be required to provide a User Account Data Download unless the User and, if the user is a minor or is deceased, a parent or legal guardian, has provided consent through the Account Confirmation Form under the Stored Communications Act, 18 U.S.C. § 2702(b)(3), for Defendants to

divulge the contents of the User Account Data Downloads to counsel for Defendants and Plaintiffs for purposes of this Action. By executing the Account Confirmation Form, a Plaintiff and, if the user is a minor, a parent or legal guardian, consents to the disclosure of their data within the meaning of the Stored Communications Act, 18 U.S.C. § 2702(b)(3). A Defendant's disclosure of User Account Data Download to a Plaintiff pursuant to the terms of this Order is a disclosure compelled by this Order, on which Defendants rely in good faith.

b)    The Court expressly finds that the process outlined in this order satisfies the consent requirement of the Stored Communications Act and that any User Account Data Download provided by a Defendant pursuant to the process set forth in this Order is made "with the lawful consent of the originator or an addressee or intended recipient of such communication" pursuant to § 2702(b)(3).

**IT IS SO ORDERED.**

Dated: _____

AJAY S. KRISHNAN
United States Magistrate Judge



# ~~EXHIBIT A~~

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL NO. 3166<br><br>Case No. 25-md-03166-RS |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFF USER ACCOUNT ~~PRESERVATION~~ FORM** |

The Plaintiff User named below submits this Plaintiff User Account ~~Preservation~~ Form ("~~Preservation~~Account Form"), by and through their undersigned counsel, after reasonable investigation. In completing the ~~Preservation~~Account Form, you must provide information that is true and correct to the best of your knowledge based upon your investigation. The Account Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. This information is Confidential pursuant to the Protective Order that has been or will be entered by the Court ~~and is being provided solely for preservation purposes~~. Information provided in this form will only be used for purposes related to this litigation. This form is completed pursuant to the Federal Rules of Civil Procedure governing discovery. Completion of this Form, and any information provided herein, shall not constitute and shall not be used as evidence of assent to, ratification of, or agreement with any terms of service or similar contract of any Defendant, including any arbitration provision, nor as a waiver or concession regarding the enforceability of any such terms.

~~D~~A.    Plaintiff User's full name and corresponding Case Number (Jurisdiction):

_____

_____

_____

~~E~~B.    Date of birth:_____

_____

~~F~~C.    For any Plaintiff User who is a minor, the full name of the Plaintiff's legal representative or guardian ad litem ("Representative") with authority to consent to the preservation of information and to receive information on the minor Plaintiff's behalf is:[~~6~~5]

_____

~~G~~D.    Any phone number(s) that may have been used by Plaintiff User to create an account on a Defendant's platform:

_____

~~H~~E.    Any email address(es) that may have been used by Plaintiff User to create an account on a Defendant's platform:

_____

~~I~~F.    Known account username(s) used by Plaintiff User on Defendants' platforms:

• Roblox account usernames used:

_____

• ~~Instagram account username(s) (handles) and/or URL link~~Discord ID(s) used:

_____

• ~~Snapchat account username(s) used:~~

_____

• ~~Discord ID(s) used:~~

_____

[~~6~~5] To the extent the Court has appointed a guardian ad litem to represent the Plaintiff in this action at the time this form is transmitted, Plaintiff will attach the Court's order to this form.

G.    Other identifying information that Plaintiff User wishes to provide that Defendants may be able to use to identify a Plaintiff User's account(s) (e.g., device ID(s), internet service provider, public facing IP address(s)):

_____

_____

JH.    To the extent Plaintiff User's claims are predicated on Plaintiff's use of any Defendant's platform via an account opened and used primarily by a user other than the Plaintiff User, the full legal name of the third party.

_____

_____

KI.    To the extent Plaintiff identifies any third party in response to Question GH, identify:

| Name | Defendant Platform accessed | All known account identifying information by platform (e.g., email address, phone number, URL, username or "handle", Discord ID) | Relationship of Plaintiff to third-party account holder | Estimated time period(s) during which Plaintiff used the third-party account |
|---|---|---|---|---|
| | | | | |
| | | | | |

LJ.    To the extent any of the following information is known about the alleged third-party perpetrator, identify the following:

| Name of the third-party perpetrator | Platform(s) on which the alleged misconduct occurred | All known account identifying information by platform (e.g., email address, phone number, URL, username or "handle," Discord ID) |
|---|---|---|
| | | |
| | | |

~~M~~K.    To the extent there was a report and/or investigation to any law enforcement entity relating to Plaintiff's claims, provide the following information, if known:

| Name | Location of the law enforcement agency (city, state) | Name and contact information of assigned law enforcement officer/detective | Law enforcement complaint, report and/or investigation file number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Plaintiff reserves the right to supplement or amend this ~~Preservation~~<u>User Account</u> Form as provided in the User Account Information Order.

