UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

All actions per attached Ex. A          ,

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Hoekstra          , an active member in good standing of the bar of Louisiana                          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff                    in the above-entitled action. My local co-counsel in this case is waived persuant PTO 1          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: Not Applicable          .

| 17 E. Main St., Ste 200, Pensacola, FL 32502 | waived per PTO 1 [Dkt. 2] |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 850-202-1010 | waived per PTO 1[Dkt. 2] |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jhoekstra@awkolaw.com | waived per PTO 1[Dkt. 2] |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: LA 31476          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1      times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/2/2026

Jennifer Hoekstra
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer Hoekstra is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  April 3, 2026



UNITED STATES MAGISTRATE JUDGE

Judge Richard Seeborg

United States District Court
Northern District of California

**IN RE: ROBLOX CORPORATION**                    **MDL No. 3166**
**CHILD SEXUAL EXPLOITATION A ND**
**ASSAULT LITIGATION**

## **EXHIBIT A**

*MARY DOE v. ROBLOX CORPORATION, ET AL.,* C.A. No. 26-cv-00297

### Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

Ms. Jennifer Mae Hoekstra
_____

whose address is_____17 E Main St_____

Pensacola, FL 32502
_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____24th_____day of _____April_____,____2008____.

Given over my hand and the Seal of the Louisiana State Bar Association, this____23rd_____

day of_____March_____,____2026____.

_____

*Executive Director*
*Louisiana State Bar Association*