UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No. 25-md-03166-RS |
| ――――――――――――――――― | **AMENDED ORDER REGARDING APPOINTMENTS OF GUARDIANS AD LITEM** |
| This document relates to: | |
| ALL ACTIONS | **DKT NOS. 268, 162 AND 213** |

The Court corrects its prior order, Dkt. 268, and amends Dkts. 162 and 213 in light of the volume of Guardian Ad Litem applications received in order to preserve judicial efficiency.

1.    Moving forward, all individual Plaintiffs who are "minors," i.e., lacking the capacity to sue in the state where they are domiciled, shall, within 30 days of filing or transfer, whichever is later, submit to Plaintiffs' Liaison Counsel, (a) an Ex Parte Application for Appointment of Guardian Ad Litem ("Application") substantially in the form of Attachment A, or (b) an order demonstrating that a guardian, conservator, or other representative authorized to represent the minor's interest in this case has already been appointed by a state or federal court. Applications for plaintiffs proceeding pseudonymously shall be submitted on a confidential basis for filing under seal. Applications for plaintiffs not proceeding pseudonymously may be filed publicly.

2.    The Application requires the following information be submitted under penalty of perjury:

a. The applicant's name and contact information (including address, email, and telephone number);

United States District Court
Northern District of California

b. The name, case number, state of domicile (and its minimum age of capacity), date of birth, and attorney of record of the minor plaintiff whom the applicant seeks to represent;

c. The applicant's relationship to the minor plaintiff (e.g., parent or legal guardian, or a statement of the applicant's relationship to the minor plaintiff); and

d. A statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person.

3.    **By the first of every month** Plaintiffs' Liaison Counsel shall compile the completed Applications and/or orders **submitted to Liaison's Counsel over the last 30 days** and submit them to the Court for consideration in a Consolidated Ex Parte Application for Appointment of Guardian Ad Litem ("Consolidated Ex Parte Application"). For Plaintiffs proceeding under pseudonym, all identifying information in the Application shall remain under seal and the Court's order appointing the guardian ad litem shall use only the Plaintiffs' designated pseudonyms. The Consolidated Ex Parte Application may be filed under seal without an administrative motion to seal.

4.    Applications submitted by parents or legal guardians shall be deemed presumptively approved upon filing. Nothing in this Order shall preclude any Defendant from later moving to challenge, modify, or revoke the appointment of a guardian ad litem upon a showing of good cause, including the existence of an actual or potential conflict of interest.

5.    Absent the filing of an objection, the presumptive approval shall become final 15 days after the Consolidated Ex Parte Application is filed. Plaintiffs' Liaison Counsel shall provide a consolidated proposed order to the Court appointing those approved applicants. 6. For applicants who are not the minor plaintiff's parent or legal guardian, the Application shall be taken under consideration by the Court. Any objection must be filed within 15 days of the filing of the Consolidated Ex Parte Application. 7. Should a minor plaintiff not propose a guardian ad litem within 30 days of this Order, Plaintiffs' Liaison Counsel shall work with counsel for the minor plaintiff and/or the Court to identify a suitable candidate. *See Anthem Life Ins. Co. v. Olguin*, 2007

United States District Court
Northern District of California

CASE NO. 25-md-03166-RS

WL 1390672, at *2 (E.D. Cal. May 9, 2007) ("If a close relative is unavailable and the child has no conflict-free general representative, the court may appoint a friend of the plaintiff or his family, a professional who has worked with the child, or in desperate circumstances, a stranger whom the court finds to be especially suitable for representing the child's interests.").

**IT IS SO ORDERED**.

Dated:  April 3, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

**Attachment A**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No. 3:25-md-03166-RS<br><br>MDL No. 3166 |
| This Document Relates to:<br><br>[SPECIFIC CASE CAPTION] | **EX PARTE APPLICATION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the undersigned Applicant hereby seeks an appointment as a guardian ad litem in this litigation.

1.    Guardian *Ad Litem* Applicant Name:

2.    Pseudonym for Guardian *Ad Litem*:

3.    Applicant Contact Information:

    a.    Address:

    b.    Telephone number:

    c.    Email:

4.    The Applicant seeks to represent the interests of the following plaintiff (referred to hereinafter as "Minor Plaintiff") in the above-captioned litigation:

a.      Name:

b.      Pseudonym for Minor Plaintiff:

c.      State of Domicile:

d.      Minimum Age of Capacity to Sue in State of Domicile:

e.      Date of Birth:

f.      Case Number:

g.      Attorney of Record:

5.      The Minor Plaintiff is a minor without the capacity to sue pursuant to the laws of their state of domicile.

6.      The Minor Plaintiff has no other appointed guardian or conservator of their estate authorized to act on their behalf in this litigation.

7.      The Court should appoint a guardian ad litem pursuant to the Court's Order Regarding Appointments of Guardian *Ad Litem*.

8.      The applicant and proposed guardian *ad litem* has the following relationship to the Minor Plaintiff they are seeking to represent (*select one*):

a.      ☐ Parent

b.      ☐ Legal Guardian

c.      ☐ Not Related (*explain relationship*):

9.      The Applicant is fully competent and qualified to understand and protect the rights of the person they will represent and has no interests adverse to the Minor Plaintiff, or, if any potential conflicts exist, fully discloses them herein. *(If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed*.)

Submitted by:

Date: _____

_____
Attorney Name (Printed)

_____
Attorney Signature

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

EX PARTE APPLICATION AND [PROPOSED]
ORDER FOR APPOINTMENT OF GUARDIAN *AD
LITEM* | CASE NO. 3:25-MD-03166-RS

**APPLICANT DECLARATION**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Date: _____

_____                    _____
Applicant Name (Printed)                                              Applicant Signature

**CONSENT TO ACT AS GUARDIAN *AD LITEM***

I consent to the appointment of guardian *ad litem* under the above petition.

Date: _____

_____                    _____
Applicant Name (Printed)                                              Applicant Signature

**[Proposed order appointing guardian *ad litem* filed separately as public record]**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

EX PARTE APPLICATION AND [PROPOSED]
ORDER FOR APPOINTMENT OF GUARDIAN *AD
LITEM* | CASE NO. 3:25-MD-03166-RS