COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **DEFENDANT ROBLOX CORPORATION'S NOTICE OF ERRATA RE: ECF NO. 270-6** |
| ALL ACTIONS | Judge Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF ERRATA
3:25-MD-03166-RS

**<u>NOTICE OF ERRATA</u>**

It has come to the attention of Defendant Roblox Corporation ("Roblox") that Exhibit F to the Joint Discovery Letter Brief Regarding User Account Information Dispute (the "Joint Letter Brief") filed with this Court on Thursday, April 2, 2026 (*see* ECF No. 270-6) inadvertently contained redlining errors.  Attached hereto is a corrected version of Exhibit F that corrects those errors.

Dated:  April 7, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas

Attorneys for Defendant
ROBLOX CORPORATION