**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROBLOX CORPORATION
CHILD SEXUAL EXPLOITATION
AND ASSAULT LITIGATION

All actions per attached Ex. A

Case No. 3:25-md-3166-RS

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE**

I, Lindsey Powell, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Plaintiffs in the above-titled action.  The requirement of local co-counsel is waived in this case per PTO (Dkt. No. 1), and local co-counsel's bar number is not needed.

My contact information of record is as follows:

345 West Washington Ave. #300
Madison, WI 53703
(608) 394-6750
lpowell@zimmercitronclarke.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.  My bar number is: 1067531. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted pro hac vice admission by the Court at any time in the twelve months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 9, 2026                                    s/ Lindsey Powell
                                                        APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Lindsey Powell</u> is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers upon, and communication with, local counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Samuel A. Christensen
Clerk

# CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

## LINDSEY POWELL

was admitted to practice as an attorney within this state on December 13, 2007 and is presently in good standing in this court.

Dated: March 18, 2026

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court

IN RE: ROBLOX CORPORATION CHILD SEXUAL
EXPLOITATION AND ASSAULT LITIGATION

MDL No. 3166

## EXHIBIT A

*A.W. et al. v Roblox Corporation et al.*, 3:26-cv-02266 (N.D. Cal.) (*AW-0001*)