UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

All actions per attached Ex. A

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexandra Walsh , an active member in good standing of the bar of District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is waived per PTO [Dkt. No. 1] , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A .

14 Ridge Square NW, Suite 342
Washington, DC 20016
MY ADDRESS OF RECORD

(202) 780-3014
MY TELEPHONE # OF RECORD

awalsh@anapolweiss.com
MY EMAIL ADDRESS OF RECORD

Waived per PTO [Dkt. No. 1]

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

N/A
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

N/A
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 490484 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/13/2026

Alexandra Walsh

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alexandra Walsh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

IN RE: ROBLOX CORPORATION CHILD SEXUAL      MDL No. 3166
EXPLOITATION AND ASSAULT LITIGATION


**EXHIBIT A**


Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc. 3:26-cv-00297 (N.D. Cal.)

Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc. 3:25-cv-07686 (N.D. Cal.)

Joseph Doe, as next friend of minor Plaintiff, John Doe, v. Roblox Corporation and Does 1- 50, inclusive; 3:25-cv-07899-RS (N.D. Cal.)

Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc. 3:25-cv-07291 (N.D. Cal.)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Alexandra M Walsh*

*was duly qualified and admitted on December 12, 2005 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 09, 2026.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*