UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION
CHILD SEXUAL EXPLOITATION AND
ASSAULT LITIGATION

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael X. Imbroscio , an active member in good standing of the bar of

USDC for the District of Columbia , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Meta Platforms, Inc. in the

above-entitled action. My local co-counsel in this case is N/A , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: .

One City Center
850 Tenth Street, NW
Washington, DC 20001

MY ADDRESS OF RECORD

Waived per PTO (Dkt. No. 1)

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 662-5694

MY TELEPHONE # OF RECORD

N/A

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mimbroscio@cov.com

MY EMAIL ADDRESS OF RECORD

N/A

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 445474 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/9/2026

Michael X. Imbroscio

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Michael X. Imbroscio__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 14, 2026



UNITED STATES MAGISTRATE JUDGE

Judge Richard Seeborg

United States District Court
Northern District of California



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Michael X Imbroscio

*was duly qualified and admitted on February 6, 1995 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on January 14, 2026.**

*JULIO A. CASTILLO*
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*