UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

All actions per attached Ex. A

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexandra Walsh, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is waived per PTO [Dkt. No. 1], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: N/A.

14 Ridge Square NW, Suite 342
Washington, DC 20016
MY ADDRESS OF RECORD

(202) 780-3014
MY TELEPHONE # OF RECORD

awalsh@anapolweiss.com
MY EMAIL ADDRESS OF RECORD

Waived per PTO [Dkt. No. 1]

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

N/A
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

N/A
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 490484.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/13/2026

Alexandra Walsh
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alexandra Walsh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 14, 2026



UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

IN RE: ROBLOX CORPORATION CHILD SEXUAL      MDL No. 3166
EXPLOITATION AND ASSAULT LITIGATION

## **EXHIBIT A**

Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc. 3:26-cv-00297 (N.D. Cal.)

Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc. 3:25-cv-07686 (N.D. Cal.)

Joseph Doe, as next friend of minor Plaintiff, John Doe, v. Roblox Corporation and Does 1- 50, inclusive; 3:25-cv-07899-RS (N.D. Cal.)

Mary Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc. 3:25-cv-07291 (N.D. Cal.)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## Alexandra M Walsh

was duly qualified and admitted on December 12, 2005 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 09, 2026.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*