*[Parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 25-md-03166-RS |
| This Document Relates to: | **STIPULATION AND [PROPOSED] INSTAGRAM AND SNAP USER ACCOUNT INFORMATION ORDER** |
| ALL ACTIONS | |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants Meta Platforms, Inc., and Snap Inc. (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, the Parties have negotiated and agreed to an Instagram and Snap User Account Information Order.

**THEREFORE**, the Parties stipulate and respectfully request that the Court enter the [Proposed] Instagram and Snap User Account Information Order.

3470570.1

Dated:  April 15, 2026                              Respectfully submitted:


                                                   LIEFF CABRASER HEIMANN & BERNSTEIN


                                                   By: /s/ Kelly K. McNabb
                                                       Kelly K. McNabb (pro hac vice)
                                                       250 Hudson Street, Floor 8
                                                       New York, New York 10013
                                                       Telephone: (212) 355-9500
                                                       kmcnabb@lchb.com

                                                       Counsel for Plaintiffs

                                                   ANAPOL WEISS


                                                   By:/s/ Alexandra Walsh
                                                       Alexandra Walsh
                                                       D. Patrick Huyett
                                                       Page Boldt
                                                       One Logan Square
                                                       130 North 18th Street, Ste. 1600
                                                       Philadelphia, PA 19103
                                                       Telephone: (215) 608-9645
                                                       awalsh@anapolweiss.com
                                                       phuyett@anapolweiss.com
                                                       pboldt@anapolweiss.com


                                                   GIRARD SHARP LLP


                                                   By:/s/ Sarah London
                                                       Sarah London
                                                       Andrew R. Kaufman
                                                       Isabel Velez

                                                       601 California St., Suite 1400
                                                       San Francisco, CA 94108
                                                       Telephone: (415) 981-4800
                                                       slondon@girardsharp.com
                                                       akaufman@girardsharp.com

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLC


By:*/s/Bryan F. Aylstock*
 Bryan F. Aylstock
 Hillary Nappi
 Jennifer Hoekstra

 17 East Main Street, Suite 200
 Pensacola, Florida 32502
 Telephone: (850) 202-1010
 BAylstock@awkolaw.com
 HNappi@awk-saa.com
 JHoekstra@awkolaw.com

 *Co-Lead Counsel for Plaintiffs*


COVINGTON & BURLING LLP


By:*/s/ Ashley M. Simonsen*
 Ashley M. Simonsen
 1999 Avenue of the Stars, 8th Floor
 Los Angeles, CA 90067-6035
 Telephone: 310-553-6700
 Facsimile: (424) 332-4749
 Email: asimonsen@cov.com

 Isaac D. Chaput
 Salesforce Tower
 415 Mission Street, Suite 5400
 San Francisco, California 94105
 Telephone: (415) 591-6000
 Facsimile: (415) 591-6091
 Email: ichaput@cov.com

 *Attorneys for Defendant*
 *Meta Platforms, Inc.*

O'MELVENY & MYERS LLP


By:*/s/Leah Godesky*
Leah Godesky
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone: 310-553-6700
lgodesky@omm.com

*Attorneys for Defendant*
*Snap Inc.*

**ATTESTATION**

I, Kelly K. McNabb, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: April 15, 2026

By: */s/Kelly K. McNabb*
    Kelly K. McNabb