# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL NO. 3166<br><br>Case No. 25-md-03166-RS |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFF USER ACCOUNT PRESERVATION FORM** |

The Plaintiff User named below submits this Plaintiff User Account Preservation Form, by and through the undersigned counsel, after reasonable investigation. In completing the Plaintiff User Account Preservation Form, you must provide information that is true and correct to the best of your knowledge based upon your investigation. This information is Confidential pursuant to the Protective Order that has been or will be entered by the Court and is being provided solely for preservation purposes.

Plaintiff User's full name:

_____

A.    Date of birth:

_____

B.  For any Plaintiff User who is a minor, the full name of the Plaintiff's legal representative or guardian ad litem ("Representative") with authority to consent to the preservation of information and to receive information on the minor Plaintiff's behalf is:[1]

_____

C.  Any phone number(s) that may have been used by Plaintiff User to create an account on a Defendant's platform:

_____

D.  Any email address(es) that may have been used by Plaintiff User to create an account on a Defendant's platform:

_____

E.  Known account username(s) used by Plaintiff User on Defendants' platforms:

• Instagram account username(s) (handles) and/or URL link(s) used:

_____

• Snapchat account username(s) used:

_____

F.  Other identifying information that Plaintiff User wishes to provide that Defendants may be able to use to identify a Plaintiff User's account(s):

_____

_____

G.  For preservation of any third-party account(s) alleged to have been engaged in misconduct with the Plaintiff User, identify:

| Name of the third-party bad actor | Third-party bad actor's platform identifier (i.e., Instagram handle or Snapchat username), if | All other known account identifying information (e.g., email address, phone number, URL, display name) | Platform on which the alleged misconduct occurred | Known (or approximate) date(s) of the alleged misconduct |
|---|---|---|---|---|

---

[1] To the extent the Court has appointed a guardian ad litem to represent the Plaintiff in this action at the time this form is transmitted, Plaintiff will attach the Court's order to this form.

| | known | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |