# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL NO. 3166<br><br>Case No. 25-md-03166-RS |
| This Document Relates to:<br><br>ALL ACTIONS | **USER ACCOUNT IDENTIFICATION FORM** |

This User Account Identification Form ("Account Identification Form") is to be completed by Defendants Meta and Snap in response to a completed Plaintiff User Account Preservation Form ("Preservation Form"). The information Plaintiff provided in the Preservation Form should be considered in completing this Account Identification Form. In completing this Account Identification Form, the Defendant must provide information that is true and correct to the best of its knowledge based upon its investigation as defined in the Instagram and Snap User Account Identification Order. If the requested information does not apply to a Defendant, the Defendant may answer, "N/A." If the requested information is not obtainable, the Defendant may answer "unknown." The information is Confidential pursuant to the Protective Order that has been or will be entered by the Court.

This Account Identification Form pertains to the following Plaintiff User:

_____

Plaintiff Name: _____

1

Date that this Account Identification Form was completed: _____

Defendant: _____

A.    **User accounts that Defendant has identified following its investigation (to the extent information categories are applicable to Defendant).**

- Username(s):

- Name Associated with Account:

- Associated Email Address(es):

- Associated Phone Number(s):

- Account Creation Date:

- Account Deletion Date:

- Last Login Date:

2