UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jane Doe, S.A., et al.                    ,

Plaintiff(s),

v.

Roblox Corporation and Discord    ,

Defendant(s).

Case No. 3:25-md-03166 MDL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Douglas R. Plymale           , an active member in good standing of the bar of Louisiana                            , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in case #3:26-1269        in the above-entitled action. My local co-counsel in this case is Waived per PTO 1 (dkt2)        , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: N/A              .

365 Canal Street, Suite 1000, New Orleans, LA 70130
MY ADDRESS OF RECORD

(504) 648-0180
MY TELEPHONE # OF RECORD

Dplymale@dugan-lawfirm.com
MY EMAIL ADDRESS OF RECORD

Waived per PTO (dkt. 2)
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

N/A
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

N/A
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 28409         .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0_ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___04/15/2026_____                    ___Douglas R. Plymale_____
                                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Douglas R. Plymale_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2