# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Dr. Douglas Robert Plymale
_____

201 Saint Charles Ave Ste 2500

whose address is _____

New Orleans, LA 70170
_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

11th                            April                            2003
_____ day of _____, _____.

Given over my hand and the Seal of the Louisiana State Bar Association, this_____

April                            2026
day of _____, _____.

_____
Executive Director
Louisiana State Bar Association