## Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

_____ Mr. James Randolph Dugan II _____

whose address is_____ One Canal Place _____
365 Canal St Ste 1000

_____ New Orleans, LA 70130 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____ 18th _____day of ____ April _____ 1997 _____.

Given over my hand and the Seal of the Louisiana State Bar Association, this_____ 15th _____

day of_____ April _____,____ 2026 _____.

_____
Executive Director
Louisiana State Bar Association