### Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

Ms. Mekel R Smith

_____

whose address is _____ One Canal Place _____
365 Canal St Ste 1000

New Orleans, LA 70130
_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____ 23rd _____ day of _____ April _____, ____ 1993 ____.

Given over my hand and the Seal of the Louisiana State Bar Association, this____ 15th ____

day of _____ April _____, ____ 2026 ____.

_____
Executive Director
Louisiana State Bar Association