UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION
CHILD SEXUAL EXPLOITATION
AND ASSAULT LITIGATION

Case No.  25-md-03166-RS

**NOTICE OF INTENT TO APPOINT
SETTLEMENT MASTER**

This document relates to:

ALL ACTIONS

As litigation proceeds in this matter, the parties should explore whether resolution is possible in an expeditious, efficient, and just manner. To that end, the appointment of a Settlement Master to facilitate settlement discussions would serve the interests of justice and of the parties. Lead Counsel for Plaintiffs and Defendants have conferred with each other regarding the possibility of appointing Thomas J. Perrelli as Settlement Master, and they have conferred with Mr. Perrelli and considered his qualifications. It is the Court's intention to appoint Mr. Perrelli as Settlement Master.[1]

Mr. Perrelli served as Associate Attorney General at the U.S. Department of Justice from 2009 to 2012, overseeing multiple Divisions of the Department and leading major settlement

---

[1] Mr. Perrelli will be appointed to perform any adjudicatory functions, or to advise the Court on such matters. Accordingly, he is not being appointed pursuant to Federal Rule of Civil Procedure 53. Attached to this Order is a letter from Mr. Perrelli agreeing to serve as Settlement Master and explaining his law firm's engagements involving parties to this litigation. None of these engagements make Mr. Perrelli's appointment to facilitate settlement discussions in these matters inappropriate.

United States District Court
Northern District of California

negotiations on behalf of the United States. He is currently the Chair of Jenner & Block LLP and a partner in the firm's Washington, D.C. office, where he leads the firm's Government Controversies and Public Policy Litigation Practice. Mr. Perrelli has previously served as court-appointed Settlement Master in the JUUL MDL in this district, and currently serves as the court-appointed Settlement Master in the Camp Lejeune water contamination cases in the District Court for the Eastern District of North Carolina.

Based on these experiences and the experience of this district, Mr. Perrelli is highly qualified to earn the parties' trust and to facilitate discussions effectively that may lead to fair and efficient resolution of some or all of these matters. Mr. Perrelli will not adjudicate, or assist the Court with adjudicating, any issues in these proceedings. His role will be to use his experience and judgment solely to mediate settlement discussions among the various parties.

The parties may respond to this suggestion of the appointment of Mr. Perrelli. Any responses shall be filed on or before noon on April 22, 2026, and shall not exceed two pages.

**IT IS SO ORDERED**.

Dated: April 16, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

NOTICE OF INTENT TO APPOINT SETTLEMENT MASTER
CASE NO. 25-md-03166-RS

2