1099 NEW YORK AVENUE, NW SUITE 900 WASHINGTON, DC 20001-4412

JENNER&BLOCK LLP

April 14, 2026

Thomas Perrelli
Tel  +1 202 639 6004
TPerrelli@jenner.com

VIA EMAIL

Judge Richard Seeborg
United States District Court: N. District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489
Email: Richard_Seeborg@cand.uscourts.gov

Re:    Roblox MDL

Dear Judge Seeborg:

This letter confirms my willingness to serve as Settlement Master in the above-captioned litigation ("the Litigation"). As you know, I am currently a partner and Firm Chair of Jenner & Block LLP. I have previously served in the U.S. Department of Justice in a variety of capacities, most recently as Associate Attorney General.

My law firm has reviewed its files and identified certain representations involving entities that are either parties to this Litigation or, to the best of my knowledge, financial affiliates of parties to the Litigation.

- Jenner & Block does not represent Roblox, Discord, or Snap.
- To the extent identities of individual plaintiffs are known, Jenner & Block does not represent any of the plaintiffs.
- Jenner & Block represents Meta Platforms in certain matters unrelated to the Roblox MDL.  While I have done work for Meta in the past, I am not currently representing them in any capacity.
- Cooley LLP, which is counsel to Roblox, represents Jenner & Block in *Jenner & Block LLP v. United States Department of Justice*, Civ. Act. No. 1:2025cv00916 (D.D.C), litigation arising out of an Executive Order issued against Jenner & Block.

Should I be selected, personnel involved in matters for these clients, or potential future matters involving parties to the Roblox MDL, would be walled off from my work as Settlement Master.  To the extent that any party to this litigation requests that I represent them in unrelated matters, I will consult with the parties and the Court before undertaking any such representation.

April 14, 2026
Page 2


Sincerely,

Thomas Perrelli