United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John Doe GS 3, a minor by and through his parents, Parents GS 3,
Plaintiff(s),

v.

Roblox Corp. and Discord, Inc.
Defendant(s).

Case No. 3:25-md-03166 RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ellyn H. Hurd , an active member in good standing of the bar of Massachusetts , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in 3:26-cv-00326-RS in the above-entitled action. My local co-counsel in this case is waived per PTO 1 , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: n/a .

112 Madison Ave Fl 7
New York, NY 10016
MY ADDRESS OF RECORD

n/a
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-257-8482
MY TELEPHONE # OF RECORD

n/a
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ehurd@simmonsfirm.com
MY EMAIL ADDRESS OF RECORD

n/a
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 652031 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/29/2026

Ellyn H. Hurd
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ellyn H. Hurd is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 1, 2026



UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

*I,    Robert M. Farrell,    Clerk of this Court,*

*certify that    **Ellyn Heimlich Hurd**,    Bar    **652031**,*

*was duly admitted to practice in this Court on*

***January 23, 2003**,   and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on   **January 7, 2026***



**Robert M. Farrell**
_____

**CLERK**