# EXHIBIT A

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseud |
|---|------|--------|---------------|----------------------|
| 1 | Doe E.L et al v. Roblox Corporation | 3:25-cv-10351-RS | John Doe J.L. | Jane Doe E.L. |
| 2 | Jane Doe B.G. et al v. Roblox Corporation | 3:25-cv-11058-RS | Jane Doe B.G. | Jane Doe L.G. |
| 3 | Doe J.J. et al v. Roblox Corporation | 3:26-cv-00146-RS | John Doe J.J. | John Doe K.J. |
| 4 | R.D. et al v. Roblox Corporation et al | 3:26-cv-00272-RS | R.D. | C.R. |
| 5 | E. et al v. Roblox Corporation et al | 3:26-cv-00292-RS | C. E. | E.P. |
| 6 | Doe J.F. et al v. Roblox Corporation et al | 3:26-cv-00299-RS | Jane Doe J.F. | Jane Doe V.F. |
| 7 | N.N. et al v. Roblox Corporation | 3:26-cv-00360-RS | N.N. | S.E. |
| 8 | J.S. et al v. Roblox Corporation et al | 3:26-cv-00438-RS | J.S. | B.P. |
| 9 | I.B. et al v. Roblox Corporation et al | 3:26-cv-00506-RS | I.B. | G.G |
| 10 | DLF-GAL-0001 et al v. Roblox Corporation et al | 3:26-cv-01269-RS | DLF-GAL-0001 | DLF-0001 |
| 11 | Jane Doe M.O. v. Roblox Corporation et al | 3:26-cv-01681-RS | Jane Doe M.O. | Jane Doe J.H. |
| 12 | GGH-GAL-0003, et al v. Roblox Corporation, et al | 3:26-cv-01779-RS | GGH-GAL-0003 | GGH-0003 |
| 13 | GE-GAL-0001 for Minor Plaintiff GE-0001 v. Roblox | 3:26-cv-01927-RS | GE-GAL-0001 | GE-0001 |
| 14 | GGH-GAL 0004 for Minor Plaintiff GGH-0004 v. Roblox | 3:26-cv-02211-RS | GGH-GAL 0004 | GGH 0004 |
| 15 | DLG-GAL-0053 v. Roblox Corporation | 3:26-cv-02275-RS | DLG-GAL-0053 | DLG-0053 |
| 16 | DLG-GAL-0054 et al v. Roblox Corporation et al | 3:26-cv-02277-RS | DLG-GAL-0054 | DLG-0054 |
| 17 | DLG-GAL-0055 v. Roblox Corporation et al | 3:26-cv-02439-RS | DLG-GAL-0055 | DLG-0055 |
| 18 | DLG-GAL-0056 v. Roblox Corporation et al | 3:26-cv-02445-RS | DLG-GAL-0056 | DLG-0056 |
| 19 | AW-GAL-0003 et al v. Roblox Corporation et al | 3:26-cv-02754-RS | AW-GAL-0003 | AW-0003 |
| 20 | AW-GAL-0002 et al v. Roblox Corporation et al | 3:26-cv-02779-RS | AW-GAL-0002 | AW-0002 |