Andre M. Mura (SBN 298541)
Steve Lopez (SBN 300540)
Anna J. Katz (SBN 353036)
**GIBBS MURA LLP**
1111 Broadway Street, Suite 2100
Oakland, California 94607
Telephone:   (510) 350-9700
Facsimile:    (510) 350-9701
amm@classlawgroup.com
sal@classlawgroup.com
ajk@classlawgroup.com

Julie Erickson (SBN 293111)
Elizabeth Kramer (SBN 293129)
Kevin Osborne (SBN 261367)
**ERICKSON KRAMER OSBORNE LLP**
959 Natoma Street
San Francisco, CA 94103
Telephone:   (415) 635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

Vanessa Baehr-Jones (SBN 281715)
**BAEHR-JONES LAW PC**
4200 Park Boulevard, No. 413
Oakland, CA 94602
Phone: 510-500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>Case No. 3:26-cv-03395-RS | **STIPULATION AND [PROPOSED] ORDER TO REMAND TO STATE COURT**<br><br>Judge Richard Seeborg |

Pursuant to Civil Local Rule 7-12, Plaintiff John Doe and Defendants Roblox Corporation ("Roblox") and Discord Inc. ("Discord"), by and through their counsel, stipulate as follows:

WHEREAS, on April 16, 2026, Plaintiff filed this action against Defendants in the San Mateo Superior Court;

WHEREAS, on April 21, 2026, Plaintiff served his complaint on both Defendants;

WHEREAS, on April 22, 2026, Roblox removed this action to federal court;[1]

WHEREAS, the parties agree to remand this action to the San Mateo Superior Court;

THEREFORE, this action should be remanded to the San Mateo Superior Court for further proceedings.

**IT IS SO STIPULATED.**

DATED: April 30, 2026                          Respectfully submitted,

**GIBBS MURA LLP**

*/s/ Steve Lopez*
Steve Lopez (SBN 300540)
1111 Broadway Street, Suite 2100
Oakland, California 94607
Telephone:     (510) 350-9700
Facsimile:     (510) 350-9701
sal@classlawgroup.com

*Attorney for Plaintiff*
JOHN DOE, a minor, by and through his proposed guardian ad litem, JANE DOE

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606

---

[1] As of the time of filing, Roblox had not received notice that service of Plaintiff's complaint had been perfected, as there was an unexpected delay of two days before Roblox's process agent vendor informed Roblox of this service.

STIPULATION AND [PROPOSED] ORDER TO REMAND TO STATE COURT
CASE NOS. 3:25-MD-03166-RS; 3:26-CV-03395-RS

Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Attorney for Defendant*
ROBLOX CORPORATION


**DAVIS WRIGHT TREMAINE LLP**

*/s/ Ambika Kumar*
Ambika Kumar (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

*Attorney for Defendant*
DISCORD INC.

2

## **ATTESTATION**

I, Steve Lopez, hereby attest, pursuant to Civil Local Rule 5-1, that all other signatories herein have concurred in the filing of this document.

DATED: April 30, 2026                    /s/ Steve Lopez
                                         Steve Lopez

                                         *Attorney for Plaintiff*
                                         JOHN DOE, a minor, by and through his proposed
                                         guardian ad litem, JANE DOE

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, this action is remanded to the San Mateo Superior Court for further proceedings. **IT IS SO ORDERED.**

Dated: ___May 4, 2026___

_____
HONORABLE RICHARD SEEBORG
Chief United States District Judge