# EXHIBIT A



OFFICE OF ATTORNEY GENERAL
## JAMES UTHMEIER
SAFE ★ STRONG ★ FREE

🏠 Home   >   News Releases   >   Attorney General James Uthmeier Issues Criminal Subpoenas Roblox Protect Children

View PDF

# ATTORNEY GENERAL JAMES UTHMEIER ISSUES CRIMINAL SUBPOENAS TO ROBLOX TO PROTECT CHILDREN FROM PREDATORS

**Release Date**   Oct 20, 2025

**Contact**   Communications

**Phone**   (850) 245-0150



**TALLAHASSEE, Fla**.—Attorney General James Uthmeier is issuing criminal subpoenas to the popular online gaming platform Roblox. The subpoenas will investigate whether Roblox's actions, or lack thereof, are aiding predators in accessing and harming children.

"Platforms like Roblox have become breeding grounds for predators to gain access to our kids," said **Attorney General James Uthmeier**. "We will stop at nothing in the fight to protect Florida's children, and companies that expose them to harm will be held accountable."

Multiple investigations have revealed that sexual predators are using Roblox to access, communicate with, and groom minors. Troubling allegations against the gaming platform include negligence in adequately verifying users' ages and failures in content moderation that have allowed sexually explicit material to evade filters and circulate within the platform. Reports also suggest that predators are utilizing the platform's in-game currency, "Robux," to bribe minors into sending sexually explicit images of themselves.

Victims have accused Roblox of knowingly failing to implement meaningful safety measures or provide adequate warnings to parents about the dangers their children face, while publicly maintaining that the platform is safe for young users.

Further reports indicate that Roblox has knowingly failed to report incidents of child victimization to the proper authorities.

To view the subpoena, click here.

### 

## Email

Press@MyFloridaLegal.com



**Resources**

AG Opinions

Annual Regulatory Plan

Consumer Protection

Doing Business with the Office

FAQ

Florida Digital Bill of Rights Annual Enforcement Report

Opioid Settlements

Statement of Agency Organization and Operation

**Quick Links**

Consumer Alerts

Military and Veterans Assistance Program

Open Government

Dose of Reality Florida

Crime Prevention Summit

Case 3:25-md-03166-RS  Document 328-1  Filed 05/08/26  Page 4 of 17



Employment

File a Complaint

Human Trafficking Summit

Victim Services

Dozier Claims

Nicotine Dispensing Device Directory

Attorney General's Policy Memorandum Regarding Outside Counsel for the State of Florida

AG's Guidance Regarding Open Carry Laws Following McDaniels

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050

Privacy Policy | © 2026 State of Florida. All rights reserved.



STATE OF NEW JERSEY | DEPARTMENT OF LAW & PUBLIC SAFETY




**JENNIFER DAVENPORT**
*Attorney General*

HOME    ABOUT ⌄    INITIATIVES ⌄    MEDIA ⌄    CAREERS ⌄    RESOURCES ⌄    CONTACT ⌄

# AG Platkin Sues Messaging App "Discord" for Unlawful Practices That Expose NJ Kids to Child Predators and Violent, Sexual Content

**For Immediate Release: April 17, 2025**

Office of The Attorney General
– Matthew J. Platkin, *Attorney General*
Division of Consumer Affairs
– Cari Fais, *Director*
Division of Law
– Michael C. Walters, *Acting Director*

**For Further Information:**
**Media Inquiries-**
Lisa Coryell
OAGpress@njoag.gov

Complaint

**TRENTON —** Attorney General Matthew J. Platkin and the Division of Consumer Affairs announced a lawsuit today against messaging application provider Discord, Inc. ("Discord") for deceptive and unconscionable business practices that misled parents about the efficacy of its safety controls and obscured the risks children faced when using the application. The multiyear investigation by the New Jersey Office of the Attorney General and Division of Consumer Affairs revealed Discord's conduct violated New Jersey's consumer protection laws and exposed New Jersey children to sexual and violent content, leaving them vulnerable to online predators lurking on the Discord app.

The complaint, filed partially under seal today in the Superior Court of New Jersey, Chancery Division, Essex County, alleges Discord engaged in multiple violations of the New Jersey Consumer Fraud Act ("CFA"). Discord knew its safety features and policies could not and did not protect its youthful user base, but refused to do better, the complaint alleges. In particular, Discord misled parents and kids about its safety settings for direct messages ("DMs").

"Discord markets itself as a safe space for children, despite being fully aware that the application's misleading safety settings and lax oversight has made it a prime hunting ground for online predctors seeking easy access to children," **said Attorney General Platkin**. "These deceptive claims regarding its safety settings have allowed Discord to attract a growing number of children to use its application, where they are at risk. We intend to put a stop to this unlawful conduct and hold Discord accountable for the harm it has caused our children."

Discord, based in San Francisco, owns and manages an application that allows users to communicate through text, audio, and video. Since its inception in May 2015, the app has become one of the most popular online social platforms in the world, especially among children, who make up a significant portion of Discord's massive user base.

According to the filed complaint, the investigation revealed that, for years, Discord has represented its app as safe—relying in part on its policies barring underage use of the app and the circulation of explicit material, including child sexual abuse content. Most importantly, Discord has touted its Safe Direct Messaging feature and its successors, which it claimed to automatically scan and delete private direct messages that contained explicit media content. But Discord's promises fell, and continue to fall, flat, the complaint alleges.

