**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

As the judge assigned to 25-md-03166, In Re Roblox Corporation Child Sexual

Exploitation and Assault Litigation, I find that the case below should be a member case in the

multi-district litigation case assigned to me.  Accordingly, such case shall be reassigned to me.

| Case | Title |
|---|---|
| 26-cv-4246 AGT | AW-0008 et al v. Roblox Corporation |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the

initials of the newly assigned judge immediately after the case number. The parties are instructed

that the reassigned cases are subject to the Pretrial Order No. 1 in 25-md-03166, In Re Roblox

Corporation Child Sexual Exploitation and Assault Litigation.

Dated: May 11, 2026

_____
RICHARD SEEBORG
Chief United States District Judge