Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted *pro hac vice*)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

S. Mary Liu, Esq. (SBN 282884)
Bryan Aylstock, Esq. (*pro hac vice* forthcoming)
Hillary Nappi, Esq. (*pro hac vice* forthcoming)
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
Email: sateam@awkolaw.com
baylstock@awkolaw.com
hnappi@awk-saa.com

*Attorneys for Plaintiff Jane Doe E.B., and Her Next Friend Jane Doe J.B.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No.: 3:26-cv-00230 |
| | MDL No. 3166 |
| This Document Relates to: JANE DOE J.B., as guardian and next friend of minor plaintiff, JANE DOE E.B., Plaintiff, v. ROBLOX CORPORATION and DISCORD INC., Defendants | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

- 1 -

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action in its entirety, without prejudice, with each party to bear its own costs and fees.

Neither Defendant has served either an answer or a motion for summary judgment in this action.

Date:   May 11, 2026

Respectfully submitted,

**DOLMAN LAW GROUP**

By: *Sara Beller*
Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted pro hac vice)
matt@dolmanlaw.com
R. Stanley Gipe*
stan.gipe@dolmanlaw.com
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

S. Mary Liu, Esq. (SBN 282884)
Bryan Aylstock, Esq.*
Hillary Nappi, Esq.*
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
Email: sateam@awkolaw.com
baylstock@awkolaw.com
hnappi@awk-saa.com

*Attorneys for Plaintiff Jane Doe E.B. and Her Next Friend and Guardian Jane Doe J.B.*

*\*Pro Hac Vice* motions forthcoming

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE