Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted *pro hac vice*)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. B+elcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

*Attorneys for Plaintiff John Doe D.C., and His Next Friend Jane Doe T.W.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No.: 3:25-cv-09027 <br><br> MDL No. 3166 |
| This Document Relates to: <br> JANE DOE T.W., as guardian and next friend of minor plaintiff, JOHN DOE D.C., <br><br> Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION and DISCORD INC., <br><br> Defendants | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action in its entirety, without prejudice, with each party to bear its own costs and fees.

Neither Defendant has served either an answer or a motion for summary judgment in this action.

//

- 1 -

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Date:   May 11, 2026

Respectfully submitted,

**DOLMAN LAW GROUP**


By: *Sara Beller*

Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted pro hac vice)
matt@dolmanlaw.com
R. Stanley Gipe*
stan.gipe@dolmanlaw.com
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Attorneys for Plaintiff John Doe D.C. and Her Next Friend and Guardian Jane Doe T.W.*

**Pro Hac Vice* motion forthcoming

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE