UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| This document relates to: ALL ACTIONS | Case No. 3:25-md-03166-RS |
| | ~~[PROPOSED]~~ **ORDER RE: SCHEDULE AND WORD LIMITS FOR MOTIONS TO COMPEL ARBITRATION** |
| | Judge Richard Seeborg |

Having considered the parties' stipulation, the Court orders that bellwether selection and briefing pertaining to motions to compel arbitration proceed on the following schedule:

| EVENT | DEADLINE |
|---|---|
| Preservation Forms Due | April 17, 2026 |
| Account Identification Forms Due | May 18, 2026 |
| Account Confirmation and Consent Forms Due | May 26, 2026 |
| User Account Data Downloads Due | June 9, 2026 |
| Parties Serve MTC Bellwether Selections (Identifying Bellwethers) (Roblox and Discord) | June 23, 2026 |
| Plaintiffs Amend Bellwether Complaints | July 21, 2026 |
| Roblox's and Discord's Bellwether MTCs Due | September 8, 2026 |
| Oppositions to MTCs Due | October 13, 2026 |
| Replies ISO MTCs Due | November 10, 2026 |
| Hearing on All Motions to Compel | To be set by the Court |

The Court further orders that the following page limits will govern the motions to compel arbitration:

| Brief | Word Limit |
|---|---|
| Each Defendant's Omnibus MTC | ~~20,000 words~~ 40 pages |
| Plaintiffs' Opposition to Each Defendant's Omnibus MTC | ~~20,000 words (or 40,000 for a combined opposition)~~ 40 pages |
| Each Defendant's Reply in Support of its Omnibus MTC | ~~12,000 words~~ 24 pages |

UNITED STATES DISTRICT COURT
IT IS SO ORDERED AS MODIFIED
Judge Richard Seeborg
NORTHERN DISTRICT OF CALIFORNIA

Dated: May 18, 2026

HON. RICHARD SEEBORG
United States District Judge