Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

Sarah London
**GIRARD SHARP LLP**
601 California St #1400
San Francisco, CA 94108
Telephone: (866) 981-4800
Fax: (415)981-4800
slondon@girardsharp.com

Bryan Aylstock
**AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Fax: (850) 916-7449
baylstock@awkolaw.com

Lead Counsel for Plaintiffs

*Additional parties and counsel listed on
signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND ~~[PROPOSED]~~ ORDER RE: REVISED SCHEDULE FOR MOTIONS TO COMPEL ARBITRATION**<br><br>Judge Richard Seeborg |

Stipulation and ~~[Proposed]~~ Order re: Revised
Schedule for Motions to Compel Arbitration
3:25-md-03166-RS

Pursuant to Civil Local Rules 6-2 and 7-12, all Plaintiffs ("Plaintiffs") in this multi-district litigation ("MDL") and Defendants Roblox Corporation and Discord Inc. ("Defendants"), by and through their counsel of record or, in the case of Plaintiffs, through their court-appointed leadership counsel, stipulate as follows:

WHEREAS, on April 2, 2026, the Court entered a scheduling order triggering briefing on motions to compel arbitration ("MTC") from the dates that Magistrate Judge Krishnan entered a User Data Order and the parties completed any data exchange under that Order (ECF 269);

WHEREAS, on April 10, 2026, Magistrate Judge Krishnan entered a User Account Information Order, which set out a sequencing of data exchanges (ECF 290);

WHEREAS, on May 18, 2026, at Plaintiffs and Defendants' request, the Court entered a scheduling order establishing the precise dates triggered by the User Account Information Order, as well as the subsequent schedule for selecting bellwethers, amending complaints, and briefing motions to compel arbitration (ECF 342);

WHEREAS, on May 18, 2026, Defendants completed their productions of the information required by the Account Identification Forms;

WHEREAS, Plaintiffs' Account Confirmation and Consent Forms are currently due May 26, 2026;

WHEREAS, the parties have met and conferred and have agreed to extend by seven days Plaintiffs' deadline to submit their Account Confirmation and Consent forms to allow Plaintiffs sufficient time to carefully review the information that Defendants provided and to complete, sign, and return to Defendants the Account Confirmation and Consent forms;

WHEREAS, the parties have further agreed to extend all subsequent deadlines in the current scheduling order by seven days;

Accordingly, the parties stipulate to the following revised schedule:

Stipulation and [Proposed] Order re: Revised
Schedule for Motions to Compel Arbitration
3:25-md-03166-RS

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Preservation Forms Due | April 17, 2026 | N/A |
| Account Identification Forms Due | May 18, 2026 | N/A |
| Account Confirmation and Consent Forms Due | May 26, 2026 | June 2, 2026 |
| User Account Data Downloads Due | June 9, 2026 | June 16, 2026 |
| Parties Serve MTC Bellwether Selections (Identifying Bellwethers) | June 23, 2026 | June 30, 2026 |
| Plaintiffs Amend Bellwether Complaints | July 21, 2026 | July 28, 2026 |
| Roblox's and Discord's Bellwether MTCs Due | September 8, 2026 | September 15, 2026 |
| Oppositions to MTCs Due | October 13, 2026 | October 20, 2026 |
| Replies ISO MTCs Due | November 10, 2026 | November 17, 2026 |
| Hearing on All Motions to Compel | To be set by the Court | To be set by the Court |

WHEREAS, this proposed schedule does not address deadlines applicable to potential case substitutions, and the parties agree that, in the event of any such substitution, they shall promptly meet and confer to discuss whether a revised briefing schedule is necessary to ensure sufficient time for amendment and motions;

WHEREAS, certain scheduling deadlines have previously been modified once, pursuant to the parties' stipulation filed on May 18, 2026 (ECF 341) and entered by the Court that day (ECF 342); and

WHEREAS, the parties request entry of this proposed schedule without prejudice to seeking a further extension of time should the circumstances warrant.

**IT IS SO STIPULATED.**

Dated:  May 26, 2026

Respectfully submitted,

**Anapol Weiss**

*/s/ Alexandra Walsh*
Alexandra Walsh

Co-Lead Counsel for Plaintiffs

**Girard Sharp LLP**

*/s/ Sarah London*
Sarah London

Co-Lead Counsel for Plaintiffs

Stipulation and [Proposed] Order re: Revised
Schedule for Motions to Compel Arbitration
3:25-md-03166-RS

3

**Aylstock, Witkin, Kreis & Overholtz PLC**

*/s/ Bryan Aylstock*
Bryan Aylstock

Co-Lead Counsel for Plaintiffs

**Cooley LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

**Davis Wright Tremaine LLP**

*/s/ Ambika Kumar*
Ambika Kumar (*pro hac vice*)

Attorneys for Defendant
DISCORD INC.

Stipulation and [Proposed] Order re: Revised
Schedule for Motions to Compel Arbitration
3:25-md-03166-RS

**Attestation**

I attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  May 26, 2026                                    /s/ Sarah R. London
                                                        Sarah R. London
                                                        Co-Lead Counsel for Plaintiffs

Stipulation and [Proposed] Order re: Revised
Schedule for Motions to Compel Arbitration
3:25-md-03166-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>ALL ACTIONS | [PROPOSED] ORDER RE: REVISED SCHEDULE FOR MOTIONS TO COMPEL ARBITRATION<br><br>Judge Richard Seeborg |

Having considered the parties' stipulation, the Court orders that the scheduling order regarding motions to compel arbitration is modified as follows:

| EVENT | DEADLINE |
| --- | --- |
| Account Confirmation and Consent Forms Due | June 2, 2026 |
| User Account Data Downloads Due | June 16, 2026 |
| Parties Serve MTC Bellwether Selections (Identifying Bellwethers) (Roblox and Discord) | June 30, 2026 |
| Plaintiffs Amend Bellwether Complaints | July 28, 2026 |
| Roblox's and Discord's Bellwether MTCs Due | September 15, 2026 |
| Oppositions to MTCs Due | October 20, 2026 |
| Replies ISO MTCs Due | November 17, 2026 |
| Hearing on All Motions to Compel | To be set by the Court |

Dated: May 26, 2026

_____
HON. RICHARD SEEBORG
United States District Judge

Stipulation and [Proposed] Order re: Revised
Schedule for Motions to Compel Arbitration
3:25-md-03166-RS