# EXHIBIT A

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseudonym |
|---|------|--------|---------------|---------------------------|
| 1 | AW-0005 et al v. Roblox Corporation et al | 3:26-cv-03439-RS | AW-0005 | AW-GAL-0005 |
| 2 | AW-0004 et al v. Roblox Corporation et al | 3:26-cv-03514-RS | AW-0004 | AW-GAL-0004 |
| 3 | AW-0006 et al v. Roblox Corporation et al | 3:26-cv-03830-RS | AW-0006 | AW-GAL-0006 |
| 4 | AW-0007 et al v. Roblox Corporation et al | 3:26-cv-03872-RS | AW-0007 | AW-GAL-0007 |
| 5 | RBHL-0001 et al v. Roblox Corporation, et al | 3:26-cv-04209-RS | RBHL-0001 | RBHL-GAL-0001 |
| 6 | AW-0008 et al v. Roblox Corporation | 3:26-cv-04246-RS | AW-0008 | AW-GAL-0008 |
| 7 | GGH-0005 et al v. Roblox Corporation et al | 3:26-cv-04258-RS | GGH-0005 | GGH-GAL-0005 |
| 8 | Jane Doe GS-0006 et al v. Roblox Corporation | 3:26-cv-04643-RS | Jane Doe GS-0006 | GS-GAL-0006 |
| 9 | HL-0001,et al v. Roblox Corporation et al | 3:26-cv-04838-RS | HL-0001 | HL-GAL-0001 |
| 10 | AW-0010 v. Roblox Corporation et al | 3:26-cv-04865-RS | AW-0010 | AW-GAL-0010 |