**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GGH-GAL-0003, individually and as parent and next friend of minor, GGH-0003,<br><br>       Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, a corporation, and DISCORD INC., a corporation,<br><br>       Defendants. | **Case No. 3:25-cv-01779-RS** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs GGH-GAL-0003, individually and as parent and next friend of minor GGH-0003, hereby give notice that this action is voluntarily dismissed without prejudice against the above-listed Defendants as no opposing party has neither served an answer nor a motion for summary judgment, and Plaintiffs have not previously dismissed any action based on or including the same claim.

Dated: June 1, 2026                    Respectfully Submitted,

                                       By: */s/   Martin D. Gould_____*

Martin D. Gould*
Steven L. Vanderporten*
**GOULD GRIECO & HENSLEY, PLLC**
1 N. Franklin Street, Suite 3500
Chicago, Illinois 60606
P: (312) 728-7444
Martin@GGHLaw.com
Steven@GGHLaw.com

Gary M. Klinger*
Melinda Maxson*
**MILBERG PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
GKlinger@milberg.com
MMaxson@milberg.com

Melissa Nafash*
**MILBERG PLLC**
405 East 50th Street
New York, NY 10022
Tel: (212) 946-9305
MNafash@milberg.com

*Counsel for Plaintiff GGH-GAL-0003, individually and as parent and next friend of minor, GGH-0003*

*\*Pro Hac Vice*