# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. James Randolph Dugan II
_____

One Canal Place
whose address is _____  365 Canal St Ste 1000 _____

New Orleans, LA 70130
_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

18th                      April                        1997
_____ day of _____, _____.

15th
Given over my hand and the Seal of the Louisiana State Bar Association, this _____

April                        2026
day of _____, _____.

_____

Executive Director
Louisiana State Bar Association

## Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

_____

Dr. Douglas Robert Plymale

201 Saint Charles Ave Ste 2500

whose address is_____

New Orleans, LA 70170

_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

11th                          April                          2003
_____day of _____,_____.

15th
Given over my hand and the Seal of the Louisiana State Bar Association, this_____

April                          2026
day of_____,_____.

_____
Executive Director
Louisiana State Bar Association

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

_____ Ms. Mekel R Smith _____

whose address is_____ One Canal Place
365 Canal St Ste 1000 _____

_____ New Orleans, LA 70130 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____23rd_____day of _____April_____,____1993____.

Given over my hand and the Seal of the Louisiana State Bar Association, this_____15th_____

day of_____April_____,____2026____.

_____
Executive Director
Louisiana State Bar Association