# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

As the judge assigned to 25-md-03166, In Re Roblox Corporation Child Sexual Exploitation and Assault Litigation, I find that the case below should be a member case in the multi-district litigation case assigned to me.  Accordingly, such case shall be reassigned to me.

| Case | Title |
|------|-------|
| 26-cv-3513 JD | Jane Doe v. Roblox Corporation, et al |

### ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. The parties are instructed that the reassigned cases are subject to the Pretrial Order No. 1 in 25-md-03166, In Re Roblox Corporation Child Sexual Exploitation and Assault Litigation.

Dated: June 5, 2026

RICHARD SEEBORG
Chief United States District Judge