# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No. 3:25-cv-10526 RS |
| This Document Relates to: | MDL No. 3166 |
| *JANE DOE S.F., as guardian and next friend of JANE DOE A.C., a minor v. ROBLOX CORPORATION and DISCORD INC.*, 3:25-cv-10526 | [PROPOSED] **ORDER FOR SUBSTITUTION OF PLAINTIFF** |

This matter comes before the Court on Plaintiff Jane Doe S.F.'s Motion to Substitute the Plaintiff in the above captioned case pursuant to Fed. R. Civ. P. 25. The Court orders:

1. Plaintiff's Motion is GRANTED:

2. Plaintiff A.C. is substituted for Plaintiff Jane Doe S.F.., as guardian and next friend of Jane Doe A.C., a minor.

3. The caption in Court File No. 3:25-cv-10526 shall now read:

   JANE DOE A.C. v. ROBLOX CORPORATION and DISCORD INC.

**IT IS SO ORDERED.**

Dated: _June 8_____, 2026

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT
JUDGE

4