IN RE: ROBLOX CORPORATION CHILD SEXUAL
EXPLOITATION AND ASSAULT LITIGATION

MDL No. 3166

## EXHIBIT A

1. *T.T. v. Roblox Corporation,* No. 3:25-cv-10812-RS (N.D. Cal.)

2. *Doe v. Roblox Corporation,* No. 3:25-cv-10972-RS (N.D. Cal.)

3. *AE et al v. Roblox Corporation,* No. 3:25-cv-10810-RS (N.D. Cal.)

4. *Doe v. Roblox Corporation, et al.,* No. 3:25-cv-10811-RS (N.D. Cal.)

5. *J.S. v. Roblox Corporation,* No. 3:25-cv-10975-RS (N.D. Cal.)

6. *M.S. v. Roblox Corporation, et al., No. 3:25-cv-07925-RS (N.D. Cal.)*

7. *Doe v. Roblox Corporation, No. 3:26-cv-00294-RS*

8. *R.D. et al v. Roblox Corporation et al., No. 3:26-cv-00272-RS*

9. *E. et al v. Roblox Corporation et al., No. 4:26-cv-00292-KAW*

10. *I.B. et al v. Roblox Corporation et al., No. 3:26-cv-00506-LB*

11. *N.N. et al v. Roblox Corporation, No. 4:26-cv-00360-KAW*

12. *J.S. et al v. Roblox Corporation et al., No. 4:26-cv-00438-KAW*

13. *J.S. et al v. Roblox Corporation et al., No. 3:26-cv-00903-RS*

14. *GGH-GAL-0001 et al v. Roblox Corporation et al., No. 3:26-cv-01397-RS*

15. *GGH-0002 v. Roblox Corporation, No. 3:26-cv-01398-RS*