# EXHIBIT A

***In re Roblox Corp. Child Sexual Exploitation & Assault Litig.*, MDL No. 3166**
**Updates on Matters of Significance in Other Actions**

### ROBLOX'S LIST OF CASES

**1.        State Attorney General Cases**

**Case Name**: *Office of the Attorney General, State of Florida, Dep't of Legal Affairs v. Roblox Corp.*
**Case Number**: No. 3:26-cv-00057
**Jurisdiction**: M.D. Fla.
**Judge/Magistrate**: District Judge Jordan E. Pratt
**Plaintiff(s)**: Office of the Attorney General, State of Florida, Dep't of Legal Affairs
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motion to dismiss filed by Roblox; court order to show cause why case should not be remanded to state court
**Hearing Dates**: None scheduled
**Case Schedule**:  No case deadlines set
**Trial Date**: None set
**Status**: Motion to dismiss is fully briefed; order to show cause on motion for remand is fully briefed; awaiting court orders

**Case Name**: *State of Indiana v. Roblox Corp. and Discord Inc.*
**Case Number**: 29D01-2605-PL-005581
**Jurisdiction**: State of Indiana, Hamilton Superior Court 1
**Judge/Magistrate**: Judge Michael A. Casati
**Plaintiff(s)**: State of Indiana
**Defendant(s)**: Roblox Corp. and Discord Inc.
**Pending Motions**: None scheduled
**Hearing Dates**: None
**Case Schedule**: Deadline to Answer or Respond to Petition – July 10, 2026
**Trial Date**: None set
**Status**: Deadline to Answer or Respond to Petition – July 10, 2026

**Case Name**: *State of Iowa v. Roblox Corp.*
**Case Number**: 05771 EQCE092346
**Jurisdiction**: Iowa District Court for Polk County
**Judge/Magistrate**: District Judge Celene Gogerty
**Plaintiff(s)**: State of Iowa
**Defendant(s)**: Roblox Corp.
**Pending Motions**: None
**Hearing Dates**: None scheduled
**Case Schedule**:  Deadline to respond to Petition – June 12, 2026
**Trial Date**: None set
**Status**: Order Denying Motion to Dismiss filed on May 13, 2026; Response to Petition pending

**Case Name**: *Commonwealth of Kentucky ex rel. Russell Coleman, Attorney General v. Roblox Inc. and Roblox Prepaid Company, LLC*
**Case Number**: 25-CI-00868
**Jurisdiction**: Madison Circuit Court, Division One
**Judge/Magistrate**: Hon. David M. Ward
**Plaintiff(s)**: Commonwealth of Kentucky, ex rel. Russell Coleman, Attorney General
**Defendant(s)**: Roblox, Inc.; Roblox Prepaid Company, LLC
**Pending Motions**: Motion to Dismiss
**Hearing Dates**: None scheduled
**Case Schedule**:  No case deadlines set
**Trial Date**: None set
**Status**: Motion to dismiss is fully briefed; awaiting court order

**Case Name**: *State of Louisiana by and through its Attorney General Liz Murrill v. Roblox Corp.*
**Case Number**: 188950 Section "C"
**Jurisdiction**: 21st Judicial District Court, Parish of Livingston
**Judge/Magistrate**: Hon. Jeffrey Johnson
**Plaintiff(s)**: State of Louisiana, by and through its Attorney General, Liz Murrill
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Peremptory and Dilatory Exceptions pending response by State (equivalent to MTD)
**Hearing Dates**: None scheduled
**Case Schedule**:  No case deadlines set
**Trial Date**: None set
**Status**: Roblox's Peremptory and Dilatory Exceptions To The State's First Amended Petition For Damages filed on May 29, 2026

**Case Name**: *State of Nebraska ex rel. Michael T. Hilgers, Attorney General v. Roblox Corp.*
**Case Number**: D14CI260000074
**Jurisdiction**: District Court of Adams County, Nebraska
**Judge/Magistrate**: Hon. Timothy E. Hoeft
**Plaintiff(s)**: State of Nebraska ex rel. Michael T. Hilgers, Attorney General
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motion to Transfer Venue; Motion to Dismiss
**Hearing Dates**: None scheduled
**Case Schedule**:  Deadline to file Reply in Support of Motion to Dismiss – June 25, 2026
**Trial Date**: None set
**Status**: Motion to Transfer Venue hearing held on May 13, 2026; awaiting court order

