Dennis C. Reich, ESQ. (SBN #69631)
dreich@reichandbinstock.com
Robert J. Binstock (pro hac vice forthcoming)
Anya Fuchs (SBN #215105)
afuchs@reichandbinstock.com
Andrew Holcomb
aholcomb@reichandbinstock.com
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271Fax: 713.623.8724

*Attorneys for Plaintiff Jane Doe A.C. and Her Next Friend Jane Doe, L.G.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | Case No.: 3:25-cv-8941<br><br>MDL No. 3166 |
| This Document Relates to:<br>JANE DOE A.C. AND HER NEXT FRIEND JANE DOE, L.G.<br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION and DISCORD INC.,<br><br>Defendants, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action in its entirety, without prejudice, with each party to bear its own costs and fees.

Neither Defendant has served either an answer or a motion for summary judgment in this action.

//

- 1 -
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Date:   June 18, 2026

Respectfully submitted,

**REICH AND BINSTOCK, LLP**

By: _____

Dennis C. Reich, ESQ. (SBN #69631)
dreich@reichandbinstock.com
Robert J. Binstock (pro hac vice forthcoming)
bbinstock@reichandbinstock.com
Anya Fuchs (SBN #215105)
Andrew Holcomb (pro hac vice forthcoming)
aholcomb@reichandbinstock.com
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271Fax: 713.623.8724

Attorneys for Plaintiff Jane Doe A.C. and
Her Next Friend Jane Doe, L.G

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE