# EXHIBIT A

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseudonym |
|---|------|--------|---------------|---------------------------|
| 1 | BLF-0001 et al v. Roblox Corporation et al | 3:26-cv-04450-RS | BLF-GAL-0001 | BLF-0001 |
| 2 | Doe S.L. v. Roblox Corporation et al | 3:26-cv-04971-RS | Jane Doe S.L. | John Doe J.J. |
| 3 | AW-0011 v. Roblox Corporation et al | 3:26-cv-05046-RS | AW-GAL-0011 | AW-0011 |
| 4 | AWKO-GAL-0002 et al v. Roblox Corporation | 3:26-cv-05403-RS | AWKO-GAL-0002 | AWKO-0002 |
| 5 | WL-001 v. Roblox Corporation et al | 3:26-cv-05500-RS | WL-GAL-0001 | WL-0001 |
| 6 | AW-0013 v. Roblox Corporation et al | 3:26-cv-05704-RS | AW-GAL-0013 | AW-0013 |