**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This Document Relates to: | **CONSOLIDATED [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |
| All actions identified in the Consolidated Ex Parte Application for the Appointment of Guardian *Ad Litem* | |

Based on the Consolidated Ex Parte Application filed on July 1, 2026, the Court finds that it is reasonable and necessary to appoint guardians *ad litem* for minor plaintiffs as requested.

The Court orders that the applicants identified in the Consolidated Ex Parte Application are hereby appointed guardians *ad litem* for the minor plaintiffs listed in Exhibit A.

**It is so ordered.**

Dated: _____, 2026

_____

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 1 -

CONSOLIDATED [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*
Case No. 3:25-md-03166-RS