# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**ORDER FOR MOTION TO SHOW CAUSE TO NOT ENTER PROPOSED PRETRIAL ORDER REGARDING MANAGEMENT OF TIMEKEEPING, COST REIMBURSEMENT AND RELATED COMMON BENEFIT ISSUES** |

Attached hereto as Exhibit A is the Proposed Pretrial Order Regarding Management of Timekeeping, Cost Reimbursement and Related Common Benefit Issues. Any objecting party must file by July 16, 2026, a Motion to Show Cause why the Proposed Pretrial Order Regarding Management of Timekeeping, Cost Reimbursement and Related Common Benefit should not be entered.

**It is so ordered.**

Dated: July 2, 2026

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER FOR MOTION TO SHOW CAUSE TO NOT ENTER PRETRIAL ORDER REGARDING MANAGEMENT OF TIMEKEEPING, COST REIMBURSEMENT AND RELATED COMMON BENEFIT ISSUES
Case No. 3:25-md-03166-RS