COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
tdemas@cooley.com

Simona Agnolucci (246943)
Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
sagnolucci@cooley.com
mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>ALL ACTIONS | **STATEMENT RE WHETHER CASE NO. 3:26-CV-02513 SHOULD REMAIN PART OF MDL NO. 3166**<br><br>**3:25-MD-03166-RS**<br><br>Judge Richard Seeborg |

In response to the Court's June 24, 2026 Order (ECF No. 361), inviting all parties in *In Re: Roblox Child Sexual Exploitation and Assault Litigation*, MDL No. 3166 ("MDL"), to submit briefing by July 8, 2026 "regarding whether Case No. 3:26-CV-02513 should remain part of [this MDL]," Roblox Corporation takes no position on whether Case No. 3:26-CV-02513 should remain part of this MDL.

Dated:  July 8, 2026

Respectfully submitted,

COOLEY LLP

*/s/ Tiana Demas*

Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

338762235

STATEMENT RE CASE NO. 3:26-CV-02513
3:25-MD-03166-RS