Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 987104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:26-CV-03513 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**DEFENDANT DISCORD INC.'S STATEMENT REGARDING INCLUSION OF CASE NO. 3:26-CV-03513 IN MDL NO. 3166**<br><br>Hon. Richard Seeborg |
|---|---|

Defendant Discord Inc. ("Discord") respectfully submits this response to the Court's June 24, 2026 Order. *See* Dkt. No. 361. Discord does not object to Case No. 3:26-CV-03513 remaining part of *In re Roblox Child Sexual Exploitation and Assault Litigation*, MDL No. 3166.

DEFENDANT DISCORD'S BRIEF REGARDING INCLUSION OF CASE
CASE NO. 3:25-md-03166-RS

DATED: July 8, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Ambika Kumar*
Ambika Kumar

*Attorneys for Defendant* DISCORD INC.

- 2 -