Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted *pro hac vice*)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Attorneys for Plaintiff Jane Doe A.S.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | **Matter Relates to MDL No. 3166** |
| | Case No.: 3:25-cv-08756-RS |
| JANE DOE A.S., plaintiff, | NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE A.S. |
| Plaintiff, | |
| v. | |
| ROBLOX CORPORATION, | |
| Defendant. | |

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.

1

## NOTICE OF MOTION & MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that Dolman Law Group ("DLG"), counsel of record for Plaintiff Jane Doe A.S. ("Plaintiff"), moves this Court for an order permitting its withdrawal as counsel for Plaintiffs.

This Motion is made pursuant to Local Rule 11-5(a) and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d). This Notice of Motion & Motion is based on the below Memorandum in Support and the accompanying Declaration of Sara D. Beller, filed contemporaneously. A Proposed Order is attached as Exhibit B.

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 11-5(a) and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d), DLG submits this Memorandum of Law in support of its Motion to Withdraw as Counsel for Plaintiff A.S. Dolman Law respectfully requests the Court grant the Motion.

## STATEMENT OF FACTS

Plaintiff A.S. is currently represented by DLG. Plaintiff's claims were filed in the United States District Court for the Northern District of California as Case No. 3:25-cv-08756 on October 10, 2025. Plaintiff's case was consolidated into the multidistrict litigation In re: Roblox, Inc. Child Sexual Exploitation and Assault Litigation, Case No. 3:25-md-03166-RS, on December 12, 2025.

DLG has been unable to reach Plaintiff since May 15, 2026. See Ex. A, Declaration of Sara D. Beller ("Beller Decl.") at ¶ 2. DLG has made numerous attempts to contact Plaintiff via phone, email, and text. Beller Decl. ¶ 4(a)-(c). DLG repeatedly explained why Plaintiff's participation was necessary to prosecute this case. Id. DLG has attempted to make contact with Plaintiff noting discovery deadlines, explaining the risk of dismissal, and explaining that DLG could not continue to represent Plaintiff without her input. Beller Decl. ¶ 4(b)-(c). During this time, DLG continued to apprise opposing counsel of the challenges in reaching Plaintiff. Beller Decl. ¶ 5.

On June 26, 2026, DLG formally advised Plaintiff it intended to withdraw as counsel if she did not contact the firm, and again offered Plaintiff the option to voluntarily dismiss her case or to

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.

2

seek alternative counsel. Beller Decl. ¶ 4(c).] DLG also advised Roblox of its intent to withdraw. Beller Decl. ¶ 7. To date, Plaintiff has not contacted DLG, has not agreed to voluntarily dismiss her case, and has not informed DLG that alternate counsel has been retained. Beller Decl. ¶ 6. DLG thus remains counsel of record for Plaintiff, but also remains unable to reach her.

**ARGUMENT**

DLG should be permitted to withdraw as counsel for Plaintiff. An attorney may withdraw from a case by obtaining an order from the court after reasonable advance written notice has been provided to the client and to all other parties. Civ. L.R. 11-5(a). Attorneys practicing before this Court are also required to adhere to the California Rules of Professional Conduct. Civ. L.R. 11-4(a)(1). Under those rules, a "lawyer shall not terminate a representation until the lawyer has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client." Cal. Rules. Prof. Conduct 1.16(d)(1).

DLG has given appropriate advance notice of its intent to withdraw to Plaintiff, beginning on May 15, 2026 and culminating with final notice on June 30, 2026. Beller Decl. ¶ 4(b)-(d). DLG has also given advance notice to Roblox. Beller Decl. ¶ 7. DLG has taken all steps possible to avoid prejudice to Plaintiff. Beller Decl. ¶ 8. In multiple calls, emails, and texts, DLG explained the consequences of failing to contact the firm or to meet discovery deadlines. Beller Decl. ¶ 4. DLG has thus taken all reasonable steps to avoid foreseeable prejudice to the Plaintiff. Beller Decl. ¶ 8.

Under California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from a case if "the client . . . renders it unreasonably difficult for the lawyer to carry out the representation effectively." Here, Plaintiff has failed to communicate with DLG and failed to provide information required to prosecute her case. Beller Decl. ¶¶ 2-3. DLG has been unable to meet discovery deadlines in this case because, for example, the Plaintiffs' User Account Identification Forms requires Plaintiff's input and verification. See Beller Decl. ¶ 5. Plaintiff's conduct thus falls into the express terms of Rule 1.16 regarding permissive withdrawal.

