Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (*pro hac vice* forthcoming)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

Joshua Grumke (SBN 66675)
**WALLACE MILLER**
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
T: 312.261.6193
F: 312-275-8174
jgrumke@wallacemiller.com

Davis Cooper (*pro hac vice* forthcoming)
davis@coopermasterman.com
Joe Masterman (*pro hac vice* forthcoming)
joe@cooperlawpartners.com
**COOPER MASTERMAN PLLC**
1717 Pennsylvania Ave., NW Ste. 1025
Washington, DC 20006
Telephone: (202) 866-0171

*Attorneys for Plaintiff Jane Doe A.C. and Her Next Friend Jane Doe G.C.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE G.C., as guardian and next friend of minor plaintiff, JANE DOE A.C., <br><br> Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br> Defendant. | **Matter Relates to MDL No. 3166** <br><br> Case No: 3:25-cv-10813-RS <br><br> **[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE A.C. AND HER NEXT FRIEND AND GUARDIAN JANE DOE G.C.** |

1

T This matter comes before the Court on the Motion of Dolman Law Group ("DLG"), Wallace Miller ("WM"), and Cooper Masterman PLLC ("CMP") (collectively, the "Plaintiffs' Firms") to withdraw as counsel for Plaintiff G.C. and A.C. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. Plaintiffs' Firms's Motion is GRANTED.  DLG, WM and CMP and their attorneys are terminated as counsel of record for Plaintiff G.C. and A.C.

2. Pursuant to Local Rule 11-5(b), Plaintiffs' Firms are ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear pro se or counsel appear on their behalf.

IT IS SO ORDERED.

Dated: _____          _____

Hon. Richard Seeborg

United States District Judge

2

[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS G.C. AND A.C.