## PROOF OF SERVICE

I certify that I am over the age of 18 years old and not a party to the within action; that my business address is 3610 Central Ave., Suite 400, Riverside, CA 92506; and that on this date I served a true copy of the document(s) in the action of *MULTIDISTRICT LITIGATION NO. 3166*, Northern District of California, entitled:

- **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE H.A.C. AND HER NEXT FRIEND AND GUARDIAN JANE DOE H.C.**
- **DECLARATION OF SARA D. BELLER IN SUPPORT OF DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE H.A.C. AND HER NEXT FRIEND AND GUARDIAN JANE DOE H.C.**
- **[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS H.C. AND H.A.C.**

on all counsel of record as follows:

X    **BY EMAIL:** My e-mail address is sierra.mccain@dolmanlaw.com and service of these documents occurred on the date shown below. This document is being served electronically, and the transmission was reported as complete and without error.

X    **BY US MAIL**: I also certify that a copy of these documents were sent by mail to Plaintiffs H.C. and Plaintiff H.A.C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California, on July 9, 2026.



_____

Sierra McCain

**SERVICE LIST**

mdl3166serviceroblox@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor San Francisco, CA 94111-4004
Telephone: (415) 693-2000

Counsel for Defendant Roblox Corporation

mdl3166-service-discord@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
50 California Street, 23rd Floor San Francisco, CA 94111
Telephone: (623) 680-0693

Counsel for Defendant Discord Inc.

PROOF OF SERVICE