COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **JOINT STIPULATION ON PLAINTIFFS' CSAM PRESERVATION** |
| ALL ACTIONS | Judge Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

339013473 v2

Pursuant to Civil Local Rule 7-12, all Plaintiffs ("Plaintiffs") and Defendants ("Defendants") in this multi-district litigation ("MDL"), by and through their counsel of record or, in the case of Plaintiffs, through their Court-appointed leadership counsel, stipulate as follows:

WHEREAS, the Parties have met and conferred regarding Plaintiffs' preservation obligations with respect to the discovery of information relating to Child Sexual Abuse Material ("CSAM") for all actions currently in or hereafter added or transferred to the MDL, and all actions later sent back to their respective transferor courts;

WHEREAS, the Parties have reached a stipulated agreement regarding Plaintiffs' above-referenced CSAM preservation obligations, embodied in the [Proposed] Order Regarding Plaintiff Evidence Believed to Contain Child Sexual Abuse Material, submitted concurrently herewith;

NOW, THEREFORE, the Parties respectfully request that the Court enter the [Proposed] Order Regarding Plaintiff Evidence Believed to Contain Child Sexual Abuse Material.

**IT IS SO STIPULATED.**

Dated:  July 13, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas

TIANA DEMAS *(pro hac vice)*
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
tdemas@cooley.com

SIMONA A. AGNOLUCCI
MAX A. BERNSTEIN
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 293-2000
sagnolucci@cooley.com
mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION ON
PLAINTIFFS' CSAM PRESERVATION
3:25-MD-03166-RS

Dated:  July 13, 2026

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Ambika Kumar*
Ambika Kumar (*pro hac vice*)

AMBIKA KUMAR (*pro hac vice*)
XIANG LI
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3100
ambikakumar@dwt.com
xiangli@dwt.com

ADAM S. SIEFF
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

SARAH E. BURNS
SAM F. CATE-GUMPERT
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
sarahburns@dwt.com
samcategumpert@dwt.com

Attorneys for Defendant
DISCORD INC.

Dated:  July 13, 2026

**O'MELVENY & MEYERS LLP**

*/s/ Leah Godesky*
Leah Godesky

LEAH GODESKY
HEATHER WELLES
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 246-8501
lgodesky@omm.com
hwelles@omm.com

Attorneys for Defendant
SNAP INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION ON
PLAINTIFFS' CSAM PRESERVATION
3:25-MD-03166-RS

Dated:  July 13, 2026

**COVINGTON & BURLING LLP**


*/s/ Isaac Chaput*
Isaac Chaput

ISAAC CHAPUT
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7053
ichaput@cov.com

MEGAN RODGERS
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-2112
mrodgers@cov.com

ASHLEY SIMONSEN
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800
asimonsen@cov.com

Attorneys for Defendant
META PLATFORMS, INC.

Dated:  July 13, 2026

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLC**


*/s/ Bryan Aylstock*
Bryan Aylstock

BRYAN F. AYLSTOCK
HILLARY NAPPI
JENNIFER HOEKSTRA
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com

Co-Lead Counsel for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION ON
PLAINTIFFS' CSAM PRESERVATION
3:25-MD-03166-RS

Dated:  July 13, 2026                    **GIRARD SHARP LLP**


                                         */s/ Sarah London*
                                         Sarah London

                                         SARAH R. LONDON
                                         ANDREW R. KAUFMAN
                                         ISABEL VELEZ
                                         601 California St., Suite 1400
                                         San Francisco, CA 94108
                                         Telephone: (415) 981-4800
                                         slondon@girardsharp.com
                                         akaufman@girardsharp.com

                                         Co-Lead Counsel for Plaintiffs

Dated:  July 13, 2026                    **ANAPOL WEISS**


                                         */s/ Alexandra Walsh*
                                         Alexandra Walsh

                                         ALEXANDRA M. WALSH
                                         D. PATRICK HUYETT
                                         PAIGE BOLDT
                                         One Logan Square
                                         130 North 18th Street, Ste. 1600
                                         Philadelphia, PA 19103
                                         Telephone: (215) 608-9645
                                         awalsh@anapolweiss.com
                                         phuyett@anapolweiss.com
                                         pboldt@anapolweiss.com

                                         Co-Lead Counsel for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION ON
PLAINTIFFS' CSAM PRESERVATION
3:25-MD-03166-RS

**ATTESTATION**

I, Tiana Demas, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  July 13, 2026

/s/ Tiana Demas

Tiana Demas *(pro hac vice)*

Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIPULATION ON
PLAINTIFFS' CSAM PRESERVATION
3:25-MD-03166-RS