Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

Sarah London
**GIRARD SHARP LLP**
601 California St #1400
San Francisco, CA 94108
Telephone: (866) 981-4800
Fax: (415)981-4800
slondon@girardsharp.com

Bryan Aylstock
**AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Fax: (850) 916-7449
baylstock@awkolaw.com

Lead Counsel for Plaintiffs

*Additional parties and counsel listed on
signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 <br><br> Case No. 3:25-md-03166-RS |
| This document relates to: <br><br> ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE: ARBITRATION BELLWETHER AMENDED COMPLAINTS** <br><br> Judge Richard Seeborg |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants Roblox Corporation and Discord Inc., by and through their counsel of record or, in the case of Plaintiffs, through their court-appointed leadership counsel, stipulate as follows:

WHEREAS, Plaintiffs and Defendants Roblox Corporation and Discord Inc. selected eight bellwether cases for the briefing of motions to compel arbitration on June 30, 2026, ECF 317, 346;

WHEREAS, Plaintiffs may file amended complaints for the selected cases by July 28, 2026, ECF 346;

WHEREAS, it makes sense for overlapping allegations concerning Defendants' platforms and conduct to appear in one pleading rather than repeated in any of the eight amended complaints concerning those defendants;

Accordingly, the parties stipulate as follows:

1. The bellwether Plaintiffs will file one pleading (the "Common Pleading") containing common allegations as to each of the defendants named in any of the selected cases.

2. Each bellwether plaintiff who elects to amend may file an individual amended complaint identifying the defendants against which the plaintiff asserts claims, incorporating by reference the allegations concerning those defendants in the Common Pleading, pleading additional or case-specific facts in support of the plaintiff's claims, and specifying and pleading the causes of action asserted.

3. The Common Pleading is not a "master complaint" and does not apply, unless later stipulated otherwise, to any complaint or plaintiff other than the arbitration bellwethers that expressly invoke it.

4. The Common Pleading is an administrative device to simplify the pleading and responses to the bellwether arbitration complaints.

5. The Common Pleading, along with any additional or case-specific facts each Plaintiff alleges, will together serve as the operative complaint for each of the eight bellwether Plaintiffs for all purposes (unless and until properly amended under the Federal Rules of Civil Procedure or by order of this Court).

Stipulation and [Proposed] Order re:
Arbitration Bellwether Amended Complaints
3:25-md-03166-RS

6. Neither this stipulation nor the filing or adoption of the Common Pleading modifies the provision of PTO 1 (ECF 2) consolidating the pending cases in this MDL for pretrial purposes only.

**IT IS SO STIPULATED.**

Dated:  July 15, 2026

Respectfully submitted,

**Anapol Weiss**

/s/ *Alexandra Walsh*
Alexandra Walsh

Co-Lead Counsel for Plaintiffs

**Girard Sharp LLP**

/s/ *Sarah London*
Sarah London

Co-Lead Counsel for Plaintiffs

**Aylstock, Witkin, Kreis & Overholtz PLC**

/s/ *Bryan Aylstock*
Bryan Aylstock

Co-Lead Counsel for Plaintiffs

**Cooley LLP**

/s/ *Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

**Davis Wright Tremaine LLP**

/s/ *Ambika Kumar*
Ambika Kumar (*pro hac vice*)

Attorneys for Defendant
DISCORD INC.

Stipulation and [Proposed] Order re:
Arbitration Bellwether Amended Complaints
3:25-md-03166-RS

**<u>Attestation</u>**

I attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.


Dated:  July 15, 2026                                  */s/ Andrew R. Kaufman*

Stipulation and [Proposed] Order re:
Arbitration Bellwether Amended Complaints
3:25-md-03166-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **[PROPOSED] ORDER RE: ARBITRATION BELLWETHER AMENDED COMPLAINTS** |
| ALL ACTIONS | Judge Richard Seeborg |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____          _____
                               HON. RICHARD SEEBORG
                               United States District Judge