COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
tdemas@cooley.com

Simona Agnolucci (246943)
Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
sagnolucci@cooley.com
mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on
signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **JOINT ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS FOR OMNIBUS MTC BRIEFING** |
| ALL ACTIONS | **(L.R. 7-11)** |
| | Judge Richard Seeborg |

Pursuant to Civil L.R. 7-11, and this Court's Order Regarding Schedule and Word Limits for Motions to Compel Arbitration (Dkt. 342), Defendants Roblox Corporation and Discord Inc. ("Roblox," "Discord," and collectively, "Defendants") respectfully request, and Plaintiffs do not oppose, that the Court extend page limitations relating to the forthcoming Omnibus Motion to Compel ("MTC") briefing.

The Court previously granted Plaintiffs' and Defendants' (collectively, the "Parties") proposed schedule and request for an expansion of the page limits for the Omnibus MTC briefing beyond the default rules (Dkts. 342, 345).  Pursuant to that schedule, the Parties selected eight bellwether cases for briefing motions to compel arbitration on June 30, 2026 (Dkts. 317, 346).

The Parties intend for the omnibus briefing on these eight motions to be as efficient and streamlined as possible.  Nonetheless, given that this briefing may address numerous legal issues, and that each of the eight Plaintiffs may have unique facts bearing on those issues, and in light of the volume of records that will be addressed in the Omnibus MTC, Defendants respectfully request, and Plaintiffs do not oppose, a modest increase in the pages allotted for each omnibus brief.  This will ensure that the Parties can fully brief disputed points of fact and law, and do so taking into account the record concerning each Plaintiff.

Accordingly, and as reflected in the accompanying Stipulation, Defendants jointly request, and Plaintiffs do not oppose, a modest expansion of the page limits for the forthcoming Omnibus Motion to Compel briefing as follows:

| Brief | Current Page Limit | Proposed Page Limit |
|---|---|---|
| Each Defendant's Omnibus MTC | 40 pages | 50 pages |
| Plaintiffs' Opposition to Each Defendant's Omnibus MTC | 40 pages | 50 pages |
| Each Defendant's Reply in Support of its Omnibus MTC | 24 pages | 30 pages |

Dated:  July 15, 2026

Respectfully submitted,

**Cooley LLP**

*/s/ Tiana Demas*

Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

**Davis Wright Tremaine LLP**

*/s/ Ambika Kumar*

Ambika Kumar (*pro hac vice*)

Attorneys for Defendant
DISCORD INC.

**Aylstock, Witkin, Kreis & Overholtz PLC**

*/s/ Bryan Aylstock*

Bryan Aylstock

Co-Lead Counsel for Plaintiffs

**Girard Sharp LLP**

*/s/ Sarah London*

Sarah London

Co-Lead Counsel for Plaintiffs

**Anapol Weiss**

*/s/ Alexandra Walsh*

Alexandra Walsh

Co-Lead Counsel for Plaintiffs

ADMIN MOTION TO EXTEND PAGE LIMITS
FOR OMNIBUS MTC BRIEFING
3:25-MD-03166-RS

### ATTESTATION

I, Tiana Demas, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.


Dated:   July 15, 2026

/s/ Tiana Demas

Tiana Demas (*pro hac vice*)


Attorneys for Defendant
ROBLOX CORPORATION