COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
tdemas@cooley.com

Simona Agnolucci (246943)
Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
sagnolucci@cooley.com
mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

*Additional parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **STIPULATION RE EXTENSION OF PAGE LIMITS FOR OMNIBUS MTC BRIEFING** |
| ALL ACTIONS | **(L.R. 7-11)** |
| | Judge Richard Seeborg |

Pursuant to Civil L.R. 7-11, and this Court's Order Regarding Schedule and Word Limits for Motions to Compel Arbitration (Dkt. 342), Plaintiffs and Defendants Roblox Corporation and Discord Inc. ("Roblox," "Discord," and collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on May 18, 2026, the Parties filed a Stipulation and Proposed Order Re: Schedule and Word Limits for Motions to Compel Arbitration to set a proposed schedule for the Parties' motion to compel briefing and to request that the Court extend page limitations relating to the Parties' forthcoming Omnibus Motion to Compel ("MTC") briefing (Dkt. 341);

WHEREAS, on May 18, 2026, this Court granted the Parties' proposed schedule and request for an expansion of the page limits for the Omnibus MTC briefing beyond the default rules (Dkts. 342, 345);

WHEREAS, pursuant to that schedule, the Parties selected eight bellwether cases for briefing motions to compel arbitration on June 30, 2026 (Dkts. 317, 346);

WHEREAS, the Parties have met and conferred and, in light of the volume of records that will be addressed in the Omnibus MTC, good cause exists for a modest expansion of the page limits set forth in the Court's Order governing motions to compel arbitration (Dkt. 342).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action and subject to the Court's approval that the new page limits governing the Parties' Omnibus MTC briefing are as follows:

| Brief | Current Page Limit | Proposed Page Limit |
| --- | --- | --- |
| Each Defendant's Omnibus MTC | 40 pages | 50 pages |
| Plaintiffs' Opposition to Each Defendant's Omnibus MTC | 40 pages | 50 pages |
| Each Defendant's Reply in Support of its Omnibus MTC | 24 pages | 30 pages |

**IT IS SO STIPULATED.**

Dated:  July 15, 2026

Respectfully submitted,

**Cooley LLP**

/s/ Tiana Demas

Tiana Demas (*pro hac vice*)
Attorneys for Defendant
ROBLOX CORPORATION

**Davis Wright Tremaine LLP**

/s/ Ambika Kumar

Ambika Kumar (*pro hac vice*)

Attorneys for Defendant
DISCORD INC.

**Aylstock, Witkin, Kreis & Overholtz PLC**

/s/ Bryan Aylstock

Bryan Aylstock

Co-Lead Counsel for Plaintiffs

**Girard Sharp LLP**

/s/ Sarah London

Sarah London

Co-Lead Counsel for Plaintiffs

**Anapol Weiss**

/s/ Alexandra Walsh

Alexandra Walsh

Co-Lead Counsel for Plaintiffs

STIPULATION RE: EXTENSION OF PAGE
LIMITS FOR OMNIBUS MTC BRIEFING
3:25-MD-03166-RS

**ATTESTATION**

I, Tiana Demas, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.


Dated:   July 15, 2026                                    /s/ Tiana Demas
                                                          Tiana Demas (*pro hac vice*)

                                                          Attorneys for Defendant
                                                          ROBLOX CORPORATION

STIPULATION RE: EXTENSION OF PAGE
LIMITS FOR OMNIBUS MTC BRIEFING
3:25-MD-03166-RS