UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS FOR OMNIBUS MTC BRIEFING** |
| ALL ACTIONS | |
| | Judge Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS; 3:25-MD-03166-RS**

The Parties in the above-captioned action have moved pursuant to Civil Local Rule 7-11 to extend the page limitations for briefing on the Parties' forthcoming Omnibus Motion to Compel briefing ("MTC").  In support of the Administrative Motion, the Parties have submitted a Stipulation to the terms proposed.  Upon due consideration of the Administrative Motion to Extend Page Limits for Omnibus MTC Briefing and accompanying Stipulation, the Court hereby grants the Parties' request for additional pages to brief the forthcoming Omnibus MTC and further orders that the following page limits will govern the Omnibus MTC briefing:

| Brief | Page Limit |
|---|---|
| Each Defendant's Omnibus MTC | 50 pages |
| Plaintiffs' Opposition to Each Defendant's Omnibus MTC | 50 pages |
| Each Defendant's Reply in Support of its Omnibus MTC | 30 pages |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2026

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO EXTEND PAGE
LIMITS; 3:25-MD-03166-RS