[Submitting counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to: | **ARBITRATION BELLWETHER COMMON PLEADING** |
| *Jane Doe A.S., a minor represented by her court-appointed guardian ad litem, John Doe L.S. v. Roblox Corp. et al.*, No. 3:25-cv-10607 [A.S.] | Judge Richard Seeborg |
| *Jane Doe, a minor represented by her court-appointed guardian ad litem, Mary Doe v. Roblox Corp. et al.*, No. 3:25-cv-07291 [M.D.] | |
| *T.T., individually and as the parent and next friend of Minor Plaintiff D.H. v. Roblox Corp.*, No. 3:25-cv-10812 [D.H.] | |
| *Jane Doe, a minor represented by her court-appointed guardian ad litem, Mary Doe v. Roblox Corp. et al.*, No. 3:26-cv-00810 [I.S.] | |
| *Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-03520 [A.J.] | |
| *Jane Doe A.R., a minor represented by her court-appointed guardian ad litem, John Doe C.R. v. Roblox Corp. et al.*, No. 3:25-cv-09595 [A.R.] | |
| *Jane Doe S.M. v. Roblox Corp. et al.*, No. 3:26-cv-00902 [S.M.] | |
| *Jane Doe, a minor represented by her court-appointed guardian ad litem, John Doe v. Roblox Corp. et al.*, No. 3:25-cv-05753 [P.C.] | |

3549067.6

**TABLE OF CONTENTS**

**Page**

I.      INTRODUCTION ......................................................................................................... 1

II.     FACTUAL ALLEGATIONS AS TO ROBLOX.......................................................... 3

        A.      Roblox Offers a Gaming App Targeted at Children. ....................................... 4

        B.      Roblox Makes Promises of Safety To Induce Parents To Let Their
                Kids Use Roblox. ........................................................................................... 11

        C.      In Reality, Roblox Is a Digital and Real-Life Nightmare for Children. .............. 18

                1.      Roblox hosts and promotes graphic, sexually explicit content that is
                        known to create the ideal conditions for sex predators. ........................... 18

                2.      Roblox is a hunting ground where sex predators can find and
                        connect with children. ............................................................................. 26

        D.      Roblox Knows, and Actively Conceals, that Its Platform Causes and
                Facilitates the Sexual Exploitation of Children. ..................................................... 30

                1.      Roblox has long had actual knowledge that its platform facilitates
                        child sexual exploitation. ......................................................................... 31

                        a.      Investigative reports by child safety organizations, news
                                articles, and highly publicized criminal cases............................. 31

                        b.      Roblox's own employees, internal documents, and other
                                independent investigators. ........................................................... 38

                2.      Government enforcement actions further show Roblox's actual
                        knowledge. ............................................................................................... 41

                3.      Roblox itself takes an active hand in creating harmful content on its
                        platform. ................................................................................................... 47

                4.      Roblox's executives downplay the extent of abuse on Roblox while
                        financially protecting themselves in the midst of investigations. ............. 49

        E.      Despite Roblox's Actual Knowledge that Its Platform Facilitates Child
                Sexual Exploitation, Roblox Prioritizes Growth Over Child Safety..................... 58

                1.      Roblox has chosen a financial incentive structure that makes child
                        safety expendable. .................................................................................... 59

                2.      Roblox's sex-predator problem is the result of deliberate choices in
                        designing and marketing the product. ....................................................... 67

                3.      Roblox's recent safety changes are woefully inadequate. ........................ 79

III.    FACTUAL ALLEGATIONS AS TO DISCORD ....................................................... 89

        A.      Discord Offers a Communications App that It Markets to Children. .................. 89

        B.      Discord Lures Parents Into Letting Their Kids Use Discord With Promises
                of Safety. ........................................................................................................ 92

        C.      In Reality, Discord is a Digital and Real-Life Nightmare for Children................ 95

                1.      Discord hosts and promotes dangerous and illegal sexual content. .......... 95

                2.      Discord provides a hunting ground for sexual predators. ......................... 99

**TABLE OF CONTENTS**
(continued)

**Page**

     3.    Roblox and Discord work in tandem to facilitate child sexual exploitation...................................................................................... 104

D.    Discord Knows that Its Platform Causes and Facilitates the Sexual Exploitation of Children.................................................................... 106

     1.    Discord has long had actual knowledge of its predator problem from well-publicized incidents and reports............................................ 106

     2.    Despite knowing that its platform facilitates child sexual exploitation, Discord prioritizes growth over children's safety.............. 109

E.    Discord Materially Contributes to Child Sexual Exploitation Through the Defective Design of its App, Inadequate Safety Features, and Refusal to Implement Basic Safety Features.......................................................... 112

Arbitration Bellwether Plaintiffs JANE DOE (a minor represented by her court-appointed guardian ad litem, John Doe), JANE DOE (a minor represented by her court-appointed guardian ad litem, MARY DOE), T.T. (individually and as the parent and next friend of Minor Plaintiff D.H.), JANE DOE, JANE DOE S.M., JANE DOE A.R. (a minor represented by her court-appointed guardian ad litem, JOHN DOE), JANE DOE (a minor represented by her court-appointed guardian ad litem, MARY DOE), and JANE DOE A.S. (a minor represented by her court-appointed guardian ad litem, JOHN DOE L.S.) (collectively, "Plaintiffs"), bring this action against Roblox Corporation and Discord Corporation[1] to recover damages arising from the severe injuries Plaintiffs suffered because of Defendants' conduct in creating, designing, marketing, and distributing mobile- and web-based applications ("apps"). Plaintiffs' claims for relief are stated in their accompanying individual complaints. As set forth in the Court's Order at ECF No. 394, this Arbitration Bellwether Common Pleading contains Plaintiffs' general supporting factual allegations. Plaintiffs allege as follows:

## I.    INTRODUCTION

1.    Plaintiffs are children who were sexually groomed and exploited on platforms that Defendants Roblox Corporation and Discord Inc. operated, designed, and marketed specifically to reach children. Defendants built those platforms to maximize engagement and revenue. They built them without meaningful safeguards to protect children from predators. They told parents the platforms were safe when they knew they were not. And when child safety organizations, law enforcement, government investigators, and their own employees sounded the alarm on the exploitation of children on their platforms, Defendants suppressed that information and continued touting their products' safety. Plaintiffs were harmed because of those choices. This lawsuit seeks to hold Defendants accountable for their actions.

2.    The ubiquity of Defendants' products in the lives of children makes the stakes clear. Roblox reported 82.9 million daily active users in 2024, with 40% of those users under the age of 13. Three-quarters of all children between 9 and 12 in the United States play Roblox

---

[1] All of the Arbitration Bellwether Plaintiffs allege claims against Defendants Roblox and Discord, except for T.T., who alleges claims only against Defendant Roblox.

regularly, and the average Roblox session lasts 139 minutes. Discord's average user is 16 years old. Together, Defendants' platforms are where children in the United States spend their childhoods.

3.    Recognizing the profits that can be generated from young users, Defendants deliberately sacrificed security features that could have ensured the safety of children on their platforms, all in exchange for user engagement and growth. As one former Roblox employee explained in describing the company's approach to child safety, "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the numbers all look good and investors will be happy." Discord has taken the same approach to child safety on its platform.

4.    As a result of this grow-at-all-costs strategy, Defendants have built their products to give predators unrestricted access to children. Defendants believe that more safety means fewer users, so they have made their platforms frictionless to use. Anyone can use the product, no matter who or how old they are. And there are essentially no limitations on how the product is used: Young children can interact with adults and access adult content simply by claiming to be adults, as Defendants know children will do. And adults, even registered sex offenders, can connect with children simply by pretending to be children; nothing in the design of the products stops them from doing so. For many children today, these platforms are where their friends are found and connections are made. In playgrounds full of digital avatars, however, it is impossible for children or parents to know who is using these products and whether they are safe to engage with.

5.    Since its inception in 2006, Roblox has failed to implement meaningful age verification or parental consent at account creation—allowing users as young as 5 years old to sign up with only a birthdate, username, and password. Until 2024, Roblox's default settings allowed any adult user to privately message any child user of any age, without restriction. And Roblox designed an unregulated virtual economy that conditioned status and participation on the platform's propriety currency, Robux—allowing predators to use Robux to manipulate children and systematically extort them for sexually explicit images.

6.    Discord similarly engineered its product so that every child user on every shared server was immediately accessible to every adult user. By default, children can receive private messages and friend requests from adult users with whom they have no prior connection—allowing predators to freely target and sexually exploit children.

7.    Defendants made these design decisions knowing that they facilitated the sexual exploitation and grooming of children. For years, child safety organizations, news articles, criminal cases, Defendants' own employees, and independent researchers have put Defendants on notice of their products' tendency to connect children with predators.

8.    Instead of warning the public of their products' dangers, Defendants make false promises of safety to lure parents into allowing their children to use the products. In July 2025, in direct response to a question asking him to address parents, Roblox CEO David Baszucki told NPR that Roblox "is the safest place for anyone on the internet." Discord similarly promises parents that it makes its products "safe spaces by design and default."

9.    Plaintiffs have suffered sexual exploitation and abuse as a direct result of Defendants' failures. For years, Defendants have misrepresented and deliberately concealed information about the pervasive predatory conduct that results from the design choices in their products. Had Defendants implemented even the most basic system of age and identity verification, as well as other common-sense safety measures, Plaintiffs would never have engaged with their predators and would have never been harmed. Likewise, had Defendants taken any steps to screen users before allowing them on their platforms, Plaintiffs would not have been put in proximity to the large number of predators who also use these products. And had Defendants disclosed the truth of these design choices and what was consequently occurring on their platforms, Plaintiffs' parents and guardians would never have permitted Plaintiffs to use them.

## II.    FACTUAL ALLEGATIONS AS TO ROBLOX

10.    As detailed in the sections that follow: **(A)** Roblox offers a gaming app targeted at children. **(B)** Roblox lures parents into letting their kids use Roblox with promises of safety. **(C)** In reality, Roblox is a digital and real-life nightmare for children: **(1)** Roblox hosts and promotes graphic, sexually explicitly content that is known to create the ideal conditions for sex

predators; and, as a result, **(2)** Roblox is a hunting ground where sexual predators can conceal their identity while finding and interacting with children. **(D)** Roblox knows, and actively conceals, that its platform causes and facilitates the sexual exploitation of children: **(1)** Roblox has long had actual knowledge that its platform promotes child sexual exploitation, including from **(a)** investigative reports by child safety organizations, news articles, and highly publicized criminal cases, and even from **(b)** Roblox's own employees, internal documents, and independent investigators; **(2)** Government enforcement actions further show Roblox's actual knowledge that its product created this risk; **(3)** Roblox itself takes an active hand in creating harmful content on its platform; and **(4)** Roblox's executives downplay the extent of the abuse perpetrated on Roblox while at the same time taking measure to financially protect themselves in the midst of investigations. **(E)** Despite Roblox's actual knowledge that its platform facilitates child sexual exploitation, Roblox prioritizes growth over child safety: indeed, **(1)** Roblox's financial incentive structure prioritizes user volume and makes child safety expendable; **(2)** Roblox's deliberate design choices invite use of its product by sexual predators and connect them with children; and **(3)** Roblox's recent safety changes, which it long delayed making, are woefully inadequate to protect the children it encourages to use its product.

### A.    Roblox Offers a Gaming App Targeted at Children.

11.    Launched in 2006, Roblox is an online gaming app that allows users to play myriad games, which the company refers to as "experiences." There are currently more than 40 million experiences within the Roblox ecosystem. Roblox itself develops some of the experiences and other content on the platform, but most experiences on Roblox are created by individuals (often Roblox users) or other companies that develop games for use on Roblox.

12.    Roblox is easily accessible, including to children. It is free to download and play and is available on gaming consoles, computers, tablets, and cellular devices.

13.    Roblox is designed to be interactive, allowing and encouraging users to communicate with each other while they engage with games and other experiences. Various product features—including gameplay interactions, user hubs, direct messaging, and voice chat—are all designed to promote social interactions between users. Roblox's co-founder and CEO

David Baszucki has explained that his vision is for Roblox to bring about "the next phase of human interaction," which he also has described as "a new category of human coexperience."[2] Roblox has similarly explained that it "operates a human co-experience platform . . . where users interact with each other to explore and develop immersive, user-generated, 3D experiences."[3]

14.    Roblox purportedly designed its interactive app for children to use, and it explicitly courts child users of its product. Roblox has marketed its app not only as the "#1 gaming site for kids and teens"[4] but also as an educational experience for young users. Roblox claims that it provides "new gateways into learning"—from "chemistry to physics to robotics and more, Roblox experiences bring concepts to life in ways that immerse learners and motivate exploration, play, and deep thinking."[5] These offerings, according to Roblox, include "high-quality, standards-aligned, immersive educational experiences designed by curriculum experts."[6]

---

[2] David Baszucki, Co-Founder and CEO of Roblox, *The CEO of Roblox on Scaling Community-Sourced Innovation*, Har. Bus. Rev., The Magazine, (Mar-Apr 2022), https://hbr.org/2022/03/the-ceo-of-roblox-on-scaling-community-sourced-innovation.

[3] Roblox Corp., Quarterly Report (Form 10-Q) (Mar. 13, 2021), https://www.sec.gov/Archives/edgar/data/1315098/000119312521159734/d140951d10q.htm

[4] Roblox, *What Is Roblox?*, http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).

[5] Roblox, *A New Era of Engaged Learning*, https://corp.roblox.com/education (last visited July 23, 2026).

[6] *Id.*



*Roblox webpage – "A New Era of Engaged Learning"*

15. Roblox's popularity among children exploded during the pandemic, when the app was flooded with millions of new users as kids were confined to their homes and glued to their devices. By September 2020, roughly 30 million people, more than half of them under the age of 13, were on Roblox daily, making it the world's biggest recreational zone for kids.

16. That growth has continued unabated. In Roblox's 2024 Annual Report, the company reported an average of 82.9 million daily active users, with 20% under 9 years of age; 20% from 9-12 years of age, and 16% from 13-16 years of age. Roblox has boasted that as many as two-thirds of all children ages 9 to 12 in the United States have accounts.

17. In its 2025 Annual Report, Roblox reported an average of 127 million daily active users, with more than 144 million daily active users as of Q4 2025. Although this Annual Report does not disclose age demographic data, it describes Roblox's "immense number of younger users" as "a unique strategic asset" while also noting that Roblox is "encouraged by the fact" that adults "are one of the fastest growing age cohorts on our platform."[7] According to other Roblox

---

[7] *Roblox Corporation 2026 Proxy Statement and 2025 Annual Report* (May 28, 2026) at p. 2, https://s27.q4cdn.com/984876518/files/doc_financials/2025/ar/Roblox-2025-Annual-Report-and-2026-Proxy-Statement_Bookmarked.pdf.

reporting, nearly 75% of all U.S. children between 9 and 12 play Roblox regularly, and new adults users will find a platform with over 40% of users under the age of 13.

18.    Today, Roblox is the most downloaded online game globally, and the average user spends 139 minutes a day on the app.[8]

19.    Individuals who wish to play Roblox must create an account. It is extremely easy to "SIGN UP AND START HAVING FUN!" Users must provide only a birthdate, username, and password. A user need be only five years old to create an account according to the product parameters established by Roblox. For users who self-identify as being under 13 years of age, Roblox imposes somewhat more restrictive controls, such as certain chat limitations and restrictions from certain age-rated games (based on ratings chosen by the game creators). But Roblox does not require users to verify their age when creating an account.



*Roblox sign-up screen*

20.    Although Roblox states that children must have parental permission before signing up for an account, Roblox does nothing to confirm or document that parental permission has been given, no matter how young the child. Nor does Roblox require a parent to confirm the age

---

[8] *Research by App Category – Gaming*, Oustodio, https://www.qustodio.com/en/the-digital-dilemma/gaming/ (last visited July 23, 2026).

3549067.6                                      -7-            ARBITRATION BELLWETHER COMMON PLEADING
                                                              CASE NO. 3:23-MD-03166

provided when a child creates an account. Roblox's account-creation defaults thus invite minors to use the product without parental involvement, age-verification, or other meaningful safeguards—and they likewise allow adults to join the platform using information that makes them appear to other users as children.

21. Roblox has access to biometric age and identity verification software that requires the user to take a photo of a government-issued ID along with a real-time "selfie" that is then verified through artificial intelligence. While Roblox utilizes this software for certain purposes, it does not use this feature for the creation of new accounts. Instead, Roblox continues to rely on self-reported birthdates for age verification at sign-up, providing no impediment to the use of fake birthdates, and thereby allowing adults to pose as children and children to easily circumvent the more restrictive controls for users who self-identify as being under 13 years old.

22. After creating an account, all users are assigned a default player avatar—a digital character that represents the individual user within certain games.

23. Roblox recommends experiences to players based on various factors, including the age associated with their account. Roblox's recommendation systems and design shape what content and experiences players are directed to, and influence how players, including minors, interact with the platform. Even for very young users, the app immediately serves up a mixture of games that includes many that are obviously inappropriate or known to be dangerous.



*Examples of games trending on Roblox.*

24.     Until November 2024, Roblox configured its product's default settings to allow any user to send friend requests and direct messages to any other user, regardless of the ages associated with their accounts or whether the users had any prior connection. Because of these default communication settings, adult strangers could "friend" and chat with a child of any age via direct (*i.e.*, private) message. Similarly, under Roblox's default communication settings, adult users could send direct messages and chat with a child of any age within a Roblox experience (in-game chat) without being connected as "friends."

25.     In November 2024, Roblox changed its default settings for accounts registered with birthdates indicating the user is under 13 years old. Under the updated defaults, accounts with 13+ birthdates could not send direct messages to accounts with under-13 birthdates unless those accounts were already connected as friends. But accounts with birthdates indicating the user is 13 years or older could still send friend requests and direct messages to other accounts with

13+ birthdates, so children 13 and over were still vulnerable to receiving friend requests and direct messages from adult strangers. And the platform continued to rely on self-reported birthdates to determine which communication setting applies to each account, meaning that the new defaults changed nothing as long as a user claimed to be over 13. By relying on self-reported birthdates and defaulting to adult-level communication settings based on a single, potentially falsified birthdate, Roblox's design and default settings created a foreseeable and preventable pathway for adult-minor contact. In addition, nothing prevented adults from entering fake birthdates and posing as children in order to friend or otherwise engage with minor users.

26.    Until recently, Roblox did not require age verification at any point in the usage process for basic user features. In January 2026, following a wave of litigation concerning child safety on its platform, Roblox finally implemented some age-verification requirements—but only for access to certain social features (i.e., types of chat). Roblox still does not require age verification at account creation, continuing to rely on users' self-reported birthdates rather than independently verifying age at sign-up.

27.    Roblox generates billions of dollars in revenue largely by selling users an in-game digital currency called Robux, which they exchange for digital content such as online experiences and customized outfits and appearances for their avatars.[9] Roblox designed and operates its product so that participation, customization, and advancement within the ecosystem are closely tied to Robux transactions.

28.    Robux can be purchased in a single transaction or a user may subscribe to receive Robux on a recurring basis with a Roblox Premium membership. Roblox also offers Robux gift cards that anyone can purchase and send to any user. Through these monetization choices, and by making Robux central to the user experience, Roblox encourages increased spending and extended engagement by minor users.

---

[9] Roblox Shareholder Letter - Q1 2026 (April 30, 2026), https://s27.q4cdn.com/984876518/files/doc_financials/2026/q1/Q1-2026-Earnings-Shareholder-Letter.pdf.

29.    As Roblox knows and intended, children frequently become obsessed with purchasing or otherwise obtaining Robux. Roblox's virtual economy is designed to incentivize children's spending on avatar customization and in-experience purchases by tying status and participation to paid features. In Roblox's Avatar Store, for example, the company sells rare items at astronomical prices, such as a type of hair for an avatar. Children seek to purchase these features to keep up with or outdo their peers on Roblox.

30.    The Robux obsession that Roblox cultivates in its child users, and the design features of the Roblox platform that allow for the exchange of Robux between predators and children, create foreseeable and well-documented opportunities for adults to manipulate and exploit children through Robux-related coercion and enticement. Indeed, children often tell others, including strangers, that they will do "Anything for Robux."[10]

**B.    <u>Roblox Makes Promises of Safety To Induce Parents To Let Their Kids Use Roblox.</u>**

31.    Roblox's success and continued growth have depended on its constant, false assurances to parents that its app is safe for children. The company has offered such assurances throughout its history and in every forum possible—including on its website, through public promises by its highest executives, in news articles, and on podcasts, among many other places.

32.    Over the years, Roblox has repeatedly represented on its website that its app is safe for children and has touted the purported safety controls it has in place. As early as 2007, Roblox's website assured parents that Roblox is an "online virtual playground . . . where kids of all ages can safely interact, create, have fun, and learn."[11]

33.    From 2008 to 2016, the website continued to promise parents: "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals

---

[10] Olivia Carville & Cecilia D'Anastosio, *Roblox's Pedophile Problem*, Bloomberg Businessweek (July 23, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.

[11] Roblox, *Frequently Asked Questions (FAQs)*, https://web.archive.org/web/20071105104643/http://www.roblox.com/Parents/FAQs.aspx (archived Nov. 5, 2007).

as well as from indecent and distasteful content."[12] It also assured parents that Roblox had a zero-tolerance policy for "swearing and obscenities, messages and content of a sexual or violent nature, and any sort of aggressive or threatening communication," and that Roblox "immediately suspended or permanently expelled" any offenders.[13]

34.    The website has consistently sought to paint Roblox as "family friendly" and safe for children of all ages. In 2017, Roblox began declaring that it "take[s] kids' safety and privacy very seriously" and "strive[s] to continually develop new and innovative technologies that will protect the safety of our community while allowing players to imagine, create, and play together in a family-friendly environment."[14] Roblox similarly has advertised its app as "a safe, moderated place to meet, play, chat, and collaborate on creative projects."[15]

35.    Roblox's website representations have remained largely unchanged since then. In 2023, for example, Roblox assured parents that it "continually develop[s] cutting-edge technologies to ensure that the Roblox platform remains a safe and fun space for players all over the world."[16] Roblox claimed that the company was "dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all players to imagine, create, and play online."[17] Roblox emphasized that it is "committed to ensuring that Roblox is a safe and fun place for everyone."[18] According to Roblox, it "goes above and beyond

---

[12] Roblox, *Keeping Kids Safe*, https://web.archive.org/web/20080501101437/http://www.roblox.com/Parents/KeepingKidsSafe.aspx (archived May 1, 2008); *see also* Roblox, *Information for Parents*, https://web.archive.org/web/20160131063648/http://corp.roblox.com/parents (archived Jan. 31, 2016).

[13] *Id.*

[14] Roblox, *Parents' Guide*, https://web.archive.org/web/20170716032712/https://corp.roblox.com/parents/ (archived July 16, 2017).

[15] *Id.*

[16] Roblox, *For Parents*, https://web.archive.org/web/20230405060048/https://corporate.roblox.com/parents/ (archived Apr. 5, 2023).

[17] *Id.*

[18] Roblox, *Roblox FAQ*, https://web.archive.org/web/20230328011957/https://corporate.roblox.com/faq/ (archived Mar.

---

to foster an environment where people of any age can create, play, learn, and imagine safely. We've kept children's privacy and safety top-of-mind when designing our platform, especially through the implementation of advanced text filters that block inappropriate language or other unsafe content."[19]

36.    In 2025, Roblox claimed on its website that "Safety is in our DNA: when Dave Baszucki and Erik Cassel launched Roblox in 2006, they spent a few hours each day with the community, helping to ensure that Roblox was a safe and welcoming environment. Safety was their top priority, and they made constant improvements in their moderation, both for content and for communication on the platform."[20]

37.    According to the current website, Roblox "won't allow language that is used to harass, discriminate, incite violence, threaten others, or used in a sexual context."[21] Roblox touts a "stringent safety system and policies,"[22] which include: its "large, expertly trained team with thousands of members dedicated to protecting our users and monitoring 24/7 for inappropriate content"; its "safety review of every uploaded image, audio, and video file, using a combination of review by a large team of human moderators and machine detection before these assets become available on our platform"; and its chat filters for inappropriate content, which "are even stricter" for children under 13 and "include any potentially identifiable personal information, slang etc." [23]

---

28, 2023).

[19] Roblox, *Roblox & User Data FAQ*, https://en.help.roblox.com/hc/en-us/articles/4406238486676-Roblox-User-Data-FAQ (last visited July 23, 2026).

[20] Roblox, *Safety Comes First on Roblox*, https://web.archive.org/web/20231208202159/https://corp.roblox.com/safety-civility-resources?section=news&article=safety-comes-first-on-roblox (archived Dec. 8, 2023).

[21] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-Privacy-Filtering#:~:text=Players%20have%20different%20safety%20settings,and%20phrases%2%200than%20younger%20players (last visited July 23, 2026).

[22] Roblox, *Safety & Civility at Roblox*, https://en.help.roblox.com/hc/en-us/articles/4407444339348-Safety-Civility-at-Roblox (last visited July 23, 2026).

[23] *Id.*

38.     Roblox also represents in its current "Parent & Caregiver Guide to Roblox" that it "builds and maintains close relationships with a wide range of organizations to help support wellness and safety" on its platform,[24] and announces on its website that "Roblox's vision is to set the standard for online safety, with rigorous built-in protections and safety systems to help keep every user secure," touting its collaboration with "law enforcement worldwide" and proclaiming that "[w]e work every day to adapt to new online risks and optimize safety features as new technology becomes available and regulations change around the world."[25]

39.     Roblox even offers assurances that it is "different from other platforms" because it "acknowledges that there are users under 13 on the platform and builds safety features with them in mind"—even while expressly acknowledging that users may "mov[e] communications" that begin on Roblox "to other websites or apps" where children may be exposed to further harms.[26]

40.     These false assurances are not confined to Roblox's website. They are repeated in statements by the company's highest executives—including in direct response to concerns raised by parents.

41.     In 2009, a blogger wrote about blocking Roblox because she doubted its safety for her children. CEO David Baszucki responded to the blogger, reassuring her that Roblox flags "obviously offensive content" and removes it, and if "something is marginal, but gets flagged as inappropriate," Roblox "investigate[s] immediately."[27]

42.     In a 2013 *Wired* interview, when asked whether a parent should be concerned about whom her child was chatting with in-game, Baszucki declared that "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals

---

[24] Roblox, *Parent & Caregiver Guide to Roblox*, https://about.roblox.com/pdf/parent-caregiver-guide-to-roblox (last visited July 23, 2026).

[25] Roblox, *Safety tools & policies*, https://about.roblox.com/safety-tools (last visited July 23, 2026).

[26] Roblox, *Safety FAQ*, https://about.roblox.com/safety-faqs (last visited July 23, 2026).

[27] Eric Frenchman, *Revisiting Roblox*, Pardon My French https://web.archive.org/web/20091217194609/http://pardonmyfrench.typepad.com/pardonmyfrench/2009/10/revisiting-roblox.html (archived Oct. 18, 2009).

as well as from indecent and distasteful content"—taking a sentence verbatim from Roblox's webpage for parents.[28]

43. In 2024, Baszucki sat for a CNBC interview to "highlight what a priority safety is on our platform" in connection with updates to Roblox's parental controls, in which he touted how Roblox "approach[es] safety in a fundamentally different way" and "hold[s] ourselves to a higher standard and put safety and civility as our top priority."[29]

44. In a July 2025 interview with NPR, Baszucki went even further, saying that Roblox "is the safest place for anyone on the internet" in response to a question that asked him to speak to "parent[s] listening out there."[30]

45. Tami Bhaumik, Roblox's current Vice President of Civility & Partnerships, has doubled down on these promises in statements to parenting magazines, news outlets, and podcasts—all aimed at persuading parents to let their children use Roblox. She also has contacted international online safety experts in an effort to sell Roblox's safety story.

46. In 2021, Bhaumik told *Parents @ Yahoo* that "[w]e have a responsibility to make sure our players can learn, create, and play safely. This continues to be our most important priority and that will never change."[31]

47. Such statements by Bhaumik date back years. In 2018, Bhaumik told the *Washington Post* that Roblox "focus[es] on making sure that everything is done in a safe and appropriate way."[32] That year, she also claimed to another newspaper that Roblox's "safety team

---

[28] Tony Sims, *Interview with David Baszucki, Founder & CEO of Roblox*, Wired (Feb. 7, 2013), https://www.wired.com/2013/02/roblox/.

