ROBERT SIKO (SBN 312856)
rsiko@andrewshiggins.com
**ANDREWS & HIGGINS**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 315-3540

PAIGE BOLDT (SBN 308772)
pboldt@anapolweiss.com
D. PATRICK HUYETT
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

ALEXANDRA M. WALSH
awalsh@anapolweiss.com
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

           Plaintiff,

v.

ROBLOX CORPORATION; DISCORD INC.; UBER TECHNOLOGIES, INC.; and DOES 1-50, inclusive,

           Defendants.

Case No.: 3:26-cv-03513

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe hereby dismisses without prejudice the above-entitled action against Defendants Roblox Corporation, Discord Inc., Uber Technologies, Inc., and Does 1-50.

Date:   July 21, 2026                                    Respectfully submitted,

                                                        **ANAPOL WEISS**

                                                        By: */s/ Paige Boldt*
                                                        PAIGE BOLDT (SBN 308772)
                                                        D. PATRICK HUYETT
                                                        One Logan Square
                                                        130 North 18th Street, Suite 1600
                                                        Philadelphia, PA 19103
                                                        Telephone: (215) 608-9645
                                                        Facsimile: (215) 735-2211
                                                        pboldt@anapolweiss.com
                                                        phuyett@anapolweiss.com

                                                        ALEXANDRA M. WALSH
                                                        14 Ridge Square, NW, 3rd Floor
                                                        Washington, DC 20016
                                                        Telephone: (771) 224-8065
                                                        Facsimile: (215) 735-2211
                                                        awalsh@anapolweiss.com

                                                        **ANDREWS & HIGGINS**
                                                        ROBERT SIKO (SBN 312856)
                                                        4701 Von Karman Ave., Suite 300
                                                        Newport Beach, CA 92660
                                                        Telephone: (949) 748-1000
                                                        Facsimile: (949) 315-3540
                                                        rsiko@andrewshiggins.com

                                                        *Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL  – CASE NO. 3:26-CV-03513

1

## CERTIFICATE OF SERVICE

I, D. Patrick Huyett, declare:

I am over the age of 18 and am not a party to this action. On July 21, 2026, I caused a true and correct copy of the foregoing Notice of Dismissal Without Prejudice to be served on the Defendants as follows:

**Roblox Corporation**: via email to MDL3166ServiceRoblox@cooley.com

**Discord Inc.**: via email to MDL3166-Service-Discord@dwt.com

**Uber Technologies, Inc.**: via U.S. mail to:

Uber Technologies, Inc.

c/o CT Corporation System

330 N. Brand Blvd., Suite 700

Glendale, CA 91203

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2026, at Philadelphia, Pennsylvania.

/s/ D. Patrick Huyett
D. Patrick Huyett