**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF FILING PROPOSED AMENDED PRETRIAL ORDER REGARDING MANAGEMENT OF TIMEKEEPING, COST REIMBURSEMENT, AND RELATED COMMON BENEFIT ISSUES** |

Plaintiffs' Co-Lead Counsel respectfully submits a Proposed Amended Pretrial Order Regarding Management of Timekeeping, Cost Reimbursement, and Related Common Benefit Issues, including Exhibits A and B.

On July 28, 2026, the Court entered Plaintiffs' proposed order concerning timekeeping, cost reimbursement, and related common benefit issues. ECF 394. The order did not attach Exhibits A (the participation agreement) or B (the timekeeping submission templates). And, the proposed order Plaintiffs submitted and the Court entered included a few non-substantive errors. The amended order corrects those errors.

Attached is a proposed amended order (with the two exhibits attached), as well as a redline against the order entered at ECF 394.

- 1 -

NOTICE OF FILING
Case No. 3:25-md-03166-RS

Dated: July 31, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac vice*)
Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com
ivelez@girardsharp.com

By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh (*pro hac vice*)
D. Patrick Huyett (*pro hac vice forthcoming*)
Paige Boldt (SBN 308772)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com

By: */s/ Bryan F. Aylstock*
Bryan F. Aylstock (*pro hac vice*)
Hillary Nappi (*pro hac vice*)
Jennifer Hoekstra (*pro hac vice forthcoming*)
**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com

*Co-Lead Counsel for Plaintiffs*

- 2 -

**<u>FILER'S ATTESTATION</u>**

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated:  July 31, 2026                              By:    */s/ Andrew R. Kaufman*

Andrew R. Kaufman

NOTICE OF FILING
Case No. 3:25-md-03166-RS