# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>All actions identified in the Consolidated Ex Parte Application for the Appointment of Guardian *Ad Litem* | **NOTICE OF FILING CONSOLIDATED EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Pursuant to the Court's Order regarding appointment of Guardians *Ad Litem* (Dkt. 162, 273), Plaintiffs' Co-Lead Counsel submits this month's Consolidated Ex Parte Application for Appointment of Guardian *Ad Litem* for all applications or orders received from minor plaintiffs proceeding under pseudonym in cases that had been filed or transferred to this MDL (filed under seal as Exhibit B). Exhibit A to this notice lists the cases for which minor plaintiffs seek appointment of Guardian *Ad Litem* in the Consolidated Ex Parte Application.

Plaintiffs' Co-Lead Counsel also submits a Consolidated Proposed Order appointing the Guardian *Ad Litem* Applicants identified in the Consolidated Ex Parte Application. Dkt 162, 273.

Dated: August 3, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac vice*)

- 1 -

NOTICE OF FILING CONSOLIDATED EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN *AD LITEM*
Case No. 3:25-md-03166-RS

Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com
ivelez@girardsharp.com


By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh (*pro hac vice*)
D. Patrick Huyett (*pro hac vice*)
Paige Boldt (SBN 308772)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com


By: */s/ Bryan F. Aylstock*
Bryan F. Aylstock (*pro hac vice*)
Hillary Nappi (*pro hac vice*)
Jennifer Hoekstra (*pro hac vice*)
**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com

*Co-Lead Counsel for Plaintiffs*

- 2 -

NOTICE OF FILING CONSOLIDATED EX PARTE APPLICATION FOR APPOINTMENT OF
GUARDIAN *AD LITEM*
Case No. 3:25-md-03166-RS

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated:  August 3, 2026                          By:     */s/ Andrew R. Kaufman*
                                                         Andrew R. Kaufman

NOTICE OF FILING CONSOLIDATED EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN *AD LITEM*
Case No. 3:25-md-03166-RS