# EXHIBIT A

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseudonym |
|---|------|--------|---------------|---------------------------|
| 1 | SW-0002 et al v. Roblox Corporation | 3:26-cv-05940-RS | SW-GAL-0002 | SW-0002 |
| 2 | BLF-0002 et al v. Roblox Corporation et al | 3:26-cv-06582-RS | BLF-GAL-0002 | BLF-0002 |
| 3 | BA-GAL-0001 et al v. Roblox Corporation et al | 3:26-cv-07046-RS | BA-GAL-0001 | BA-0001 |