Megan Rodgers
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-2112
mrodgers@cov.com

Ashley Simonsen
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800
asimonsen@cov.com

Isaac D. Chaput
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7053
ichaput@cov.com

*Counsel for Defendant Meta Platforms, Inc.*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 25-md-03166-RS |
| This Document Relates to:<br>ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY** |

The parties to this action, through their respective counsel of record, hereby stipulate to the following regarding the scope of expert discovery relating to all experts in this action, including retained testifying experts (FRCP 26(a)(2)(A)-(B)), non-retained testifying experts (FRCP 26(a)(2)(C)) and non-testifying experts/consultants (FRCP 26(b)(4)(D)).

1.    Except as provided otherwise in this Stipulation, the parties shall comply with the Federal Rules of Civil Procedure, Rule 26(a)(2), and the Court's other orders in this case, except as more narrowly addressed below.

2.    Only facts or data relied upon (rather than considered) needs to be included in the expert report and/or reliance materials list. The following reliance materials do *not* need to be produced by a retained testifying expert:

   a.    Documents produced by any party to the MDL proceeding (provided the records are identified by Bates number in the expert's report where the document is discussed and/or reliance materials list);

   b.    Deposition testimony taken in the MDL proceeding (provided specific testimony is identified in the expert's report where the document is discussed and/or reliance materials list); or

   c.    Publicly available medical or scientific literature (provided the journal, volume and page number are included in the expert report and/or reliance materials list).

3.    To the extent the expert relies upon any data analysis about app use that the expert has performed and that is discussed in the expert's report to support his/her opinions, the underlying data and/or spreadsheets (including any calculations, outputs, raw data, findings, and/or results) shall be produced at the time that the expert's report is served.  If the data cannot be produced in native format or the native format requires proprietary software to access it, the Parties shall meet and confer in advance of the disclosure deadline.  If the data is from a publicly available database, the corresponding citation must include a link to the direct source of the data, but the data need not be provided unless

during a meet-and-confer the opposing party explains that they have tried and cannot recreate the data that is reflected in the expert's report (including the data in Figures or Graphs).

4.    The Parties do not waive requests for additional data as to publications authored or relied upon by the expert or any objections to such requests.  Should additional issues arise about an expert's opinions or reliance material, the Parties will meet and confer to attempt to resolve the issues.

5.    No party or expert is obligated to produce budgets, invoices, bills, receipts or time records concerning the work performed by testifying or non-testifying expert witnesses or consultants, their staff, assistants, colleagues, associates, or other agents, or their companies or organizations, relating to the report, testimony, or services provided in this matter, unless a dispute as to attorneys' fees and expenses arises.

6.    The Parties shall provide a statement of the total hours worked by each retained testifying expert on this litigation no fewer than five business days before the expert's deposition.

7.    This stipulation is without prejudice to, or waiver of, any Defendant's right to seek to compel arbitration.

8.    The parties agree to comply with this Stipulation pending the Court's approval.

**IT IS SO STIPULATED**, through counsel of record.

Dated:  August 3, 2026

Respectfully submitted,

*/s/ Megan Rodgers*
Megan Rodgers
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-2112
mrodgers@cov.com

Ashley Simonsen
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY
Case No. 25-md-03166-RS

Telephone: (424) 332-4800
asimonsen@cov.com

Isaac Chaput
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7053
ichaput@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*

/s/ Tiana Demas
Tiana Demas (pro hac vice)
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
tdemas@cooley.com

Max A. Bernstein
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 293-2000
mbernstein@cooley.com

*Attorneys for Defendant Roblox Corporation*

/s/ Ambika Kumar
Ambika Kumar (pro hac vice)
Xiang Li
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3100
ambikakumar@dwt.com
xiangli@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

Sarah E. Burns
Sam F. Cate-Gumpert

4

DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
sarahburns@dwt.com
samcategumpert@dwt.com

*Attorneys for Defendant Discord Inc.*

*/s/ Leah Godesky*
Leah Godesky
Heather Welles
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 246-8501
lgodesky@omm.com
hwelles@omm.com

*Attorneys for Defendant Snap Inc.*

*/s/ Sarah R. London*
Sarah R. London
Andrew R. Kaufman
Isabel Velez
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com

Alexandra M. Walsh
D. Patrick Huyett
Paige Boldt
ANAPOL WEISS
One Logan Square
130 North 18th Street, Ste. 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com

Bryan F. Aylstock
Hillary Nappi
Jennifer Hoekstra
AYLSTOCK WITKIN KREIS

5

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY
Case No. 25-md-03166-RS

OVERHOLTZ, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com

*Co-Lead Counsel for Plaintiffs*

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  August 4, 2026

RICHARD SEEBORG
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY
Case No. 25-md-03166-RS

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signature listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 3, 2026                                    /s/   *Megan Rodgers*

                                                         Megan Rodgers

7

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY
Case No. 25-md-03166-RS