UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 3166<br><br>Case No.: 3:25-md-03166-RS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge Richard Seeborg |

The parties to these actions submit this Joint Case Management Statement in connection with the Case Management Conference scheduled for August 24, 2026, at 2:30 pm PST:

## I. STATUS OF CASE FILINGS

### A. Number of MDL Case Filings

As of August 16, 2026, there are 160 cases pending in this MDL, with 11 cases filed since the last Case Management Conference on June 24, 2026. The chart below details the number of cases in the MDL involving each Defendant.[1]

[1] These numbers include three cases in which plaintiffs' counsel has moved to withdraw (ECF Nos. 377, 378, 379), which the Court has granted (ECF Nos. 406, 407, 408). No new counsel has appeared in those matters, and parents are not permitted to represent minor-plaintiffs pro se. Grizzell v. San Elijo Elementary Sch., 110 F.4th 1177, 1179 (9th Cir. 2024), cert. denied, 145 S. Ct. 2701, 221 L. Ed. 2d 966 (2025) ("[A] non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child."). These numbers exclude the eight MDL plaintiffs who have voluntarily dismissed.

| Defendant | Number of Cases Involving Defendant |
| --- | --- |
| Roblox | 160 |
| Discord | 57 |
| Snap | 33 |
| Meta | 7 |

**B. Status of JCCP**

Approximately 20 cases are pending in the JCCP. On April 17, 2026, Judge Michael Mau of the Superior Court of San Mateo County granted the Petition on Coordination and recommended the Los Angeles County Superior Court for the coordination proceeding. All proceedings in the JCCP are stayed pending coordination.

**C. Other Cases and Proceedings**

Defendants have provided a current list of potentially related civil actions arising from allegations of child sexual assault, abuse, and exploitation via communications on their platforms in which they are named as a defendant, attached as **Exhibit A**.

**II. Joint Platform**

Pending confirmation from one Defendant, Discord, who is continuing to conduct due diligence, Plaintiffs and Defendants have agreed on Rubris as a joint platform for the exchange of information throughout this MDL.

**III. Bellwether Selection Update/Motions to Compel Arbitration**

Pursuant to the Court's bellwether selection process, ECF 317, which calls for the selection of eight bellwether cases for briefings of motions to compel arbitration, the parties have finalized six selections. Roblox intends to substitute its solo pick, and Roblox and Discord intend to substitute their joint pick. The former is to account for amendments Plaintiffs made to the corresponding Complaint, and the latter is to account for Plaintiff disclaiming dozens of Roblox accounts that Plaintiff had

previously confirmed as belonging to her. The parties are conferring on the substitutions.

Under the operative briefing schedule, ECF 346, Roblox and Discord must file their motions to compel arbitration by September 15, 2026; Plaintiffs must file their opposition briefs by October 20, 2026; and Roblox and Discord must file their replies on November 17, 2026. Plaintiffs believe the parties can maintain the current schedule. Roblox and Discord note they are waiting on information Plaintiffs have agreed to provide to complete bellwether substitution and then will need time between any amendment of new bellwethers and Defendants' deadline to file their motions to compel arbitration, which may impact the current briefing schedule. The parties will continue to confer as the substitution process proceeds, including regarding any impact on the briefing schedule.

**IV. Protective Order**

The parties have exchanged drafts of a proposed Protective Order and met and conferred several times to narrow their disagreements. The parties have agreed on most provisions and continue to negotiate a limited number of discrete issues. The Parties have been meeting and conferring and exchanging drafts since April 2026 and, in Plaintiffs' view, several disputes that will require the Court's assistance remain. Accordingly, Plaintiffs intend to submit any remaining disputes to Magistrate Judge Krishnan by joint letter brief no later than August 28, 2026. Defendants do not believe the parties are at an impasse that would justify such briefing and believe the remaining issues can be resolved without court intervention. To the extent the parties subsequently determine that a joint letter brief is necessary for any of the remaining issues, eleven days is insufficient, in Defendants' view, to identify those remaining issues and brief positions.

**V. ESI Preservation Update**

The parties have continued ESI-preservation discussions consistent with this District's E-Discovery Guidelines. Plaintiffs and Roblox have met three times and expect those discussions to continue. Plaintiffs and Discord have met once and expect to hold a follow-up meeting in the coming weeks to address outstanding questions. Meta has provided Plaintiffs with Rule 30(b)(6) deposition

transcripts and exhibits concerning ESI from the Social Media Addiction MDL, Snap has provided a transcript, and has agreed to provide the supporting exhibits this week. Plaintiffs are reviewing those materials and will determine whether additional preservation-related information is needed. Snap and Meta's position is that they have been working cooperatively and in good faith with Plaintiffs' ESI-related requests even though Plaintiffs expressly agreed not to seek any formal discovery from Snap or Meta unless and until the Court orders that discovery is open in this MDL for all purposes. ECF 179 at 6. Consistent with that agreement, Snap and Meta maintain that any attempt by Plaintiffs to seek formal ESI discovery from Snap or Meta at this stage would be premature. Plaintiffs disagree with Snap and Meta's position. Plaintiffs' position is that this District's ESI Guidelines instruct that, "At the outset of a case, or sooner if feasible, counsel for the parties should discuss preservation," shall continue those discussions "periodically as the case issues evolve," and raise any disputes "promptly with the Court." Plaintiffs intend to follow this District's rules, and to present any disputes promptly to Judge Krishnan.

Respectfully submitted,

/s/ Tiana Demas
Tiana Demas
TIANA DEMAS (pro hac vice)
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Email: tdemas@cooley.com

SIMONA A. AGNOLUCCI
MAX A. BERNSTEIN COOLEY LLP
3 Embarcadero Center, 20th
Floor San Francisco, CA 94111
Telephone: (415) 293-2000
Email: sagnolucci@cooley.com
Email: mbernstein@cooley.com

Attorneys for Defendant Roblox Corporation

/s/ Ambika Kumar
Ambika Kumar
AMBIKA KUMAR (pro hac vice)
XIANG LI
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3100
ambikakumar@dwt.com xiangli@dwt.com

ADAM S. SIEFF
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

SARAH E. BURNS
SAM F. CATE-GUMPERT
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
sarahburns@dwt.com
samcategumpert@dwt.com

Attorneys for Defendant Discord Inc.

/s/ Leah Godesky
Leah Godesky
LEAH GODESKY
HEATHER WELLES O'
MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 246-8501
lgodesky@omm.com
hwelles@omm.com

Attorneys for Defendant Snap Inc. /s/ Megan Rodgers

*Megan Rodgers*
MEGAN RODGERS
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-2112
mrodgers@cov.com

ASHLEY SIMONSEN
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800
asimonsen@cov.com

IAAC CHAPUT
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7053
ichaput@cov.com
Attorneys for Meta Platforms, Inc.

/s/ Sarah R. London
Sarah R. London

SARAH R. LONDON
ANDREW R. KAUFMAN
ISABEL VELEZ GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108 Telephone:
(415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com

ALEXANDRA M. WALSH
D. PATRICK HUYETT
PAIGE BOLDT
ANAPOL WEISS
One Logan Square
130 North 18th Street, Ste. 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com

BRYAN F. AYLSTOCK
HILLARY NAPPI
JENNIFER HOEKSTRA
AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com
Co-Lead Counsel for Plaintiffs

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 17, 2026

*/s/ Kiley Grombacher*
Kiley Grombacher, Esq.