# EXHIBIT A

***In re Roblox Corp. Child Sexual Exploitation & Assault Litig.*, MDL No. 3166**
**Updates on Matters of Significance in Other Actions**

## ROBLOX'S LIST OF CASES[1]

### 1. State Attorney General Cases

**Case Name**: *State of Arkansas ex rel. Tim Griffin, Attorney General v. Roblox Corporation and Discord Inc.*
**Case Number**: No. 26STCV18664
**Jurisdiction:** Superior Court, County of Los Angeles, Californi**a**
**Judge/Magistrate**: Hon. Wendy Chang
**Plaintiff(s)**: State of Arkansas Ex. Rel. Tim Griffin, Attorney General
**Defendant(s)**: Roblox Corp. and Discord Inc.
**Pending Motions**: Motion for Pro Hac Vice Admission
**Hearing Dates**: August 25, 2026 (Pro Hac Vice Motion); November 17, 2026 (Case Management Conference)
**Case Schedule**: Not set
**Trial Date**: Not set
**Status**: Pending

**Case Name**: *Office of the Attorney General, State of Florida, Dep't of Legal Affairs v. Roblox Corp.*
**Case Number**: No. 3:26-cv-00057
**Jurisdiction**: M.D. Fla.
**Judge/Magistrate**: District Judge Jordan E. Pratt
**Plaintiff(s)**: Office of the Attorney General, State of Florida, Dep't of Legal Affairs
**Defendant(s)**: Roblox Corp.

---

[1] The CMC statement's description of 160 cases in the MDL does not include dismissed cases, but it does include cases in which plaintiffs' counsel has withdrawn. These are:

1. *Doe G.C. v. Roblox Corp.*, No. 3:25-cv-10813 (N.D. Cal.) (counsel withdrawn)
2. *Doe v. Roblox Corp. et al.*, No. 3:25-cv-10811 (N.D. Cal.)
3. *Doe v. Roblox Corp.*, No. 3:25-cv-07852 (N.D. Cal.)
4. *H.C. v. Roblox Corp. et al.*, No. 3:25-cv-08076 (N.D. Cal.) (counsel withdrawn)
5. *Doe v. Roblox Corp.*, No. 3:25-cv-08300 (N.D. Cal.)
6. *Jane Doe A.S. v. Roblox Corp.*, No. 3:25-cv-08756 (N.D. Cal.) (counsel withdrawn)
7. *Doe L.G. v. Roblox Corp. et al.*, No. 3:25-cv-08941 (N.D. Cal.)
8. *Doe T.W. v. Roblox Corp. et al.*, No. 3:25-cv-09027 (N.D. Cal.)
9. *Doe J.B. v. Roblox Corp. et al.*, No. 3:26-cv-00230 (N.D. Cal.)
10. *GAL-0003 v. Roblox Corp. et al.*, No. 3:26-cv-01779 (N.D. Cal.)
11. *Doe v. Roblox Corp. et al.*, No. 3:26-cv-03513 (N.D. Cal.)

**Pending Motions**: Motion to dismiss filed by Roblox; court order to show cause why case should not be remanded to state court
**Hearing Dates**: None scheduled
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Motion to dismiss is fully briefed; order to show cause on motion for remand is fully briefed; awaiting court orders

**Case Name**: *State of Indiana v. Roblox Corp. and Discord Inc.*
**Case Number**: 29D01-2605-PL-005581
**Jurisdiction**: State of Indiana, Hamilton Superior Court 1
**Judge/Magistrate**: Judge Michael A. Casati
**Plaintiff(s)**: State of Indiana
**Defendant(s)**: Roblox Corp. and Discord Inc.
**Pending Motions**: Motion to change venue; motions to dismiss
**Hearing Dates**: None scheduled
**Case Schedule**: None
**Trial Date**: None set
**Status**: Motions pending

**Case Name**: *State of Iowa v. Roblox Corp.*
**Case Number**: 05771 EQCE092346
**Jurisdiction**: Iowa District Court for Polk County
**Judge/Magistrate**: District Judge Celene Gogerty
**Plaintiff(s)**: State of Iowa
**Defendant(s)**: Roblox Corp.
**Pending Motions**: None
**Hearing Dates**: None scheduled
**Case Schedule**: Trial set for November 8, 2027
**Trial Date**: November 8, 2027
**Status**: Order Denying Motion to Dismiss filed on May 13, 2026; answer filed June 12, 2026; beginning stages of fact discovery

