COOLEY LLP
Tiana Demas (*pro hac vice*)
Thomas P. Peabody (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com
tpeabody@cooley.com

Simona Agnolucci (246943)
Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com
sagnolucci@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |
| | Case No. 3:25-md-03166-RS |
| This document relates to:<br>ALL ACTIONS | **STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND DEADLINES RE: DEFENDANTS ROBLOX'S AND DISCORD'S MOTIONS TO COMPEL ARBITRATION** |
| | Judge Richard Seeborg |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants, Roblox Corporation ("Roblox") and Discord Inc. ("Discord") (collectively, "Defendants"), (Plaintiffs, Roblox, and Discord, collectively, the "Parties"), by and through their counsel of record or, in the case of Plaintiffs, through their court-appointed leadership counsel, hereby stipulate as follows:

WHEREAS, the Parties and the Court agreed at the August 24, 2026 case management conference to set the schedule related to briefing on Defendants' anticipated omnibus motions to compel arbitration ("MTCs"), as set forth below;

WHEREAS, the Court directed the Parties to submit a stipulation reflecting this revised schedule;

THEREFORE, the Parties hereby stipulate and agree to the following schedule:

| Event | Deadline |
|---|---|
| Roblox and Discord to Finalize Bellwether Substitution Selection | August 26, 2026 |
| Plaintiffs' Amended Bellwether Complaints for the Substitutions Due | September 1, 2026 |
| Roblox's and Discord's MTCs Due | September 22, 2026 |
| Plaintiffs' Oppositions to MTCs Due | October 27, 2026 |
| Roblox's and Discord's Reply Briefs Due | November 20, 2026 |

This Stipulation shall be binding upon all current parties to this MDL and, upon entry of the Court's Order below, shall have the force and effect of a court order applicable to all current and later-filed actions consolidated or coordinated in this MDL proceeding.

**IT IS SO STIPULATED.**

Dated: August 31, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Ambika Kumar*
Ambika Kumar

Attorneys for Defendant
DISCORD INC.

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLC**

*/s/ Bryan Aylstock*
Bryan Aylstock

Co-Lead Counsel for Plaintiffs

**GIRARD SHARP LLP**

*/s/ Sarah London*
Sarah London

Co-Lead Counsel for Plaintiffs

**ANAPOL WEISS**

*/s/ Alexandra Walsh*
Alexandra Walsh

Co-Lead Counsel for Plaintiffs

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 31, 2026

By: */s/ Tiana Demas*
Tiana Demas

340930077

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, the following deadlines are hereby ORDERED:

| Event | Deadline |
|---|---|
| Roblox and Discord to Finalize Bellwether Substitution Selection | August 26, 2026 |
| Plaintiffs' Amended Bellwether Complaints for the Substitutions Due | September 1, 2026 |
| Roblox's and Discord's MTCs Due | September 22, 2026 |
| Plaintiffs' Oppositions to MTCs Due | October 27, 2026 |
| Roblox's and Discord's Reply Briefs Due | November 20, 2026 |

As indicated at the August 24, 2026 case management conference, the hearing for Defendants' anticipated omnibus motions to compel arbitration will take place on January 13, 2027 at 9:30 am/~~pm~~].

Dated: August 31, 2026

HON. RICHARD SEEBORG
United States District Judge