# EXHIBIT A

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseudonym |
|---|---|---|---|---|
| 1 | AW-0015, et al v. Roblox Corporation, et al | 3:26-cv-06797-RS | AW-GAL-0015 | AW-0015 |
| 2 | AW-0016, et al v. Roblox Corporation, et al | 3:26-cv-08059-RS | AW-GAL-0016 | AW-0016 |
| 3 | AW-0017, et al v. Roblox Corporation, et al | 3:26-cv-07979-RS | AW-GAL-0017 | AW-0017 |
| 4 | AW-0018, et al v. Roblox Corporation, et al | 3:26-cv-08335-RS | AW-GAL-0018 | AW-0018 |
| 5 | DLG-GAL-0075 et al v. Roblox Corporation | 3:26-cv-08705-RS | DLG-GAL-0075 | DLG-0075 |
| 6 | DLG-GAL-0076 et al v. Roblox Corporation | 3:26-cv-08710-RS | DLG-GAL-0076 | DLG-0076 |
| 7 | GGH-0006, et al v. Roblox Corporation, et al | 3:26-cv-07875-RS | GGH-GAL-0006 | GGH-0006 |
| 8 | LLF-0001, et al v. Roblox Corporation, et al | 3:26-cv-08868-RS | LLF-GAL-0001 | LLF-0001 |