**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>JANE DOE L.B., as guardian of minor plaintiff, JOHN DOE L.B.,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | **Matter Relates to MDL No. 3166**<br><br>Case No.: 3:26-CV-01105-RS<br><br>**[PROPOSED] ORDER GRANTING SEEGER WEISS LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE L.B. AS GUARDIAN OF MINOR PLAINTIFF JOHN DOE L.B.** |

This matter comes before the Court on the Motion of Seeger Weiss LLP to withdraw as counsel for Jane Doe L.B. as guardian of Minor Plaintiff John Doe L.B. ("Plaintiff") in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. Seeger Weiss LLP's Motion is GRANTED. Seeger Weiss LLP, Bradley/Grombacher, LLP, and their respective attorneys of record are hereby withdrawn and terminated as counsel for Plaintiff.

2. Pursuant to Local Rule 11-5(b), Seeger Weiss LLP is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear pro se or counsel appear on their behalf.

IT IS SO ORDERED.

Dated: ________

_________________________________
Honorable Richard Seeborg
United States District Court Judge