# PROOF OF SERVICE

I certify that I am over the age of 18 years old and not a party to the within action; that my business address is 55 Challenger Road, 6th Floor, Ridgefield Park, NJ 07660; and that on this date I served a true copy of the document(s) in the action of MULTIDISTRICT LITIGATION NO. 3166, Northern District of California, entitled:

- **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE L.B. AS GUARDIAN OF MINOR PLAINTIFF JOHN DOE L.B.**
- **DECLARATION OF KILEY L. GROMBACHER ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL PLAINTIFF JANE DOE L.B. AS GUARDIAN OF MINOR PLAINTIFF JOHN DOE L.B.**
- **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR JANE DOE L.B. AS GUARDIAN OF MINOR PLAINTIFF JOHN DOE L.B.**

**X** **BY EMAIL:** My e-mail address is asiegel@seegerweiss.com and service of these documents occurred on the date shown below. This document is being served electronically, and the transmission was reported as complete and without error.

**X** **BY US MAIL**: I also certify that a copy of these documents were sent by mail to Plaintiff JANE DOE L.B. AS GUARDIAN OF MINOR PLAINTIFF JOHN DOE L.B.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California, on September 3, 2026.

[signature]
Audrey Siegel

**SERVICE LIST**

mdl3166serviceroblox@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

Counsel for Defendant Roblox Corporation