DREW A. WARREN (SBN 308389)
drew@blankenshiplaw.com
WILLIAM F. BLANKENSHIP III (*pro hac vice* forthcoming)
bill@blankenshiplaw.com
**BLANKENSHIP LAW FIRM**
3500 Maple Ave., Suite 1100
Dallas, TX 75219
Telephone: (214) 361-7500
Facsimile: (214) 361-7505

*Attorneys for Plaintiff and her proposed court-appointed guardian ad litem*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLF-0002, a minor, represented by her proposed court-appointed guardian *ad litem*, BLF-GAL-0002,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION; DISCORD INC.,<br><br>Defendants. | Case No.: 3:26-cv-06582<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BLF-0002, a minor, represented by her proposed court-appointed guardian *ad litem*, BLF-GAL-0002, hereby dismisses without prejudice the above-entitled action against Defendants Roblox Corporation and Discord Inc. with each party bearing their own costs.

Date: September 18, 2026

Respectfully submitted,

**BLANKENSHIP LAW FIRM**

By: */s/ Drew A. Warren*

Drew A. Warren (SBN 308389)
William F. Blankenship III*
3500 Maple Ave., Suite 1100
Dallas, TX 75219
Telephone: (214) 361-7500
Facsimile: (214) 361-7505
bill@blankenshiplaw.com
drew@blankenshiplaw.com

**Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Drew A. Warren, declare:

I am over the age of 18 and am not a party to this action. On September 18, 2026, I caused a true and correct copy of the foregoing Notice of Dismissal Without Prejudice to be served on the Defendants as follows:

**Roblox Corporation:** via email to MDL3166ServiceRoblox@cooley.com

**Discord Inc.:** via email to MDL3166-Service-Discord@dwt.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 18, 2026, at Dallas, Texas.

*/s/ Drew A. Warren*
Drew A. Warren