UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE L.B., as guardian of minor plaintiff, JOHN DOE L.B., Plaintiff, v. ROBLOX CORPORATION, Defendant. | **Matter Relates to MDL No. 3166** Case No. 3:26-CV-01105-RS **ORDER GRANTING MOTION TO WITHDRAW** |

Pursuant to Civil Local Rule 7-1(b), the unopposed motion of Plaintiff's counsel for leave to withdraw is suitable for disposition without oral argument. Good cause appearing, the motion is granted. Pursuant to Civil Local Rule 11-5(b), papers may continue to be served on counsel for forwarding purposes, unless and until Plaintiff appears by other counsel or pro se. Withdrawing counsel shall make all reasonable efforts to notify plaintiff of this provision.

The California Rules of Professional Conduct govern withdrawal. *See Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008). The Rules permit withdrawal if "the client… renders it unreasonably difficult for the lawyer to carry out the representation effectively." Cal. R. Prof'l Conduct, R. 1.16(a).

After filing the initial complaint in this matter, Counsel spoke to Plaintiff on April 10, 2026, and April 14, 2026. Since then, Counsel has been unable to reach Plaintiff, which has inhibited Counsel from taking necessary action on Plaintiff's behalf. This communication breakdown occurred despite Counsel's sixteen attempts to contact Plaintiff via phone call, text

United States District Court
Northern District of California

United States District Court
Northern District of California

message, email, and physical mail. Plaintiff's unresponsiveness "renders it unreasonably difficult," *id.*, for Counsel to advocate, making withdrawal appropriate. *See, e.g.*, *Federal Solutions Group, Inc. v. H2L1-CSC, JV*, No. 4:17-cv-05433-KAW, 2019 WL 4918256, at *2 (N.D. Cal. Oct. 4, 2019). Accordingly, if Plaintiff wishes to pursue this action, she must file a statement that she intends to represent herself, or new counsel must enter an appearance on her behalf, no later than October 15, 2026. If plaintiff fails to respond to this order, the case will be dismissed without prejudice, for failure to prosecute, without further notice.

**IT IS SO ORDERED**.

Dated: September 18, 2026

RICHARD SEEBORG
United States District Judge