Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>No. 3:25-cv-3520<br><br>No. 3:25-cv-10982<br><br>No. 3:25-cv-5753<br><br>No. 3:26-cv-810<br><br>No. 3:25-cv-10607<br><br>No. 3:25-cv-7291 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**DECLARATION OF XIANG LI IN SUPPORT OF DEFENDANT DISCORD INC.'S OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>[Omnibus Motion to Compel Arbitration and Stay Litigation and Declaration of Ben Robbins Filed Concurrently]<br><br>Hon. Richard Seeborg<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12 |

**DECLARATION OF XIANG LI**

I, Xiang Li, declare:

1. I am Of Counsel in the law firm Davis Wright Tremaine LLP and counsel for Defendant Discord Inc. I make this declaration based on my personal knowledge, a review of the files and records in this matter, and discussions with Discord staff.

2. As part of the process required by the Court's User Account Information Order, Dkt. No. 290, each plaintiff submitted a Plaintiff User Account Preservation Form to Discord, listing information that would aid Discord in locating any accounts registered to them, including their full name, date of birth, email addresses, or phone numbers that they may have used to create a Discord account, and any Discord IDs or usernames they recalled. Plaintiffs could also list the name and other identifying information of any third parties who opened accounts that Plaintiffs then used to access Discord or Roblox (*e.g.*, accounts opened by a parent).

3. Discord then searched its internal systems using the information on the User Account Preservation Form to identify all accounts on its platform associated with the Discord IDs and/or usernames, phone numbers, and email addresses provided, as well as potentially related accounts.

4. Using the information from the search, Discord provided a User Account Identification spreadsheet to each Plaintiff containing user data associated with each account identified as potentially belonging to them, including: the user ID, username(s), email addresses, phone numbers, date of birth, account creation date, account closure date (if applicable), IP history, last session date, and name associated.

5. Plaintiffs reviewed the accounts identified on the User Account Identification spreadsheet and the related data, and then submitted to Discord a signed Plaintiff User Account Confirmation and Consent Form identifying the Discord accounts that belong to them.

6. Discord then produced to each Plaintiff a User Account Data Download containing user data associated with each account identified as potentially belonging to them.

7. **Doe A (Case No. 3:25-cv-03520):** Doe A's date of birth, as listed on her Plaintiff User Account Preservation Form, is [redacted], 2007. She was therefore 18 years old when she created her most recent Discord account and accepted the most recent Terms of Service update. *See* Robbins Decl. ISO Discord's Omnibus Motion to Compel Arbitration Ex. A ("Appendix of Bellwether Plaintiffs' Account Information," hereinafter, "App.") at 1. Doe A's Plaintiff User Account Confirmation and Consent Form claimed the following usernames, which correspond with the following six Discord account user IDs:

| Username | User ID |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

8. **Doe B (Case No. 3:25-cv-10982):** Doe B's date of birth, as listed on his Plaintiff User Account Preservation Form, is [redacted], 2010. He was therefore 14 years old when he created his most recent Discord account and accepted the most recent Terms update. *See* App. at 1. Doe B's Plaintiff Account User Confirmation and Consent Form claimed the following usernames, which correspond with the following Discord account user IDs:

| Username | User ID |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

9. **Doe E (Case No. 3:25-cv-05753):** Doe E's date of birth, as listed on her Plaintiff User Account Preservation Form, is [redacted], 2011. She was therefore 13 years old when she created her most recent Discord account and 15 years old when she agreed to the most recent

Terms update. *See* App. at 2. Doe E's Plaintiff User Account Confirmation and Consent Form claimed the following usernames, which correspond with the following nine Discord account user IDs:

| **Username** | **User ID** |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

10. **Doe F (Case No. 3:26-cv-00810):** Doe F's date of birth, as listed on her Plaintiff User Account Preservation Form, is [redacted], 2010. She was therefore 12 years old when she created her most recent Discord account. *See* App. at 2. Doe F's Plaintiff Account User Confirmation and Consent Form claimed the following usernames, which correspond with the following Discord account user IDs:

| **Username** | **User ID** |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

11. **Doe G (Case No. 3:25-cv-10607):** Doe G's date of birth, as listed on her Plaintiff User Account Preservation Form, is [redacted], 2011. She was therefore 13 years old when she created her Discord account. *See* App. at 2. Doe G's Plaintiff Account User Confirmation and Consent Form claimed the following username, which corresponds with the following Discord account user ID:

| Username | User ID |
|---|---|
| [redacted] | [redacted] |

12. **Doe H (Case No. 3:25-cv-07291):** Doe H's date of birth, as listed on her Plaintiff User Account Preservation Form, is [redacted], 2013. She was therefore 9 years old when she created her Discord account. *See* App. at 2. Doe H's Plaintiff User Account Confirmation and Consent Form claimed the following username, which corresponds with the following Discord account user ID:

| Username | User ID |
|---|---|
| [redacted] | [redacted] |

Doe H's Plaintiff User Account Confirmation and Consent Form also listed [redacted] as one of Doe H's parents. His email address was listed as [redacted].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2026, in Seattle, Washington.

Xiang Li