Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>No. 3:25-cv-3520<br><br>No. 3:25-cv-10982<br><br>No. 3:25-cv-5753<br><br>No. 3:26-cv-810<br><br>No. 3:25-cv-10607<br><br>No. 3:25-cv-7291 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**DECLARATION OF BEN ROBBINS IN SUPPORT OF DEFENDANT DISCORD INC.'S OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>[Omnibus Motion to Compel Arbitration and Stay Litigation and Declaration of Xiang Li Filed Concurrently]<br><br>Hon. Richard Seeborg<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12 |

# DECLARATION OF BEN ROBBINS

I, Ben Robbins, declare:

1. ***Qualifications of Declarant***. I am the Principal eDiscovery Manager at Discord Inc., where I have worked since 2025. I make this declaration based on my personal knowledge and experience, discussions with personnel within Discord, and Discord's records kept in the ordinary course of business. I am over the age of eighteen and am competent to testify as to the matters set forth below.

2. ***Creating a Discord Account.*** At all times since at least 2020, a user was required to create an account to access Discord. A user may create an account using Discord's desktop app, Discord's website, or Discord's mobile app for Android or iOS. Discord maintains records about which of those methods was used in the ordinary course of business.

3. ***How Discord Collects User Age Information.*** Since at least 2020, Discord's standard account creation flow has asked users to enter a date of birth. If the user enters a date of birth indicating that s/he is under 13 years old, Discord's system blocks account creation. Users must be at least 13 to use Discord. If the user enters a date of birth indicating that s/he is between 13 and 17 years old, Discord's system permits account creation and stores the reported month and year of birth in the user account. Discord uses this stored month and year of birth to determine whether the user may access age-restricted content on the platform. If the user enters a date of birth indicating that s/he is 18 years old or older, Discord permits account creation and does not store the reported month and year of birth in the user's account record.

## Plaintiffs' Discord Accounts

4. I understand that Plaintiffs provided Discord with information to aid in locating their Discord accounts, as required by the Court's User Account Information Order process. After receiving that information, including the email addresses or phone numbers that Plaintiffs may have used to register their Discord accounts and any potential Discord IDs or usernames, I searched Discord's business records for all potential Plaintiff accounts.

5. Discord maintains session logs in the ordinary course of business. Session logs show when a Discord account was created, what method was used to create it, and any email address, phone number, and user ID associated with the account. Session logs also detail the date and time of sessions in which a user was logged into their Discord account. Finally, as explained above, the session logs reflect whether a user entered a date of birth indicating that s/he was 18 years old or older or between 13 and 17 years old.

6. A chart listing the username(s), account user ID, account creation date and method, account registration date, dates of assent to Terms of Service updates, applicable Terms of Service accepted, latest account activity date, and date of birth stored in the user account record for each of the accounts corresponding with the usernames that Plaintiffs claimed in the User Account Information Order process (which is detailed in the concurrently-filed Declaration of Xiang Li in Support of Discord Inc.'s Omnibus Motion to Compel Arbitration and Stay Litigation) is attached as **Exhibit A**.

a) **Account Creation and Registration:** Discord's system records the date on which a user creates and registers their account. In general, Discord records an "account creation" when the user is presented with a notice stating, "By registering, you agree to Discord's Terms of Service and Privacy Policy" (or a materially identical notice) and clicks the corresponding action button to create the account. Discord considers the account "registered" once the user completes the remaining registration steps that are needed to enable access to the account. Additional registration steps include, for example, entering a date of birth (if not already prompted) and verifying the email address associated with the account. The account creation and registration dates are typically the same, but in some instances, a user may create an account but complete registration later. The account creation and registration date for each Plaintiff account is listed in **Exhibit A**.

b) **Usernames:** Each registered Discord account is associated with a unique user ID. Upon registering an account, a user also selects a username. A user may later

change that username (and do so multiple times), meaning that multiple usernames can be associated with a single user ID.

c) **Date of Birth Stored in User Account Record:** As explained in paragraph 3 above, when a user enters a date of birth indicating that they are 18 years old or older, Discord does not store the reported month and year of birth in the user's account record. The column titled "Date of Birth Stored in User Account Record" in **Exhibit A** reflects the information the user entered at account registration. Where the date of birth stored is listed as "None," that means the user entered a date of birth indicating they were 18 or older, and no date of birth was stored with the user account record. For accounts where the date of birth entered indicated the user was between 13 and 17 years old, the system stored the reported month and year of birth, but replaced the reported *day* of birth with a default value (1) to protect user privacy.

7. For the email address [redacted] I searched Discord's business records for all potential accounts corresponding with this email address and located a Discord account with the following Discord usernames and user ID:

Usernames: [redacted]

User ID: [redacted]

**<u>Account Creation By the Discord App for iOS or Android</u>**

8. Users have the option to create a Discord account using Discord's mobile app for iOS or Android. Between January 20, 2021, and April 20, 2025, as well as May 6, 2025, to mid-

June 2025, users creating Discord accounts using either iOS or Android were presented with a screen identical or nearly identical to the following:




9. From mid-June 2025 through the present, users creating Discord accounts using iOS or Android were presented with a screen identical or nearly identical to the following:




As shown above, users had to click a button labeled "Create an account" or "Create Account" immediately above a notice stating that "By registering, you agree to Discord's Terms of Service and Privacy Policy" or "By clicking 'Create Account,' you agree to Discord's Terms of Service and Privacy Policy." In each instance, the phrases "Terms of Service" and "Privacy Policy" were set off in blue text, indicating they were hyperlinks that, when clicked, displayed the full terms. Users could not create an account through this process without clicking the "Create an account" or "Create Account" button.

## Account Creation By Discord's Website

10. Since at least January 2023, there were, and still are, two ways for a user to create a Discord account using Discord's website. True and correct copies of the two versions of the web browser account creation page as they appeared for users located in the United States in January 2023 are attached as **Exhibit B** and **Exhibit C**.

11. *First*, as **Exhibit B** shows, after clicking a button on Discord's home page at https://discord.com inviting users to "Open Discord in Your Browser," the user was brought to an account registration page, identical or nearly identical to the following:




On this page, Discord displayed a notice explaining that "By registering, you agree to Discord's Terms of Service and Privacy Policy." The notice appeared immediately below an arrow button that users had to click to register. The phrases "Terms of Service" and "Privacy Policy" were underlined, in contrast to the other language in the notice, indicating they were hyperlinks through which registrants could access and review the full text. Users could not register their account without clicking the arrow button right above this notice.

12. *Second*, as **Exhibit C** shows, users could create a Discord account through Discord's registration page at https://discord.com/register. Users were presented a page identical or nearly identical to the following:




On this page, users had to check the box next to text indicating "I have read and agree to Discord's Terms of Service and Privacy Policy." The phrases "Terms of Service" and "Privacy Policy" were set off in blue text, indicating they were hyperlinks. *Id.* Users could not create an account through this process without first checking the box and clicking the "Continue" button to indicate they agreed to Discord's Terms.

**Account Creation By the Discord App for Desktop**

13. A user creating a Discord account using the Discord desktop app in May 2025 was presented with a screen identical or nearly identical to the following:




As shown above, users had to click the button labeled "Create Account" immediately below a notice stating that by clicking the button, "you agree to Discord's Terms of Service and have read the Privacy Policy." The phrases "Terms of Service" and "Privacy Policy," each in blue font, contained hyperlinks that enabled users to view the full terms with one click. And users could not create an account through this process without clicking "Create Account."

14. ***Terms of Service***. Discord makes periodic updates to its Terms of Service. True and correct copies of the Terms of Service in effect beginning in May 2020 are attached with the following exhibit letters and effective dates:

**Exhibit D**[1]: May 7, 2020 – March 27, 2022 ("2020 Terms")

**Exhibit E**[2]: March 28, 2022 – March 26, 2023 ("2022 Terms")

**Exhibit F**[3]: March 27, 2023 – April 14, 2024 ("2023 Terms")

**Exhibit G**[4]: April 15, 2024 – September 28, 2025 ("2024 Terms")

---

[1] Available at https://discord.com/terms/terms-of-service-may-2020.
[2] Available at https://discord.com/terms/terms-of-service-march-2022.
[3] Available at https://discord.com/terms/terms-of-service-march-2023.
[4] Available at https://discord.com/terms/terms-of-service-april-2024.

**Exhibit H**[5]: September 29, 2025 to present ("2025 Terms")

15. ***Community Guidelines.*** Discord's Terms of Service incorporate Discord's Community Guidelines, which explain that certain types of activities are prohibited on Discord. True and correct copies of the Community Guidelines in effect beginning in May 2020 are attached with the following exhibit letters and effective dates:

**Exhibit I**[6]: May 7, 2020 – March 27, 2022

**Exhibit J**[7]**:** March 28, 2022 – March 26, 2023

**Exhibit K**[8]**:** March 27, 2023 – April 14, 2024

**Exhibit L**[9]**:** April 15, 2024 – September 28, 2025

**Exhibit M**[10]: September 29, 2025 to present

16. Discord generally provides users with notice of updates before the updates take effect. When Discord updated its Terms in 2024 and 2025, Discord presented users with a screen that provided notice of the updated Terms of Service and required users to click an "Agree" button, identical or nearly identical to the following:




[5] Available at https://discord.com/terms.
[6] Available at https://discord.com/terms/guidelines-may-2020.
[7] Available at https://discord.com/terms/guidelines-march-2022.
[8] Available at https://discord.com/terms/guidelines-march-2023.
[9] Available at https://discord.com/terms/guidelines-april-2024.
[10] Available at https://discord.com/guidelines.

Immediately above the "Agree" button, the notice stated: "By clicking Agree, you acknowledge that you agree to Discord's Terms of Service and have read our Privacy Policy." The notice provided a hyperlink, in blue font, to the "Terms of Service" that, when clicked, displayed the full terms. Users could not continue using Discord without first clicking "Agree" on this page.

17. Discord maintains logs of users' assents to Terms updates in the ordinary course of business. The dates on which each Plaintiff assented to updated Terms, if applicable, are listed in **Exhibit A**.

18. ***No Opt-Out of Arbitration Agreement***. I understand that Discord's records (current through September 16, 2026) show that Discord has not received written notice from the email addresses associated with the user accounts listed in **Exhibit A** opting out of the arbitration agreement contained in any version of the Terms of Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2026, in San Francisco, California.

Signed by:
Ben Robbins
1B95C8B3BB574C2...

Ben Robbins

# EXHIBIT A

## Appendix of Bellwether Plaintiffs' Account Information

| Doe | Username(s) | Account User ID | Account Creation Date | Account Registration Date | Account Creation Method | Dates of Terms Update Assents | Terms Accepted | Post-Complaint Use (Latest Date) | Date of Birth Stored in User Account Record |
|---|---|---|---|---|---|---|---|---|---|
| A | [redacted] | [redacted] | 1/20/2021 | 1/20/2021 | Android | N/A | 2020 | N/A | None |
| A | [redacted] | [redacted] | 8/26/2022 | 8/26/2022 | Android | 4/15/2024<br>9/29/2025 | 2022<br>2024<br>2025 | 9/11/2026 | [redacted]2007 |
| A | [redacted] | [redacted] | 10/8/2024 | 10/23/2024 | Android | N/A | 2024 | N/A | [redacted]/2009 |
| A | [redacted] | [redacted] | 5/2/2025 | 5/2/2025 | Desktop | N/A | 2024 | 9/9/2025 | None |
| A | [redacted] | [redacted] | 5/16/2025 | 5/16/2025 | Android | N/A | 2024 | 3/7/2026 | [redacted]/2008 |
| A | [redacted] | [redacted] | 9/9/2025 | 9/9/2025 | Android | N/A | 2024 | 9/9/2025 | None |
| B | [redacted] | [redacted] | 2/14/2023 | 2/16/2023 | iOS | N/A | 2022 | N/A | None |
| B | [redacted] | [redacted] | 9/5/2023 | 9/5/2023 | iOS | 4/15/2024<br>9/29/2025 | 2023<br>2024<br>2025 | 9/10/2026 | [redacted]2007 |
| B | [redacted] | [redacted] | 10/1/2025 | 10/2/2025 | Android | N/A | 2025 | 10/2/2025 | None |
| E | [redacted] | [redacted] | 4/12/2022 | 4/12/2022 | Android | N/A | 2022 | N/A | None |
| E | [redacted] | [redacted] | 7/10/2022 | 7/10/2022 | Android | N/A | 2022 | 10/17/2025 | None |
| E | [redacted] | [redacted] | 10/23/2022 | 10/23/2022 | iOS | N/A | 2022 | N/A | None |
| E | [redacted] | [redacted] | 11/2/2022 | 11/2/2022 | Android | 4/27/2024 | 2022<br>2024 | N/A | None |

| Doe | Username(s) | Account User ID | Account Creation Date | Account Registration Date | Account Creation Method | Dates of Terms Update Assents | Terms Accepted | Post-Complaint Use (Latest Date) | Date of Birth Stored in User Account Record |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 8/27/2026 | 2025 | | |
| E | [redacted] | [redacted] | 11/23/2022 | 11/23/2022 | Android | N/A | 2022 | N/A | None |
| E | [redacted] | [redacted] | 11/29/2022 | 3/26/2023 | iOS | 4/16/2024 | 2022<br>2024 | N/A | None |
| E | [redacted] | [redacted] | 3/2/2024 | 3/2/2024 | iOS | N/A | 2023 | N/A | [redacted] 2006 |
| E | [redacted] | [redacted] | 7/3/2024 | 7/3/2024 | iOS | 10/11/2025 | 2024<br>2025 | 1/9/2026 | None |
| E | [redacted] | [redacted] | 9/4/2024 | 9/4/2024 | Android | N/A | 2024 | N/A | None |
| F | [redacted] | [redacted] | 6/1/2021 | 5/31/2021 | iOS | N/A | 2020 | N/A | None |
| F | [redacted] | [redacted] | 5/24/2022 | 5/23/2022 | iOS | N/A | 2022 | N/A | None |
| F | [redacted] | [redacted] | 1/2/2023 | 1/2/2023 | Website | N/A | 2022 | N/A | None |
| G | [redacted] | [redacted] | 1/27/2025 | 1/27/2025 | iOS | N/A | 2024 | N/A | [redacted] 2011 |
| H | [redacted] | [redacted] | 9/3/2022 | 9/3/2022 | Android | N/A | 2022 | N/A | None |

# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20230102001557/https://discord.com/

Discord

Login

# IMAGINE A PLACE...

...where you can belong to a school club, a gaming group, or a worldwide art community. Where just you and a handful of friends can spend time together. A place that makes it easy to talk every day and hang out more often.

Enter a username

By registering, you agree to Discord's Terms of Service and Privacy Policy.






# Create an invite-only place where you belong

Discord servers are organized into topic-based channels where you can collaborate, share, and just talk about your day without clogging up a group chat.

## Ready to start your journey?

Download for Windows

IMAGINE A PLACE

English, USA

Product

Download

Nitro

Status

Company

About

Jobs

Branding

Newsroom

Resources

- College
- Support
- Safety
- Blog
- Feedback
- Developers
- StreamKit
- Creators

Policies

- Terms
- Privacy
- Cookie Settings
- Guidelines
- Acknowledgements
- Licenses
- Moderation

Discord

Sign up

# EXHIBIT C

# Create an account

EMAIL

USERNAME

PASSWORD

DATE OF BIRTH

Month Day Year

I have read and agree to Discord's Terms of Service and Privacy Policy.

Continue

Already have an account?



# EXHIBIT D

Archived Versions

# DISCORD TERMS OF SERVICE

## Last modified: May 7, 2020.

Editor's Note: This version of our Terms of Service is out of date as of March 28, 2022.
Please see our current Terms here.

IMPORTANT NOTICE: THESE TERMS OF SERVICE CONTAIN A BINDING ARBITRATION PROVISION AND CLASS ACTION WAIVER. IT AFFECTS YOUR LEGAL RIGHTS AS DETAILED IN THE DISPUTE RESOLUTION AND CLASS ACTION WAIVER SECTION BELOW. PLEASE READ CAREFULLY.

# INTRODUCTION AND ACCEPTING THE TERMS

Welcome to Discord! These Terms of Service ("Terms"), which include and hereby incorporate the Privacy Policy at https://discord.com/privacy ("Privacy Policy"), are a legal agreement between Discord Inc. and its related companies (the "Company," "us," "our," or "we") and you ("you" or "your"). By using or accessing the Discord application (the "App") or the website located at https://discord.com (the "Site"), which are collectively referred to as the "Service," you agree (i) that you are 13 years of age and the minimum age of digital consent in your country, (ii) if you are the age of majority in your jurisdiction or over, that you have read, understood, and accept to be bound by the Terms, and (iii) if you are between 13 (or the minimum age of digital consent, as applicable) and the age of majority in your jurisdiction, that your legal guardian has reviewed and agrees to these Terms.

The Company reserves the right to update these Terms, which we may do for reasons that include, but are not limited to, complying with changes to the law or reflecting enhancements to Discord. If the changes affect your usage of Discord or your legal rights, we'll notify you no less than seven days before the changes take effect. Unless we state otherwise, your continued use of the Service after we post modifications will constitute your acceptance of and agreement to those changes. If you object to the changes, your recourse shall be to cease using the Service.

# RIGHTS TO USE THE SERVICE

The Service provides a chat and social platform. The Service may allow you to participate in public and private chat rooms and to utilize messaging features to communicate with other users of the Service. The Service may also allow you to access certain software and/or other content that is available to purchase from the Company. Subject to your compliance with these Terms, the Company grants you a limited, revocable, non-exclusive, non-transferable, non-sublicensable license to use and access the Service. You agree not to (and not to attempt to) (i) use the Service for any use or purpose other than as expressly permitted by these Terms;(ii) copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publicly

private chat rooms and to utilize messaging features to communicate with other users of the Service. The Service may also allow you to access certain software and/or other content that is available to purchase from the Company. Subject to your compliance with these Terms, the Company grants you a limited, revocable, non-exclusive, non-transferable, non-sublicensable license to use and access the Service. You agree not to (and not to attempt to) (i) use the Service for any use or purpose other than as expressly permitted by these Terms;(ii) copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publicly display, publicly perform, transmit, stream, broadcast, attempt to discover any source code, reverse engineer, decompile, disassemble, or otherwise exploit the Service or any portion of the Service, except as expressly permitted in these Terms; or (iii) use data mining, robots, spiders, or similar data gathering and extraction tools on the Service. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by the Company or its licensors, except for the permissions and rights expressly granted in these Terms.



The Company reserves the right to modify or discontinue, temporarily or permanently, the Service (or any part thereof) with or without notice. The Company reserves the right to refuse any user access to the Services without notice for any reason, including but not limited to a violation of the Terms. If you violate these Terms, the Company reserves the right to issue you a warning regarding the violation or immediately terminate or suspend any or all Accounts you have created using the Service. You agree that the Company need not provide you notice before terminating or suspending your Account(s), but it may do so.

# YOUR ACCOUNT

You are responsible for your log-in credentials and for any activity resulting from the use of your log-in credentials or other activity on your account (“Account”) on the Service. Upon launching the App or the Service, if you do not already have an Account, you will be prompted to create one by providing a username and in some cases a password. You may also be required to provide a valid email address or other information to access or utilize certain applications or features. You represent and warrant that the information you provide to us upon registration and at all other times will be true, accurate, current, and complete. We reserve the right to reject any username or to terminate your username or prevent use of a username in our sole discretion, and without any liability to you. You understand and agree that other users of the Service may have the same username as you, however, users will be differentiated by a number identifier that may or may not be visible to you or other users. You will ensure that your e-mail address is kept accurate and up-to-date at all times. If we allow you to use the App without creating an Account (e.g., if we make available a single-session use feature), any username you select for use in connection with the App will be available for other users after your session ends. You are responsible for maintaining the confidentiality of your log-in credentials and are fully responsible for all activities that occur through the use of your credentials or otherwise on your Account. You agree to notify us immediately if you believe the confidentiality of your log-in credentials has been compromised or if you suspect unauthorized use of your Account. You agree that we will not be liable for any loss or damage arising from unauthorized use of your credentials.

# COMMUNICATIONS

You agree to receive communications from us electronically, such as email, text, or mobile push notices, or notices and messages on the Service. For any direct marketing messages, we will ensure that we obtain your consent first, and also make it easy for you to opt out — we don’t want to send you messages you don’t want.

By using the Service or providing information to us, you agree that we may communicate with you electronically regarding security, privacy, and administrative issues relating to your use of the Service, and that all agreements, notices, disclosures, and other communications that Discord provides to you electronically satisfy any legal requirements that such communications be in writing.

You may use the Service to send messages to other users of the Service. You agree that your use of the Service will not include sending unsolicited marketing messages or broadcasts (i.e., spam). We may utilize a variety of

By using the Service or providing information to us, you agree that we may communicate with you electronically regarding security, privacy, and administrative issues relating to your use of the Service, and that all agreements, notices, disclosures, and other communications that Discord provides to you electronically satisfy any legal requirements that such communications be in writing.

You may use the Service to send messages to other users of the Service. You agree that your use of the Service will not include sending unsolicited marketing messages or broadcasts (i.e., spam). We may utilize a variety of means to block spammers and abusers from using the Service. If you believe spam originated from the Service, please email us immediately at support@discord.com.

# INTELLECTUAL PROPERTY RIGHTS

All rights, title and interest in and to all materials that are part of the Service (including, but not limited to, designs, text, graphics, pictures, video, information, applications, software, music, sound and other files, and their selection and arrangement), except for Your Content, collectively referred to as the "Service Materials," are, as between the Company and you, owned by the Company and/or its third party licensors. You acknowledge and agree that you shall not acquire any ownership rights whatsoever by downloading Service Materials or by purchasing any Virtual Currency or Virtual Goods (each as defined below). You agree that you shall not modify, copy, distribute, frame, reproduce, republish, download, scrape, display, post, transmit, or sell in any form or by any means, in whole or in part, or otherwise exploit the Service Materials without our express prior written permission. You acknowledge that you do not acquire any ownership rights by using the Service or by accessing any Service Materials posted on the Service by the Company, or any derivative works thereof. All rights not expressly granted by these Terms are reserved by the Company and its licensors, and no license is granted hereunder by estoppel, implication or otherwise.

# YOUR CONTENT

Any data, text, graphics, photographs and their selection and arrangement, and any other materials uploaded to the Service by you is "Your Content." You represent and warrant that Your Content is original to you and that you exclusively own the rights to such content, including the right to grant all of the rights and licenses in these Terms without the Company incurring any third party obligations or liability arising out of its exercise of such rights and licenses. All of Your Content is your sole responsibility and the Company is not responsible for any material that you upload, post, or otherwise make available. By uploading, distributing, transmitting or otherwise using Your Content with the Service, you grant to us a perpetual, nonexclusive, transferable, royalty-free, sublicensable, and worldwide license to use, host, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform, and display Your Content in connection with operating and providing the Service. The Company does not guarantee the accuracy, quality, or integrity of any user content posted. By using the Service, you acknowledge and accept that you may be exposed to material you find offensive or objectionable. You agree that the Company will not under any circumstances be liable for any user content, including, but not limited to, errors in any user content, or any loss or damage incurred by use of user content. The Company reserves the right to remove and permanently delete Your Content from the Service with or without notice for any reason or no reason. You may notify the Company of any user content that you believe violates these Terms, or other inappropriate user behavior, by emailing abuse@discord.com.

# RULES OF CONDUCT AND USAGE

The Service provides communication channels such as forums, communities, or chat areas ("Communication Channels") designed to enable you to communicate with other Service users. The Company has no obligation to monitor these communication channels but it may do so in connection with providing the Service. The Company may also terminate or suspend your access to any Communication Channels at any time, without notice, for any reason. You acknowledge that any user content (including without limitation chats, postings, or materials posted by users) on the Communication Channels is neither endorsed nor controlled by us. The

The Service provides communication channels such as forums, communities, or chat areas ("Communication Channels") designed to enable you to communicate with other Service users. The Company has no obligation to monitor these communication channels but it may do so in connection with providing the Service. The Company may also terminate or suspend your access to any Communication Channels at any time, without notice, for any reason. You acknowledge that any user content (including without limitation chats, postings, or materials posted by users) on the Communication Channels is neither endorsed nor controlled by us. The Company will not under any circumstances be liable for any activity within Communication Channels. The Company is not responsible for information that you choose to share on the Communication Channels, or for the actions of other users. As a condition of your use of the Service, and without limiting your other obligations under these Terms, you agree to comply with the restrictions and rules of use set forth in these Terms and our Community Guidelines as well as any additional restrictions or rules (such as application-specific rules) set forth in the Service. As an example, you agree not to use the Service in order to:

- post, upload, transmit or otherwise disseminate information that is objectionable as outlined in our Community Guidelines;
- defame, libel, ridicule, mock, stalk, threaten, harass, intimidate or abuse anyone;
- engage in conduct that is fraudulent or illegal or otherwise harmful to Discord or any other user;
- upload or transmit (or attempt to upload or transmit) files that contain viruses, Trojan horses, worms, time bombs, cancelbots, corrupted files or data, or any other similar software or programs or engage in any other activity that may damage the operation of the Service or other users' computers;
- violate the contractual, personal, intellectual property or other rights of any party including using, uploading, transmitting, distributing, or otherwise making available any information made available through the Service in any manner that infringes any copyright, trademark, patent, trade secret, or other right of any party (including rights of privacy or publicity);
- attempt to obtain passwords or other private information from other members;
- improperly use support channels or complaint buttons to make false reports to us;
- develop, distribute, or publicly inform other members of "auto" software programs, "macro" software programs or other "cheat utility" software program or applications in violation of the applicable license agreements; or
- exploit, distribute or publicly inform other members of any game error, miscue or bug which gives an unintended advantage; violate any applicable laws or regulations; or promote or encourage illegal activity including, but not limited to, hacking, cracking or distribution of counterfeit software, compromised accounts, or cheats or hacks for the Service.

These rules of use are not meant to be exhaustive, and we reserve the right to determine what conduct we consider to be a violation of the Terms, Community Guidelines or improper use of the Service and to take action including termination of your Account and exclusion from further participation in the Service.

# FEEDBACK

We appreciate hearing from our users and welcome your comments regarding the Service. If you choose to provide feedback, comments or suggestions for improvements to the Service or otherwise (in written or oral form) ("Feedback"), you represent and warrant that (a) you have the right to disclose the Feedback, (b) the Feedback does not violate the rights of any other person or entity, and (c) your Feedback does not contain the confidential or proprietary information of any third party or parties.

By sending us any Feedback, you further (i) agree that we are under no obligation of confidentiality, express or implied, with respect to the Feedback, (ii) acknowledge that we may have something similar to the Feedback already under consideration or in development, (iii) grant us an irrevocable, non-exclusive, royalty-free, perpetual, worldwide license to use, modify, prepare derivative works from, publish, distribute and sublicense the Feedback, and (iv) irrevocably waive, and cause to be waived, against Discord and its users any

By sending us any Feedback, you further (i) agree that we are under no obligation of confidentiality, express or implied, with respect to the Feedback, (ii) acknowledge that we may have something similar to the Feedback already under consideration or in development, (iii) grant us an irrevocable, non-exclusive, royalty-free, perpetual, worldwide license to use, modify, prepare derivative works from, publish, distribute and sublicense the Feedback, and (iv) irrevocably waive, and cause to be waived, against Discord and its users any claims and assertions of any moral rights contained in such Feedback. This Feedback section shall survive any termination of your account or the Services.

All rights in this section are granted without the need for additional compensation of any sort to you.

