Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>No. 3:25-cv-3520<br><br>No. 3:25-cv-5753<br><br>No. 3:25-cv-7291<br><br>No. 3:25-cv-10607<br><br>No. 3:25-cv-10982<br><br>No. 3:26-cv-810 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**DEFENDANT DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Hon. Richard Seeborg |

Defendant Discord Inc. brings this Administrative Motion under Civil Local Rules 7-11 and 79-5(f) to seek provisional sealing of certain portions of Discord's concurrently filed Omnibus Motion to Compel Arbitration and Stay Litigation and supporting papers (collectively, "Arbitration Motion").

For documents designated as protected material by another party or non-party (the "Designating Party"), Civil Local Rule 79-5(f)(1) requires that the party filing such materials "identify each document or portions thereof for which sealing is sought." Then, "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration" explaining the basis for keeping the document or portions thereof sealed. Civil L.R. 79-5(f)(3).

Discord's Arbitration Motion contains information—specifically Plaintiffs' dates of birth, Discord user IDs, and Discord usernames, as well as the name, email address, Discord user ID, and Discord username of one Plaintiff's parent—that Plaintiffs have designated confidential and asked Discord to provisionally file under seal, as described in detail below:

| Document | Portions to Seal | Reason(s) |
|---|---|---|
| Discord's Omnibus Motion to Compel Arbitration and Stay Litigation | Highlighted portions at pages 9-11, 25, 28-30. | References Plaintiffs' Discord user IDs and one Plaintiff's date of birth |
| Declaration of Ben Robbins ISO Omnibus Motion to Compel Arbitration and Stay Litigation | Highlighted portions at page 4 and Exhibit A (Appendix). | References Plaintiffs' Discord usernames and Discord user IDs, and the Discord username, Discord user ID, and email address of one Plaintiff's parent |
| Declaration of Xiang Li ISO Omnibus Motion to Compel Arbitration and Stay Litigation | Highlighted portions at pages 3-5. | References Plaintiffs' Discord usernames, Discord user IDs, and dates of birth, and the name and email address of one Plaintiff's parent |

Discord takes no position as to the confidentiality of the above information and files this Administrative Motion to provide Plaintiffs the opportunity to support their sealing request in accordance with Civil Local Rule 79-5(f)(3).

DATED: September 22, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Ambika Kumar*
Ambika Kumar
Adam S. Sieff
Xiang Li
Marcy Blattner Micale

*Attorneys for Defendant Discord Inc.*