Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>No. 3:25-cv-3520<br><br>No. 3:25-cv-5753<br><br>No. 3:25-cv-7291<br><br>No. 3:25-cv-10607<br><br>No. 3:25-cv-10982<br><br>No. 3:26-cv-810 | **CERTIFICATE OF SERVICE REGARDING UNDER SEAL OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION AND DECLARATIONS OF XIANG LI AND BEN ROBBINS IN SUPPORT OF DISCORD INC.'S OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Hon. Richard Seeborg |

**CERTIFICATE OF SERVICE**

*In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*
MDL No. 3166, Case No. 3:25-md-03166-RS

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 50 California Street, 23rd Floor, San Francisco, CA 94111.

On September 22, 2026, I further declare I served a copy of:

**DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(F)**

**DISCORD INC.'S OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [FILED UNDER SEAL]**

**DECLARATION OF XIANG LI IN SUPPORT OF DISCORD INC.'S OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION [FILED UNDER SEAL]**

**DECLARATION OF BEN ROBBINS IN SUPPORT OF DISCORD INC.'S OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION [FILED UNDER SEAL]**

**[PROPOSED] ORDER GRANTING DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79- 5(F)**

I caused such documents to be transmitted via electronic mail on the parties as follows:

**Plaintiffs:** via email to RobloxMDLPlaintiffsLiaison@girardsharp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed at San Francisco, California, this 22nd day of September, 2026.

Aysha D. Lewis