COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>3:25-cv-03520<br>3:25-cv-10982<br>3:26-cv-01681<br>3:25-cv-10812<br>3:25-cv-10607<br>3:25-cv-07291 | **DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S OMNIBUS MOTION TO COMPEL ARBITRATION**<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Richard Seeborg<br><br>**[FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION]**<br><br>Judge Richard Seeborg |

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other things, relate to user account activity. I make the statements in this declaration based on my personal knowledge of the matters set forth below, my review of records maintained in the regular course of business, and efforts I undertook with Roblox engineers, as discussed further below. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox's Motion to Compel Arbitration (the **"Motion"**).

## I. KEY TERMS USED IN THIS DECLARATION

3. I understand that the parties selected six bellwether cases for this Motion. I refer to the plaintiffs in these cases as **"Plaintiffs."**

4. I understand that Roblox and Discord, Inc. have used a common set of pseudonyms to refer to Plaintiffs. For ease of reference, I use the same pseudonyms. Specifically, I refer to Plaintiffs as follows and identify the corresponding exhibit number for each Plaintiff's summary chart of account activity, explained further in Paragraphs 63–69 below:

| Case No. | Identifier | Summary Chart |
|---|---|---|
| 3:25-cv-03520 | **Plaintiff A** | **Exhibit 1** |
| 3:25-cv-10982 | **Plaintiff B** | **Exhibit 2** |
| 3:26-cv-01681 | **Plaintiff C** | **Exhibit 3** |
| 3:25-cv-10812 | **Plaintiff D** | **Exhibit 4** |
| 3:25-cv-10607 | **Plaintiff G** | **Exhibit 5** |
| 3:25-cv-07291 | **Plaintiff H** | **Exhibit 6** |

5. I understand that pursuant to a court-ordered process, Plaintiffs identified their Roblox accounts by username. I used these usernames to reliably search Roblox's systems for data and records associated with each of the Plaintiffs' accounts. I refer to the data and records associated

with Plaintiffs' accounts as **"Account Records."** The Account Records were made at or near the time of the occurrence and reliably kept in the regular course of Roblox's business. I regularly query and use data and records of this type as part of my job.

6. The Account Records show that the earliest creation date for a Plaintiff's Roblox account is January 6, 2019. I refer to the period from January 6, 2019 to the present as the **"Relevant Period."**

7. Throughout the Relevant Period, Roblox has required users to agree to the Roblox Terms of Use to use the Roblox platform or any Roblox service. I refer to the Roblox Terms of Use, and each version in effect during the Relevant Period, as the **"Terms."** The current Terms can be found at https://en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use.

8. "**Robux**" is Roblox's official digital currency. While Roblox is free to join and play, some gameplay enhancements require Robux to acquire virtual content like clothes or accessories for avatars, or to access certain experiences.

9. A "**Parent Account**" is an account a parent can create and is linked to a child's account to approve actions the child takes in Roblox.

10. I define certain other terms below.

## II. ROBLOX USERS MUST AGREE TO THE TERMS

11. All users must agree to the Terms to use Roblox, and I describe here the ways Roblox secures this agreement. Unless otherwise specified, the facts in this Section II were true during and throughout the Relevant Period. Specifically, I explain below how Roblox secured user agreement to the Terms (a) at account creation; (b) when the Terms are updated; (c) when a user purchases Robux online; and (d) when a user redeems a digital or physical Roblox gift card ("**Gift Card**") for Robux.

12. I attach to this declaration screenshots and images showing what users would have seen when agreeing to the Terms in these ways. Unless otherwise specified, I either reliably collected these screenshots from records Roblox keeps in the regular course of its business or I reviewed screenshots of pages from https://www.roblox.com taken from the Internet Archive (and then verified their accuracy using data and records Roblox keeps in the regular course of its business

in addition to cross-checking open-source records).

