# EXHIBIT 1
# to Declaration
# of
# A. Flórez

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]