UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>3:25-cv-03520<br>3:25-cv-10982<br>3:26-cv-01681<br>3:25-cv-10812<br>3:25-cv-10607<br>3:25-cv-07291 | **[PROPOSED] ORDER GRANTING DEFENDANT ROBLOX CORPORATION'S OMNIBUS MOTION TO COMPEL ARBITRATION**<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Richard Seeborg |

## [PROPOSED] ORDER

Pending before the Court is Defendant Roblox Corporation's ("Roblox") Omnibus Motion to Compel Arbitration (the "Motion").

Having considered the Motion, supporting declarations, exhibits, and all other submissions and arguments, the Court finds that Plaintiffs in the above-captioned cases formed contracts with Roblox that included mandatory arbitration agreements. The Court further finds that these contracts delegate all further questions of arbitrability to the arbitrator. *See Caremark, LLC v. Chickasaw Nation*, 43 F.4th 1021, 1029 (9th Cir. 2022). As such, there is no further inquiry before this Court and arbitration must be compelled. *See Rent-A-Center, W., Inc. v. Jackson*, 561 U.S. 63, 68–69 (2010). Therefore, the Court hereby **GRANTS** Roblox' Motion.

**IT IS HEREBY ORDERED THAT** Roblox's Motion is **GRANTED**. **IT IS HEREBY FURTHER ORDERED THAT** all claims for relief by Plaintiffs in the above-captioned cases against Roblox are **STAYED,** pending resolution of the arbitration.

**IT IS SO ORDERED.**

Dated:

______________________________
District Judge Richard Seeborg