COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>3:25-cv-03520<br>3:25-cv-10982<br>3:26-cv-01681<br>3:25-cv-10812<br>3:25-cv-10607<br>3:25-cv-07291 | **ROBLOX CORPORATION'S PROOF OF SERVICE OF [UNREDACTED] DOCUMENTS**<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Richard Seeborg |

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. On the date set forth below I served the documents described below in the manner described below:

- **DEFENDANT ROBLOX CORPORATION'S NOTICE OF MOTION AND OMNIBUS MOTION TO COMPEL ARBITRATION AS TO BELLWETHER PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (UNREDACTED)**
- **DECLARATION OF ARGEMIRA FLÓREZ IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S OMNIBUS MOTION TO COMPEL ARBITRATION (UNREDACTED)**
- **EXHIBIT 1 TO DECLARATION OF ARGEMIRA FLÓREZ IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S OMNIBUS MOTION TO COMPEL ARBITRATION (UNREDACTED)**
- **EXHIBITS 1 – 6 (UNREDACTED); EXHIBITS 48-92 (UNREDACTED), TO DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S OMNIBUS MOTION TO COMPEL ARBITRATION**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| Alexandra M. Walsh<br>**ANAPOL WEISS**<br>One Logan Square<br>130 North 18th Street, Suite 1600<br>Philadelphia, PA 19103<br>Tel: (215) 608-9645<br>Email: awalsh@anapolweiss.com<br><br>***Co-Lead Counsel for Plaintiffs*** | Bryan Frederick Aylstock<br>**AYLSTOCK, WITKI, KREIS AND OVERHOTLZ, PLC**<br>17 E. Main Street Suite 200<br>Pensacola, FL 32502<br>Tel: (850) 202-1010<br>Email: baylstock@awkolaw.com<br><br>***Co-Lead Counsel for Plaintiffs*** |
| Sarah Robin London<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Email: slondon@girardsharp.com<br>dsharp@girardsharp.com<br><br>***Co-Lead Counsel for Plaintiffs*** | |

Executed on September 22, 2026, at San Francisco, California.

Iris Wong