# EXHIBIT 9
# to Declaration of
# R. Jit


ROBLOX
Powering Imagination
SIGN UP AND START HAVING FUN!
Birthday
Month
Day
Year
Username
Don't use your real name
Password
Gender
By clicking Sign Up, you are agreeing to the Terms of Use and acknowledging the Privacy Policy
Sign Up