# EXHIBIT 14
# to Declaration of
# R. Jit

The Wayback Machine - https://web.archive.org/web/20250926133112/https://www.roblox.com/

Log In

ROBLOX

## SIGN UP AND START HAVING FUN!

Birthday

Month | Day | Year

Username

Don't use your real name

Password

At least 8 characters

Gender (optional)

By clicking Sign Up, you are agreeing to the Terms of Use including the arbitration clause and you are acknowledging the Privacy Policy

Sign Up

**Roblox on your Device**

Download on the App Store

GET IT ON Google Play

PlayStation

XBOX

Meta Quest

Get it from Microsoft

available at amazon appstore