# EXHIBIT 15
# to Declaration of
# R. Jit

1:53

LOGIN

SIGNUP

Birthday

| -- | -- | ---- |
| --- | --- | --- |

Username

Don't use your real name.

Password

Male | Female

By tapping Sign Up, you are agreeing to the Terms of Use and acknowledging the Privacy Policy.

Cancel | Sign Up