# EXHIBIT 18
# to Declaration of
# R. Jit


6:07
Sign Up
Birthday
Date
Username
Don't use your real name
Password
At least 8 characters
Gender (optional)
Sign Up
By clicking Sign Up, you are agreeing to the Terms of Use including the arbitration clause and you are acknowledging the Privacy Policy.
Terms - Privacy