# EXHIBIT 19
# to Declaration of
# R. Jit


Sign Up
Birthday (13 years old)
January 1 2013
Username
Don't use your real name
Gender (optional)
Continue
By clicking Continue, you are agreeing to the Terms of Use including the arbitration clause and you are acknowledging the Privacy Policy.
Terms - Privacy