# EXHIBIT 20
# to Declaration of
# R. Jit


Create Account
Birthday (6 years old)
January 1 2020
Username
Don't use your real name
Gender (optional)
Continue
By clicking Continue, you are agreeing to the Terms of Use including the arbitration clause and you are acknowledging the Privacy Policy.
Terms
Privacy