# EXHIBIT 22
# to Declaration
# of
# R. Jit


2:17
54
Create Account
Birthday (5 years old)
January 1 2021
Username
Don't use your real name
Gender (optional)
Continue
By clicking Continue, you are agreeing to our Terms of Use (including arbitration) and acknowledge our Privacy Policy. If you are under 18, you agree that your parent/guardian permits you to create this account and agrees to our Terms of Use.
Terms
Privacy