# EXHIBIT 23
# to Declaration
# of
# R. Jit

# Messages

Inbox | Sent | News 1 | Archive

**Roblox** @Roblox
**Updates to Roblox Terms of Use**

Jul 1, 2023 | 1:17 PM

Hello!
Today we are sharing planned updates to our Terms of Use and Privacy Policy. You can review the updated Terms of Use here and the Privacy Policy here. Beginning on August 1, 2023, you - or if you are a minor, your parent/guardian - will need to agree to the updated Terms of Use in order to continue using Roblox.

Please take some time to review these important legal documents, and if you are a minor, share them with your parent/guardian. If you do not agree, you can close your Roblox account(s) before these updates go into effect.

Thank you,

The Roblox Team