# EXHIBIT 24
# to Declaration
# of
# R. Jit


ROBLOX
Charts
Marketplace
Create
Robux
Search
[redacted]
17K+
[redacted]
Home
Profile
Messages
Friends
Avatar
Inventory
Trade
Communities
Blog
Official Store
Gift Cards
Get Premium
Events
THE HATCH
Home
Friends (12)
See All →
Add Friends
[redacted]
[redacted]
Updated Agreements
To continue using Roblox, please select "I Agree" to agree to our updated Terms of Use and acknowledge our Privacy Policy. If you are a minor, please show this to your parent or guardian. Changes have been made to the following documents:
Terms of Use
Privacy Policy
I Agree
Today's Picks
A curated selection of daily highlights
New Items
Update
$9,895,624 /s
New Quests
Pixel Blade [Potions]
Potions Update
BEYBLADE BATTLE [Alpha 1.0]
New Skills added
Garden Tower Defense
New Trading & Endless Mode!
a dusty trip [NEW QUESTS]
Reworked quests!
Recommended For You
GROWS OFFLINE
FLASHPOINT
Chat