# EXHIBIT 25
# to Declaration
# of
# R. Jit

## Updated Agreements

To continue using Roblox, please select "I Agree" to agree to our updated Terms of Use and acknowledge our Privacy Policy. If you are a minor, please show this to your parent or guardian. Changes have been made to the following documents:

**Terms of Use**

**Privacy Policy**

I Agree