# EXHIBIT 26
# to Declaration of
# R. Jit


11:30
86
Updated Agreements
To continue using Roblox, please select "I agree" to agree to our updated terms below. If you are a minor, please show this to your parent or guardian. Changes have been made to the following documents:
Terms Of Use
Privacy Policy
I Agree