# EXHIBIT 27
# to Declaration of
# R. Jit


11:19 AM Thu Feb 4
54%
Home
Search
[redacted]
Continue Playing →
Roblox Headquarters
Farm Days
Front Page
Recommended For You →
[POL, DIO, DIAVOLO]...
Mother: TPN [Double Poin
Friends Playing →
Updated Agreements
To continue playing on Roblox, please agree to our updated Terms of Service. Changes have been made to the following sections:
PII Agreement
PII Transfer
Terms of Use
Privacy Policy
I Agree
『HEAVEN』 Your Bizarre...
[MONKE RACE!] Blood Samurai 2
A Universal Time
Arsenal
Pit of Hell
Bitcoin Miner [Beta]
[RDC 2019] ...Tycoon?
[RDC 2018] Vertigo