# EXHIBIT 30
# to Declaration
# of
# R. Jit

# Secure checkout

500 ~~400~~ $4.99

+100 bonus

| | |
|---|---|
| Subtotal | $4.99 |
| Tax | Enter address to calculate |
| **Total** | **$4.99** |

Credit / Debit Card

**Email ***

email@example.com

**Card information ***

Card number

Expiration date

Security code

Pay

PayPal

Cash App Pay

Redeem Roblox Card

Other

By purchasing Robux, you agree to our **Terms of Use**, including the arbitration clause and revocation policy.