# EXHIBIT 31
# to Declaration
# of
# R. Jit



ROBLOX

Pay Roblox

$4.99

| | |
|---|---|
| 500 Robux<br>500 Robux<br>Qty 1 | $4.99 |
| Subtotal | $4.99 |
| Tax ⓘ | Enter address to calculate |
| Total due | $4.99 |

Pay with card

Email

email@example.com

Payment method

Card

Card information

1234 1234 1234 1234

MM / YY

CVC

Cardholder name

Full name on card

Billing address

United States

Address

Enter address manually

Save my payment information for future purchases

**I agree that I am purchasing a limited license to access the product governed by the Terms of License.** By submitting payment information you agree to Roblox Terms and Privacy Policy including the arbitration clause and revocation policy. **If you save your payment information, this will be your default purchase method for all future Roblox purchases.** You can delete your saved payment information anytime from the Billing Settings page. Your payment information will be stored by Stripe, Inc. You agree to Stripe's Terms of Use and Privacy Policy. EU, UK and EEA residents: you consent to the immediate performance of the contract and acknowledge that you thereby lose your right of withdrawal.

Pay

Powered by stripe | Legal Contact