# EXHIBIT 32
# to Declaration
# of
# R. Jit




## Robux Packages

By purchasing Robux, you agree to our Terms of Use and Privacy Policy, including the arbitration clause and revocation policy. You consent to the immediate performance of the contract and acknowledge that you thereby lose your right of withdrawal.