# EXHIBIT 33
# to Declaration
# of
# R. Jit

# Redeem Roblox Codes

**Enter a virtual item or gift card code below.**

Code

By redeeming your code, you acknowledge that you are 18 years of age, or that you are the parent or legal guardian of the account owner, and agree to our Terms of Use including the arbitration clause and to our Privacy Policy.

Redeem

**Available Credit: $50**

Convert to Robux

## Additional Information

How to Redeem Bonus Virtual Item Codes

How to Redeem Gift Cards

Got a promo code from an event or giveaway?

Redeem it here.

**Give the Gift of Imagination**

Buy Gift Cards

Includes exclusive virtual item with purchase

