# EXHIBIT 35
# to Declaration
# of
# R. Jit


Redeem Roblox Codes
Enter your gift card, virtual item, or promo code below.
Code
By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our Terms of Use including the arbitration clause and Gift Card Terms & Conditions and acknowledge our Privacy Policy.
Redeem
Available Credit: $81.60
Get Premium
Get Robux
Additional Information
How to Redeem Gift Cards (Video)
More Help on Gift Cards
How to Redeem Virtual Item Codes
How to Redeem Promo Codes
ROBLOX