# EXHIBIT 37
# to Declaration
# of
# R. Jit

ROBLOX Charts Marketplace Create Robux Search

[redacted]

- Home
- Profile
- Messages
- Friends 2
- Avatar
- Inventory
- Trade
- Communities
- Blog
- Official Store
- Gift Cards

Get Premium

# Redeem Roblox Codes

**Enter your gift card, virtual item, or promo code below.**

Code

By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our Terms of Use including the arbitration clause and Gift Card Terms & Conditions and acknowledge our Privacy Policy.

Redeem

## Additional Information

How to Redeem Gift Cards (Video)

More Help on Gift Cards

How to Redeem Virtual Item Codes

How to Redeem Promo Codes




About Us Jobs Blog Parents Gift Cards Help Terms Accessibility Privacy Your Privacy Choices