# EXHIBIT 39
# to Declaration of
# R. Jit

3:43 47

Redeem Codes

## Redeem Roblox Codes

**Enter your gift card, virtual item, or promo code below.**

**Code**

Redeem

By redeeming your code, you represent that you, and your parent or legal guardian if you are under age 18, agree to our Terms of Use including the arbitration clause and Gift Card Terms & Conditions and acknowledge our Privacy Policy.

**Additional Information**

How to Redeem Gift Cards (Video)

More Help on Gift Cards

How to Redeem Virtual Item Codes

How to Redeem Promo Codes

Learn About Roblox Safety, Moderation, and Parental Controls

