COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

This document relates to:

3:25-cv-03520
3:25-cv-10982
3:26-cv-01681
3:25-cv-10812
3:25-cv-10607
3:25-cv-07291

MDL No. 3166

Case No. 3:25-md-03166-RS

**REDACTED EXHIBITS 48 THROUGH 63 IN SUPPORT OF DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S OMNIBUS MOTION TO COMPEL ARBITRATION**

Date: January 13, 2027
Time: 9:30 a.m.
Courtroom: 12, 19th Floor
Judge: Hon. Richard Seeborg

**REDACTED EXHIBITS 48 THROUGH 63
FILED UNDER SEAL**

# Exhibit 48
# to Declaration of
# R. Jit

## (FILED UNDER SEAL)