# Exhibit 65
# to Declaration of
# R. Jit

**(FILED UNDER SEAL)**