# Exhibit 75
# to Declaration of
# R. Jit

## (FILED UNDER SEAL)