COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>3:25-cv-03520<br>3:25-cv-10982<br>3:26-cv-01681<br>3:25-cv-10812<br>3:25-cv-10607<br>3:25-cv-07291 | **REDACTED EXHIBITS 80 THROUGH 92 IN SUPPORT OF DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S OMNIBUS MOTION TO COMPEL ARBITRATION**<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Richard Seeborg |

**REDACTED EXHIBITS 80 THROUGH 92**
**FILED UNDER SEAL**

# Exhibit 80
# to Declaration of
# R. Jit

## (FILED UNDER SEAL)