# Exhibit 90
# to Declaration of
# R. Jit

## (FILED UNDER SEAL)