# EXHIBIT A

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseudonym | **Law firm submitting application** | **Plaintiff's Firm** |
|---|---|---|---|---|---|---|
| 1 | AW-0019, et al v. Roblox Corporation | 3:26-cv-10091 | AW-GAL-0019 | AW-0019 | Anapol Weiss | Anapol Weiss |
| 2 | AW-0020, et al v. Roblox Corporation, et al | 3:26-cv-10094 | AW-GAL-0020 | AW-0020 | Anapol Weiss | Anapol Weiss |
| 3 | HL-0003, et al v. Roblox Corporation | 3:26-cv-10333-RS | HL-GAL-0003 | HL-0003 | Hilliard Law | Hilliard Law |
| 4 | HL-0004, et al v. Roblox Corporation, et al | 3:26-cv-10804 | HL-GAL-0004 | HL-0004 | Hilliard Law | Hilliard Law |
| 5 | Jane Doe GS-0007, et al v. Roblox Corporation, et al | 3:26-cv-09585-RS | Jane Doe GS | GS-GAL-0007 | Girard Sharp LLP | Girard Sharp LLP |