Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted *pro hac vice*)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

Joshua Bauer (pro hac vice forthcoming)
jbauer@turnbullfirm.com
D. Brett Turnbull (pro hac vice forthcoming)
bturnbull@turnbullfirm.com
Zachary Peagler (pro hac vice forthcoming)
zpeagler@turnbullfirm.com
**TURNBULL, MOAK & PENDERGRASS**
2100 West Loop South, Suite 1405,
Houston, TX 77027

*Attorneys for Plaintiff JOHN DOE A.W., a minor represented by his court-appointed guardian ad litem, JANE DOE A.W.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>JOHN DOE A.W., a minor represented by his court-appointed guardian ad litem, JANE DOE A.W.,<br><br>Plaintiff<br><br>v.<br><br>ROBLOX CORPORATION and DISCORD CORPORATION,<br><br>Defendants | Case No.: 3:25-cv-10982<br><br>MDL No. 3166<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action in its entirety, with prejudice, with each party to bear its own costs and fees.

Neither Defendant has served either an answer or a motion for summary judgment in this action.

Date: October 23, 2026

Respectfully submitted,

**DOLMAN LAW GROUP**

By: Sara Beller
Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (admitted pro hac vice)
matt@dolmanlaw.com
R. Stanley Gipe*
stan.gipe@dolmanlaw.com
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

By: _*/s/ Joshua Bauer*_______________
Joshua Bauer (pro hac vice forthcoming)
jbauer@turnbullfirm.com
D. Brett Turnbull (pro hac vice forthcoming)
bturnbull@turnbullfirm.com
Zachary Peagler (pro hac vice forthcoming)
zpeagler@turnbullfirm.com
**TURNBULL, MOAK & PENDERGRASS**
2100 West Loop South, Suite 1405,
Houston, TX 77027

*Attorneys for Plaintiff JOHN DOE A.W., a minor represented by his court-appointed guardian ad litem, JANE DOE A.W.*

**Pro Hac Vice* motions forthcoming

**PROOF OF SERVICE**

I certify that I am over the age of 18 years old and not a party to the within action; that my business address is 3610 Central Ave., Suite 400, Riverside, CA 92506; and that on this date I served a true copy of the document(s) in the action of *MULTIDISTRICT LITIGATION NO. 3166*, Northern District of California, Jane Doe, A.W. et al, v. Roblox Corporation, et al, Case No.: 3:25-cv-10982, entitled:

- **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on all counsel of record as follows:

X **BY EMAIL:** My e-mail address is sierra.mccain@dolmanlaw.com and service of these documents occurred on the date shown below. This document is being served electronically, and the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California, on October 23, 2026.

Sierra McCain

**SERVICE LIST**

mdl3166serviceroblox@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Counsel for Defendant Roblox Corporation*

mdl3166-service-discord@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (623) 680-0693

*Counsel for Defendant Discord Inc.*