# APPENDIX

| Plaintiffs' Identifier | Defendants' Identifier | Current Age | Case No. | Motions at Issue |
|---|---|---|---|---|
| I.S. | Plaintiff/Doe F | 16 | 3:26-cv-810 | Discord (ECF No. 442) |
| D.H. | Plaintiff/Doe D | 14 | 3:25-cv-10812 | Roblox (ECF No. 452) |
| P.C. | Plaintiff/Doe E | 15 | 3:25-cv-5753 | Discord (ECF No. 442) |
| M.D. | Plaintiff/Doe H | 13 | 3:25-cv-07291 | Roblox (ECF No. 452); Discord (ECF No. 442) |
| A.J. | Plaintiff/Doe A | 19 | 3:25-cv-03520 | Roblox (ECF No. 452); Discord (ECF No. 442) |
| J.H. | Plaintiff/Doe C | 17 | 3:26-cv-01681 | Roblox (ECF No. 452) |
| A.S. | Plaintiff/Doe G | 15 | 3:25-cv-10607 | Roblox (ECF No. 452); Discord (ECF No. 442) |