**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-03520 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**PLAINTIFF A.J.'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS ROBLOX AND DISCORD'S RESPECTIVE MOTIONS TO COMPEL ARBITRATION** |

I, A.J., declare as follows:

1. I am the plaintiff in *Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-03520 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I am currently 19 years old.

4. I have never read Roblox's Terms of Use.

5. I have never read Discord's Terms of Service.

6. I stopped using Roblox before signing this declaration and do not currently use that platform.

7. I stopped using Discord before signing this declaration and do not currently use that platform.

8. I continued to use these platforms after I was sexually exploited because I was experiencing, and am still experiencing, immense trauma. These platforms were my primary means of communicating with friends and coping with my trauma.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 24, 2026.

A.J.