**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe M.O. as guardian of Jane Doe J.H. v. Roblox Corp. et al.*, No. 3:26-cv-01681 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**PLAINTIFF J.H.'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT ROBLOX'S MOTION TO COMPEL ARBITRATION** |

I, J.H., declare as follows:

1. I am the minor plaintiff in *Jane Doe M.O. as guardian of Jane Doe J.H. v. Roblox Corp. et al.*, No. 3:26-cv-0168 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I am currently 17 years old.

4. I have never read Roblox's Terms of Use.

5. I stopped using Roblox before signing this declaration and do not currently use that platform.

6. I disaffirm all contracts I may have entered with Roblox at any time, including specifically any arbitration agreement and any delegation provision in those contracts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 25, 2026.

J.H.