**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe M.O. as guardian of Jane Doe J.H. v. Roblox Corp. et al.*, No. 3:26-cv-01681 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**M.O.'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT ROBLOX'S MOTION TO COMPEL ARBITRATION** |

I, M.O., declare as follows:

1. I am the mother of minor plaintiff Jane Doe J.H. ("J.H.") and am her court-appointed guardian *ad litem* in *Jane Doe M.O. as guardian of Jane Doe J.H. v. Roblox Corp. et al.*, No. 3:26-cv-01681 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I have never agreed to Roblox's Terms of Use on my own behalf or on behalf of J.H.

4. I do not consent now or in the future to J.H., as a minor, creating a Roblox account, agreeing to Roblox Terms of Use in any way, or playing Roblox.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 26, 2026.

MO

M.O.