**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*T.T., as parent of D.H. v. Roblox Corp.*, No. 3:25-cv-10812 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**T.T.'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT ROBLOX'S MOTION TO COMPEL ARBITRATION** |

I, T.T., declare as follows:

1. I am the mother of minor plaintiff D.H. and am her court-appointed guardian *ad litem* in *T.T., as parent of D.H. v. Roblox Corp.*, No. 3:25-cv-10812 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I have never agreed to Roblox's Terms of Use on my own behalf or on behalf of D.H.

4. I do not consent now or in the future to D.H., as a minor, creating a Roblox account, agreeing to Roblox Terms of Use in any way, or playing Roblox.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 26, 2026.



T.T.