UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-05753 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**PLAINTIFF P.C.'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT DISCORD'S MOTION TO COMPEL ARBITRATION** |

I, P.C., declare as follows:

1. I am the minor plaintiff in *Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-05753 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I am currently 15 years old.

4. I have never read Discord's Terms of Service.

5. I stopped using Discord before signing this declaration and do not currently use that platform.

6. I disaffirm all contracts I may have entered with Discord at any time, including specifically any arbitration agreement and any delegation provision in those contracts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 25, 2026.

______________________________

P.C.