**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*John Doe L.S. as guardian of Jane Doe A.S v. Roblox Corp. et al.*, No. 3:25-cv-10607 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**PLAINTIFF A.S.'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS ROBLOX AND DISCORD'S RESPECTIVE MOTIONS TO COMPEL ARBITRATION** |

I, A.S., declare as follows:

1. I am the minor plaintiff in *John Doe L.S. as guardian of Jane Doe A.S v. Roblox Corp. et al.*, No. 3:25-cv-10607 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I am currently 15 years old.

4. I have never read Roblox's Terms of Use.

5. I have never read Discord's Terms of Service.

6. I have not used Roblox at any time since the filing of this lawsuit.

7. I have not used Discord at any time since the filing of this lawsuit.

8. I disaffirm all contracts I may have entered with Roblox and Discord at any time, including specifically any arbitration agreement and any delegation provision in those contracts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 23, 2026.

AS

A.S.