UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*John Doe L.S. as guardian of Jane Doe A.S v. Roblox Corp. et al.*, No. 3:25-cv-10607 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**L.S.'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS ROBLOX AND DISCORD'S RESPECTIVE MOTIONS TO COMPEL ARBITRATION** |

I, L.S., declare as follows:

1. I am the father of minor plaintiff Jane Doe A.S. ("A.S.") and am her court-appointed guardian *ad litem* in *John Doe L.S. as guardian of Jane Doe A.S v. Roblox Corp. et al.*, No. 3:25-cv-10607 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I have never agreed to Roblox's Terms of Use or Discord's Terms of Service on my own behalf or on behalf of A.S.

4. I do not consent now or in the future to A.S., as a minor, creating a Roblox or Discord account, agreeing to Roblox Terms of Use or Discord Terms of Service in any way, or using Roblox or Discord.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 26, 2026.

LS

L.S.