**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Mary Doe, as next friend of Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-07291 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**C.D'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS ROBLOX AND DISCORD'S RESPECTIVE MOTIONS TO COMPEL ARBITRATION** |

I, C.D., declare as follows:

1. I am the mother of minor plaintiff Jane Doe ("M.D.") and am her court-appointed guardian *ad litem* in *Mary Doe, as next friend of Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-07291 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I have never agreed to Roblox's Terms of Use or Discord's Terms of Service on behalf of M.D.

4. I do not consent now or in the future to M.D., as a minor, creating a Roblox or Discord account, agreeing to Roblox Terms of Use or Discord Terms of Service in any way, or using Roblox or Discord.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 26, 2026.

C.D.

C.D.