# EXHIBIT B

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL NO. 3166 |
| | Case No. 25-md-03166-RS |
| This Document Relates to: | **USER ACCOUNT IDENTIFICATION FORM** |
| ALL ACTIONS | |

This User Account Identification Form ("Account Identification Form") is to be completed by Defendants in response to ~~and on reliance on a complete~~ Plaintiff User Account ~~Preservation~~ Form ("~~Preservation~~Account Form").[7] In completing this Account Identification Form, each Defendant must provide information that is true and correct to the best of its knowledge based upon its reasonable investigation ~~as defined in the Roblox and Discord User Account~~, including by review of documents or materials in its or its attorneys' custody or possession. The information Plaintiff provided in the Account Form should be considered in completing this User Identification ~~Order~~Form. If the requested information ~~is unknown, not applicable, or not reasonably obtainable~~does not apply to a Defendant, the Defendant may answer "~~Unknown" or "~~N/A." If the requested information is no longer available or Defendant is unable to locate it, the Defendant shall identify what User Account data is no longer available due to Defendants' retention policies and when it became unavailable.  The Account Identification Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. The information is Confidential pursuant to the Protective Order that has been or will be entered by the Court. Information provided in this Form will only be used for purposes related to this litigation.  This Account Identification Form is completed pursuant to the Federal Rules of Civil Procedure governing discovery and upon discovery of supplemental information responsive to this Form it must be supplemented within a

---

[7] ~~At Roblox and Discord's discretion, each Defendant may also elect to forego completing the User Account Identification Form for each Plaintiff and instead produce the information required in the User Account Identification Form in a compiled format across multiple Plaintiffs or other alternative formats as kept in the ordinary course of business.~~

reasonable time period.

This Account Identification Form pertains to the following Plaintiff User:

_____

Plaintiff Name: _____

Date that this Account Identification Form was completed:

~~_____~~ _____

Defendant:_____

**A.**     **User accounts identified by Plaintiff in the Account Form.**

| **Username** |
|---|
|  |
|  |

**B.**     **User accounts that Defendant ~~based on information in Sections D, E, and F of the Preservation~~ has reason to believe may be associated with Plaintiff that were not identified by Plaintiff in the Account Form~~:~~**

~~Username:~~

~~User ID or Discord ID:~~

~~Name Associated with Account:~~

~~Associated Email Address(es):~~

~~Associated Phone Number(s):~~

~~Account Creation Date:~~

~~Account Deletion Date:~~

~~Last Login Date:~~

| **Username** |
|---|
|  |
|  |

**C.**     **For any alleged perpetrator identified, provide the following basic subscriber information for that alleged perpetrator's account:**

| **Account** | **Associated** | **Associated** | **Date of** | **Date of** | **IP** | **Date of last login** |
|---|---|---|---|---|---|---|

17

-

| Username | email addresses | phone numbers | account creation | birth associated with the account | history | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**D.**     **For any third party identified associated Plaintiff's use, provide the following basic subscriber Information for that third party's account:**

| Account Username | Associated email addresses | Associated phone numbers | Date of account creation | Date of birth associated with the account | IP history | Date of last login |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**E.**     **To the extent Defendant has identified and preserved any text chat history relating to any User Accounts of the User Accounts identified in A, B , C, and D, provide the following information:**

| Account Username | Text chat history preserved (Y/N) | Date range of text chat history preserved | Identify whether any text chats may have been discarded under Defendants retention policy (Y/N) | If some text chat history is no longer available due to Defendants retention policy, identify when they would have last been available |
|---|---|---|---|---|
| | | | | |
| | | | | |

**F.**     **To the extent Defendant has identified and preserved any voice chat history relating to any of the User Accounts identified in A, B , D and E, provide the following information:**

| Account Username | Voice chat history preserved (Y/N) | Date range of voice chat history preserved | Identify whether any voice chats may have been discarded under Defendants retention policy (Y/N) | If some voice chat history is no longer available due to Defendants retention policy, identify when they would have last been available |
|---|---|---|---|---|
| | | | | |
| | | | | |

# EXHIBIT C

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL NO. 3166 |
| | Case No. 25-md-03166-RS |
| This Document Relates to:<br><br>ALL ACTIONS | **USER ACCOUNT CONFIRMATION AND CONSENT FORM FOR ROBLOX AND DISCORD** |

The Plaintiff User named below (and, if the Plaintiff User is a minor or is deceased, the parent or legal guardian of the Plaintiff User, or the administrator or executor of the deceased Plaintiff User's estate) submits this User Account Confirmation and Consent Form ("Account Confirmation Form") pursuant to the User Account Information Order entered in this action. This Form is executed solely for purposes of complying with the User Account Information Order and to facilitate disclosure under the Stored Communications Act. Execution of this Form, and any statements made herein, shall not constitute and shall not be used as evidence of assent to, ratification of, or agreement with any terms of service, user agreement, or similar contract, including any arbitration provision, nor as an admission regarding consent, contractual intent, or enforceability of any such terms.