News accounts and reports from prosecutors' offices illustrate that despite the app's promises of child safety, predators use the app to stalk, contact, and victimize children. These sources identify alarming cases where adults were charged and convicted with using Discord to contact children, often posing as children themselves, and transmitting and soliciting explicit images through the app, including through the use of sextortion. In many criminal cases involving sexual exploitation of children on Discord, the children were under the age of 13, despite Discord's claim to enforce its policy prohibiting children under 13 from using the app.

"Discord claims that safety is at the core of everything it does, but the truth is, the application is not safe for children. Discord's deliberate misrepresentation of the application's safety settings has harmed—and continues to harm—New Jersey's children, and must stop," **said Cari Fais, Director of the Division of Consumer Affairs.** "By filing this lawsuit, we're sending a clear message that New Jersey will not allow businesses to grow their customer base through unlawful and deceptive practices, especially when those practices put children at grave risk."

**Recent Posts**

Paterson Police Department Arrests Two, Recovers Illegal Handgun After Foot Pursuit May 6, 2026

Members of Gun Trafficking Organization Sentenced to Prison May 6, 2026

Ex-Department of Children and Families Employee Pleads Guilty After Misrepresenting Her DCF Role to Further Illegal Payment Scheme May 5, 2026

Mercer County Correctional Officer Pleads Guilty After Accepting Bribes to Bring Contraband into County Jail May 5, 2026

AG Davenport, States Oppose U.S. Postal Service Rule Flouting Federal Gun Law May 4, 2026

https://www.njoag.gov/ag-platkin-sues-messaging-app-discord-for-unlawful-practices-that-expose-nj-kids-to-child-predators-and-violent-sexual-content/

Highlights of the complaint's allegations include, but are not limited to:

**Discord's Platform is Structured to Encourage Unchecked and Unmoderated Engagement Among Its Users**

Discord designed its app to appeal to children's desire for personalization and play by offering custom emojis, stickers, and soundboard effects, all of which are intended to make chats more engaging and kid-friendly. And it has created or facilitated "student hubs" as well as communities focused on popular kids' games, like Roblox.

Once engaged, Discord encourages and facilitates free interaction and engagement between its users. Specifically, Discord's default settings allow users to receive friend requests from anyone on the app—and to receive private direct messages from friends and anyone using the same server or virtual "community"—enabling child users to connect easily and become "friends" with hundreds of other users. Then, because Discord's default safety settings disable message scanning between "friends," child users can be—and are—inundated with explicit content. This explicit content can include user-created child sexual abuse material, messages intended to sexually exploit or coerce a child to engage in self-harm, internet links to sexually explicit content, images, and videos depicting violence, and videos containing sexually explicit content. In short, the app's design makes it easy for children to connect with other users, but also allows predators to lurk and target them, undeterred by the safety features Discord touts as reasons that parents and users should trust its app.

**Discord Misled Users About its "Safe Direct Messaging" Feature**

From March 28, 2017 until April 22, 2023, Discord included "Safe Direct Messaging" settings in the "Privacy & Safety" menu of Discord's "User Settings." The settings purported to address how direct messages from other users will be scanned and deleted before receipt by the intended user. The Safe Direct Messaging setting contained three options:

- Keep me safe. Scan direct messages from everyone.
- My friends are nice. Scan direct messages from everyone unless they are a friend.
- Do not scan. Direct messages with not be scanned for explicit content.

For most of the feature's existence, Discord made the "My friends are nice" option the default setting for every new user on the app. This option only scanned incoming direct messages if the sender was not on the user's friends list. For both the "Keep me Safe" and "My friends are nice" settings, Discord represented that it would "[a]utomatically scan and delete direct messages you receive that contain explicit media content." But this was not true. Despite its claims, Discord knew that not all explicit content was being detected or deleted.

**Discord's Design Decisions Exacerbated the Risk to Children on the App**

Combined with Discord's deception about its Safe Direct Messaging features, Discord's other design choices worked together to virtually ensure that children were harmed or placed at risk of harm on its app. For example:

- By default, Discord allows users to exchange DMs if they belong to a common server. Therefore, a malicious user—adult or child—need only to join a community server, which could contain over a million users, to exchange DMs with an unsuspecting child user.

- DMs among "friends" are even more dangerous. Discord's default settings not only allow any user to send a friend request to a child, they also then permit those users, once "friends," to exchange totally unscanned DMs through the default "My friends are nice" setting. Children can receive and accept friend requests from users whom they do not know and with whom they have no connection, and then engage privately on the platform without any oversight—all by design.

- Users may also create multiple accounts to hide their activities and circumvent being banned from servers, or from facing other repercussions. And even if users are banned from a server, or from Discord itself, Discord's design allows them to simply re-engage using a brand new, easily created account.

https://www.njoag.gov/ag-platkin-sues-messaging-app-discord-for-unlawful-practices-that-expose-nj-kids-to-child-predators-and-violent-sexual-content/

**Discord Misrepresented That Users Under the Age of 13 Are Not Permitted to Create Accounts and Are Banned from Discord Upon Discovery**

At all relevant times, Discord's Terms of Service have stated that users must be "at least 13 years old and meet the minimum age required by the laws in [the users'] country." To this day, however, Discord only requires individuals to enter their date of birth to establish their age when creating an account—nothing more. Discord does not require users to verify their age or identity in any other way. Simple verification measures could have prevented predators from creating false accounts and kept children under 13 off the app more effectively.

Nevertheless, Discord actively chose not to bolster its age verification process for years and has allowed children under the age of 13 to operate freely on the app, despite their vulnerability to sexual predators.

Simply put, Discord has promised parents safety while simultaneously making deliberate choices about its app's design and default settings, including Safe Direct Messaging and age verification systems, that broke those promises. As a result of Discord's decisions, thousands of users were misled into signing up, believing they or their children would be safe, when they were really anything but.