**Case Name**: *State of Oklahoma, ex rel. Gentner Drummond, Attorney General of Oklahoma v. Roblox. Inc.*
**Case Number**: CJ-2026-810
**Jurisdiction**: District Court of Cleveland County
**Judge/Magistrate**: None assigned

**Plaintiff(s)**: State of Oklahoma, ex rel. Gentner Drummond, Attorney General of Oklahoma
**Defendant(s)**: Roblox, Inc.
**Pending Motions**: None
**Hearing Dates**: None scheduled
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Petition filed on May 14, 2026

**Case Name**: *State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General and Reporter v. Roblox Corp.*
**Case Number**: 25CV-55330
**Jurisdiction**: Chancery Court of Williamson County, Tennessee, for the Twenty-First Judicial District at Franklin
**Judge/Magistrate**: Deana C. Hood
**Plaintiff(s)**: State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General and Reporter
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motion to Dismiss
**Hearing Dates**: None
**Case Schedule**: No case deadlines set
**Trial Date**: Not set
**Status**: Motion for a Protective Order Staying Discovery denied on May 28, 2026; Motion to Dismiss fully briefed; awaiting order. Case management negotiations ongoing. Beginning stages of fact discovery.

**Case Name**: *State of Texas v. Roblox Corp.*
**Case Number**: D-1-GN-26-000981
**Jurisdiction**: 353rd, District Court, Travis County
**Judge/Magistrate**: Sherine Thomas
**Plaintiff(s)**: State of Texas
**Defendant(s)**: Roblox Corp.
**Pending Motions**: None
**Hearing Dates**: None
**Case Schedule**: No case deadlines set
**Trial Date**: Not set
**Status**: Motion to Dismiss granted in part and denied in part on March 16, 2026. Order denying Motion Certify Permissive Appeal and Stay Case Pending Appeal filed on May 14, 2026. Case management negotiations ongoing. Discovery in progress.

2.      **JCCP**

**Case Name:** *Roblox Child Safety Cases*
**Case Number:** JCCP No. 5440
**Jurisdiction:** Superior Court of the State of California, San Mateo County
**Judge:** Coordination Trial Judge not yet assigned
**Plaintiffs:** John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe

A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005

**Defendants:** Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.

**Pending Motions:** N/A

**Hearing Dates:** N/A

**Case Schedule:** None set (awaiting assignment of coordination trial judge)

**Trial Date:** N/A

**Status:** Awaiting assignment of coordination trial judge.

**Coordinated Cases:**

1.  *John Doe v. Roblox Corp. et al*, No. 25-CIV-01193 (Cal. Sup. Ct. San Mateo Cnty.)
2.  *Jane Doe v. Roblox Corp. et al*, No. 25-CIV-05901 (Cal. Sup. Ct. San Mateo Cnty.)
3.  *Jane Doe M.L. v. Roblox Corp. et al.*, No. 25STCV24596 (Cal. Sup. Ct. L.A. Cnty.)
4.  *Rebecca Dallas v. Roblox Corp. et al.*, No. CGC-25-629056 (Cal. Sup. Ct. S.F. Cnty.)
5.  *A.R. v. Roblox Corp. et al*, No. CVRI2506488 (Cal. Sup. Ct. Riverside Cnty.)
6.  *Jane Doe v. Roblox Corp. et al*, No. 25NNCV08326 (Cal. Sup. Ct. L.A. Cnty.)
7.  *John Doe P.C. v. Roblox Corp. et al.*, No. 25CV161114 (Cal. Sup. Ct. Alameda Cnty.)
8.  *Jane Doe D.B. v. Roblox, et al.*, No. 26-CIV-00085 (Cal. Sup. Ct. San Mateo Cnty.)
9.  *Jane A.R. Doe v. Roblox, et al.*, No. 26-CIV-00250 (Cal. Sup. Ct. San Mateo Cnty.)
10. *John Doe A.S. v. Roblox, et al.*, No. 26CUB00276 (Cal. Sup. Ct. Kern Cnty.)
11. *Jane Doe A.S. v. Roblox, et al.*, No. 26CUB00357 (Cal. Sup. Ct. Kern Cnty.)
12. *T.L.B. v. Roblox Corp. et al*, No. 26STCV03253 (Cal. Sup. Ct. L.A. Cnty.)
13. *K.E.B. v. Roblox Corp. et al*, No. 26STCV03401 (Cal. Sup. Ct. L.A. Cnty.)
14. *Jane Doe D.D. v. Roblox Corp. et al.*, No. 26STCV05586 (Cal. Sup. Ct. L.A. Cnty.)
15. *Jane Doe E.R. v. Roblox Corp. et al.*, No. 26SMVC00920 (Cal. Sup. Ct. L.A. Cnty.)
16. *Jane Doe A.D.N. v. Roblox Corp. et al.*, No. 26-CIV-02374 (Cal. Sup. Ct. San Mateo Cnty.)
17. *A.O. v. Roblox Corp. et al.*, No. 26STCV09993 (Cal. Sup. Ct. L.A. Cnty.)
18. *Mary Doe v. Roblox Corp. et al.*, No. 26-CIV-02905 (Cal. Sup. Ct. San Mateo Cnty.)
19. *John Doe G W. v. Roblox Corp. et al.*, No. CIVSB2612119 (Cal. Sup. Ct. San Bernardino Cnty.)
20. *John Doe WO. v. Roblox Corp. et al.*, No. 26-CVCV-0012711 (Cal. Sup. Ct. Mariposa Cnty.)
21. *John Doe GS-0005 v. Roblox Corp. et al.*, No. CGC-26-635913 (Cal. Sup. Ct. S.F. Cnty.)