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.

3

Because this motion is not accompanied by a substitution of counsel or an agreement by Plaintiff to proceed pro se, DLG agrees to the condition imposed by Local Rule 11-5(b) to serve Plaintiff with all papers in this matter, unless or until Plaintiff appears pro se, other counsel appears on Plaintiff's behalf, or upon further order of the Court. See Beller Decl. ¶ 9.

## **CONCLUSION**

DLG respectfully requests that the Court enter an order terminating its representation of Plaintiff A.S. and allowing Plaintiff 30 days to retain new counsel.

Date:   July 9, 2026                          Respectfully submitted,

By: *Sara Beller*

Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe*
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Attorneys for Plaintiff Jane Doe A.S.*

*\*Pro Hac Vice* motions forthcoming

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.

4

# EXHIBIT A

Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted *pro hac vice*)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907


*Attorneys for Plaintiff Jane Doe A.S.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | **Matter Relates to MDL No. 3166** |
| | Case No.: 3:25-cv-08756-RS |
| JANE DOE A.S., plaintiff, | DECLARATION OF SARA D. BELLER IN SUPPORT OF DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE A.S. |
| Plaintiff, | |
| v. | |
| ROBLOX CORPORATION, | |
| Defendant. | |

BELLER DECL. ISO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE A.S.

1

I, Sara D. Beller, declare:

1. I am an attorney in the law firm of Dolman Law Group. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Plaintiff A.S. has not responded to any efforts to reach her made by myself or my staff since May 15, 2026.

3. Plaintiff A.S.'s failure to communicate with our firm has presented a circumstance covered by Rule 1.16(b)(4) of the California Rules of Professional Conduct. We are unable to meet discovery deadlines and otherwise prosecute her case without her input. It is my opinion that our withdrawal from the case has become necessary.

4. Under California Rule of Professional Conduct 1.16(d), my firm has taken all reasonably available steps to avoid prejudice to the rights of Plaintiff A.S.

a. Before and throughout the time period described below, Plaintiff A.S. received numerous emails, text messages, and telephone calls requesting she contact our firm. In these unanswered communications, we repeatedly explained the need for her continued participation in the case, the risk that her case may be dismissed, the reasons we would need to withdraw as counsel absent contact.

b. Since May 15, 2026, we sent made a dozen separate attempts by telephone call, text message, and email to contact Plaintiff A.S. None of these attempts were answered.

c. On June 26, 2026, we emailed a letter to notify our intent to withdraw as counsel to contact Plaintiff A.S. We also sent the letter through certified mail on June 30, 2026. None of these attempts were answered.

5. During this time period, we continued to apprise opposing counsel about the challenges in reaching Plaintiff to sign Plaintiff's User Account Identification Forms and made multiple attempts to get Plaintiff A.S. to verify the necessary information to complete the Form.

6. To date, Plaintiff A.S. has not agreed to voluntarily dismiss her claims and has not informed our firm that alternative counsel has been retained.

BELLER DECL. ISO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE A.S.

2

7. We informed Roblox of our intent to withdraw from this case on June 25, 2026.

8. Our withdrawal from this case will not impact the timing or schedule of this litigation, and we have taken all reasonable steps possible to avoid prejudice to Plaintiff by informing her of her options and the consequences of failing to comply with case deadlines.

9. I understand that pursuant to Local Rule 11-5(b), leave to withdraw may be conditioned on our firm continuing to accept papers to forward to the client. We are able to accept this responsibility.

Executed this 9th day of July, 2026 in Greenville, Texas.

By: *Sara Beller*

Sara D. Beller (SBN 316210)

BELLER DECL. ISO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE A.S.

3

# EXHIBIT B

Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (*pro hac vice* forthcoming)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

*Attorneys for Plaintiff Jane Doe A.S.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE A.S.,<br><br>           Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>           Defendant. | **Matter Relates to MDL No. 3166**<br><br>Case No: 3:25-cv-08756-RS<br><br>**[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.** |

　　　This matter comes before the Court on the Motion of Dolman Law Group ("DLG) to withdraw as counsel for Plaintiff A.S. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

　　　1. DLG's Motion is GRANTED. DLG and its attorneys are terminated as counsel of record for Plaintiff A.S.

　　　2. Pursuant to Local Rule 11-5(b), DLG is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear pro se or counsel appear on their behalf.

//

1

[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.

IT IS SO ORDERED.


Dated: _____                    _____

                                                 Hon. Richard Seeborg

                                                 United States District Judge

[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.