[29] YouTube, *Roblox CEO on new safety updates following October Hindenburg report* (Nov. 19, 2024), https://www.youtube.com/watch?v=g8UBz_1lis8.

[30] Scott Tong & James Perkins Mastromarino, *Roblox CEO on platform's safety efforts as Congress works to protect kids online*, WBUR (July 23, 2025), https://www.wbur.org/hereandnow/2025/07/23/roblox-ceo-david-baszucki.

[31] Maressa Brown, *Is Roblox Safe for Kids? Here's What the Experts Have to Say*, Parents Magazine (Jan. 25, 2021), https://www.yahoo.com/lifestyle/roblox-safe-kids-230009170.html?fr=sycsrp_catchall.

[32] Hayley Tsukayama, *Roblox, an Online Kids Game, Explains How a Hack Allowed a Character's Virtual 'Rape'*, Wash. Post (July 17, 2018), https://www.washingtonpost.com/technology/2018/07/17/roblox-an-online-kids-game-explains-

---

reviews every uploaded image, video, and audio file used within our games to make sure they are safe and age appropriate."[33] She also boasted that Roblox has "created extensive parental controls for our games and a detailed Roblox Parent's Guide that provides information to parents to help create a Roblox experience that's best for their child."[34]

48.    In 2019, while presenting on a "Digital Civility Panel," Bhaumik emphasized how Roblox uses cutting-edge technology "so that we can keep our environment safe," citing Roblox's "tremendous reporting system" and "incredible moderation and CS team who reacts very, very quickly."[35] Yet on that same panel—and in contradiction to Roblox's representation that it had always taken "every precaution possible" to protect children—Bhaumik conceded that "digital civility did not exist at Roblox a year and a half ago and we established this and made it a movement within our company."[36] She added later: "It's still very early days for us. This whole digital civility focus for Roblox is still there, we're just still establishing it."[37]

49.    In a 2022 video interview about safety on Roblox, Bhaumik asserted that Roblox's "number one priority" is "to create a safe, civil, and inclusive community" and that "[s]afety and civility has always been baked into everything that we do."[38] That year, on a podcast, she again emphasized Roblox's purported safety protections, including "thousands of human moderators on the front lines" and "machine learning that constantly is taking a look at chat filters."[39] With these

---

how-hack-allowed-characters-virtual-rape/.

[33] Chris Pollard, *Police Warn that Children as Young as Five-Years-Old are Seeing Naked Lego-Type Characters Having Sex on Roblox App*, The Sun (Jan. 29, 2018), https://www.thesun.co.uk/news/5445444/roblox-app-children-danger-sex-warning/.

[34] *Id.*

[35] YouTube, Digital Civility Panel (Oct. 23, 2019), https://www.youtube.com/watch?v=XoUs1Js7WG0&list=PLcKphP00N1_kCLjvcOWdwbegJkNSL-CuL&index=6.

[36] *Id.*

[37] *Id.*

[38] Video Interview with Tami Bhaumik, Roblox's VP of Digital Civility & Partnerships (2022), https://www.facebook.com/bedford.sheriff/videos/roblox-how-to-help-kids-use-itsafelyrobloxs-vp-of-digital-civility-partnerships/1338989609901259/.

[39] YouTube, Into the Metaverse, Podcast: EP.21: Tami Bhaumik (Roblox) - Building a Safe & Resilient Metaverse, https://www.youtube.com/watch?v=LT5_bBOYS9A.

---

and other measures, she asserted, "[a]ny sort of bad actor that comes onto the platform is dealt with swiftly," and "[w]e remove any content that's reported to us within minutes."[40]

50.    In 2023, Matt Kaufman, formerly the Chief Systems Officer for Roblox, was appointed Chief Safety Officer, at which point he too began peddling Roblox's child safety narrative.

51.    In a 2024 blog post on Roblox's website, Kaufman asserted that "Roblox has spent almost two decades working to make the platform one of the safest online environments for our users, particularly the youngest users. Our guiding vision is to create the safest and most civil community in the world."[41] According to Kaufman: "For users under 13, our filters block sharing of personal information and attempts to take conversations off Roblox, where safety standards and moderation are less stringent."[42] A few months later, he added: "Safety is and always has been foundational to everything we do at Roblox."[43]

52.    In a later blog post, Kaufman touted Roblox's "track record of putting the safety of the youngest and most vulnerable people on our platform first."[44] In 2024, Kaufman told NPR that "any time anything happens to a child that puts them at risk is one too many."[45]

53.    Parents have come to rely on such representations about Roblox's safety: A December 2025 survey of parents nationwide found that "61% of parents or guardians believe

---

[40] *Id.*

[41] Matt Kaufman, Chief Safety Officer, *Driving Civility and Safety for All Users*, Roblox (July 22, 2024), https://about.roblox.com/newsroom/2024/07/driving-civility-and-safety-for-all-users.

[42] *Id.*

[43] Matt Kaufman, Chief Safety Officer, *Major Updates to Our Safety Systems and Parental Controls*, Roblox (Nov. 18, 2024), https://corp.roblox.com/newsroom/2024/11/major-updates-to-our-safety-systems-and-parental-controls.

[44] Matt Kaufman, Chief Safety Officer, *Scaling Safety and Civility on Roblox*, Roblox (Apr. 4, 2024), https://corp.roblox.com/newsroom/2024/04/scaling-safety-civility-roblox.

[45] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

---

Case 3:25-md-03166-RS   Document 395   Filed 07/28/26   Page 21 of 121

Roblox's parental controls are sufficient to prevent their child from being contacted by a potential predator."[46]

**C.**      **In Reality, Roblox Is a Digital and Real-Life Nightmare for Children.**

54.      Roblox's public statements and promises are carefully crafted to paint a picture of a digital playground that is safe and appropriate for children. When parents, the press, or child advocates raise questions and concerns, the company's highest executives respond with comforting assurances of diligence and safety.

55.      This campaign of reassurance masks the truth about Roblox. Far from creating a safe place for children, Roblox designed, built, and maintains a product that enables predatory pedophiles to hunt, groom, and sexually exploit children. What Roblox represents as a safe, appropriate space for children is, in fact, a digital and real-life nightmare for kids. And Roblox knows it.

**1.**      **Roblox hosts and promotes graphic, sexually explicit content that is known to create the ideal conditions for sex predators.**

56.      In Roblox's vast ecosystem of games and immersive virtual worlds, children's customized avatars can engage in activities like playing house, adopting pets, and mimicking adult behaviors, including sexually explicit ones.

57.      These games and virtual worlds are brought to life through developer tools that Roblox designs, controls, and makes available to third parties. These tools, which include scripting capabilities, 3D modeling systems, and other software, supply the infrastructure needed to create content for the Roblox platform. Roblox has the power to control the use of these tools. But multiple reports reveal that, rather than asserting that control, Roblox has given third parties essentially unfettered access to use these tools to build what they want, with no meaningful oversight or safeguards. Roblox itself also contributes to the development of harmful content on its platform. The results are deplorable.

---

[46] A Case For Women, *The Illusion of Safety: How One Unchecked Box on Roblox Opens a World of Risk* (Dec 10, 2025), https://www.acaseforwomen.com/blog/robloxs-parental-controls-under-fire/.

-18- ARBITRATION BELLWETHER COMMON PLEADING
CASE NO. 3:23-MD-03166

58.     Plaintiffs are not seeking to hold Roblox liable for any specific game, message, or other piece of content on the platform. While Roblox should and does know about the vile content that proliferates on its platform, Plaintiffs' claims are based instead on Roblox's own misrepresentations and design defects, not its failure to monitor others' conduct. A fuller picture of the platform nevertheless helps show how Plaintiffs came to be abused. Roblox created a product that it touts as a digital playground, but next to the virtual swing sets are hundreds of adult bookstores and mass-shooting simulators that anyone can enter. The actual content that young users experience underscores the scope of Roblox's deceptive misrepresentations about platform safety. These features of Roblox also create the conditions for predators to find susceptible young users, such as Plaintiffs, and groom them for sexual misconduct. Roblox did not even need to monitor its own platform to learn of these problems, as everything discussed herein comes from well-publicized third-party reports.

59.     As early as 2010, public information showed that Roblox's virtual games had already come to involve extensive sexually explicit content. Roblox's scripting language, which allows developers to manipulate avatar activity and interactions any way they want, was frequently deployed to create scenarios where avatars engaged in simulated sexual activity.[47]

60.     This simulated sexual activity pervades Roblox. There have been numerous reports of children's avatars being raped by other users' avatars. For example, in 2018, a seven-year-old girl's avatar was violently raped by two male avatars *on a playground* in a Roblox experience, which was witnessed by the girl's mother.[48] In describing the aftermath of this traumatic experience, the girl's mother stated: "I never in my wildest dreams would've ever imagined that I would have to talk with my seven-year-old about rape."[49]

---

[47] *See, e.g.*, YouTube, *How to Do Roblox Sex Glitch*, https://www.youtube.com/watch?v=Zz97Q1SQE_k; *see also* YouTube, *Roblox Sex?*, https://www.youtube.com/watch?v=hyqCHG6nUYI.

[48] Savannah Levins, *North Carolina Mom Outraged After Roblox Game Depicts Violent Acts, Including Rape*, WFMYNews2 (June 30, 2018), https://www.wfmynews2.com/article/news/local/2-wants-to-know/north-carolina-mom-outraged-after-roblox-game-depicts-violent-acts-including-rape/83-569498171.

[49] *Id.*

61.    Roblox also hosts a staggering number of experiences centered on simulated sexual activity. For instance, public reports have long revealed that Roblox is designed in a way that allows children to participate in "condo games," virtual rooms where users can remove their Roblox avatars' virtual clothing and engage in disturbing simulated sexual activities with other Roblox users.[50] Children can also play games like "Public Bathroom Simulator Vibe," which allows access to users as young as nine years old and enables users to simulate sexual activity in virtual public bathrooms,[51] as well as virtual strip clubs, where child avatars perform sexually explicit acts, like giving lap dances to patrons.[52]

62.    One high-profile investigative report, exposed a multitude of other exploitative experiences on Roblox that recklessly trivialize and gamify serious criminal conduct, including rape. The report confirmed that Roblox actively hosted over 600 "Diddy" games, with titles like "Survive Diddy," "Run from Diddy Simulator," and "Diddy Party," which appear to recreate reported incidents involving the music mogul Sean Combs, publicly known as "Diddy." Diddy was indicted in 2024 on charges including sex trafficking of minors and other serious charges arising out of "freak-off" events at which, according to multiple lawsuits and media reports, victims as young as 10 years old were allegedly subjected to forced drug use, violent assaults, and sex trafficking.

---

[50] EJ Dickson, *Inside the Underground Strip-Club Scene on Kid-Friendly Gaming Site Roblox,* Rolling Stone (Sep. 12, 2021), https://www.rollingstone.com/culture/culture-features/roblox-virtual-strip-clubs-condo-games-sex-1197237/.

[51] *Roblox: Inflated Key Metrics for Wall Street and A Pedophile Hellscape For Kids*, Hindenburg Research (Oct. 8, 2024), https://hindenburgresearch.com/roblox/.

[52] Dickson, *supra* note 50.



*Examples of Roblox games modeled after Diddy's sex trafficking offenses.*[53]

63.    The *Pedophile Hellscape* report also revealed that Roblox permitted more than 900 Roblox accounts displaying variations of convicted sex trafficker Jeffrey Epstein's name, such as "JeffEpsteinSupporter," whose account Roblox allowed to be openly engaged in children's games. Roblox also permitted games like "Escape to Epstein Island"—a title that directly references one of the locations where for years Epstein trafficked minors and other non-consenting individuals so he and others could sexually and physically abuse them.



*Example of Roblox game modeled after Jeffrey Epstein's sex trafficking ventures.*[54]

---

[53] *Id.*

[54] *Id.*

64. Roblox is fully aware that these sexually exploitive experiences pervade its app, and its actions help them proliferate: Roblox does not just provide the tools used to make heinous games; Roblox has monitored this type of content and made specific decisions about "[h]ow big of a 'bulge'" is acceptable, and, with the introduction of layered clothing for avatars (i.e., allowing avatars to wear multiple layers of clothing), whether players can be nude.[55]

65. Roblox's choice to expose children to these games can be devastating. Playing video games with explicit or violent sexual content normalizes exploitative and predatory behavior, blurring the lines of what is acceptable in real life. This is particularly harmful for children, who are still developing their understanding of social norms and morality. When such behavior is depicted as humorous or exciting, or is rewarded within a game, young players can internalize the idea that harassment or sexual exploitation is harmless or even acceptable.

66. Studies support this connection. One study found that playing games with sexualized content was linked to increased rates of sexual harassment toward female targets, suggesting that such exposure desensitizes players to the real-world consequences of these actions.[56] Another study showed that playing mature-rated games was associated with higher rates of risky sexual behavior years later, highlighting the long-term impact of exposure to sexualized or exploitative content.[57]

67. The interactive nature of games amplifies this effect. Unlike passive media, video games require players to actively participate in behaviors, including those that simulate harassment or exploitation, reinforcing the perception that such actions are normal or desirable. This environment not only desensitizes children but also makes them more likely to tolerate

---

[55] Joseph Cox & Emanuel Malberg, *Leaked Documents Reveal How Roblox Handles Grooming and Mass Shooting Simulators*, Vice (Aug. 1, 2022), https://www.vice.com/en/article/leaked-documents-how-roblox-moderates-content-mass-shootings-grooming/.

[56] Jonathan Burnay, Brad J. Bushman & Frank Larøi, *Effects of Sexualized Video Games on Online Sexual Harassment*, 45 Aggressive Behavior 2, 214 (March/April 2019), doi: 10.1002/ab.21811.

[57] Jay G. Hull et al., *A Longitudinal Study of Risk-Glorifying Video Games and Behavior Deviance*, J. Pers. Soc. Psychol. 2014 August; 107(2): 300–325, doi:10.1037/a0036058.

harassment and exploitation when directed at them and thus more likely to allow violent or sexual actions to be replicated in their real-world interactions.

68.    The dangerous content on Roblox is not limited to online games. The *Pedophile Hellscape* report found that a basic search for "adult" in Roblox revealed a group with 3,334 members "openly trading child pornography and soliciting sexual acts from minors."[58] And tracking these members unearthed additional Roblox groups engaged in the same criminal conduct, including one massive group with 103,000 members.[59] Yet Roblox failed even to implement any age restrictions on these criminal groups, deliberately leaving them accessible to all users, including children.[60]

69.    The *Pedophile Hellscape* report also explained how Roblox has enabled users to create an entire new category of pornographic content. Using Roblox's tools and software, users make virtual sex videos between avatars on Roblox. These videos are clearly marked with the .rblx file extension—Roblox's proprietary file format—establishing that this content was created within the Roblox application. Roblox users have also solicited each other on XVideos, a porn website, to simulate sexual acts within seemingly innocuous games, like Brookhaven, which is one of Roblox's most popular experiences and is available to all users, regardless of age.[61]

70.    Roblox designed its product to allow users to have conversations through their avatars in their real voice through the feature "Roblox Connect," which enables users to converse through their avatars in real time.[62] Although Roblox claims the feature is limited to age-verified users over 13 years old, researchers have reported that they have been able to voice chat in-game with strangers in test accounts registered to users as young as 5 years old.[63]

---

[58] Hindenburg Research, *supra* note 51.

[59] *Id.*

[60] *Id.*

[61] *Id.*

[62] Josh Taylor, *Roblox Under Fire After Adding Controversial Voice Call Feature*, Dexerto (Nov. 15, 2023), https://www.dexerto.com/roblox/roblox-under-fire-after-adding-controversial-voice-call-feature-2384564/.

[63] Brendan Bouffard, Haley Hinkel, Khari James, Dani Pinter, *Letter to Federal Trade Commission Re: Request for Investigation of Roblox Corporation*, Fairplay and the National

71.    The voice chat feature—especially when combined with users' ability to customize their Roblox avatars—enables the creation of Child Sexual Abuse Material ("CSAM") using Roblox's design features by simulating sexual experiences with minor users who have personalized their avatars to reflect their real-world appearance, including voices.

72.    Roblox users quickly realized the disturbing potential of these features: On a YouTube video with thousands of views titled "ROBLOX STRIP CLUBS HAVE VOICE CHAT NOW!?" a top comment read, "These games are about to be crazy."[64]



*A Roblox screenshot showing nude avatars soliciting sexual activity.*[65]

Center on Sexual Exploitation (May 20, 2026), https://fairplayforkids.org/wp-content/uploads/2026/05/Fairplay-and-NCOSE_Request-for-FTC-Investigation-of-Roblox_05.20.26.pdf.

[64] Edwin Dorsey, *Problems at Roblox (RBLX)*, The Bear Cave (Feb. 3, 2022), https://thebearcave.substack.com/p/problems-at-roblox-rblx.

[65] Tom Knowles, *Nazi sex parties hosted on children's game Roblox*, The Times (Feb. 16, 2022), https://www.thetimes.com/life-style/sex-relationships/article/nazi-sex-parties-hosted-on-childrens-game-roblox-s9vktzxx0.

*A Roblox screenshot showing a child's nude avatar soliciting sex acts via Snapchat.*[66]

73.    For years, the media has reported underage users creating avatars of themselves to engage in sexual activity on Roblox. For example, in 2021, Rolling Stone reported that a 16-year-old girl created an avatar with pigtails that she used to attend Roblox's virtual strip clubs, where she gave virtual lap dances and had simulated sex with strangers—many of whom she described as "older men pretending to be horny teens."[67] Despite having to "fend[] off nude photo requests and doxxing attempts from adult men," the girl admitted to finding comfort in the attention she received online, telling the media: "I don't really care if it's a 40-year-old man on the other end. If I knew it'd be way more creepier. I just assume they're my age. I'd rather play clueless."[68]

---

[66] Marlene Lenthang, *Roblox computer game is under fire for secret 'red light district' where young kids are exposed to digital sex parties, racial slurs, and players solicit nudes and link to graphic images*, Daily Mail (Aug. 20, 2020), https://www.dailymail.com/news/article-8647243/Roblox-computer-game-fire-dark-kids-exposed-digital-sex-parties.html.

[67] Dickson, *supra* note 50.

[68] *Id*.



*A screenshot of a Roblox avatar in a virtual strip club.* [69]

74.     In sum, the product that Roblox created contradicts its representations regarding user safety and demonstrates its blatant disregard for the wellbeing of its youngest users, revealing the company's prioritization of user engagement over its fundamental duty to protect children.

### 2.      **Roblox is a hunting ground where sex predators can find and connect with children.**

75.     For years, Roblox has Roblox provided predators with easy access to tens of millions of children and allows these predators to target and groom vulnerable young users. By doing so, Roblox has demonstrated reckless indifference to its fundamental obligation not to create and foster an environment that places children at significant risk of sexual exploitation.

76.     These systematic patterns of exploitation on Roblox follow a predictable and preventable sequence that the company has known about and facilitated for years: a predator misrepresents their age to other users on the app, cosplaying as a fellow child, methodically

---

[69] *Id.*

befriends the vulnerable young victim, and then strategically manipulates the child to move the conversation off Roblox to other popular apps, such as Discord or Snapchat.

77.    As the *Bloomberg Businessweek* article titled *Roblox's Pedophile Problem* put it: "These predators weren't just lurking outside the world's largest virtual playground. They were hanging from the jungle gym, using Roblox to lure kids into sending photographs or developing relationships with them that moved to other online platforms and, eventually, offline."[70]

78.    Roblox thus serves as predators' initial access point to children. Media reports have repeatedly highlighted that Roblox "is being used as a first point of contact for predators."[71] Children, due to their underdeveloped brains, are more trusting and naïve, and often fail to recognize the danger of giving other Roblox users the means of contacting them on other sites— and eventually offline.

79.    Once on another app, like Discord, predators escalate their exploitation by soliciting explicit material, like nude photos or videos of children doing sexually inappropriate acts, all of which constitute child pornography. And while the ultimate solicitation of explicit photos or other criminal acts may occur on other apps, Roblox serves as the critical facilitator that enables these predators to first identify, target, and gain the trust of young victims through its app's design and inadequate safety measures.

80.    Roblox's app and its profit-driven virtual currency system enable predators to exploit children, often by trading or extorting Robux in exchange for explicit photos. Predators commonly offer children Robux for these photos or demand Robux to avoid publicly releasing them, directly tying Roblox's profits to the sexual exploitation of children. Roblox's manipulative reward systems and social dynamics, intentionally designed to exploit children's developmental vulnerabilities, create psychological pressures that predators weaponize for extortion.

81.    Despite full awareness that its app facilitates such exploitation, Roblox continues to profit from this misconduct by collecting transaction fees on Robux exchanges. Its reckless

---

[70] Carville & D'Anastosio, *supra* note 10.

[71] National Center on Sexual Exploitation, *The Dirty Dozen List '24: Roblox* (updated Dec. 4, 2024), https://endsexualexploitation.org/roblox/.

indifference to the harmful consequences of its deliberately engineered app mechanics highlights its prioritization of profits over the safety and well-being of its young users.

82.    Roblox enables another pattern of predatory grooming in which predators make no attempt to ingratiate themselves with the child victims but instead employ immediate blackmail tactics and threaten them from the outset. The predator will often threaten to post nude photos of others online, but claim that the child victim is the person depicted unless the child complies with the predator's demands. Roblox's account architecture—which allowed any user to create an account under a false identity with no identity verification, and which permitted adults to contact and privately message children without restriction—is the structural condition that enables this blackmail pattern. The predator's ability to operate anonymously and to contact the child at all are products of Roblox's own design choices, each of which existed before any specific predator-victim interaction began.

83.    Regardless of how the initial grooming relationship begins, which is often as simple as someone asking the child to be their boyfriend or girlfriend, the predators often attempt to make in-person contact with the child after establishing a relationship online. The dangerous progression from Roblox's online app to real-world violence reveals the devastating consequences of the company's product. Roblox's app enables predators not only to target and groom children but also to escalate from virtual contact to orchestrating physical meetings, leading to harassment, kidnapping, trafficking, violence, and sexual assault of minors—all instances of which these children suffered as a direct result of Roblox's actions.

84.    While many predators on Roblox lure children into their grasp by pretending to also be children, many do not even hide their intentions, roaming Roblox with usernames like "@Igruum_minors," "@RavpeTinyK1dsJE," and "@EarlBrianBradley"—a reference to one of the most prolific pedophiles ever, who raped and molested hundreds of children.

*Results from an account search for "earlbrianbradley."*[72]

85. Roblox's systematic endangerment of children has been publicly condemned by leading advocacy organizations. The National Center on Sexual Exploitation ("NCOSE") has consistently named Roblox to its "Dirty Dozen" list—an annual campaign exposing companies that facilitate, enable, or profit from sexual exploitation. The NCOSE blasts Roblox for "treat[ing] child protection like a game."[73] According to the NCOSE, "[u]ntil basic child protection standards are met, Roblox remains too high risk for kids."[74]

86. Parent reviews of Roblox on sites like *Common Sense Media* also document disturbing incidents of naked avatars, sexting, simulated sexual assault, and adult predators.[75]

87. The harm from this child abuse and exploitation extends beyond the initial victims. Through the design of its app and inadequate safeguards, Roblox has created an abusive ecosystem in which some former victims—children who were once exploited on Roblox—become teenage perpetrators who then prey upon younger users, making today's victims

[72] Hindenburg Research, *supra* note 51.

[73] National Center on Sexual Exploitation, *supra* note 71.

[74] *Id.*

[75] Common Sense Media, *Parent Reviews of Roblox*, https://www.commonsensemedia.org/website-reviews/roblox/user-reviews/adult (last visited July 23, 2026).

tomorrow's perpetrators. Researchers have repeatedly confirmed this victim-victimizer pipeline: when children are exposed to and victimized by sexual content, they are more likely to become desensitized teenagers and adults who then exploit younger users in the same ways.[76] Roblox thus contributes to this "raising of" predators who perpetuate the cycle of exploitation.

88.     The magnitude of the harm caused by Roblox is devastating. Yet rather than warn parents, schools, and the public, Roblox has repeatedly minimized these dangers through misleading public statements. Roblox's Chief Safety Officer, Matt Kaufman, attempting to deflect attention from serious safety failures, told NPR, "I think we're losing sight of the tens of millions of people where Roblox is an incredibly enriching part of their life."[77] And while Kaufman publicly claims that "any time anything happens to a child that puts them at risk is one too many,"[78] Roblox simultaneously admitted to investors that it was "unable to prevent all such interactions from taking place."[79] This calculated contradiction between public messaging and private admissions—telling parents that even one incident is unacceptable while simultaneously acknowledging to investors that abuse is inevitable—exposes Roblox's strategy of prioritizing public relations through hollow and misleading public statements over its fundamental duty to protect children.

**D.     <u>Roblox Knows, and Actively Conceals, that Its Platform Causes and Facilitates the Sexual Exploitation of Children.</u>**

89.     The reason Roblox is overrun with predators is simple: Roblox prioritizes user growth, revenue, and profits over child safety. For years, Roblox has knowingly prioritized these numbers over the wellbeing of children by designing its platform with dangerous features that increase and monetize users regardless of the consequences.

---

[76] James RP Ogloff, Margaret C. Cutajar, Emily Mann & Paul Mullen, *Child Sexual Abuse and Subsequent Offending and Victimisation: A 45 Year Follow-Up Study*, Trends & Issues in Crime & Criminal Justice No. 440 (Jun. 2012), https://www.aic.gov.au/sites/default/files/2020-05/tandi440.pdf; M. Glasser et al., *Cycle of Child Sex Abuse: Links Between Being a Victim and Becoming a Perpetrator*, British J. Psychiatry (2001), DOI: 10.1192/bjp.179.6.482.

[77] Tong, *supra* note 45.

[78] *Id.*

[79] Roblox Corp., Registration Statement (Form S-1) at 24 (Nov. 19, 2020).

**1. Roblox has long had actual knowledge that its platform facilitates child sexual exploitation.**

90.  Roblox has long known—years before any private suits or government enforcement actions—that its platform facilitates child sexual exploitation. This knowledge has come from investigative reports by child safety organizations, news articles, highly publicized criminal cases, other independent investigators, and even from Roblox's own employees and internal documents.

**a. Investigative reports by child safety organizations, news articles, and highly publicized criminal cases.**

91.  For years, statements by child safety organizations, numerous published pieces of investigative journalism, well-publicized criminal cases, and Roblox's own work with law enforcement—along with the reports already discussed—have given Roblox actual knowledge of the child sexual abuse and exploitation that occur on its platform.

92.  For example, the National Center on Sexual Exploitation placed Roblox on its "Dirty Dozen" list of the most harmful platforms for children in 2023 and again in 2024.[80] The designation followed years of documented, specific findings about Roblox. The NCOSE sent formal letters to Roblox in 2023 and 2024 outlining specific communication features that exposed children to exploitation.

93.  In May 2026, NCOSE and child safety organization Fairplay submitted a now-public Request for Investigation to the Federal Trade Commission ("FTC") regarding Roblox's practices.[81] The Request detailed how Roblox's communication features, virtual currency system, and engagement-maximizing design features expose children to sexual content and enable their exploitation by adult predators, which the organizations contend violate Section 5 of the FTC Act.

---

[80] National Center on Sexual Exploitation, *2023 Dirty Dozen List*, https://endsexualexploitation.org/dirtydozenlist-2023/ (last visited July 24, 2026); Our Rescue, *The 2024 Dirty Dozen List* (Aug. 14, 2024), https://ourrescue.org/resources/child-exploitation/statistics-ce/the-2024-dirty-dozen-list.
[81] Bouffard, *supra* note 63.

94.     Numerous journalistic investigations have also covered the platform's dangers to children for years. For example, the presence of virtual sex clubs and condo games—user-created spaces hosting virtual sexual content—as well as the sexual exploitation of children by prominent Roblox developers, have been reported by CBS News (2020),[82] the Daily Mail (2020),[83] Fast Company (2021),[84] BBC (2022),[85] Rolling Stone (2021),[86] People Make Games (2021),[87] The Times (2022),[88] Bloomberg (2024),[89] and Hindenburg Research (2024)[90]—among others. Many of these articles cited Roblox spokespeople, demonstrating the company's awareness of these issues.