**Case Name**: *Commonwealth of Kentucky ex rel. Russell Coleman, Attorney General v. Roblox Inc. and Roblox Prepaid Company, LLC*
**Case Number**: 25-CI-00868
**Jurisdiction**: Madison Circuit Court, Division One
**Judge/Magistrate**: Hon. David M. Ward
**Plaintiff(s)**: Commonwealth of Kentucky, ex rel. Russell Coleman, Attorney General
**Defendant(s)**: Roblox, Inc.; Roblox Prepaid Company, LLC

**Pending Motions**: Motion to Dismiss
**Hearing Dates**: None scheduled
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Motion to dismiss is fully briefed; awaiting court order

**Case Name**: *State of Louisiana by and through its Attorney General Liz Murrill v. Roblox Corp.*
**Case Number**: 188950 Section "C"
**Jurisdiction**: 21st Judicial District Court, Parish of Livingston
**Judge/Magistrate**: Hon. Jeffrey Johnson
**Plaintiff(s)**: State of Louisiana, by and through its Attorney General, Liz Murrill
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Peremptory and Dilatory Exceptions (equivalent to MTD)
**Hearing Dates**: Last held on July 31, 2026
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Exceptions fully briefed; awaiting court order; discovery stayed

**Case Name**: *State of Nebraska ex rel. Michael T. Hilgers, Attorney General v. Roblox Corp.*
**Case Number**: D14CI260000074
**Jurisdiction**: District Court of Adams County, Nebraska
**Judge/Magistrate**: Hon. Timothy E. Hoeft
**Plaintiff(s)**: State of Nebraska ex rel. Michael T. Hilgers, Attorney General
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motion to Transfer Venue; Motion to Dismiss
**Hearing Dates**: Motion to dismiss hearing set for October 14, 2026.
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Motion to Transfer Venue denied on July 16, 2026; motion to dismiss fully briefed and awaiting hearing; beginning stages of fact discovery

**Case Name**: *State of Oklahoma, ex rel. Gentner Drummond, Attorney General of Oklahoma v. Roblox. Inc.*
**Case Number**: CJ-2026-810
**Jurisdiction**: District Court of Cleveland County
**Judge/Magistrate**: None assigned
**Plaintiff(s)**: State of Oklahoma, ex rel. Gentner Drummond, Attorney General of Oklahoma
**Defendant(s)**: Roblox, Inc.
**Pending Motions**: Motion to dismiss

**Hearing Dates**: None scheduled
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: State's Opposition to motion to dismiss filed on August 14, 2026; deadline to reply is set for August 28, 2026; motion to dismiss ruling pending

**Case Name**: *State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General and Reporter v. Roblox Corp.*
**Case Number**: 25CV-55330
**Jurisdiction**: Chancery Court of Williamson County, Tennessee, for the Twenty-First Judicial District at Franklin
**Judge/Magistrate**: Deana C. Hood
**Plaintiff(s)**: State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General and Reporter
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motion to Dismiss
**Hearing Dates**: None
**Case Schedule**: No case deadlines set
**Trial Date**: April 3, 2028
**Status**: Motion to Dismiss fully briefed; awaiting order; case management order entered on June 29, 2026; beginning stages of fact discovery.

**Case Name**: *State of Texas v. Roblox Corp.*
**Case Number**: D-1-GN-26-000981
**Jurisdiction**: 353rd, District Court, Travis County
**Judge/Magistrate**: Sherine Thomas
**Plaintiff(s)**: State of Texas
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motions to compel discovery filed by both parties; Joint Motion for Entry of Scheduling and Discovery Control Order
**Hearing Dates**: Hearing held on cross motions to compel and pending discovery order on August 13, 2026.
**Case Schedule**: No case deadlines set
**Trial Date**: Not set
**Status**: Motion to Dismiss granted in part and denied in part on March 16, 2026. Order denying Motion Certify Permissive Appeal and Stay Case Pending Appeal filed on May 14, 2026. Case management negotiations ongoing. Discovery and discovery briefing in progress