# THIRD-PARTY CONTENT

We use third-party services to help us provide the Service, but such use does not indicate that we endorse them or are responsible or liable for their actions. In addition, the Service may link to third-party websites to facilitate its provision of services to you. If you use these links, you will leave the Service. Please note that your use of such third-party services will be governed by the terms and privacy policy applicable to the corresponding third party. Some of these third-party websites may use Service Materials under license from us. We are not responsible for nor do we endorse these third-party websites or the organizations sponsoring such third-party websites or their products or services, whether or not we are affiliated with such third-party websites. You agree that we are not responsible or liable for any loss or damage of any sort incurred as a result of any such dealings you may have on or through a third-party website or as a result of the presence of any third-party advertising on the Service.

# USER DISPUTES

You are solely responsible for your interaction with other users of the Service and other parties that you come in contact with through the Service. The Company hereby disclaims any and all liability to you or any third party relating to your use of the Service. The Company reserves the right, but has no obligation, to manage disputes between you and other users of the Service.

# COPYRIGHT

**Copyright Complaints.** The Company respects the intellectual property of others, and we ask our users to do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, or that your intellectual property rights have been otherwise violated, you should notify the Company of your infringement claim in accordance with the procedure set forth below. The Company will process and investigate notices of alleged infringement and will take appropriate actions under the Digital Millennium Copyright Act ("DMCA") and other applicable intellectual property laws with respect to any alleged or actual infringement. A notification of claimed copyright infringement should be emailed to the Company's Copyright Agent at copyright@discord.com (Subject line: "DMCA Takedown Request"). You may also contact us by mail at: Discord, Attention: DMCA Takedown Request, 444 De Haro Street #200, San Francisco, CA 94107. To be effective, the notification must be in writing and contain the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;
- a description of the copyrighted work or other intellectual property that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service, with enough detail that we may find it on the Service;
- your address, telephone number, and email address;

or other intellectual property interest;

- a description of the copyrighted work or other intellectual property that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Service, with enough detail that we may find it on the Service;
- your address, telephone number, and email address;
- a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright or intellectual property owner, its agent, or the law;
- a statement by you, made under penalty of perjury, that the above information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

If you submit a notice of infringement that knowingly materially misrepresents that any Content, information, or communication on the Services is infringing upon a copyright, you may be held liable for damages and attorneys' fees.

**Counter-Notice**. If you believe that Your Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to upload and use the content in Your Content, you may send a written counter-notice containing the following information to the Copyright Agent:

- your physical or electronic signature;
- identification of the content that has been removed or to which access has been disabled and the location at which the content appeared before it was removed or disabled;
- a statement that you have a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the content; and
- your name, address, telephone number, and email address, a statement that you consent to the jurisdiction of the federal court located within the Northern District of California and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Copyright Agent, the Company will send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at our sole discretion.

**Repeat Infringer Policy**. In accordance with the DMCA and other applicable law, the Company has adopted a policy of terminating, in appropriate circumstances and at the Company's sole discretion, users who are deemed to be repeat infringers. The Company may also at its sole discretion limit access to the Service and/or terminate the memberships of any users who infringe any intellectual property rights of others, whether or not there is any repeat infringement.

# TERMINATION

You may terminate your Account at any time and for any reason by deleting your account through the User Settings page in the application . The Company may terminate your Account and your access to the Service (or, at the Company's sole option, applicable portions of the Service) at any time and for any reason. The Company is not required to provide you with any notice or warning prior to any such termination. You may, as the result of termination, lose your Account and all information and data associated therewith, including without limitation your Virtual Currency and Virtual Goods, as applicable, and the Company is under no obligation to compensate you for any such loss.

# DISCLAIMER OF WARRANTY

Company is not required to provide you with any notice or warning prior to any such termination. You may, as the result of termination, lose your Account and all information and data associated therewith, including without limitation your Virtual Currency and Virtual Goods, as applicable, and the Company is under no obligation to compensate you for any such loss.

# DISCLAIMER OF WARRANTY

THE SERVICES AND THE SERVICE MATERIALS ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT. YOUR USE OF THE SERVICES IS AT YOUR SOLE RISK. IN ADDITION, WHILE THE COMPANY ATTEMPTS TO PROVIDE A GOOD USER EXPERIENCE, WE CANNOT AND DO NOT REPRESENT OR WARRANT THAT THE SERVICES WILL ALWAYS BE SECURE OR ERROR-FREE OR THAT THE SERVICES WILL ALWAYS FUNCTION WITHOUT DELAYS, DISRUPTIONS, OR IMPERFECTIONS. THE FOREGOING DISCLAIMERS SHALL APPLY TO THE EXTENT PERMITTED BY APPLICABLE LAW.

# LIMITATION OF LIABILITY

TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT WILL THE COMPANY, BE LIABLE TO YOU OR TO ANY THIRD PERSON FOR ANY CONSEQUENTIAL, INCIDENTAL, SPECIAL, PUNITIVE OR OTHER INDIRECT DAMAGES, INCLUDING ANY LOST PROFITS OR LOST DATA, ARISING FROM YOUR USE OF THE SERVICE OR OTHER MATERIALS ON, ACCESSED THROUGH OR DOWNLOADED FROM THE SERVICE, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF THESE DAMAGES.THE COMPANY SHALL NOT BE LIABLE TO YOU FOR MORE THAN THE GREATER OF (A) THE AMOUNT YOU HAVE PAID TO US IN ACCORDANCE WITH THESE TERMS IN THE THREE ③ MONTHS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT A CLAIM OR (B) $100. THE LIMITATIONS AND DISCLAIMERS IN THESE TERMS DO NOT PURPORT TO LIMIT LIABILITY OR ALTER RIGHTS THAT CANNOT BE EXCLUDED UNDER APPLICABLE LAW. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, WHICH MEANS THAT SOME OF THE ABOVE DISCLAIMERS AND LIMITATIONS MAY NOT APPLY TO YOU. IN THESE JURISDICTIONS, DISCORD'S LIABILITY WILL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

You specifically acknowledge that the Company shall not be liable for user content, including without limitation Your Content, or the defamatory, offensive, or illegal conduct of any third party and that the risk of harm or damage from the foregoing rests entirely with you.

# INDEMNIFICATION

You agree to indemnify and hold the Company, harmless from and against any loss, liability, claim, demand, damages, costs and expenses, including reasonable attorney's fees, arising out of or in connection with (i) your use of and access to the Service; (ii) your violation of any term of these Terms; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right or any third party agreement; or (iv) any of Your Content or information in your Account or any other information you post or share on or through the Service. As used in this section, "you" shall include anyone accessing the Service using your password

# VIRTUAL CURRENCIES, VIRTUAL GOODS, AND TERMS OF SALE

# VIRTUAL CURRENCIES, VIRTUAL GOODS, AND TERMS OF SALE

We will not charge you a fee to use the basic functionality of the Service, but fees may be charged for certain products and services. For additional terms regarding our Nitro subscription service, please see the "Nitro Subscriptions" section below.

The Service may include an opportunity to obtain virtual currency ("Virtual Currency") or virtual goods ("Virtual Goods") that may require you to pay a fee using legal tender (that is, "real money") to obtain the Virtual Currency or Virtual Goods. Your purchase of Virtual Currency is final and is not refundable, exchangeable, transferable, except in the Company's or the platform provider's sole discretion. You may not purchase, sell, or exchange Virtual Currency outside the Service. Doing so is a violation of the Terms and may result in termination of your Account with the Service and/or legal action. The Company retains the right to modify, manage, control and/or eliminate Virtual Currency and/or Virtual Goods at its sole discretion. Prices and availability of Virtual Goods are subject to change without notice. We shall have no liability to you or any third party for the exercise of such rights. You shall have a limited, personal, non-transferable, non-sublicensable permission to use solely within the Service Virtual Goods and Virtual Currency that you have earned, purchased or otherwise obtained in a manner authorized by the Company. You have no other right, title or interest in or to any such Virtual Goods or Virtual Currency appearing or originating in the Service.

**Product Descriptions**. We try to make the Service thorough, accurate, and helpful to our customers. Nonetheless, there may be times when certain information contained on the Service may be incorrect, incomplete, or inaccurate, or appear inaccurate because of the browser, hardware, software, or other technology that you use. Discord reserves the right, with or without prior notice, to: change descriptions or references to products and/or services; limit the available quantity of any product or service; honor, or refuse to honor, any coupon, coupon code, promotional code or other similar promotions; and/or refuse to provide any visitor to, or use of the Service with any product or service.

**Availability and Pricing.** Though we try to honor all purchase requests, availability cannot always be guaranteed. When an item is not available and cannot be replenished — for example, if we offer a limited promotion — we will attempt to remove the item from the Service in a timely manner but make no guarantees in this regard. We may occasionally make errors in the stated prices on the Service. If a product's correct price is higher than the listed price, we will either confirm that we'll provide the item at the price listed or cancel your order and notify you of such cancellation.

**Payments**. We accept major credit cards, certain debit cards, PayPal, and/or such other payment methods we may make available to you from time-to-time through our Service, as forms of payment ("Payment Method"). We may also offer you the ability to make orders through a third party app store or other payment service. You agree to comply with their terms and any other requirements they may have. By submitting an order, you authorize Discord, or its designated payment processor, to charge the account you specify for the purchase amount.

We may, in our sole discretion, cancel your payment at any time by providing notice to you through your contact information or by a notice when you attempt to make a payment. We may cancel a payment or prevent you from initiating future payments for any reason, including, without limitation, the following: (i) if you attempt to use the Service in breach of any applicable law or regulation, including the card network rules or regulations; (ii) if you use the Service in breach of these Terms; (iii) if we suspect fraudulent, unlawful or improper activity regarding a payment; (iv) if we detect, in our sole discretion, that your payments have excessive disputes, high reversal rates or present a relatively high risk of losses; or (v) failure to cooperate in an investigation or provide additional information when requested.

**Refunds**. You can find our refund policy here: https://support.discord.com/hc/en-us/articles/360012668071

or regulations; (ii) if you use the Service in breach of these Terms; (iii) if we suspect fraudulent, unlawful or improper activity regarding a payment; (iv) if we detect, in our sole discretion, that your payments have excessive disputes, high reversal rates or present a relatively high risk of losses; or (v) failure to cooperate in an investigation or provide additional information when requested.

**Refunds**. You can find our refund policy here: https://support.discord.com/hc/en-us/articles/360012668071

**Taxes**. Stated prices may not include sales and use taxes. If they do not, you are responsible for the payment of such taxes related to your purchase. We have the right to charge you for any taxes that we are required to pay or in fact collect related to your purchase.

**International Orders**. You will be solely responsible for any license fees, customs duties, and other taxes and fees related to the export of the products from the United States.

**Manufacturer EULAs and Other Terms**. You may be required to accept an end user license agreement (EULA) or other terms provided by the manufacturer prior to use of the product you ordered. A EULA or other terms may accompany the product you ordered.

# NITRO SUBSCRIPTIONS

**Recurring Billing**. By purchasing a Nitro subscription, you authorize us to charge your Payment Method on a recurring (e.g., monthly or yearly) basis for the applicable Nitro subscription charge, any and all taxes or possible transaction fees, and any other charges incurred in connection with your use of the Nitro subscription service. Your payment to Discord will automatically renew at the end of your applicable subscription period, unless you cancel your subscription before the end of the current subscription period.

**Price Changes**. Discord may change the price for Nitro subscriptions from time to time, and will communicate any price changes to you in advance and, if applicable, how to accept those changes. Price changes for Nitro subscriptions will take effect at the start of the next subscription period following the date of the price change. As permitted by local law, you accept the new price by continuing to use Nitro after the price change takes effect. If you do not agree with the price changes, you have the right to reject the change by unsubscribing from Nitro prior to the price change going into effect. We don't want to charge you for something you don't want, though, so if you cancel within 14 days of any price increases, we'll provide you a refund.

**Cancellation**. You may cancel your Nitro subscription at any time, and you will continue to have access to Nitro through the end of the current subscription period. If you cancel your subscription before the end of the current subscription period, we will not refund any subscription fees already paid to us. At our sole discretion, however, we may provide a refund, discount, or other consideration to some or all of our members ("credits"). The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance. To cancel, go to the "User Settings" screen in the Discord desktop or mobile app and follow the instructions for cancellation.

# DISPUTE RESOLUTION

THIS SECTION AND THE NEXT SECTION ONLY APPLIES TO YOU IF YOU ARE A UNITED STATES RESIDENT.

PLEASE READ THIS SECTION CAREFULLY - IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT.

You and Discord agree that these Terms affect interstate commerce and that the Federal Arbitration Act governs the interpretation and enforcement of these arbitration provisions.

Most disputes can be resolved without resorting to arbitration. In the event of a dispute, you agree to provide us notice of the dispute. This notice must provide a brief, written description of the dispute, the relief

You and Discord agree that these Terms affect interstate commerce and that the Federal Arbitration Act governs the interpretation and enforcement of these arbitration provisions.

Most disputes can be resolved without resorting to arbitration. In the event of a dispute, you agree to provide us notice of the dispute. This notice must provide a brief, written description of the dispute, the relief requested and the contact information of the party giving it. You must send any such notice to Discord by email to disputes@discord.com and by U.S. Mail to Discord Inc., 444 De Haro Street #200, San Francisco, CA 94107.

The parties agree to use their best efforts to settle any dispute, claim, question, or disagreement directly through consultation with one another, and good faith negotiations shall be a condition to either party initiating a lawsuit or arbitration.

Notwithstanding the foregoing, disputes concerning patents, copyrights, moral rights, trademarks, and trade secrets and claims of piracy or unauthorized use of the Site shall not be subject to arbitration, and the notice and good faith negotiation required by this paragraph shall not apply to these types of disputes.

Binding Arbitration. Except as provided herein, if we cannot resolve a dispute informally, any dispute will be resolved only by binding arbitration to be held in the U.S. state in which you reside. For residents outside the United States, arbitration shall be initiated in San Francisco, California. Discord and you further agree to submit to the personal jurisdiction of any state or federal court in San Francisco, California to compel arbitration, stay proceedings pending arbitration, or to confirm, modify, vacate, or enter judgment on the award entered by the arbitrator.

The arbitration shall be conducted by a single arbitrator, governed by the rules of JAMS that are in effect at the time the arbitration is initiated (referred to as the "JAMS Rules") and under the rules set forth in these Terms. If there is a conflict between the JAMS Rules and the rules set forth in these Terms, the rules set forth in these Terms will govern. ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JURY TRIAL. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to your state's law.

To the extent the filing fee for the arbitration exceeds the cost of filing a lawsuit, Discord will pay the additional cost. Discord shall also bear the cost of any arbitration fees, unless the arbitrator finds your claims, defenses, or other fee-generating activity to be asserted or conducted for an improper purpose or frivolous. You are responsible for all other additional costs that you may incur in the arbitration including, without limitation, attorney's fees and expert witness costs unless Discord is specifically required to pay such fees under applicable law. The decision of the arbitrator will be in writing and binding and conclusive on Discord and you, and judgment to enforce the decision may be entered by any court of competent jurisdiction. Discord and you agree that dispositive motions, including without limitation motions to dismiss and motions for summary judgment, will be allowed in the arbitration. The arbitrator must follow these Terms of Service and can award the same damages and relief as a court, including injunctive or other equitable relief and attorney's fees. Discord and you understand that, absent this mandatory arbitration provision, Discord and you would have the right to sue in court and have a jury trial. Discord and you further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and that the right to discovery may be more limited in arbitration than in court.

If Discord's or your claim is solely for monetary relief of $10,000 or less and does not include a request for any type of equitable remedy, the party bringing the claim may choose whether the arbitration of the claim will be conducted, through a telephonic hearing, or by an in-person hearing under the JAMS Rules, solely based on documents submitted to the arbitrator.

You or Discord may choose to pursue a claim in small claims court where jurisdiction and venue over you and Discord otherwise qualifies for such small claims court and where the claim does not include a request for any type of equitable relief. However, if you decide to pursue a claim in small claims court, you agree to still provide Discord with advance notice by email to disputes@discord.com and by U.S. Mail to Discord Inc., 444 De Haro Street #200, San Francisco, CA 94107.

on documents submitted to the arbitrator.

Discord

Log In

You or Discord may choose to pursue a claim in small claims court where jurisdiction and venue over you and Discord otherwise qualifies for such small claims court and where the claim does not include a request for any type of equitable relief. However, if you decide to pursue a claim in small claims court, you agree to still provide Discord with advance notice by email to disputes@discord.com and by U.S. Mail to Discord Inc., 444 De Haro Street #200, San Francisco, CA 94107.

**Opt-Out Right**. You have the right to opt out and not be bound by the provisions requiring arbitration by sending written notice of your decision to opt out to Discord by email to arbitration-opt-out@discord.com. The notice must be sent within 90 days of this Terms of Service taking effect, or your account creation on the Service. If you do not opt out via this method, you will be bound to arbitrate disputes in accordance with the terms of these paragraphs. If you opt out of the provisions requiring arbitration, Discord will not be bound by them either. If any clause within this Arbitration Section is found to be illegal or unenforceable, that specific clause will be severed from this section, and the remainder of its provisions will be given full force and effect.

**Survival**. This Arbitration section shall survive any termination of your account or the Service.

# CLASS WAIVER

THIS SECTION AND THE PREVIOUS SECTION ONLY APPLIES TO YOU IF YOU ARE A UNITED STATES RESIDENT.

PLEASE READ THIS SECTION CAREFULLY. IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS.

Discord and you agree to resolve any dispute in an individual capacity, and not on behalf of, or as part of, any purported class, consolidated, or representative proceeding.

The arbitrator cannot combine more than one person's or entity's claims into a single case, and cannot preside over any consolidated, class or representative proceeding (unless we agree otherwise). And, the arbitrator's decision or award in one person's or entity's case can only impact the person or entity that brought the claim, not other Discord customers, and cannot be used to decide other disputes with other customers.

If any court or arbitrator determines that the class/consolidated/representative action waiver set forth in this section is void or unenforceable for any reason or that arbitration can proceed on a class, consolidated, or representative basis, then the disputes, claims, or controversies will not be subject to arbitration and must be litigated in federal court located in San Francisco, California.

This Class Action Waiver section shall survive any termination of your account or the Services.

# INTERNATIONAL USE; EXPORT CONTROLS

Software available in connection with the Service and the transmission of applicable data, if any, is subject to United States export controls. No software may be downloaded from the Service or otherwise exported or re-exported in violation of U.S. export laws. Downloading or using the software is at your sole risk. Recognizing the global nature of the Internet, you agree to comply with all local rules and laws regarding your use of the Service, including as it concerns online conduct and acceptable content.

# IOS APPLICATIONS

The following additional terms and conditions apply with respect to any App that the Company provides to you designed for use on an Apple iOS-powered mobile device (an "iOS App"):

Discord

# IOS APPLICATIONS

Log In

The following additional terms and conditions apply with respect to any App that the Company provides to you designed for use on an Apple iOS-powered mobile device (an "iOS App"):

- You acknowledge that these Terms are between you and Discord only, and not with Apple, Inc. ("Apple").
- Your use of the Company's iOS App must comply with Apple's then-current App Store Terms of Service.
- The Company, and not Apple, are solely responsible for our iOS App and the Services and Content available thereon. You acknowledge that Apple has no obligation to provide maintenance and support services with respect to our iOS App. To the maximum extent permitted by applicable law, Apple will have no warranty obligation whatsoever with respect to our iOS App.
- You agree that the Company, and not Apple, are responsible for addressing any claims by you or any third-party relating to our iOS App or your possession and/or use of our iOS App.
- You agree that the Company, and not Apple, shall be responsible, to the extent required by these Terms, for the investigation, defense, settlement and discharge of any third-party intellectual property infringement claim related to our iOS App or your possession and use of our iOS App.
- You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (ii) You are not listed on any U.S. Government list of prohibited or restricted parties.
- You agree to comply with all applicable third-party terms of agreement when using our iOS App (e.g., you must not be in violation of your wireless data service terms of agreement when using the iOS App).
- The parties agree that Apple and Apple's subsidiaries are third-party beneficiaries to these Terms as they relate to your license of the Company's iOS App. Upon your acceptance of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms against you as they relate to your license of the iOS App as a third-party beneficiary thereof.

# GENERAL

**Governing Law**. By visiting or using the Service, you agree that the laws of the United States and the State of California, without regard to principles of conflict of laws and regardless of your location, will govern these Terms and any dispute of any sort that might arise between you and the Company.

Any claim or dispute between you and the Company that arises out of or is related to the Service and is not subject to arbitration shall be decided exclusively by a court of competent jurisdiction located in San Francisco County, California, and you hereby consent to, and waive all defenses of lack of personal jurisdiction and forum non conveniens with respect to venue and jurisdiction in the state and federal courts of San Francisco County, California.

**Injunctive and Other Equitable Relief**. You acknowledge that the rights granted and obligations made to the Company under these Terms are of a unique and irreplaceable nature, the loss of which may result in immediate and irreparable harm to the Company for which remedies at law are inadequate. The Company shall therefore be entitled to seek injunctive or other equitable relief (without the obligation to post any bond or surety) in the event of any breach or anticipatory breach by you. You irrevocably waive all rights to seek injunctive or other equitable relief.

**Entire Agreement**. These Terms constitute the entire agreement between you and the Company with respect to your use of the Service and any other subject matter hereof and cannot be changed or modified by you except as expressly posted on the Service by the Company. You also may be subject to additional terms and conditions that may apply when you use affiliate or third party services, third party content or third party software

seek injunctive or other equitable relief.





**Entire Agreement**. These Terms constitute the entire agreement between you and the Company with respect to your use of the Service and any other subject matter hereof and cannot be changed or modified by you except as expressly posted on the Service by the Company. You also may be subject to additional terms and conditions that may apply when you use affiliate or third party services, third party content or third party software.

**Waiver**. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision, and no waiver by either party of any breach or default hereunder shall be deemed to be a waiver of any preceding or subsequent breach or default.

**Severability**. If any provision of these Terms is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of these Terms shall remain in full force and effect.

**Course of Conduct/Trade Practice**. Neither the course of conduct between the parties nor trade practice will act to modify these Terms.

**Assignment**. These Terms may not be assigned by you without the Company's prior written consent, but are freely assignable by the Company. Subject to the foregoing restriction, these Terms will be binding on, inure to, and enforceable against the parties and their respective successors and assigns.

**Documentation of Compliance**. Upon the Company's request, you will furnish the Company with any documentation, substantiation or releases necessary to verify your compliance with these Terms.

**Interpretation**. You agree that these Terms will not be construed against the Company by virtue of having drafted them.

**Defenses Based on Electronic Form of These Terms**. You hereby waive any and all defenses you may have based on the electronic form of these Terms and the lack of signing by the parties hereto to execute these Terms.

**Survival**. You agree that the provisions of these Terms that by their nature should survive termination will survive any termination of these Terms.

**Contact**. If you have any questions about these Terms, please contact privacy@discord.com.

Discord is made possible through the work of other open source software.

act to modify these Terms.

Discord

Log In

**Assignment**. These Terms may not be assigned by you without the Company's prior written consent, but are freely assignable by the Company. Subject to the foregoing restriction, these Terms will be binding on, inure to, and enforceable against the parties and their respective successors and assigns.

**Documentation of Compliance**. Upon the Company's request, you will furnish the Company with any documentation, substantiation or releases necessary to verify your compliance with these Terms.

**Interpretation**. You agree that these Terms will not be construed against the Company by virtue of having drafted them.

**Defenses Based on Electronic Form of These Terms**. You hereby waive any and all defenses you may have based on the electronic form of these Terms and the lack of signing by the parties hereto to execute these Terms.

**Survival**. You agree that the provisions of these Terms that by their nature should survive termination will survive any termination of these Terms.

**Contact**. If you have any questions about these Terms, please contact privacy@discord.com.

Discord is made possible through the work of other open source software.



Document title: Terms of Service | Discord
Capture URL: https://discord.com/terms/terms-of-service-may-2020
Capture timestamp (UTC): Fri, 10 Apr 2026 21:19:29 GMT

# EXHIBIT E

Archived Versions

# DISCORD'S TERMS OF SERVICE

Effective: March 28, 2022

Last Updated: February 25, 2022

*Editor's Note: This version of our Terms of Service is out of date as of March 27, 2023. Please see our current Terms here.*


1. Who we are
2. Age requirements and responsibility of parents and guardians
3. What you can expect from us
4. Your Discord account
5. Content in Discord's services
   - Your content
   - Discord's content
   - Other content
6. Software in Discord's services
7. Copyright
8. Discord's paid services
9. Restrictions on your use of Discord's services
10. Termination
11. Indemnity
12. Services "AS IS"
13. Limitation of liability
14. Settling disputes between you and Discord
15. More important stuff
16. Contacting each other


Welcome! Discord is your place to talk and hang out. We're happy you're here.

These terms set forth our legal obligations to each other. They apply to your use of our services.

When we say "Discord," "we," "us," and "our" in these terms, we mean Discord Inc., its subsidiaries, and its related companies.

When we say "services" in these terms, we mean Discord's services, apps, websites, and other products.

When we say "you" or "your," we mean you. If you're accessing our services on behalf of a legal entity (like your employer), you agree that you have the authority to bind that entity to these terms, and "you" and "your" will refer to that entity.

We also have a Privacy Policy, Community Guidelines, and other policies that apply to your use of our services and are incorporated into these terms. You should read these policies—we've worked hard to make them simple and clear, and they contain important information about your use of our services. If you use our API, Discord's Developer Terms of Service and Developer Policy apply to that use. Discord's Paid Services Terms apply to any purchase you make through Discord.

Together, these rules make Discord possible, and they matter to us. If you believe others aren't following them, please let us know: https://dis.gd/report.



**IMPORTANT NOTE: The section titled "Settling Disputes Between You and Discord" contains an arbitration clause and class-action waiver that applies to all U.S.-based Discord users. Please read this section carefully as it may significantly affect your legal rights, including your right to file a lawsuit in court.**

## WHO WE ARE

We provide services that allow you to interact with other Discord users and participate in public and private communities (or "servers"). Our services may also include access to certain software, features, and content that you can purchase from us or others.

Discord's services are provided by Discord Inc. We're located at 444 De Haro Street #200, San Francisco, CA 94107, USA.

If you reside in the European Economic Area or the United Kingdom, Discord Netherlands BV is the controller of your personal information as described in our Privacy Policy. Discord Netherlands BV is located at Schiphol Boulevard 195, (1118 BG) Schiphol, the Netherlands, registered with the Dutch Chamber of Commerce with registration number 82229864.

## AGE REQUIREMENTS AND RESPONSIBILITY OF PARENTS AND GUARDIANS

By accessing our services, you confirm that you're at least 13 years old and meet the minimum age of digital consent in your country. We maintain a list of minimum ages around the world as a resource for you, but we aren't able to guarantee that it is always accurate.If you are old enough to access our services in your country, but not old enough to have authority to consent to our terms, your parent or guardian must agree to our terms on your behalf. Please ask your parent or guardian to read these terms with you. If you're a parent or legal guardian, and you allow your teenager to use the services, then these terms also apply to you and you're responsible for your teenager's activity on the services.

## WHAT YOU CAN EXPECT FROM US

We're actively developing new features and products to improve Discord. As part of these efforts, we may add or remove features, start offering new services, or stop offering old services. While we try to avoid disruptions, we cannot guarantee that there will not be an outage or change to the services, and your content may not be retrievable due to such outages or changes. We are not liable for any such outages or service changes.

## YOUR DISCORD ACCOUNT

To access the services on an ongoing basis, you will need to create a Discord account. You can provide a username and password, and a way of contacting you (such as an email address and/or phone number). To access certain features or communities, you may need to verify your account or add other information to your account. Our Privacy Policy discusses what information we collect and how we use this information in more detail.

You are responsible for the security of your account, and you agree to notify us immediately if you believe your account has been compromised. If you use a password, it must be strong, and we (strongly) recommend that you use that password only for your Discord account and that you enable two-factor authentication. If your account is compromised, we may not be able to restore it to you.