13. In all the screens discussed below, the phrase "Terms of Use," whether shown in blue, underlined, or both, linked directly to the then-in-effect version of the Terms, allowing the user to review the complete Terms before clicking the button on the screen.

**A. Users Must Agree to the Terms at Account Creation**

14. Users must use Roblox's **"Registration Page"** to create an account before using Roblox. Some users create multiple accounts. Users can create an account on www.roblox.com, which I refer to as creating an account on the **"Web,"** or on the Roblox app, which I refer to as the **"App."**

**1. The Web Registration Page**

15. The Web Registration Page requires a user to agree to the Terms to create an account. There have been two versions of this assent language during the timeframe when Plaintiffs' claimed accounts were created.

16. From the beginning of the Relevant Period until approximately August 2, 2020, the Web Registration Page stated: "By clicking Sign Up, you are agreeing to the Terms of Use and acknowledging the Privacy Policy." A true and correct screenshot of this version of the Registration Page is attached as **Exhibit 7** and shown below.

///




***Registration Page from January 6, 2019 to August 2, 2020***

17. From approximately August 2, 2020 to approximately December 4, 2025, the Web Registration Page stated: "By clicking Sign Up, you are agreeing to the Terms of Use including the arbitration clause and you are acknowledging the Privacy Policy." A true and correct screenshot of this version of the Registration Page is attached as **Exhibit 8** and shown below.[1]

[1] **Exhibits 7–8**, discussed in Paragraphs 16–17 above, show the assent language in effect when Plaintiffs' accounts were created. Roblox made certain other changes to the Web Registration Page unrelated to securing user agreement to the Terms. In the interest of completeness, I attach screenshots showing other changes. Specifically: In approximately June 2019, Roblox changed the Web Registration Page to a different font. A true and correct screenshot of this Registration Page is attached as **Exhibit 9**. In approximately March 2020, Roblox changed the Web Registration Page to a darker background depicting several Roblox experiences. A true and correct screenshot of this Registration Page is attached as **Exhibit 10**. In approximately June 2022, Roblox changed the Web Registration Page by transitioning the background of the sign-up module from a light, semi-transparent layer to an opaque dark container and by changing the color of the "Sign Up" button from green to white. A true and correct screenshot of this Registration Page is attached as **Exhibit 11.** In approximately April 2023, Roblox changed the Web Registration Page by changing the "Sign Up" button from white to gray. A true and correct screenshot of this Registration Page is attached as **Exhibit 12.** In approximately August 2025, Roblox changed the Web Registration Page by expanding the sign-up module so that the assent notice appeared on two lines instead of three. A true and correct screenshot of this Registration Page is attached as **Exhibit 13.** In approximately




***Registration Page from August 2, 2020 to December 4, 2025***

**2. The App Registration Page**

18. A user can also create an account using the Roblox App. Like the Web Registration Page, the App Registration Page requires a user to agree to Terms to create an account. Throughout the Relevant Period, all versions of the App Registration Page have (a) included assent language informing the user that they are agreeing to hyperlinked Terms by clicking a button; (b) positioned the button in close proximity to the assent language.

19. I worked with an engineer at Roblox to reliably reproduce screenshots of App Registration Pages as they would have appeared during the Relevant Period. Specifically, I worked

September 2025, Roblox changed the Web Registration Page to a background with different Roblox experiences. A true and correct screenshot of this Registration Page is attached as **Exhibit 14.**

with an engineer to identify the version of the App that was current as of the following dates: March 6, 2019, June 15, 2020, June 5, 2022, July 22, 2024, March 15, 2025, and October 4, 2025. These dates correspond with certain account creation dates of Plaintiffs' accounts where the device used at signup was a phone or tablet.