A.    Plaintiff User.  This form pertains to ___[Name]_____, who alleges that they were

injured by their use of [List all applicable Defendants] platforms and brings claims in [Case No.].

~~O~~B.    Confirmation of Accounts.  By completing this Form, the Plaintiff User confirms that: (i) the accounts for which "Yes" is selected in the "Registered to Plaintiff User?" column are accounts for which the Plaintiff User is the registered account holder, and (ii~~) the Roblox and Discord accounts, where applicable, for which "No" is selected in the "Account is Accessible?" column are accounts registered to the Plaintiff User and are inaccessible to the Plaintiff User notwithstanding reasonable and good-faith efforts to regain access, and (iii~~) the accounts for which "No" is selected in the "Registered to Plaintiff User?" column are accounts not registered to the Plaintiff User.

| Username ~~[Imported from Account List]~~ | Registered to Plaintiff User? ~~[Yes, No]~~ | ~~Account is Accessible? [Yes, No]~~ |
|---|---|---|
| | | |
| | | |

~~P~~C.    Consent to Disclose Account Contents – Plaintiff User Is Not Deceased. For any Roblox or Discord Username identified above as registered to Plaintiff User, and Plaintiff User is not deceased, Plaintiff User must complete and sign the following to consent to the disclosure of the contents of Plaintiff's User Account.

I, _____, am the registered account holder of the accounts, listed by username, for which I selected "Yes" in the "Registered to Plaintiff User?" column.  I have reviewed all information, including basic subscriber information, regarding each of these accounts provided in the User Account Identification Form ("Account Identification Form"), and I have a good-faith belief that I am the registered account holder for all accounts so-identified herein.

I expressly and voluntarily consent to [Defendant]'s disclosure of the data and information associated with those accounts in its public account data download tool, or

substantially similar tools, to counsel for Defendants and counsel for the Plaintiff User in the above-captioned litigation. I agree that this consent form satisfies 18 U.S.C. § 2702(b)(3), which authorizes Defendants to divulge the contents of communications with the lawful consent of the originator or addressee or intended recipient of such communications.

I, _____, affirm that the foregoing is true and correct. Executed on _____.

By:   _____

Plaintiff User

QD.   Consent of Parent or Guardian (or the Administrator or Executor of a Deceased Plaintiff User's Estate) to Disclose Account Contents – Plaintiff User is a Minor and/or is Deceased.  If Plaintiff User is a minor and/or deceased, for any Roblox or Discord Username identified above as registered to Plaintiff User, a parent or legal guardian must complete and sign the following to consent to the disclosure of the contents of the user account associated with that username.

I, _____, am the parent or legal guardian of the Plaintiff User named above or the administrator or executor of the Plaintiff User's estate.  I expressly and voluntarily consent to [Defendant]'s disclosure of the data and information associated with those accounts in its public account data download tool, or substantially similar tools, to counsel for Defendants and counsel for the Plaintiff User in the above-captioned litigation.

I have reviewed all information readily available to me regarding each of these accounts provided in the Account Identification Form and I have a good-faith belief that the minor or decedent user is the registered account holder for all accounts so-identified herein.

To the extent that the Stored Communications Act applies, I agree that this consent form satisfies 18 U.S.C. § 2702(b)(3), which authorizes Defendants to divulge the contents of communications with the lawful consent of the originator or addressee or intended recipient of

-22-

such communications.

I, _____, affirm that the foregoing is true and correct. Executed on

_____.

By:        _____

Plaintiff User's Parent or Guardian

| Summary report: Litera Compare for Word 11.10.1.2 Document comparison done on 4/1/2026 1:56:49 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Roblox_Discord Revs. 3.12 2026.02.24_DRAFT Proposed User Account Information Order and A-C.docx | |
| **Modified filename:** 04.01 Pls Clean Exhibit A (Plaintiffs Proposed UAIO) (002).docx | |
| **Changes:** | |
| Add | 147 |
| Delete | 138 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 7 |
| Table Delete | 8 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 300 |