The lawsuit seeks a number of remedies, including an injunction to stop Discord from violating the CFA, civil penalties, and the disgorgement of any profits generated in New Jersey through this unlawful behavior.

Today's complaint is the latest action taken by the Office of the Attorney General to keep children safe online. Last fall, the office sued media giant TikTok for unlawful conduct tied to features that keep children and teens online for ever-increasing amounts of time despite the harms that result. A year earlier it sued Meta Platforms, the owner of Instagram and Facebook, for similar unlawful conduct. Both the Meta and TikTok complaints arose from the same national investigation, which was co-led by New Jersey. Additionally, in recent years, the New Jersey Division of Criminal Justice has prosecuted numerous cases in which defendants allegedly used social media platforms and chat apps—including Discord—to prey on children and engage them in sexually explicit conversations as a means of obtaining child sexual abuse material.

Deputy Attorneys General Mandy Wang, Ethan Rubin, and Kathleen Riley, under the supervision of Data Privacy & Cybersecurity Section Chief Kashif T. Chand and Assistant Section Chief Thomas Huynh, and Deputy Director Sara M. Gregory, within the Division of Law's Affirmative Civil Enforcement Practice Group, are representing the State in the matter. Investigator Aziza Salikhova of the Office of Consumer Protection within the Division of Consumer Affairs conducted the investigation.

###



STATE OF NEW JERSEY | DEPARTMENT OF LAW & PUBLIC SAFETY
OFFICE OF THE ATTORNEY GENERAL

Search

**ABOUT**
Meet Attorney General Davenport
Divisions & Offices
About the AG's Office
Leadership Team

**MEDIA**
News
Division, Office, and Commission Seals
Year in Review

**ATTORNEY GENERAL'S PRIORITIES**
Preventing and Combating Gun Violence
Combating Human Trafficking
Children's Rights and Safety
Affordability
Protecting NJ from Attacks out of DC

**PROGRAMS**
Use of Force Policy
Internal Affairs Policies and Procedures
Major Discipline

**RESOURCES**
AG Directives
AG Guidelines
AG Opinions
Grant Opportunities
Outside Counsel
Victim Witness Services
OAG Library
Language Access at LPS
Legal Notices

**CONTACT**
File a Complaint
AG Event Request Form
Public Records Request
Constituent Services

https://www.njoag.gov/ag-platkin-sues-messaging-app-discord-for-unlawful-practices-that-expose-nj-kids-to-child-predators-and-violent-sexual-content/

 
← View All Press Releases

## Attorney General Raúl Torrez Files Lawsuit Against Meta Platforms and Mark Zuckerberg to Protect Children from Sexual Abuse and Human Trafficking

December 6, 2023

  

**Santa Fe, NM** – Today, Attorney General Raúl Torrez filed a lawsuit against Meta Platforms, Inc., Chief Executive Officer Mark Zuckerberg, and the company's wholly-owned subsidiaries — including Instagram, LLC and Facebook Holdings, LLC — to protect children from sexual abuse, online solicitation, and human trafficking.

"Our investigation into Meta's social media platforms demonstrates that they are not safe spaces for children but rather prime locations for predators to trade child pornography and solicit minors for sex," **said Attorney General Torrez.** "As a career prosecutor who specialized in internet crimes against children, I am committed to using every available tool to put an end to these horrific practices and I will hold companies — and their executives — accountable whenever they put profits ahead of children's safety."

Over the past few months, the New Mexico Attorney General's Office carried out an undercover investigation of Meta's platforms, creating decoy accounts of children 14-years and younger. The Office gathered evidence that those platforms have:

- Proactively served and directed the underage users a stream of egregious, sexually explicit images — even when the child has expressed no interest in this content
- Enabled dozens of adults to find, contact, and press children into providing sexually explicit pictures of themselves or participate in pornographic videos.
- Recommended that the children join unmoderated Facebook groups devoted to facilitating commercial sex.
- Allowed Facebook and Instagram users to find, share, and sell an enormous volume of child pornography.
- Allowed a fictitious mother to offer her 13-year-old daughter for sale to sex traffickers and to create a professional page to allow her daughter to share revenue from advertising.

"Mr. Zuckerberg and other Meta executives are aware of the serious harm their products can pose to young users, and yet they have failed to make sufficient changes to their platforms that would prevent the sexual exploitation of children," **AG Torrez** added. "Despite repeated assurances to Congress and the public that they can be trusted to police themselves, it is clear that Meta's executives continue to prioritize engagement and ad revenue over the safety of the most vulnerable members of our society."

As outlined in today's filing, Meta fails to remove Child Sexual Abuse Material (CSAM) across its platforms and enables adults to find, contact, and solicit underage users to produce illicit pornographic imagery and participate in commercial sex. The New Mexico Attorney General's complaint also details how Meta harms children and teenagers through the addictive design of its platform, degrading users' mental health, their sense of self-worth, and their physical safety.

The Office's investigators found that certain child exploitative content is over ten times more prevalent on Facebook and Instagram than it is on Pornhub and OnlyFans. Moreover, while the images and case studies included in the complaint are shocking, the New Mexico Attorney General's Office excluded many images its investigators found on Meta's platforms from the complaint because they were deemed too graphic and disturbing. Nonetheless, the complaint opens with a black box warning regarding the censored sexually explicit and self-harm images that are included.

Parents and children who have grappled with sexual exploitation enabled by social media platforms, as well as those who have experienced addiction, depression, eating disorders or other self-harm or mental health issues because of their use of social media, are encouraged to come forward to share their experiences with the Attorney General's Office. Resources for getting help can be found here.