*California State Court Cases Awaiting Coordination:*

1.  **Case Name**: *Jane Doe v. Roblox Corp. et al.*
    **Case Number**: 26CV02190
    **Jurisdiction**: Superior Court of the State of California, Santa Barbara County
    **Judge/Magistrate**: Hon. Colleen K. Sterne
    **Plaintiff(s)**: Jane Doe
    **Defendants**: Roblox Corp.; Snap Inc.
    **Pending Motions**: N/A
    **Hearing Dates**: N/A
    **Case Schedule**: No case deadlines set. Action stayed.

**Trial Date**: N/A

**Status**: The complaint in this action was filed on April 6, 2026, and service was completed on April 15, 2026. Plaintiff's counsel have confirmed that they intend to transfer this case to the JCCP.  The parties have stipulated to stay the case pending resolution of the forthcoming notice of add-on.

2.  **Case Name**: *Jane Doe A.M. v. Roblox Corp.*
    **Case Number**: 26PSCV01311
    **Jurisdiction**: Superior Court of the State of California, Los Angeles County
    **Judge/Magistrate**: Hon. Salvatore Sirna
    **Plaintiff**: Jane Doe A.M., a minor by and through her *Guardian ad Litem*, Jane Doe A.C.
    **Defendant**: Roblox Corp.
    **Pending Motions**: N/A
    **Hearing Dates**: Case Management Conference and Order to Show Cause re: Failure to File Proof of Service on August 19, 2026.
    **Case Schedule**: No case deadlines set. Response to complaint due June 15, 2026.
    **Trial Date**: N/A
    **Status**: The complaint in this action was served on Roblox on May 14, 2026.

3.  **Case Name**: *Jane S.A. Doe v. Roblox Corp. et al.*
    **Case Number**: 26CU020550C
    **Jurisdiction**: Superior Court of the State of California, San Diego County
    **Judge/Magistrate**: Hon. Katherine A. Bacal
    **Plaintiff**: Jane S.A. Doe, on behalf of her minor child, Jane A.A. Doe
    **Defendants**: Roblox Corp., Meta Platforms, Inc.
    **Pending Motions**: N/A
    **Hearing Dates**: Case Management Conference September 18, 2026.
    **Case Schedule**: No case deadlines set.
    **Trial Date**: N/A
    **Status**: Complaint has not yet been served on Defendants.

4.  **Case Name**: *John Doe (N.J.) v. Roblox Corp.*
    **Case Number**: 26STCV12593
    **Jurisdiction**: Superior Court of the State of California, Los Angeles County
    **Judge/Magistrate**: Hon. Lawrence P. Riff
    **Plaintiff**: John Doe (N.J.), a minor, by and through his Guardian ad Litem, Jane Doe (C.F.)
    **Defendant**: Roblox Corp.
    **Pending Motions**: N/A
    **Hearing Dates**: Initial Status Conference on July 13, 2026
    **Case Schedule**: No case deadlines set.
    **Trial Date**: N/A
    **Status**: Complaint has not yet been served on Roblox.