95.     Reports have long indicated that "Roblox's problem with pedophilia runs deep in its developer community" responsible for creating Roblox experiences.[91] For example, articles report that Roblox shuttered its own community forum in 2017 "after it was overrun with content from pedophiles," with the final straw being "an infamous post . . . which linked to an illegal child sexual abuse site."[92]

96.     Prominent Roblox developers have also been accused of grooming and sexually exploiting children and reported to Roblox. In 2017, for example, video journalist Ben Simon

[82] Anna Werner, *Kids exposed to simulated sex and graphic images in "dark side" of popular computer game Roblox*, CBS News (Aug. 19, 2020), https://www.cbsnews.com/news/roblox-condo-games-kids-exposed-pornographic-scenes-sex-acts/.

[83] Lenthang, *supra* note 66.

[84] Burt Helm, *Sex, Lies and Video Games: Inside Roblox's War on Porn*, Fast Company (Aug. 19, 2020), https://www.fastcompany.com/90539906/sex-lies-and-video-games-inside-roblox-war-on-porn.

[85] James Clayton & Jasmin Dyer, *Roblox: the children's game with a sex problem*, BBC (Feb. 15, 2022), https://www.bbc.com/news/technology-60314572.

[86] Dickson, *supra* note 50.

[87] Cristina Alexander, *People Make Games reports Roblox is riddled with child abuse*, Gamepur (Dec. 13, 2021), https://www.gamepur.com/news/people-make-games-reports-roblox-is-riddled-with-child-abuse.

[88] Knowles, *supra* note 65.

[89] Carville & D'Anastosio, *supra* note 10.

[90] Hindenburg Research, *supra* note 51.

[91] Dorsey, *supra* note 64.

[92] *Id.*

(who works under the pen name Ruben Sim) reported that a "major Roblox developer"—who Roblox had awarded a "Bloxy" prize due to the success of his games—was "sending and soliciting inappropriate content from underage girls."[93] Though Sim allegedly filed a police report in April of that year and uploaded a YouTube video in June 2017 documenting the allegations, Roblox reportedly did not delete the developer's account until May 2021.[94]

97.    Similarly, although People Make Games published a December 2021 video investigation into a 24-year-old developer of popular Roblox experiences documenting his grooming of a 12-year-old girl, Roblox reportedly took action to suspend the developer's games only after receiving a copyright complaint from the holder of the intellectual property on which those games were based.[95] Reports further note that "Roblox users publishing YouTube video investigations to expose Roblox developer pedophiles is disturbingly common."[96] Yet action by Roblox in connection with such reports is disturbingly uncommon.

98.    In 2023, it was reported that some Roblox users were offering children Robux to perform sexual acts through "role-playing game[s], such as being 'adopted' or lying down on top of another avatar."[97]

99.    In 2024, a report documented explicit Roblox sex games freely available to children, "simulated rape, naked users, and rampant in-game sexual harassment," and dozens of active Roblox group chats where users were openly soliciting and trading child sexual abuse material.[98] In an official comment, Roblox attacked the report as the product of short-sellers and focused on contesting its claims about Roblox's inflation of user metrics—but did not substantively address the child safety issues.[99]

---

[93] *Id.*

[94] *Id.*

[95] *Id.*

[96] *Id.*

[97] Daniel Lo Surdo, *Is Roblox safe? Safety experts don't think so*, The Daily Aus (Apr. 29, 2023), https://www.thedailyaus.com.au/news/is-roblox-safe-one-online-safety-expert-doesnt-think-so.

[98] Hindenburg Research, *supra* note 51.

[99] *Roblox Refutes Misleading Claims in Hindenburg Report*, Roblox Investor Relations (Oct. 8, 2024), https://ir.roblox.com/news/news-details/2024/Roblox-Refutes-Misleading-Claims-in-

100.    In March 2025, an investigative report observed that, "within minutes" of setting up a Roblox avatar, researchers "witnessed users engaging in suggestive behaviours—grunting noises, avatars lying on top of each other, and players repeating 'jerk me.'"[100] The same organization published a follow-up report in April 2025 finding that "adults and children can easily interact in the same virtual spaces with no effective age verification or separation."[101] Then, in May 2025, the organization reported that Roblox's "parental control tools for users under 13 . . . didn't go nearly far enough," noting that "it's still remarkably easy" to create an account with a false age, and that the platform continued to host games that allowed for unmoderated private voice conversations between adults and children.[102]

101.    Roblox has also known of the prevalence of predatory behavior on its platform through its direct work with law enforcement, purporting to provide "information to help them track bad actors across platforms."[103]

102.    According to Roblox's Chief Safety Officer, Matt Kaufman, the company was responsible for submitting to law enforcement 0.12% of "20.3 million total reports [of inappropriate behavior] submitted across the industry" in 2024 alone—i.e., more than 24,000 reports, which itself represents only a fraction of the dangerous behavior that Roblox facilitates.[104] Instances of online victimization and abuse are known to be substantially underreported. The company also publicly touts its "strong relationship" with the National Center for Missing and Exploited Children, with which it "regularly meet[s] to understand how [Roblox] can provide the most helpful information to law enforcement about these bad actors."[105]

---

Hindenburg-Report-2024-IsPnj4offj/default.aspx.

[100] *Stranger danger: What happens when adults and children share a virtual playground?* Revealing Reality (Mar. 10, 2025), https://think.revealingreality.co.uk/roblox.
[101] *A digital playground: The real guide to Roblox*, Revealing Reality (Apr. 13, 2025), https://think.revealingreality.co.uk/roblox-real-guide.
[102] *Four months on: is Roblox any safer?,* Revealing Reality (May 9, 2025), https://think.revealingreality.co.uk/roblox-updated.
[103] Matt Kaufman, Chief Safety Officer, *More on our Removal of Vigilantes From Roblox*, Roblox (Aug. 13, 2025), https://about.roblox.com/newsroom/2025/08/more-on-removal-of-vigilantes-from-roblox.
[104] *Id.*
[105] *Id.*

103. Numerous well-documented criminal cases have also long publicized stories of grooming and exploitation on the platform.

104. For example, in 2017, it was reported that Roblox's app enabled a predator to target an eight-year-old child and solicit explicit photos, prompting one mother to observe that Roblox had created "the perfect place for pedophiles."[106]

105. In 2017, it was reported that Roblox's app enabled predators posing as a child to coerce a nine-year-old girl into performing and filming sexually abusive acts on her four-year-old brother, including by making threats of violence and death against her family.[107] That same year, 24 men in New Jersey were charged in a sting operation with soliciting sex from minors, and the New Jersey State Police Lieutenant specifically called out Roblox as a place where "individuals are posing as someone else" in order "to gain someone's trust."[108]

106. In 2019, a Florida man was arrested for systematically using Roblox to target children ages 10-12 and then move them to Discord to coerce the children into sending him naked pictures of themselves.[109] That same year, a man in Wales was arrested and charged for encouraging 150 children to engage in sexual activity by contacting them through Roblox, where he pretended to be a child and used fake names.[110]

---

[106] Pei-Sze Cheng, Evan Stulberger & Dave Manney, *I-Team: Popular Online Gaming Site for Kids is Breeding Ground for Child Sex Predators, Mother Says*, NBC New York (Apr. 6, 2017), https://www.nbcnewyork.com/news/local/video-game-warning-roblox-child-sex-predator-online-site-investigation-what-to-know/87438/.

[107] Briana Barker, *Internet Safety and Your Children: How Kids are at Risk*, Record-Courier (Mar. 27, 2018), https://www.record-courier.com/story/news/2018/03/27/internet-safety-your-children-how/12899346007/.

[108] *Cop, Firefighter Among 25 Charged in Child Luring Sting*, FOX 13 TAMPA BAY (Sep. 25, 2018), https://www.fox13news.com/news/cop-firefighter-among-24-charged-in-child-luring-sting.

[109] Max Chesnes, *Deputies Say Vero Beach Man Used Popular Video Game Platforms to Target Children*, TC Palm (Aug. 20, 2019), https://www.tcpalm.com/story/news/crime/indian-river-county/2019/08/20/detectives-advise-online-safety-after-vero-beach-man-used-video-game-platforms-target-minors/2059599001/.

[110] Liz Day, *Paedophile Groomed 150 Children to Engage in Sexual Activity Using Online Game Roblox*, Wales Online (May 10, 2019), https://www.walesonline.co.uk/news/wales-news/paedophile-groomed-150-children-engage-16258877.

107.    During the pandemic, reports of child sex abuse facilitated by Roblox accelerated. In 2020, for example, a 47-year-old man in Texas was sentenced to life in prison after posing as a teenager on Roblox, targeting a 16-year-old girl, then moving the conversation to Facebook to solicit explicit photos and videos constituting child pornography,[111] and ultimately trafficking her across state lines, raping her multiple times.[112] In Michigan, a man was arrested for persuading an eight-year-old girl to send him videos of herself, in various stages of undress, in exchange for Robux.[113] The perpetrator had been arrested for similar offenses three years earlier and was a registered sex offender in Kansas. Other convicted sex offenders have also been able to create Roblox accounts and target children: In 2021, a convicted sex offender was charged for using Roblox to sexually solicit a 12-year-old child.[114] And in 2022, a 33-year-old man was charged for grooming a 13-year-old girl on Roblox, transporting her from her home in Kansas to his home in Georgia, and raping her multiple times.[115]

108.    2023 saw more of the same. For example, a 30-year-old man was arrested for soliciting illicit photos from young victims and authorities reported that he had three separate Roblox accounts.[116] A 27-year-old man was arrested for kidnapping an 11-year-old girl whom he met on Roblox.[117] And a 23-year-old New Jersey man, a prominent Roblox developer with a

---

[111] U.S. Dep't of Justice, *Magnolia Man Gets Life For Exploiting Young Female He Met and Communicated With Via Roblox and Facebook* (Oct. 15, 2020), https://www.justice.gov/usao-sdtx/pr/magnolia-man-gets-life-exploiting-young-female-he-met-and-communicated-roblox-and.

[112] *United States v. McGavitt*, 28 F.4th 571, 578 (5th Cir. 2022).

[113] *Man Arrested for Inappropriate Relationship with 8-Year-Old Bloomfield Twp. Girl Through Roblox*, WXYZ Detroit (Sep. 24, 2020), https://www.wxyz.com/news/man-arrested-for-inappropriate-relationship-with-8-year-old-bloomfield-twp-girl-through-roblox.

[114] Jeff Bonty, *Man Charged With Soliciting Juvenile Through Roblox*, Daily Journal (July 23, 2021), https://www.shawlocal.com/daily-journal/news/crime-and-courts/2021/07/23/man-charged-with-soliciting-juvenile-through-roblox/.

[115] Fox 5Atlanta Digital Team, *Clayton County Man Charged with Sex Trafficking, Rape of 13-year-old Girl He Met on Gaming App Roblox*, Fox5 (Mar. 2, 2022), https://www.fox5atlanta.com/news/clayton-county-man-charged-with-sex-trafficking-rape-of-kansas-girl.

[116] City of Fontana Police Department, *Internet Predator Arrested,* Facebook (Dec. 20, 2023), https://www.facebook.com/watch/?v=338311109095057.

[117] *Man Charged in Kidnapping of 11-year-old He Met Through Roblox from Her NJ Home: Police*, ABC7 (Oct. 21, 2023), https://abc7ny.com/roblox-kidnapping-new-jersey-online-

known history of exploiting children via Roblox, was sentenced to 15 years in prison for grooming a 15-year-old girl, transporting her to his house, and sexually abusing her.[118]

109.    Similar incidents continued throughout 2024. For example, a 21-year-old Chilean man was arrested for traveling to the U.S. to meet an underage girl he met on Roblox, where he had "spent several months manipulating and grooming" her.[119] A 21-year-old in California pled guilty for directing a 10-year-old girl, whom he met on Roblox, to disrobe and touch herself.[120] A 64-year-old man admitted to posing as a 13-year-old girl on Roblox, where he met a 12-year-old girl and convinced her to send sexually explicit photos of herself and a young relative.[121] A 29-year-old Michigan man posed as a teenager to befriend and groom an 11-year-old girl on Roblox and then coerce her into sending explicit photos of herself.[122] And a 24-year-old man raped a 10-year-old girl he had met on Roblox.[123]

110.    Despite supposed "parental controls" that Roblox implemented in 2024 and 2025, predators continue to enjoy easy access to children on the app, causing devastating harm. For example, in April 2025, a California man was arrested and charged with kidnapping and engaging

grooming/13927383/.

[118] U.S. Dep't of Justice, *New Jersey Man Sentenced to 15 Years in Federal Prison After Grooming Minor Online and Transporting Her Across State Lines Via Uber for Sex* (Aug. 30, 2023), https://www.justice.gov/usao-sdin/pr/new-jersey-man-sentenced-15-years-federal-prison-after-grooming-minor-online-and.

[119] Grace Toohey, *Chilean Man Groomed 13-Year-Old Girl He Met on Roblox Before Flying to U.S. to Meet Her, Police Say*, L.A. Times (Aug. 22, 2024), https://www.latimes.com/california/story/2024-08-22/chilean-arrest-roblox-child-exploitation.

[120] Ashley Harting, *Online Predator Who Targeted 10-Year-Old on Roblox Pleads Guilty in Butte County*, KRCR (Sep. 25, 2024), https://krcrtv.com/news/local/online-predator-who-targeted-10-year-old-on-roblox-pleads-guilty-in-butte-county.

[121] Travis Schlepp, *Man, 64, Admits to 'Catfishing' Girl on Roblox, Convincing Her to Send Explicit Images*, KTLA 5 (July 26, 2024), https://ktla.com/news/california/man-64-admits-to-catfishing-girl-on-roblox-convincing-her-to-send-explicit-images/.

[122] Michael Martin, *Roblox Predator: School Staffer Accused of Grooming West Michigan Child for Illicit Photos*, Fox17 West Michigan (Jan. 16, 2025), https://www.fox17online.com/news/local-news/roblox-predator-school-staffer-accused-of-grooming-west-michigan-child-for-illicit-photos.

[123] Martin Robinson, *Roblox Predator Who Raped 10-year-old Girl is Locked Up: Paedophile Who 'Targeted Child He Met on Gaming Platform Is Jailed for Six Years*, Daily Mail (Jan. 17, 2025), https://www.dailymail.co.uk/news/article-14278563/Roblox-predator-raped-10-year-old-girl.html.

in unlawful sexual conduct with a 10-year-old girl whom he met and communicated with on Roblox.[124] The next month, a 17-year-old Florida teenager was arrested after authorities learned he had been communicating on Roblox with numerous children, some as young as eight-years-old, and convinced them to send him sexually explicit images of themselves.[125] And just a few days later, a New York man who used Roblox to connect with 11- and 13-year-old girls was arrested and federally charged with enticement and possession of child pornography.[126]

111.    Similar incidents continue to this day. In July of 2026, a Tennessee man plead guilty to sexual abusing a thirteen year old girl that he met on Roblox. The man had been communicating with the girl for months before he drove from Tennessee to Des Moines, Iowa to kidnap her for purposes of having sex with her.[127]

### b.    Roblox's own employees, internal documents, and other independent investigators.

112.    For years, Roblox's own employees—as well as independent investigators—have sounded the alarm to the company regarding the sexual exploitation of children through its platform. Roblox refused to listen and instead prioritized growth over child safety.

113.    Eight current and former employees of Roblox's trust and safety team told Bloomberg reporters that "user growth at Roblox takes priority over child safety" and described internal "calls for more resources going unanswered, resulting in a backlog of incident reports and the departure of one manager who left after promises for extra staff went unfulfilled." Other

---

[124] *Elk Grove Man Accused of Kidnapping Kern County Girl He Communicated with on Roblox*, CBS News (Apr. 18, 2025), https://www.cbsnews.com/sacramento/news/elk-grove-man-accused-kidnapping-kern-county-girl-roblox/.

[125] Briana Trujillo, *Ocala 17-Year-Old Convinced Kids to Send Him Sex Abuse Material on Roblox*, NBC (May 2, 2025), https://www.nbcmiami.com/news/local/ocala-17-year-old-convinced-kids-to-send-him-sex-abuse-material-on-roblox-sheriff/3605691/.

[126] U.S. Dep't of Justice, *Fairport Man Who Used Roblox to Attempt to Communicate with Minors for Sex Arrested* (May 6, 2025), https://www.justice.gov/usao-wdny/pr/fairport-man-who-used-roblox-attempt-communicate-minors-sex-arrested.

[127] *Tennessee man will plead guilty to sexually abusing West Des Moines teen met on Roblox.* KKCI Des Moines (July 6, 2026). https://www.kcci.com/article/tennessee-man-will-plead-guilty-to-sexually-abusing-west-des-moines-teen-met-on-roblox/71844217.

Roblox employees told Bloomberg that the features they recommended to "better protect kids, such as pop-up safety notices, were rejected," and that safety settings—including those that "ensure users aren't talking to strangers"—were switched off by default. Employees also told reporters that the AI moderation technology Roblox claimed to rely on "isn't yet able to detect subtle signs of grooming."[128]

114. One senior product designer at Roblox told reporters that leadership pressured employees not to implement changes that might cause users to leave the platform. In one example, employees made a presentation to top management at Roblox about why requiring parental approval for under-13 account sign-ups would enhance safety, but that the pitch "didn't even get to the experiment phase and was disapproved." [129]

115. In August 2022, leaked internal documents revealed that Roblox's executives were fully aware that grooming occurs on its platform. Along with making decisions such as "[h]ow big of a 'bulge'" was acceptable and whether players could be nude, one document lists several terms related to child sexual abuse and appears to assign each a numerical score assessing the severity of the phrase: for example, "I like {{minor_months}} olds" is scored a 2, "Wish you were younger" is scored a 3, while "Dont tell your {{family_member}}" is scored a 5.[130]

116. In September 2025, a former Meta researcher named Cayce Savage testified before the U.S. Senate Judiciary Subcommittee: "I identified that Roblox, the app in VR, was being used by coordinated pedophile rings. They set up strip clubs and they pay children to strip, and that Roblox [sic] can be converted into real money. I flagged this to Meta. I said, under no circumstances should we host the app, Roblox, on our headset. You can now download it in their app store."[131] Roblox took no documented action in response to her testimony.

---

[128] Carville & D'Anastosio, *supra* note 10.

[129] Hindenburg Research, *supra* note 51.

[130] Cox, *supra* note 55.

[131] Justin Hendrix, *Transcript: US Senate Hearing on 'Examining Whistleblower Allegations that Meta Buried Child Safety Research*, Tech Policy Press (Sep. 10, 2025), https://www.techpolicy.press/transcript-us-senate-hearing-on-examining-whistleblower-allegations-that-meta-buried-child-safety-research/.

117.    Roblox has also sought to silence those who expose its platform's child safety risks. In September 2020, YouTuber and Roblox whistleblower Ben Simon tweeted a series of screenshots that showed a developer named "Doc" detailing in messages to young girls "fantasies about kidnapping and raping a 12-year-old."[132] Simon also reported Doc's account to Roblox directly. The company responded by banning one of Doc's accounts but leaving his game running on the platform, allowing Doc to continue collecting tens of thousands in developer fees.[133] Doc was also the subject of a 2021 investigation by People Make Games (which they published after Roblox demanded that they delete a video exposing how Roblox financially exploits game developers, including young ones), yet his popular and prominent games were reportedly left up until Roblox suspended them for infringing copyrighted material in late 2021.[134]

118.    In 2021, Roblox filed a $1.6 million dollar lawsuit against Simon, alleging that he was the leader of a "cult-like cybermob" harming the company's reputation.[135] The lawsuit—targeting the whistleblower, not the predator—was resolved pursuant to a stipulated request of the parties in which Simon agreed to pay Roblox $150,000.[136] A year later, Doc was arrested for grooming, abducting, and sexually assaulting a 15-year-old girl with whom he communicated on Roblox.[137]

119.    In August 2025, Roblox sent a cease-and-desist letter to a man known online as "Schlep," who would pose as a minor to confront alleged predators on Roblox and share those interactions on YouTube.[138] Despite Schlep's claim that his work helped lead to six arrests,

[132] Carville & D'Anastosio, *supra* note 10.

[133] Ruben Sim, *Roblox is Suing Me for $1.6 Million | Ep1 Death Valley*, YouTube (Jan. 14, 2022), https://www.youtube.com/watch?v=8Mr4a84prMc&t.

[134] Alexander, *supra* note 87; Dorsey, *supra* note 64.

[135] Sim, *supra* note 133.

[136] Sam Machkovech, *Judge's order slaps* Roblox *player with permanent game ban*, Ars Technica (Jan. 22, 2022), https://arstechnica.com/gaming/2022/01/judges-order-slaps-roblox-player-with-permanent-game-ban/.

[137] U.S. Dep't of Justice, *supra* note 118.

[138] Calum Patterson, *Roblox bans and threatens to sue "predator hunter" YouTuber Schlep*, Dexerto (Aug. 11, 2025), https://www.dexerto.com/youtube/roblox-bans-and-threatens-to-sue-predator-hunter-youtuber-schlep-3236464/.

Roblox responded by threatening legal action and banning Schlep's Roblox account rather than addressing the pervasive problem of predators on its platform.[139]

120. In that same month, Roblox's Chief Safety Officer Matt Kaufman published an article announcing the company's extraordinary decision to "remove vigilantes from the Roblox platform." [140] The article reasoned that its decision was "necessary" because users who impersonate children to expose predators "created an unsafe environment and normalized behavior that is both unacceptable on Roblox and is against [its] Terms of Use."[141] Despite Roblox's ability to remove such accounts, predators impersonating children on Roblox were allowed to proliferate.

### 2. Government enforcement actions further show Roblox's actual knowledge.

121. By the time of this filing, twelve independent governmental entities—the states of Alabama, Florida, Indiana, Iowa, Kentucky, Louisiana, Nebraska, Oklahoma, Tennessee, Texas, and West Virginia, plus Los Angeles County—have investigated Roblox and found the same pattern that Plaintiffs have alleged. These government findings, some of which are highlighted below, confirm that Roblox's executives have had long-standing, actual knowledge that children were being exploited on the platform through specific design choices Roblox made, and yet the company chose to prioritize growth and profit over child safety.

122. The Kentucky Attorney General filed suit on October 7, 2025, alleging that Roblox has for years "knowingly enabled and facilitated the systemic sexual exploitation and abuse of children across the United States, including in Kentucky."[142] The Kentucky complaint

---

[139] Venetia Menzies, *Meet Schlep, the Roblox grooming survivor turned paedophile hunter*, The Times (Sep. 7, 2025), https://www.thetimes.com/culture/gaming/article/roblox-grooming-survivor-paedophile-hunter-db9fg6gfp.

[140] Kaufman, *supra* note 103.

[141] *Id.*

[142] Compl. ¶ 6, *Commonwealth of Kentucky v. Roblox Inc.*, No. 25-CI-00868 (Madison Cnty. Cir. Ct. Oct. 7, 2025), https://www.ag.ky.gov/Press%20Release%20Attachments/2025.10.06%20-%20%5BFINAL%5D%20KY%20Roblox%20Complaint.pdf

noted that a member of the extremist "764" sextortion network pleaded guilty to racketeering and a child murder plot in Kentucky after using Roblox to target victims.[143]

123. The Tennessee Attorney General filed suit on December 18, 2025, alleging that reports involving Roblox on the National Center for Missing and Exploited Children ("NCMEC")'s CyberTipline surged from 675 in 2019 to 13,316 in 2023—a nearly twenty-fold increase in four years.[144] The Tennessee complaint also cited Roblox's own internal documents and investor calls, alleging: "Cutting back on safety protections let Roblox grow its user base while shrinking safety costs relative to revenue—exactly what Wall Street wanted to see. Investors have repeatedly signaled that child-protection spending hurts Roblox's stock."[145] In a statement about the suit, Tennessee Attorney General Jonathan Skrmetti stated: "Roblox worked to reduce oversight and child safety resources despite repeated warnings, because less overhead meant more profit."[146]

124. The Florida Attorney General filed suit on December 11, 2025.[147] The complaint documented Roblox's deliberate choice to forgo safety measures it already possessed, as Roblox has long had access to biometric age-and-identity verification software requiring a government-issued ID and an AI-verified selfie, and even uses that technology to restrict access to certain games.[148] As the Florida AG stated, however: "Roblox does not apply this software to the creation of new accounts."[149] The complaint also documented that Roblox "actively permitted" more than 900 accounts displaying variations of convicted sex trafficker Jeffrey Epstein's name

---

[143] *Id.* n. 1.

[144] Compl. ¶ 117, *State of Tennessee ex rel. Skrmetti v. Roblox Corp.*, No. 94CH1-2025-CV-55330 (Williamson Cnty. Ch. Ct. Dec. 18, 2025), https://www.tn.gov/content/dam/tn/attorneygeneral/documents/pr/2025/pr25-60-complaint.pdf.

[145] *Id.* ¶ 134.

[146] Tenn. Attorney General, *Tennessee Files Lawsuit Against Roblox Over Child Safety Misrepresentations* (December 18, 2025) https://www.tn.gov/attorneygeneral/news/2025/12/18/pr25-60.html

[147] Compl., *State of Florida v. Roblox Corp.*, No. 3:26-cv-00057 (M.D. Fla. Dec. 11, 2025); https://www.myfloridalegal.com/sites/default/files/roblox-complaint.pdf

[148] *Id.* ¶ 26.

[149] *Id.*

to be openly engaged in children's games, and that Roblox hosted hundreds of experiences referencing Sean Combs, who was convicted of trafficking and prostitution, including games titled "Escape to Epstein Island" and "Survive Diddy," available to child users.[150] The Florida AG alleged that Roblox committed specific violations of the Children's Online Privacy Protection Act by collecting children's data before providing parents with notice or the ability to authorize collection.[151]

125.    The Nebraska Attorney General filed suit on March 4, 2026, alleging that, "[f]or years, Roblox has known that it has a pedophile problem."[152] The complaint documented Roblox's misrepresentation of the number of employees monitoring safety on the platform: Roblox's 2025 Form 10-K states the company has only 2,474 total full-time employees, with only 1,800 in product and engineering combined.[153] The complaint explained that, therefore, the number of employees whose dedicated role is content moderation—a subset of product and engineering—"cannot plausibly be in the 'thousands'", as Roblox has claimed."[154] The Nebraska complaint also documented the FBI's ongoing investigation of the 764 network, a federally designated terrorist organization that "frequently used Roblox to facilitate its heinous and unlawful activities."[155] In addition, Nebraska ICAC Task Force Lieutenant Monty Lovelace confirmed that Nebraska law enforcement had specifically received reports of inappropriate behavior on Roblox.[156] The Nebraska complaint further documented Roblox's specific decision to minimize product safety in order to increase profits, noting that Roblox did not want to "slow its growth by locking children out of experiences that were not appropriate for their age. Instead,

---

[150] *Id.* ¶¶ 83-84.

[151] *Id.* ¶¶ 202-215.

[152] Compl. ¶ 2, *State of Nebraska v. Roblox Corp.*, No. D14CI20000074 (Neb. Dist. Ct. Mar. 4, 2026), https://ago.nebraska.gov/sites/default/files/doc/Nebraska%20Roblox%20Complaint.pdf.

[153] *Id.* n. 84.

[154] *Id.*

[155] *Id.* ¶ 11.

[156] *Id.* ¶ 9.

Roblox chose to allow the proliferation of inappropriate experiences on its platform in order to increase profits."[157]

126.    The Texas Attorney General filed suit in November 2025, alleging with respect to Roblox's various safety representations that "None of these statements are true."[158] The complaint detailed the Robux sextortion mechanism: predators lure children with Robux, obtain sexually explicit images or messages in exchange, and then use those materials to coerce the child to provide more images or agree to an in-person meeting.[159] The Texas complaint noted that "Kids often say they will do 'anything for Robux.'"[160] The complaint also used Roblox's SEC filings and internal reports to establish knowledge, alleging that "Roblox knows who its users are. Its own filings and internal reports confirm that the majority of its tens of millions of daily users are under the age of thirteen, while millions more are adults."[161]

127.    Los Angeles County filed suit on February 19, 2026.[162] The Director of the LA County Department of Consumer and Business Affairs, Rafael Carbajal, stated: "Roblox has long been aware that predators use its product to target and exploit children, yet it has failed to take the actions necessary to prevent this horrific practice."[163] The LA County complaint cited Roblox's own statement that "as many as two-thirds of all children ages 9 to 12 in the United States have Roblox accounts", with over 151 million daily active users in late 2025.[164]

---

[157] *Id.* ¶ 54.