### 2. JCCP

**Case Name:** *Roblox Child Safety Cases*
**Case Number:** JCCP No. 5440

**Jurisdiction:** Superior Court of the State of California, San Mateo County
**Judge:** Coordination Trial Judge not yet assigned
**Plaintiffs:** John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005
**Defendants:** Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.
**Pending Motions:** N/A
**Hearing Dates:** N/A
**Case Schedule:** None set (awaiting assignment of coordination trial judge)
**Trial Date:** N/A
**Status:** Awaiting assignment of coordination trial judge.
**Coordinated Cases:**

1. *John Doe v. Roblox Corp. et al*, No. 25-CIV-01193 (Cal. Sup. Ct. San Mateo Cnty.)
2. *Jane Doe v. Roblox Corp. et al*, No. 25-CIV-05901 (Cal. Sup. Ct. San Mateo Cnty.)
3. *Jane Doe M.L. v. Roblox Corp. et al.*, No. 25STCV24596 (Cal. Sup. Ct. L.A. Cnty.)
4. *Rebecca Dallas v. Roblox Corp. et al.*, No. CGC-25-629056 (Cal. Sup. Ct. S.F. Cnty.)
5. *A.R. v. Roblox Corp. et al*, No. CVRI2506488 (Cal. Sup. Ct. Riverside Cnty.)
6. *Jane Doe v. Roblox Corp. et al*, No. 25NNCV08326 (Cal. Sup. Ct. L.A. Cnty.)
7. *Jane Doe D.B. v. Roblox, et al.*, No. 26-CIV-00085 (Cal. Sup. Ct. San Mateo Cnty.)
8. *Jane A.R. Doe v. Roblox, et al.*, No. 26-CIV-00250 (Cal. Sup. Ct. San Mateo Cnty.)
9. *John Doe A.S. v. Roblox, et al.*, No. 26CUB00276 (Cal. Sup. Ct. Kern Cnty.)
10. *Jane Doe A.S. v. Roblox, et al.*, No. 26CUB00357 (Cal. Sup. Ct. Kern Cnty.)
11. *T.L.B. v. Roblox Corp. et al*, No. 26STCV03253 (Cal. Sup. Ct. L.A. Cnty.)
12. *K.E.B. v. Roblox Corp. et al*, No. 26STCV03401 (Cal. Sup. Ct. L.A. Cnty.)
13. *Jane Doe D.D. v. Roblox Corp. et al.*, No. 26STCV05586 (Cal. Sup. Ct. L.A. Cnty.)
14. *Jane Doe E.R. v. Roblox Corp. et al.*, No. 26SMVC00920 (Cal. Sup. Ct. L.A. Cnty.)
15. *Jane Doe A.D.N. v. Roblox Corp. et al.*, No. 26-CIV-02374 (Cal. Sup. Ct. San Mateo Cnty.)
16. *A.O. v. Roblox Corp. et al.*, No. 26STCV09993 (Cal. Sup. Ct. L.A. Cnty.)
17. *Mary Doe v. Roblox Corp. et al.*, No. 26-CIV-02905 (Cal. Sup. Ct. San Mateo Cnty.)

18. *John Doe G W. v. Roblox Corp. et al*., No. CIVSB2612119 (Cal. Sup. Ct. San Bernardino Cnty.)
19. *John Doe WO. v. Roblox Corp. et al*., No. 26-CVCV-0012711 (Cal. Sup. Ct. Mariposa Cnty.)
20. *John Doe GS-0005 v. Roblox Corp. et al.*, No. CGC-26-635913 (Cal. Sup. Ct. S.F. Cnty.)

***California State Court Cases Dismissed Since Last CMC:*** *John Doe P.C. v. Roblox Corp. et al*., No. 25CV161114 (Cal. Sup. Ct. Alameda Cnty.)

***California State Court Cases Awaiting Coordination:***

1. **Case Name**: *Jane Doe v. Roblox Corp. et al.*
   **Case Number**: 26CV02190
   **Jurisdiction**: Superior Court of the State of California, Santa Barbara County
   **Judge/Magistrate**: Hon. Colleen K. Sterne
   **Plaintiff(s)**: Jane Doe
   **Defendants**: Roblox Corp.; Snap Inc.
   **Pending Motions**: N/A
   **Hearing Dates**: N/A
   **Case Schedule**: No case deadlines set.
   **Trial Date**: N/A
   **Status**: The complaint in this action was filed on April 6, 2026, and service was completed on April 15, 2026. Plaintiff's counsel have confirmed that they intend to transfer this case to the JCCP. The parties have stipulated to stay the case pending resolution of the forthcoming notice of add-on.