You are also responsible for maintaining the accuracy of the contact information associated with your account. If you get locked out of your account, we'll need to contact you at the email or phone number associated with your account, and we may not be able to restore your Discord account to you if you no longer have access to that email account or phone number. We may also assume that any communications we've received from your account or the associated contact information have been made by you.

You agree not to license, sell, or transfer your account without our prior written approval.

# CONTENT IN DISCORD'S SERVICES

## Your Content

When we say "your content" in these terms, we mean all the things you add (upload, post, share, or stream) to our services. This may include text, links, GIFs, emoji, photos, videos, documents, or other media. If we come up with another way for you to add content to the services, it includes that too.

You don't have any obligation to add content to the services. If you choose to add content to the services, you are responsible for ensuring that you have the right to do so, that you have the right to grant the licenses in the terms, and that your content is lawful. We take no responsibility for any of your content, and we are not responsible for others' use of your content.

Our services allow users to add content in a number of different ways, including via direct messages and in smaller and larger communities. Some of these spaces are public, and if you share content within them, that content may be accessed by people you do not know. For example, some servers are available in the Server Discovery section of the app and do not require an invite link to join. Other server owners may publish their server invite link on public websites. Anyone can access these spaces. You should be aware that these permissions are set by server owners or admins, and they may change over time. Please understand the difference between posting in public and private spaces on Discord, and choose the right space, features, and settings for you and your content. To understand how we treat your personal information, see our Privacy Policy.

**Your content is yours, but you give us a license to it when you use Discord**. Your content may be protected by certain intellectual property rights. We don't own those. But by using our services, you grant us a license—which is a form of permission—to do the following with your content, in accordance with applicable legal requirements, in connection with operating, developing, and improving our services:

- Use, copy, store, distribute, and communicate your content in manners consistent with your use of the services. (For example, so we can store and display your content.)
- Publish, publicly perform, or publicly display your content if you've chosen to make it visible to others. (For example, so we can display your messages if you post them in public servers.)
- Monitor, modify, translate, and reformat your content. (For example, so we can resize an image you post to fit on a mobile device.)
- Sublicense your content, to allow our services to work as intended. (For example, so we can store your content with our cloud service providers.)

This license is worldwide, non-exclusive (which means you can still license your content to others), royalty-free (which means there are no fees for this license), transferable, and perpetual.

We reserve the right to block, remove, and/or permanently delete your content for any reason, including breach of these terms, our Community Guidelines, our other policies, or any applicable law or regulation.

We welcome feedback on our services. By sending us feedback, you grant us a non-exclusive, perpetual, irrevocable, transferable license to use the feedback and ideas generated from the feedback without any restrictions, attribution, or compensation to you.

## Discord's content

Our services include some content that belongs to us. You may use this content as permitted by these terms, but we retain all intellectual property rights in our content.

## Other content

**Other people's content.** Our services might also provide you with access to other people's content. You may not use this content without that person's consent, or as allowed by law. Other people's content is theirs and doesn't necessarily reflect Discord's own views. Discord doesn't endorse or verify the accuracy or reliability of content shared by Discord users. We work hard to try to make Discord a safe, positive, and inclusive place, but cannot prevent you from encountering content that you may find objectionable or offensive. You agree we will not be liable for any harm caused by that content. You may report content that you think violates any of our policies. We have the right, but not the obligation, to review such reports and block or remove content at our discretion.

**Third party features and content**. Our services may also allow you to access third-party websites, features, apps, or other content. We provide you access only as a convenience to you, and are not responsible for the content or services available from these websites or resources.

# SOFTWARE IN DISCORD'S SERVICES

**License to our software**. Some of our services allow you to download client software. So long as you comply with these terms, we grant you a worldwide, non-exclusive, personal, and non-assignable license to download, install, and run that software, solely to access our services.

You may not copy, modify, create derivative works based upon, distribute, sell, lease, or sublicense any of our software or services. You also may not reverse engineer or decompile our software or services, attempt to do so, or assist anyone in doing so, unless you have our written consent or applicable law permits it.

Although we are granting you this license, we retain any intellectual property rights we have in our software and services.

**Open source.** Some of Discord's services include software subject to separate open source license terms, and your use of those services are subject to your compliance with those license terms, when applicable. We encourage you to review them, as some licenses may explicitly override these terms.

**Third Party Software and Services**. Our services may allow you to access apps, bots, or other products, features or services developed by third parties. It's your choice whether to use these products and whether to participate in Discord communities that incorporate these features, and you should review any terms and policies provided by the third party before doing so. The third party's terms and policies, and not Discord's, govern your use of these products or services. While these third party services do need to follow all policies that apply to them (which may include our Community Guidelines, Developer Terms of Service, and Developer Policy), Discord is not responsible for products developed by third parties.

# COPYRIGHT

We respect the intellectual property of others and expect our users to do the same. See our Copyright & IP Policy for information on how to file a copyright complaint.

# DISCORD'S PAID SERVICES



We won't charge you a fee to use the basic functionality of our services, but you may be able to pay for additional features and products. Discord's Paid Services Terms also apply to any purchase you make through Discord, and you may also be asked to agree to separate terms before purchasing or selling new offerings through Discord.

# RESTRICTIONS ON YOUR USE OF DISCORD'S SERVICES

When using our services, you must comply with these terms and all applicable laws, rules, and regulations, and you must only use the services for authorized and acceptable purposes. You must also adhere to our Community Guidelines and other policies, which contain more detailed rules about your content and behavior when using Discord. Fundamentally, do not do, try to do, or encourage or help others to do any of the following:

- **Don't use the services to do harm to yourself or others.** Among other things, this includes trying to gain access to another user's account or any non-public portions of the services, infringing anyone else's intellectual property rights or any other proprietary rights, harassing, bullying, spamming, auto-messaging, or auto-dialing people through our services.
- **Don't use the services to do harm to Discord.** Among other things, this includes trying to gain access to or attacking our systems, scraping us, transmitting viruses or other malicious code to our services, abusing or defrauding us or our payment systems, copying our product or using our intellectual property without permission, and misusing our reporting or customer service mechanisms.
- **Don't use the services to do anything else that's illegal.** This includes using the services to commit any crime or infringe anyone's intellectual property rights.

We encourage you to report content or conduct that you believe violates these restrictions.

# TERMINATION

**Your right to terminate.** You're free to stop using Discord's services at any time and for any reason. You can delete your Discord account through the User Settings page in the Discord app. You can also disable your account, which restricts the processing of your personal information as described in our Privacy Policy. Disabling your account does not terminate this agreement.

**Our right to terminate.** Subject to applicable law, we reserve the right to suspend or terminate your account and/or your access to some or all of our services with or without notice, at our discretion, including if:

- You breach these terms, our policies, or additional terms that apply to specific products.
- We're required to do so to comply with a legal requirement or court order.
- We reasonably believe termination is necessary to prevent harm to you, us, other users, or third parties.
- Your account has been inactive for more than two years.

However, we will give you advance notice if reasonable to do so or required by applicable law. You can appeal any enforcement action we take under these terms here: https://dis.gd/request.

# INDEMNITY

If you are using the services on behalf of a business or legal entity and not in an individual capacity, then you will indemnify and hold Discord and its officers, directors, employees and agents harmless from and against

any claims, liabilities, damages, and costs (including reasonable legal and accounting fees) related to (a) your access to or use of our services, (b) your content, or (c) your violation of these terms.



## SERVICES "AS IS"

We work hard to offer great services, but there are certain aspects that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DISCORD, ITS AFFILIATES, AND THEIR RESPECTIVE SUPPLIERS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, AND NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE. THE LAWS OF CERTAIN JURISDICTIONS OR STATES DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES. TO THE EXTENT SUCH WARRANTIES CANNOT BE DISCLAIMED UNDER THE LAWS OF YOUR JURISDICTION, WE LIMIT THE DURATION AND REMEDIES OF SUCH WARRANTIES TO THE FULL EXTENT PERMISSIBLE UNDER THOSE LAWS.

This warranty does not affect any consumer rights you might have under applicable law, including the legal guarantee in certain places such as the European Union that products and services must comply with this agreement and your rights in case of non-conformity of a product or service.

## LIMITATION OF LIABILITY

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO. IN COUNTRIES WHERE THE BELOW TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

THE INFORMATION PRESENTED ON OR THROUGH THE SERVICES IS MADE AVAILABLE SOLELY FOR INFORMATIONAL PURPOSES. WE DO NOT CONFIRM THE ACCURACY, COMPLETENESS, OR USEFULNESS OF THE INFORMATION. ANY RELIANCE YOU PLACE ON SUCH INFORMATION IS SOLELY AT YOUR OWN RISK.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, NEITHER DISCORD, ITS AFFILIATES, NOR OUR SUPPLIERS INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES WILL BE LIABLE, TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR DAMAGES FOR LOST PROFITS, LOST REVENUES, LOST SAVINGS, LOST BUSINESS OPPORTUNITY, LOSS OF DATA OR GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE, OR THE COST OF SUBSTITUTE SERVICES OF ANY KIND ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR FROM THE USE OF OR INABILITY TO USE THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT DISCORD OR ITS SUPPLIERS HAVE BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY PROVIDED IN THESE TERMS IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

BESIDES THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), DISCORD LIMITS OUR LIABILITY TO YOU TO THE GREATER OF (A) THE AMOUNTS YOU HAVE PAID US IN THE THREE MONTHS BEFORE YOU FIRST ASSERT A CLAIM OR (B) $100 (OR THE EQUIVALENT IN YOUR LOCAL CURRENCY).

DISCORD ISN'T LIABLE FOR THE CONDUCT OR CONTENT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF OUR SERVICES.

THE EXCLUSIONS AND LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN DISCORD AND YOU. THE LIMITATION OF LIABILITY DESCRIBED ABOVE SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

Discord

Log In

# SETTLING DISPUTES BETWEEN YOU AND DISCORD

**Informal resolution.** Most disputes can be resolved informally, so if you have an issue with the services, let's consult with each other first. Before pursuing formal legal action, you agree to try to resolve a dispute with us informally by sending notice to disputes@discord.com.

If you reside in the European Union, you may also be entitled to submit your complaint to the European Commission's Online Dispute Resolution (ODR) Platform. ODR allows EU consumers to resolve disputes related to the online purchases of goods and services without going to court.

**Governing law and jurisdiction.** The Federal Arbitration Act, federal arbitration law, and California law will apply to these terms and any disputes related to these terms or our services, regardless of conflict of laws rules. Any of these disputes that are not subject to arbitration will be resolved exclusively in the state or federal courts in San Francisco County, California, and you and Discord both consent to venue and personal jurisdiction in these courts.

If you are a consumer residing in the European Union, this clause and these terms in general do not affect any mandatory consumer rights you may have under your local law, and all disputes arising in connection with the services and/or these terms shall be submitted to the exclusive jurisdiction of the court of Amsterdam, the Netherlands or, if you are a consumer, to a court closer to your domicile if in an EU Member State.

**Agreement to arbitrate.**

IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:

You and Discord agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of these arbitration provisions. Except for the circumstances described below, if we can't resolve a dispute informally, you and Discord agree to resolve any dispute or claim relating to these terms or our services through final and binding arbitration in the U.S. state where you reside.

**Arbitration rules**. The arbitration will be conducted by a single arbitrator, governed by these terms and the JAMS Streamlined Arbitration Rules and Procedures, excluding any rules or procedures governing or permitting class or representative actions (the "JAMS Rules"). These terms will govern if there's a conflict between these terms and the JAMS Rules. The decision of the arbitrator will be in writing and binding on you and Discord, and judgment to enforce the decision may be entered by any court of competent jurisdiction. You and Discord agree that dispositive motions will be allowed in the arbitration. Except as explicitly set forth in this arbitration section, the arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of these terms of service, including, but not limited to any claim that all or any part of these terms of service are void or voidable, whether a claim is subject to arbitration, and any dispute regarding the payment of JAMS administrative or arbitrator fees (including the timing of such payments and remedies for nonpayment). The arbitrator must follow these terms and can award the same damages and relief as a court. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration. Finally, if Discord's or your claim is for monetary relief of $10,000 or less and doesn't request any equitable remedy, the party bringing the claim may, based solely on the documents submitted to the arbitrator, choose whether arbitration will be conducted through a telephonic hearing or by an in-person hearing under the JAMS Rules. The Streamlined Arbitration Rules governing the arbitration may be accessed at https://www.jamsadr.com/ or by calling JAMS at (800) 352-5267. The parties understand that, absent this mandatory provision, they would have the right to sue in court and have a jury trial. They further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court.

**Other remedies**. ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JURY TRIAL. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to your state's law.

**Arbitration costs**. Discord will pay the additional cost if the arbitration filing fee exceeds the cost of filing a lawsuit provided your claim does not exceed $75,000. For claims that do not exceed $75,000, we'll also bear the cost of any arbitration fees, unless the arbitrator finds your claims, defenses, or other fee-generating activity to be conducted for an improper purpose or frivolous (under the standard set forth in Federal Rule of Civil Procedure 11). For claims above $75,000, fees and costs will be determined in accordance with JAMS Rules. In all arbitrations, unless otherwise required by law or the JAMS Rules, you're responsible for all other additional arbitration costs incurred, including attorney's fees and expert witness costs.

**Opt-out**. You can decline this agreement to arbitrate by emailing an opt-out notice to arbitration-opt-out@discord.com within 30 days of March 28, 2022 or when you first register your Discord account, whichever is later, otherwise you shall be bound to arbitrate disputes in accordance with the terms of these paragraphs. If you opt out of these arbitration provisions, Discord also will not be bound by them.

**Exceptions**. You or Discord may still pursue claims, if they qualify, in small claims court in San Francisco County, California, or any U.S. county where you live or work. The small claims court, and not any arbitrator or JAMS, shall have the exclusive authority to resolve disputes regarding whether a dispute is properly within the jurisdiction of a small claims court. Additionally, disputes concerning patents, copyrights, moral rights, trademarks, and trade secrets and claims of piracy or unauthorized use of our services will not be subject to arbitration, and the informal notice required by this section won't apply to these disputes.

**Class waiver.** IF YOU'RE A U.S. RESIDENT, YOU AND DISCORD AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN OUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. If this specific paragraph is found unenforceable, then the "Agreement to arbitrate" section will be null and void. If there is a final judicial determination that applicable law precludes enforcement of this paragraph's limitations as to a particular remedy, then that remedy (and only that remedy) must be severed from the arbitration and may be sought in court. The parties agree, however, that any adjudication of remedies not subject to arbitration shall be stayed pending the outcome of any arbitrable claims and remedies.

# MORE IMPORTANT STUFF

You have certain rights that, by law, can't be limited by these terms, and we in no way intend to restrict those rights in these terms.

**Entire agreement**. These terms cover the entire agreement between you and Discord for your use of our services.

**Additional terms**. Where additional terms apply to our products or services, the additional terms will control with respect to your use of that product or service to the extent of any conflict with these terms.

**Bug reporting**. We support the responsible reporting of security vulnerabilities. To report a security issue, please visit https://discord.com/security.

**Export Control**. You agree to comply with all applicable import, export, and re-export control laws and restrictions, including but not limited to those of the European Union and its member states, the U.S. Department of Commerce Export Administration Regulations ("EAR") and economic sanctions maintained by the U.S. Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR"), and will not use the services to cause a violation of such laws or regulations. Further, you represent and warrant that you are not located in North Korea, on any government list of prohibited or restricted parties, or otherwise subject to equivalent restrictions, as specified in the laws and regulations listed above or in your country's laws. You may not download or use our services if you are located in a country or region subject to U.S. or E.U. government embargo (including Cuba, Iran, Syria, and the Crimea region) unless that use is authorized by the United States and other relevant authorities.

**Waiver, severability, and assignment**. If you fail to follow these terms and we don't immediately act, that doesn't mean we're giving up any of our legal rights (such as acting in the future). If any part of these terms ends up being invalid or unenforceable based on a decision by any court or competent authority, the rest of these terms will not be affected. You may not assign these terms to anyone else without our written consent.

We may assign our rights to any of our affiliates or subsidiaries, or to any successor in interest of any business associated with our services.



**Survival**. Any part of these terms that by their nature should survive after termination of these terms will survive.

**Updates to these terms**. We may decide to update these terms ① to reflect changes to our services or our business, ② for legal or regulatory reasons, or ③ to prevent abuse on or of our services. If these changes materially affect your Discord use or your legal rights, we'll give you reasonable advance notice (unless the updates are urgent). If you continue to use our services after the changes have taken effect, it means that you agree to the changes. If you don't agree, you must stop using our services.

**Apple App Store**. If you download the Discord app from the Apple App Store or use our app on an iOS device, the below paragraph applies to you.

Apple has no obligation to furnish any maintenance and support services with respect to the Discord app. If the app fails to conform to any applicable warranty, you may notify Apple and Apple will refund the app purchase price to you (if applicable) and, to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Discord app. Apple is not responsible for addressing any claims by you or any third party relating to the Discord app or your possession and use of it, including, but not limited to: (i) product liability claims; (ii) any claim that the Discord app fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement and discharge of any third-party claim that your possession and use of the Discord app infringe that third party's intellectual property rights. Apple and its subsidiaries are third-party beneficiaries of these terms, and upon acceptance of the terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these terms against you as a third-party beneficiary thereof. You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a terrorist-supporting country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You must also comply with any applicable third-party terms of service when using the Discord app.

## CONTACTING EACH OTHER

If you have any questions about these terms, please contact us at privacy@discord.com. We may send you electronic communications related to our services. Where required, we'll get your consent before sending you direct marketing

# Discord

# EXHIBIT F

Archived Versions

# DISCORD'S TERMS OF SERVICE

Effective: March 27, 2023

Last Updated: February 24, 2023

*Editor's Note: This version of our Terms of Service is out of date as of April 15, 2024. Please see our current Terms here.*


1. Who we are
2. Age requirements and responsibility of parents and legal guardians
3. What you can expect from us
4. Your Discord account
5. Content in Discord's services
   - Your Content
   - Discord's content
   - Other content
6. Software in Discord's services
7. Copyright
8. Discord's paid services
9. Restrictions on your use of Discord's services
10. Termination
11. Appeals
12. Indemnity
13. Services "AS IS"
14. Limitation of liability
15. Settling disputes between you and Discord
16. More important stuff
17. Contacting each other


Welcome! Discord is a platform that brings people together over shared experiences and gives everyone a place to belong. We're happy you're here.

These terms set forth our legal obligations to each other. They apply to your use of our services.

**IMPORTANT NOTE: The section titled "Settling Disputes Between You and Discord" contains an arbitration clause and class-action waiver that applies to all U.S.-based Discord users. Please read this section carefully as it may significantly affect your legal rights, including your right to file a lawsuit in court.**

When we say "Discord," "we," "us," and "our" in these terms, we mean Discord Inc., its subsidiaries, and its related companies.

When we say "services" in these terms, we mean Discord's services, apps, websites, and other products.

**section carefully as it may significantly affect your legal rights, including your right to file a lawsuit in court.**



When we say "Discord," "we," "us," and "our" in these terms, we mean Discord Inc., its subsidiaries, and its related companies.

When we say "services" in these terms, we mean Discord's services, apps, websites, and other products.

When we say "you" or "your," we mean you. If you're accessing our services on behalf of a legal entity (like your employer), you agree that you have the authority to bind that entity to these terms, and "you" and "your" will refer to that entity.

We also have a Privacy Policy, Community Guidelines, and these other policies that apply to your use of our services and are incorporated into these terms. You should read these policies—we've worked hard to make them simple and clear, and they contain important information about your use of our services. If you use our API, Discord's Developer Terms of Service and Developer Policy apply to that use. Discord's Paid Services Terms apply to any purchase you make through Discord.

Together, these rules make Discord possible, and they matter to us. If you believe others aren't following them, please let us know by reporting it to us.

# WHO WE ARE

We provide services that allow you to interact with other Discord users (such as through direct messages and group direct messages) and participate in large and small spaces (or "servers"). Our services may also include access to certain software, features, and content that you can purchase from us or others, and additional terms apply to those purchases.

Discord's services are provided by Discord Inc. We're located at 444 De Haro Street #200, San Francisco, CA 94107, USA.

# AGE REQUIREMENTS AND RESPONSIBILITY OF PARENTS AND LEGAL GUARDIANS

By accessing our services, you confirm that you're at least 13 years old and meet the minimum age required by the laws in your country. We maintain a list of minimum ages around the world as a resource for you, but we aren't able to guarantee that it is always accurate. If you are old enough to access our services in your country, but not old enough to have authority to consent to our terms, your parent or legal guardian must agree to our terms on your behalf. Please ask your parent or legal guardian to read these terms with you. If you're a parent or legal guardian, and you allow your child (who meets the minimum age for your country) to use the services, then these terms also apply to you and you're responsible for your child's activity on the services, including purchases made by them. For more information on purchases, see "Discord's Paid Services" below.

# WHAT YOU CAN EXPECT FROM US

# WHAT YOU CAN EXPECT FROM US

Discord is a platform that brings people together over shared experiences and gives everyone a place to belong. To do that, we provide different digital spaces where you can connect with other Discord users and communities. Discord users communicate primarily via "servers," which are digital spaces made up of different types of channels. Text channels allow users to interact via text-based messages, as well as images, GIFs, emoji, and other uploadable media. Voice channels allow users to communicate by voice and/or streaming video. We're always evolving our services, and we may create other types of channels in the future!

Users create servers, and users choose which servers to join and who their "friends" are. Server owners and server admins control the server permissions and rules, including establishing membership requirements and creating custom roles and what those roles can do within the server. Server owners and admins also control whether to make their server available in Server Discovery, whether to publish their server invite link on public websites, whether to enable community growth and safety features, and whether to add bots or other apps. These permissions, like the size of a server, may change over time.

Discord is designed to make communicating with the people you want to speak to as easy as possible. Posts appear in text channels in the order in which they're made. Voice and video communication also happens in real time. Discord was also designed to make it easy to share what you're up to. You can stream what you're doing on your device, or you can share your status, including what game you're playing, what song you're listening to (if you link a music account), and more. Sharing gameplay is fundamental to the Discord experience, so it's turned on by default. But you can turn it off in your Settings at any time, and you're in control of whether you connect other accounts to Discord.

Discord's services may be personalized to each user based on their activity, so that you can see content and communities that may be of interest to you. You can control whether and to what extent Discord personalizes your experience in your Settings.

We're actively developing new features and products to improve Discord. As part of these efforts, we may add or remove features, start offering new services, or stop offering some services entirely (or just in some places or for some users) if they no longer make sense from a business perspective or create risk for Discord, our users, or other third parties. While we try to avoid disruptions, we cannot guarantee that there will not be an outage or change to the services, and your content may not be retrievable due to such outages or changes. We are not liable for any such outages or service changes.

# YOUR DISCORD ACCOUNT

To access the services on an ongoing basis, you will need to create a Discord account. You can provide a username and password, and a way of contacting you (such as an email address and/or phone number). You'll also need to provide your birthday. In some cases, you may be required to verify your account or provide additional information.

You are responsible for the security of your account, and you agree to notify us immediately if you believe your account has been compromised. If you use a password, it must be strong, and we (strongly) recommend that you use that password only for your Discord account and that you enable two-factor authentication.

You must always provide accurate information to Discord and maintain the accuracy of the information associated with your account. We may assume that any communications we've received from your account or

You are responsible for the security of your account, and you agree to notify us immediately if you believe your account has been compromised. If you use a password, it must be strong, and we (strongly) recommend that you use that password only for your Discord account and that you enable two-factor authentication.

You must always provide accurate information to Discord and maintain the accuracy of the information associated with your account. We may assume that any communications we've received from your account or the associated contact information have been made by you, and that any purchases made using your account were made by you.

If you get locked out of your account, we'll need to contact you at the email or phone number associated with your account. If your account is compromised or you no longer have access to your email account or phone number, we may not be able to restore your access to your account or the servers you've created.

You agree not to license, sell, or transfer your account without our prior written approval.

# CONTENT IN DISCORD'S SERVICES

## Your Content

When we say "your content" in these terms, we mean all the things you add (upload, post, share, stream, etc.) to our services. This includes text, links, GIFs, emoji, photos, videos, documents, or other media. If we come up with another way for you to add content to the services, it includes that too.

You don't have any obligation to add content to the services. If you choose to add content to the services, you are responsible for ensuring that you have the right to do so, that you have the right to grant the licenses in this section of these terms, and that your content is lawful. We take no responsibility for any of your content, and we are not responsible for others' use of your content.

Our services allow users to add content in a number of different ways, including via direct messages, group direct messages, and in small and large servers. Some of these servers may be larger spaces, and if you share content within them, that content may be more likely to be accessed by a lot of people. For example, some servers are available in the Server Discovery section of the app and do not require an invite link to join. Other server owners may publish their server invite link on public websites. Anyone can access these spaces. You should be aware that these permissions are set by server owners or admins, and they may change over time. Please understand where you are posting on Discord, familiarize yourself with the relevant server permissions when joining and posting in a certain space, and choose the right space, features, and settings for you and your content.

**Your content is yours, but you give us a license to it when you use Discord.** Your content may be protected by certain intellectual property rights. We don't own those. But by using our services, you grant us a license—which is a form of permission—to do the following with your content, in accordance with applicable legal requirements, in connection with operating, developing, and improving our services:

- Use, copy, store, distribute, and communicate your content in manners consistent with your use of the services. (For example, so we can store and display your content.)
- Publish, publicly perform, or publicly display your content if you've chosen to make it visible to others. (For example, so we can display your messages if you post them in certain servers or recommend that content to others.)
- Monitor, modify, translate, and reformat your content. (For example, so we can resize an image you post to fit on a mobile device.)
- Sublicense your content, to allow our services to work as intended. (For example, so we can store your

- Publish, publicly perform, or publicly display your content if you've chosen to make it visible to others. (For example, so we can display your messages if you post them in certain servers or recommend that content to others.)
- Monitor, modify, translate, and reformat your content. (For example, so we can resize an image you post to fit on a mobile device.)
- Sublicense your content, to allow our services to work as intended. (For example, so we can store your content with our cloud service providers.)

This license is worldwide, non-exclusive (which means you can still license your content to others), royalty-free (which means there are no fees for this license), transferable, and perpetual.

We reserve the right to block, remove, and/or permanently delete your content if it is in breach of these terms, our Community Guidelines, our other policies, or any applicable law or regulation, or if it creates risk for Discord or negatively impacts the experience or interests of other Discord users to continue to make it available.

We welcome feedback on our services. By sending us feedback, you grant us a non-exclusive, perpetual, irrevocable, transferable license to use the feedback and ideas generated from the feedback without any restrictions, attribution, or compensation to you.

## Discord's content

Our services include some content that belongs to us, such as the design of our apps and websites, our art and images, and content written by us. You may use this content as permitted by these terms, but we retain all intellectual property rights in our content.

## Other content

**Other people's content**. Our services might also provide you with access to other people's content. You may not use this content without that person's consent, or as allowed by law. Other people's content is theirs and doesn't necessarily reflect Discord's own views. Discord doesn't endorse or verify the accuracy or reliability of content shared by Discord users. We work hard to try to make Discord a safe, positive, and inclusive place, but cannot prevent you from encountering content that you may find objectionable or offensive. You agree we will not be liable for any harm caused by that content. You may report content that you think violates any of our policies. We have the right, but not the obligation, to review such reports and block or remove content at our discretion.

**Third party features and content**. Our services may also allow you to access third-party websites, features, apps, or other content. We provide you access only as a convenience to you, and are not responsible for the content or services available from these websites or resources.

# SOFTWARE IN DISCORD'S SERVICES

**License to our software**. Some of our services allow you to download client software. So long as you comply with these terms, we grant you a worldwide, non-exclusive, personal, and non-assignable license to download, install, and run that software, solely to access our services.