20. We then used software to run each of these versions of the App to render the App Registration Page corresponding to each App version.[2] Using this method, we retrieved screenshots of the App Registration Page that a user running each version of the App specified in Paragraph 19 above would have seen. True and correct copies of these screenshots are attached as **Exhibits 15–17 and 19–21**. I separately retrieved a screenshot from Roblox's records depicting the App Registration Page as it would have appeared in May 2023. A true and correct copy of this screenshot is attached as **Exhibit 18**. Finally, I took a screenshot of the App Registration Page as it appeared on September 16, 2026. A true and correct copy of this screenshot is attached as **Exhibit 22**. These exhibits correspond to the following dates:

| Date | Exhibit |
|---|---|
| 3/6/2019 | 15 |
| 6/15/2020 | 16 |
| 6/5/2022 | 17 |
| 5/2023 | 18 |
| 7/22/2024 | 19 |
| 3/15/2025 | 20 |
| 10/4/2025 | 21 |
| 9/16/2026 | 22 |

21. I reproduce below a selection of screenshots from the Relevant Period discussed in Paragraphs 19–20 above to show this language and layout.

22. The screenshot below shows the App Registration Page from the version of the

[2] This method allowed us to reliably retrieve screenshots showing the assent language, buttons, and layout of the App Registration Pages that users running those versions of the App would have seen. To the extent there were other background elements, these may not appear.

Roblox App that was current on March 6, 2019, and appears as **Exhibit 15**.




***App Registration Page (March 6, 2019)***

23. The screenshot below shows the App Registration Page from the version of the Roblox App that was current on June 5, 2022, and appears as **Exhibit 17**.




*App Registration Page (June 5, 2022)*

24. The screenshot below shows the App Registration Page as of May 2023, and appears as **Exhibit 18**.

///




***App Registration Page (May 2023)***

25. The screenshot below shows the App Registration Page from the version of the Roblox App that was current on July 22, 2024, and appears as **Exhibit 19**.

///




*App Registration Page (July 22, 2024)*

26. The screenshot below shows the App Registration Page from the version of the Roblox App that was current on October 4, 2025, and appears at **Exhibit 21**.

///




***App Registration Page (October 4, 2025)***

27. Finally, the screenshot below shows the App Registration Page as it appeared on September 16, 2026, and appears at **Exhibit 22**.[3]

///

[3] When running the process described in paragraph 20, the App Registration Page for October 4, 2025 did not fully render the gender buttons.




***Current App Registration Page***

**B. Users Must Agree to Updated Terms**

28. During the Relevant Period, Roblox has made seven material changes to the Terms, on August 1, 2023; February 15, 2024; June 12, 2024; November 6, 2024; June 4, 2025; June 30, 2025; and April 30, 2026. For each of these updates, Roblox notified users in advance and obtained their agreement to the updated Terms.[4]

29. First, approximately one month before the effective date of the Terms update, Roblox notified users by sending a message directly to their accounts. These messages were emphasized with a "jewel notification" on the Messages page. In each of these messages, users were notified that they, or their parent or guardian if they were a minor, would need to agree to the updated Terms to continue using Roblox, or they could close their account before the updates went into effect, if they did not agree.

[4] Of these changes, only one—made on August 1, 2023—involved the Terms' arbitration clause.

30. A true and correct screenshot of a depiction of the message Roblox sent to users in connection with one of these material updates is attached as **Exhibit 23** (for the August 1, 2023 update).

31. Second, following each update, Roblox caused a pop-up blocker card to appear when the user next accessed Roblox (whether on the App or Web). The pop-up card blocked the user from continuing to use Roblox until they accepted the Terms. That is why these are called **"Blocker Cards."**

32. From February 2024 onwards, the Blocker Cards have stated: "To continue using Roblox, please select 'I agree' to agree to our updated terms below. If you are a minor, please show this to your parent or guardian. Changes have been made to the following documents:" For Terms updates, the Blocker Card hyperlinks to "Terms of Use," followed by an "I Agree" button.[5] A true and correct screenshot of the Blocker Card sent in connection with the June 30, 2025 Terms update as it would have appeared when accessing a Roblox account from a computer or tablet is attached as **Exhibit 24** and shown immediately below.[6]




***Blocker Card for June 30, 2025 Update***

---

5 When there are material changes to other documents—such as Roblox's privacy policy—that the user has not already accepted, the document also is hyperlinked, as shown in the example.