To read a copy of the complaint please click here.

### Most Viewed

New Mexico Department of Justice Wins Landmark Verdict Against Meta
March 24, 2026

After $375 Million Loss, Meta Tries to Run. Court Says No.
April 9, 2026

New Mexico Department of Justice Releases Investigative Report into CYFD, Files Lawsuit to Enforce Transparency and Protect Children
April 8, 2026

Statement from New Mexico Attorney General Raúl Torrez on Meta's Refusal to Protect Children



**Stay Connected**

Sign up for the latest news and updates from the New Mexico Department of Justice.

Subscribe

No Thanks          Remind Me Later





408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Get Help
Contact Us
Join Our Team
Press Releases

Accessibility Statement
ADA Notice of Rights
Privacy Policy
Disclaimer

https://nmdoj.gov/press-release/attorney-general-raul-torrez-files-lawsuit-against-meta-platforms-and-mark-zuckerberg-to-protect-children-from-sexual-abuse-and-human-trafficking/



New Mexico Department *of* Justice

About ⌄    Join Our Team ⌄    Publications ⌄    Newsroom ⌄    Get Help ⌄

🇺🇸 English ▼    🔍

← View All Press Releases

## Attorney General Raúl Torrez Files Lawsuit Against Snap, Inc. To Protect Children from Sextortion, Sexual Exploitation, and Other Harms

September 5, 2024

[f] [t] [in] [✉]

**Santa Fe, NM –** Today, Attorney General Raúl Torrez announced the filing of a lawsuit against Snap, Inc. to protect children from sextortion, sexual exploitation, and harm. In the lawsuit, the New Mexico Department of Justice describes how Snapchat's policies, seemingly ephemeral content, and recommendation algorithm foster the sharing of child sexual abuse material (CSAM) and facilitate child sexual exploitation.

"Our undercover investigation revealed that Snapchat's harmful design features create an environment where predators can easily target children through sextortion schemes and other forms of sexual abuse," **said Attorney General Torrez**. "Snap has misled users into believing that photos and videos sent on their platform will disappear, but predators can permanently capture this content and they have created a virtual yearbook of child sexual images that are traded, sold, and stored indefinitely. Through our litigation against Meta and Snap, the New Mexico Department of Justice will continue to hold these platforms accountable for prioritizing profits over children's safety."

Over the last several months, the New Mexico Department of Justice conducted an investigation into Snap's platforms, and its complaint against Snap states, in part, that:

- Due to its design features, Snapchat is a primary platform used by criminals to carry out sextortion. Sextortion, one of the most rapidly growing crimes targeting young people, often occurs when a predator pretends to be a victim's peer and coerces a minor into sending explicit images or videos of themselves, and then threatens to distribute this private material unless the minor pays the predator. Tragically, sextortion has caused numerous teen suicides.
- Sextortion is so common and simple for predators to carry out on Snapchat that criminals circulate sextortion scripts that provide playbooks for victimizing minors. Though these sextortion scripts are publicly accessible, these scripts "have not yet been blacklisted by . . . Snapchat" and are "actively being used today against victims."
- Snapchat is a primary social media platform for sharing child sexual abuse material (CSAM). Parents report that their children share more CSAM on Snapchat than on any other platform, minors report having more online sexual interaction on Snapchat than any other platform, and more sex trafficking victims are recruited on Snapchat than on any other platform.
- An undercover investigation carried out by the New Mexico DOJ revealed a vast network of dark web sites dedicated to sharing stolen, non-consensual sexual images from Snap – finding more than 10,000 records related to Snap and CSAM in the last year alone, including information related to minors younger than 13 being sexually assaulted. Snapchat was by far the largest source of images and videos among the dark web sites investigated.
- Undercover New Mexico DOJ investigators found many Snapchat accounts that openly captured, circulated, and sold CSAM directly on Snapchat's platform are connected to each other through Snapchat's recommendation algorithm.
- As part of the undercover investigation, the New Mexico DOJ set up a decoy Snapchat account for a 14 year-old named Heather, who found and exchanged messages with these dangerous accounts, including ones named "child.rape" and "pedo_lover10," in addition to others that are even more explicit. Several of these accounts attempted to coerce the underage persona into sharing CSAM.
- Snap designed its platform specifically to make it addicting to young people, which has led some of its users to depression, anxiety, sleep deprivation, body dysmorphia, and other mental health issues.
- Snapchat is one of the most popular social media platforms for teens in the United States. In fact, more than 20 million teens in the U.S. use Snapchat, and half of all teens in the U.S. use Snapchat every day.

The New Mexico Department Justice takes this action because Snapchat has endangered the health and safety of New Mexico's youth. For example, as detailed in the complaint, in 2023, Alejandro Marquez plead guilty and was sentenced to 18 years in prison after the Albuquerque Police Department confirmed he raped an 11-year-old girl he met through Snapchat's "Quick Add" feature and messaged her on the platform.

The complaint further alleges that Snapchat's features, algorithms, and policies fail its young users. For example, many teens think they are protected by Snapchat's "disappearing" photos and videos, which draws predators to the site who easily, stealthily, and permanently capture explicit content. Additionally, Snapchat fails to verify users, and thus the platform is unable to prevent minors from accessing illegal and inappropriate content. On Snapchat, as the complaint details, sexually explicit materials and predators are frequently recommended to minors.

The New Mexico DOJ also alleges Snap and its executives have misled the public about the platform's safety, including during congressional testimony and in a 2024 Super Bowl advertisement that declares the platform is "more private" and "less permanent" than other social media platforms.