5.  **Case Name**: *John Doe v. Roblox Corp. et al.*
    **Case Number**: 26-CIV-03059
    **Jurisdiction**: Superior Court of the State of California, San Mateo County
    **Judge/Magistrate**: Hon. Mark A. McCannon
    **Plaintiffs**: John Doe, a minor, by and through his guardian ad litem, Jane Doe
    **Defendants**: Roblox Corp.; Discord Inc.
    **Pending Motions**: N/A
    **Hearing Dates**: Case Management and Trial Setting Conference on September 16, 2026.
    **Case Schedule**: No case deadlines set. Response to complaint due June 12, 2026.
    **Trial Date**: N/A
    **Status**: Complaint was served on Roblox on April 21. Roblox removed the action to federal court on April 22, 2026, and the case was subsequently remanded.

6.  **Case Name**: *Person Doe H.W. v. Roblox, Corp. et al.*
    **Case Number**: 26CV492683
    **Jurisdiction**: Superior Court of the State of California, Santa Clara County
    **Judge/Magistrate**: Hon. Rafael Sivilla-Jones
    **Plaintiff**: Person Doe H.W., a minor, by and through their *Guardian ad Litem*, Jane Doe K.W.
    **Defendants**: Roblox Corp.; Discord Inc.
    **Pending Motions**: N/A
    **Hearing Dates**: Case Management Conference on September 23, 2026.
    **Case Schedule**: No case deadlines set. Response to complaint due July 6, 2026.
    **Trial Date**: N/A
    **Status**: Roblox was served on June 4, 2026.

7.  **Case Name**: *Jane Doe L.J. v. Roblox Corp. et al.*
    **Case Number**: 26LBCV01114
    **Jurisdiction**: Superior Court of the State of California, Los Angeles County
    **Judge/Magistrate**: Hon. Nicole M. Heeseman
    **Plaintiff**: Jane Doe L.J., a minor, by and through her proposed *Guardian ad Litem*, Jane Doe T.W.
    **Defendants**: Roblox Corp.; Discord Inc.
    **Pending Motions**:  Application for Appointment of *Guardian Ad Litem*, filed by Plaintiff on May 7, 2026
    **Hearing Dates**: August 4, 2026: Order to Show Cause Re: Failure to File Proof of Service. October 19, 2026 Case Management Conference.
    **Case Schedule**: No case deadlines set.
    **Trial Date**: N/A
    **Status**: Complaint has not yet been served on Defendants.

8.  **Case Name**: *D.V. et al. v. Roblox Corp.*
    **Case Number**: 26SMCV02941
    **Jurisdiction**: Superior Court of the State of California, Los Angeles County
    **Judge/Magistrate**: Hon. Edward B. Moreton, Jr.
    **Plaintiff**: D.V., a minor, by and through Virginia C., as *Guardian ad Litem*

6

**Defendant**: Roblox Corp.
**Pending Motions**: N/A
**Hearing Dates**: November 25, 2026 Case Management Conference.
**Case Schedule**: No case deadlines set.

**Trial Date**: N/A
**Status**: Complaint has not yet been served on Roblox.

### *LA County Case (Not Coordinated)*

**Case Name:** *The People of the State of California v. Roblox Corp. et al..*
**Case Number:** 26STCV05708
**Jurisdiction:** Superior Court of the State of California, Los Angeles County
**Judge/Magistrate:** Hon. Dean J. Kitchens
**Plaintiff:** State of California
**Defendants:** Roblox Corp.; Does 1-50.
**Pending Motions**: Demurrer Motion; anti-SLAPP Motion
**Trial Date:** N/A
**Status:** Hearing on the motions is July 14, 2026

### *State of Arkansas Case (Not Coordinated)*

**Case Name:** *State of Arkansas v. Roblox Corp. et al..*
**Case Number:** TC26-E940546308
**Jurisdiction:** Superior Court of the State of California, Los Angeles County
**Judge/Magistrate:** N/A
**Plaintiff:** State of Arkansas *ex rel.* Tim Griffin, Attorney General
**Defendants:** Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Trial Date:** N/A
**Status:** N/A