[158] Petition at 6, *State of Texas v. Roblox Corp.*, No. 2025-707 (Tex. Dist. Ct. Nov. 6, 2025), https://www.texasattorneygeneral.gov/sites/default/files/images/press/Petition_0.pdf.

[159] *Id.* at 5-6.

[160] *Id.*

[161] *Id.* at 2.

[162] Compl., *People of the State of California v. Roblox Corp.*, No. 26STCV05708 (Cal. Sup. Ct. Feb. 19, 2026), https://file.lacounty.gov/SDSInter/lac/1202405_Complaint-Peoplev.Roblox.pdf.

[163] Office of County Counsel, *LA County Sues Roblox for Unfair and Deceptive Business Practices that Endanger and Exploit Children* (February 19,2026). https://lacounty.gov/2026/02/19/la-county-sues-roblox-for-unfair-and-deceptive-business-practices-that-endanger-and-exploit-children/.

[164] *People v. Roblox*, s*upra* note 162 at ¶¶ 1, 33.

128.    Alabama and West Virginia settled separate government investigations of Roblox without filing suit—Alabama for $12.2 million and West Virginia for $11 million.[165] The Alabama Attorney General stated that the investigation "found serious failures that left children exposed to real danger."[166] Both settlements followed government investigations examining the same platform design failures at issue in this case and concluding that Roblox's conduct warranted significant financial penalties. Roblox paid rather than contest the findings.

129.    The Indiana Attorney General filed suit on May 6, 2026, naming both Roblox Corporation and Discord Inc. as defendants.[167] The complaint documented a case that establishes the lethal potential of these platforms' design choices: An Ohio man was federally charged in February 2026 with traveling to Indiana to abduct a minor he met while playing Roblox and thereafter communicated with over Discord.[168] The minor's body was later found in Wayne National Forest.[169] The complaint also documented three additional Indiana girls exploited by Roblox predators—one of whom lost her life.[170] The Indiana complaint noted that Roblox's employee count grew only 16 percent from 2022 to 2025—from 2,128 to 2,474 employees— while revenue more than doubled from $2.225 billion to $4.890 billion, and that Roblox paid out $922.82 million to developers in 2024 and $1.503 billion in 2025 while holding safety staffing flat.[171] The complaint alleged that Defendants "corralled children into their online communities,

[165] Alabama Attorney General, *Attorney General Marshall Announces $12.2 Million Settlement with Roblox to Ensure Child Safety* (April 21, 2026), https://www.alabamaag.gov/attorney-general-marshall-announces-12-2-million-settlement-with-roblox-to-ensure-child-safety/; Office of WV Attorney General, *West Virginia Reaches $11 Million Settlement With Roblox, Prompts Major Child Safety Overhaul* (April 21, 2026), https://ago.wv.gov/article/west-virginia-reaches-11-million-settlement-roblox-prompts-major-child-safety-overhaul.

[166] Angela Yang and Abigail Brooks, *Alabama and West Virginia reach settlements with Roblox over child safety,* NBC News (April 21, 2026), https://www.nbcnews.com/tech/tech-news/roblox-alabama-settlement-attorney-general-rcna341128.

[167] Compl. *State of Indiana v. Roblox Corp., et al.*, No. 29D01-2605-PL-05581 (Ind. Ct. App. May 6, 2026), https://www.wishtv.com/wp-content/uploads/2026/05/07/9a278bec-f19f-4bac-adcd-eb7847688ff3.pdf.

[168] *Id.* ¶ 224.

[169] *Id.* ¶ 184.

[170] *Id.* ¶¶ 76, 115.

[171] *Id.*

and then opened the gates wide to adult predators" while making "deceptive promises of safety to parents."[172]

130. The Iowa Attorney General filed suit on December 16, 2025.[173] The complaint documented that a Tennessee man was charged with abducting an Iowa teenager he met on Roblox, taking her back to Tennessee, and sexually assaulting her multiple times.[174] The Iowa complaint also cited the FBI's investigation of the 764 extremist network and further alleged that Roblox "recognized that its success and continued growth hinged on constant assurances to parents that Roblox is safe for children" while knowingly enabling the systemic exploitation of Iowa children.[175]

131. The Louisiana Attorney General filed suit on August 14, 2025.[176] The complaint documented a law enforcement operation executed on July 15, 2025, in Livingston Parish, Louisiana.[177] AG Murrill alleged that Roblox "knowingly enabled and facilitated the systemic sexual exploitation and abuse of children across the United States, including in Louisiana," and sought actual damages, civil penalties, and injunctive relief.[178]

132. The Oklahoma Attorney General filed suit on May 14, 2026.[179] The Oklahoma complaint documented a number of children who had suffered harm in the State as a result of Roblox's conduct, including a case in which an autistic teenager for years used Roblox to communicate with someone he believed was a friend and later died by suicide after the person turned out to be a predator who used sextortion to coerce explicit content and threatened to

---

[172] *Id.* ¶ 1.

[173] Compl., *State of Iowa v. Roblox Corp.*, No. EQCE092346 (Iowa Dist. Ct. May 13, 2026), https://www.iowaattorneygeneral.gov/media/cms/12_A1D6FB97BF333.pdf.

[174] *Id.* ¶ 10.

[175] *Id.* ¶ 13, 113.

[176] Compl., *State of Louisiana v. Roblox Corp.*, No. 188950 (La. Dist. Ct. Aug. 14, 2025).

[177] *Id.* ¶ 4.

[178] *Id.* ¶ 3.

[179] Compl., *State of Oklahoma v. Roblox Corp.*, No. CJ2026810 (Okla. Dist. Ct. May 14, 2026).

disclose private conversations.[180] The predator was likely a 37-year-old man who had recently been arrested in Florida for possession of child pornography.[181] The Oklahoma complaint also documented the 764 network's presence on Roblox and stated that the platform's failures were "intentional, material, preventable, and unconscionable."[182]

133. Independent government investigations into Roblox's conduct over multiple years in states from Kentucky to California have consistently reached the same conclusion: that Roblox had actual, institutional, long-standing knowledge of child exploitation, which it deliberately concealed from parents. The combined weight of these investigations, $23.2 million in pre-lawsuit settlements, and active civil litigation in courts across the country confirms both the foreseeability of Roblox's harm and the deliberateness of its failure to act. And Roblox certainly cannot claim to be unaware of the problem now. Its continued resistance to adequately protecting children from known dangers of its product is simply the current manifestation of its long refusal to do what it perceives as bad for business. As the Nebraska AG put it: "Only within the last year—and after its legal troubles began to mount—has Roblox started to implement policy changes. But those changes are far too little and far too late."[183]

**3. Roblox itself takes an active hand in creating harmful content on its platform.**

134. Roblox is not just the designer and creator of the Roblox platform but also a content provider in its own right, responsible for the creation of the central tools and products on the Roblox platform. Roblox built not only the avatar system, chat function, Robux virtual currency, Roblox Studio, and other tools through which games are developed and players engage. Through incubators and other programs, Roblox actively controls, supervises, and directs the

---

[180] *Id.* ¶ 65.

[181] *Id.*

[182] *Id.* ¶ 8-9.

[183] Compl., *State of Nebraska v. Roblox Corp.*, No. D14CI20000074 (Neb. Dist. Ct. Mar. 4, 2026).

development of experiences on its platform, including experiences that contribute to the problems alleged herein.

135. Roblox exercises substantial control over the design and creation of Roblox experiences. Roblox offers intense in-person programs and workshops for intermediate to expert level developers. These programs are specifically designed to engage, supervise, direct, and train developers and designers to build more experiences for the Roblox platform. They specifically target "experienced developers who have demonstrated proficiency and have a deep understanding of Roblox's systems and game development process."[184]

136. Roblox's Accelerator Program, which was officially in operation from 2015 to 2022, was a 12-week, on-site training for intermediate to expert level developers and creators, who were paid up to $13,000 by Roblox, plus a $1,000 tech stipend, to attend the program. This program trained between 40 and 50 participants per year under the direct supervision and direction of Roblox engineers for the sole purpose of creating, developing, and designing experiences.

137. The Accelerator Program was full-time, and participants were expected to attend meetings between 10 am and 6 pm, Monday through Friday. Prior to the COVID-19 pandemic, the meetings were held at Roblox headquarters in San Mateo, California. After the start of the pandemic, the Accelerator Program moved to remote attendance.

138. The Roblox Accelerator Program was discontinued on November 7, 2022, and succeeded by similar programs such as the Roblox Game Fund, which ran from approximately 2021 until 2023, when it was replaced with the Creator Fund.

139. Roblox also ran the Incubator program, which was similar to the Accelerator Program but targeted more advanced developers and projects that "affect the platform in a fundamental way that provides an improved developing ground for all Roblox developers."[185] In

---

[184] 2blox2quit, *2019 Accelerator / Incubator Spring Application*, Roblox Creator Hub (June 19, 2018 1:46 PM), https://devforum.roblox.com/t/2019-accelerator-incubator-spring-application/137644.

[185] *Id.*

the Incubator program, participants would be given tasks or specific game creations to build under the direction and guidance of Roblox.

140. The difference between the Accelerator program and the Incubator program was that the Incubator program looks to build or advance the overall Roblox platform, while the Accelerator program was focused on particular experiences.

141. Through these programs, where developers and creators worked under Roblox's training, direction, and supervision, Roblox was both investor and collaborator, providing creative input and financial and structural support to developers and creators, who, in turn, funnel enormous engagement and revenue back to Roblox.

142. Under both the Accelerator and the Incubator programs, Roblox experiences, features, systems, data, and designs are created under guidance, supervision, and control—and with financial support—of Roblox. Some of the most popular experiences were created and designed through these programs, such as AdoptMe!, My Droplet Games, Hole in the Wall and MeepCity.

### 4. Roblox's executives downplay the extent of abuse on Roblox while financially protecting themselves in the midst of investigations.

143. Although Roblox leadership has been aware of the serious safety problems with their product for years, there has been a distinct split between their public messaging and their actions as reports of these problems have mounted. In public-facing messages and industry events, the product is touted as safe and becoming safer all the time, and any perceived risk to children is dismissed as based on isolated events that occurred long ago. Through their actions, however, company leadership has shown an awareness and serious fear that the rampant use of Roblox as a tool for predation will impact the company's image and valuation.

144. In a televised September 5, 2025 CNBC interview, Roblox's chief executive publicly claimed that other social media platforms would come to regard Roblox as "the new standard in safety," touting the company's adoption of AI- and ID-based age verification and its

use of technology to regulate minor-adult conversations.[186] Roblox's assurances of industry-leading safety stand in contrast to the near-immediate circumvention of Roblox's age verification tools, including through age-verified accounts that are sold and resold online.[187]

145.    Again in public-facing comments at an event hosted by Axios during the 2025 United Nations General Assembly, Roblox Vice President of Civility and Partnerships Tami Bhaumik publicly characterized recent negative press about child safety as stemming from incidents that "happened five years ago," asserting that the platform had launched over 100 new safety features in the prior year and was "very different today."[188] But around the same time, Roblox quietly moved to ban the predator-catching YouTuber known as "Schlep" from its platform, despite Schlep's well documented goal of making the platform safer by identifying potential predators and reporting them. Dozens of arrests related to predatory behavior on Roblox have been made since Bhaumik's comments, and they continue at an alarming rate.

146.    During the European VivaTech conference in 2022, Roblox executive Tami Bhaumik again deflected blame from the platform, saying: "My fear is that there might be regulation that is inappropriate, a little bit more conservative, that inhibits expression, inhibits innovation." She asserted that Roblox is not solely responsible for keeping its platform safe, pointing instead to governments and the digital media literacy of the public.[189] This statement and others demonstrate Roblox's longstanding posture of shifting blame towards others—including the parents of victims—rather than taking accountability for the company and its platform.

---

[186] *Roblox CEO: Other Social Media Platforms Will Look to Us as the New Standard in Safety* (Sept. 5, 2025), CNBC, https://www.cnbc.com/video/2025/09/05/roblox-ceo-other-social-media-platforms-will-look-to-us-as-the-new-standard-in-safety.html?__source=iosappshare%7Ccom.apple.UIKit.activity.Mail.

[187] Ryan Whitwam, *Roblox Launched Age Verification Rules. Here's What They Mean*, Yahoo Tech (Sept. 5, 2025), https://tech.yahoo.com/gaming/articles/roblox-launched-age-verification-rules-103000402.html.

[188] Movieguide®, *Roblox Claims Recent Child Safety Fears Happened 5 Years Ago* (Sept. 5, 2025), https://www.movieguide.org/news-articles/roblox-claims-recent-child-safety-fears-happened-5-years-ago.html.

[189] YouTube, *Tami Bhaumik, CEO of #roblox, on the future of the #metaverse*, VivaTech (Nov. 8, 2022), https://www.youtube.com/watch?v=KrXi7l-PvTg.

147.    While Roblox and its executives were claiming for years that the platform was not being used as a tool for abuse and that careful users could avoid being victimized, those claims were directly contradicted by contemporaneous events over the same period. For instance, a National Center on Sexual Exploitation (NCOSE) report on August 15, 2025, described an 8-year-old child ("Jane") who was groomed on Roblox and coerced into exchanging graphic messages. Similarly, two California lawsuits filed in September 2025 against Roblox and Discord involved teens exploited by adult predators within the last five years. One of those cases involved an adult who met a 13-year-old on Roblox in 2022.[190] Also in 2025, a New Jersey middle school teacher was arrested and accused of sexually assaulting a 17-year-old he met playing Roblox.[191]

148.    In an August 17, 2023 investigative report, research group The Bear Cave concluded that Roblox has facilitated hundreds of known child abuse cases, that popular Roblox game developers have been arrested on child-abuse allegations, and that the company has been linked to child suicide attempts and the widespread production of child pornography.[192] The Bear Cave report is replete with examples of children victimized on Roblox:

- In April 2023, 21-year-old Danil Baker met a 14-year-old girl through Roblox, posed as a 17-year-old, obtained her phone number, and induced her to share nude images. Baker then picked the girl up from school in Ohio, took her to a park, and coerced her to perform sex acts. At the time, Baker was out on bond pending proceedings in a separate case also involving a minor. [193]
- In 2022, 33-year-old Howard Graham drove roughly 900 miles to meet a 13-year-old girl with whom he had connected on Roblox two days earlier, transporting her from Topeka, Kansas to his home in Clayton County, Georgia. He was subsequently arrested on charges

[190] National Center on Sexual Exploitation, *Roblox's Safety Issues Must Spur Passage of Kids Online Safety Act* (Aug. 15, 2025), https://endsexualexploitation.org/articles/robloxs-safety-issues-must-spur-passage-of-kids-online-safety-act.

[191] Emily Crane, *NJ middle school teacher accused of sexually assaulting boy he met playing Roblox* (June 11, 2025), https://nypost.com/2025/06/11/us-news/nj-teacher-allegedly-sexually-assaulted-boy-he-met-playing-roblox/.

[192] Edwin Dorsey, *Even More Problems at Roblox*, The Bear Cave (Aug. 23, 2026), https://thebearcave.substack.com/p/even-more-problems-at-roblox-rblx.

[193] Dave Spencer, *Feds: Saline man met girl, 14, playing Roblox online game and sexually assaulted her* (April 26, 2023), https://www.fox2detroit.com/news/feds-saline-man-met-girl-14-playing-roblox-online-game-and-sexually-assaulted-her.

including rape, kidnapping, and sex trafficking. A Clayton County police captain described predators on the platform as adults who pose as children to prey on kids.[194]

- In 2023 in Nebraska, 26-year-old Tadashi Kojima was indicted charges that he kidnapped a 13-year-old and took the minor across state lines with intent to engage in illegal sexual activity. The child's father reported that his son had been communicating with someone while playing Roblox before being invited onto a separate chatroom service. The boy was found with Kojima inside a vehicle at a convenience store.[195]

- In 2023, Osiel Mendoza Guevara, a 20-year-old Georgia sheriff's deputy, allegedly flew from Georgia to Alabama to meet a 16-year-old girl he had connected with through Roblox. He was charged with enticing a child for immoral purposes.[196]

- In July 2022, Roblox game developer Arnold Castillo, who built a substantial following after creating a popular game in 2017, was arrested on federal charges of transporting a minor with intent to engage in criminal sexual activity and enticement of a minor after allegedly connecting with children on Roblox and luring them to a Discord server.[197] A YouTuber had warned Roblox and police about Castillo as early as 2020 with minimal company response. Castillo later pleaded guilty.

- Ron Machluf was indicted for luring and committing sexual offenses against girls aged 7 to 12 by offering Robux for partially nude photos.[198]

- In 2021, 23-year-old Terrence Barto, an already-convicted sex offender, solicited a 12-year-old boy in Texas over Roblox and was again arrested.[199]

- In August 2021, John Mathew Piecuch was indicted after he used Roblox to solicit explicit images of a 12-year-old and her 5-year-old sibling.[200]

---

[194] Mark Feuerborn, *Accused Topeka teen trafficker found with child porn*, court filing says (May 5, 2022), https://www.ksnt.com/news/local-news/accused-topeka-teen-trafficker-found-with-child-porn-court-filing-says/.

[195] District of Utah U.S. Attorney's Office, *Arizona Man Arrested for Kidnapping a Utah Teenage is Facing Federal Charges Including Intent to Engage in Sexual Conduct with a Minor* (Feb. 6, 2023), https://www.justice.gov/usao-ut/pr/arizona-man-arrested-kidnapping-utah-teenager-facing-federal-charges-including-intent.

[196] Josh Gauntt, *Police asking parents to monitor children's online activities after Georgia deputy arrest* (Feb. 5, 2023), https://www.wbrc.com/2023/02/06/police-asking-parents-monitor-childrens-online-activities-after-georgia-deputy-arrest/.

[197] S. District Indiana, *U.S. Attorney's Office, New Jersey Man Federally Charged* (July 29, 2022), https://www.justice.gov/usao-sdin/pr/new-jersey-man-federally-charged-enticement-minor-and-interstate-transportation-minor.

[198] Jerusalem Post Staff, *18-year-old indicted for luring underage girls online using 'Roblox'* (June 20, 2021), https://www.jpost.com/breaking-news/18-year-old-indicted-for-luring-underage-girls-online-using-roblox-671550.

[199] Bonty, *supra* note 114.

[200] WBAL, *California man indicted for child exploitation in Carroll County involving gaming platform Roblox* (Aug. 20, 2021), https://www.wbal.com/article/529726/3/california-man-indicted-for-child-exploitation-in-carroll-county-involving-gaming-platform-roblox.

- A prominent Roblox developer "MisterObvious," who had won a company "Bloxy" award, was shown to have solicited and sent inappropriate content to underage girls. This was substantiated by a police report filed in April 2017, but Roblox did not terminate the developer's account until May 2021.[201]
- In 2020, a 48-year-old registered sex offender, Clinton McElroy, was arrested after inducing an 8-year-old girl to send explicit videos in exchange for Robux; he had a prior 2018 conviction for commercial sexual exploitation of a 14-year-old.[202]
- In 2019, a 29-year-old, Owain Thomas, was prosecuted for using Roblox to groom 150 children for sexual activity, 60 of whom were under age 13, and he frequently used Robux to solicit them—including paying a 10-year-old 400 Robux to perform a sexual act on webcam. Prosecutors characterized the scale of abuse at the time as possibly unprecedented.[203]

149.    In a follow-up report in October 2024, The Bear Cave continued documenting cases of abuse known to have occurred on Roblox:[204]

- In 2022, 45-year-old Shane Penczak was charged with seven felonies involving crimes against children, including lewd and lascivious battery, alleging that he impersonated a teenage girl on Roblox and sent Roblox gift cards in exchange for nude photos.[205]
- In July 2022, 19-year-old Ethan James Alfonso was charged with child molestation after meeting a 10-year-old on Roblox.[206]
- In January 2024, 27-year-old Darius Matylewich was indicted "for traveling to sexually abuse an 11-year-old victim" he communicated with via Roblox.[207]

---

[201] Ruben Sim, *A Ruben Sim Archive*, Internet Archive (Jan. 23, 2022), https://archive.org/details/rubensimarchive/ruben+sim/MisterObvious+Is+a+Pedophile+(June%2C+2017).mp4.

[202] Anthony Blair, *Paedo 'used Roblox online game to lure 8-year old girl into sending him nude videos,* Daily Star (Sept. 25, 2020), https://www.dailystar.co.uk/news/world-news/paedo-used-roblox-online-game-22744501.

[203] Day, *supra* note 110.

[204] Edwin Dorsey, *Problems at Roblox (RBLX) #4,* The Bear Cave (Oct. 3, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-4.

[205] Troy Myers, *Florida man sentenced to 13 years for blackmailing minor through online gaming platform,* ABC News (Aug. 11, 2023), https://abcnews4.com/news/nation-world/florida-man-shane-penczak-receives-prison-sentence-for-pretending-to-be-young-girl-blackmailing-young-boy-roblox-online-game-chatroom-video-game-new-jersey-sex-offender-lewd-lascivious-battery-child-pornography.

[206] Blake Mayfield, *Fairfield man charged with molesting Butte County girl through online game*, KRCR (July 12, 2022), https://krcrtv.com/news/local/child-molest-charges-filed-against-online-predator-from-fairfield.

[207] District of Delaware U.S. Attorney's Office, *Delaware Man Federally Indicted for Traveling to Sexually Abuse An 11-Year-Old Victim* (Jan. 9, 2024), https://www.justice.gov/usao-

- In February 2024, 18-year-old Brandon Roy Alvarez was indicted for attempting to coerce a 10-year-old girl to send images to him after befriending her on Roblox.[208]
- In August 2024, a 21-year-old Chilean man was arrested at LAX after meeting a 13-year-old girl on Roblox and booking an Airbnb near her home.[209]
- Also in August 2024, 44-year-old Maryland elementary school teacher Mark Cobb was "charged with sexual abuse of a minor, child pornography distribution and possession of child pornography" after soliciting "photos of a 9-year-old student." The victim told police she chatted with Cobb "via phone and the game platform Roblox." Police said they found "a black bag filled with children's underwear in his office" and added, "we know that there are other victims out there."[210]

150. The Bear Cave report also included information from reporting by independent investigator Alex Rosen, who publicly warned that Roblox is littered with predators:

- In sting footage, Rosen confronted 61-year-old Christopher Charles Burton, who had previously been charged with child molestation, and who admitted to communicating with an 8-year-old girl on Roblox through the popular Brookhaven game and who video-called her after meeting on the platform. Burton was arrested by Oklahoma police.[211]
- Rosen also confronted 52-year-old truck driver Lewis Sharon Hasty, who described how predators direct minors from Instagram to Roblox, treat Roblox as both a game and a chat line, and use Roblox currency as payment before moving children to Telegram. Hasty stated that the children he contacted were around 12 to 13 years old, and he was arrested in November 2023.[212]
- In September 2024, Rosen confronted 22-year-old Roblox game developer Amorie Hunt, who discussed Roblox "condo communities"—private groups used to reach minors on lesser-known and often sexually explicit games—and acknowledged that it was common

---

de/pr/delaware-man-federally-indicted-traveling-sexually-abuse-11-year-old-victim-0.

[208] Xavier Alvarez, *Valley man indicted for trying to coerce minor over Roblox*, myRGV (Feb. 23, 2024), https://myrgv.com/local-news/2024/02/23/valley-man-indicted-for-trying-to-coerce-minor-over-roblox/.

[209] Ruby Gonzales, *Man arrested at LAX, suspected of sexually exploiting girl he met on Roblox*, San Gabriel Valley Tribune (Aug. 21, 2024), https://www.sgvtribune.com/2024/08/21/man-suspected-of-sexually-exploiting-girl-online-from-afar-caught-at-lax/.

[210] Jasmine Golden, *Md. Elementary school teacher charged with sexually abusing a 9-year old*, Washington Post (Aug. 27, 2024), https://www.washingtonpost.com/dc-md-va/2024/08/27/maryland-teacher-arrested-sexual-abuse-minor/.

[211] @iFightForKids, X post (Aug. 13, 2023), https://x.com/iFightForKids/status/1690839648644284416.

[212] @iFightForKids, X post (Nov. 5, 2023), https://x.com/iFightForKids/status/1721302240332321235.

for adults to use Roblox to pursue relationships with minors and to use multiple accounts to pose as minors themselves. Hunt was subsequently arrested for child pornography.[213]

151. Contrary to the above statements by Roblox leadership—which shift blame from the platform to victims' parents—even parents utilizing the parental controls on Roblox have seen their children targeted by predators. In October 2025, a father named Steven described how his 13-year-old son was targeted by a predator posing as a 16-year-old: his son was coerced to take and send nude photos of himself to the predator using Discord in exchange for Robux gift cards.[214]

152. In April 2026, Desirae Zick reported that Roblox's facial age-estimation technology incorrectly identified her 9-year-old son as a teenager, causing his account age to be updated to 13–15 and locking her out of the parental controls she had configured to protect him. Despite attempts to resolve the issue through customer support and email, she was unable to regain access.[215]

153. The amount of abuse occurring on the Roblox platform—even just the fraction that is publicly reported—is mind-boggling. Still, Roblox and its leadership has publicly insisted that its platform is safe, that incidents where children are victimized are few and far between, and that the platform was no longer being used to target children in the 2020s. Its executives' behavior has told a different story.

154. In August 2025, Roblox Chief Safety Officer Matthew Kaufman sold over $800,000 worth of stock (5,524 shares on August 8, 2025), immediately after the company threatened legal action via a cease-and-desist letter to the predator-catcher "Schlep," and amid

---

[213] @iFightForKids, X post (Sept. 14, 2024), https://x.com/iFightForKids/status/1834762280665297104.

[214] *A father says his family is suing Roblox after his son was allegedly targeted by sex offender*, CBS News (Oct. 14, 2025), https://www.cbsnews.com/video/dad-shares-warning-for-parents-about-popular-gaming-platform-roblox/.

[215] Carolyn Johnson and Lorraine Roe, *Facial recognition error locks mom out of Roblox parental controls* (April 29, 2026), https://www.nbclosangeles.com/news/local/roblox-child-safety-protections/3883310/.

public calls for Kaufman's resignation.[216] Similarly, on November 11, 2025, Roblox CEO David Baszucki sold $6,992,960 worth of Class A Common Stock in multiple transactions and also gifted or transferred tens of thousands of shares to a charitable organization and The Baszucki Family Foundation. These transactions followed legal actions by several states over child safety concerns,[217] as well as Roblox's October 2025 announcement that it planned to meaningfully increase safety investment, resulting in its stock falling sharply despite the company beating analyst expectations.[218] Since late 2025, with more publicity about the product's safety problems, Roblox's stock has shed another 50% of its value, trading at $48.02 as of June 17, 2026.

155.    These actions by Roblox executives were not the result of a sudden epiphany but rather a fear that longstanding company knowledge about the product's dangers might spill over into public view. Roblox was aware of the business risks posed by rampant child predation on the platform even before becoming a publicly traded company. In its public-offering filings with the SEC in November 2020, Roblox acknowledged that child pornography on the platform constituted a material risk to the company's business. This is a clear admission of the company's awareness of the connection between child sexual abuse material and its product. Despite this, in the following years, the company would continue to push a narrative that the platform was safe for children and that its safety features were state-of-the-art.[219]

156.    One of Roblox's favored deflections—that law enforcement and regulators also needed to do their jobs in tracking down predators—was undermined by the prevalence of these problems across jurisdictions. American children were not the only ones targeted and harmed by

---

[216] *Roblox Corp's Chief Safety Officer Sells Shares*, Trading View (Aug. 8, 2025), https://www.tradingview.com/news/tradingview:96d4d13524dd9:0-roblox-corp-s-chief-safety-officer-sells-shares/.

[217] *Roblox CEO Baszucki sells $7m in shares on November 11*, Investing.com (Nov. 13, 2025), https://www.investing.com/news/insider-trading-news/roblox-ceo-baszucki-sells-7m-in-shares-on-november-11-93CH-4357622.

[218] Jaures Yip, *Roblox stock slips 15% as company expects more spending on safety and infrastructure*, CNBC (Oct. 30, 2025), https://www.cnbc.com/2025/10/30/roblox-stock-earnings-safety.html.