2. **Case Name**: *Jane Doe A.M. v. Roblox Corp.*
   **Case Number**: 26PSCV01311
   **Jurisdiction**: Superior Court of the State of California, Los Angeles County
   **Judge/Magistrate**: Hon. Salvatore Sirna
   **Plaintiff**: Jane Doe A.M., a minor by and through her *Guardian ad Litem*, Jane Doe A.C.
   **Defendant**: Roblox Corp.
   **Pending Motions**: N/A
   **Hearing Dates**: Order to Show Cause re: Status of Coordination with JCCP No. 5440 on October 28, 2026.
   **Case Schedule**: No case deadlines set.
   **Trial Date**: N/A
   **Status**: Action stayed as of June 24, 2026 pending coordination with JCCP.

3. **Case Name**: *Jane S.A. Doe v. Roblox Corp. et al.*
   **Case Number**: 26CU020550C

**Jurisdiction**: Superior Court of the State of California, San Diego County
**Judge/Magistrate**: Hon. Katherine A. Bacal
**Plaintiff**: Jane S.A. Doe, on behalf of her minor child, Jane A.A. Doe
**Defendants**: Roblox Corp., Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: Case Management Conference September 18, 2026.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Complaint has not yet been served on Defendants.

4. **Case Name**: *John Doe (N.J.) v. Roblox Corp.*
**Case Number**: 26STCV12593
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Hon. Lawrence P. Riff
**Plaintiff**: John Doe (N.J.), a minor, by and through his Guardian ad Litem, Jane Doe (C.F.)
**Defendant**: Roblox Corp.
**Pending Motions**: N/A
**Hearing Dates**: Further Status Conference on September 14, 2026
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Action stayed as of July 13, 2026 pending JCCP coordination.

5. **Case Name**: *John Doe v. Roblox Corp. et al.*
**Case Number**: 26-CIV-03059
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge/Magistrate**: Hon. Mark A. McCannon
**Plaintiffs**: John Doe, a minor, by and through his guardian ad litem, Jane Doe
**Defendants**: Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Complaint was served on Roblox on April 21. Roblox removed the action to federal court on April 22, 2026, and the case was subsequently remanded. Action stayed as of June 23, 2026 pending coordination with JCCP.

6. **Case Name**: *Person Doe H.W. v. Roblox, Corp. et al.*
**Case Number**: 26CV492683
**Jurisdiction**: Superior Court of the State of California, Santa Clara County
**Judge/Magistrate**: Hon. Rafael Sivilla-Jones
**Plaintiff**: Person Doe H.W., a minor, by and through their *Guardian ad Litem*,

Jane Doe K.W.
**Defendants**: Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Hearing Dates**: Case Management Conference on January 20, 2027.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Action stayed as of July 20, 2026 pending coordination with JCCP.

7. **Case Name**: *Jane Doe L.J. v. Roblox Corp. et al.*
**Case Number**: 26LBCV01114
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Hon. Nicole M. Heeseman
**Plaintiff**: Jane Doe L.J., a minor, by and through her proposed *Guardian ad Litem*, Jane Doe T.W.
**Defendants**: Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Hearing Dates**: Status Conference re: Coordination of JCCP on January 22, 2027.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Action stayed as of July 22, 2026 pending coordination with JCCP.

8. **Case Name**: *D.V. et al. v. Roblox Corp.*
**Case Number**: 26SMCV02941
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Hon. Edward B. Moreton, Jr.
**Plaintiff**: D.V., a minor, by and through Virginia C., as *Guardian ad Litem*
**Defendant**: Roblox Corp.
**Pending Motions**: N/A
**Hearing Dates**: Case Management Conference on November 25, 2026.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Complaint was served on Roblox on July 31, 2026.