You may not copy, modify, create derivative works based upon, distribute, sell, lease, or sublicense any of our software or services. You also may not reverse engineer or decompile our software or services, attempt to do so, or assist anyone in doing so, unless you have our written consent or applicable law permits it.

with these terms, we grant you a worldwide, non-exclusive, personal, and non-assignable license to download, install, and run our software, solely to access our services.

You may not copy, modify, create derivative works based upon, distribute, sell, lease, or sublicense any of our software or services. You also may not reverse engineer or decompile our software or services, attempt to do so, or assist anyone in doing so, unless you have our written consent or applicable law permits it.

Although we are granting you this license, we retain any intellectual property rights we have in our software and services.

**Open source**. Some of Discord's services include software subject to separate open source license terms, and your use of those services are subject to your compliance with those license terms, when applicable. We encourage you to review them, as some licenses may explicitly override these terms.

**Third-Party Services**. Discord may allow you to access apps, bots, or other products, features, or services developed by third parties ("third-party services"). It's your choice whether to use these third-party services and whether to participate in Discord servers that incorporate them. You should review any terms and policies provided by the third parties before doing so as they govern your use of their services. While these third parties do need to follow all policies that apply to them (which may include these Terms, our Community Guidelines, Developer Terms of Service, and Developer Policy), Discord is not responsible for any third-party services.

# COPYRIGHT

We respect the intellectual property of others and expect our users to do the same. See our Copyright & IP Policy for information on how to file a copyright complaint.

# DISCORD'S PAID SERVICES

We won't charge you a fee to use the basic functionality of our services, but you may be able to pay for additional features and products. Discord's Paid Services Terms also apply to any purchase you make using Discord's supported purchase flows, and you may also be asked to agree to separate terms before purchasing or selling new offerings through Discord.

# RESTRICTIONS ON YOUR USE OF DISCORD'S SERVICES

When using our services, you must comply with these terms and all applicable laws, rules, and regulations, and you must only use the services for authorized and acceptable purposes. You must also adhere to our Community Guidelines and other policies, which contain more detailed rules about your content and behavior when using Discord. Fundamentally, do not do, try to do, or encourage or help others to do any of the following:

- **Don't use the services to do harm to yourself or others.** Among other things, this includes trying to gain access to another user's account or any non-public portions of the services, infringing anyone else's intellectual property rights or any other proprietary rights, exploiting, harassing, bullying, spamming, auto-messaging, or auto-dialing people through our services.
- **Don't use the services to do harm to Discord.** Among other things, this includes trying to gain access to

- **Don't use the services to do harm to yourself or others.** Among other things, this includes trying to gain access to another user's account or any non-public portions of the services, infringing anyone else's intellectual property rights or any other proprietary rights, exploiting, harassing, bullying, spamming, auto-messaging, or auto-dialing people through our services.
- **Don't use the services to do harm to Discord.** Among other things, this includes trying to gain access to or attacking our systems, scraping us, transmitting viruses or other malicious code to our services, abusing or defrauding us or our payment systems, copying our product or using our intellectual property without permission, and misusing our reporting or customer service mechanisms.
- **Don't use the services to do anything else that's illegal.** This includes using the services to plan or commit any crime or do anything else that is illegal.

We encourage you to report content or conduct that you believe violates these restrictions.

## TERMINATION

**Your right to terminate**. You're free to stop using Discord's services at any time and for any reason. To terminate this agreement, you may delete your Discord account through the Settings page in the Discord app (the gear icon next to your username) and discontinue use of the services. Certain provisions of these terms will survive termination as outlined below in the "Survival" section.

Disabling your account limits the processing of your personal information as described in our Privacy Policy. Disabling your account does not terminate this agreement.

**Our right to terminate.** Subject to applicable law, we reserve the right to suspend or terminate your account and/or your access to some or all of our services with or without notice, at our discretion for the following reasons:

- You breach these terms, our policies, or additional terms that apply to specific products.
- We're required to do so to comply with a legal requirement or court order.
- We reasonably believe termination is necessary to prevent harm to you, us, other users, or third parties.
- Your account has been inactive for more than two years.
- Continuing to allow your account to be active, giving you access to some or all services, or hosting your content creates risk for Discord, other users, or third parties.

However, we will give you advance notice if reasonable to do so or required by applicable law.

## APPEALS

You can appeal any enforcement action we take under these terms, including terminations, suspensions, or content removals, here: https://dis.gd/request.

## INDEMNITY

# INDEMNITY

If you are using the services on behalf of a business or legal entity and not in an individual capacity, then you will indemnify and hold Discord and its officers, directors, employees and agents harmless from and against any claims, liabilities, damages, and costs (including reasonable legal and accounting fees) related to (a) your access to or use of our services, (b) your content, or (c) your violation of these terms.

# SERVICES “AS IS”

We work hard to offer great services, but there are certain aspects that we can’t guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DISCORD, ITS AFFILIATES, AND THEIR RESPECTIVE SUPPLIERS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED “AS IS.” WE ALSO DISCLAIM ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, AND NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE. THE LAWS OF CERTAIN JURISDICTIONS OR STATES DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES. TO THE EXTENT SUCH WARRANTIES CANNOT BE DISCLAIMED UNDER THE LAWS OF YOUR JURISDICTION, WE LIMIT THE DURATION AND REMEDIES OF SUCH WARRANTIES TO THE FULL EXTENT PERMISSIBLE UNDER THOSE LAWS.

# LIMITATION OF LIABILITY

WE DON’T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO. IN COUNTRIES WHERE THE BELOW TYPES OF EXCLUSIONS AREN’T ALLOWED, WE’RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR MATERIAL BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN’T AFFECT CONSUMER RIGHTS THAT CAN’T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

THE INFORMATION PRESENTED ON OR THROUGH THE SERVICES IS MADE AVAILABLE SOLELY FOR INFORMATIONAL PURPOSES. WE DO NOT CONFIRM THE ACCURACY, COMPLETENESS, OR USEFULNESS OF THE INFORMATION. ANY RELIANCE YOU PLACE ON SUCH INFORMATION IS SOLELY AT YOUR OWN RISK.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, NEITHER DISCORD, ITS AFFILIATES, NOR OUR SUPPLIERS INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES WILL BE LIABLE, TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR DAMAGES FOR LOST PROFITS, LOST REVENUES, LOST SAVINGS, LOST BUSINESS OPPORTUNITY, LOSS OF DATA OR GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE, OR THE COST OF SUBSTITUTE SERVICES OF ANY KIND ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR FROM THE USE OF OR INABILITY TO USE THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT DISCORD OR ITS SUPPLIERS HAVE BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY PROVIDED IN THESE TERMS IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

REVENUES, LOST SAVINGS, LOST BUSINESS OPPORTUNITY, LOSS OF DATA OR GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE, OR THE COST OF SUBSTITUTE SERVICES OF ANY KIND ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR FROM THE USE OF OR INABILITY TO USE THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT DISCORD OR ITS SUPPLIERS HAVE BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY PROVIDED IN THESE TERMS IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

BESIDES THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), DISCORD LIMITS OUR LIABILITY TO YOU TO THE GREATER OF (A) THE AMOUNTS YOU HAVE PAID US IN THE THREE MONTHS BEFORE YOU FIRST ASSERT A CLAIM OR (B) $100 USD (OR THE EQUIVALENT IN YOUR LOCAL CURRENCY).

DISCORD ISN'T LIABLE FOR THE CONDUCT OR CONTENT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF OUR SERVICES.

THE EXCLUSIONS AND LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN DISCORD AND YOU. THE LIMITATION OF LIABILITY DESCRIBED ABOVE SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

# SETTLING DISPUTES BETWEEN YOU AND DISCORD

**Informal resolution.** Most disputes can be resolved informally, so if you have an issue with the services, you agree to reach out to us before initiating a lawsuit or arbitration. This requires sending Discord a written description of the dispute (including your name, what you're complaining about, and how you'd like to resolve it) along with the email address or phone number associated with your Discord account to disputes@discord.com. If the dispute is not resolved within sixty (60) days after receipt of the written notice, you and Discord agree to resolve any remaining dispute through the further dispute resolution provisions below. You must engage in this informal resolution process before starting any formal dispute resolution. Applicable statutes of limitations and due dates for arbitration filing fees or other deadlines will be tolled while the parties attempt informal resolution.

If you reside in the European Union, you may also be entitled to submit your complaint to the European Commission's Online Dispute Resolution (ODR) Platform. ODR allows EU consumers to resolve disputes related to the online purchases of goods and services without going to court.

**Governing law and jurisdiction.** The Federal Arbitration Act, federal arbitration law, and California law will apply to these terms and any disputes related to these terms or our services, regardless of conflict of laws rules. Any of these disputes that are not subject to arbitration will be resolved exclusively in the state or federal courts in San Francisco County, California, and you and Discord both consent to venue and personal jurisdiction in these courts.

If you are a consumer residing in the European Union, this clause and these terms in general do not affect any mandatory consumer rights you may have under your local law, and all disputes arising in connection with the services and/or these terms shall be submitted to the exclusive jurisdiction of the court of Amsterdam, the Netherlands or, if you are a consumer, to a court closer to your domicile if in an EU Member State.

**Agreement to arbitrate.**

IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS. PLEASE READ THIS SECTION CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT:

Netherlands or, if you are a consumer, to a court closer to your domicile if in an EU Member State.

Discord

Log In

**Agreement to arbitrate.**

IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS. PLEASE READ THIS SECTION CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT:

You and Discord agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of these arbitration provisions. Except for the circumstances described below, and only after the parties have engaged in a good-faith, but unsuccessful, effort to resolve the dispute in accordance with the "informal resolution" process (above), you and Discord agree to resolve any dispute, disagreement, or claim relating to these terms or our services through final and binding arbitration in the U.S. county where you reside. This includes claims that arose, were asserted, or involve facts occurring before the existence of this arbitration agreement or any prior agreement as well as claims that may arise after the termination of this arbitration agreement, in accordance with the notice and opt-out provisions set forth in section.

**Arbitration rules**. The arbitration will be conducted by a single arbitrator, governed by these terms and the American Arbitration Association Rules, excluding any rules or procedures governing or permitting class or representative actions (the "AAA Rules"), available at https://www.adr.org/active-rules. These terms will govern if there's a conflict between these terms and the AAA Rules. To begin the arbitration proceeding, either party must submit a written Demand for Arbitration (available at www.adr.org) with the AAA and provide a copy to the other party as specified in the AAA Rules. To provide notice to Discord, please send an email with the subject line "Arbitration Demand" to disputes@discord.com.

If the amount in controversy does not exceed $10,000, and you do not seek injunctive or declaratory relief, then the arbitration will be conducted solely on the basis of documents you and Discord submit to the arbitrator, unless the arbitrator determines that a hearing is necessary. If the amount in controversy exceeds $10,000 or seeks declaratory or injunctive relief, either party may request (or the arbitrator may determine) to hold a hearing, which may be in-person, videoconference, or telephone conference.

**Arbitration costs**. AAA sets forth fees for its services, which are available at www.adr.org/sites/default/files/Consumer-Fee_Schedule.pdf. If Discord is the party initiating an arbitration against you, Discord will pay all costs associated with the arbitration, including the entire filing fee. If you initiate an arbitration against Discord, you will be responsible for the first $100 toward the nonrefundable Initial Filing Fee, unless the arbitrator determines that you are unable to pay, in which case Discord will pay the entire filing fee. For cases seeking less than $75K, Discord will pay the remainder of the Initial Filing Fee and both parties' Administrative fees (unless the arbitrator finds your claims, defenses, or other fee-generating activity to be conducted for an improper purpose or frivolous (under the standard set forth in Federal Rule of Civil Procedure 11). For cases seeking more than $75K, fees and costs will be determined in accordance with AAA Rules.

In all arbitrations, unless otherwise required by law or the AAA Rules, you're responsible for all other additional arbitration costs incurred, including attorney's fees and expert witness costs. The parties agree that AAA has discretion to modify the amount or timing of any administrative or arbitration fees due under AAA's Rules where it deems appropriate, provided that such modification does not increase the costs to you, and you waive any objection to such fee modification. The parties also agree that a good-faith challenge by either party to the fees imposed by AAA does not constitute a default, waiver, or breach of this Section while such challenge remains pending before AAA, the arbitrator, and/or a court of competent jurisdiction.

**Offer of Judgment.** At least 14 days before the date set for an arbitration hearing, any party may serve an offer in writing upon the other party to allow judgment on specified terms. If the offer made by the offering party is not accepted by the other party, and the other party fails to obtain a more favorable award, the other party will not recover its post-offer costs and will pay the offering party's costs from the time of the offer.

**Arbitration Decision.** The decision of the arbitrator will be in writing and binding on you and Discord, and judgment to enforce the decision may be entered by any court of competent jurisdiction. You and Discord

offer in writing upon the other party to allow judgment on specified terms. If the offer made by the offering party is not accepted by the other party, and the other party fails to obtain a more favorable award, the other party will not recover its post-offer costs and will pay the offering party's costs from the time of the offer.

**Arbitration Decision.** The decision of the arbitrator will be in writing and binding on you and Discord, and judgment to enforce the decision may be entered by any court of competent jurisdiction. You and Discord agree that dispositive motions will be allowed in the arbitration. Except as explicitly set forth in this arbitration section, the arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of these terms of service, including, but not limited to any claim that all or any part of these terms of service are void or voidable, whether a claim is subject to arbitration, and any dispute regarding the payment of AAA or arbitrator fees (including the timing of such payments and remedies for nonpayment). The arbitrator must follow these terms and can award the same damages and relief as a court. The arbitrator has the right to impose sanctions in accordance with the AAA Rules and procedures for any frivolous claims, improper claims, or submissions the arbitrator determines have not been filed in good faith, as well as for a party's failure to comply with this Section or claims filed on behalf of a claimant who is not party to this agreement. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration.

**Mass filings.** If, at any time, 30 or more similar demands for arbitration are asserted against Discord or related parties by the same or coordinated counsel or entities ("Mass Filing"), these additional rules will apply:

If you or your counsel file a demand for arbitration that fits within the definition of Mass Filing, you agree that your demand for arbitration will be subject to the additional protocols set forth in this mass filing subsection.

Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. You and Discord agree to jointly ask the arbitrator to agree to the following procedures: The arbitrator will randomly assign sequential numbers to each of the claims included in a Mass Filing, after which the claims numbered 1-10 will be designated the "Initial Test Cases" and will proceed to arbitration. The Parties agree to decide on a single arbitrator for all Initial Test Cases and to consolidate the cases for pre-hearing procedures and the pre-hearing conference. Unless the claims are resolved in advance or the schedule is extended, the arbitrator will render final awards for the Initial Test Cases within 120 days of the initial pre-hearing conference. If fewer than 5 Initial Test Cases resolve without a final decision of the arbitrator because they are resolved in advance, cases will be selected in batches of 10 and will proceed to arbitration until at least 5 have been resolved by a final arbitrator decision. The arbitrator's decisions for the Initial Test Cases shall be in writing and shall contain the essential findings and conclusions of fact and law upon which the arbitrator based the decision.

The results of the Initial Test Cases resolved by a final arbitrator decision will then be given to a mediator who will try to facilitate a resolution of the remaining cases. After the results are provided to the mediator, the mediator and the parties will have 90 days (the "Mediation Period") to agree on a resolution or substantive methodology for resolving the outstanding cases. If the parties are unable to resolve the outstanding claims during the Mediation Period, either Party may choose to opt out of the arbitration process and proceed in court with its remaining claims. Notice of the opt-out will be provided in writing within 60 days of the close of the Mediation Period. Opt out of arbitration under this section shall not be construed as opt out of the section titled "Class Waiver" below.

Absent notice of an opt-out, the arbitrations will proceed in the order determined by the sequential numbers assigned to claims in the Mass Filing.

If your demand for arbitration is included in the Mass Filing, any statute of limitations applicable to your claims will remain tolled until your demand for arbitration is decided, withdrawn, or is settled.

**Other remedies.** ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JURY TRIAL. In some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU AND DISCORD ARE EACH

If your demand for arbitration is included in the Mass Filing, any statute of limitations applicable to your claims will remain tolled until your demand for arbitration is decided, withdrawn, or is settled.



**Other remedies.** ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JURY TRIAL. In some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU AND DISCORD ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY TO THE MAXIMUM EXTENT PERMITTED BY LAW. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to your state's law.

**Opt-out.** You can decline this agreement to arbitrate by emailing an opt-out notice to arbitration-opt-out@discord.com within 30 days of March 27, 2023 or when you first register your Discord account, whichever is later, otherwise you shall be bound to arbitrate disputes in accordance with the terms of these paragraphs. If you opt out of these arbitration provisions, Discord also will not be bound by them.

**Exceptions.** You or Discord may still pursue claims, if they qualify, in small claims court in San Francisco County, California, or any U.S. county where you live or work. The small claims court, and not any arbitrator or AAA, shall have the exclusive authority to resolve disputes regarding whether a dispute is properly within the jurisdiction of a small claims court. Additionally, disputes concerning patents, copyrights, moral rights, trademarks, and trade secrets and claims of piracy or unauthorized use of our services will not be subject to arbitration. Either party may also seek a declaratory judgment or other equitable relief in a court of competent jurisdiction regarding whether a party's claims are time-barred or may be brought in small claims court. Seeking such relief shall not waive a party's right to arbitration under this agreement, and any filed arbitrations related to any action filed pursuant to this paragraph shall automatically be stayed (and any applicable statute of limitations tolled) pending the outcome of such action.

**Class waiver.** IF YOU'RE A U.S. RESIDENT, EXCEPT AS PROVIDED HEREIN, YOU AND DISCORD AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN OUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, UNLESS DISCORD PROVIDES ITS CONSENT TO CONSOLIDATE IN WRITING. If this specific paragraph is found unenforceable, then the "Agreement to arbitrate" section will be null and void. If there is a final judicial determination that applicable law precludes enforcement of this paragraph's limitations as to a particular remedy, then that remedy (and only that remedy) must be severed from the arbitration and may be sought in court. The parties agree, however, that any adjudication of remedies not subject to arbitration shall be stayed pending the outcome of any arbitrable claims and remedies. This subsection does not prevent you or Discord from participating in a class-wide settlement of claims.

**Changes to this Dispute Section:** Discord will provide 30 days' notice of the date of any material changes to this clause. Changes will become effective on the 30th day and apply to all claims not yet filed. If you continue to use the site after the 30th day, you agree that any unfiled claims of which Discord does not have actual notice are subject to the revised clause. If you reject any such changes by opting out of the arbitration agreement, you may exercise your right to a trial by jury or judge, as permitted by applicable law, but any prior existing agreement to arbitrate disputes under a prior version of the arbitration agreement will not apply to claims not yet filed. If Discord changes this "Dispute Resolution" section after the date you first accepted this agreement (or accepted any subsequent changes to this agreement), you agree that your continued use of the Discord product(s) or services 30 days after such change will be deemed acceptance of those changes. If you do not agree to such change, you may opt out by providing notice as described in this section.

# MORE IMPORTANT STUFF

You have certain rights that, by law, can't be limited by these terms, and we in no way intend to restrict those rights in these terms.

**Entire agreement.** These terms cover the entire agreement between you and Discord for your use of our

You have certain rights that, by law, can't be limited by these terms, and we in no way intend to restrict those rights in these terms.

**Entire agreement.** These terms cover the entire agreement between you and Discord for your use of our services.

**Additional terms.** Where additional terms apply to our products or services, the additional terms will control with respect to your use of that product or service to the extent of any conflict with these terms.

**Bug reporting.** We support the responsible reporting of security vulnerabilities. To report a security issue, please visit https://discord.com/security.

**Export Control.** You agree to comply with all applicable import, export, and re-export control laws and restrictions, including but not limited to those of the European Union and its member states, the U.S. Department of Commerce Export Administration Regulations ("EAR") and economic sanctions maintained by the U.S. Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR"), and will not use the services to cause a violation of such laws or regulations. You agree to not use our services to store or distribute content that is subject to export controls, unless you have obtained all required government export authorizations. Further, you represent and warrant that you are not on any government list of prohibited or restricted parties, or otherwise subject to equivalent restrictions, as specified in the laws and regulations listed above or in your country's laws. You may not download or use our services if you are located in a country or region subject to U.S. or E.U. government embargo (including Cuba, Iran, North Korea, Syria, and the Crimea region) unless that use is authorized by the United States and other relevant authorities.

**Waiver, severability, and assignment.** If you fail to follow these terms and we don't immediately act, that doesn't mean we're giving up any of our legal rights (such as acting in the future). If any part of these terms ends up being invalid or unenforceable based on a decision by any court or competent authority, the rest of these terms will not be affected. You may not assign these terms to anyone else without our written consent. We may assign our rights to any of our affiliates or subsidiaries, or to any successor in interest of any business associated with our services.

**Survival**. Any part of these terms that by their nature should survive after termination of these terms will survive. As permitted under applicable law, this includes but may not be limited to the following:

- Our rights to retain and display certain data;
- Any amounts owed will remain due;
- Any indemnification obligations (as applicable) such as those listed under the "Indemnity" section;
- Any disclaimer of warranties such as those under the "Services 'AS IS'" section;
- Any applicable limitation of liability such as those under the "Limitation of Liability" section;
- Any dispute resolution provisions, including the arbitration agreement, such as those under the "Settling disputes between you and Discord" section.

**Updates to these terms**. We may decide to update these terms: ① to reflect changes to our services or our business, ② for legal or regulatory reasons, ③ to prevent abuse on or of our services, or ④ to better protect or serve users of our services. If these changes materially affect your Discord use or your legal rights, we'll give you reasonable advance notice (unless the updates are urgent). If you continue to use our services after the changes have taken effect, it means that you agree to the changes. If you don't agree, you must stop using our services.

**Apple App Store**. If you download the Discord app from the Apple App Store or use our app on an iOS device, the below paragraph applies to you.

you reasonable advance notice (unless the updates are urgent). If you continue to use our services after the changes have taken effect, it means that you agree to the changes. If you don't agree, you must stop using our services.

**Apple App Store**. If you download the Discord app from the Apple App Store or use our app on an iOS device, the below paragraph applies to you.

These terms grant a non-transferable license to use the Discord App on any Apple/Mac product that you might own or control and as permitted by Apple's policies. Apple has no obligation to furnish any maintenance and support services with respect to the Discord app. If the app fails to conform to any applicable warranty, you may notify Apple and Apple will refund the app purchase price to you (if applicable) and, to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Discord app. Apple is not responsible for addressing any claims by you or any third party relating to the Discord app or your possession and use of it, including, but not limited to: (i) product liability claims; (ii) any claim that the Discord app fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement and discharge of any third-party claim that your possession and use of the Discord app infringe that third party's intellectual property rights. Apple and its subsidiaries are third-party beneficiaries of these terms, and upon acceptance of the terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these terms against you as a third-party beneficiary thereof. You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a terrorist-supporting country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You must also comply with any applicable third-party terms of service when using the Discord app.

## CONTACTING EACH OTHER

If you have any questions about these terms, please contact us at privacy@discord.com. We may send you electronic communications related to our services. Where required, we'll get your consent before sending you direct marketing, and we'll make it easy for you to opt out.

possession and use of the Discord app infringe that third party's intellectual property rights. Apple and its subsidiaries are third-party beneficiaries of these terms, and upon acceptance of the terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these terms against you as a third-party beneficiary thereof. You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a terrorist-supporting country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You must also comply with any applicable third-party terms of service when using the Discord app.

## CONTACTING EACH OTHER

If you have any questions about these terms, please contact us at privacy@discord.com. We may send you electronic communications related to our services. Where required, we'll get your consent before sending you direct marketing, and we'll make it easy for you to opt out.

# EXHIBIT G

Archived Versions

# DISCORD'S TERMS OF SERVICE

Effective: April 15, 2024

Last Updated: March 15, 2024


1. Who we are
2. Age requirements and responsibility of parents and legal guardians
3. What you can expect from us
4. Your Discord account
5. Content in Discord's services
   - Your Content
   - Discord's content
   - Other content
6. Software in Discord's services
7. Copyright
8. Discord's paid services
9. Restrictions on your use of Discord's services
10. Termination
11. Appeals
12. Indemnity
13. Services "AS IS"
14. Data Charges
15. Limitation of liability
16. Settling disputes between you and Discord
17. More important stuff


Welcome! Discord is the best place to talk, hang out and have fun with friends online. We're happy you're here.

These terms set forth our legal obligations to each other. They apply to your use of our services.

**IMPORTANT NOTE: The section titled "Settling Disputes Between You and Discord" contains an arbitration clause and class-action waiver that applies to all U.S.-based Discord users. Please read this section carefully as it may significantly affect your legal rights, including your right to file a lawsuit in court.**

When we say "Discord," "we," "us," and "our" in these terms, we mean Discord Inc., its subsidiaries, and its related companies.

When we say "services" in these terms, we mean Discord's services, apps, websites, and other products.

When we say "you" or "your," we mean you. If you're accessing our services on behalf of a legal entity (like your employer), you agree that you have the authority to bind that entity to these terms, and "you" and "your"

When we say "Discord," "we," "us," and "our" in these terms, we mean Discord Inc., its subsidiaries, and its related companies.



When we say "services" in these terms, we mean Discord's services, apps, websites, and other products.

When we say "you" or "your," we mean you. If you're accessing our services on behalf of a legal entity (like your employer), you agree that you have the authority to bind that entity to these terms, and "you" and "your" will refer to that entity.

We also have a Privacy Policy, Community Guidelines, and these other policies that apply to your use of our services and are incorporated into these terms. You should read these policies—we've worked hard to make them simple and clear, and they contain important information about your use of our services. If you use our API, Discord's Developer Terms of Service and Developer Policy apply to that use. Discord's Paid Services Terms apply to any purchase you make through Discord, and Discord's Monetization Terms apply to any sales you make through Discord.

Together, these rules make Discord possible, and they matter to us. If you believe others aren't following them, please let us know by reporting it to us.

## WHO WE ARE

We provide services that allow you to interact with other Discord users (such as through direct messages and group direct messages) and participate in large and small spaces (or "servers"). Our services may also include access to certain software, features, and content, including items that you can purchase from us or others. Additional terms may apply to those purchases.

Discord Inc. is located at 444 De Haro Street #200, San Francisco, CA 94107, USA. Discord Netherlands B.V. is located at Schiphol Boulevard 195, 1118 BG Schiphol, Netherlands.

## AGE REQUIREMENTS AND RESPONSIBILITY OF PARENTS AND LEGAL GUARDIANS

By accessing our services, you confirm that you're at least 13 years old and meet the minimum age required by the laws in your country. We maintain a list of minimum ages around the world as a resource for you, but we aren't able to guarantee that it is always accurate. If you are old enough to access our services in your country, but not old enough to have authority to consent to our terms, your parent or legal guardian must agree to our terms on your behalf. Please ask your parent or legal guardian to read these terms with you. If you're a parent or legal guardian, and you allow your child (who must meet the minimum age for your country) to use the services, then these terms also apply to you and you're responsible for your child's activity on the services, including purchases made by them. For more information on purchases, see "Discord's Paid Services" below.

## WHAT YOU CAN EXPECT FROM US

Discord is the best place to talk, hang out and have fun with friends online. To do that, we provide different digital spaces where you can connect with other Discord users and communities. Discord users communicate primarily via "servers," which are digital spaces made up of different types of channels. Text channels allow users to interact via text-based messages, as well as images, GIFs, emoji, and other uploadable media. Voice channels allow users to communicate by voice and/or streaming video. Users can also communicate one-to-

Discord Log In

Discord is the best place to talk, hang out and have fun with friends online. To do that, we provide different digital spaces where you can connect with other Discord users and communities. Discord users communicate primarily via "servers," which are digital spaces made up of different types of channels. Text channels allow users to interact via text-based messages, as well as images, GIFs, emoji, and other uploadable media. Voice channels allow users to communicate by voice and/or streaming video. Users can also communicate one-to-one using direct messages, or communicate with a limited number of users via group direct messages. We're always evolving our services, and we may create other types of spaces in the future!