6 **Exhibits 24, 27, 37, and 38** have been redacted to obscure the username of the user logged in during the capture of the respective screenshots.

33. **Exhibit 25,** shown below**,** is a close-up of the same Blocker Card from the June 30, 2025 Terms update.




***Blocker Card from June 30, 2025 Update (Web)***

34. The Blocker Card was materially the same whether viewed on the Web or on the App. A true and correct copy of the Blocker Card sent in connection with the June 30, 2025 Terms updates as it would have appeared on the App, is attached as **Exhibit 26** and shown below.

///




***Blocker Card from June 30, 2025 (App)***

35. The Blocker Cards were materially the same for every update to the Terms referenced in Paragraph 28, except for the August 2023 update, which used slightly different language. A true and correct copy of a mock-up of the Blocker Card for the August 2023 update is attached as **Exhibit 27**.

36. Any user presented with a Blocker Card had to click "I Agree" to continue using Roblox.

**C. Users Agreed to the Terms when Purchasing Robux Online**

37. As discussed in Paragraph 8 above, Robux is a digital, virtual currency that can be used to acquire virtual content or access to certain experiences on the Roblox platform.

38. Users agree to the Terms when they buy Robux directly through their accounts. From the start of the Relevant Period until January 2023, these purchases were processed exclusively by Xsolla. True and correct copies of screenshots of examples of how the Xsolla purchase page would have appeared on a web browser are attached as **Exhibits 28 and 29** and shown below.




***Robux Purchase Flow (Xsolla)***




***Robux Purchase Flow (Xsolla)***

39. In 2023, Roblox began also using Stripe as a payment processor. Roblox continues to use both Xsolla and Stripe as payment processors.

40. I attach screenshots of an example of the two screens a user sees when making a Robux purchase on Web using the Stripe flow. True and correct copies of these screenshots are attached as **Exhibit 30 and 31**, and shown below**.**

///




***Example of Robux Purchase Flow Screen 1 (Stripe)***

///




*Example of Robux Purchase Flow Screen 2 (Stripe)*

41. While elements of these Xsolla and Stripe pages have changed over time, the Web purchase flow has always during the Relevant Period clearly disclosed that clicking "pay" or an equivalent button constitutes agreement to the Terms—and has linked to the Terms then in effect.

42. For Robux purchases made on the App, from at least February 24, 2021 to December 4, 2024, the following language appeared at the top of the initial screen encountered by the user: "By purchasing Robux, you agree to our **Terms of Use** and **Privacy Policy**, including the arbitration clause[.]" After being shown this screen, the user then had to take steps to continue with the purchase. A true and correct screenshot of an example of the disclosure at the top of this screen is attached as **Exhibit 32** and shown below.




***Buy Robux App Disclosure (Feb. 2021–Dec. 2024)***

43. Starting on approximately December 4, 2024, the layout of the initial screen in the App purchase flow changed. I understand that Roblox does not rely on in-app purchases made after December 4, 2024 for purposes of this motion.

**D. Users Must Agree to the Terms When Redeeming Gift Cards**

44. Users also can obtain Roblox Gift Cards, which can be redeemed for Robux. The redemption code for each Gift Card can be used after logging into a Roblox account and navigating to "www.roblox.com/redeem," or by navigating to the main menu on supported versions of the App and selecting "redeem codes." I refer to this page as the **"Redemption Page."** [7]

45. Throughout the Relevant Period, the Redemption Page included a field for the user to enter a redemption code. Starting on August 18, 2021 users saw disclosure language either directly above or beneath the "Redeem" button notifying them that redeeming Robux constituted agreement to the Terms. There have been four versions of this Redemption Page assent language in effect from August 18, 2021 to present, as discussed below.