The New Mexico Department of Justice filed its lawsuit against Snap, Inc. just months after achieving a significant victory in its litigation against Meta. In its case against Meta, which focuses on the platform's role in enabling child sexual exploitation, the judge denied Meta's motion to dismiss the lawsuit – including rejecting Meta's argument that Section 230 provided the company immunity against the alleged misconduct.

The New Mexico Department of Justice has developed and compiled resources for teens and parents to protect themselves and their families from the threats posed by social media platforms. Resources can be found here.

Complaint for Abatement and Civil Penalties and Demand for Jury Trial.

### Most Viewed

New Mexico Department of Justice Wins Landmark Verdict Against Meta
March 24, 2026

After $375 Million Loss, Meta Tries to Run. Court Says No.
April 9, 2026

New Mexico Department of Justice Releases Investigative Report into CYFD, Files Lawsuit to Enforce Transparency and Protect Children
April 8, 2026

Statement from New Mexico Attorney General Raúl Torrez on Meta's Refusal to Protect Children

**Stay Connected**

Sign up for the latest news and updates from the New Mexico Department of Justice.

[ Subscribe ]

No Thanks    Remind Me Later




f ⊙ in ▶ 𝕏 ♪ ✦

408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Get Help
Contact Us
Join Our Team
Press Releases

Accessibility Statement
ADA Notice of Rights
Privacy Policy
Disclaimer

https://nmdoj.gov/press-release/attorney-general-raul-torrez-files-lawsuit-against-snap-inc-to-protect-children-from-sextortion-sexual-exploitation-and-other-harms/

Case 3:25-md-03166-RS     Document 328-1     Filed 05/08/26     Page 10 of 17

Skip to Main Content

**NV.gov**     Nevada Attorney General Aaron D. Ford

## Attorney General Ford Announces Legal Agreement with Roblox

**Apr. 15, 2026**

**Carson City, NV** — Today, Attorney General Aaron D. Ford announced a first-of-its-kind agreement with the interactive game platform Roblox that will implement much-needed changes to protect Nevada's children. In addition to paying $10 million to be used to encourage children to engage in non-digital programs, Roblox has agreed to comprehensive and impactful injunctive relief.

"The agreement we have announced today will protect Nevada's children from would-be predators in virtual spaces," **said Attorney General Ford**. "The injunctive relief that Roblox has agreed to will give parents the tools they need to protect their children on the platform; institute default protections to block predators from engaging with children; and ensure that messages involving minors are not encrypted. I want to thank both the members of my staff who worked so diligently on this agreement and Roblox for coming to the table."

As part of the agreement with Roblox, all users must undergo age verification to ensure children only have access to age-appropriate content on the platform. Roblox has committed to use facial age estimation technology and government issued ID for age assurance and will use behavioral monitoring to identify users who may have been aged incorrectly.

Parents will also have expanded control over their children's use of the platform under the agreement. This expansion of parental controls allows parents to decide who their children are talking to and the games they are playing on the platform. In the absence of a parent account, the default content mode provides protection to minor users.

In addition, adult users and users under 16 will not be able to chat unless they are a "trusted friend" on the platform. Trusted friends for users under 13 (and up to 16 depending on whether that parent is still linked to the child account) require parental consent. Unless a parent elects otherwise, users between 13 and 15 years old may add trusted friends through a QR code or phone contact importer.

Under the agreement, no communication involving minors on Roblox will be encrypted. By not allowing encryption, law enforcement will be able to more easily combat child exploitation networks, trafficking and the distribution of illegal and harmful content.

Roblox has committed to spend $1 million over the next two years on an Awareness Campaign intended to educate minor users and adults about online safety. In addition, the platform has committed to spend $1.5 million on a law enforcement liaison position that will provide state law enforcement agencies with communication channels to quickly address safety concerns on the platform. These expenses are in addition to the $10 million to be used to educate children and parents on platform safety and encourage children to engage in innovative, non-digital programs.

Download a copy of the consent judgment.

###

The Official State of Nevada Website | Copyright ©2021 State of Nevada - All Rights Reserved | Privacy Policy | ADA Technology Accessibility Guidelines | Web Style Standards | ADA Assistance | State ADA Website

Version 3.1

Case 3:25-md-03166-RS    Document 328-1    Filed 05/08/26    Page 11 of 17



ATTORNEY GENERAL
**STEVE MARSHALL**

Search ...

 

ABOUT ⌄    OPINIONS ⌄    CONSUMER ⌄    VICTIM ASSISTANCE ⌄

Home >News > Attorney General Marshall Announces $12.2 Million Settlement with Roblox to Ensure Child Safety

# Attorney General Marshall Announces $12.2 Million Settlement with Roblox to Ensure Child Safety

**View PDF**

For Immediate Release:
April 21, 2026

For press inquiries only, contact:
Amanda Priest (334) 322-5694
William Califf (334) 604-3230

(**Montgomery, Ala**) – Today, Alabama Attorney General Steve Marshall announced that the state has reached a substantial settlement with the popular interactive gaming platform Roblox, securing meaningful improvements to online child safety and boots-on-the ground resources for Alabama's schoolchildren. Under the settlement terms, Alabama will receive $12.2 million to be used for funding school resource officers across the state via the Attorney General's Safe School Initiative.