### 3.    Non-MDL Federal Litigation

**Case Name:** *Seitz v. Roblox Corp. et al.*
**Case Number:** 2:25-cv-00166-DLB-CJS
**Jurisdiction:** E.D. Ky.
**Judge/Magistrate:** Chief District Hon. David L Bunning; Magistrate Hon. Candace J. Smith
**Plaintiff:** Jaimee Seitz, individually and as administrator of the Estate of Audree Heine
**Defendants:** Roblox Corp.; Discord Inc.; TikTok LLC; TikTok Inc.; ByteDance Inc.
**Pending Motions**:
**Trial Date:** N/A
**Status:** The JPML denied Seitz's motion to transfer this case to MDL Nos. 3047 and 3166 on June 3,

7

2026.[1] The parties will submit a proposed briefing schedule for motions to dismiss and motions to compel arbitration by June 23, 2026.

### 4.  Other State Court Actions

**Case Name**: *John Doe v. Roblox Corp.*
**Case Number**: A-26-944838-C
**Jurisdiction**: Nevada District Court, Clark County
**Judge/Magistrate**: Hon. Eric Johnson
**Plaintiff(s)**: John Doe
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motion to Associate Counsel Michael A. Attanasio, filed by Roblox Corp. on June 1, 2026; Motion to Associate Counsel on Order Shortening Time, filed by Plaintiffs on June 1, 2026
**Trial Date:** N/A
**Status:** Parties undergoing expedited pre-arbitration discovery.

**Case Name**: *Jane Doe v. Roblox Corp.*
**Case Number**: A-26-948206-C
**Jurisdiction**: Nevada District Court, Clark County
**Judge/Magistrate**: Hon. Timothy Williams
**Plaintiff(s)**: Jane Doe
**Defendant(s)**: Roblox Corp.
**Pending Motions**: N/A
**Trial Date:** N/A
**Status:** No case deadlines set.

## DISCORD'S LIST OF CASES[2]

**Case Name:** *Jane Doe v. Discord Inc.*
**Case Number:** Case No. 26-3460 (appeal from 1:25-cv-01789)
**Jurisdiction:** Court of Appeals for the Sixth Circuit (on appeal from N.D. Ohio)
**Judge/Magistrate:** Judge Donald C. Nugent (N.D. Ohio)
**Plaintiff:** Jane Doe
**Defendant:** Discord Inc.
**Pending Motions:** None
**Hearing Date(s):**  N/A
**Case Schedule:** N/A

---

[1] In denying transfer to this MDL, the JPML found that *Seitz* does not involve allegations of sexual exploitation, predation, or assault, and instead alleges "grooming for violence." ECF No. XX at 1, 3. The JPML declined "to expand the scope of this MDL as plaintiff suggests," because doing so "could result in an overly broad MDL involving any plaintiff injured by exposure to objectionable content on Roblox," which would "be unduly complicated and difficult to manage." *Id.* at 3. Because *Seitz* is not like the cases in this MDL, Roblox and Discord will not continue to report on this case.

[2] Discord adopts Roblox's list to the extent applicable.

**Status:** On April 20, 20206, Judge Nugent granted Discord's Motion to Dismiss with prejudice and denied Plaintiff's Motion to Transfer Venue to the Northern District of California. On May 19, 2026, Plaintiff filed a notice of appeal.

**Case Name:** *State of Nevada v. Discord Inc.*
**Case Number:** A-26-945804-B
**Jurisdiction:** District Court, Clark County, Nevada
**Judge/Magistrate:** Joanna S. Kishner
**Plaintiffs:** State of Nevada
**Defendants:** Discord Inc.
**Pending Motions:** Motion to Seal, Motion to Dismiss
**Hearing Date(s):** 7/1/2026: Hearing on Motion to Seal
**Case Schedule:** N/A
**Trial Date:** N/A
**Status:** Motion to dismiss to be filed by 6/26/2026

**Case Name:** *State of Indiana v. Discord Inc.*
**Case Number:** 29D01-2605-PL-005581
**Jurisdiction:** Hamilton County Superior Court, Indiana
**Judge/Magistrate:** Michael A. Casati
**Plaintiffs:** State of Indiana
**Defendants:** Discord Inc.
**Pending Motions:** N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A
**Status:** Discord's Motion to Dismiss to be filed by 7/10/2026.