[219] Samantha Cole, Roblox Goes Public, Says Child Pornography Is a Risk to Its Business, VICE (Nov. 20, 2020), https://www.vice.com/en/article/roblox-goes-public-says-child-pornography-is-a-risk-to-its-business/.

sexual predators on Roblox. Indeed, abuse of children on Roblox in Europe and elsewhere was the subject of widespread reporting for years. Examples include:

- In 2020 in the UK, a North Staffordshire school issued a formal warning to parents after a child playing the online game was sent "inappropriate pictures" by an adult offender, prompting institutional-level concern about predatory contact occurring through the platform.[220]
- In 2018, a 12-year-old girl in Adelaide, Australia was targeted by a predator through Roblox who sent her messages indicating he would attempt to locate her in real life and rape her.[221]
- In August 2018, in Leicestershire, UK, the Hinckley Police warned about strangers contacting children on Roblox after an e-safety training organization, during a school visit, found that children disclosed being contacted by strangers via headsets, receiving inappropriate messages, and seeing naked characters.[222]
- In 2017, two Australian mothers reported that their daughters, ages 9 and 10, were targeted by predators on Roblox. Shannon Mitchell's 10-year-old received explicit sexual messages, and Kayla Bailey's 9-year-old was also targeted; Bailey described Roblox as "a pedophile's gateway."[223]
- In 2017 in the UK, Norfolk Police disclosed that a 25-year-old suspect was investigated for grooming a boy after making initial contact through Roblox, demonstrating that the platform served as the point of first contact between an adult offender and a child victim.[224]
- Also in 2017 in the UK, a mother in Dunfermline reported that her six-year-old daughter received indecent messages from men on Roblox, including a request that the child call

[220] Rob Andrews, *North Staffordshire school issues warning to parents as child playing online game sent 'inappropriate pictures' by pervert*, The Sentinel (May 18, 2020), https://www.stokesentinel.co.uk/news/stoke-on-trent-news/north-staffordshire-school-issues-warning-4127207.

[221] Emily McPherson, *It made me feel sick: Adelaide girl, 12, targeted by predator on kids game Roblox*, Nine.com.av (May 1, 2018), https://www.9news.com.au/national/it-made-me-feel-sick-adelaide-girl-12-targeted-by-predator-on-kids-game-roblox/fb2b6414-769f-40b4-aca1-18bf39e4d2aa.

[222] Nicholas Dawson, *Computer game Roblox could be putting children at risk*, Hinckley Times (Feb. 7, 2018), https://www.hinckleytimes.net/news/local-news/computer-game-roblox-could-putting-14251741.

[223] Emily McPherson, *It's a pedophile's gateway: Nine and 10-year-old girls targeted by predators on kid's game Roblox*, Nine.com.av (Oct. 17, 2017), https://www.nine.com.au/australia-news/its-a-pedophiles-gateway-aussie-9-and-10yearold-girls-targeted-by-predators-on-kids-game-20171018-p5vyzm.html.

[224] Nicola Small, *Paedophiles using online computer games such as Minecraft to groom children*, Mirror (April 15, 2017), https://www.mirror.co.uk/news/uk-news/paedophiles-using-online-computer-games-10233554.

the sender "daddy." After her warning went viral, dozens of other parents contacted her, including a parent whose 8-year-old daughter received the message "Hello cupcake, do you want to meet up," and another whose 11-year-old son was asked where he lived. Roblox responded with a pledge to improve safety measures.[225]

- In February 2017, the Canadian Centre for Child Protection warned parents about luring attempts and sexually explicit comments made to children through Roblox's chat feature, having received reports from across Canada.[226] Following on the widespread global reporting from parents of targeted children, Canada's child-protection authority identified the platform's chat functionality as a vector for exploitation. The same month, Canada's Cybertip.ca program issued a formal alert stating it had received reports of Roblox chat requests with sexually suggestive messages and requests to meet in person sent to children under the age of 12.[227]

157.    Despite the comments of its executives that abuse on Roblox is a thing of the past, or that it is occurring because *this* group or regulators or *that* collection of law enforcement is not doing enough, Roblox has been fully aware that the sexual abuse of minors on its platform is rampant worldwide. Rather than face the issue head on and make difficult decisions about platform design that could impact its bottom line, Roblox has decided to play the blame game. Just as the issues with Roblox do not reflect shortcomings within a particular law enforcement community, statements by Roblox regarding new safety features and the purported closing of loopholes that may have let predators target children in the past simply do not reflect reality.

**E.    Despite Roblox's Actual Knowledge that Its Platform Facilitates Child Sexual Exploitation, Roblox Prioritizes Growth Over Child Safety.**

158.    From its inception, Roblox has focused on growth above all else, which has meant deliberately targeting, exploiting, and capitalizing on the child market by positioning itself as a place where kids can learn and play games in a safe environment. Recognizing that children have

---

[225] Annabel Howard and Chris Adams, *Mother's horror after sick perverts target her six-year-old daughter through online gaming app for young children*, Mirror (Jan. 26, 2017), https://www.mirror.co.uk/news/uk-news/mothers-horror-after-sick-perverts-9697374.
[226] *Child protection group warns parents about luring, explicit chat on game site Roblox*, CBC News (Feb. 24, 2017), https://www.cbc.ca/news/canada/manitoba/winnipeg-roblox-luring-warning-1.3997258.
[227] *Roblox: Parents be aware of chat feature in gaming platform for kids*, Cybertip.ca (Feb. 2017), https://cybertip.ca/en/online-harms/alerts/2017/roblox/.

more free time, less developed cognitive functioning, and inferior impulse control, Roblox has exploited their vulnerability to lure them to its app and then manipulate their interests in connecting with other players and in acquiring and spending Robux.

### 1. Roblox has chosen a financial incentive structure that makes child safety expendable.

159. Roblox's financial structure created a direct conflict between child safety and executive compensation, at every level of the organization. Safety proposals that would reduce child engagement metrics would directly reduce the stock price, executive bonuses, and personal equity value of every executive who reviewed them. Employees confirmed to Bloomberg that proposals were rejected because they would reduce engagement metrics. The word "grooming" was missing from the 2022 moderation guide. And trust and safety spending declined as a percentage of revenue while exploitation reports surged.

160. On March 10, 2021, Roblox was directly listed on the New York Stock Exchange, closing with a valuation exceeding $38 billion. More than 50 percent of Roblox's daily active users at the time of the listing were under the age of 13. The company's primary valuation metrics were daily active users, hours engaged, and Bookings—all driven by child engagement. Roblox disclosed this directly in its S-1. CEO David Baszucki's 2021 total compensation was nearly $233 million, consisting almost entirely of a long-term equity award that vested on sustained stock price thresholds. Non-CEO executive equity evolved from time-based RSUs in 2021, to stock-price PSUs in 2022, to PSUs explicitly tied to Bookings and EBITDA beginning in 2023. Baszucki was brought onto that same Bookings and EBITDA structure in 2024 after his original award was cancelled without a single tranche ever vesting. Whatever the specific vesting mechanism in any given year, each depended on the same underlying commercial reality: stock price, Bookings, and EBITDA were all functions of platform engagement. And platform engagement, throughout the period and beyond, depended in large part on the daily activity of children under 13. Any safety feature that reduced child daily active users reduced those metrics and reduced executive compensation.

161.    On February 15, 2022, Roblox reported Q4 2021 earnings showing that child engagement had slowed as the pandemic faded. The stock fell further in a single day than it had at any prior point. The stock had already lost more than 40 percent from its November 2021 peak. By May 2022, RBLX had fallen 83 percent from its then-all-time high to $21.65. Management explained via shareholder letter that key metrics had "doubled or tripled" the prior year and could not sustain those rates. From the February 2022 earnings report forward, every Roblox executive could see in real-time and in their own brokerage accounts that declining child engagement metrics reduced the stock price and their personal equity value.

162.    The insider stock sale record confirms that Roblox's executives translated that knowledge into personal financial decisions—all while the exploitation of children on their platform was escalating, and before government enforcement actions forced accountability. From the direct listing through October 2024, Roblox executives, insiders, and private-equity backers executed stock sale transactions totaling over $1.7 billion. In that time, David Baszucki had, directly or indirectly, extracted approximately $526 million. Baszucki and his affiliated entities' most lucrative month, however, would far and away be June 2025—the summer the stock escalated to its all-time high of $150.59 per share. The 10b5-1 trading plan facilitating these sales was adopted in November 2024, immediately following the Hindenburg Research report documenting fifty or more active CSAM-solicitation groups on Roblox and amid a then-undisclosed federal SEC investigation. Roblox's Chief Safety Officer, Matthew Kaufman—the executive who contemporaneously told Bloomberg that safety was "our first priority"—also adopted his trading plan in November 2024. The pattern was the same for directors, executives and insiders: pre-arranged sales, providing compensation based on metrics known to be substantially impacted by child engagement.

163.    In October 2025, when Roblox was finally compelled by the accumulation of government enforcement actions and MDL consolidation to meaningfully increase safety investment, the stock fell sharply in a single day despite the company beating analyst expectations on every operating metric. Revenue was $1.36 billion, up 48 percent year-over-year. Bookings were $1.92 billion, up 70 percent. Daily active users were 151.5 million, up 70 percent. The

company beat analyst estimates on earnings per share. The stock fell anyway, because the company disclosed a capital expenditure increase driven by safety and infrastructure investment: prior guidance had been $310 million; new guidance was $468 million, an increase of $158 million. The market priced that safety spending as a negative—precisely as Barclays had predicted when it identified safety investment as Roblox's "downside case." In its Q3 2025 shareholder letter, Roblox's management wrote that operating margins "could decline slightly year-over-year due to the combination of higher DevEx rates and the impact of infrastructure and safety related investments catching up with rapid bookings growth in the back half of 2025."

164.    On November 1, 2024, Baszucki told CNBC that Roblox is "a beacon for safety and civility"—on the same day Hindenburg Research documented fifty or more active Roblox group chats openly soliciting child sexual abuse material. In March 2025, Baszucki told BBC News: "If you're not comfortable, don't let your kids be on Roblox." On November 21, 2025, during a New York Times "Hard Fork" podcast interview focused on predators on Roblox, Baszucki stated: "We think of it not necessarily just as a problem, but an opportunity as well." In the same interview, Baszucki expressed irritation that the conversation had not focused on "fun, funny things in the industry."

165.    Every safety proposal that reached Roblox's leadership was reviewed in the context of these demonstrated financial consequences. Roblox's CFO framed declining safety expenditure as a positive metric on investor calls while exploitation reports were surging. And Roblox's Chief Safety Officer continued to proclaim safety as the company's first priority while executive stock was sold under the trading plan. Despite the surging reports, at the time of the Bloomberg investigation in 2024, Roblox employed only a small fraction of the moderators employed at TikTok. Executives, insiders, and backers extracted billions from the company before government enforcement forced a reckoning. The harm to Plaintiff was the direct and proximate result of the choices those financial incentives produced.

166.    Yet Roblox's business model allowed the company to attract significant venture capital funding from big-name investors like Kleiner Perkins and Andreessen Horowitz, putting enormous pressure on the company to continue to prioritize growing and monetizing its users. To

do so, Roblox made deliberate decisions that placed children at risk. For example, while other digital platforms (including other video game platforms) verified users' ages and restricted communications between children and adults, Roblox did not do so. Similarly, while other digital platforms required children's accounts to be connected to the account of a parent or guardian during set-up, with various parental controls turned on by default, Roblox made it easy for children (including very young children) to download and install Roblox without ever involving an adult. While other platforms implemented reliable, accurate age ratings for games and videos that correctly informed parents about the type of content their children would see, Roblox's deeply flawed "content label" system gave parents a false sense of security, incorrectly labeling graphic sexual and violent games as safe for kids. And while other platforms restricted access to children of a certain age, Roblox welcomed and encouraged children of any age, despite their knowledge of significant harms that children routinely experience there.

167. In 2021, riding the explosive growth in users generated by the pandemic and the pandemic-driven enthusiasm for technology stocks, Roblox went public at a valuation of $41 billion, which brought new pressures. To satisfy the scrutiny and demands of public investors, Roblox, like many unprofitable companies, prioritized rapid growth in revenue and user engagement metrics—like new user acquisition, daily active users, and average hours spent on the app—on the theory that profitability would follow once the business achieved sufficient scale and operating costs decreased as a percentage of revenue.[228]

168. In pursuit of growth, Roblox deprioritized safety measures even further so that it could report strong numbers to Wall Street. For instance, Roblox executives rejected employee proposals for parental approval requirements that would protect children on the platform because

---

[228] After listing on the New York Stock Exchange, Roblox CEO David Baszucki told CNBC, "Roblox has been growing for 15 years . . . . That's a long-term growth path, and we believe that continues forward, even after Covid." Ari Levy & Jessica Bursztynsky, *Roblox Jumps to $38 Billion Mark Cap as Public Investors Get Their First Crack at the Popular Kids Game App*, CNBC (Mar. 10, 2021), https://www.cnbc.com/2021/03/10/roblox-rblx-starts-trading-at-64point50-after-direct-listing.html. CFO Michael Guthrie added, "As [Covid] restrictions ease, we expect the rates of growth in 2021 will be well below the rates in 2020, however, we believe we will see absolute growth in most of our core metrics for the full year." *Id.*

such requirements create a potential impediment to new signups.[229] Employees also reported feeling explicit pressure to avoid any changes that could reduce platform engagement, even when those changes would protect children from predators.[230]

169. As one former Roblox employee explained: "You're supposed to make sure that your users are safe but then the downside is that, if you're limiting users' engagement, it's hurting our metrics. It's hurting the active users, the time spent on the platform, and in a lot of cases, the leadership doesn't want that."[231] That same employee added: "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the numbers all look good and investors will be happy."[232]

170. At the same time, Roblox knowingly cultivates the perception that it is safe for children—despite the reality that it is not—to benefit its business. As the company stated in a 2020 SEC filing, its "reputation as a safe and civil environment for children is very important to our success and if . . . we are perceived to be failing to protect users, our business will suffer and our results of operations could be materially and adversely affected." [233]

171. By limiting safety measures, Roblox not only increased its users but also reduced the company's safety expenses as a percentage of its revenue—a key metric for Wall Street, which views trust and safety costs as detrimental to Roblox's stock performance. Barclays, for example, identified its "downside case" for Roblox's stock as "additional safety investments due to its younger demographic . . . becom[ing] a larger drag on [earnings] margins."[234] Barclays also wrote that it viewed increased safety costs as a "negative" in Roblox's quarterly earnings.[235]

---

[229] Hindenburg Research, *supra* note 51.

[230] *Id.*

[231] *Id.*

[232] *Id.*

[233] Roblox Corp., S-1 at 2, *supra* note 79.

[234] Ross Sandler, Trevor Young & Alex Hughes, *Back on Track Following the 1H Hiccup*, Barclays (Aug. 1, 2024).

[235] Ross Sandler, Trevor Young & Alex Hughes, *Everything Accelerating, Safety & Security a Top Priority*, Barclays (Nov. 1, 2024).

172.    During earnings calls for investors, Roblox frequently addresses questions from analysts about how trust and safety expenditures will evolve over time. Roblox's answers reveal that the company is hyper-focused on reducing its trust and safety expenses as a percentage of its revenue, showing that the company is not investing as much proportionally in trust and safety as the company continues to grow and attract millions of additional users.

173.    For example, on Roblox's 2023 fourth quarter earnings call, an analyst praised the "really high level of efficiency" seen in the numbers for infrastructure and trust and safety expenditures and then asked how those figures would evolve over time.[236] In response, Mike Guthrie, Roblox's CFO, emphasized the company's goal of reducing expenses, stating, "cost to serve is the metric that we use and it's the metric that the [infrastructure] team owns . . . *they're working hard to drive that down* . . . . [L]ike you said, it's about 11% now, ultimately with higher efficiency . . . we see that as a high-single-digit number over the next few years."[237] He added, "[W]e still think there's more to do there."[238]

174.    At other times, Guthrie has reassured investors stating, "look for trust and safety [costs] to scale below linear as we grow"[239] and asserting that Roblox was "quite happy with" trust and safety costs growing "at a lower rate than our bookings growth."[240]

175.    Similarly, in the second quarter of 2024, CEO Baszucki highlighted that, "[i]mportantly, our infra[structure] and trust and safety expenditures were 8% lower year on year."[241]

---

[236] Roblox Q4 2023 Earnings Call (Feb. 7, 2024) (transcript available at https://www.fool.com/earnings/call-transcripts/2024/02/07/roblox-rblx-q4-2023-earnings-call-transcript/).

[237] *Id.* (emphasis added).

[238] *Id.*

[239] Roblox Q4 2022 Earnings Call (Feb. 15, 2023) (transcript available at https://www.fool.com/earnings/call-transcripts/2023/02/15/roblox-rblx-q4-2022-earnings-call-transcript/).

[240] Roblox Q3 2023 Earnings Call (Nov. 8, 2023) (transcript available at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://s27.q4cdn.com/984876518/files/doc_financials/2023/q3/Q3-Earnings-Transcript.pdf).

[241] Roblox Q2 2024 Earnings Call (Aug. 1, 2024) (transcript available at https://www.fool.com/earnings/call-transcripts/2024/08/01/roblox-rblx-q2-2024-earnings-call-

176. Once public, Roblox also decided to try to attract more adult users to its app—which it had historically touted as the "#1 gaming site for kids and teens."[242] With the market for underage users near saturation, Roblox shifted its growth strategy to attracting older users.

177. In its public offering filings, Roblox identified "age demographic expansion" as a key strategy, explaining that it planned to develop experiences and content that appealed to older users.[243] For Roblox, "aging up" had benefits beyond user growth—it was also more profitable because older users offer a distinct financial advantage. While children spend more hours on Roblox, they do not "monetize" as well because they are more constrained in their ability to spend. In contrast, older users, who "have more direct control over their spend" and "monetize better," are far more lucrative—an outcome that Roblox said it predicted when it started to target older users.[244]

178. Roblox's executives repeatedly emphasized their strategy of "aging up" the app to attract older users. At the company's inaugural conference with an investment bank in September 2021, Roblox's CFO, Michael Guthrie, noted that Roblox had achieved "very good penetration of nine to twelve year-olds," and was focused on adding users over the age of 13.[245] One plan was to "improve the search algorithms such that older users were finding older content," or content tailored to their age-related demographic.[246]

179. And at its annual Developer Conference, CEO David Baszucki encouraged developers to create experiences for older audiences, explaining that Roblox was rolling out features designed to appeal to older users, including use of real names, screen capture and sharing

transcript/).

[242] Roblox, *supra* note 4.

[243] Roblox Corp., S-1 at 7, *supra* note 79.

[244] Roblox Q2 2022 Earnings Call (Aug. 10, 2022) (transcript available at https://www.fool.com/earnings/call-transcripts/2022/08/10/roblox-corporation-rblx-q2-2022-earnings-call-tran/).

[245] Roblox at Goldman Sachs Communicopia Conference (Sep. 9, 2021), https://www.westlaw.com/Document/I4300408020a711eca285eb6a80669d03/View/FullText.html?transitionType=Default&contextData=(sc.Default)&VR=3.0&RS=cblt1.0.

[246] *Id.*

capabilities, video calls, and relaxed chat moderation.[247] These decisions, while framed as growth strategies, reflected Roblox's willingness to compromise safety by creating new vulnerabilities and more dangerous circumstances for children in its pursuit of a more profitable, older user base.

180.    Roblox executives consistently highlighted progress with the company's "aging up" strategy on every quarterly earnings call after this until the second quarter of 2023, when CEO Baszucki declared that Roblox had achieved its goal: "We're no longer talking about aging up. We are a platform for all ages."[248] In June 2023, Roblox announced "Experiences for People 17 and Older."[249] This progress was praised by Wall Street investment banks, who noted that aged-up experiences were a promising indicator of "potential sustainable growth tailwinds for Roblox," reinforcing the company's pivot toward maximizing profitability.[250]

181.    Despite Roblox's deliberate targeting of older users, it failed to implement any meaningful restrictions on contact between adult and child users or limit the mature content and experiences it solicited from developers to attract older audiences. When asked by an equity research analyst about aged-13-and-up experiences for older users, CEO Baszucki admitted, "I want to highlight right now that *we don't have any only 13 and up experiences*. We have 28% of the top thousand experiences having a majority of 13-plus [users] but *those are still experiences that are open to all ages.*"[251] Similarly, despite urging developers to build more mature experiences, Roblox continued to allow users to set up accounts without any type of age verification. Even investors recognized the connection between older users and the increased risks

---

[247] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.

[248] Roblox Q2 2023 Earnings Call (Aug. 9, 2023) (transcript available at https://finance.yahoo.com/news/roblox-corporation-nyse-rblx-q2-182144299.html).

[249] Roblox, *Introducing Experiences for People 17 and Older*, https://about.roblox.com/newsroom/2023/06/introducing-experiences-for-people-17-and-older (last visited July 23, 2026).

[250] Benjamin Black et al., *Bookings Back on Track*, Deutsche Bank (Nov. 4, 2024).

[251] Roblox Q3 2021 Earnings Call (Nov. 9, 2021) (emphasis added) (transcript available at https://www.fool.com/earnings/call-transcripts/2021/11/10/roblox-corporation-rblx-q3-2021-earnings-call-tran/).

for children, questioning how Roblox planned to prevent inappropriate content from reaching younger users.[252]

182.    Not only did Roblox seek to increase adult users while knowing the risks that strategy posed to children, but it also sought to encourage relationships between users. At Roblox's 2023 Developers Conference, CEO Baszucki revealed Roblox's strategy to facilitate "real-life relationships" between users—*i.e.*, dating. While he deliberately avoided the word "dating," he then announced plans to build a product to support it: "I'm not going to use the D word but subsequent[] real-life relationships is going to happen, okay? And we're going to build a platform to support that."[253]

183.    By the next year, in 2024, Baszucki explicitly acknowledged this strategy. He first acknowledged that online dating is "edgy" but then mocked his own safety team's concerns about the dangers—"the policy and safety team told me [dating and real-life relationships] isn't within our current policy right now"—to which the audience shared in laughter.[254]

184.    In short, Roblox has for years deliberately sacrificed child protection in pursuit of growth and profits. This systematic subordination of child safety to business objectives reflects Roblox's continued choice to pursue its business goals even when that means knowingly exposing children to preventable dangers on its app.

### 2. Roblox's sex-predator problem is the result of deliberate choices in designing and marketing the product.

185.    Roblox's pursuit of growth and profit over child safety is reflected in numerous actions it took and decisions it made related to the design and safety of its app. Had Roblox acted differently, the harm suffered by countless children would not have occurred.

186.    Roblox has refused to implement simple measures that would have protected children using its app because Roblox's business mission is to get as many kids on the platform

---

[252] *Id.*

[253] Roblox Developers Conference, *supra* note 247.

[254] Roblox Developers Conference 2024 Keynote (Sep. 6, 2024); https://www.youtube.com/watch?v=HwbcWc2CwnM.

as possible rather than to protect them, and safety measures can create friction in the user experience and limit growth. Indeed, former employees have acknowledged that Roblox considered requiring some of these safety measures but ultimately resisted implementation out of fear that such requirements might drive users away.[255] Consequently, creating a Roblox account is alarmingly easy, requiring less than sixty seconds and no meaningful verification or oversight—a choice that prioritizes growth over the safety of its youngest users.[256]

187.    For example, Roblox chose to allow users to create accounts without providing their name or email address—a policy that enables predators to easily create multiple anonymous accounts and prevents any measures for age-verifying accounts or requiring parental approval.

188.    This decision allowed Roblox to bypass certain protections that are mandated by federal law and designed to protect children. The Children's Online Privacy Protection Act ("COPPA") prohibits companies like Roblox from collecting, using, or disclosing the personal information of children under 13 without verifiable parental consent. COPPA was enacted because Congress recognized the heightened vulnerability of children on the internet. As the FTC noted, children under 13 lack the capacity to "understand fully the potential serious safety and privacy implications" of sharing their personal information.[257] More recent international regulations are stricter. For example, the European Union's General Data Protection Regulation (GDPR) requires verifiable parental consent for children under 16.[258]

189.    The FTC has outlined clear and acceptable methods for obtaining verifiable parental consent. These include: (a) providing a form for parents to sign and return; (b) requiring

---

[255] Hindenburg Research, *supra* note 51.

[256] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.

[257] Federal Trade Commission, *Privacy Online: A Report to Congress* (1998), https://www.ftc.gov/sites/default/files/documents/reports/privacy-online-report-congress/priv-23a.pdf.

[258] Art. 8 GDPR; *see also* Consent to Use Data on Children, EU Agency for Fundamental Rights, https://fra.europa.eu/en/publication/2017/mapping-minimum-age-requirements-concerning-rights-child-eu/consent-use-data-children (last visited July 24, 2026). Note that member states can lower the cutoff to 13, 14 or 15 if they choose.

the use of a credit card or online payment that notifies parents of each transaction; (c) connecting parents to trained personnel via video conference; (d) offering a staffed toll-free number for parental verification; (e) asking knowledge-based questions to confirm identity; or (f) verifying a parent's photo-ID by comparing it to a second photo using facial recognition technology.[259]

190. Yet instead of implementing safeguards to comply with COPPA, Roblox chose to bypass these protections altogether, sidestepping the requirement of verifiable parental consent by not requesting a name or email address during sign-up. Because Roblox does not collect the personal information of users, COPPA's protections do not apply. And despite having software that can verify the age and identity of new users, Roblox opted not to require users to verify their age by uploading a picture of either their or their parents' ID, a practice that many other applications employ. Doing so would have restricted the content available to young users and prevented predators from easily misrepresenting their age, which is often their approach in targeting and grooming children. As one father told the press after seeing other users solicit his avatar for sex, "There is nothing to stop adults going on there and pretending they're kids."[260]

191. Had Roblox acted responsibly, the friction-reducing choices it made for platform growth could have been balanced by reasonable controls that would have impeded bulk account creation and made ban evasion materially harder. The same account-creation pipeline that Roblox optimized for frictionless growth could have been engineered to raise the cost of returning to the platform for actors who had been removed for endangering children. At the same time, the simple account identifier process and ability to access any user's user page without needing to know a unique hash value or having these pages gated behind a login exposed data on users, including minors, to bad actors seeking to harvest those user pages for nefarious purposes including the tracking and targeting of children.

---

[259] Federal Trade Commission, *Complying with COPPA: Frequently Asked Questions* (July 2020), https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions.

[260] Carl Stroud, *Horrified Dad Found Sick Messages from Paedo Predator in His Eight-Year Old Son's Roblox iPad Game*, The Sun (Feb. 15, 2017), https://www.thesun.co.uk/news/2872376/horrified-dad-found-sick-messages-from-paedo-predator-in-his-eight-year-old-sons-roblox-ipad-game/.

192.     Roblox has also designed its app so that anyone can easily *communicate* with children, creating a virtual world where predators can freely target and groom children. Until November 2024, adult strangers could "friend" and chat with children of any age via direct messages and chat with them in an experience through direct messages even if they were not friends. While Roblox offered some adjustable parental controls for users under the age of 13, these children could bypass those controls simply by creating an alternate account falsely identifying as an age 13+ user. By designing its app this way, Roblox stripped parents of basic protective options to prevent adult strangers from communicating with their children.

193.     This practice contrasts sharply with other gaming products like Nintendo, which use preprogrammed dialogue options to tightly control user interactions.[261] By adopting a similar approach, Roblox could have significantly reduced—if not eliminated—the grooming and child abuse facilitated by its app because predators would not have been able to solicit any personal information or send any coercive or sexually suggestive messages.

194.     Another easy-to-implement feature is the addition of pop-up safety notices to warn users about potentially dangerous behavior. But Roblox executives also rejected this change.[262]

195.     Roblox further endangered children by introducing voice calls in November 2023. Called "Roblox Connect," this virtual call feature allows users to have a conversation through their avatars in real time. Concerns were immediately raised about this feature. For example, one user emphasized, "This is a bad idea Roblox, and especially on your platform because this is where most predators are coming from, and it makes it way easier for predators to prey on children."[263]

196.     As Roblox contemplated and rolled out Roblox Connect, it knew that this feature would drastically increase the risk to children on its app. That is because another company had implemented a similar feature with disastrous consequences. Omegle was a chat website that operated from 2009 to 2023. Omegle allowed users, including children, to engage in anonymous

[261] Carville & D'Anastosio, *supra* note 10.

[262] *Id*.