9. **Case Name**: *Doe J.C. v. Roblox Corp. et al.*
**Case Number**: 26CV009886
**Jurisdiction**: Superior Court of the State of California, Sacramento County
**Judge/Magistrate**: Hon. Richard K. Sueyoshi
**Plaintiff**: Jane Doe R.C., a minor, by and through a Guardian ad Litem, Jane Doe J.C.
**Defendants**: Roblox Corp.; Discord Inc.; Meta Platforms, Inc.
**Pending Motions**: N/A

**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Action stayed as of July 17, 20226, pending JCCP coordination.

10. **Case Name**: *Jane Doe M.K.B. v. Roblox Corp. et al.*
**Case Number**: 26-CIV-05049
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge/Magistrate**: Hon. Michael L. Mau
**Plaintiff**: Jane Doe M.K.B., a minor, by and through her Guardian ad Litem, Jane Doe M.B.D.
**Defendants**: Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Hearing Dates**: Case Management and Trial Setting Conference on October 5, 2026.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: The complaint in this action was served on Roblox on July 24, 2026.

11. **Case Name**: *Jane Doe E.L. v. Roblox Corp.*
**Case Number**: 26STCV21289
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Hon. Lawrence P. Riff
**Plaintiff**: Jane Doe E.L., a minor, by and through her Guardian ad Litem, Jane Doe K.L.
**Defendants**: Roblox Corp.
**Pending Motions**: N/A
**Hearing Dates**: Initial Status Conference on October 15, 2026.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Complaint has not yet been served on Roblox.

12. **Case Name**: *Jane Doe A.S. v. Roblox Corp. et al.*
**Case Number**: 26STCV22199
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Hon. Lawrence P. Riff
**Plaintiff**: Jane Doe A.S.
**Defendants**: Roblox Corp.; Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: Initial Status Conference on October 15, 2026.
**Case Schedule**: No case deadlines set.

**Trial Date**: N/A
**Status**: The complaint in this action was served on Roblox on July 24, 2026.

13. **Case Name**: *Jane Doe CPM-0001 v. Roblox Corp. et al.*
**Case Number**: 26-CIV-05568
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge/Magistrate**: Hon. David A. Silberman
**Plaintiff**: Jane Doe CPM-0001, a minor, represented by her proposed court-app
**Defendant**: Roblox Corp.; Discord Inc.
**Pending Motions**: Joint Stipulation to Facilitate Plaintiff's Guardian *ad Litem* Application and to Stay the Action, filed on August 7, 2026.
**Hearing Dates**: Case Management Conference on February 1, 2027.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Parties stipulated to stay the action on August 7, 2026 pending JCCP coordination.

***LA County Case (Not Coordinated)***

**Case Name:** *The People of the State of California v. Roblox Corp. et al.*.
**Case Number:** 26STCV05708
**Jurisdiction:** Superior Court of the State of California, Los Angeles County
**Judge/Magistrate:** Hon. Dean J. Kitchens
**Plaintiff:** State of California
**Defendants:** Roblox Corp.; Does 1-50.
**Pending Motions**: Demurrer Motion; anti-SLAPP Motion
**Trial Date:** N/A
**Status:** Next case management status set for September 10, 2026; motion to strike ruling pending.

**3. Non-MDL Federal Litigation**

***Non-MDL Federal Cases Dismissed:*** *Doe S.L. v. Roblox Corp.*, No. 4:25-cv-10333 (N.D. Cal.)

**4. Other State Court Actions**

**Case Name**: *John Doe v. Roblox Corp.*
**Case Number**: A-26-944838-C
**Jurisdiction**: Nevada District Court, Clark County
**Judge/Magistrate**: Hon. Eric Johnson
**Plaintiffs**: John Doe
**Defendants**: Roblox Corp.
**Pending Motions**: Motion to Compel Arbitration and Stay Proceedings, filed by Roblox on June

29, 2026; Motions to Seal/Redact Records filed by Roblox on June 29, 2026 and August 3, 2026; Motion to Associate Counsel Chad A. Finley, filed by Plaintiff on July 24, 2026.
**Trial Date:** N/A
**Status:** Parties undergoing expedited pre-arbitration discovery. Roblox's motion to compel arbitration and stay proceedings will be heard on August 19, 2026.