Users create servers, and users choose which servers to join and who their "friends" are. All users must follow our Community Guidelines and other policies, but in Servers, the server owners and server admins control the server permissions and additional rules, including establishing membership requirements and creating custom roles and what those roles can do within the server. Server owners and admins also control whether to make their server available in Server Discovery, whether to publish their server invite link on public websites, whether to enable community growth and safety features, and whether to add bots or other apps. These permissions, like the size of a server, may change over time.

Discord is designed to make communicating with the people you want to speak to as easy as possible. Posts appear in text channels in the order in which they're made. Voice and video communication happens in real time. We may build features that help you create content and communicate with others, join conversations more easily, or may highlight content and activity available to you on Discord that might be of interest. Discord was also designed to make it easy to share what you're up to. You can stream what you're doing on your device, or you can share your status, including what game you're playing, what song you're listening to (if you link a music account), and more. Sharing gameplay is fundamental to the Discord experience, so it's turned on by default. You can turn it off in your Settings at any time, and you're in control of whether or not you connect other accounts to Discord.

Discord's services may be personalized to each user based on their activity, so that you can see content and communities that may be of interest to you. You can control whether and to what extent Discord personalizes your experience in your Settings.

We're actively developing new features and products to improve Discord. As part of these efforts, we may add or remove features, start offering new services, or stop offering some services entirely (or just in some places or for some users) if they no longer make sense from a business perspective or create risk for Discord, our users, or other third parties. While we try to avoid disruptions, we cannot guarantee that there will not be an outage or change to the services, and your content may not be retrievable due to such outages or changes. We are not liable for any such outages or service changes.

# YOUR DISCORD ACCOUNT

To access the services on an ongoing basis, you will need to create a Discord account. You can provide a username and password, and a way of contacting you (such as an email address and/or phone number). You'll also need to provide your birthday. In some cases, you may be required to verify your account or provide additional information.

You are responsible for the security of your account, and you agree to notify us immediately if you believe your account has been compromised. If you use a password, it must be strong, and we (strongly) recommend that you use that password only for your Discord account and that you enable two-factor authentication.

You must always provide accurate information to Discord and maintain the accuracy of the information associated with your account. We may assume that any communications we've received from your account or the associated contact information have been made by you, and that any purchases made using your account were made by you.

that you use that password only for your Discord account and that you enable two-factor authentication.



You must always provide accurate information to Discord and maintain the accuracy of the information associated with your account. We may assume that any communications we've received from your account or the associated contact information have been made by you, and that any purchases made using your account were made by you.

If you get locked out of your account, we'll need to contact you at the email or phone number associated with your account. If your account is compromised or you no longer have access to your email account or phone number, we may not be able to restore your access to your account or the servers you've created.

You agree not to license, sell, lend, or transfer your account, Discord username, vanity URL, or other unique identifier without our prior written approval. We also reserve the right to delete, change, or reclaim your username, URL, or other identifier.

# CONTENT IN DISCORD'S SERVICES

### Your Content

When we say "your content" in these terms, we mean all the things you add (upload, post, share, stream, etc.) to our services. This includes text, links, GIFs, emoji, photos, videos, documents, or other media. If we come up with another way for you to add content to the services, it includes that too.

You don't have any obligation to add content to the services. If you choose to add content to the services, you are responsible for ensuring that you have the right to do so, that you have the right to grant the licenses in this section of these terms, and that your content is lawful. We take no responsibility for any of your content, and we are not responsible for others' use of your content.

Our services allow users to add content in a number of different ways, including via direct messages, group direct messages, and in small and large servers. Some of these servers may be larger spaces, and if you share content within them, that content may be more likely to be accessed by a lot of people. For example, some servers are available in the Server Discovery section of the app and do not require an invite link to join. Other server owners may publish their server invite link on public websites. Anyone can access these spaces. You should be aware that these permissions are set by server owners or admins, and they may change over time. Please understand where you are posting on Discord, familiarize yourself with the relevant server permissions when joining and posting in a certain space, and choose the right space, features, and settings for you and your content.

Your content is yours, but you give us a license to it when you use Discord. Your content may be protected by certain intellectual property rights. We don't own those. But by using our services, you grant us a license—which is a form of permission—to do the following with your content, in accordance with applicable legal requirements, in connection with operating, developing, and improving our services:

- Use, copy, store, distribute, and communicate your content in manners consistent with your use of the services. (For example, so we can store and display your content.)
- Publish, publicly perform, or publicly display your content if you've chosen to make it visible to others. (For example, so we can display your messages if you post them in certain servers or recommend that content to others.)
- Monitor, modify, translate, and reformat your content. (For example, so we can resize an image you post to fit on a mobile device.)
- Sublicense your content, to allow our services to work as intended. (For example, so we can store your content with our cloud service providers.)

This license is worldwide, non-exclusive (which means you can still license your content to others), royalty-free (which means there are no fees for this license), transferable, and perpetual.

- Monitor, modify, translate, and reformat your content. (For example, so we can resize an image you post to fit on a mobile device.)
- Sublicense your content, to allow our services to work as intended. (For example, so we can store your content with our cloud service providers.)

This license is worldwide, non-exclusive (which means you can still license your content to others), royalty-free (which means there are no fees for this license), transferable, and perpetual.

We reserve the right to block, remove, and/or permanently delete your content if it is in breach of these terms, our Community Guidelines, our other policies, or any applicable law or regulation, or if it creates risk for Discord or negatively impacts the experience or interests of other Discord users to continue to make it available.

We welcome feedback on our services. By sending us feedback, you grant us a non-exclusive, perpetual, irrevocable, transferable license to use the feedback and ideas generated from the feedback without any restrictions, attribution, or compensation to you.

### Discord's content

Our services include some content that belongs to us, such as the design of our apps and websites, our art and images, and content written by us. You may use our software as outlined in these terms. You may only use our trademarks (or other brand indicia) and copyrights as permitted in our Brand Guidelines or with our prior written permission. We retain all intellectual property rights in our content.

### Other content

Other people's content. Our services might also provide you with access to other people's content. You may not use this content without that person's consent, or as allowed by law. Other people's content is theirs and doesn't necessarily reflect Discord's own views. Discord doesn't endorse or verify the accuracy or reliability of content shared by Discord users. We work hard to try to make Discord a safe, positive, and inclusive place, but cannot always prevent you from encountering content that you may find objectionable or offensive. You agree we will not be liable for any harm caused by that content. You may report content that you think violates any of our policies. We have the right, but not the obligation, to review such reports and block or remove content at our discretion.

Third party features and content. Our services may also allow you to access third-party websites, features, apps, or other content. We provide you access only as a convenience to you, and are not responsible for the content or services available from these websites or resources.

## SOFTWARE IN DISCORD'S SERVICES

License to our software. Some of our services allow you to download client software. So long as you comply with these terms, we grant you a worldwide, non-exclusive, personal, and non-assignable license to download, install, and run that software, solely to access our services.

You may not copy, modify, create derivative works based upon, distribute, sell, lease, or sublicense any of our software or services. You also may not reverse engineer or decompile our software or services, attempt to do so, or assist anyone in doing so, unless you have our written consent or applicable law permits it.

Although we are granting you this license, we retain any intellectual property rights we have in our software and services.

Open source. Some of Discord's services include software subject to separate open source license terms, and your use of those services are subject to your compliance with those license terms, when applicable. We encourage you to review them, as some licenses may explicitly override these terms.

Third-Party Services. Discord may allow you to access apps, bots, or other products, features, or services

Open source. Some of Discord's services include software subject to separate open source license terms, and your use of those services are subject to your compliance with those license terms, when applicable. We encourage you to review them, as some licenses may explicitly override these terms.

Third-Party Services. Discord may allow you to access apps, bots, or other products, features, or services developed by third parties ("third-party services"). It's your choice whether to use these third-party services and whether to participate in Discord servers that incorporate them. You should review any terms and policies provided by the third parties before doing so as they govern your use of their services. While these third parties do need to follow all policies that apply to them (which may include these Terms, our Community Guidelines, Developer Terms of Service, and Developer Policy), Discord is not responsible for any third-party services.

# COPYRIGHT

We respect the intellectual property of others and expect our users to do the same. See our Copyright & IP Policy for information on how to file a copyright complaint.

# DISCORD'S PAID SERVICES

We won't charge you a fee to use the basic functionality of our services, but you may be able to pay for additional features and products. Discord's Paid Services Terms also apply to any purchase you make using Discord's supported purchase flows, and you may also be asked to agree to separate terms such as our Monetization Terms before purchasing or selling new offerings through Discord.

# RESTRICTIONS ON YOUR USE OF DISCORD'S SERVICES

When using our services, you must comply with these terms and all applicable laws, rules, and regulations, and you must only use the services for authorized and acceptable purposes. You must also adhere to our Community Guidelines and other policies, which contain more detailed rules about your content and behavior when using Discord and how we enforce them on Discord. Fundamentally, do not do, try to do, or encourage or help others to do any of the following:

- **Don't use the services to do harm to yourself or others.** Among other things, this includes trying to gain access to another user's account or any non-public portions of the services, infringing anyone else's intellectual property rights or any other proprietary rights, exploiting, harassing, bullying, spamming, auto-messaging, or auto-dialing people through our services.
- **Don't use the services to do harm to Discord.** Among other things, this includes trying to gain access to or attacking our systems, scraping our services without our written consent, transmitting viruses or other malicious code to our services, abusing or defrauding us or our payment systems, copying our product or using our intellectual property without permission, and misusing our reporting or customer service mechanisms.
- **Don't use the services to do anything else that's illegal.** This includes using the services to plan or commit any crime or do anything else that is illegal.

We encourage you to report content or conduct that you believe violates these restrictions. You can learn more about our approach to safety and content moderation in our Safety Center.

mechanisms.



- **Don't use the services to do anything else that's illegal.** This includes using the services to plan or commit any crime or do anything else that is illegal.

We encourage you to report content or conduct that you believe violates these restrictions. You can learn more about our approach to safety and content moderation in our Safety Center.

# TERMINATION

Your right to terminate. You're free to stop using Discord's services at any time and for any reason. To terminate this agreement, you may delete your Discord account through the Settings page in the Discord app (the gear icon next to your username) and discontinue use of the services. Certain provisions of these terms will survive termination as outlined below in the "Survival" section.

Disabling your account limits the processing of your personal information as described in our Privacy Policy. Disabling your account does not terminate this agreement.

Our right to terminate. Subject to applicable law, we reserve the right to suspend or terminate your account and/or your access to some or all of our services with or without notice, at our discretion for any reason, or for the following reasons:

- You breach these terms, our Community Guidelines, our other policies, or additional terms that apply to specific products.
- We're required to do so to comply with a legal requirement or court order.
- We reasonably believe termination is necessary to prevent harm to you, us, other users, or third parties.
- Your account has been inactive for more than two years.
- Continuing to allow your account to be active, giving you access to some or all services, or hosting your content creates risk for Discord, other users, or third parties.

However, we will give you advance notice if reasonable to do so or required by applicable law.

# APPEALS

We value transparency and work hard to give you context for the decisions we make. You can appeal any enforcement action we take under these terms or other policies, including terminations, suspensions, or content removals through this form or available in-app options. If you reside in the European Economic Area, your appeal must be submitted within six months of the relevant decision.

# INDEMNITY

If you are using the services on behalf of a business or legal entity and not in an individual capacity, then you will indemnify and hold Discord and its officers, directors, employees and agents harmless from and against any claims, liabilities, damages, and costs (including reasonable legal and accounting fees) related to (a) your access to or use of our services, (b) your content, or (c) your violation of these terms.

# SERVICES "AS IS"

# SERVICES "AS IS"

We work hard to offer great services, but there are certain aspects that we can't guarantee. TO THE FULLEST EXTENT PERMITTED BY LAW, DISCORD, ITS AFFILIATES, AND THEIR RESPECTIVE SUPPLIERS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, AND NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE. THE LAWS OF CERTAIN JURISDICTIONS OR STATES DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES. TO THE EXTENT SUCH WARRANTIES CANNOT BE DISCLAIMED UNDER THE LAWS OF YOUR JURISDICTION, WE LIMIT THE DURATION AND REMEDIES OF SUCH WARRANTIES TO THE FULL EXTENT PERMISSIBLE UNDER THOSE LAWS.

# DATA CHARGES

You are responsible for any mobile charges that you may incur for using our services. This includes data charges and charges for messaging, such as SMS, MMS, or other messaging protocols or technologies. If you are not sure what you may be charged, you should ask your mobile service provider before using our services.

# LIMITATION OF LIABILITY

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO. IN COUNTRIES WHERE THE BELOW TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR MATERIAL BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

THE INFORMATION PRESENTED ON OR THROUGH THE SERVICES IS MADE AVAILABLE SOLELY FOR INFORMATIONAL PURPOSES. WE DO NOT CONFIRM THE ACCURACY, COMPLETENESS, OR USEFULNESS OF THE INFORMATION. ANY RELIANCE YOU PLACE ON SUCH INFORMATION IS SOLELY AT YOUR OWN RISK.

IN COUNTRIES WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, NEITHER DISCORD, ITS AFFILIATES, NOR OUR SUPPLIERS INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES WILL BE LIABLE, TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR DAMAGES FOR LOST PROFITS, LOST REVENUES, LOST SAVINGS, LOST BUSINESS OPPORTUNITY, LOSS OF DATA OR GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE, OR THE COST OF SUBSTITUTE SERVICES OF ANY KIND ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR FROM THE USE OF OR INABILITY TO USE THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT DISCORD OR ITS SUPPLIERS HAVE BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY PROVIDED IN THESE TERMS IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

BESIDES THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), DISCORD LIMITS OUR LIABILITY TO YOU TO THE GREATER OF (A) THE AMOUNTS YOU HAVE PAID US IN THE THREE MONTHS BEFORE YOU FIRST ASSERT A CLAIM OR (B) $100 USD (OR THE EQUIVALENT IN YOUR LOCAL CURRENCY).

ITS SUPPLIERS HAVE BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY PROVIDED IN THESE TERMS IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.



BESIDES THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), DISCORD LIMITS OUR LIABILITY TO YOU TO THE GREATER OF (A) THE AMOUNTS YOU HAVE PAID US IN THE THREE MONTHS BEFORE YOU FIRST ASSERT A CLAIM OR (B) $100 USD (OR THE EQUIVALENT IN YOUR LOCAL CURRENCY).

DISCORD ISN'T LIABLE FOR THE CONDUCT OR CONTENT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF OUR SERVICES.

THE EXCLUSIONS AND LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN DISCORD AND YOU. THE LIMITATION OF LIABILITY DESCRIBED ABOVE SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

## SETTLING DISPUTES BETWEEN YOU AND DISCORD

**Informal resolution.** Most disputes can be resolved informally, so if you have an issue with the services, you agree to reach out to us before initiating a lawsuit or arbitration. This requires emailing disputes@discordapp.com a written notice ("Written Notice"), which must include: ① your name; ② the email address or phone number associated with your Discord account; ③ a detailed description of the issue; and ④ how you'd like to resolve it. If the dispute is not resolved within sixty (60) days after receipt of the Written Notice, you and Discord agree to resolve any remaining dispute through further informal discussions or one of the formal dispute resolution provisions below. You must engage in this informal resolution process before starting any formal dispute resolution unless exempted by law. Applicable statutes of limitations and due dates for arbitration filing fees or other deadlines will be tolled upon receipt of the Written Notice to disputes@discordapp.com, while the parties attempt informal resolution.

If you reside in the European Union, you may also be entitled to submit your complaint to the European Commission's Online Dispute Resolution (ODR) Platform or the Out-of-Court Dispute Settlement ("OCDS") mechanism under DSA Article 21. ODR allows EU consumers to resolve disputes related to the online purchases of goods and services without going to court. Note that a submission to the ODR or via the OCDS mechanism alone, without submitting a Written Notice to disputes@discordapp.com, will not toll the applicable statutes of limitations or other deadlines.

**Governing law and jurisdiction.** The Federal Arbitration Act, federal arbitration law, and California law will apply to these terms and any disputes related to these terms or our services, regardless of conflict of laws rules. Any dispute that is not subject to arbitration will be resolved exclusively in the state or federal courts in San Francisco County, California, and you and Discord both consent to venue and personal jurisdiction in these courts.

If you are a consumer residing in the European Union, this clause and these terms in general do not affect any mandatory consumer rights you may have under your local law, and all disputes arising in connection with the services and/or these terms shall be submitted to the exclusive jurisdiction of the court of Amsterdam, the Netherlands or, if you are a consumer, to a court closer to your domicile if in an EU Member State.

**Agreement to arbitrate.**

IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS. PLEASE READ THIS SECTION CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT:

You and Discord agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of these arbitration provisions. Except for the circumstances described below, and only after the parties have

IF YOU'RE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS. PLEASE READ THIS SECTION CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT:

You and Discord agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of these arbitration provisions. Except for the circumstances described below, and only after the parties have engaged in a good-faith, but unsuccessful, effort to resolve the dispute in accordance with the "informal resolution" process (above), you and Discord agree to resolve any dispute, disagreement, or claim relating to these terms or our services through final and binding arbitration in the U.S. county where you reside. This includes claims that arose, were asserted, or involve facts occurring before the existence of this arbitration agreement or any prior agreement as well as claims that may arise after the termination of this arbitration agreement, in accordance with the notice and opt-out provisions set forth in section.

**Arbitration rules.** The arbitration will be conducted by a single arbitrator, governed by these terms and the American Arbitration Association Rules, excluding any rules or procedures governing or permitting class or representative actions (the "AAA Rules"), available at https://www.adr.org/active-rules. These terms will govern if there's a conflict between these terms and the AAA Rules. To begin the arbitration proceeding, either party must submit a written Demand for Arbitration (available at www.adr.org) with the AAA and provide a copy to the other party as specified in the AAA Rules. To provide notice to Discord, please send an email with the subject line "Arbitration Demand" to disputes@discordapp.com.

If the amount in controversy does not exceed $10,000, and you do not seek injunctive or declaratory relief, then the arbitration will be conducted solely on the basis of documents you and Discord submit to the arbitrator, unless the arbitrator determines that a hearing is necessary. If the amount in controversy exceeds $10,000 or seeks declaratory or injunctive relief, either party may request (or the arbitrator may determine) to hold a hearing, which may be in-person, videoconference, or telephone conference.

**Arbitration costs.** AAA sets forth fees for its services, which are available at www.adr.org/sites/default/files/Consumer-Fee_Schedule.pdf. If Discord is the party initiating an arbitration against you, Discord will pay all costs associated with the arbitration, including the entire filing fee. If you initiate an arbitration against Discord, you will be responsible for the first $100 toward the nonrefundable Initial Filing Fee, unless the arbitrator determines that you are unable to pay, in which case Discord will pay the entire filing fee. For cases seeking less than $75K, Discord will pay the remainder of the Initial Filing Fee and both parties' Administrative fees (unless the arbitrator finds your claims, defenses, or other fee-generating activity to be conducted for an improper purpose or frivolous (under the standard set forth in Federal Rule of Civil Procedure 11). For cases seeking more than $75K, fees and costs will be determined in accordance with AAA Rules.

In all arbitrations, unless otherwise required by law or the AAA Rules, you're responsible for all other additional arbitration costs incurred, including attorney's fees and expert witness costs. The parties agree that AAA has discretion to modify the amount or timing of any administrative or arbitration fees due under AAA's Rules where it deems appropriate, provided that such modification does not increase the costs to you, and you waive any objection to such fee modification. The parties also agree that a good-faith challenge by either party to the fees imposed by AAA does not constitute a default, waiver, or breach of this Section while such challenge remains pending before AAA, the arbitrator, and/or a court of competent jurisdiction.

**Offer of Judgment.** At least 14 days before the date set for an arbitration hearing, any party may serve an offer in writing upon the other party to allow judgment on specified terms. If the offer made by the offering party is not accepted by the other party, and the other party fails to obtain a more favorable award, the other party will not recover its post-offer costs and will pay the offering party's costs from the time of the offer.

**Arbitration Decision.** The decision of the arbitrator will be in writing and binding on you and Discord, and judgment to enforce the decision may be entered by any court of competent jurisdiction. You and Discord agree that dispositive motions will be allowed in the arbitration. Except as explicitly set forth in this arbitration section, the arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or

party will not recover its post-offer costs and will pay the offering party's costs from the time of the offer.





**Arbitration Decision.** The decision of the arbitrator will be in writing and binding on you and Discord, and judgment to enforce the decision may be entered by any court of competent jurisdiction. You and Discord agree that dispositive motions will be allowed in the arbitration. Except as explicitly set forth in this arbitration section, the arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of these terms of service, including, but not limited to any claim that all or any part of these terms of service are void or voidable, whether a claim is subject to arbitration, and any dispute regarding the payment of AAA or arbitrator fees (including the timing of such payments and remedies for nonpayment). The arbitrator must follow these terms and can award the same damages and relief as a court. The arbitrator has the right to impose sanctions in accordance with the AAA Rules and procedures for any frivolous claims, improper claims, or submissions the arbitrator determines have not been filed in good faith, as well as for a party's failure to comply with this Section or claims filed on behalf of a claimant who is not party to this agreement. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration.

**Mass filings.** If, at any time, 30 or more similar demands for arbitration are asserted against Discord or related parties by the same or coordinated counsel or entities ("Mass Filing"), these additional rules will apply:

If you or your counsel file a demand for arbitration that fits within the definition of Mass Filing, you agree that your demand for arbitration will be subject to the additional protocols set forth in this mass filing subsection.

Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. You and Discord agree to jointly ask the arbitrator to agree to the following procedures: The arbitrator will randomly assign sequential numbers to each of the claims included in a Mass Filing, after which the claims numbered 1-10 will be designated the "Initial Test Cases" and will proceed to arbitration. The Parties agree to decide on a single arbitrator for all Initial Test Cases and to consolidate the cases for pre-hearing procedures and the pre-hearing conference. Unless the claims are resolved in advance or the schedule is extended, the arbitrator will render final awards for the Initial Test Cases within 120 days of the initial pre-hearing conference. If fewer than 5 Initial Test Cases resolve without a final decision of the arbitrator because they are resolved in advance, cases will be selected in batches of 10 and will proceed to arbitration until at least 5 have been resolved by a final arbitrator decision. The arbitrator's decisions for the Initial Test Cases shall be in writing and shall contain the essential findings and conclusions of fact and law upon which the arbitrator based the decision.

The results of the Initial Test Cases resolved by a final arbitrator decision will then be given to a mediator who will try to facilitate a resolution of the remaining cases. After the results are provided to the mediator, the mediator and the parties will have 90 days (the "Mediation Period") to agree on a resolution or substantive methodology for resolving the outstanding cases. If the parties are unable to resolve the outstanding claims during the Mediation Period, either Party may choose to opt out of the arbitration process and proceed in court with its remaining claims. Notice of the opt-out will be provided in writing within 60 days of the close of the Mediation Period. Opt out of arbitration under this section shall not be construed as opt out of the section titled "Class Waiver" below.

Absent notice of an opt-out, the arbitrations will proceed in the order determined by the sequential numbers assigned to claims in the Mass Filing.

If your demand for arbitration is included in the Mass Filing, any statute of limitations applicable to your claims will remain tolled until your demand for arbitration is decided, withdrawn, or is settled.

**Other remedies.** ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JURY TRIAL. In some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU AND DISCORD ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY TO THE MAXIMUM EXTENT PERMITTED BY LAW. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to your state's law.

**Other remedies.** ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JURY TRIAL. In some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU AND DISCORD ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY TO THE MAXIMUM EXTENT PERMITTED BY LAW. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to your state's law.

**Opt-out.** You can decline this agreement to arbitrate by emailing an opt-out notice to arbitration-opt-out@discord.com within 30 days of April 15, 2024 or when you first register your Discord account, whichever is later; otherwise, you shall be bound to arbitrate disputes in accordance with the terms of these paragraphs. If you opt out of these arbitration provisions, Discord also will not be bound by them.

**Exceptions.** You or Discord may still pursue claims, if they qualify, exclusively in small claims court in San Francisco County, California, and you and Discord both consent to venue and personal jurisdiction in that court. The small claims court, and not any arbitrator or AAA, shall have the exclusive authority to resolve disputes regarding whether a dispute is properly within the jurisdiction of a small claims court. Additionally, disputes concerning patents, copyrights, moral rights, trademarks, and trade secrets and claims of piracy or unauthorized use of our services will not be subject to arbitration. Either party may also seek a declaratory judgment or other equitable relief in a court of competent jurisdiction regarding whether a party's claims are time-barred or may be brought in small claims court. Seeking such relief shall not waive a party's right to arbitration under this agreement, and any filed arbitrations related to any action filed pursuant to this paragraph shall automatically be stayed (and any applicable statute of limitations tolled) pending the outcome of such action.

**Class waiver.** IF YOU'RE A U.S. RESIDENT, EXCEPT AS PROVIDED HEREIN, YOU AND DISCORD AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN OUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, UNLESS DISCORD PROVIDES ITS CONSENT TO CONSOLIDATE IN WRITING. If this specific paragraph is found unenforceable, then the "Agreement to arbitrate" section will be null and void. If there is a final judicial determination that applicable law precludes enforcement of this paragraph's limitations as to a particular remedy, then that remedy (and only that remedy) must be severed from the arbitration and may be sought in court. The parties agree, however, that any adjudication of remedies not subject to arbitration shall be stayed pending the outcome of any arbitrable claims and remedies.  This subsection does not prevent you or Discord from participating in a class-wide settlement of claims.

**Changes to this Dispute Section:** Discord will provide 30 days' notice of the date of any material changes to this clause. Changes will become effective on the 30th day and apply to all claims not yet filed. If you continue to use the site after the 30th day, you agree that any unfiled claims of which Discord does not have actual notice are subject to the revised clause. If you reject any such changes by opting out of the arbitration agreement, you may exercise your right to a trial by jury or judge, as permitted by applicable law, but any prior existing agreement to arbitrate disputes under a prior version of the arbitration agreement will not apply to claims not yet filed. If Discord changes this "Dispute Resolution" section after the date you first accepted this agreement (or accepted any subsequent changes to this agreement), you agree that your continued use of the Discord product(s) or services 30 days after such change will be deemed acceptance of those changes. If you do not agree to such change, you may opt out by providing notice as described in this section.

# MORE IMPORTANT STUFF

You have certain rights that, by law, can't be limited by these terms, and we in no way intend to restrict those rights in these terms.

**Entire agreement.** These terms cover the entire agreement between you and Discord for your use of our services.

You have certain rights that, by law, can't be limited by these terms, and we in no way intend to restrict those rights in these terms.

**Entire agreement.** These terms cover the entire agreement between you and Discord for your use of our services.

**Additional terms.** Where additional terms apply to our products or services, the additional terms will control with respect to your use of that product or service to the extent of any conflict with these terms.

**Bug reporting.** We support the responsible reporting of security vulnerabilities. To report a security issue, please visit https://discord.com/security.

**Export Control.** You agree to comply with all applicable import, export, and re-export control laws and restrictions, including but not limited to those of the European Union and its member states, the U.S. Department of Commerce Export Administration Regulations ("EAR") and economic sanctions maintained by the U.S. Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR"), and will not use the services to cause a violation of such laws or regulations. You agree to not use our services to store or distribute content that is subject to export controls, unless you have obtained all required government export authorizations. Further, you represent and warrant that you are not on any government list of prohibited or restricted parties, or otherwise subject to equivalent restrictions, as specified in the laws and regulations listed above or in your country's laws. You may not download or use our services if you are located in a country or region subject to U.S. or E.U. government embargo (including Cuba, Iran, North Korea, Syria, and the Crimea region) unless that use is authorized by the United States and other relevant authorities.