46. From August 18, 2021 until September 9, 2021, the Redemption Page stated: "By redeeming your code, you acknowledge that you are 18 years of age, or that you are the parent or

[7] Roblox Gift Cards cannot be redeemed on gaming consoles, such as Xbox.

legal guardian of the account owner, and agree to our **Terms of Use** including the arbitration clause and to our **Privacy Policy**." A true and correct image of this version of the Redemption Page is attached as **Exhibit 33** and shown below.




***Example of Redemption Page Disclosure***

47. From September 9, 2021 until April 24, 2023, the Redemption Page stated: "By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our **Terms of Use** including the arbitration clause and to our **Privacy Policy**." A true and correct image of this version of the Redemption Page is attached as **Exhibit 34**.

48. From April 24, 2023 until December 24, 2024, the Redemption Page stated: "By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our **Terms of Use** including the arbitration clause and **Gift Card Terms & Conditions** and acknowledge our **Privacy Policy**." A true and correct image of this version of the Redemption Page is attached as **Exhibit 35**.

49. From December 24, 2024 until the present, the Redemption Page contained the same or materially the same assent language as quoted Paragraph 48, with changes to the colors and layout of the overall page. True and correct images of two examples of the Redemption Page from

this period are attached as **Exhibits 37 and 38**.

50. Starting on August 22, 2025, Roblox began providing users with the ability to redeem Gift Cards on supported versions of the App. The Redemption Page on the App contains the same content as the Redemption Page viewed on the Web. A true and correct image of the Redemption Page as captured within the App on September 21, 2026 is attached as **Exhibit 39**

**E. Plaintiff H's Parent Account**

51. Plaintiff H claimed a Roblox account that has a Parent Account. A parent can create an account and thereby approve actions taken by their child within Roblox. To create a Parent Account, the parent must go through the same account creation process as any other user and therefore must agree to Terms.

## III. THE TERMS DURING THE RELEVANT PERIOD

52. As discussed above, each time "Terms of Use" appeared in the assent screens referenced in Section II, that phrase hyperlinked to the then-effective version of the Terms. The Terms are also hyperlinked at the bottom of webpages on the Roblox website.

53. Using the Internet Archive, I reviewed the version of the Terms that users would have seen at the start of the Relevant Period, as well as for each of the material updates to the Terms for which Roblox showed users Blocker Cards.[8] I used information and data reliably kept in the regular course of Roblox's business to confirm the accuracy of these captures. I have attached each of these versions of the Terms as exhibits. The following chart shows which exhibits correspond to specific versions of the Terms.

[8] The Internet Archive is available at https://archive.org and is also referred to as the WayBack Machine.

| Exhibit | Terms Version[9] |
|---|---|
| 40 | From Start of Relevant Period |
| 41 | Starting August 1, 2023 |
| 42 | Starting February 15, 2024 |
| 43 | Starting June 12, 2024 |
| 44 | Starting November 6, 2024 |
| 45 | Starting June 4, 2025 |
| 46 | Starting June 30, 2025 |
| 47 | Starting April 30, 2026 |

54. Every version of the Terms in effect during the Relevant Period included a mandatory arbitration agreement. Throughout the Relevant Period, the introductory sections to the Terms have emphasized this to users. For example, since August 1, 2023, the introductory section of the Terms has stated: For U.S. Users, Roblox's Arbitration Agreement . . . outlines how disputes between [the user] and Roblox will be resolved," and that "these Roblox Terms contain **A BINDING, INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER. THIS MEANS THAT YOU GIVE UP THE RIGHT TO BRING AN ACTION IN COURT, INDIVIDUALLY OR AS PART OF A CLASS ACTION**."

### A. The Current Arbitration Agreement

55. This arbitration agreement in the Terms was most recently updated on August 1, 2023 and the content has not changed since then. I refer to this as the **"Current Arbitration Agreement."** Because, as explained in Section IV below, every Plaintiff's account agreed to the Terms after August 1, 2023, I refer to the Current Arbitration Agreement throughout the remainder of this declaration.