"Alabama stepped in where others failed to act. This settlement sends a clear message to every platform operating in this space—you cannot turn a blind eye to the exploitation of children and expect to avoid consequences," stated Attorney General Marshall. "We have now established a framework that other states can and should use. Platforms that host child consumers must do their part to give parents a fighting chance to shield their children from harm. While parents will always play the primary role in protecting their children online, we are raising the bar on what we expect from gaming platforms—parents need a partner, not a black box. This is the beginning of a new standard, and Alabama will aggressively enforce it."

As a part of the agreement with Roblox, all users must undergo age verification to ensure children have access only to age-appropriate content on the platform. Roblox has committed to using facial age estimation technology and government- issued ID for age confirmation and will use behavioral monitoring to identify users who may have been aged incorrectly. The settlement also explicitly addresses privacy concerns related to age verification.

Parents will also have expanded control over their children's use of the platform under the agreement. The expansion of parental controls allows parents to decide who their children are talking to and the games they are playing on the platform as well as restrict the transfer of in-game currency (Robux) from adults other than trusted connections. In the absence of a parent account, the default content mode provides protections to minor users.

Adult users and users under 16 will not be able to chat unless they are identified as a "trusted friend" on the platform. Trusted friends for users under 13 require parental consent. Unless a parent elects otherwise, users between 13 and 15 years old may add trusted friends through a QR code or phone contact importer.

Under the agreement, Roblox will not allow communication involving minors to be encrypted. Unencrypted communication allows law enforcement to be able to more easily combat child exploitation networks, trafficking, and the distribution of illegal and harmful content.

## Recent News

**Attorney General Marshall Files Emergency Motions to Lift Congressional Map Injunctions in Wake of U.S. Supreme Court's Callais Decision**
April 30, 2026

**Attorney General Marshall Applauds Momentous Supreme Court Redistricting Decision**
April 29, 2026

**Attorney General Marshall to Top Credit Ratings Agencies: Stop the Unlawful ESG Policies**
April 28, 2026

**Attorney General Marshall Fights to Defend President Trump's Executive Order on Election Integrity**
April 23, 2026

**Attorney General Marshall Announces $12.2 Million Settlement with Roblox to Ensure Child Safety**
April 21, 2026

**VIEW ALL NEWS**

Case 3:25-md-03166-RS    Document 328-1    Filed 05/08/26    Page 12 of 17

Roblox has committed to conducting workshops and awareness campaigns for the state of Alabama and local law enforcement, as well as establishing a liaison position that will provide state law enforcement with communication channels to quickly investigate and address safety concerns like online child exploitation.

Attorney General Steve Marshall was joined at the announcement by the Office's Chief Counsel Katherine Robertson. Also in attendance were representatives from across Alabama's education and law enforcement communities including, Ivy Classical Academy, Board Chairman Bradley Neave, Dr. David Withun, and four students. Albertville City Schools was represented by Superintendent Bart Reeves, Chief Operating Officer Robert Sims, and Director of Student Services Jordan Phillips. Lieutenant Pam Revels of the Lee County Sheriff's Office, who serves as both President of the National Association of School Resource Officers (NASRO) and President of The Alabama Association of School Resource Officers (TAASRO), Officer Seth Sullivan of the Cullman Police Department, an SRO and Vice President of TAASRO. Mo Canady, Executive Director of NASRO, joined alongside Heather Norred, a Retired Deputy Sheriff and SRO who serves as Chief Financial Officer of TAASRO, and Lieutenant Sandra Crim of the Valley Police Department, Secretary of TAASRO. Retired Lieutenant Kenny Archer of the Talladega County Sheriff's Office, Officer Richard Knecht of the Mountain Brook Police Department, Chief Justin Lovvorn of the Greenville Police Department, and Hoss Mack, Executive Director of the Alabama Sheriff's Association, were also in attendance.

Alabama's settlement announcement is significant, in that the settlement is one of the first in the nation to be reached with Roblox and is the result of negotiations over the last several months. This case was handled internally by the Attorney General's Office; thus, the State of

Alabama will receive 100% of the funds secured by the settlement with no fees owed to outside firms. The 'most favored nation' clause included in the agreement ensures that Alabama is entitled to any improved terms that are later agreed to by Roblox and any other state.

If you continue to experience issues with the platform, please reach out to the Alabama Attorney General's Office at **Roblox@AlabamaAG.Gov**

To view the settlement agreement **(Assurance of Voluntary Compliance) with Roblox, click here**.

-30-

501 Washington Avenue
Montgomery, AL 36104

**(334) 242-7300**

MEET THE ATTORNEY GENERAL

CAREERS

CONTACT

DIVISIONS

OPINIONS

CONSUMER COMPLAINT

VICTIM ASSISTANCE

**Office of the Attorney General 2026**    Statements and Policies

Case 3:25-md-03166-RS   Document 328-1   Filed 05/08/26   Page 13 of 17


An Official West Virginia Government Website

State Agency Directory | Online Services | Phone Directory

Office of the WV Attorney General
# John B. McCuskey

Search this site          Search

About Us      Consumer Protection      News      Transparency      Careers      FAQ      Contact Us

Home

# WEST VIRGINIA REACHES $11 MILLION SETTLEMENT WITH ROBLOX, PROMPTS MAJOR CHILD SAFETY OVERHAUL

*April 21, 2026*

Attorney General JB McCuskey announced today an $11 million settlement with Roblox. As part of the agreement, the kids gaming company will fundamentally overhaul how it protects children -- including mandatory age verification, restricted adult-to-child chat, default safe-content settings for all users under 16 and safety training for West Virginia families and law enforcement.