**Case Name:** *State of New Jersey v. Discord Inc.*
**Case Number:** ESX-C-000084-25
**Jurisdiction:** Superior Court of New Jersey; Essex County - Chancery Division
**Judge/Magistrate:** Lisa M. Adubato
**Plaintiffs:** State of New Jersey
**Defendants:** Discord Inc.
**Pending Motions:** Motion to Dismiss
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A
**Status:** Discord's Motion to Dismiss was filed 6/11/2026.

**SNAP'S LIST OF CASES**

   1. ***Roblox Child Safety* JCCP**

**Case Name**: *Roblox Child Safety Cases*

**Case Number**: JCCP No. 5440
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge**: Coordination Trial Judge not yet assigned
**Plaintiff(s)**: John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005
**Defendant(s)**: Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: None set (awaiting assignment of Coordination Trial Judge)
**Trial Date**: None set
**Status**: Awaiting assignment of Coordination Trial Judge

### Snap-Specific Cases Coordinated in Roblox JCCP

**Case Name**: *D.D. Doe v. Roblox Corp. et al.*
**Case Number**: 26STCV05586
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Nicholas Daum
**Plaintiff(s)**: D.D. Doe, by and through guardian ad litem, D.A. Doe
**Defendant(s)**: Roblox Corporation, Snap Inc.
**Pending Motions**: Request to Vacate Case Management Conference
**Hearing Dates**: N/A
**Case Schedule**: 06/24/2026: Case Management Conference
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Case Name**: *T.L.B. v. Roblox Corp. et al.*
**Case Number**: 26STCV03253
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Lawrence Riff
**Plaintiff(s)**: T.L.B., by and through guardian ad litem, P.E.B.
**Defendant(s)**: Roblox Corporation, Snap Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 07/13/2026: Further Status Conference
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

### 2. *California State-Court Cases Awaiting* JCCP *Coordination*

**Case Name**: *Jane Doe v. Roblox Corp. et al.*
**Case Number**: 26CV02190
**Jurisdiction**: Superior Court of the State of California, Santa Barbara County
**Judge/Magistrate**: Judge Colleen K. Sterne

**Plaintiff(s)**: Jane Doe, by and through guardian ad litem, Mary Doe
**Defendants**: Roblox Corporation, Snap Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set. Action stayed.
**Trial Date**: N/A
**Status**: The complaint in this action was filed on April 6, 2026, and service was completed on April 15, 2026. Plaintiff's counsel confirmed that they intend to transfer this case to the JCCP.  The parties have stipulated to stay the case pending resolution of the forthcoming notice of add-on.

### META'S LIST OF CASES

#### 1. *Roblox Child Safety JCCP*

**Case Name**: *Roblox Child Safety Cases*
**Case Number**: JCCP No. 5440
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge**: Coordination Trial Judge not yet assigned
**Plaintiff(s)**: John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005
**Defendant(s)**: Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: None set (awaiting assignment of Coordination Trial Judge)
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

#### Meta-Specific Cases Coordinated in Roblox JCCP

**Case Name**: *Jane Doe M.L. v. Roblox, et al.*
**Case Number**: 25STCV24596
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Upinder S. Kalra
**Plaintiff(s)**: Jane Doe M.L., by and through guardian ad litem, Jane Doe L.L.
**Defendant(s)**: Roblox Corporation, Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 8/28/2026: Case Management Conference
**Trial Date**: N/A
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Case Name**: *Doe GS-0005 v. Roblox, et al.*
**Case Number**: CGC-26-635913
**Jurisdiction**: Superior Court of the State of California, San Francisco County
**Judge/Magistrate**: Judge Rochelle C. East

11

**Plaintiff(s)**: John Doe GS-0005, by and through guardian ad litem, GS-GAL-0005
**Defendant(s)**: Roblox Corporation, Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 9/16/2026: Case Management Conference
**Trial Date**: N/A
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

2.  *California State Court Cases Awaiting Coordination*

**Case Name**: *Jane S.A. Doe v. Roblox Corp. et al.*
**Case Number**: 26CU020550C
**Jurisdiction**: Superior Court of the State of California, San Diego County
**Judge/Magistrate**: Hon. Katherine A. Bacal
**Plaintiff**: Jane S.A. Doe, by and through guardian ad litem, Jane A.A. Doe
**Defendants**: Roblox Corp., Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 9/18/2026: Case Management Conference
**Trial Date**: N/A
**Status**: Complaint has not yet been served on Defendants.