[263] Taylor, *supra* note 62.

chats with strangers. In March 2010, Omegle introduced a video-chat feature. Despite efforts to monitor for mature and sexual content, the website became infamous for exposing minors to explicit material, predators, and exploitation. Omegle's failure to protect users led to numerous incidents, including criminal cases involving child pornography. In November 2023, Omegle announced that it would cease operations. In shutting down, its founder highlighted the site's misuse: "[T]here can be no honest accounting of Omegle without acknowledging that some people misused it, including to commit unspeakably heinous crimes."[264] And he thanked one survivor for "opening my eyes to the human cost of Omegle."[265] Nevertheless, Roblox introduced voice calls the same month that Omegle shut down.

197. Several other design features further reveal Roblox's failure even to use available technology to protect kids. In terms of industry standards, Roblox's security features are not just inadequate today. They would have been inadequate over a decade ago.

198. Although Roblox knew that predators routinely operated dozens of Roblox accounts at the same time, the company chose not to implement basic blocking of digital identifiers—both the unique network addresses that track internet connections (Internet Protocol or IP addresses) and the permanent hardware identification numbers assigned to devices (Media Access Control or MAC addresses) that could prevent predators from creating multiple accounts.[266] Roblox does collect and retain MAC addresses associated with user accounts, including children's accounts. A MAC address is a hardware-level identifier assigned to a device's physical network interface, which is not designed to be reset or changed by an ordinary user and therefore uniquely and durably fingerprints a particular device.

199. Roblox could, but does not, use a readily available capability called device-level fingerprinting to protect children. Device-level fingerprinting through MAC addresses is a standard and well-understood mechanism to connect an account to a particular device and thereby

---

[264] Annabelle Liang and Joe Tidy, *Omegle shut down: Video chat website closed after abuse claims,* BBC (Nov. 9, 2023), https://www.bbc.com/news/business-67364634.

[265] Joe Tidy, *Omegle shut down: 'How I got the dangerous chat site closed down',* BBC (Nov. 21, 2023), https://www.bbc.com/news/technology-67485561.

detect whether a single user is creating multiple accounts to evade account bans. Roblox has chosen not to use MAC-address association to prevent bad actors, like known predators and others banned for predatory or abusive conduct, from returning to the platform on the same device under a new account and continuing to contact children. Similarly, if Roblox had directed its device-to-account linkage toward child protection rather than just toward advertising and tracking, it could also have used this linkage to detect multi-account abuse and ban evasion by known predators. Even if Roblox was not *required* to do so, its failure to do so—while claiming to constantly be monitoring its platform—illustrates that it does not take safety seriously.

200.    At the same time, Roblox's collection and indefinite retention of MAC addresses within its user database enlarged the universe of information available to anyone seeking to locate or persistently track a particular minor. Roblox's iOS application also transmitted a device's Identifier for Advertising ("IDFA") to Roblox's servers. The IDFA is an identifier created for advertising and tracking, which Roblox further associates with the user's Roblox user ID, thereby linking a device-level advertising identifier to the user's persistent account identifier. Federal regulators have identified this exact practice as one that defeats a consumer's ability to disassociate from prior tracking. As applied to children, this practice built and maintained a tracking infrastructure around minors who could not consent and whose parents were never asked, expanding the body of identifying and behavioral data exposed to advertising networks, data brokers, and potentially to bad actors as well. On devices running iOS versions 14.4 and earlier, this transmission occurred silently and by default, without presenting any consent dialogue box and without obtaining verifiable parental consent, and it occurred regardless of the age for which the account was registered, including accounts registered to children as young as five.

201.    Similarly, Roblox acknowledged in June 2026 that it also has a problem with "cyberstalking" (also known as "stream sniping"), which its platform makes possible through immutable user identifiers (namely "playerTokens" and "userIDs"). Because these identifiers do not change as users enter different games, they can be used to search the platform for a particular

users, including children, and then follow those particular users wherever they go on the platform. Roblox claimed to be committed to fixing the problem but has not yet done so.

202.    Roblox also knows that all its built-in game incentives and prizes only make its predator problem worse. Roblox designed Robux not only as a means of monetization but also to increase user engagement, knowing the obsession that Robux breeds among users, especially child users. Roblox facilitates the use of Robux to sexually exploit children by designing its platform with multiple means by which users can give one another Robux. These design choices include a "Gifting Robux" feature that lets users "purchase Robux directly into" another user's account and allows users to request Robux from each other.[267] Roblox expressly contemplates that this feature could be used to "gift Robux to people" that a user "do[es] not know personally."[268]

203.    Roblox is also aware that it has historically maintained its "developer products and passes"—Roblox virtual items that users can create and sell for Robux—in a way that allows them to be used for "peer-to-peer Robux transfers."[269] While Roblox announced that it was taking steps to disable some aspects of this feature in May 2026, it still allows "direct Robux transfers between players in a game."[270]

204.    Predators' resulting use of Robux to groom and exploit children is not only foreseeable, it is well-documented. As early as 2023, safety researchers documented that "hundreds and hundreds" of schoolchildren reported being "approached by strangers on Roblox" every week. [271] Many of these strangers would offer children "money to perform sexual acts . . .

---

[267] Roblox, *Gifting Robux*, https://en.help.roblox.com/hc/en-us/articles/36034470178324-Gifting-Robux (last visited July 24, 2026).

[268] *Id.*

[269] *Disabling Cross-Game Sales of Passes and Dev Products and Introducing the Transfers API*, Roblox Creator Hub, https://devforum.roblox.com/t/disabling-cross-game-sales-of-passes-and-dev-products-and-introducing-the-transfers-api/4618396 (last visited July 24, 2026).

[270] *Id.*

[271] Surdo, *supra* note 97.

---

3549067.6

-73-

through the in-game 'Robux' currency."[272] These acts included "being paid Robux to play a role-playing game, such as being 'adopted' or lying down on top of another avatar."[273] Predators would also ask children to "be [their] boyfriend or girlfriend" or entice them onto other platforms for private messaging.[274]

205.    Published research has outlined the scope of this problem. In April 2025, children's safety organization Thorn published survey data showing that almost one in every ten respondents who had experienced "commodified sexual interactions as a minor" were given virtual currency from a video game—including Robux—as part of an "exchange for sexual content or activity."[275] In October 2025, the Florida Attorney General likewise warned that predators have used Robux to bribe minors into sending sexually explicit images of themselves.[276] And, to give just one example, in August 2025, a mother from North Carolina sued Roblox, alleging that a predator pretending to be a child coerced her ten-year-old daughter into sending sexually explicit images of herself in exchange for Robux and threatened to take back the gifted Robux if she did not continue to comply with his demands.[277]

206.    Roblox could easily have established limits that restricted interactions between adult accounts and children's accounts, something that many other platforms have done. It could also have restricted adult accounts from sending Robux to children's accounts in order to limit that means of grooming and manipulating children.

---

[272] *Id.*

[273] *Id.*

[274] *Id.*

[275] Thorn, *Commodified Sexual Interactions Involving Minors: Evolving Dynamics in Technology-Facilitated Child Sexual Exploitation* (Apr. 2025), https://info.thorn.org/hubfs/Research/Thorn_CommodifiedSexualInteractionsInvolvingMinors_Apr2025.pdf.

[276] Taylor Herzlich, *Florida AG says Roblox used to 'abuse kids' as criminal probe sparked*, N.Y. Post (Oct. 20, 2025), https://nypost.com/2025/10/20/business/florida-ag-roblox-is-breeding-ground-for-child-predators/.

[277] Ariel Zilber, *Roblox predator lured girl, 10 with "Robux for explicit photos (lawsuit)*, N.Y. Post (Aug. 22, 2025), https://nypost.com/2025/08/22/business/roblox-predator-lured-girl-10-with-robux-for-explicit-photos-lawsuit/.

207.   Roblox likewise could have created a separate, gated platform for younger children that excludes adults. Supported by age verification using facial recognition (a service that is widely commercially available), the company could create a space for young children to enjoy Roblox games with very few, if any, adults present. Many digital service companies have adopted separate platforms for children of young ages, including, for example, Amazon and Netflix.

208.   Roblox could have placed a higher age rating on its application in the iOS App Store and other app stores, to signal to parents that the app presented risks for children. Roblox also could have provided clear warnings to parents about the presence of sexual predators on the platform—rather than reassuring parents that the product is safe—so that parents could make an informed decision about allowing their child to use the product and/or educate their child on how to stay safe. Roblox could likewise have provided clear safety warnings and instructions to children using their product.

209.   Roblox has done none of this, yet it continues to aggressively market and promote itself as an "industry leader" when it comes to child safety.[278] Central to this self-serving narrative are its "accomplishments" of investing in artificial intelligence ("AI") and machine learning systems supposedly designed to scan and monitor all communications on the app and prevent the sharing of inappropriate content and personally identifiable information.[279]

210.   Yet this technology has proven grossly inadequate and insufficient to protect children. For example, Roblox's filters have glaring omissions. While Roblox blocks certain words, like "Snap" and "Snapchat" to supposedly prevent off-app communications, it allows workarounds such as the use of the ghost emoji (👻), which is widely recognized as a symbol for

---

[278] Roblox Q1 2021 Earnings Call (May 11, 2021) (transcript available at https://www.fool.com/earnings/call-transcripts/2021/05/11/roblox-corporation-rblx-q1-2021-earnings-call-tran/.

[279] Matt Kaufman, Chief Safety Officer, *Revolutionizing Digital Connection: Roblox's Vision for Age-Based Communication,* Roblox (July 17, 2025) https://about.roblox.com/newsroom/2025/07/advancing-safety-on-roblox-with-age-based-communication.

Snapchat, or alternative spellings, like "Snappy" or "apchat." Similarly, while the word "Discord" is blocked, users can easily bypass this filter by using the disc emoji (◎) or typing variations, like "iscord" or "cord."[280] That Roblox selectively blocks the words "Snap," "Snapchat," and "Discord" confirms its awareness of the dangers of off-app communications, yet Roblox chooses not to close well-known loopholes. And while Roblox has designed its product to prevent users from sharing phone numbers in numerical format, it does nothing to stop users from spelling out the numbers.[281]

211.    Similarly, while Roblox attempts to block the word "condo"—a term that was widely used to identify sexualized experiences—countless external groups on platforms like Reddit and Discord are dedicated to helping users locate new explicit content on Roblox. As soon as Roblox removes one game, its ineffective safeguards allow the same game to be reuploaded almost immediately from a new account, perpetuating the cycle of explicit and harmful content. External groups have capitalized on Roblox's weak safety features by guiding predators to these reuploaded games, with Fast Company easily identifying 150 Discord groups dedicated to exploiting Roblox's lack of robust enforcement.[282]

212.    Beyond Roblox's ineffective technology, and despite its executives' claims of constant monitoring, the company also employs a woefully inadequate number of human moderators to monitor safety on its platform. With only about 3,000 moderators as of the 2024 Bloomberg report—which had dropped to 1,800 as of Roblox's 2025 10-K—Roblox pales in comparison to platforms like TikTok, which, despite having only three times the number of users, employs more than ten times the number of moderators at 40,000.[283] Roblox attempts to justify this disparity by claiming "[y]ou really can't judge the quality of these moderation systems by the number of people."[284] But the reality tells a different story. Roblox's moderators, many of them

---

[280] Dorsey, *supra* note 192.

[281] *Id.*

[282] Helm, *supra* note 84.

[283] Carville & D'Anastosio, *supra* note 10.

[284] Tong, *supra* note 45.

overseas contractors, report being overwhelmed by an unmanageable volume of child safety reports, making it impossible to address all concerns effectively and leaving countless safety issues unresolved.[285]

213. Roblox outsourced these safety functions to overseas call centers at approximately $12 per day per moderator, employing approximately 0.77 moderators per 100,000 users—less than half the industry average of 1.62. Those moderators processed exploitation complaints daily. In May 2020, a hacker bribed a contractor at Roblox's primary moderation vendor, iEnergizer, to gain access to Roblox's moderation panel—an event that confirmed both the existence of outsourced moderation infrastructure and its vulnerability.

214. The safety data that Roblox touts is flawed and only underscores the growing dangers created by the company's app. For example, Roblox proudly points to its low percentage of reports to the NCMEC—the leading U.S. nonprofit organization tasked with preventing child exploitation and assisting in the recovery of missing children. Roblox claims that it accounts for less than .04% of reports made to NCMEC.[286] But this data is entirely self-reported and therefore depends on Roblox's ineffective safety team to identify issues. This self-reported data in any event confirms the disturbing trend that suspected child sexual exploitation events on Roblox have surged over the years, from 675 reports in 2019 to 13,316 reports in 2023[287] and approximately 24,522 in 2024—an average of roughly 67 reports every day, and a thirty-six-fold increase over five years.[288] Each report reflects Roblox's contemporaneous knowledge of exploitation occurring on its platform.

---

[285] Carville & D'Anastosio, *supra* note 10.

[286] Tong, *supra* note 256.

[287] National Center for Missing & Exploited Children, *2019 CyberTipline Reports by Electronic Services Providers (ESP)*, https://www.missingkids.org/content/dam/missingkids/pdfs/2019-reports-by-esp.pdf; *see also* National Center for Missing & Exploited Children, 2023 CyberTipline Reports by Electronic Services Providers (ESP), https://www.missingkids.org/content/dam/missingkids/pdfs/2023-reports-by-esp.pdf.

[288] National Center for Missing & Exploited Children, *2024 CyberTipline Reports by Electronic Service Providers*, https://www.missingkids.org/content/dam/missingkids/pdfs/cybertiplinedata2024/2024-reports-by-esp.pdf.

215.    Roblox also boasts that just "0.0063% of [its] total content was flagged for violating" policies. But Roblox itself controls the systems responsible for identifying and flagging violative content.[289] These lower percentages are thus a reflection not of safety but of Roblox's ability to minimize the appearance of problems through its own inadequate reporting and enforcement mechanisms. By hiding behind self-serving metrics and refusing to take meaningful action, Roblox has fostered an environment where children are subjected to irreparable harm while the company continues to mislead parents and users about its product's safety and to reap financial rewards.

216.    The very existence of Roblox's trust and safety "data" on inappropriate communications to train its AI systems contradicts its claim that one case is "too many" when it comes to the sexual exploitation of children.[290] This data exists only because countless instances of abuse, exploitation, and predatory interactions have already occurred. Roblox's reliance on this data to train its AI systems exposes the reality that its so-called safety measures are not designed to prevent these atrocities but to react to them after the damage has been done. Instead of creating a secure environment where such harm never occurs and ensuring that such interactions never happen in the first place, Roblox uses the suffering and trauma of children as the foundation for its trust and safety systems. This cycle underscores the company's prioritization of optics over genuine protection, leaving its youngest users at the mercy of its neglect.

217.    Roblox's own developers admit that Roblox is unsafe for children.[291] Online forum discussion posts are replete with developers writing that they would not allow their own children to use the platform, citing pervasive issues with Roblox's child safety policies. Many of these

---

[289] Vikki Blake, *Roblox Reported Over 13,000 Incidents to the National Center for Missing and Exploited Children in 2023*, GamesIndustry.biz (July 23, 2024), https://www.gamesindustry.biz/roblox-reported-over-13000-incidents-to-the-national-center-for-missing-and-exploited-children-in-2023.

[290] Tong, *supra* note 45.

[291] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.

posts highlight the platform's systemic failures and suggest straightforward changes Roblox could implement to create a safer environment but has consistently ignored—for example:

    a.    "Unfortunately, it is worse now due to Roblox's moderation being so abysmal and Roblox being a far more widespread platform. Creeps flock aplenty when before the creep: kid ratio was much much lower . . . . Roblox has no interest in actually fixing the issues so long as the bad press doesn't end up viral."[292]

    b.    "No. Roblox is not safe for children. The amount of NSFW [Not Safe For Work] I see on this platform on a daily basis is unbelievable. I'm surprised COPPA hasn't taken any action."[293]

    c.    "I believe they need to automatically rate these games for older audiences, if not, you know, removing them entirely. I could keep going on about this issue, but it's just beating a dead horse at this point."[294]

    d.    "Roblox got banned for bad moderation; Turkey banned it to 'protect children,' and they are not wrong. The amount of visits from 10 of these games is, in summary, 100 million+. I don't want to know how many of these children have seen nudity or even developed a p*rn addiction. But that is a big problem with Roblox doing almost nothing to prevent it."[295]

218.    These statements, coming from individuals familiar with Roblox's operations, reveal a product that gives predators the tools they need to target and entice children who, along with their parents, have been led to believe that the product is safe and enriching for children. Yet time and again Roblox has failed to act—even in the face of widespread and urgent warnings.

### 3. Roblox's recent safety changes are woefully inadequate.

219.    After years of mounting pressure, Roblox recently announced changes to its child safety features. These changes were prompted not by the years of police reports and or warnings in the media, but by a scathing report, the *Pedophile Hellscape* report, published by a well-known short seller accusing the platform of being a "pedophile hellscape for kids."[296] Released on October 8, 2024, the report sparked public outrage, detailing many of the issues described above that Roblox had long ignored.

---

[292] *Id.*

[293] *Id.*

[294] *Id.*

[295] *Id.*

[296] Hindenburg Research, *supra* note 51.

220. A little more than a month later, Roblox announced a series of changes, including removing the ability of users younger than 13 to message other users outside of games;[297] giving parents a separate dashboard where they can monitor a child's Roblox account, view the child's friend list, and manage screen time;[298] preventing games from using chalkboard writings where people could get around purported restrictions on unsafe content;[299] and implementing restrictions to stop under 13-year-old users from accessing new Roblox games that are awaiting maturity ratings[300]—all changes that were within Roblox's control to implement at any time.

221. These belated changes do not alter the core platform design Roblox chose and maintained for years—one that permits adult access to child-populated experiences, enables real-time communications, and relies on self-reported ages rather than meaningful verification. In fact, these changes could all have been implemented years ago. None of them involve any new or groundbreaking technology. Roblox moved forward only when mounting public scrutiny and investor concern threatened its stock price and public image.

222. These changes are in any event little more than window dressing—too little, too late, and still woefully inadequate. Most fundamentally, Roblox continues to allow adults to contact and message children. Roblox only banned user-to-user messaging for users under the age of 13 *outside of games*. Predators are still able to message children through in-game chat features controlled by Roblox's design choices and default settings; indeed, Roblox left child predators a blueprint for finding children on the application by leaving in place the features that permit them to locate children and access child-populated experiences, including by playing games they know that children will frequent.

---

[297] *Roblox Tightens Messaging Rules for Under-13 Users Amid Abuse Concerns*, Reuters (Nov. 18, 2024), https://www.reuters.com/technology/roblox-tightens-messaging-rules-under-13-users-amid-abuse-concerns-2024-11-18/.

[298] Robert Booth, *Roblox to Give Parents More Control Over Children's Activity After Warnings Over Grooming*, The Guardian, (Nov. 18, 2024), https://www.theguardian.com/technology/2024/nov/18/roblox-to-hand-parents-more-control-over-their-childrens-activity.

[299] *Id.*

[300] *Id.*

223. As a May 2026 letter from NCOSE to the FTC explained, because Roblox's communication control settings "'do not apply to chat features developed independently by developers'" in their experiences, "users under 13 are still able to chat with unknown adults in many experiences"—a key fact that it discloses "in the fine print" of its safety features page where it misleading tells parents that "'[c]ommunication controls allow you to determine who your child can chat with on Roblox.'"[301]

224. As a result, "the developer of an experience can build in-experience chat features that allow users to communicate with each other (instead of relying on the built-in Roblox chat features that now require age verification)."[302] These chat features may otherwise "appear identical to Roblox's experience chats, but have none of the guardrails" that Roblox belatedly implemented.[303]

225. Roblox also failed to address other core issues like the app's lack of age verification or verified parental consent to create an account. The restrictions described above work only if children correctly state their age during sign-up. Any child can easily bypass them, including parental controls and limits on messaging, by lying about their birthday. Roblox likewise did not commit to hiring more moderators or increasing its trust and safety budget, nor did it implement any sort of identity check to prevent registered sex offenders from making accounts or to prevent repeat bad actors from rapidly creating new accounts after enforcement actions.

226. A research firm in the U.K. demonstrated just how easy it still is for predators to find and engage children and then move the conversation to another application, such as Snapchat or Discord, despite Roblox's partial ban on direct messaging with users under the age of 13.[304] Because Roblox still allowed adult users to message children *in games*, predators could use public

---

[301] Bouffard, *supra* note 63.

[302] *Id.*

[303] *Id.*

[304] Revealing Reality, *supra* note 102.

chat functions in games to groom child users and ask for their usernames on other platforms. And Roblox's default settings for within-game chats for children under the age of 13 allow "everyone" to chat with these children, seamlessly facilitating predators' access to children.[305] The key findings from this report included that "[a]dults and children can chat with no obvious supervision" and that "[t]he safety controls that exist are limited in their effectiveness and there are still significant risks for children on the platform."[306]



*In April 2025, a research agency demonstrated how easy it was for a 42-year-old account to find a five-year-old user on Roblox and get the child to move the conversation to Snapchat.[307]*

227.    In October 2025, researchers from NCOSE and the child safety organization Fairplay found "that a newly created test account registered to a 5-year-old required no verification or parental consent and immediately gained access to dating, romance, and 'Omegle-style' voice chat experiences where the user could be connected with strangers online."[308] And, in November 2025, as Roblox was rolling out these changes, researchers at these organizations noted that a test account registered as a five-year old could still "join multiple experiences and chat with all other players."[309]

---

[305] Roblox, Parental Controls Overview, https://en.help.roblox.com/hc/en-us/articles/30428310121620-Parental-Controls-Overview (last visited July 24, 2026).

[306] Revealing Reality, *supra* note 100.

[307] *Id.*

[308] Bouffard, *supra* note 63.

[309] *Id.*



*An example of an experience—rated as "Minimal" maturity on Roblox—that NCOSE researchers reported being able to access in November 2025 with an account registered as belonging to a five-year-old.[310]*

228.    As recently as February 2026, Fairplay researchers "were able to enter multiple experiences in Roblox that allowed them to freely chat with strangers, all while using test accounts registered as under 13 and that had not gone through the age verification process or received parental permission to access those features," allowing these accounts to use chat features that were "remarkably similar to the Roblox chat features that are supposed to now require age ID or age verification and parental consent."[311] While inside such experiences, these underage test accounts were able to receive multiple requests from strangers to connect accounts, which allowed them to join 'party' chats with strangers.[312]

229.    Just as Roblox rolled out these changes, it simultaneously introduced a new "Party" feature in an effort to offset any potential loss in user engagement.[313] The Party feature allows users to form small, persistent groups and communicate through real-time voice chat while moving together across games and experiences. Unlike public in-game text chat, Parties create semi-private voice channels that reduce natural interruptions, limit visibility by parents or

---

[310] *Id.*

[311] *Id.*

[312] *Id.*

[313] Rebecca Ruiz, *Roblox's New Party Feature Makes Discord Obsolete*, Mashable (Dec. 2, 2024), https://mashable.com/article/roblox-party-discord.

moderators, and facilitate prolonged, unsupervised interactions between users. Roblox knew that users often turned to other apps like Discord to communicate while playing video games, and because Roblox knew that its safety changes would reduce key user engagement metrics, it sought to capture that traffic (and revenue) by keeping communications—and monetizable engagement—within Roblox and replace any loss of engagement by implementing the Party feature. While the Party feature is currently available only for users aged 13 or older, such limitations are hollow without robust age verification. And Roblox has stated that it is exploring making such a feature available to younger users, again demonstrating that—far from prioritizing safety—Roblox's real focus is protecting its growth.[314]

230. Roblox also engaged in a deceptive public relations campaign using ostensibly independent online safety organizations to influence the narrative around these changes. For instance, Roblox has leveraged its ties to groups like the Family Online Safety Institute ("FOSI"). An online parenting magazine favorably quoted Stephen Balkam, FOSI's CEO, as endorsing Roblox's new features as a win for child safety.[315] What the article omitted, however, is that Roblox's own Vice President of Civility and Partnerships, Tami Bhaumik, serves as FOSI's board chair—an obvious conflict of interest.[316] This calculated relationship exposes how Roblox creates the appearance of independent endorsement and manipulates public perception by using seemingly independent safety organizations as mouthpieces to shape the narrative in its favor.

---

[314] *Id.*

[315] Anna Halkidis, *What Roblox's Latest Changes Mean for Your Kids' Online Safety*, Parents (Nov. 18, 2024), https://www.parents.com/roblox-new-parental-controls-8747405.

[316] *FOSI Welcomes Roblox Vice President as New Board Chair*, FOSI (Oct. 12, 2022), https://www.fosi.org/about-press/fosi-welcomes-roblox-vice-president-as-new-board-chair.



*Stephen Balkam's LinkedIn post revealing his connection to Roblox in a post praising Roblox's changes.*[317]

231.    In April 2025, Roblox repeated this same deceptive playbook of bragging about new safety features that, in reality, are glaringly deficient. This update included three new features: first, allowing parents to block children from playing specific games; second, granting parents the power to block people on their child's friends list; and third, giving parents visibility into the games that their child spends the most time in.[318]

232.    None of these parental controls addressed the underlying deficiency with Roblox that facilitates grooming and predation on children—adult access to and communication with children. Without allowing parents to see who their child is messaging and what the messages say, parents lack the information necessary to determine which accounts to block on their child's friend list. A list of the top twenty games that a child plays provides no insight into which games

[317] Post by Stephen Balkam, LinkedIn, https://www.linkedin.com/posts/stephenbalkam_what-robloxs-latest-changes-mean-for-your-activity-7264409332950220801-WCDF (last visited July 24, 2026).

[318] Matt Kaufman, *New Tools for Parents to Personalize Their Child's Experience on Roblox*, Roblox (Apr. 2, 2025), https://corp.roblox.com/newsroom/2025/04/new-parental-controls-on-roblox.

expose children to adult users or whether predators are using in-game chat to solicit off-platform contact. Moreover, blocking specific games is ineffective when, as discussed above, inappropriate games are re-posted as soon as they are taken down. In fact, the U.K. research firm discussed above tested these measures and concluded that "notable problems persist," including "it's still remarkably easy to create an account with a false age. Adults can continue to create accounts pretending to be children."[319]

233.    And, yet again, all of these controls could have been introduced *years ago*, as none are facilitated by previously unavailable technology.

234.    Roblox's deceptive playbook would not be complete without a misleading public relations campaign, where industry-funded safety "experts" praise Roblox's safety update. For example, Roblox's press release announcing these updates quotes Larry Magid, the CEO of ConnectSafely, as saying, "Roblox has consistently provided parents with tools that enable their children to enjoy the platform, while helping protect them against online risks. These new friend- and experience-blocking tools provide parents with even more ways to help ensure their children are using it safely. Safety, fun, and adventure are not mutually exclusive."[320] What the press release did not say is that ConnectSafely—a non-profit ostensibly focused on educating people about internet safety—is funded by tech companies and lists Roblox as one of its "supporters."[321]



*ConnectSafely's list of supporters on its website.*

---

[319] Revealing Reality, *supra* note 102.

[320] Kaufman, *supra* note 318.

[321] ConnectSafely, *Supporters*, https://connectsafely.org/about-us/supporters/ (last visited July 24, 2026).

235. A few weeks later, Magid was quoted again in praise of Roblox, this time in a *Newsweek* article championing Roblox as a "trusted playground" for kids: "I would put them very high up on the list of companies that seem to care . . . They actually have a vice president of civility. It's unheard of to have somebody at that level of the company that focuses on civility. They really work very hard to make it a friendly, comfortable, civil environment for young people."[322] Again, this article made no mention of Magid's organization's financial ties to Roblox.

236. FOSI CEO Stephen Balkam was also quoted in the *Newsweek* piece, claiming that Roblox was "top-of-class" for its safety features and even repeating Roblox's own party line that safety is "part of [Roblox's] DNA."[323] Again, this article omitted FOSI's financial ties to Roblox or that Roblox's own Vice President of Civility and Partnerships, Tami Bhaumik, serves as FOSI's board chair.[324] This carefully engineered arrangement exposes how Roblox weaponizes nominally independent groups as spokespeople to push a narrative of Roblox as a "safe" application for kids.