**Case Name**: *Jane Doe v. Roblox Corp.*
**Case Number**: A-26-948206-C
**Jurisdiction**: Nevada District Court, Clark County
**Judge/Magistrate**: Hon. Timothy Williams
**Plaintiffs**: Jane Doe
**Defendants**: Roblox Corp.
**Pending Motions**: Motions to Associate Counsel Max A. Bernstein, Tiana A. Demas, and Michael A. Attanasio, filed by Roblox on July 6, 2026.
**Trial Date:** N/A
**Status:** Parties undergoing expedited pre-arbitration discovery.

## DISCORD'S LIST OF CASES[2]

**Case Name**: *Jane Doe v. Discord Inc.*
**Case Number**: Case No. 26-3460 (appeal from 1:25-cv-01789)
**Jurisdiction**: Court of Appeals for the Sixth Circuit (on appeal from N.D. Ohio)
**Judge/Magistrate**: Judge Donald C. Nugent (N.D. Ohio)
**Plaintiff**: Jane Doe
**Defendant:** Discord Inc.
**Pending Motions:** None
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Status:** On April 20, 20206, Judge Nugent granted Discord's Motion to Dismiss with prejudice and denied Plaintiff's Motion to Transfer Venue to the Northern District of California. Plaintiff filed a notice of appeal, and Plaintiff's opening brief is due 10/1/2026.

**Case Name:** State of Nevada v. Discord Inc.
**Case Number:** A-26-945804-B
**Jurisdiction:** District Court, Clark County, Nevada
**Judge/Magistrate:** Joanna S. Kishner
**Plaintiffs**: State of Nevada
**Defendants:** Discord Inc.

---

[2] Discord adopts Roblox's list to the extent applicable.

**Pending Motions:** Motion to Dismiss (fully briefed and argued 8/6/2026)
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A
**Status:** Awaiting decision on Motion to Dismiss.

**Case Name:** State of Indiana v. Discord Inc.
**Case Number:** 29D01-2605-PL-005581
**Jurisdiction:** Hamilton County Superior Court, Indiana
**Judge/Magistrate:** Michael A. Casati
**Plaintiffs:** State of Indiana
**Defendants:** Discord Inc.
**Pending Motions:** Motion to Transfer Venue and Motion to Dismiss (both filed 8/10/2026)
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A
**Status:** Discord's Motion to Transfer Venue and Motion to Dismiss were filed 8/10/2026.

**Case Name:** State of New Jersey v. Discord Inc.
**Case Number**: ESX-C-000084-25
**Jurisdiction**: Superior Court of New Jersey; Essex County - Chancery Division
**Judge/Magistrate**: Lisa M. Adubato
**Plaintiffs**: State of New Jersey
**Defendants**: Discord Inc.
**Pending Motions**: Motion to Dismiss
**Hearing Date(s)**: 9/25/2026
**Case Schedule**: N/A
**Trial Date**: N/A
**Status**: Discord's Motion to Dismiss was filed 6/11/2026.

**Case Name:** The State of Texas vs. Discord, Inc.
**Case Number:** 199-03546-2026
**Jurisdiction:** Collin County District Court, 199th District, Texas
**Judge/Magistrate:** Angela Tucker
**Plaintiffs:** The State of Texas
**Defendants:** Discord Inc.
**Pending Motions:** Motion to Dismiss, Motion for lack of Personal Jurisdiction; Motion to Transfer Venue
**Hearing Date(s):** 8/25/2026 – Motion to Dismiss
**Case Schedule:** Trial date set.

**Trial Date:** 6/2/2027 (Pre Trial); 6/7/2027 (Jury Trial)
**Status:** Motion to Dismiss and Motion to Transfer Venue pending; Jury Trial has been scheduled.

## SNAP'S LIST OF CASES

### 1. *Roblox Child Safety* JCCP

**Case Name**: *Roblox Child Safety Cases*
**Case Number**: JCCP No. 5440
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge**: Coordination Trial Judge not yet assigned
**Plaintiff(s)**: John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005
**Defendant(s)**: Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: None set (awaiting assignment of Coordination Trial Judge)
**Trial Date**: None set
**Status**: Awaiting assignment of Coordination Trial Judge

#### Snap-Specific Cases Coordinated in Roblox JCCP

**Case Name**: *D.D. Doe v. Roblox Corp. et al.*
**Case Number**: 26STCV05586
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Nicholas Daum
**Plaintiff(s)**: D.D. Doe, by and through guardian ad litem, D.A. Doe
**Defendant(s)**: Roblox Corporation, Snap Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set. Action stayed.
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Case Name**: *T.L.B. v. Roblox Corp. et al.*
**Case Number**: 26STCV03253
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Lawrence Riff