**Waiver, severability, and assignment.** If you fail to follow these terms and we don't immediately act, that doesn't mean we're giving up any of our legal rights (such as acting in the future). If any part of these terms ends up being invalid or unenforceable based on a decision by any court or competent authority, the rest of these terms will not be affected. You may not assign these terms to anyone else without our written consent. We may assign our rights to any of our affiliates or subsidiaries, or to any successor in interest of any business associated with our services.

**Survival.** Any part of these terms that by their nature should survive after termination of these terms will survive. As permitted under applicable law, this includes but may not be limited to the following:

- Our rights to retain and display certain data;
- Any amounts owed will remain due;
- Any indemnification obligations (as applicable) such as those listed under the "Indemnity" section;
- Any disclaimer of warranties such as those under the "Services 'AS IS'" section;
- Any applicable limitation of liability such as those under the "Limitation of Liability" section;
- Any dispute resolution provisions, including the arbitration agreement, such as those under the "Settling disputes between you and Discord" section.

**Updates to these terms.** We may decide to update these terms: ① to reflect changes to our services or our business, ② for legal or regulatory reasons, ③ to prevent abuse on or of our services, or ④ to better protect or serve users of our services. If these changes materially affect your Discord use or your legal rights, we'll give you reasonable advance notice (unless the updates are urgent). If you continue to use our services after the changes have taken effect, it means that you agree to the changes. If you don't agree, you must stop using our services.

**Apple App Store.** If you download the Discord app from the Apple App Store or use our app on an iOS device, the below paragraph applies to you.

These terms grant a non-transferable license to use the Discord App on any Apple/Mac product that you

**Apple App Store.** If you download the Discord app from the Apple App Store or use our app on an iOS device, the below paragraph applies to you.

These terms grant a non-transferable license to use the Discord App on any Apple/Mac product that you might own or control and as permitted by Apple's policies. Apple has no obligation to furnish any maintenance and support services with respect to the Discord app. If the app fails to conform to any applicable warranty, you may notify Apple and Apple will refund the app purchase price to you (if applicable) and, to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Discord app. Apple is not responsible for addressing any claims by you or any third party relating to the Discord app or your possession and use of it, including, but not limited to: (i) product liability claims; (ii) any claim that the Discord app fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement and discharge of any third-party claim that your possession and use of the Discord app infringe that third party's intellectual property rights. Apple and its subsidiaries are third-party beneficiaries of these terms, and upon acceptance of the terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these terms against you as a third-party beneficiary thereof. You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a terrorist-supporting country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You must also comply with any applicable third-party terms of service when using the Discord app.

# CONTACTING EACH OTHER

If you have any questions about these terms, please contact us at privacy@discord.com. We may send you electronic communications related to our services. Where required, we'll get your consent before sending you direct marketing, and we'll make it easy for you to opt out.

third party relating to the Discord app or your possession and use of it, including, but not limited to: (i) product liability claims; (ii) any claim that the Discord app fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement and discharge of any third-party claim that your possession and use of the Discord app infringe that third party's intellectual property rights. Apple and its subsidiaries are third-party beneficiaries of these terms, and upon acceptance of the terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these terms against you as a third-party beneficiary thereof. You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a terrorist-supporting country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You must also comply with any applicable third-party terms of service when using the Discord app.

## CONTACTING EACH OTHER

If you have any questions about these terms, please contact us at privacy@discord.com. We may send you electronic communications related to our services. Where required, we'll get your consent before sending you direct marketing, and we'll make it easy for you to opt out.

# EXHIBIT H

Discord

Log In

Archived Versions

# DISCORD'S TERMS OF SERVICE

Effective: September 29, 2025

Last Updated: August 29, 2025


1. Who we are
2. Age requirements and responsibility of parents and legal guardians
3. What you can expect from us
4. Your Discord account
5. Content in Discord’s services
   - Your content
   - Discord's content
   - Other content
6. Software in Discord’s services
7. Copyright
8. Discord’s paid services
9. Restrictions on your use of Discord’s services
10. Term & Termination
11. Appeals
12. Indemnity
13. Services “AS IS”
14. Data Charges
15. Limitation of liability
16. Settling disputes between you and Discord

17. More important stuff

Welcome! Discord enables you to build meaningful connections around the joy of playing games through voice, video and text features. We're happy you're here.

These terms set forth our legal obligations to each other. They apply to your use of our services.

**IMPORTANT NOTE: The section titled "Settling Disputes Between You and Discord" contains an arbitration clause and class-action waiver that applies to all U.S. or Canada-based Discord users. Please read this section carefully as it may significantly affect your legal rights, including your right to file a lawsuit in court.**

When we say "Discord," "we," "us," and "our" in these terms, we mean Discord Inc., its subsidiaries, and its related companies.

When we say "services" in these terms, we mean Discord's services, apps, websites, and other products.

When we say "you" or "your," we mean you. If you're accessing our services on behalf of a legal entity (like your employer), you agree that you have the authority to bind that entity to these terms, and "you" and "your" will refer to that entity.

We also have a Privacy Policy, Community Guidelines, and other policies (as listed here or as otherwise made available to you) that apply to your use of our services and are incorporated into these terms. You should read these policies—we've worked hard to make them simple and clear, and they contain important information about your use of our services. If you use our APIs, SDKs, or other developer services or software, Discord's Developer Terms of Service and Developer Policy apply to that use. Discord's Paid Services Terms apply to any purchase you make through Discord, and Discord's Monetization Terms apply to any sales you make through Discord. By using Discord's services, you agree to these terms.

Together, these rules make Discord possible, and they matter to us. If you believe others aren't following them, please let us know by reporting it to us.

# WHO WE ARE

We're Discord! Discord Inc. is located at 444 De Haro Street #200, San Francisco, CA 94107, USA. Discord Netherlands B.V. is located at Schiphol Boulevard 195, 1118 BG Schiphol, Netherlands

# AGE REQUIREMENTS AND RESPONSIBILITY OF PARENTS AND LEGAL GUARDIANS

By accessing our services, you confirm that you're at least 13 years old and meet the minimum age required by the laws in your country. Our services are not designed for nor directed towards users under the age of 13. We may take additional steps, including the use of third-party services, to determine whether you are old enough to create a Discord account or access certain features or spaces. By creating a Discord account or using our services, you accept and agree to be bound by these terms and represent that you have either reached the age of "majority" where you live or your parent or legal guardian agrees to be bound by these terms on your behalf. If you do not know whether you have reached the age of majority where you live, or do not understand this section, please ask your parent or legal guardian for help and ask them to read these terms with you. We maintain a list of minimum ages around the world as a resource for you, but we aren't able to guarantee that it is always accurate. If you're a parent or legal guardian, and you allow your child (who must meet the minimum age for your country) to use the services, then you and the minor child accept and agree to be bound by these terms and are responsible for all use of the Discord account or services, including your child's activity on the services and purchases made by them, whether the minor's account is now open or created later.

# WHAT YOU CAN EXPECT FROM US

Discord provides services that help you connect with other Discord users and communities. Discord users communicate primarily via "servers," which are digital spaces made up of different types of channels. Text channels allow users to interact via text-based messages, as well as images, GIFs, emoji, and other uploadable media. Voice channels allow users to communicate by voice and/or streaming video. Users can also communicate one-to-one using direct messages, or communicate with a limited number of users via group direct messages. We're always evolving our services, and we may create other types of spaces in the future!

Users create servers, and users choose which servers to join and who their "friends" are. All users must follow our Community Guidelines and other policies, but in servers, the server owners and admins control the server permissions and additional rules, including establishing membership requirements and creating custom roles and what those roles can do within the server. Server owners and admins also control whether to make their server available in Server Discovery, whether to publish their server invite link on public websites, whether to enable community growth and safety features, and whether

to add bots or other apps. These permissions, like the size of a server, may change over time.

Discord is designed to make communicating with the people you want to speak to as easy as possible. Posts appear in text channels in the order in which they're made. Voice and video communication happens in real time. We may build features that help you create content, communicate with others, discover or access content or third-party services, or join conversations more easily, or may highlight content and activity available to you on Discord that might be of interest. This may include the ability for you, or other users, to connect a Discord account and communicate on and off Discord through third-party services (like in-game features). Our services may also include certain features and content that are provided or sponsored by others or that you can purchase from us or others (additional terms may apply). Learn more below about the content and software that may be in our services.

Discord is designed to integrate with your device to make it easy to share what you're up to. When Discord is running, we may identify active games and other applications on your device to allow you to quickly call a friend while in a game, stream what you're doing on your device, share your status (including what game you're playing or what song you're listening to if you link a music account), and more. Sharing gameplay and other activity status is fundamental to the Discord experience. You can change your Settings at any time, and you're in control of whether or not you connect other accounts to Discord.

Discord's services may be personalized to each user based on a variety of factors, including their activity, preferences they identified in their Settings, and servers they belong to, so that you can see content and communities that may be of interest to you (such as features or activity on Discord, promotions from us, and sponsored content). You can control whether and to what extent Discord personalizes your experience in your Settings.

Discord also takes user safety seriously. We provide features and services that are designed to help keep users safe. Certain features and settings may have different defaults depending on your age or where you live, and some may not be optional at all. We also provide tools and resources like Family Center and our Guardian's Guide to help parents and guardians better understand how Discord works, how their teens may use Discord, and how they can develop collaborative approaches to build positive online behaviors. We also provide features to help make Discord more accessible as described here.

We're actively developing new features and products to improve Discord. As part of these efforts, we may add or remove features, start offering new services, or stop offering some services entirely (or just in some places or for some users) if they no longer make sense from a business perspective or create risk for Discord, our users, or other third parties. While we try to avoid disruptions, we cannot guarantee that there will not be an outage or change to the services, and your content may not be retrievable due to such outages or changes. We are not liable for any such outages or service changes.

# YOUR DISCORD ACCOUNT

To access the services on an ongoing basis, you will need to create a Discord account. You can provide a username and password, and a way of contacting you (such as an email address and/or phone number). You'll also need to provide your birthday. In some cases, you may be required to verify your account or provide additional information.

You are responsible for the security of your account, and you agree to notify us immediately if you believe your account has been compromised. If you use a password, it must be strong, and we (strongly) recommend that you use that password only for your Discord account and that you enable two-factor authentication.

You must always provide accurate information to Discord and maintain the accuracy of the information associated with your account. We may assume that any communications we've received from your account or the associated contact information have been made by you, and that any purchases made using your account were made by you.

If you get locked out of your account, we'll need to contact you at the email or phone number associated with your account. If your account is compromised or you no longer have access to your email account or phone number, we may not be able to restore your access to your account or the servers you've created.

You agree not to license, sell, lend, or transfer your account, Discord username, vanity URL, or other unique identifier without our prior written approval. We also reserve the right to delete, change, or reclaim your username, URL, or other identifier.

# CONTENT IN DISCORD'S SERVICES

### Your content

When we say "your content" in these terms, we mean all the things you add (upload, post, share, stream, etc.) to our services. This includes text, links, GIFs, emoji, photos, videos, documents, or other media. If we come up with another way for you to add content to the services, it includes that too.

You don't have any obligation to add content to the services. If you choose to add content to the services, you are responsible for ensuring that you have the right to do so, that you have the right to grant the licenses in this section of these terms, and that your content is lawful. We take no

responsibility for any of your content, and we are not responsible for others' use of your content.

Our services allow users to add content in a number of different ways, including via direct messages, group direct messages, and in small and large servers. Some of these servers may be larger spaces, and if you share content within them, that content may be more likely to be accessed by a lot of people. For example, some servers are available in the Server Discovery section of the app and do not require an invite link to join. Other server owners may publish their server invite link on public websites. Anyone can access these spaces. You should be aware that these permissions are set by server owners or admins, and they may change over time. Please understand where you are posting on Discord, familiarize yourself with the relevant server permissions when joining and posting in a certain space, and choose the right space, features, and settings for you and your content.

Your content is yours, but you give us a license (which is a form of permission) to it when you use Discord. Your content may be protected by certain intellectual property rights. We don't own those. But by using our services, you grant us a license to use, reproduce, distribute, create derivative works of, display, and perform your content. The rights you grant in this license are for the limited purpose of providing, developing, and improving our services as permitted by applicable laws. This license is worldwide, non-exclusive (which means you can still license your content to others), royalty-free (which means there are no fees for this license), sublicensable, and transferable. Learn more about how we use your content in our Privacy Policy.

We reserve the right to block, remove, and/or permanently delete your content if we determine it is in breach of these terms, our Community Guidelines, our other policies, or any applicable law or regulation, or if it creates risk for Discord or negatively impacts the experience or interests of other Discord users to continue to make it available. You agree that we may disclose your content to third parties outside of the services when we believe we're required to do so by law or regulation or that doing so is necessary to prevent harm to a person or to protect Discord's rights and property.

We welcome feedback on our services. By sending us feedback, you grant us a non-exclusive, perpetual, irrevocable, transferable license to use the feedback and ideas generated from the feedback without any restrictions, attribution, or compensation to you.

### Discord's content

Our services include some content that belongs to us, such as the design of our apps and websites, our art and images, and content written by us. You may use our software as outlined in these terms. You may only use our trademarks (or other brand indicia) and copyrights as permitted in our Brand Guidelines or with our prior written permission. We retain all intellectual property rights in our content.

### Other content

**Other people's content.** Our services might also provide you with access to other people's content. You may not use this content without that person's consent, or as allowed by law. Other people's content is theirs and doesn't necessarily reflect Discord's own views. Discord doesn't endorse or verify the accuracy or reliability of content shared by Discord users. We work hard to try to make Discord a safe, positive, and inclusive place, but cannot always prevent you from encountering content that you may find objectionable or offensive. You agree we will not be liable for any harm caused by that content. You may report content that you think violates any of our policies. We have the right, but not the obligation, to review such reports and block or remove content at our discretion.

**Third-party features and content.** Our services may also contain links to or allow you to access third-party websites, features, apps, or other content. This may include sponsored content (like Quests or other sponsored formats). We are not responsible for the content or services available from these third parties.

## SOFTWARE IN DISCORD'S SERVICES

**License to our software.** Some of our services allow you to download client software. So long as you comply with these terms, we grant you a worldwide, non-exclusive, personal, non-transferable, non-sublicensable, and non-assignable license to download, install, and run that software, solely to access our services.

You may not copy, modify, create derivative works based upon, distribute, sell, lease, or sublicense any of our software or services. You also may not reverse engineer or decompile our software or services, attempt to do so, or assist anyone in doing so, unless you have our written consent or applicable law permits it.

Although we are granting you this license, we retain any intellectual property rights we have in our software and services.

**Open source.** Some of Discord's services include software subject to separate open source license terms, and your use of those services are subject to your compliance with those license terms, when applicable. We encourage you to review them, as some licenses may explicitly override these terms.

**Third-party services.** Discord may allow you to access apps, bots, or other products, features, or services developed by third parties ("third-party services"). For example, third parties can build apps for content moderation or interactive games that server administrators can add to their servers on Discord, or that incorporate certain Discord-powered features or functions (such as messaging

capabilities) into their services (such as games played off Discord). It's your choice whether to use these third-party services and whether to participate in Discord servers or other spaces that incorporate them. You should review any terms and policies provided by the third parties before doing so as they govern your use of their services. While these third parties do need to follow all policies that apply to them (which may include these Terms, our Community Guidelines, Developer Terms of Service, and Developer Policy), Discord is not responsible for any third-party services. The third parties control the operation, functionality, and availability of their services, including whether to make them available in our discovery surfaces. Discord does not warrant or endorse, and will not have any liability for, any third-party services. You may report third-party apps (including bots and Activities) that you think violate any of our applicable policies through this form or reporting options we make available via our services. We have the right, but not the obligation, to review such reports and take enforcement actions at our discretion.

## COPYRIGHT

We respect the intellectual property of others and expect our users to do the same. See our Copyright & IP Policy for information on how to file a copyright complaint.

## DISCORD'S PAID SERVICES

We won't charge you a fee to use the basic functionality of our services, but you may be able to pay for additional features and products. Discord's Paid Services Terms also apply to any purchase you make using Discord's supported purchase flows, and you may also be asked to agree to separate terms such as our Monetization Terms before purchasing or selling new offerings through Discord.

## RESTRICTIONS ON YOUR USE OF DISCORD'S SERVICES

When using our services, you must comply with these terms and all applicable laws, rules, and regulations, and you must only use the services for authorized and acceptable purposes. You must also adhere to our Community Guidelines and other policies, which contain more detailed rules about your content and behavior when using Discord and how we enforce them on Discord.

Fundamentally, do not do, try to do, or encourage or help others to do any of the following:

- **Don't use the services to do harm to yourself or others.** Among other things, this includes trying to gain access to another user's account or any non-public portions of the services; infringing anyone else's intellectual property rights or any other proprietary rights; exploiting, harassing, bullying, spamming, auto-messaging, or auto-dialing people through our services; and using our services to plan or cause real-world harm to someone else.
- **Don't use the services to do harm to Discord.** Among other things, this includes trying to gain access to, intentionally overburdening, or attacking our systems; scraping our services without our written consent, including by using any robot, spider, crawler, scraper, or other automatic device, process, or software; selling, licensing, or otherwise commercializing content or data obtained from our services; transmitting viruses or other malicious code to our services; using any unauthorized software designed to modify the services; abusing or defrauding us or our payment systems; copying, dismantling, or reverse engineering any of our services or using our intellectual property without permission; and misusing our reporting or customer service mechanisms.
- **Don't use the services to do anything else that's illegal.** This includes using the services to plan or commit any crime or do anything else that is illegal.

We encourage you to report content or conduct that you believe violates these restrictions. You can learn more about our approach to safety and content moderation in our Safety Center. **If you or someone else is in immediate danger, please contact your local law enforcement agency. Please note that you cannot contact law enforcement or other emergency services via our services.**

# TERM & TERMINATION

Your right to terminate. You're free to stop using Discord's services at any time and for any reason. To terminate this agreement, you may delete your Discord account through the Settings page in the Discord app (the gear icon next to your username) and discontinue use of the services. Certain provisions of these terms will survive termination as outlined below in the "Survival" section.

Disabling your account limits the processing of your personal information as described in our Privacy Policy. Disabling your account does not terminate this agreement.

Our right to terminate. Subject to applicable law, we reserve the right to suspend or terminate your account and/or your access to some or all of our services with or without notice, at our discretion for any reason, or for the following reasons:

- You breach, or you encourage or help others to breach, these terms (including, our Community Guidelines, our other policies, or additional terms that apply to specific services).
- We're required to do so to comply with a legal requirement or court order.
- We reasonably believe termination is necessary to prevent harm to you, us, other users, or third parties.
- Your account has been inactive for more than two years.
- Continuing to allow your account to be active, giving you access to some or all services, or hosting your content creates risk for Discord, other users, or third parties.

However, we will give you advance notice if reasonable to do so or required by applicable law.

## APPEALS

We value transparency and work hard to give you context for the decisions we make. You can appeal any enforcement action we take under these terms or other policies, including terminations, suspensions, or content removals through this form or available in-app options. If you reside in the European Union, your appeal must be submitted within six months of the day the relevant decision has been notified to you.

## INDEMNITY

You will indemnify and hold Discord and its officers, directors, employees and agents harmless from and against any claims, liabilities, damages, and costs (including reasonable legal and accounting fees) related to (a) your access to or use of our services or third-party services, (b) your content, (c) your violation of these terms, or (d) your negligence or willful misconduct.

## SERVICES "AS IS"

We work hard to offer great services, but we can't guarantee any minimum levels of quality of services (which may also depend on factors beyond our control, such as the quality of your internet access and equipment). TO THE FULLEST EXTENT PERMITTED BY LAW, DISCORD, ITS AFFILIATES, AND THEIR RESPECTIVE SUPPLIERS MAKE NO WARRANTIES, EITHER EXPRESS OR IMPLIED, ABOUT THE

SERVICES. THE SERVICES ARE PROVIDED "AS IS." WE ALSO DISCLAIM ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, AND NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE. THE LAWS OF CERTAIN JURISDICTIONS OR STATES DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES. TO THE EXTENT SUCH WARRANTIES CANNOT BE DISCLAIMED UNDER THE LAWS OF YOUR JURISDICTION, WE LIMIT THE DURATION AND REMEDIES OF SUCH WARRANTIES TO THE FULL EXTENT PERMISSIBLE UNDER THOSE LAWS.

## DATA CHARGES

You are responsible for any mobile charges that you may incur for using our services. This includes data charges and charges for messaging, such as SMS, MMS, or other messaging protocols or technologies. If you are not sure what you may be charged, you should ask your mobile service provider before using our services.

## LIMITATION OF LIABILITY

WE DON'T EXCLUDE OR LIMIT OUR LIABILITY TO YOU WHERE IT WOULD BE ILLEGAL TO DO SO. IN JURISDICTIONS WHERE THE BELOW TYPES OF EXCLUSIONS AREN'T ALLOWED, WE'RE RESPONSIBLE TO YOU ONLY FOR LOSSES AND DAMAGES THAT ARE A REASONABLY FORESEEABLE RESULT OF OUR FAILURE TO USE REASONABLE CARE AND SKILL OR OUR MATERIAL BREACH OF OUR CONTRACT WITH YOU. THIS PARAGRAPH DOESN'T AFFECT CONSUMER RIGHTS THAT CAN'T BE WAIVED OR LIMITED BY ANY CONTRACT OR AGREEMENT.

THE INFORMATION PRESENTED ON OR THROUGH THE SERVICES IS MADE AVAILABLE SOLELY FOR INFORMATIONAL PURPOSES. WE DO NOT CONFIRM THE ACCURACY, COMPLETENESS, OR USEFULNESS OF THE INFORMATION. ANY RELIANCE YOU PLACE ON SUCH INFORMATION IS SOLELY AT YOUR OWN RISK.

IN JURISDICTIONS WHERE EXCLUSIONS OR LIMITATIONS OF LIABILITY ARE ALLOWED, NEITHER DISCORD, ITS AFFILIATES, NOR OUR SUPPLIERS INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES WILL BE LIABLE, TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, OR DAMAGES FOR LOST PROFITS, LOST REVENUES, LOST SAVINGS, LOST BUSINESS OPPORTUNITY, LOSS OF DATA OR GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE,

OR THE COST OF SUBSTITUTE SERVICES OF ANY KIND ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR FROM THE USE OF OR INABILITY TO USE THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT DISCORD OR ITS SUPPLIERS HAVE BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY PROVIDED IN THESE TERMS IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

BESIDES THE TYPES OF LIABILITY WE CANNOT LIMIT BY LAW (AS DESCRIBED IN THIS SECTION), DISCORD LIMITS OUR LIABILITY TO YOU TO THE GREATER OF (A) THE AMOUNTS YOU HAVE PAID US IN THE THREE MONTHS BEFORE YOU FIRST ASSERT A CLAIM OR (B) $100 USD (OR THE EQUIVALENT IN YOUR LOCAL CURRENCY).

DISCORD ISN'T LIABLE FOR THE CONDUCT OR CONTENT, WHETHER ONLINE OR OFFLINE, OF ANY USER OF OUR SERVICES.

THE EXCLUSIONS AND LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN DISCORD AND YOU. THE LIMITATION OF LIABILITY DESCRIBED ABOVE SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

# SETTLING DISPUTES BETWEEN YOU AND DISCORD

PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE OR PARTICIPATE IN A LAWSUIT IN COURT AND LIMITING YOUR RIGHTS TO RESOLVE YOUR DISPUTE AS PART OF A CLASS OR REPRESENTATIVE ACTION.

**This section applies to any and all disputes between you and Discord.** "Disputes" means all disagreements between us including but not limited to claims arising out of or relating to any aspect of the relationship between us, these terms, or your use of the services, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory (each a "Dispute" and collectively "Disputes").

**"Informal Dispute Resolution."** Most Disputes can be resolved informally. If you have an issue with the services or Discord, you agree that you will reach out to us and use good faith efforts to settle the Dispute informally through negotiation before initiating a lawsuit or arbitration. This requires emailing disputes@discordapp.com a written notice ("Written Notice") about your issue, which must include: ① your name; ② the email address or phone number associated with your Discord account; ③ a detailed description of the issue; and ④ how you'd like to resolve it. This notice must be provided on an

individual basis and you, along with your counsel if you have one, must be available personally for a telephone or videoconference to resolve your claims, unless Discord states in writing that you are not personally required to attend.

If the Dispute is not resolved within 60 days after receipt of the Written Notice, you and Discord agree to resolve any remaining Dispute through further informal discussions or one of the formal dispute resolution provisions below.

This Informal Dispute Resolution process, including your personal participation in the meet and confer is a prerequisite and condition precedent to commencing any formal dispute resolution proceeding. You and Discord (the "Parties") agree that any applicable statute of limitations period and filing fees or other deadlines will be tolled while the Parties engage in this Informal Dispute Resolution process. The Parties further agree that whether a complaining Party has satisfied the requirements of this Informal Dispute Resolution process, including whether a Written Notice was properly submitted or contained all required information, is an issue that can be decided by a court as a prerequisite to arbitration.

If you reside in the European Union, you may also be entitled to submit your complaint to the Out-of-Court Dispute Settlement ("OCDS") mechanism under DSA Article 21. Note that a submission via the OCDS mechanism alone, without submitting a Written Notice to disputes@discordapp.com, will not toll the applicable statutes of limitations or other deadlines.

**Governing Law, Jurisdiction, Class Action Waiver and Time Limitation.**

EXCEPT WHERE PROHIBITED BY APPLICABLE LAW:

**Choice of Law**. These terms and all Disputes between you and Discord, whether in arbitration or court (if a Dispute is non-arbitrable under these terms for any other reason), shall be governed by the law of the United States and the laws of California, without regard to conflicts of law provisions—in other words, any federal law or California law, including any conflict of law principle, that would provide for the application of the laws of another jurisdiction other than the United States or California shall not apply.

**Venue and Jurisdiction**. By agreeing to these terms, you and Discord agree that to the extent any Dispute is not arbitrable—including any arbitration-related litigation, such as a motion to compel arbitration, to stay proceedings pending arbitration, or to confirm, modify, vacate, or enter judgment on an arbitration award—the Dispute must be resolved exclusively by a court of competent jurisdiction, federal or state (including small claims court), located in the County of New Castle, Delaware, and no other court. You and Discord consent to the exercise of personal jurisdiction over you by such courts with respect to any such Dispute.

If you are a consumer residing in the European Union, this clause and these terms in general do not affect any mandatory consumer rights you may have under your local law, and all Disputes arising in connection with the services and/or these terms shall be submitted to the exclusive jurisdiction of the court of Amsterdam, the Netherlands or, if you are a consumer, to a court in your domicile if in an EU Member State.

**Class Action Waiver.** You agree that any Dispute between you and Discord that for any reason is not subject to the "Agreement to Arbitrate" section below may only be pursued by you on an individual basis, and you may not bring a claim as a plaintiff or a class member in a class, collective, or representative action. To the extent a Dispute between you and Discord is subject to arbitration, the provisions set forth in the "Agreement to Arbitrate" apply, including those regarding class arbitration, private attorney general arbitration, arbitration involving joint or consolidated claims, and batching.

**Time for Initiating a Claim.** No action, regardless of form, arising out of or relating to a Dispute may be brought by either Party more than one ① year after the cause of action has accrued.

IF YOU'RE A U.S. OR CANADIAN RESIDENT YOU ALSO AGREE TO THE FOLLOWING "AGREEMENT TO ARBITRATE" WHICH CONTAINS MANDATORY ARBITRATION PROVISIONS. PLEASE READ THIS SECTION CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT:

**Agreement to Arbitrate.**

The "Agreement to Arbitrate" includes all provisions following this heading, through and including the paragraph titled "Changes to this Agreement to Arbitrate."

Only after engaging in the Informal Dispute Resolution process set forth in these Terms, and only after those efforts fail to resolve the Dispute, then either Party may initiate binding arbitration as the sole means to resolve Disputes, subject to the terms of this Agreement to Arbitrate and the applicable arbitration rules.