56. The Current Arbitration Agreement states: "[Y]ou agree that any dispute, claim, or controversy you may have with Roblox arising under or relating in any way to the Roblox Terms or the Services" will be arbitrated.

[9] During the Relevant Period, Roblox made other stylistic changes to the Terms that it did not deem material. I have limited the attachments here to just the material updates. However, if the Court so requests, I can provide additional versions of the Terms showing these minor changes as well.

57. The Current Arbitration Agreement provides that arbitration will proceed under FedArb's Expedited Arbitration Rules and, where applicable, its Framework for Mass Arbitration Proceedings ADR-MDL.

58. Throughout the Relevant Period, the arbitration agreement in the Terms has included a provision expressly delegating all questions of arbitrability to the arbitrator (the "Delegation Clause"). The Current Arbitration Agreement states:

> Delegation; Interpretation. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to the extent permitted by law to resolve all Disputes arising out of or relating to the interpretation, applicability, enforceability, or formation of the Roblox Terms, including, but not limited to, any claim that all or any part of the Roblox Terms is void or voidable; however, in the event of a Dispute about which particular version of the Roblox Terms you agreed to, a court will decide that specific question prior to the commencement of the arbitration. This Arbitration Agreement is intended to be broadly interpreted and will survive termination of the Roblox Terms.

59. The FedArb Rules incorporated by the Current Arbitration Agreement likewise give the arbitrator authority to decide challenges to the arbitrator's own jurisdiction, stating that "[t]he Tribunal shall have the power to hear and determine challenges to its jurisdiction, including any objections with respect to the existence, scope or validity of the arbitration clause[.]" *See* https://fedarb.com/fedarb-rules/#rule502.

### B. The Ability to Opt Out of Arbitration

60. Versions of the Terms Plaintiffs agreed to make clear that a user, or a minor's parent or guardian, may opt out of the arbitration agreement. To do so within 30 days of first using Roblox's services, or within 30 days of Roblox's notice of a material change to the arbitration terms, the user must send Roblox a written "Arbitration Opt-Out Notice."

61. I searched the Records for any Arbitration Opt-Out Notice associated with the Plaintiffs' claimed accounts, including any associated email addresses or phone numbers. I found no record that Roblox ever received such a notice from any Plaintiff or their parent or guardian.

## IV. PLAINTIFFS' ACCOUNT RECORDS

62. I attach Account Records for each of the accounts that the Plaintiffs have claimed.

These Account Records show, among other things, when each account (i) was created, (ii) agreed to updates to the Terms, (iii) purchased Robux, and (iv) redeemed Robux. These Account Records also show when each account accessed Roblox and played Roblox experiences, including how long each account did so.

63. **Plaintiff A:** I attach as **Exhibit 1** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff A. I also attach as **Exhibits 48–57** a true and correct copy of the pertinent Account Records for Plaintiff A's accounts.

64. **Plaintiff B:** I attach as **Exhibit 2** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff B. I also attach as **Exhibit 58** a true and correct copy of the pertinent Account Records for Plaintiff B's accounts.

65. **Plaintiff C:** I attach as **Exhibit 3** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff C. I also attach as **Exhibits 59–61** a true and correct copy of the pertinent Account Records for Plaintiff C's accounts.

66. **Plaintiff D:** I attach as **Exhibit 4** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff D. I also attach as **Exhibits 62–63** a true and correct copy of the pertinent Account Records for Plaintiff D's accounts.

67. **Plaintiff G:** I attach as **Exhibit 5** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff G. I also attach as **Exhibits 64–69** a true and correct copy of the pertinent Account Records for Plaintiff G's accounts.

68. **Plaintiff H:** I attach as **Exhibit 6** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff H. I also attach as **Exhibits 70–92** a true and correct copy of the pertinent Account Records for Plaintiff H's accounts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed September 22, 2026 in San Mateo, California.

By: ______________________
Ronita Jit