"I have two young daughters who love Roblox, so I know how popular it is, but our investigation found serious failures that left children exposed to real danger. This settlement changes that," Attorney General McCuskey said. "Roblox will now verify who its users are, limit who can contact children, and block inappropriate content by default. I am thankful that Roblox took our concerns seriously and worked with us to make these major safety changes. This is a win not only for West Virginia families, but for all kids who play on the app. "

The investigation found that Roblox's historical safety design allowed child users to be exposed to sexual predators, grooming, and sexual and violent content, putting every child on the platform at risk.

Under the settlement, Roblox must:

- Verify the age of all users before granting chat access, reducing grooming risk and limiting adult-to-minor contact.
- Block all chat until age verification is complete, eliminating anonymous accounts that predators use to target children.
- Restrict adults from contacting users under 16 except through verified trusted friends, cutting off unsolicited adult-to-minor contact.
- Alert minors the first time they enter a private chat, so children know how to communicate safely.
- Default all under-16 and unverified users to safe content mode, blocking adult-rated material proactively.
- Dedicate a West Virginia-based internet safety specialist to coordinate directly with state law enforcement and conduct ongoing trainings.

The $11,080,000 settlement will be paid out over several years. Part of the funds will be used for safety efforts specific to West Virginia -- $500,000 in safety education workshops for parents and children throughout the state, a $1.5 million three-year public safety campaign, and $2.4 million over six years for the dedicated internet safety specialist.

###

**Contact Name**

Kallie Cart

**Contact Phone**

304-558-2021

**Contact Email**

kcart@wvago.gov

**WV Office of the Attorney General**

1900 Kanawha Blvd. E
WV State Capitol Building Room E-26
Charleston, WV 25305

**Ph** 304-558-2021
**Fx** 304-558-0140

**GET IN TOUCH**

  

Privacy, Security and Accessibility | WV.gov | USA.gov | © 2026 State of West Virginia

04.09.2026

# *Grassley Releases New and Disturbing Information on Online Child Exploitation, Presses Tech Giants for Answers*

**BUTLER COUNTY, IOWA** – U.S. Senate Judiciary Committee Chairman Chuck Grassley (R-Iowa) is opening a congressional inquiry into eight major tech companies for allegedly failing to sufficiently report online child sexual exploitation, frustrating law enforcement investigations into online child abuse. Additionally, Grassley is releasing new information from the National Center for Missing and Exploited Children (NCMEC) – provided to Congress in response to Grassley's oversight – which details the eight companies' reporting deficiencies, a list of "poor reporting" companies and data related to generative AI.

**Meta, Amazon AI Services, TikTok, Snapchat, Discord, X.AI, Grindr and Roblox** in 2025 submitted **over 17 million reports of suspected online child exploitation**. According to NCMEC, these eight companies collectively accounted for 81% of the reports received through NCMEC's CyberTipline in 2025. All electronic service providers (ESPs) are required by law to report suspected cases of online child sexual exploitation to NCMEC's CyberTipline.

NCMEC found significant issues with the companies' reporting processes in 2025, with some companies failing to provide essential location data on users and suspects, failing to disclose child sex abuse material (CSAM) in AI training data and failing to report instances of sadistic online exploitation targeting children, among others. However, NCMEC indicated that Meta and X.AI had improved their reporting in 2025.

> "For almost thirty years, NCMEC has worked tirelessly to combat online child sexual exploitation by attempting to persuade ESPs to detect, report and remove child sexual exploitation on their platforms and improve the quality and substance of their CyberTipline reports. Many ESPs regularly tout the number of reports they submit to the CyberTipline, but fail to disclose that millions of reports lack basic information... This leaves children unprotected online, subjects survivors to revictimization, enables sexual offenders to remain freely online and wastes valuable and limited law enforcement resources," **NCMEC wrote to Grassley**.

Grassley is demanding Meta, Amazon AI Services, TikTok, Snapchat, Discord, X.AI, Grindr and Roblox respond to NCMEC's letter and describe how they're working to improve their reporting process in 2026.

> "On March 16, 2026, NCMEC responded to my [oversight] letter and provided my office with new information regarding online child exploitation. I'm alarmed by what I've read. Based on information provided to my office, I am concerned that some companies have not provided NCMEC and law enforcement with sufficient data needed to protect kids and prosecute suspected predators," **Grassley wrote**.

In addition to his oversight of ESP reporting, Grassley is leading the bipartisan *James T. Woods Act* with Ranking Member Dick Durbin (D-Ill.) to address concerning developments in online child exploitation by targeting lax federal sentencing laws, violent online criminal networks and sextortion. Grassley's bill has garnered widespread support and was advanced through the U.S. Senate Judiciary Committee in February.

Read Grassley's letters to Meta, Amazon AI Services, TikTok, Snapchat, Discord, X.AI, Grindr and Roblox.

Read NCMEC's full response to Grassley HERE. A summary of the NCMEC data is below:

**Meta**

Meta submitted nearly **11 million reports involving suspected online child exploitation** to NCMEC's CyberTipline in 2025.

Meta's most significant reporting issues included:

- "[C]onsistency and quality issues" with nearly 1.2 million reports related to online enticement and child sex trafficking, many of which were unable to be pursued by law enforcement;
- Failures to escalate suicidal ideation by a child on 11 separate occasions;

- Failures to address false positives caused by "adult classifier," a tool used to detect users who might be lying about their age;
- Reporting violent content with no nexus to child sexual exploitation; and
- Duplicative and fragmented reporting, which strained NCMEC and law enforcement resources.

NCMEC has informed Grassley's office that Meta's reporting "has improved, but there are additional improvements that can be made."

## Amazon AI Services

Amazon AI Services submitted **over 1.1 million reports involving suspected online child exploitation** to NCMEC's CyberTipline in 2025.