237. In November 2025, following mounting lawsuits and regulatory pressure, Roblox announced that it would implement mandatory AI-powered facial age verification to prevent adults from communication with children. However, just days after the global rollout in January 2026, the system proved to be fundamentally flawed. The news publication WIRED reviewed hundreds of user reports documenting that the AI system routinely misidentifies ages in both directions: adults are classified as teenagers, gaining access to spaces meant for children, while minors are classified as adults, exposing them to adult users and content.[325] One 23-year-old user

---

[322] Katherine Fung, *How Roblox Became a Trusted Playground for Millions of Kids*, Newsweek (Apr. 23, 2025), https://www.newsweek.com/how-roblox-became-trusted-playground-millions-kids-2057601.

[323] *Id.*

[324] *FOSI Welcomes Roblox Vice President as New Board Chair,* FOSI (Oct. 12, 2022), https://www.fosi.org/aboutpress/fosi-welcomes-roblox-vice-president-as-new-board-chair/.

[325] David Gilbert, *Roblox's AI-Powered Age Verification Is a Complete Mess*, Wired (Jan. 13, 2026), https://www.wired.com/story/robloxs-ai-powered-age-verification-is-a-complete-mess/.

who was misidentified as 16-17 years old wrote, "I don't want to be chatting with fucking children."[326] Another user reported being 18 but classified as 13-15 years old. Parents reported that their 10-year-old children were placed in the over-18 category.[327]

238.    The facial recognition system is also trivially easy to defeat. Users posted videos demonstrating how children could trick the system using simple methods: one young boy drew wrinkles and stubble on his face with a black marker and was verified as 21+ years old.[328] Another user held up a photo of deceased Nirvana singer Kurt Cobain and gained adult verification.[329] Users shared avatars and other images that successfully fooled the system.[330] More troubling still, WIRED found multiple eBay listings advertising pre-verified Roblox accounts for minors as young as nine years old being sold for as little as $4, effectively allowing adults to purchase access to children on the platform.[331]

239.    Roblox's own acknowledgements, posted on its developer forum, demonstrate the system's failure: "We are aware of instances where parents age check on behalf of their children leading to kids being aged to 21+."[332] The company's Chief Safety Officer Matt Kaufman admitted to WIRED that the system was not perfect, stating that "You can't flip a switch while building something that hasn't existed before," and that "expecting the system to be flawless overnight is ignoring the scale of this undertaking."[333] In other words, Roblox knowingly deployed a flawed safety system on 150 million users, fully aware it would not work as promised.

240.    These age-verification measures are token gestures, adopted only after years of harm and public scrutiny and fall far short of what child safety requires. Roblox still does not

---

[326] *Id.*

[327] *Id.*

[328] *Id.*

[329] *Id.*

[330] *Id.*

[331] *Id.*

[332] Roblox Developer Forum, *Age Check to Chat Update & Fast Follow Roadmap*, https://devforum.roblox.com/t/age-check-to-chat-update-fast-follow-roadmap/4238626 (last visited July 24, 2026).

[333] Gilbert, *supra* note 325.

require any age verification at account creation, relying instead on self-reported birthdates that can be easily falsified, enabling predators to continue to misrepresent their age and access child-designated features and interactions.

### III.    FACTUAL ALLEGATIONS AS TO DISCORD

241.    Discord subjects children to sexual abuse in much the same pattern as Roblox. As detailed in the sections that follow: **(A)** Discord offers a communications app that it markets to children. **(B)** Discord lures parents into letting their kids use Discord with promises of safety. **(C)** In reality, Discord is a digital and real-life nightmare for children: **(1)** Discord promotes dangerous and illegal sexual interactions; **(2)** Discord provides a hunting ground for sexual predators; and **(3)** Roblox and Discord work in tandem to facilitate child sexual exploitation. **(D)** Discord knows that its platform causes and facilitates the sexual exploitation of children: **(1)** Discord has long had actual knowledge of its predator problem from well-publicized incidents and reports; yet **(2)** Despite knowing that its platform facilitates child sexual exploitation, Discord prioritizes growth over children's safety. As a result, **(E)** Discord materially contributes to child sexual exploitation through the defective design of its app, inadequate safety features, and refusal to implement basic safety features.

### A.    Discord Offers a Communications App that It Markets to Children.

242.    The Discord app that enables users to chat over voice, video, and text messaging. Discord is organized into chat groups called "servers," which are topic-based virtual spaces that users can join to engage in conversations with others. Servers are organized into subtopics called "channels," which are divided into text and voice channels. In text channels, users post messages, upload files, and share images. In voice channels, users communicate through voice or video chat and screen share. Users can also send private messages via voice, video, or text.

243.    Launched in 2015, Discord quickly became the top app for gamers looking to communicate while playing video games. Discord has since expanded to include a wider audience of anyone looking to connect with others about an endless array of topics. As Discord

put it, "Discord is now where the world talks, hangs out, and builds relationships," and "Discord lets anyone create a space to find belonging."[334]

244.    Although many users on Discord are adults, Discord directly markets its app to young users. For example, Discord advertises its functionality for school clubs and offers "Student Hubs," which are "dedicated places for students on Discord that make it easy to meet classmates from your own school, discover their communities on Discord, and share your servers for your fellow classmates to join."[335] Discord also markets to young users with features such as "custom emoji, stickers, soundboard effects and more to add your personality to your voice, video or text chat."[336] According to Discord, these features are designed to "make your group chats more fun."[337]



*Example of a custom emoji from Discord's website.*[338]

In recent years, Discord has exploded in popularity among young users, driven in part by the pandemic. As *The New York Times* explained: "While adults working from home flocked to Zoom, their children were downloading Discord to socialize with other young people through text and audio and video calls in groups known as servers."[339] Creating an account on Discord is extremely

---

[334] Discord, *Create Space for Everyone to Find Belonging*, https://ghostarchive.org/archive/30TU8 (last visited July 24, 2026).
[335] Discord, *Discover Your Next Favorite Campus Club in Student Hubs* (Aug. 22, 2022), https://discord.com/blog/discover-your-next-favorite-campus-club-in-student-hubs.
[336] Discord, *Group Chat That's All Fun & Games*, https://discord.com/ (last visited July 24, 2026).
[337] *Id.*
[338] Discord, *Custom Emojis* (Nov. 2025) https://support.discord.com/hc/en-us/articles/360036479811-Custom-Emojis#h_01H06JVDAV2VKZBTRGJDY8NBV7.
[339] Kellen Browning, *How Discord, Born from an Obscure Game, Became a Social Hub for Young People*, N.Y. Times (Dec. 29, 2021), https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html.

easy. Users must provide only an email address, display name, username, password, and birthdate. Users can then access Discord for free on their computers, tablets, and cellular devices.

*Discord Sign-up Screen*

245. While Discord's Terms of Service prohibit users under 13, Discord does not verify age or identity. As a result, countless Discord users are under 13, many of whom reveal their real age in their Discord bios, tell other users their real age in chats, and post pictures showing their real age. There are children as young as eight years old, if not younger, using Discord.[340]

246. Although it offers certain (insufficient) safety features, Discord, contrary to its representations, does not even default to the highest safety settings upon account creation. For example, by default, all users, including those under 18, can receive direct messages from other users in the same server, allowing them to send and receive private messages from strangers. And even when parents set more restrictive settings, no feature prevents children from simply changing those settings back to whatever they desire—in obvious deviation from industry standards.

247. Certain content on Discord is "age-restricted," meaning, in theory, that children under 18 cannot access it. When a user establishes a new server within Discord, this user (the server owner) may designate specific channels in the server as age-restricted. For years, however, Discord did not allow server owners to self-designate entire servers as age-restricted, and so

[340] Kellen Browning, *5 Ways Young People Are Using Discord*, N.Y. Times (Dec. 29, 2021), https://www.nytimes.com/2021/12/29/business/discord-users-gen-z.html.

minors could easily access servers with age-restricted content even if designated age-restricted channels in the server were blocked. Discord only recently provided server owners with the ability to self-designate entire servers as age restricted. And of course, server owners can only restrict child users who self-report an accurate age.

**B.    Discord Lures Parents Into Letting Their Kids Use Discord With Promises of Safety.**

248.    Since its inception, Discord has assured parents that its app provides a safe place for children to spend their time interacting with others. According to Discord, "in May 2015, Discord began as a way for us to all play games together, better. And Safer."[341] "We've always wanted Discord to be a place where one could safely play games with friends."[342]

249.    For years, Discord has promised that it has a "zero-tolerance policy" for anything relating to the sexual exploitation of children. For example, in Discord's July-September 2022 Transparency Report, Discord emphasized that it "has a zero-tolerance policy for anyone who endangers or sexualizes children."[343] Similarly, in a July 2023 website post titled "Discord's Commitment to Teen and Child Safety," Discord assured parents that it "has a zero-tolerance policy for inappropriate sexual conduct with children and grooming," with "special attention given to predatory behaviors such as online enticement and the sexual extortion of children."[344]

250.    Discord promises parents that its app is different from others when it comes to child safety, assuring parents that "[w]e built Discord to be different and work relentlessly to make it a fun and space for teens.[345] "Discord is built on Safety," it says, and "[s]afety is at the core of everything we do and a primary area of investment as a business."[346]

---

[341] Discord, *Discord Safety Boost* (Mar. 28, 2017), https://discord.com/blog/discord-safety-boost.
[342] *Id.*

[343] Discord, *Discord Transparency Report: July-September 2022* (Dec. 15, 2022), https://discord.com/blog/discord-transparency-report-q3-2022.
[344] Discord, *Discord's Commitment to Teen and Child Safety* (July 11, 2023), https://discord.com/safety/commitment-to-teen-child-safety.
[345] *Id.*

[346] Discord, *Discord's Commitment to a Safe and Trusted Experience* (May 12, 2022), https://discord.com/safety/360043700632-discords-commitment-to-a-safe-and-trusted-experience.

251. Discord specifically assures parents that its app is designed to keep children safe and that it defaults to safety. For instance, in a website post titled "Settling into School with Discord," Discord informs parents that "[m]any teams across Discord work together to ensure that your teen finds belonging by building products and policies with safety by default."[347] And in a website post titled "Discord's Commitment to Teen and Child Safety," Discord promises parents that "[w]e make our products safe spaces by design and default. Safety is and will remain part of Discord's core experience."[348]

252. In its 2022 "Parent's Guide to Discord," Discord likewise asserts that "Discord has default settings designed to keep minors safe, such as automatically scanning direct messages for explicit images and videos."[349] Those default settings, according to Discord, include "Teen Safety Assist," which (1) "automatically blur[s] media that may be sensitive in direct messages and group direct messages with friends, as well as in servers," and (2) sends "safety alerts" to teen users when they receive a direct message from a user for the first time."[350]

253. The insufficiency of Discord's default safety settings is underscored by its directions to parents. While Discord represents that its app is designed to default to safety, it simultaneously instructs parents on how to change the default safety settings to keep their children safe. For years, Discord has consistently assured parents that they can use the company's "tools to protect [their children] from inappropriate content or unwanted contact."[351]

---

[347] Savannah Badalich, *Settling into School with Discord*, Discord (Sept. 28, 2021), https://discord.com/safety/settling-into-school-with-discord.

[348] Discord, *Discord's Commitment to a Safe and Trusted Experience* (May 12, 2022), https://discord.com/safety/360043700632-discords-commitment-to-a-safe-and-trusted-experience; https://discord.com/safety/commitment-to-teen-child-safety.

[349] Discord, *Parent's Guide to Discord* (Mar. 2, 2022), https://web.archive.org/web/20230705210216/https:/connectsafely.org/discord/ (archived Sept. 22, 2021)).

[350] Savannah Badalich, *Building a Safer Place for Teens to Hang Out*, Discord (Oct. 24, 2023), https://discord.com/safety/safer-place-for-teens.

[351] Discord, *Helping Your Teen Stay Safe on Discord* (May 12, 2022), https://discord.com /safety/360044153831-helping-your-teen-stay-safe-on-discord; Discord, *Helping Your Teen Stay Safe on Discord*, https://web.archive.org/web/20230711200552/https://discord.com/safety/360044153831-helping-your-teen-stay-safe-on-discord (archived July 11, 2023).

---

Discord, for example, tells parents they can turn on an "explicit image filter" that will "[a]utomatically block direct messages that may contain explicit images.[352] Discord also informs parents that they can disable the direct message setting that allows anyone in a server to privately message their children. Discord also promises parents that they can change their child's "Friend request settings" to limit who can send them a friend request—i.e., "Everyone," Friend of friends," or "Server members."[353]

254.    Discord's CEO and co-founder Jason Citron recently reiterated many of these assurances (nearly verbatim) in his January 31, 2024 testimony to the U.S. Senate as part of its hearing on "Big Tech and the Online Child Sexual Exploitation Crisis." Citron began his written testimony "by stating clearly that Discord has a zero-tolerance policy for content or conduct that endangers or sexualizes children."[354] Discord, according to Citron, "has a zero-tolerance policy for inappropriate sexual conduct with children, meaning inappropriate sexual contact between adults and teens on the service, with special attention given to predatory behaviors such as online enticement and the sexual extortion of children, commonly referred to as 'sextortion."[355]

255.    He also emphasized Discord's "multi-pronged approach" to child safety, including the company's "approach to product development, whereby we implement a rigorous 'safety by design' practice when developing products."[356] As Citron elaborated, "[b]ecause safety is critical to our core mission, Discord takes a 'safety by design' approach to our work."[357]

256.    Citron also highlighted Discord's "sophisticated tools" for parents to keep their children safe, as well as the company's "features designed to keep teens safe on our platform," such as Teen Safety Assist, which flags "potentially unwanted conversations to teen users in

---

[352] Discord, *Helping Your Teen Stay Safe on Discord*, https://web.archive.org/web/20230711200552 /https://discord.com/safety/360044153831-helping-your-teen-stay-safe-on-discord (archived July 11, 2023).
[353] *Id.*

[354] Hearing Before the U.S. Senate Committee on the Judiciary, 118th Cong., *Big Tech and the Online Child Exploitation Crisis* (2024) (testimony of Jason Citron, CEO and Co-Founder of Discord Inc.), https://www.judiciary.senate.gov/imo/media/doc/2024-01-31_-_testimony_-_citron.pdf.
[355] *Id.*
[356] *Id.*
[357] *Id.*

Discord" and "automatically blur[s] potentially sensitive media to teens in DMs, GMs, and in servers."[358]

### C. In Reality, Discord is a Digital and Real-Life Nightmare for Children.

257. Although Discord assures parents that it has zero tolerance for conduct on its app that endangers children and that its app is built on safety, the company, in fact, has knowingly created and maintains a product that facilitates the rampant sexual exploitation of children. The result has been devastating, with countless children suffering irreversible harm.

#### 1. Discord hosts and promotes dangerous and illegal sexual content.

258. Discord is overflowing with sexually explicit images and videos involving children, including anime and child sex abuse material ("CSAM")—i.e., child pornography. Discord provides access to these materials not only to adults but also to child users, creating an ecosystem that exposes children to this unlawful content and facilitates pedophilia and child abuse.

259. Discord, like Roblox, is not liable simply for failing to monitor particular content. But these examples demonstrate how Discord, in tandem with Roblox, makes children susceptible to grooming, enables predators to manipulate their victims, and thus causes and facilitates child sexual exploitation. Moreover, in Discord's case, users can exchange images and videos, including CSAM—material that itself involves child abuse.

260. The content of this material is beyond disturbing. For example, though Discord assures users of its safety and even claims to police its own servers, numerous Discord servers are dedicated to anime images of children being brutally assaulted and raped by male adults.

---

[358] *Id.*



*Examples of images obtained on Discord servers by the
National Center on Sexual Exploitation.*[359]

261.    Discord is also rife with actual child pornography, or CSAM, supporting hundreds if not thousands of servers dedicated to trading and sharing CSAM. For example, in a June 2023 article, NBC News reported that, "[i]n a review of publicly listed Discord servers created in the last month," it "identified 242 that appeared to market sexually explicit content of minors, using thinly veiled terms like 'CP' that refer to child sexual abuse material."[360]

262.    Predators themselves have identified Discord as a go-to app for finding and sharing CSAM. In February 2024, a nonprofit called Protect Children released a report, "Tech Platforms Used by Online Child Sexual Abuse Offenders," which contained survey data from anonymous individuals searching for CSAM on the dark web. That survey revealed that Discord is one of their "top platforms" for searching for, viewing, or sharing CSAM.[361] Based on the results

[359] National Center on Sexual Exploitation, Compilation of Proof, https://endsexualexploitation.org/wp-content/uploads/July-23_Proof-Section-Compilation_ 2023DDL_Discord.pdf.
[360] Ben Goggin, *Child Predators Are Using Discord, a Popular App Among Teens, for Sextortion and Abductions*, NBC News (July 21, 2023), https://www.nbcnews.com/tech/social-media/discord-child-safety-social-platform-challenges-rcna89769.
[361] Protect Children, *Tech Platforms Used By Online Child Sexual Abuse Offenders* (Feb. 15, 2024), https://bd9606b6-40f8-4128-b03a-9282bdcfff0f.usrfiles.com/ugd/bd9606_0d8ae7365a8f4bfc977d8e7aeb2a1e1a.pdf.

of this survey, the report found an "unmistakable overlap" between "the platforms most used for viewing and sharing CSAM and the platforms most popular among children and young people."[362]

263.    Discord has long been aware, including through numerous well-documented and publicized cases, that its product's design enables and facilitates the proliferation of CSAM and similar material. In some of these cases, Discord itself reported the material to the NCMEC, which then reported the material to the authorities.

264.    From its beginning, Discord has been at the center of numerous criminal cases involving CSAM. The following are just a few illustrative examples.

265.    According to court documents from a federal case involving a vast CSAM enterprise and conspiracy, between 2016 and 2018, ten men "utilized chatrooms" on Discord "to produce and exchange child pornography."[363] They pled guilty and were sentenced to long prison terms. Court documents in another case show that, between 2019 and 2020, a North Carolina man was able to use Discord to trade CSAM.[364] He pled guilty and was sentenced to 240 months in federal prison.

266.    Similar incidents occurred throughout 2021 and 2022. In 2021, for example, federal authorities arrested an Idaho man after locating numerous files of CSAM that he had uploaded to his Discord account.[365] And in 2022, a Louisiana man pled guilty to possessing CSAM, admitting that "he created a Discord account," that "other Discord users would share CSAM on the website," and that he would "upload the saved CSAM from his phone to other Discord users."[366] Several

---

[362] *Id.*

[363] U.S. Dep't of Justice, *Ten Men Sentenced to Prison for Their Roles in a Child Exploitation Enterprise and Conspiracy* (Oct. 1, 2020), https://www.justice.gov/opa/pr/ten-men-sentenced-prison-their-roles-child-exploitation-enterprise-and-conspiracy.

[364] U.S. Dep't of Justice, *Discord User Who "Catfished" Young Victims Is Sentenced to 21 Years in Prison for Production of Child Pornography* (June 4, 2024), https://www.justice.gov/usao-wdnc/pr/discord-user-who-catfished-young-victims-sentenced-21-years-prison-production-child.

[365] U.S. Dep't of Justice, *Nampa Man Sentenced to 6 Years in Federal Prison Possessing Child Pornography* (Dec. 12, 2023), https://www.justice.gov/usao-id/pr/nampa-man-sentenced-6-years-federal-prison-possessing-child-pornography.

[366] U.S. Dep't of Justice, *Registered Sex Offender Pleads Guilty to Possession of Child Sex Abuse Material* (May 10, 2022), https://www.justice.gov/usao-edla/pr/registered-sex-offender-pleads-guilty-possession-child-sexual-abuse-material.

months later, a New York man was arrested for uploading and distributing CSAM using Discord.[367] And two months later, a University of Florida quarterback was arrested and accused of sharing CSAM on Discord.[368] When the man spoke with the police after his arrest, he admitted that he had been on Discord servers that "discuss, solicit, and distribute child sexual abuse material."[369]

267.    2023 saw more of the same. For example, at the start of the year, a New York man was arrested and charged with creating and sharing CSAM through Discord after a police investigation revealed that he had allegedly instructed a 13-year-old boy to provide images and videos of himself committing sex acts on a 4-year-old girl.[370] The next month, a Vancouver man was found guilty of numerous charges, including distributing and possessing CSAM, based largely on communications and videos the man shared on Discord showing the sexual assault of an infant by an adult man.[371]

268.    These incidents continued throughout 2024. In February, for example, a New Jersey man was arrested after an investigation revealed that he had uploaded to Discord a file depicting the sexual exploitation or abuse of minors.[372] At the time, the man was employed at a school serving students as young as five years old. Later that year, a former Indiana firefighter was arrested after police learned he was trading CSAM on Discord.[373]

---

[367] News 12 Staff, *Prosecutor: Phillipsburg Man Distributed Child Pornography Through Discord*, News12 The Bronx (Sept. 28, 2022), https://bronx.news12.com/prosecutor-phillipsburg-man-distributed-child-pornography-through-discord.

[368] Tim Stelloh & Antonio Planas, *University of Florida Quarterback Arrested and Accused of Sharing Child Sexual Abuse Images on Discord*, NBC News (Nov. 30, 2022), https://www.nbcnews.com/news/us-news/university-florida-quarterback-arrested-allegedly-sharing-child-sexual-rcna59513.

[369] *Id.*

[370] *West New York Man Charged with Child Abuse Material*, Hudson Reporter (Jan. 19, 2023), https://hudsonreporter.com/news/west-new-york/west-new-york-man-charged-with-child-abuse-material/.

[371] Fox 12 Staff, *Washougal Man Gets 108 Years for Child Rape, Creating Child Sex Assault Materials*, Fox 12 Oregon (Mar. 24, 2023), https://www.kptv.com/2023/03/25/washougal-man-gets-108-years-child-rape-creating-child-sex-assault-materials/.

[372] Morris County Prosecutor's Office, *Jefferson Resident Arrested for Child Pornography* (Feb. 16, 2024), https://www.morriscountynj.gov/Departments/Prosecutor/Prosecutor-Press-Releases/Jefferson-Resident-Arrested-for-Child-Pornography.

[373] Joe Schroeder, *Docs: Ex-Indiana Firefighter Traded Porn on Discord, Dated a 17-year-old*, Fox 59 (Sept. 4, 2024), https://fox59.com/news/indycrime/docs-ex-indiana-firefighter-traded-child-porn-on-discord-dated-a-17-year-old.

## 2.     Discord provides a hunting ground for sexual predators.

269.     Discord also helps predators find children in real life. For predators seeking to groom, traffic, and sexually abuse minors, Discord's design provides unfettered access to children through public servers, direct messages, and video/voice chat channels.

270.     Discord hosts numerous servers that openly operate as spaces where children are sexually exploited by predators. In its June 2023 article on Discord, for example, NBC News reported that it found numerous servers involving adults pretending to be teens to entice children into sharing nude images. The article also described several servers that explicitly solicited minors to join "not safe for work" communities, including one server that promoted itself on the public server database as "a community for people between the ages of 13-17. We trade nudes, we do events. Join us for the best Teen-NSFW experience <3."[374] Another server claimed to accept "little girls 5-17 only" and had chat channels with titles such as "begging-to-have-sex-chat" and "sexting-chat-with-the- server-owner."[375] Still another server directly solicited nude images from minors to gain access: "YOU NEED TO SEND A VERIFICATION PHOTO TO THE OWNER. IT HAS TO BE NUDE."[376]

271.     Other Discord servers are only slightly less obvious. For example, a server called "Family Hideout" centered on an adult man who called himself "Dad" and built a "family" of children online, encouraging them to "come home every day and hang out with me and the rest of the family. You can talk to dad about anything! I will do my best to help you!"[377] In this server, which was labeled "Friendly," "Family," and "All-Ages," the man groomed children and encouraged them to take and share nude images.

272.     Other servers are more discreet yet are still widely known as places where children are groomed. For instance, as reported by the National Center on Sexual Exploitation (NCOSE), a server called "FurWaterSportsAndYiff" was described as "Full of minors, groom hub" by one

---

[374] Goggin, *supra* note 360.
[375] *Id.*
[376] *Id.*
[377] National Center on Sexual Exploitation, *supra* note 71.

disgusted reviewer of the server. According to the reviewer, this server was filled with minors and adults and was "[p]retty much pedophilia at its best."[378]

273.    Discord has long known, once again through numerous well-documented and publicized cases, that its app enables and facilitates the grooming, trafficking, and sexual abuse of minors. For example, in its June 2023 article, NBC News reviewed publicly available information since Discord was founded and identified 35 cases in the previous six years in which adults were prosecuted on charges of kidnapping, grooming, or sexual assault that involved communications on Discord.[379] And these cases reflect only those that were reported, investigated, and prosecuted during that time. As a child-safety advocate explained: "What we see is only the tip of the iceberg."[380]

274.    Over the years, countless criminal cases have further exposed the critical role that Discord plays in enabling and facilitating grooming and other predatory conduct. In 2022, for instance, an Indiana man pled guilty to sexual exploitation of a minor and possession of CSAM after the FBI discovered that he had engaged in sexually explicit conversations with an 11-year-old girl on Discord and coerced the girl into sending sexually explicit images of herself.[381] The girl later told police that she communicated with the man via chats, video calls, and voice calls on Discord. Later that year, an Oregon man was federally charged with child exploitation crimes following an investigation that found he had "pretended to be an Oregon teenager to convince the child to engage in sexually explicit acts during a video chat on Discord."[382]

275.    Similar cases were brought throughout 2023 and 2024. In March 2023, for example, a middle-school science teacher was charged after he allegedly had a sexually explicit

---

[378] *Id.*
[379] Goggin, *supra* note 360.
[380] *Id.*
[381] Phyllis Cha, *Marion County Corrections Employee Fired, Arrested Over Sexually Explicit Images to Girl*, IndyStar (Sept. 7, 2022), https://www.indystar.com/story/news/crime/2022/09/07/corrections-officer-marion-county-employee-sexually-explicit-messages-to-child/65781240007/.
[382] U.S. Dep't of Justice, *Oregon Man Charged with Sexually Exploiting Minor on Discord, Additional Victims Sought* (Oct. 3, 2022), https://www.justice.gov/usao-or/pr/oregon-man-charged-sexually-exploiting-minor-discord-additional-victims-sought.

conversation with a 14-year-old girl and shared CSAM with her—all on Discord, from the school where he was employed.[383] And in 2024, a South Carolina man was sentenced to 20 years in federal prison after he pled guilty to numerous crimes he committed against children on Discord, including coercing minor girls into performing livestream sexual acts for him in a Discord call that he recorded.[384] The man also made repeated threats to the girls and their families, and one of the girls attempted suicide because of this abuse.

276.    In 2025, a teacher was arrested after he used Roblox and Discord to entice minors into sending him sexually explicit pictures and videos. Through Discord's platform, the perpetrator had received videos depicting sexual abuse of children as young as six years old. He also used his Discord account to have "numerous conversations" with children younger than twelve and solicit explicit material from them. During his interrogation, the man admitted to receiving CSAM on Discord since at least 2021.[385]

277.    Cases like these continue today. In February of 2026, an Oregon man was arrested and charged for grooming a child in Chesterfield County, South Carolina. He posed as a teenager and used Roblox gift cards to connect with the child, and moved their conversation to Discord to solicit explicit images from her.[386]

278.    Discord has also been at the center of numerous cases involving the kidnapping and sexual assault of minors. For example, in 2021, a Virginia man was arrested and charged

[383] Dan Alexander, *NJ Teacher Charged After "Sexually Explicit Conversation" with Teen*, New Jersey 101.5 (Mar. 3, 2023), https://nj1015.com/nj-teacher-charged-after-sexually-explicit-conversation-with-teen/.

[384] Alan Hovorka, *Lowcountry US Army Member Who Groomed Girls, Recorded Child Porn on Discord Sentenced to Prison*, Post & Courier (Aug. 3, 2024), https://www.postandcourier.com/news/evan-bucci-child-porn-discord-grooming/article_09cf85ce-50dc-11ef-84b2-7b7358023542.html.

[385] Desiree Anello, *Florida Private School Teacher Allegedly Used Discord and Roblox to Entice Kids to Send Him Sexually Explicit Material*. People (April 25, 2026), https://people.com/florida-teacher-allegedly-used-discord-roblox-to-sexually-entice-children-11958790.

[386] Diamond Carroll, *Registered sex offender charged after grooming Chesterfield County child on Discord,* WCNC (Feb. 21, 2026), https://www.wcnc.com/article/news/crime/registered-sex-offender-charged-grooming-chesterfield-county-child-discord/275-e5eacaf4-b4e2-4370-b57b-fa3384f778d4.

with sexually exploiting and kidnapping a 12-year-old girl from her home in California.[387] The man had met and groomed the girl on Discord, flew to California and picked her up at her house at 2:30 a.m., and was arrested at the Denver airport during a layover.