**Plaintiff(s)**: T.L.B., by and through guardian ad litem, P.E.B.
**Defendant(s)**: Roblox Corporation, Snap Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 09/14/2026: Further Status Conference
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**2. *California State-Court Cases Awaiting* JCCP *Coordination***

**Case Name**: *Jane Doe v. Roblox Corp. et al.*
**Case Number**: 26CV02190
**Jurisdiction**: Superior Court of the State of California, Santa Barbara County
**Judge/Magistrate**: Judge Colleen K. Sterne
**Plaintiff(s)**: Jane Doe, by and through guardian ad litem, Mary Doe
**Defendants**: Roblox Corporation, Snap Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set. Action stayed.
**Trial Date**: N/A
**Status**: The complaint in this action was filed on April 6, 2026, and service was completed on April 15, 2026. Plaintiff's counsel confirmed that they intend to transfer this case to the JCCP. Pursuant to the parties' stipulation, the court stayed the case pending resolution of the forthcoming notice of add-on.

## META'S LIST OF CASES

**1. *Roblox Child Safety JCCP***

**Case Name**: *Roblox Child Safety Cases*
**Case Number**: JCCP No. 5440
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge**: Coordination Trial Judge not yet assigned
**Plaintiff(s)**: John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005
**Defendant(s)**: Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: None set (awaiting assignment of Coordination Trial Judge)
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Meta-Specific Cases Coordinated in Roblox JCCP**

**Case Name**: *Jane Doe M.L. v. Roblox, et al.*
**Case Number**: 25STCV24596
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Upinder S. Kalra
**Plaintiff(s)**: Jane Doe M.L., by and through guardian ad litem, Jane Doe L.L.
**Defendant(s)**: Roblox Corporation, Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 8/28/2026: Case Management Conference
**Trial Date**: N/A
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Case Name**: *Doe GS-0005 v. Roblox, et al.*
**Case Number**: CGC-26-635913
**Jurisdiction**: Superior Court of the State of California, San Francisco County
**Judge/Magistrate**: Judge Rochelle C. East
**Plaintiff(s)**: John Doe GS-0005, by and through guardian ad litem, GS-GAL-0005
**Defendant(s)**: Roblox Corporation, Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 9/16/2026: Case Management Conference
**Trial Date**: N/A
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Case Name**: *Jane Doe J.C. v. Roblox, et al.*
**Case Number**: 26CV009886
**Jurisdiction**: Superior Court of the State of California, Sacramento County
**Judge/Magistrate**: Hon. Richard K. Sueyoshi
**Plaintiff**: Jane Doe R.C., by and through guardian ad litem, Jane Doe J.C.
**Defendants**: Roblox Corp., Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: 11/10/2026; Hearing on Motion for Order Permitting Proposed Guardian Ad Litem to Appear Under Pseudonym
**Case Schedule**: 03/24/2027; Case Management Conference
**Trial Date**: N/A
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

### 2. *California State Court Cases Awaiting Coordination*

**Case Name**: *Jane S.A. Doe v. Roblox Corp. et al.*
**Case Number**: 26CU020550C
**Jurisdiction**: Superior Court of the State of California, San Diego County
**Judge/Magistrate**: Hon. Katherine A. Bacal
**Plaintiff**: Jane S.A. Doe, by and through guardian ad litem, Jane A.A. Doe
**Defendants**: Roblox Corp., Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 9/18/2026: Case Management Conference
**Trial Date**: N/A
**Status**: Complaint served on Meta on July 21. Complaint has not yet been served on Roblox.

**Case Name**: *Jane Doe A.S. v. Roblox, et al.*
**Case Number**: 26STCV22199
**Jurisdiction**: Superior Court of the State of California, County of Los Angeles
**Judge/Magistrate**: Hon. Lawrence P. Riff
**Plaintiff**: Jane Doe A.S.
**Defendants**: Roblox Corp., Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 10/15/2026; Initial Status Conference.
**Trial Date**: N/A
**Status**: Notice of Relate Case (JCCP No. 5440) filed on July 23, 2026; coordination pending.