You and Discord (collectively the "Parties") agree that this Agreement to Arbitrate is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16.

This Agreement to Arbitrate is intended to be interpreted broadly, and it applies to all Disputes between the Parties, including: ① claims that arose, were asserted, or involve facts occurring before the existence of this Agreement to Arbitrate or any prior agreement; ② claims that may arise after the termination of this Agreement to Arbitrate. This Agreement to Arbitrate supersedes any prior arbitration agreement between Discord and you.

Except as set forth in the paragraph below titled “Exceptions,” the arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve: ① all Disputes; ② whether a claim is subject to arbitration; and ③ any dispute regarding the payment of administrative or arbitrator fees (including the timing of such payments and remedies for nonpayment). The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator has the right to impose sanctions in accordance with the arbitration provider rules and procedures for any frivolous claims or submissions the arbitrator determines have not been filed in good faith, as well as for a Party's failure to comply with this Agreement to Arbitrate or the Informal Dispute Resolution process.

ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JURY TRIAL. In some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU AND DISCORD ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY TO THE MAXIMUM EXTENT PERMITTED BY LAW.

**Arbitration Rules.** For residents of the state of California, or Mass Arbitrations involving any residents of the state of California, the arbitration will be administered by ADR Services, Inc. (“ADR Services”) (https://www.adrservices.com/). For residents of all states other than California, and Mass Arbitrations involving no residents of California, the arbitration will be administered by National Arbitration and Mediation ("NAM") and resolved before a single arbitrator. For residents of all states other than California if, and only if, NAM is not available to arbitrate, the alternative arbitrator shall be ADR Services, Inc. (“ADR Services”) (https://www.adrservices.com/).

Except as modified by this Agreement to Arbitrate, NAM will administer any arbitration in accordance with the NAM “Comprehensive Dispute Resolution Rules and Procedures,” “Fees For Disputes When One of the Parties is a Consumer,” and the “Mass Filing Supplemental Dispute Resolution Rules and Procedures” in effect at the time any demand for arbitration is filed with NAM, excluding any rules or procedures permitting class or representative actions. The applicable NAM rules and procedures are available at www.namadr.com or by emailing National Arbitration and Mediation’s Commercial Department at commercial@namadr.com.

Except as modified by this Agreement to Arbitrate, ADR Services will administer any arbitration in accordance with the ADR Services Arbitration Rules and General Fee Schedule in effect at the time any demand for arbitration is filed with ADR Services, including its rules regarding “Mass Arbitrations,” and excluding any rules permitting class or representative actions. The applicable ADR Services rules and procedures are available at www.adrservices.com.

If the amount in controversy does not exceed $10,000, and you do not seek injunctive or declaratory relief, then the arbitration will be conducted solely on the basis of documents you and Discord submit to the arbitrator, unless the arbitrator determines that a hearing is necessary or applicable law requires

otherwise. If the amount in controversy exceeds $10,000 or seeks declaratory or injunctive relief, either Party may request (or the arbitrator may determine) to hold a hearing, which may be in-person, via videoconference, or via telephone conference. You and Discord agree that dispositive motions will be allowed in the arbitration.

**Arbitration Costs.** ADR Services and NAM set forth fees for their services, which are available from each provider. If Discord is the Party initiating an arbitration against you, Discord will pay all costs associated with the arbitration, including the entire filing fee. If you initiate an arbitration against Discord, costs will be determined in accordance with the Rules for the applicable arbitration provider, to the extent allowed by law. In all arbitrations, unless otherwise required by law or the arbitration provider's rules, you are responsible for all other additional arbitration costs incurred, including attorney's fees and expert witness costs.

The Parties agree that the arbitration provider has discretion to modify the amount or timing of any administrative or arbitration fees due under the applicable rules where it deems appropriate, provided that such modification does not increase the costs to you, and you waive any objection to such fee modification. The Parties also agree that a good-faith challenge by either Party to the fees imposed by an arbitration provider does not constitute a default, waiver, or breach of this Section while such challenge remains pending before the arbitration provider, the arbitrator, and/or a court of competent jurisdiction and all due dates for those fees shall be tolled during the pendency of such challenge.

**Offer of Judgment.** At least 14 days before the date set for an arbitration hearing, any Party may serve an offer in writing upon the other Party to allow judgment on specified terms. If the offer made by the offering Party is not accepted by the other Party, and the other Party fails to obtain a more favorable award, the other Party will not recover its post-offer costs and will pay the offering Party's costs from the time of the offer.

**Arbitration Decision.** The decision of the arbitrator will be in writing and binding on you and Discord, and judgment to enforce the decision may be entered by any court of competent jurisdiction.

Except as explicitly set forth in this Agreement to Arbitrate, the arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all Disputes arising out of or relating to the interpretation, applicability, enforceability or formation of these terms, including any claim that all or any part of these terms are void or voidable, whether a claim is subject to arbitration, and any dispute regarding the payment of arbitration provider or arbitrator fees (including the timing of such payments and remedies for nonpayment). The arbitrator must follow these terms and can award the same damages and relief as a court. The arbitrator has the right to impose sanctions in accordance with the arbitration provider's rules and procedures for any frivolous claims, improper claims, or submissions the arbitrator determines have not been filed in good faith, as well as for a Party's failure to comply with this Agreement to Arbitrate or claims filed on behalf of a claimant who is not party to this

agreement. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration.

**Arbitration Location**. Except as provided below in the "Mass Filings" section, if you are a resident of the United States and initiate arbitration, such arbitration will take place in the County where you reside, or if no arbitrator is available in that County, then at the closest arbitration location available in the state. If Discord initiates arbitration, and for residents in Canada, arbitration shall be initiated in the County of New Castle, Delaware, United States of America, unless you and Discord otherwise agree or unless the designated arbitrator determines, based on a written objection, that such venue would be unreasonably burdensome to any Party, in which case the arbitrator shall have the discretion to select another venue despite either Party's initial selection. For any arbitration conducted, the Parties agree to submit to the personal jurisdiction of any federal or state court in New Castle County, Delaware, in order to compel arbitration, to stay proceedings pending arbitration, or to confirm, modify, vacate or enter judgment on the award entered by the arbitrator; and in connection with any such proceeding, the Parties hereby waive any and all jurisdictional and venue defenses otherwise available. The Parties agree that arbitration may take place exclusively by video, where such arrangements are acceptable to the appointed arbitrator.

**Mass Filings.**

For arbitrations before NAM (or any substitute provider for NAM that is agreed upon by the Parties or appointed by a court, due to NAM's unavailability for any reason), to increase the efficiency of administration and resolution of arbitrations, in the event 100 or more similar arbitration demands (those asserting the same or substantially similar facts or claims, and seeking the same or substantially similar relief) presented by or with the assistance or coordination of the same law firm(s) or organization(s) are submitted to NAM against Discord within reasonably close temporal proximity ("Mass Filing"), the Parties agree (i) to administer the Mass Filing in batches of 100 demands per batch (to the extent there are fewer than 100 arbitration demands left over after the batching described above, a final batch will consist of the remaining demands) with only one batch filed, processed, and adjudicated at a time; (ii) to designate one arbitrator for each batch; (iii) to accept applicable fees, including any related fee reduction determined by NAM; (iv) that 10% of the anticipated total number of batches for the Mass Filing may proceed simultaneously as set forth in this batching provision and Agreement to Arbitrate, but no other demands for arbitration that are part of the Mass Filing may be filed, processed, or adjudicated until the completion of the "Mediation Period" described below, and after a prior batch of 100 is filed, processed, and adjudicated; (v) that fees associated with a demand for arbitration included in a Mass Filing, including fees owed by Discord and the claimants, shall only be due after your demand for arbitration is included in a set of batch proceedings and that batch is properly designated for filing, processing, and adjudication; and (vi) that the staged process of batched proceedings, with each set including 100 demands, shall continue until each demand

(including your demand) is adjudicated or otherwise resolved. Arbitrator selection for each batch shall be conducted in accordance with the applicable NAM rules and procedures for such selection and shall be subject to any rights to strike an arbitrator provided under applicable state law if the rights granted by law exceed those provided for in the NAM rules. Notwithstanding the Section entitled "Arbitration Location," for arbitrations subject to this "Mass Filings" Section, the arbitrator will determine the location where the proceedings will be conducted. **You agree to cooperate in good faith with Discord, the arbitrator, and the arbitration provider to implement such a "batch approach" or other similar approach to provide for an efficient resolution of claims, including the payment of combined reduced fees, set by NAM in its discretion, for each batch of claims.** Any disagreement between the Parties as to whether this provision applies or as to the process or procedure for batching, or whether any demands are properly brought and may be included in a batch, shall be resolved by a procedural arbitrator appointed by NAM. This "Batch Arbitration" provision shall in no way be interpreted as increasing the number of claims necessary to trigger the applicability of NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures or authorizing class arbitration of any kind. If your demand for arbitration is included in the Mass Filing, any statute of limitation applicable to your claims will remain tolled until your demand for arbitration is decided, withdrawn, or is settled.

For arbitrations before NAM, the results of the first completely adjudicated batch of demands will be given to a NAM mediator selected from a group of 5 mediators proposed by NAM, with Discord and the remaining claimants' counsel being able to strike one mediator each and then rank the remaining mediators and the highest collectively ranked mediator being selected. The selected mediator will try to facilitate a resolution of the remaining demands in the Mass Filing. After the results of the first batch are provided to the mediator, Discord, the remaining claimants and their counsel, and the mediator will have 90 days (the **"Mediation Period"**) to agree on a resolution or substantive methodology for resolving the outstanding demands. If the Parties are unable to resolve the outstanding demands during the Mediation Period and cannot agree on a methodology for resolving them through further arbitrations, either Discord or any remaining claimant may opt out of the arbitration process ("Mass Arbitration Opt Out") and have the demand(s) proceed in a court of competent jurisdiction. Notice of the Mass Arbitration Opt Out will be provided in writing within 60 days of the close of the Mediation Period. If neither Discord nor the remaining claimants decide to trigger the Mass Arbitration Opt Out and they cannot agree to a methodology for resolving the remaining demands through further arbitration, the arbitrations will continue with the batching process. Absent notice of a Mass Arbitration Opt Out, the arbitrations will proceed in the order determined by the sequential numbers assigned to demands in the Mass Filing.

**Arbitration Proceedings at ADR Services.** Except as set forth in this provision, the paragraphs in the "Mass Filings" provision shall not apply to arbitrations proceeding at ADR Services, which the Parties agree shall be governed by ADR Services Rules, including ADR Services' rules applicable to "Mass

Filings". For Mass Filings at ADR Services, the Parties also agree that after 10% of the total number of cases that are subject to the Mass Filings have been resolved, Discord and the remaining claimants shall participate in a mediation, and at the conclusion of that process, if the Parties are unable to resolve the outstanding demands and cannot agree on a methodology for resolving them through further arbitrations, either Discord or any remaining claimant may opt out of the arbitration process.

**Opt-out.** You can decline this **Agreement to Arbitrate**—and no other provision of these terms—by emailing an opt-out notice to arbitration-opt-out@discord.com within 30 days of September 29, 2025 or when you first register your Discord account, whichever is later; otherwise, you shall be bound to arbitrate Disputes in accordance with the terms of these paragraphs. If you opt out of the Agreement to Arbitrate, Discord also will not be bound by it and there shall be no arbitration agreement existing between you and Discord, whether under these or prior arbitration provisions. If you opt out of the Agreement to Arbitrate, you may exercise your right to a trial by jury or judge, as permitted by applicable law, but any prior existing agreement to arbitrate Disputes will not apply to claims not yet filed. If you opt out of the Agreement to Arbitrate, you will not be opting out of any other provision of these terms and you agree to be bound by all other provisions of these terms, which shall remain in effect as allowable by law.

**Exceptions.** You or Discord may still pursue claims, if they qualify, exclusively in a small claims court in the United States on an individual basis for Disputes and actions within the scope of such court's jurisdiction, regardless of what forum the filing Party initially chose, and you and Discord both consent to venue and personal jurisdiction in that court. The small claims court, and not any arbitrator or arbitration provider, shall have the exclusive authority to resolve Disputes regarding whether a Dispute is properly within the jurisdiction of a small claims court. Additionally, Disputes concerning patents, copyrights, moral rights, trademarks, and trade secrets and claims of piracy or unauthorized use of our services will not be subject to arbitration. Either Party may also seek a declaratory judgment or other equitable relief in a court of competent jurisdiction regarding whether a Party's claims are time-barred or may be brought in small claims court. Seeking such relief shall not waive a Party's right to arbitration under this agreement, and any filed arbitrations related to any action filed pursuant to this paragraph shall automatically be stayed (and any applicable statute of limitations tolled) pending the outcome of such action. Either Party may elect to have Disputes regarding whether a complaining Party has satisfied the Informal Dispute Resolution procedures set forth above resolved by a court as a precursor to arbitration; otherwise it shall be resolved in the arbitration.

**Class Arbitration and Collective Relief Waiver.** IF YOU'RE A U.S. RESIDENT, EXCEPT AS PROVIDED HEREIN, UNLESS DISCORD AGREES OTHERWISE IN A SEPARATE WRITING, YOU AND DISCORD AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN OUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING AND THE ARBITRATOR MAY AWARD RELIEF ONLY IN FAVOR OF THE INDIVIDUAL

PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO RESOLVE AN INDIVIDUAL PARTY'S CLAIM. Where Discord does consent to consolidation, consolidation may be allowed by agreement or where ordered by a Procedural or Threshold Arbitrator at ADR Services or NAM and you agree to accept such consolidation. In cases consolidated pursuant to this paragraph, the relief may cover the consolidated claims.

If the paragraph titled "Class Arbitration and Collective Relief Waiver," the paragraph titled "Mass Filings," or ADR Service's Mass Arbitration rules are found unenforceable, then the "Agreement to Arbitrate" section will be null and void. If any other provision is found to be invalid, unenforceable or illegal, or otherwise conflicts with the rules of the applicable arbitration provider, then the balance of this Agreement to Arbitrate shall remain in effect and shall be construed in accordance with its terms as if the invalid, unenforceable, illegal or conflicting provision were not contained herein.

This subsection does not prevent you or Discord from participating in a class-wide settlement of claims.

**Changes to this Agreement to Arbitrate:** Discord will provide 30 days' notice of the date of any material changes to this Agreement to Arbitrate. Changes will become effective on the 30th day and apply to all claims not yet filed, regardless of when they accrued. If you consent to these terms on or before the 30th day or continue to use the site after the 30th day, you agree that any unfiled claims of which Discord does not have actual notice under the Informal Dispute Resolution process are subject to the revised clause. If you reject any such changes by opting out of the Agreement to Arbitrate, you may exercise your right to a trial by jury or judge, as permitted by applicable law, but there shall be deemed to be no arbitration agreement between you and Discord and any prior existing agreement to arbitrate Disputes under a prior version of the Agreement to Arbitrate will not apply to claims not yet filed. If Discord changes this Agreement to Arbitrate after the date you first accepted this agreement (or accepted any subsequent changes to this agreement), you agree that your continued use of the Discord product(s) or services 30 days after such change will be deemed acceptance of those changes. If you do not agree to such change, you may opt out of this Agreement to Arbitrate by emailing an opt-out notice to arbitration-opt-out@discord.com before the 30 day period expires.

# MORE IMPORTANT STUFF

You have certain rights that, by law, can't be limited by these terms, and we in no way intend to restrict those rights in these terms. The term "including" as used in these terms means "including without limitation."

**Entire agreement.** These terms cover the entire agreement between you and Discord for your use of our services.

**Additional terms.** Where additional terms apply to our products or services, the additional terms will control with respect to your use of that product or service to the extent of any conflict with these terms. Additional information about our services is provided for users in Austria here.

**Bug reporting.** We support the responsible reporting of security vulnerabilities. To report a security issue, please visit https://discord.com/security.

**Export Control.** You agree to comply with all applicable import, export, and re-export control laws and restrictions, including but not limited to those of the European Union and its member states, the U.S. Department of Commerce Export Administration Regulations ("EAR") and economic sanctions maintained by the U.S. Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR"), and will not use the services to cause a violation of such laws or regulations. You agree to not use our services to store or distribute content that is subject to export controls, unless you have obtained all required government export authorizations. Further, you represent and warrant that you are not on any government list of prohibited or restricted parties, or otherwise subject to equivalent restrictions, as specified in the laws and regulations listed above or in your country's laws. You may not download or use our services if you are located in a country or region subject to U.S. or E.U. government embargo (including Cuba, Iran, North Korea, Syria, and the Crimea region) unless that use is authorized by the United States and other relevant authorities.

**Waiver, severability, and assignment.** If you fail to follow these terms and we don't immediately act, that doesn't mean we're giving up any of our legal rights (such as acting in the future). If any part of these terms ends up being invalid or unenforceable based on a decision by any court or competent authority, the rest of these terms will not be affected. You may not assign these terms to anyone else without our written consent. We may assign our rights to any of our affiliates or subsidiaries, or to any successor in interest of any business associated with our services.

**Survival.** Any part of these terms that by their nature should survive after termination of these terms will survive. As permitted under applicable law, this includes but may not be limited to the following:

- Our rights to retain and display certain data;
- Any amounts owed will remain due;
- Any indemnification obligations (as applicable) such as those listed under the "Indemnity" section;
- Any disclaimer of warranties such as those under the "Services 'AS IS'" section;
- Any applicable limitation of liability such as those under the "Limitation of Liability" section;

- Any dispute resolution provisions, including the arbitration agreement, such as those under the "Settling disputes between you and Discord" section.

**Updates to these terms.** We may decide to update these terms: ① to reflect changes to our services or our business, ② for legal or regulatory reasons, ③ to prevent abuse on or of our services, or ④ to better protect or serve users of our services. If these changes materially affect your Discord use or your legal rights, we'll give you reasonable advance notice (unless the updates are urgent). If you continue to use our services after the changes have taken effect, it means that you agree to the changes. If you don't agree, you must stop using our services.

**Apple App Store.** If you download the Discord app from the Apple App Store or use our app on an iOS device, the below paragraph applies to you.

These terms grant a non-transferable license to use the Discord App on any Apple/Mac product that you might own or control and as permitted by Apple's policies. Apple has no obligation to furnish any maintenance and support services with respect to the Discord app. If the app fails to conform to any applicable warranty, you may notify Apple and Apple will refund the app purchase price to you (if applicable) and, to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Discord app. Apple is not responsible for addressing any claims by you or any third party relating to the Discord app or your possession and use of it, including, but not limited to: (i) product liability claims; (ii) any claim that the Discord app fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement and discharge of any third-party claim that your possession and use of the Discord app infringe that third party's intellectual property rights. Apple and its subsidiaries are third-party beneficiaries of these terms, and upon acceptance of the terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these terms against you as a third-party beneficiary thereof. You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a terrorist-supporting country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You must also comply with any applicable third-party terms of service when using the Discord app.

# CONTACTING EACH OTHER

If you have any questions about, or wish to contact us in connection with, these terms, please contact us at privacy@discord.com unless otherwise stated in these terms. We may send you electronic communications related to our services. Where required, we'll get your consent before sending you direct marketing, and we'll make it easy for you to opt out.

For technical support or other assistance with respect to our services, you can submit a request here.

Discord Inc. is located at 444 De Haro Street #200, San Francisco, CA 94107, USA. Discord Netherlands B.V. is located at Schiphol Boulevard 195, 1118 BG Schiphol, Netherlands.

# Discord

# EXHIBIT I

Discord

Log in

Archived Versions

# DISCORD COMMUNITY GUIDELINES

## Effective: March 28, 2020

## Last Updated: February 25, 2022

*Editor's Note: This version of our Community Guidelines is out of date as of March 28, 2022. Please see our current Community Guidelines here.*

**Last Updated: May 19th, 2020.**

We created Discord to help people come together around games. It's been amazing to watch it grow into what it is today - a place where millions of diverse communities exist and people connect with old friends and new. We can't wait to see what's next.

Our community guidelines are meant to explain what is and isn't allowed on Discord, and ensure that everyone has a good experience. If you come across a message that appears to break these rules, please report it to us. We may take a number of steps, including issuing a warning, removing the content, or removing the accounts and/or servers responsible.

The overwhelming majority of people use Discord responsibly, so these guidelines may seem obvious. Still, we want to be clear about the expectations for our users. Every user of Discord should feel like their voice can be heard, but not at the expense of someone else.

## Here are some rules for interacting with others:

- **Do not organize, participate in, or encourage harassment of others.** Disagreements happen and are normal, but continuous, repetitive, or severe negative comments may cross the line into harassment and are not okay.
- **Do not organize, promote, or coordinate servers around hate speech.** It's unacceptable to attack a person or a community based on attributes such as their race, ethnicity, national origin, sex, gender, sexual orientation, religious affiliation, or disabilities.
- **Do not make threats of violence or threaten to harm others.** This includes indirect threats, as well as sharing or threatening to share someone's private personal information (also known as doxxing).
- **Do not evade user blocks or server bans.** Do not send unwanted, repeated friend requests or messages, especially after they've made it clear they don't want to talk to you anymore. Do not try to hide your identity in an attempt to contact someone who has blocked you, or otherwise circumvent the tools we have which enable users to protect themselves.
- **Do not send others viruses or malware**, attempt to phish others, or hack or DDoS them.

## Here are some rules for content on Discord:

- **You must apply the NSFW label to channels if there is adult content in that channel.** Any content that cannot be placed in an age-gated channel, such as avatars, server banners, and invite splashes, may not contain adult content.
- **You may not sexualize minors in any way.** This includes sharing content or links which depict minors in a pornographic, sexually suggestive, or violent manner, and includes illustrated or digitally altered pornography that depicts minors (such as lolicon, shotacon, or cub). We report illegal content to the National Center for Missing and Exploited Children.
- **You may not share sexually explicit content of other people without their consent**, or share or promote sharing of non-consensual intimate imagery (also known as revenge porn) in an attempt to shame or degrade someone.
- **You may not share content that glorifies or promotes suicide or self-harm**, including any encouragement to others to cut themselves, or embrace eating disorders such as anorexia or bulimia.

- **You may not share images of sadistic gore or animal cruelty.**
- **You may not use Discord for the organization, promotion, or support of violent extremism.**
- **You may not operate a server that sells or facilitates the sales of prohibited or potentially dangerous goods.** This includes firearms, ammunition, drugs, and controlled substances.
- **You may not promote, distribute, or provide access to content involving the hacking, cracking, or distribution of pirated software or stolen accounts.** This includes sharing or selling cheats or hacks that may negatively affect others in multiplayer games.
- In general, **you should not promote, encourage or engage in any illegal behavior.** This is very likely to get you kicked off Discord, and may get you reported to law enforcement.

## Finally, we ask that you respect Discord itself:

- **You may not sell your account or your server.**
- **You may not use self-bots or user-bots to access Discord.**
- **You may not share content that violates anyone's intellectual property or other rights.**
- **You may not spam Discord**, especially our Customer Support and Trust & Safety teams. Making false and malicious reports, sending multiple reports about the same issue, or asking a group of users to all report the same content may lead to action being taken on your account.

If you see any activity that violates these guidelines, you can report it to us by filling out this form.

Language

English (US)

Product

Download

Nitro

Status

App Directory

Gift Cards

Company

About

Jobs

Brand

Newsroom

Resources

Support

Safety

Blog

Creators

Community

Developers

Quests

Official 3rd Party Merch

Feedback

Policies

# EXHIBIT J

Archived Versions

# DISCORD COMMUNITY GUIDELINES

## Effective: March 28, 2022

## Last Updated: February 25, 2022

*Editor's Note: This version of our Community Guidelines is out of date as of March 27, 2023. Please see our current Community Guidelines here.*

We created Discord to be a place where it's easy to communicate genuinely, build relationships, and have fun hanging out. Our Community Guidelines ensure everyone finds belonging, but not at the expense of anyone else.

These guidelines explain what is and isn't allowed on Discord. Everyone on Discord must follow these rules, and they apply to all parts of our platform, including your content, behaviors, servers, and bots. We may consider relevant off-platform behavior when assessing for violations of specific Community Guidelines.

Our Trust & Safety team reviews reports by users, moderators, or trusted reports. When someone violates these guidelines we may take a number of enforcement steps against them including: issuing warnings; removing content; suspending or removing the accounts and/or servers responsible; and potentially reporting them to law enforcement.If you come across a user, message, or server that appears to break these guidelines, please report it to us.

# RESPECT EACH OTHER

- **Do not harass others or organize, promote, or participate in harassment.** Disagreements happen and are normal, but making continuous, repetitive, or severe negative comments or circumventing a block or ban can cross the line into harassment and is not okay.

- **Do not organize, promote, or participate in hate speech or hateful conduct.** It's unacceptable to attack a person or a community based on attributes such as their race, ethnicity, caste, national origin, sex, gender identity, gender presentation, sexual orientation, religious affiliation, age, serious illness, disabilities, or other protected classifications.

- **Do not make threats of violence or threaten to harm others.** This includes indirect or suggestive threats, as well as sharing or threatening to share someone's personally identifiable information (also known as doxxing).

- **Do not use Discord for the organization, promotion, or support of violent extremism.** This also includes glorifying violent events, the perpetrators of violent acts, or similar behaviors.

- **Do not sexualize children in any way.** You cannot share content or links which depict children in a pornographic, sexually suggestive, or violent manner, including illustrated or digitally altered pornography that depicts children (such as lolicon, shotacon, or cub) and conduct grooming behaviors. We report illegal content and grooming to the National Center for Missing and Exploited Children.

- We strongly discourage and may take action against vigilante behavior, as it can interfere with our investigation and ability to report to law enforcement.

- **Do not make adult content available to anyone under the age of 18.** You must be age 18 or older to participate in adult content on Discord. You must apply the age-restricted label to any channels or servers if they contain adult content or other restricted content such as violent content.

- Do not use adult content in avatars, server banners, server icons, invite splashes, emoji, stickers, or any other space that cannot be age-restricted.

- **Do not share sexually explicit content of other people without their consent**, or promote the sharing of non-consensual intimate materials (images, video, or audio), sometimes known as revenge porn.

- **Do not share content that glorifies or promotes suicide or self-harm**, including any encouragement to others to cut themselves or embrace eating disorders such as anorexia or bulimia.

- Self-harm threats used as a form of emotional manipulation or coercion are also prohibited.

- **Do not share real media depicting gore, excessive violence, or animal harm, especially with the intention to harass or shock others.**
- **Do not share content that violates anyone's intellectual property or other rights.**

# BE HONEST

- **Do not share false or misleading information (otherwise known as misinformation)**. Content that is false, misleading, and can lead to significant risk of physical or societal harm may not be shared on Discord. We may remove content if we reasonably believe its spread could result in damage to physical infrastructure, injury of others, obstruction of participation in civic processes, or the endangerment of public health.
- **Do not coordinate or participate in malicious impersonation of an individual or an organization.** Satire and parody are okay.
- **Do not engage in activities intended to cause damage or gain unauthorized access to another user's account, network, or system.** This includes impersonating Discord staff, distributing malware, authentication token theft, phishing, DDOS, and other hacking or social engineering techniques.
- **Do not distribute or provide access to content involving the hacking, cracking, or distribution of stolen goods, pirated content, or accounts.** This includes sharing or selling game cheats or hacks.

# RESPECT DISCORD

- **Do not use Discord to spam, manipulate engagement, or disrupt other people's experience**, including trying to to influence or disrupt conversations using bots, fake accounts, multiple accounts, or other automation. This includes purchasing or selling methods of artificially increasing membership, such as via advertisements or botting.
- **Do not organize, promote, or engage in any illegal or dangerous behavior**, such as sexual solicitation, human trafficking, and selling or facilitating the sale of prohibited or

potentially dangerous goods (firearms, ammunition, drugs, and controlled substances). These activities are likely to get you kicked off Discord, and may get you reported to law enforcement.