Amazon AI Services' most significant reporting issues included:

- **Zero of the 1.1 million reports were actionable** when made available to law enforcement due to Amazon AI Services' failure to provide location or suspect information.
    - According to NCMEC, a representative for Amazon AI Services indicated that "[Amazon's] systems **were intentionally designed not to collect or retain information** about the underlying content or the associated user."
- Failures to transparently disclose or explain detection of CSAM in its AI training set.

## TikTok

TikTok submitted **over 3.6 million reports involving suspected online child exploitation** to NCMEC's CyberTipline in 2025.

TikTok's most significant reporting issues included:

- Routinely reporting content unrelated to child exploitation, with occasional reports of CSAM, causing major workflow issues for NCMEC staff and law enforcement officers.
    - When confronted by NCMEC, TikTok reportedly indicated that they "are working on other high-priority items and **could not commit to a timeframe** to correct this reporting issue."

## Snapchat

Snapchat submitted **over 752,000 reports involving suspected online child exploitation** to NCMEC's CyberTipline in 2025.

Snapchat's most significant reporting issues included:

- "Quality issues" with more than 143,900 reports related to online enticement and more than 20,000 reports related to unsolicited obscene material sent to a minor, including failures to submit substantive information in reports involving chat.
    - Of the reports with law enforcement feedback, **over 80% were deemed inactionable,** because, among other reasons, law enforcement indicated Snapchat's "information was not useful."

## Discord

Discord submitted **nearly 490,000 reports involving suspected online child exploitation** to NCMEC's CyberTipline in 2025.

Discord's most significant reporting issues included:

- Failures to provide location or account information for individuals involved in reported chat logs, **making these reports inactionable**; and
- Routine reports of adult and graphic gore content unrelated to child sexual exploitation, causing major workflow issues for NCMEC staff and negatively impacting law enforcement officers.

## X.AI

X.AI submitted **over 135,000 reports involving suspected online child exploitation** to NCMEC's CyberTipline in 2025.

X.AI's most significant reporting issues included:

- More than **90% of reports were originally deemed inactionable** due to limited user information.
    - In 2025, NCMEC met with X.AI staff at its headquarters regarding these reporting issues and ultimately was forced to escalate the situation to X Corp. After X Corp.'s intervention, X.AI resubmitted all past reports with more robust user information, including location information.

NCMEC has informed Grassley's office that X.AI's reporting "has improved, but there are additional improvements that can be made."

Case 3:25-md-03166-RS    Document 328-1    Filed 05/08/26    Page 17 of 17

**Grindr**

Grindr submitted **over 111,000 reports involving suspected online child exploitation** to NCMEC's CyberTipline in 2025.

Grindr's most significant reporting issues included:

- Routine failures to include critical location information in reports, including in reports deemed "high-priority" by Grindr.
  - In 2024, only 35% of Grindr reports contained some form of location information. In 2025, only 4% of Grindr reports contained any location information.
  - According to NCMEC, "**Grindr is generally unresponsive** or provides passive responses" when confronted with these severe reporting deficiencies.

**Roblox**

Roblox submitted **over 65,000 reports involving suspected online child exploitation** to NCMEC's CyberTipline in 2025.

Roblox's most significant reporting issues included:

- Failures to identify child victims in reports related to online chats; and
- **Failures to regularly report incidents of sadistic online exploitation** victimizing children.
  - According to NCMEC, "the Roblox platform [is a] primary location where suspects meet and recruit minors for abuse, including by various [sadistic online exploitation] groups."
  - Sadistic online exploitation groups, such as the 764 Network, have been known to entice children to acts of self-harm, as Grassley has exposed.
- Additionally, Roblox "submitted an extremely low ratio of [sadistic online exploitation] reports in comparison to the volume of reports submitted by members of the public concerning [sadistic online exploitation]-related enticement and exploitation on Roblox."

**2025 Poor Reporting Companies**

NCMEC published the below list of "poor reporter" companies, which submit more than 100 CyberTipline reports, with 50% or more containing no location information for a suspect or child victim:

- **Amazon AI Services** – 0% of 1.1 million reports contained actionable location information.
- **Grindr** – only 4% of 111,000 reports contained actionable location information.
- **Invoke AI** – 0% of 2,838 reports contained actionable location information.
- **Lightspeed Systems** – 0% of 1,549 reports contained actionable location information.
- **Redgifs.com** – 0% of 1,042 reports contained actionable location information.
- **Box Inc.** – only 12% of 1,131 reports contained actionable location information.
- **InternetArchive** – only 17% of 820 reports contained actionable location information.
- **Streamable Inc.** – 39% of 1,596 reports contained actionable location information.
- **Zoom Video Communications Inc.** – 45% of 768 reports contained actionable location information.

**Generative AI Reports**

In 2025, NCMEC received 1.5 million CyberTipline reports that had a nexus to generative AI and child sexual exploitation, including:

- **1.1 million reports** containing no actionable information were submitted by Amazon AI Services.
- **Over 12,000 reports** of CSAM that companies indicated were identified in training data.
- **Over 7,000 reports** of users generating or possessing generative AI CSAM.
- **Over 30,000 reports** of users attempting to create generative AI CSAM by uploading a file and using text prompts.
- **Over 145,000** reports of users using generative AI to engage with or alter a CSAM file without text prompts.
- **Over 3,000** reports of other forms of generative AI use in relation to child sexual exploitation, including chat-based exploitation.
- **Over 133,000** reports indicating a generative AI nexus, but lacking sufficient info to determine how generative AI was used in connection with the exploitation of a child.

-30-