279.    Similarly, in February 2023, a Michigan man was arrested and charged with kidnapping a 14-year-old Washington girl whom he had met and groomed on Discord.[388] The next month, a North Carolina man was arrested and charged with rape, child abduction, and human trafficking after police rescued a 13-year-old from a locked shed behind his house.[389] The man had communicated with the child for months on Discord before abducting her from her home in Dallas.

280.    2024 brought more of the same. In February, a Texas man was charged with human trafficking and sexual assault of a 16-year-old girl whom he met and communicated with on Discord.[390] The girl told police that the man picked her up in Kansas and brought her to his apartment in Texas, where they had sex multiple times. A few months later, a North Carolina man was charged with kidnapping and raping a 12-year-old girl he had met on Discord.[391] Around the same time, a Pennsylvania man was arrested and charged with multiple offenses, including rape of a child and indecent assault of a person less than 13 years of age, after having sexual communications with and making plans to meet a 12-year-old boy over Discord.[392]

---

[387] Dan Morse, *With Children Stuck at Home During Coronavirus Shutdowns, Online Sexual Predators Can Swoop In*, Wash. Post (Feb. 12, 2023), https://www.washingtonpost.com/local/public-safety/coronavirus-lockdown-child-exploitation/2021/02/04/90add6a6-462a-11eb-a277-49a6d1f9dff1_story.html.

[388] Ruth Bashinsky, *Washington State Girl, 14, Who Went Missing with "Man She met on Discord" Near Notorious Sex Trafficking Corridor FOUND: Michigan Man Arrested over Kidnapping*, Daily Mail (Feb. 1, 2024), https://www.dailymail.com/news/article-13034633/washington-state-girl-missing-discord-sex-trafficking-michigan.html.

[389] Peter Charalambous & Alexandra Faul, *Missing 13-year-old Rescued from Locked North Carolina Shed*, ABC News (Mar. 14, 2023, https://abcnews.go.com/US/missing-13-year-rescued-locked-north-carolina-shed/story?id=97830147.

[390] Britany Eubank, *Man and His Mother Charged After Missing Kansas Teen Found Safe in Central Texas*, KVUEabc (Feb. 8, 2024), https://www.kvue.com/article/news/crime/austin-human-trafficking-sexual-assault-missing-kansas-teen/269-361c25e3-12a8-4ec4-8779-0f962c12e8d1.

[391] Chelsea Donovan, *"Under 13 Is Under 13": Judge Responds to Attorney's Claim That Man Charged with Kidnapping & Rape Believed 12-year-old Girl Was College Student*, WRAL News (Apr. 16, 2024), https://www.wral.com/story/under-13-is-under-13-judge-responds-to-attorney-s-claims-that-man-charged-with-kidnapping-rape-believed-12-year-old-girl-was-col/21381250/.

[392] Keith Heffintrayer, Four Men Arrested Following Investigation into Sexual Abuse of 12-yearold Boy in Upper Gwynedd, NorthPennNow (Apr. 15, 2024),

---

281.    Despite Discord's repeated assurances to parents that it has a "zero tolerance" policy for the criminal acts described above and that its product is built on safety, the rampant sexual exploitation of children on Discord has gotten worse over the years—not better. John Shehan, the Senior Vice President of the NCMEC, emphasized that his organization has seen "explosive growth" in CSAM and exploitation on Discord.[393] "There is a child exploitation issue on the platform. That's undeniable," he stated.

282.    Indeed, for four consecutive years, the National Center on Sexual Exploitation (NCOSE) has named Discord to its "Dirty Dozen" list (which also includes Roblox, as discussed above). As NCOSE put it, "Discord enables exploiters to easily contact and groom children," and predators "take advantage of Discord's dangerous designs to entice children into sending sexually explicit images of themselves."[394]

283.    These are the well-documents findings of leading organizations for protecting children from sexual exploitation. NCMEC is a non-profit, established by Congress, to which companies like Roblox and Discord are required to report child sex abuse.

284.    Discord itself confirms that this criminal conduct that it enables has only become more pervasive. Discord, for example, revealed that, in the fourth quarter of 2023 alone, it received 416,036 reports from users regarding "Child Safety" issues, which includes CSAM.[395] By the next quarter, that number had grown to 1,035,166—a roughly 150% increase.[396]

---

https://northpennnow.com/news/2024/apr/15/four-men-arrested-following-investigation-intosexual-abuse-of-12-year-old-boy-in-upper-gwynedd-police-say/.

[393] Goggin, *supra* note 360.

[394] National Center on Sexual Exploitation, *supra* note 71.

[395] Discord, *Discord Transparency Report: January-March 2023* (July 13, 2023), https://cdn.prod.website-files.com/625fe439fb70a9d901e138ab/64b16dade9ba30617e30a40a_Q1%2023%20%7C%20Discord%20Transparency%20Report_%20JANUARY%20-%20MARCH%202023.pdf.

[396] Discord, *Discord Transparency Report: January-June 2024*, https://cdn.prod.website-files.com/625fe439fb70a9d901e138ab/67056a054d453d30491c1ac9_Discord%20Jan_Jun%202024%20Transparency%20Report.pdf.

### 3. Roblox and Discord work in tandem to facilitate child sexual exploitation.

285. Roblox and Discord together serve as preferred apps for predators seeking to identify and then sexually exploit children. As explained above, the tried-and-true playbook these predators follow is to use Roblox to identify child users, misrepresent their age on Roblox to these vulnerable children and pretend to be a fellow child, befriend and groom these children, and then manipulate the children to move the conversation off Roblox to Discord, where they coerce the children into sending sexually explicit images or into meeting in person so they can sexually abuse them.

286. Roblox and Discord designed their apps to work together seamlessly, and they each profit from the other in a mutually beneficial way. Roblox encourages users to communicate on Discord by allowing links to Discord servers and channels to be displayed on game or group pages and by permitting users to include their Discord usernames in their Roblox profiles. Discord, for its part, enables users to link their Roblox accounts to their Discord accounts.[397] Their "activity status" on Discord then shows other users—including friends, other members of any shared servers, and potentially predators—when they are playing Roblox and what game they are playing. Discord users can also send each other codes for Robux gift cards to redeem on Roblox.

287. Through numerous media reports and well publicized criminal cases, Roblox and Discord have long known that their apps jointly enable predators to systematically harm children. For example, in 2019, a Florida man was arrested after law enforcement learned that he was using Roblox and Discord to target children.[398] According to authorities, the man targeted children between ages 10 and 12 on Roblox and then coerced them on Discord into sending sexually explicit images of themselves in exchange for Robux.

---

[397] Discord, *How to Connect your Roblox Account to Discord*, https://support.discord.com/hc/en-us/articles/32137739104663-How-to-Connect-your-Roblox-Account-to-Discord (last visited July 24, 2026).
[398] Chesnes, *supra* note 109.

288. Similarly, in January 2022, a Florida man was arrested following a lengthy investigation that revealed that he posed as a teen girl on Roblox to meet a 13-year-old boy and then convinced to boy to send him sexually explicit images on Discord in exchange for Robux.[399] Later that year, an Arizona man was arrested for kidnapping a 13-year-old boy he met on Roblox.[400] According to police, the man sent sexual messages to the boy on Roblox and then invited him to join a Discord chat, where the man arranged to pick the boy up from his house.

289. These real-life nightmares have continued to occur repeatedly since then. In November 2024, for example, the FBI arrested a Michigan man and charged him with numerous crimes related to his sexual exploitation of possibly over 100 children.[401] The man told law enforcement that "he used Roblox to talk to others sexually, some of whom he allegedly knew were children," and then transitioned the conversations to Discord and coerced the children into sending nude images.[402]

290. And in January of 2025, a Louisiana man was arrested and federally charged for sexually exploiting a teenage girl through Roblox and Discord.[403] According to arrest records, the man "began communicating with her on Roblox, before transitioning her to Discord," where he coerced her into sending sexually explicit images of herself.[404]

---

[399] Irene Wright, *Man Blackmailed Teen Boy as He Posed as Girl on Roblox and Discord, Florida Cops Say*, Miami Herald (Aug. 11, 2023), https://www.miamiherald.com/news/state/florida/article278172607.html.
[400] Jerry Lambe, *Arizona Man Allegedly Kidnapped a Buy He Lured from Discord. Police Say They Rescued the Victim Thanks to an "Alert Gas Station Attendant*," Law & Crime (Dec. 29, 2022), https://lawandcrime.com/crime/arizona-man-allegedly-kidnapped-a-boy-he-lured-from-discord-police-say-they-rescued-the-victim-thanks-to-an-alert-gas-station-attendant/.
[401] Samantha Sayles, *Monroe County Man Uses Roblox, Discord, Snapchat to Sexually Assault Children*, ClickOnDetroit (Nov. 15, 2024), https://www.clickondetroit.com/news/local/2024/11/15/monroe-county-man-uses-roblox-discord-snapchat-to-sexually-exploit-children/.
[402] *Id.*
[403] WAFB Staff, *Man Accused of Internet Sex Crimes Allegedly Met Victims on Roblox, Discord*, WAFB (Jan. 31, 2025), https://www.wafb.com/2025/01/31/man-accused-internet-child-sex-crimes-allegedly-met-victims-roblox-discord/.
[404] *Id.*

**D.    Discord Knows that Its Platform Causes and Facilitates the Sexual Exploitation of Children.**

291.    Like Roblox, Discord is overrun with harmful content and predators because the company prioritizes growth, revenue, and eventual profits over child safety. For years, Discord has knowingly prioritized these numbers over the safety of children through the actions it has taken and decisions it has made to increase and monetize users regardless of the consequences.

**1.    Discord has long had actual knowledge of its predator problem from well-publicized incidents and reports.**

292.    The incidents and reports discussed above—including incidents reported by Discord itself—show that Discord's executives have had long-standing, actual knowledge that children were being exploited on the platform through specific design choices Discord made.

293.    Following a lengthy investigation, the New Jersey Attorney General filed suit against Discord on April 17, 2025.[405] The New Jersey complaint documents the most direct evidence of institutional knowledge in the entire case: Discord's own commissioned Research Consultant.

294.    Discord hired an outside researcher to study the safety of its product. That researcher delivered findings to Discord's executives. The specific contents of the report remain partially sealed, but New Jersey's complaint documents the unredacted conclusions with precision. The complaint states that "Discord's Research Consultant reported to Discord" about underage users and the failures of Discord's age verification systems.[406] It documents what Discord did with that information: Discord "actively chose not to bolster its age verification process for years and has allowed children under the age of thirteen to operate freely on the app, despite their vulnerability to sexual predators."[407] Discord "repeatedly violated its own policies by

---

[405] *Platkin v. Discord Inc.*, No. ESX-C-000084-25 (N.J. Super. Ct. Ch. Div. Apr. 17, 2025).

[406] *Id.* ¶ 64.

[407] *Id.* ¶¶ 66-68.

3549067.6                                          -106-                          ARBITRATION BELLWETHER COMMON PLEADING
                                                                                          CASE NO. 3:23-MD-03166

Case 3:25-md-03166-RS    Document 395    Filed 07/28/26    Page 110 of 121

allowing the underage accounts to remain active."[408] The complaint states that Discord "continued to tout its supposed commitment to safety without adopting the proposed changes."[409] In short, Discord commissioned the study, received the findings, rejected the recommendations, and continued making the same false assurances to parents.

295.    The New Jersey complaint also documents Discord's false statements over six years, from March 28, 2017, until April 22, 2023, representing to parents that its "Keep Me Safe" setting—the highest purported safety setting within Discord's Safe Direct Messaging feature— would "automatically scan and delete direct messages that contain explicit media content."[410] That was false. The default setting for most of that period was the intermediate "My friends are nice" setting, which did not scan any messages from users on the recipient's friends list. And no version of the Safe Direct Messaging feature ever scanned text messages.[411] Discord changed the defaults only on April 22, 2023—as the complaint notes, "almost a year after Discord became aware of the Plaintiffs' [i.e., New Jersey's] investigation." Even then, when it finally acted, Discord deliberately chose the weaker of the two available default options, declining to use the most protective setting as the default.[412]

296.    The New Jersey complaint also documented Discord's role in the Roblox-to-Discord grooming and abuse pipeline through a specific adjudicated criminal case. A predator named Penczak impersonated a teenage girl on Roblox and interacted with a New Jersey boy between September 2020 and February 2021. Penczak then migrated the exploitation to Discord, where he used sextortion to coerce sexually explicit videos from the victim.[413] The New Jersey complaint also documented four additional New Jersey criminal prosecutions establishing Discord-facilitated child exploitation: Quinn T. Dickson, 22, of Mahwah, arrested in November

---

[408] *Id.* ¶ 68.
[409] *Id.* ¶ 75.
[410] *Id.* ¶ 48.
[411] *Id.* ¶ 28-33.
[412] *Id.* ¶ 89.
[413] *Id.* ¶ 83.

3549067.6                                     -107-                    ARBITRATION BELLWETHER COMMON PLEADING
CASE NO. 3:23-MD-03166

2021 for using Discord to contact children under 13 and instructing them to produce and send sexually explicit images; Barton Cross-Tierney II, 31, of Ocean Township, sentenced in February 2022 for committing sexual acts while video-chatting with children on Discord; Michael Lovell-Agnelli, 47, of Phillipsburg, arrested in September 2022 for uploading and distributing child sexual abuse material on Discord; and Eric Schau, 32, a Hoboken teacher, arrested in March 2023 for sending explicit images to a 14-year-old student through Discord.[414] Each of these prosecutions delivered formal law enforcement notice to Discord that its platform was being used to exploit children.

297.    The New Jersey complaint also documented that the same FBI-designated 764 terrorist network that operated on Roblox also operated on Discord. The complaint recounts that Richard Densmore, a 764 network member, "created communities on Discord where he coerced children to engage in graphic sexual acts and self-mutilation." Densmore was sentenced to thirty years in federal prison[415]

298.    In November 2023, four months before New Jersey filed its suit, the U.S. Senate issued a subpoena for Discord's CEO, Jason Citron, to testify before its hearing on "Big Tech and the Online Child Sexual Exploitation Crisis." Citron eventually testified that Discord has "a zero-tolerance policy for inappropriate sexual conduct with children."[416] New Jersey's subsequent suit documents that those representations were false. Discord did not implement global teen-by-default safety settings (i.e., automatically default to safer settings) until February 9, 2026—after the New Jersey complaint was filed.[417]

---

[414] *Id.* ¶ 82.

[415] *Id.* ¶ 87.

[416] U.S. Senate Committee on the Judiciary Hearing, *supra* note 354.

[417] *Platkin*, No. ESX-C-000084-25.

**2.    Despite knowing that its platform facilitates child sexual exploitation, Discord prioritizes growth over children's safety.**

299.    Although Discord began as a communications app for gamers, its co-founders Jason Citron and Stanislav Vishnevskiy soon realized that Discord appealed to a much broader audience and sought to expand its user base. "We saw an opportunity to make communications easier for everyone, not just gamers," Citron explained.[418] So the company changed its motto from "Chat for gamers" to "A new way to chat with your communities and friends" and became hyper-focused on transforming the app into a universal communication product.[419]

300.    Discord has since grown exponentially. In 2019, the company had 56 million monthly active users.[420] But with Discord's shift away from gaming in 2020, combined with its pandemic-driven explosion in popularity among young users, the company grew its monthly active users to 150 million by 2022.[421] Today, Discord boasts over 200 million monthly active users.[422]

301.    As Discord has grown, private investors have poured money into the company. In June 2020, Discord raised $100 million at a $3.4 billion dollar valuation.[423] Just five months later, the company raised another $100 million at more than double the valuation ($6.90 billion).[424] In early 2021, Discord rebuffed an acquisition offer from Microsoft of at least $10 billion.[425] Later that year, it raised another $500 million at a staggering valuation of $14.5 billion.[426] While Discord

---

[418] Nathan Latka, *Discord's $879M Revenue: 25 Moves to $25B Valuation*, LATKA-B2B Saas Blog (Jan. 15, 2025), https://blog.getlatka.com/discord-revenue/.
[419] Browning, *supra* note 339.
[420] HelpLama, *Discord Revenue and Usage Statistics 2025*, https://helplama.com/discord-statistics/.
[421] *Id.*
[422] *Discord CEO Jason Citron Makes the Case for a Smaller, More Private Internet*, The Verge (Apr. 22, 2024), https://www.theverge.com/24134914/discord-ceo-gaming-chat-teens-safety-moderation-decoder-interview.
[423] Equitybee, *Discord Funding History*, https://equitybee.com/companies/company?company=discord (last visited July 24, 2026).
[424] *Id.*
[425] Sarah E. Needleman and Cara Lombardo, *Discord Ends Deal Talks with Microsoft*, Wall. St. J. (Apr. 20, 2021), https://www.wsj.com/articles/discord-ends-deal-talks-with-microsoft-11618938806.
[426] *Id.*

has remained privately held so far, the company confidentially filed for a U.S. IPO in January 2026.[427]

302.    A primary reason for investors' interest in Discord is the product's user growth, putting enormous pressure on the company to prioritize growing its users above all else. Growing its users is critical to the company's revenue and future profitability. Discord generates most of its revenue from its subscription service called Nitro, which provides users with benefits such as custom emojis, unlimited "super reactions," and HD video streaming. As the company expanded its user base, its revenue skyrocketed from $150 million in 2020 to $600 million in 2024.[428] And while for years Discord shunned advertising on its app, the company recently started selling advertisements to boost revenue by capitalizing on its massive and growing user base.[429]

303.    Discord's growth strategy has focused on an approach that prioritizes apparent user preferences over child safety. As Discord CEO and co-founder Jason Citron put it: "We focus on what our users love, and that drives everything we do."[430] In practice, that has meant that Discord deprioritizes protecting children in order to attract as many users to its app as possible. For example, Discord continues to allow people to chat using fake names and does not require individuals to enter their real names when registering for an account, keeping the platform frictionless to use and ensuring that predators will continue to flock to Discord because they can remain anonymous.

304.    Discord's prioritization of user preferences even shows up in its implementation of safety features, including one it recently added to supposedly allow parents to monitor their children's Discord use. In 2023, Discord created its "Family Center for Parents and

---

[427] Jake Safane, *Discord Upcoming IPO: Gaming up a public market debut*, Forge (July 8, 2026), https://forgeglobal.com/insights/discord-upcoming-ipo-news/.

[428] Salvatore Rodriguez & Sarah E. Needleman, *Discord to Start Showing Ads for Gamers to Boost Revenue*, Wall St. J. (Mar. 30, 2024), https://www.wsj.com/tech/discord-to-start-showing-ads-for-gamers-to-boost-revenue-bf5848b9.

[429] Equitybee, *supra* note 423.

[430] Latka, *supra* note 418.

Guardians," but made it a "completely opt-in feature" that is "not mandatory for teens."[431] While this feature permits parents to monitor some of their children's activity on Discord, it prohibits parents from accessing the most important information on their accounts—the contents of their messages. As Discord tells children: "We value your privacy which is why connected accounts will not have access to the contents of your messages."[432] Discord also assures children that, with Family Center, "you have control over whether or not you use this feature, how long you want to use it for, and who you connect your account to."[433] By putting children in charge of this parental feature, Discord seeks to preserve growth of this key demographic.

305.    In pursuit of growth, Discord has also chosen not to implement easy design functions that would protect children but stunt user growth, such as age verification to ensure that children under 13 cannot create accounts and that adults cannot misrepresent their age to children.

306.    Discord has also fought attempts to be held publicly accountable for the sexual exploitation of children that its app enables. In November 2023, Discord's CEO and co-founder Jason Citron refused to accept service of a subpoena to testify before the U.S. Senate as part of its hearing on "Big Tech and the Online Child Sexual Exploitation Crisis."[434] Citron appeared at the hearing only after the Senate was forced to enlist the U.S. Marshals Service to personally subpoena him—a situation the Senate called "a remarkable departure from typical practice."[435]

307.    The NCMEC, which internet companies are by law required to report instances of child sex abuse to, also reported issues working with Discord and had to rescind an invitation to become part of its Cybertipline Roundtable when the company failed to "identify a senior

---

[431] Discord, *What Is Family Center?*, https://support.discord.com/hc/en-us/articles/14155039712407-What-is-Family-Center#:~:text=We%20value%20your%20privacy%20which,names%2C%20server%20icons%2C%20and%20member (last visited July 24, 2026).
[432] *Id.*
[433] *Id.*
[434] *Senate Panel Forced to Use U.S. Marshals to Subpoena CEOs of X and Discord to Testify on Protecting Kids Online*, CBS News (Nov. 21, 2023), https://www.cbsnews.com/news/senate-panel-us-marshals-subpoenas-ceos-x-discord/.
[435] *Id.*

child safety representative to attend."[436] "It was really questionable, their commitment to what they're doing on the child exploitation front," stated John Shehan, the Senior Vice President of the National Center for Missing and Exploited Children.[437]

**E.      Discord Materially Contributes to Child Sexual Exploitation Through the Defective Design of its App, Inadequate Safety Features, and Refusal to Implement Basic Safety Features**

308.    Discord's pursuit of growth over child safety is reflected in numerous actions it took and decisions it made related to the design and safety of its app. Had Discord acted differently, the harm suffered by countless children would not have occurred.

309.    Discord designed its app so that anyone can easily sign up and communicate with children—and so that predators can freely target and sexually exploit children. Like Roblox, Discord does nothing to verify any user's self-reported age or identity. And despite its repeated assurances to parents that its app "defaults" to safety for child accounts, Discord, in fact, designed its app to default to settings that facilitate the sexual exploitation of children.

310.    Discord, for example, defaults to settings that allow predators to send direct messages to children. Predators often identify and target children by joining servers that are populated with kids. By default, Discord allows any two people who share a server to direct message each other, providing predators with an easy means of contacting and communicating with children. Predators also often initiate contact with children by adding a child as a "friend" on Discord so they can direct message them even outside of a shared server. By default, Discord permits children to receive friend requests from "Everyone," meaning children can receive and accept friend requests from other users whom they do not know and with whom they have no connection.

311.    For years, Discord also defaulted to settings that enabled predators to send children sexually explicit images via direct messages. In 2017, for example, Discord introduced "Safe Direct Messaging." This feature contained three options, including "Keep me safe," which supposedly would automatically scan and delete messages that a child received containing explicit content.

---

[436] Goggin, *supra* note 360.
[437] *Id.*

*Discord's description of the categories of its Safe Direct Messaging feature.*[438]

312.    Consistent with Discord's "default to safety" promise, the company long represented that the "Keep me safe" option was on by default. In fact, though, Discord defaulted not to this most restrictive setting but to the lower setting of "My friends are nice," which meant that Discord would not scan any images from a child's "friend"—which could be anyone.

*Discord's "Age-Restricted Content on Discord" webpage.*[439]

313.    Discord later changed the labels of this feature from "Keep me safe" to "Filter all direct messages" and from "My friends are nice" to "Filter direct messages from non-friends."[440] But it continued to default to the less restrictive setting: "By default, these filters are set to 'Filter

---

[438] Discord, *Discord Safety: Safe Messaging!*, https://web.archive.org/web/20220201090105/https:/support.discord.com/hc/en-us/articles/115000068672 (archived Feb. 1, 2022).
[439] Discord, *Age-Restricted Content on Discord*, https://web.archive.org/web/20220406085122/https://discord.com/safety/360043653552-Age-Restricted-Content-on-Discord (archived Mar. 9, 2022).
[440] Discord, *Safer Messaging on Discord*, https://support.discord.com/hc/en-us/articles/115000068672-Safer-Messaging-on-Discord (last visited July 27, 2026).

ARBITRATION BELLWETHER COMMON PLEADING
CASE NO. 3:23-MD-03166

direct messages from non-friends.' Choose 'Filter all direct messages' if you want all direct messages you receive to be filtered, or select 'Do not filter direct messages' to turn these filters off."[441]

314.    Although parents can change Discord's permissive default settings to more restrictive ones, that option is meaningless given that Discord enables children to change these safety settings themselves without parental approval. Accordingly, a parent might modify the default settings so that their child cannot exchange direct messages with other server members or cannot receive friend requests from "Everyone," only to have their child simply change those settings to allow these unfettered interactions. As Discord puts it, "[o]ur product architecture provides each user with fundamental control over their experience on Discord including who they communicate with, what content they see, and what communities they join or create."[442] By doing so, Discord strips parents of basic protective options that would prevent adult strangers from targeting and exploiting their children. As one parent explained in calling Discord an "EXTREMELY dangerous app," Discord does not provide "any way for parents to set settings that can't simply be undone by kids."[443]

315.    Discord also refused to implement other simple design features that would have protected children using its product. For example, Discord is able to—but still does not—require users to verify their age and identity when creating an account. Doing so would have prevented predators from creating fake profiles and pretending to be children, which is their preferred approach in targeting children and convincing them to share sexually explicit images.

316.    Age and identity verification would also have prevented individuals under 13 from creating accounts on Discord. In many criminal cases involving the sexual exploitation of children on Discord, including those discussed above, the children were under the age of 13. By requiring ID verification during the account sign-up process—a practice that other online products employ—Discord could have easily prevented these children from even using its app. But it

---

[441] *Id.*
[442] Discord, *Discord Parent Hub,* https://discord.com/safety-parents (last visited July 24, 2026).
[443] National Center on Sexual Exploitation, *supra* note 71.

chose not to, despite knowing for years that children under 13 operate freely on its environment and are targeted by predators.

317.   Despite these glaring failures, Discord constantly promotes its technology-focused "safety solutions," including its "AI-powered moderation systems."[444] But this technology has proven grossly inadequate and insufficient to protect children from sexual exploitation. For instance, Discord's Teen Safety Assist feature, which it introduced in October 2023, is supposed to "automatically blur media that may be sensitive in direct messages and group direct messages with friends, as well as in servers," and send "safety alerts" to teen users when they receive a direct message from a user for the first time."[445] Yet this feature is "utterly defective," according to the National Center on Sexual Exploitation (NCOSE).[446] As part of its annual safety review of Discord, "NCOSE researchers were able to send sexually explicit content from an adult account to an unconnected 13-year-old account, and no warning or resources were displayed."[447]

318.   Discord is also slow and ineffective at responding to child-safety issues. One mother, for example, told CNN that Discord essentially refused to help her after she reported that a man had communicated with her 10-year-old daughter and sent her links to pornography.[448] Following the mother's report, Discord sent her an automated message asking for "the message links to the reported content for the team to review and take appropriate action."[449] After the mother sent the requested links, Discord never responded. "There was no help at all," she said.[450]

319.   Child protection groups have also repeatedly highlighted flaws in Discord's approach to child safety. For example, Denton Howard, executive director of In hope, an organization of missing and exploited children hotlines from around the world, has flagged numerous problems with Discord's approach to child safety, including "slow response

---

[444] Discord, *supra* note 344.
[445] Badalich, *supra* note 350.
[446] National Center on Sexual Exploitation, *supra* note 71.
[447] *Id.*
[448] Samantha Murphy Kelly, *The Dark Side of Discord for Teens*, CNN Business (Mar. 22, 2022), https://www.cnn.com/2022/03/22/tech/discord-teens/index.html.
[449] *Id.*
[450] *Id.*

times to reports, communications issues when [child protection] hotlines tried to reach out, hotlines receiving account warnings when they try to report CSAM, the continued hosting of communities that trade and create CSAM, and evidence disappearing before hearing back from Discord."[451]

Dated: July 28, 2026                                   Respectfully submitted,

By: */s/ Sarah R. London*

Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac vice*)
Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com
ivelez@girardsharp.com

By: */s/ Alexandra M. Walsh*

Alexandra M. Walsh (*pro hac vice*)
D. Patrick Huyett (*pro hac vice*)
Paige Boldt (SBN 308772)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com

---

[451] Goggin, *supra* note 360.

3549067.6                                    **-116-**          ARBITRATION BELLWETHER COMMON PLEADING
                                                                CASE NO. 3:23-MD-03166

By: */s/ Bryan F. Aylstock*

Bryan F. Aylstock (*pro hac vice*)
Hillary Nappi (*pro hac vice*)
Jennifer Hoekstra (*pro hac vice*)
**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com

*Co-Lead Counsel for Plaintiffs*

**Attestation**

I attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  July 28, 2026                                    /s/ Caitlin M. Woods