- **Do not abuse Discord products in any way**, such as selling or purchasing an account or server, or participating in fraudulent Nitro incentives or Boosting activities.
- **Do not use self-bots or user-bots**. Each account must be associated with a human, not a bot. Self-bots put strain on Discord's infrastructure and our ability to run our services. For more information, you can read our Developer Policies here.
- **Do not mislead Discord's support teams**. Do not make false or malicious reports to Trust & Safety or Customer Support; send multiple reports about the same issue; or ask a group of users to report the same content or issue. These behaviors may result in action being taken on your account.

If you see any activity that violates these guidelines, our Terms of Service, or our other policies, please report it to us in the Discord mobile app or by filling out this form.

These guidelines will continue to evolve over time. This means we may take action against a user, server, or content that violates the spirit of these guidelines when we encounter a new threat or harm that is not explicitly covered in the current version.

We will always make our best effort to notify you when we update these guidelines, but it is up to you to follow the spirit of them: keep Discord safe and a place for everyone to belong. Thanks for doing your part.

# EXHIBIT K

Archived Versions

# DISCORD COMMUNITY GUIDELINES

Effective: March 27, 2023

Last Updated: February 24, 2023

*Editor's Note: This version of our Community Guidelines is out of date as of April 15, 2024. Please see our current Community Guidelines here.*

We created Discord to be a platform that brings people together over shared experiences and gives everyone a place to belong. Our Community Guidelines ensure everyone can express themselves and find community, but not at the expense of anyone else.

These guidelines explain what isn't allowed on Discord. Everyone on Discord must follow these rules, and they apply to all parts of our platform, including your content, behaviors, servers, and apps. To learn more about the requirements for developing a bot or other app, please refer to our Discord Developer Terms of Service and our Discord Developer Policy.

If you plan to monetize your content, be aware that we have additional rules that are outlined in our Discord Server Subscription Policy and Monetization Terms.

Our Trust & Safety team reviews reports by users, moderators, or trusted reporters. When someone violates these guidelines, we may take a number of enforcement steps against them, including issuing warnings, removing content, suspending or removing the accounts and/or servers responsible, and potentially reporting them to law enforcement. We may consider relevant off-platform behavior when assessing for violations of specific Community Guidelines.

If you come across a user, message, or server that appears to break these guidelines, please report it to us.

# RESPECT EACH OTHER

- **Do not promote, coordinate, or engage in harassment.** Discord is a platform where everyone can find a place to belong, and harassment prevents users from building healthy communities. We do not allow harassing behavior such as sustained bullying, ban or block evasion, doxxing, or coordinating server joins for the purposes of harassing server members (such as server raiding).

  We also do not allow the coordination, participation, or encouragement of sexual harassment, such as sending unsolicited sexually suggestive content, unwanted sexualization, or attacks on sexual activity.

- **Do not use hate speech or engage in other hateful conduct.** This includes the use of hate symbols and claims that deny the history of mass human atrocities.

  We consider **hate speech** to be any form of expression that either attacks other people or promotes hatred or violence against them based on their protected characteristics.

  We consider the following to be protected characteristics: age; caste; color; disability; ethnicity; family responsibilities; gender; gender identity; housing status; national origin; race; refugee or immigration status; religious affiliation; serious illness; sex; sexual orientation; socioeconomic class and status; source of income; status as a victim of domestic violence, sexual violence, or stalking; and weight and size.

- **Do not threaten to harm another individual or group of people.** This includes direct, indirect, and suggestive threats.

- **Do not organize, promote, or support violent extremism.** This also includes glorifying violent events or the perpetrators of violent acts, as well as promoting conspiracy theories that could encourage or incite violence against others.

- **Do not solicit, share, or make attempts to distribute content that depicts, promotes, or attempts to normalize child sexual abuse.** Also, do not post content that in any way sexualizes children. This includes real as well as manipulated media, animation (such as

lolicon), and any type of digital creation.

We report child sexual abuse material (CSAM) and grooming to the National Center for Missing & Exploited Children.

- **If you are under the age of 18, do not engage in sexual conduct or any conduct that puts your online or physical safety at risk.** This includes consensual sexual interactions between teens, as well as any encouragement or coordination of potentially risky behaviors, such as vigilantism.
  We want teens to be able to express themselves freely on Discord as much as possible, but given the risks associated with online dating, we will remove spaces that encourage or facilitate dating between teens.

- **Do not solicit sexual content from or engage in any sexual conduct ("grooming") with anyone under the age of 18.** We report child sexual abuse material (CSAM) and grooming to the National Center for Missing & Exploited Children.

- **Do not make sexually explicit content available to anyone under the age of 18**. You must be age 18 or older to participate in adult content on Discord.
  You must apply an age-restricted label to any channels that contain sexually explicit content or any other content shared solely for the purposes of sexual gratification.

  Do not post sexually explicit content in user avatars, custom statuses or bios, server banners, server icons, invite splashes, emoji, stickers, or any other space that cannot be age-restricted.

- **Do not share sexually explicit or sexually suggestive content of other people without the subject's knowledge and consent**, otherwise known as "revenge porn." This includes the non-consensual distribution of intimate media that was created either with or without an individual's consent.

- **Do not share content that glorifies, promotes, or normalizes suicide or other acts of physical self-harm.** This includes content that encourages others to cut, burn, or starve themselves, as well as content that normalizes eating disorders, such as anorexia and bulimia. Self-harm acts or threats used as a form of emotional manipulation or coercion are also prohibited.

- **Do not share real media depicting gore, excessive violence, or animal harm, especially with the intention to harass or shock others.**
- **Do not share content that violates anyone's intellectual property or other rights.** This includes sharing or selling game cheats or hacks. For more information, please view Discord's Copyright & Intellectual Property Policy.

# BE HONEST

- **Do not share false or misleading information (otherwise known as misinformation).** Content that is false, misleading, and can lead to significant risk of physical or societal harm may not be shared on Discord. We may remove content if we reasonably believe its spread could result in damage to physical infrastructure, injury of others, obstruction of participation in civic processes, or the endangerment of public health.
- **Do not misrepresent your identity on Discord in a deceptive or harmful way.** This includes creating fake profiles and attempts to impersonate an individual, group, or organization.
- **Do not engage in activities that could damage or compromise the security of an account, network, or system.** This includes using deceptive techniques to trick others into revealing sensitive information (phishing), using malicious software (malware), and flooding a target with traffic in order to make a resource unavailable (denial-of-service attacks).
- **Do not use or attempt to use Discord to promote, coordinate, or execute financial scams.** A financial scam is any intentionally deceptive act taken with the intent to receive an illegal, unethical, or otherwise dishonest gain.

  This includes but is not limited to: Ponzi schemes, pyramid schemes, advance-fee fraud, market manipulation (including "pump-and-dump" schemes), and romance and employment scams.
- **Do not engage in activities that fraudulently generate a profit at the expense of others.** This includes facilitating, providing instructions for, and participating in fraud. We do

not allow coordinated efforts to defraud businesses, price gouging, forgery, money laundering, or tools that facilitate illegal behavior.

# RESPECT DISCORD

- **Do not send unsolicited bulk messages (or spam) to others.** Also, do not facilitate this activity, such as by selling spambots, server “raid” tools, account-creation tools, token generators, CAPTCHA-solving services, or other spam tools.
- **Do not sell or purchase methods for artificially increasing server membership**, such as via advertisements or botting.
- **Do not organize, promote, or engage in any illegal behavior**, such as the buying, selling, or trading of dangerous and regulated goods. Dangerous goods have reasonable potential to cause real-world, physical harm to individuals. Regulated goods have laws in place that restrict the purchase, sale, trade, or ownership of the goods.
- **Do not abuse Discord products in any way**, such as selling or purchasing an account or server, participating in fraudulent Nitro incentives or Boosting activities, or using monetization features to commit fraud.
- **Do not evade permanent Discord-level enforcement actions.** This includes creating new or using existing accounts or communities after being removed for violating our platform rules.
- **Do not use self-bots or user-bots**. Each account must be associated with a human, not a bot. Self-bots put strain on Discord’s infrastructure and our ability to run our services.
- **Do not mislead Discord’s support teams**. Do not make false or malicious reports to our Trust & Safety or other customer support teams, send multiple reports about the same issue, or ask a group of users to report the same content or issue. Repeated violations of this guideline may result in loss of access to our reporting functions.

If you see any activity that violates these guidelines, our Terms of Service, or our other policies, please report it to us. You can learn more on how to report to us here. However, please note that we strongly discourage and may take action against vigilantism, as this behavior can put individuals in harm's way and can also interfere with our investigations and ability to report to law enforcement.

These guidelines will continue to evolve over time. This means we may take action against a user, server, or content that violates the spirit of these guidelines when we encounter a new threat or harm that is not explicitly covered in the current version.

We will always make our best effort to notify you when we update these guidelines, but it is up to you to follow the spirit of them: keep Discord safe and a place for everyone to belong. Thanks for doing your part.

# EXHIBIT L

Archived Versions

# DISCORD COMMUNITY GUIDELINES

## Effective: April 15, 2024

## Last Updated: March 15, 2024

*Editor's Note: This version of our Community Guidelines is out of date as of September 29, 2025.*
*Please see our current Community Guidelines here.*

We created Discord to be the best place to talk, hang out, and have fun with friends online. Our Community Guidelines ensure everyone can express themselves and find community — but not at the expense of anyone else.

These Guidelines explain what isn't allowed on Discord. Everyone on Discord must follow these rules, and they apply to all parts of our platform, including your content, behaviors, servers, and Apps. To learn more about the requirements for developing a bot or other App, please refer to our Discord Developer Terms of Service and our Discord Developer Policy.

If you plan to monetize your content, please review the additional rules outlined in our Monetization Policy and Monetization Terms.

Our Trust & Safety team reviews reports by users, moderators, trusted third-party partners, or where required by law. When we reactively or proactively discover a violation of these Guidelines, we may take a number of enforcement steps against them, including issuing warnings, removing content, suspending or removing the violative accounts and/or servers, and potentially reporting them to law enforcement. We may consider relevant off-platform behavior when making assessments for violations of specific Community Guidelines.

If you come across an account, server, or content that appears to break these Guidelines, please report it to us.

# RESPECT EACH OTHER

**1. Do not promote, coordinate, or engage in harassment.** We do not allow any type of harassing behavior, including sustained bullying, sexual harassment, ban or block evasion, or coordinating server joins for the purpose of harassing server members ("server raiding"). (See our Bullying, Harassment, and Threats Policy Explainer for more.)

**2. Do not threaten to harm another individual or group of people.** This includes direct, indirect, and suggestive threats. (See our Bullying, Harassment, and Threats Policy Explainer for more.)

**3. Do not share or threaten to share the personally identifiable information (PII) of an individual without consent.** This includes providing services that facilitate doxxing, such as buying or selling doxxes or compiling doxxes for others. (See our Doxxing Policy Explainer for more.)

**4. Do not use hate speech or engage in other hateful conduct.** This includes the use of hate symbols, imagery, and claims that deny the history of mass human atrocities.

We consider **hate speech** to be any form of expression that either attacks other people or promotes hatred or violence against them based on their protected characteristics. (See our Hateful Conduct Policy Explainer for more.)

**5. Do not organize, promote, or support violent extremism.** This also includes coordinating violent acts; glorifying or promoting violence or the perpetrators of violent acts; and promoting conspiracy theories that could encourage or incite violence against others. (See our Violent Extremism and Violence and Graphic Content Policy Explainers for more.)

**6. Do not solicit, share, or make any attempt to distribute content that depicts, promotes, or attempts to normalize child sexual abuse.** Also, do not post content or engage in conduct that in any way sexualizes children. This includes real as well as manipulated media, animation (such as lolicon), and any type of digital creation (note that this includes AI-generated media).

We report child sexual abuse material (CSAM) and grooming to the National Center for Missing & Exploited Children, which may subsequently work with local law enforcement. (See our Teen and Child Safety Policy Explainer for more.)

**7. If you are under the age of 18, do not engage in sexual conduct or any conduct that puts your online or physical safety at risk.** This includes consensual sexual interactions between teens, as well as any encouragement or coordination of potentially risky behaviors, such as vigilantism.

We want teens to be able to express themselves freely on Discord as much as possible, but given the risks associated with online dating, we will remove spaces that encourage or facilitate dating between teens. (See our Teen and Child Safety Policy Explainer for more.)

**8. Do not solicit sexual content from or engage in any sexual conduct with anyone under the age of 18.** We report child sexual abuse material (CSAM) and grooming to the National Center for Missing & Exploited Children, which may subsequently work with local law enforcement. (See our Teen and Child Safety Policy Explainer for more.)

**9. Do not make sexually explicit content available to anyone under the age of 18.** You must be age 18 or older to engage with adult content on Discord.

Server owners must apply an age-restricted label to any channels that contain sexually explicit content.

Users may not post sexually explicit content in any space that cannot be age-restricted, including in avatars, custom statuses or bios, server banners, server icons, invite splashes, emoji, and stickers. (See our Sexual Content Policy Explainer for more.)

**10. Do not share, distribute, or create sexually explicit or sexually suggestive content of other people without the subject's consent.** This includes the non-consensual distribution of intimate media that was created either with or without an individual's consent. (See our Non-Consensual Adult Intimate Media Policy Explainer for more.)

**11. Do not share content that glorifies, promotes, or normalizes suicide or other acts of physical self-harm.** This includes content that encourages others to cut, burn, or starve themselves, as well as content that normalizes eating disorders, such as anorexia and bulimia. Self-harm acts or threats used as a form of emotional manipulation or coercion are also prohibited. (See our Suicide and Self-Harm Policy Explainer for more.)

**12. Do not share real media depicting gore, excessive violence, or animal harm, especially with the intention to harass or shock others.** (See our Violence and Graphic

Content Policy Explainer for more.)

# RESPECT DISCORD

**13. Do not send unsolicited bulk messages (or spam) to others.** Also, do not facilitate this activity, such as by selling spambots, server “raid” tools, account-creation tools, token generators, CAPTCHA-solving services, or other spam tools. (See our Platform Manipulation Policy Explainer for more.)

**14. Do not use self-bots or user-bots.** Each account must be associated with a human, not a bot. (See our Platform Manipulation Policy Explainer for more.)

**15. Do not engage with our service in an inauthentic way.** This includes artificially inflating server membership, manipulating engagement metrics, and selling artificial engagement services. (See our Platform Manipulation Policy Explainer for more.)

**16. Do not sell or purchase Discord assets**, including accounts, usernames, servers, server permissions, or custom server invite links. (See our Platform Manipulation Policy Explainer for more.)

Abuse of Discord's paid features or monetization opportunities are covered under our Paid Service Terms.

**17. Do not share false or misleading information (otherwise known as misinformation).** Content that is false, misleading, and can lead to significant risk of physical or societal harm may not be shared on Discord. We may remove content if we reasonably believe its spread could result in damage to physical infrastructure, injury of others, obstruction of participation in civic processes, or the endangerment of public health. (See our Misinformation Policy Explainer for more.)

**18. Do not misrepresent your identity on Discord in a deceptive or harmful way.** This includes creating fake profiles and attempts to impersonate an individual, group, or organization. (See our Identity and Authenticity Policy Explainer for more.)

**19. Do not evade permanent Discord-level enforcement actions.** This includes creating new or using existing accounts or communities after being removed for violating our platform rules. (See our Identity and Authenticity Policy Explainer for more.)

**20. Do not engage in activities that could damage or compromise the security of an account, network, or system.** This includes using deceptive techniques to trick others into revealing sensitive information (phishing), using malicious software (malware), and flooding a target with traffic in order to make a resource unavailable (denial-of-service attacks). (See our Deceptive Practices Policy Explainer for more.)

**21. Do not use or attempt to use Discord to promote, coordinate, or execute financial scams.** A financial scam is any intentionally deceptive act taken with the intent to receive an illegal, unethical, or otherwise dishonest gain. (See our Deceptive Practices Policy Explainer for more.)

**22. Do not engage in activities that fraudulently generate a profit at the expense of others.** This includes facilitating, providing instructions for, and participating in fraud. We do not allow coordinated efforts to defraud businesses, price gouging, forgery, money laundering, counterfeit goods, or tools that facilitate illegal behavior. (See our Deceptive Practices Policy Explainer for more.)

**23. Do not submit false, misleading, or abusive reports or requests to Discord's support teams.** A report or request will be considered false or misleading if it contains demonstrably untrue information submitted with the intent to manipulate staff into taking a desired action. (See our Discord Support Abuse Policy Explainer for more.)

# FOLLOW THE LAW

**24. Do not share content that violates anyone's intellectual property or other rights.** This includes sharing or selling game cheats or hacks. (See our Unauthorized Copyright Access Policy for more.)

For more information on how Discord handles copyright complaints, please view our Copyright & Intellectual Property Policy.

**25. Do not organize, promote, or engage in the selling or facilitation of sales of regulated or potentially dangerous goods.** Regulated goods have laws in place that restrict the purchase, sale, trade, or ownership of the goods. Dangerous goods have a reasonable potential to cause real-world, physical harm to individuals. (See our Dangerous and Regulated Goods Policy Explainer for more.)

**26. Do not coordinate or participate in illegal gambling.** Users are responsible for complying with applicable gambling laws and regulation. (See our Gambling Policy Explainer for more.)

**27. Do not organize, promote, or engage in any other illegal activity**, such as human trafficking or sexual solicitation. (See our Human Trafficking and Sexual Solicitation Policy Explainers for more.)

If you see any content or activity that violates these Guidelines, our Terms of Service, or our other policies, please report it to us. You can learn more on how to report to us here. However, please note that we strongly discourage and may take action against vigilantism, as this behavior can put individuals in harm's way and can also interfere with our investigations and ability to report to law enforcement.

These Guidelines will continue to evolve over time. This means we may take action against an account, server, or content that violates the spirit of these Guidelines when we encounter a new threat or harm that is not explicitly covered in the current version.

We will always make our best effort to notify you when we update these Guidelines, but it is up to you to follow the spirit of them: Keep Discord safe and help us continue to make it the best place to talk, hang out and have fun with friends online. Thanks for doing your part.

# EXHIBIT M

Discord

Log In

Archived Versions

# DISCORD COMMUNITY GUIDELINES

Effective: September 29, 2025

Last Updated: August 29, 2025

Discord enables you to build meaningful connections around the joy of playing games through voice, video and text features. Our Community Guidelines ensure everyone can express themselves and find community — but not at the expense of anyone else.

These Guidelines are incorporated into our Terms of Service, and further explain what isn't allowed on Discord so that we can help create a positive environment for everyone. Everyone on Discord must follow these rules, and they apply to all parts of our platform, including your content, behaviors, servers, and apps. To learn more about the requirements for developing a bot or other app on Discord, please refer to our Discord Developer Terms of Service and our Discord Developer Policy.

If you plan to monetize your content, please review the additional rules outlined in our Monetization Policy and Monetization Terms.

Our Trust & Safety team reviews reports by users, moderators, trusted third-party partners, or where required by law. When we proactively or reactively discover a violation of these Guidelines, we may take a number of enforcement steps based on the severity of the violation, including issuing warnings, removing content, temporarily suspending account access to Discord, or permanently removing violative accounts and servers, and even reporting them to law enforcement. We may also consider relevant off-platform behavior when making assessments for violations of specific Community Guidelines.

If you come across an account, server, or content that appears to break these Guidelines, please report it to us.

# RESPECT EACH OTHER

**1. Do not promote, coordinate, or engage in harassment.** We do not allow any type of harassing behavior, including sexual harassment, ban or block evasion, or coordinating server joins for the purpose of harassing server members, also referred to as “server raiding." (See our Bullying, Harassment, and Threats Policy Explainer for more.)

**2. Do not threaten to harm another individual or group of people.** This includes direct, indirect, and suggestive threats. (See our Bullying, Harassment, and Threats Policy Explainer for more.)

**3. Do not share or threaten to share the personally identifiable information (PII) of an individual without consent.** This includes providing services that facilitate doxxing, such as buying or selling doxxes or compiling doxxes for others. (See our Doxxing Policy Explainer for more.)

**4. Do not use hate speech or engage in other hateful conduct.** This includes the use of hate symbols, imagery, and claims that deny the history of mass human atrocities.

We consider **hate speech** to be any form of expression that either attacks other people or promotes hatred or violence against them based on their protected characteristics. (See our Hateful Conduct Policy Explainer for more.)

**5. Do not organize, promote, or support violent extremism.** This also includes coordinating violent acts; glorifying or promoting violence or the perpetrators of violent acts; and promoting conspiracy theories that could encourage or incite violence against others. (See our Violent Extremism and Violence and Graphic Content Policy Explainers for more.)

**6. Do not create, post, solicit, share, or make attempts to distribute content on Discord that depicts, promotes, or attempts to normalize child sexual abuse.** This includes manipulated, non-manipulated, or synthetic (artificial intelligence-generated) media involving real, fictional, and/or anthropomorphized children.

This also includes animation, drawing, text, and technical commands or prompts to create media depicting child sexual abuse or child sexualization.

We report child sexual abuse material (CSAM) and grooming to the National Center for Missing & Exploited Children, which may subsequently work with local law enforcement. (See our Teen and Child Safety Policy Explainer for more.)

**7. If you are under the age of 18, you may not engage in sexual conduct or any other conduct using Discord that puts your online or physical safety at risk.** This includes consensual sexual interactions between you and other teens of a similar age, as well as any encouragement or coordination of behavior that may be harmful for you or others, such as vigilantism.

We want teens to be able to express themselves as authentically as possible on Discord. However, given the risks associated with online dating, we will remove spaces that encourage or facilitate dating between teens. (See our Teen and Child Safety Policy Explainer and our Teen Safety Assist function for more.)

**8. Do not engage in any sexual conduct with anyone under the age of 18.** This includes soliciting, sharing, or exchanging sexual content.

We report child sexual abuse material (CSAM) and grooming to the National Center for Missing & Exploited Children, which may subsequently work with local law enforcement. (See our Teen and Child Safety Policy Explainer for more.)

**9. Do not make sexually explicit content available to anyone under the age of 18.** Discord users must be aged 18 or older to view, gain access to, or participate in adult sexual content on Discord.

Server owners must apply an age-restricted label to any channels that contain sexually explicit content involving adults or content involving adults that is shared solely for the purposes of sexual gratification.

Users may not post sexually explicit content in any space that cannot be age-restricted, including in avatars, custom statuses or bios, server banners, server icons, invite splashes, emoji, and stickers. (See our Sexual Content Policy Explainer for more.)

**10. Do not share, distribute, or create sexually explicit or sexually suggestive content of other people over the age of 18 without the subject's explicit consent.** This includes the non-consensual distribution of intimate media that was created either with or without an individual's consent. (See our Non-Consensual Adult Intimate Media Policy Explainer for more.)

**11. Do not share content that glorifies, promotes, or normalizes suicide or other acts of physical self-harm.** This includes content that encourages others to cut, burn, or starve themselves, as well as content that normalizes eating disorders, such as anorexia and bulimia. Self-harm acts or threats used as a form of emotional manipulation or coercion are also prohibited. (See our Suicide and Self-Harm

Policy Explainer for more.)

**12. Do not upload or share any material depicting violence, gore, or animal cruelty, especially with the intention to harass or shock others.** (See our Violence and Graphic Content Policy Explainer for more.)

# RESPECT DISCORD

**13. Do not send unsolicited bulk messages (or spam) to others.** Also, do not facilitate this activity, such as by selling spambots, server "raid" tools, account-creation tools, token generators, CAPTCHA-solving services, or other spam tools. (See our Platform Manipulation Policy Explainer for more.)

**14. Do not use self-bots or user-bots.** Each account must be associated with a human, not a bot. (See our Platform Manipulation Policy Explainer for more.)

**15. Do not engage with our service in an inauthentic way.** This includes artificially inflating server membership, manipulating engagement metrics, and selling artificial engagement services. (See our Platform Manipulation Policy Explainer for more.)

**16. Do not sell or purchase Discord assets**, including accounts, usernames, servers, server permissions, or custom server invite links. (See our Platform Manipulation Policy Explainer for more.)

**17. Do not share false or misleading information (otherwise known as misinformation).** Content that is false, misleading, and can lead to significant risk of physical or societal harm may not be shared on Discord. We may remove content if we reasonably believe its spread could result in damage to physical infrastructure, injury of others, obstruction of participation in civic processes, or the endangerment of public health. (See our Misinformation Policy Explainer for more.)

**18. Do not misrepresent your identity on Discord in a deceptive or harmful way.** This includes creating fake profiles and attempts to impersonate an individual, group, or organization. (See our Identity and Authenticity Policy Explainer for more.)

**19. Do not evade permanent Discord-level enforcement actions.** This includes creating new or using existing accounts or communities after being removed for violating our platform rules. (See our Identity and Authenticity Policy Explainer for more.)

**20. Do not engage in activities that could damage or compromise the security of an account, network, or system.** This includes using deceptive techniques to trick others into revealing sensitive information (phishing), using malicious software (malware), and flooding a target with traffic in order

to make a resource unavailable (denial-of-service attacks). (See our Deceptive Practices Policy Explainer for more.)

**21. Do not use or attempt to use Discord to promote, coordinate, or execute financial scams.** A financial scam is any intentionally deceptive act taken with the intent to receive an illegal, unethical, or otherwise dishonest gain. (See our Deceptive Practices Policy Explainer for more.)

**22. Do not engage in activities that fraudulently generate a profit at the expense of others.** This includes facilitating, providing instructions for, and participating in fraud. We do not allow coordinated efforts to defraud businesses, price gouging, forgery, money laundering, counterfeit goods, or tools that facilitate illegal behavior. (See our Deceptive Practices Policy Explainer for more.)

**23. Do not submit false, misleading, or abusive reports or requests to Discord's support teams.** A report or request will be considered false or misleading if it contains demonstrably untrue information submitted with the intent to manipulate staff into taking a desired action. (See our Discord Support Abuse Policy Explainer for more.)

# FOLLOW APPLICABLE LAWS

As described in our Terms of Service, you must comply with all applicable laws, rules, and regulations. This includes:

**24. Do not share content that violates anyone's intellectual property or other rights.** This includes sharing or selling game cheats or hacks. (See our Unauthorized Copyright Access Policy for more.)

For more information on how Discord handles copyright complaints, please view our Copyright & Intellectual Property Policy.

**25. Do not organize, promote, or engage in the selling or facilitation of sales of regulated or potentially dangerous goods.** Regulated goods have laws in place that restrict the purchase, sale, trade, or ownership of the goods. Dangerous goods have a reasonable potential to cause real-world, physical harm to individuals. (See our Dangerous and Regulated Goods Policy Explainer for more.)

**26. Do not coordinate or participate in illegal gambling.** Users are responsible for complying with applicable gambling laws and regulation. (See our Gambling Policy Explainer for more.)

**27. Do not organize, promote, or engage in any illegal activity that harms the dignity, safety, or wellbeing of another person.** This includes but is not limited to human trafficking and sexual solicitation. (See our Human Trafficking and Sexual Solicitation Policy Explainers for more.)

If you see any content or activity that violates these Guidelines, our Terms of Service, or any of our other policies, please report it to us. You can learn more on how to report to us here. However, please note that we strongly discourage and may take action against vigilantism, as this behavior can put individuals in harm's way and can also interfere with our investigations and ability to report to law enforcement.

These Guidelines will continue to evolve over time. This means we may take action against an account, server, or content that violates the spirit of these Guidelines when we encounter a new threat or harm that is not explicitly covered in the current version.

We will always make our best effort to notify you when we update these Guidelines, but it is up to you to follow them and to use Discord responsibly: Keep Discord safe and help us ensure it remains a great place to build friendships around the joy of playing games. Thanks for doing your part.

Quests

Official 3rd Party Merch

Feedback

Company Information

Social

Discord