**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br>Case No. 25-md-03166-RS |
| This document relates to:<br>3:25-cv-03520<br>3:25-cv-10982<br>3:26-cv-01681<br>3:25-cv-10812<br>3:25-cv-10607<br>3:25-cv-07291 | **DECLARATION OF JUSTIN SEITZ IN SUPPORT OF OPPOSITION TO DEFENDANTS ROBLOX AND DISCORD'S RESPECTIVE MOTIONS TO COMPEL ARBITRATION** |

I, Justin M. Seitz, declare as follows:

1. I am a resident of Saskatchewan, Canada, over the age of eighteen (18) years and competent to make this declaration.

2. In my current role, I am a co-owner, and lead investigator for Permanent Record Research Inc., located in Saskatoon, Saskatchewan, Canada. I have worked in this role since 2023.

3. Permanent Record Research Inc. provides investigative, consultative and expert services to financial firms, criminal cases and civil litigation in the USA and Canada.

4. I have over 23 years of technical experience including: web development, systems administration, quality assurance, offensive cybersecurity, software development and product design. I have extensive experience in open-source intelligence gathering, software analysis, reverse engineering and digital forensic investigations.

5. I have been certified and qualified as a testifying expert in digital evidence in courts in Kansas, Oklahoma and Ontario, Canada.

## I. Background and Qualifications

6. I have published two books that support the technical underpinnings of this declaration: Gray Hat Python: Python Programming for Hackers and Reverse Engineers (2009, *No Starch Press)*; and Black Hat Python: Python Programming for Hackers and Penetration Testers (2014; 2nd Ed., 2021, *No Starch Press)*. These are manuals on how to analyze software, create software analysis tools and how to build cybersecurity testing tools; both works have been cited in academic research.

7. I was an expert reviewer for the Berkeley Protocol on Digital Open Source Investigations (United Nations Human Rights Office of the High Commissioner; Human Rights Center, UC Berkeley School of Law, 2022); a chapter contributor to an upcoming book on open-source investigations *(Digital Witness*, 2nd Ed., Oxford University Press, n.d.); and I am the sole author of an upcoming book on investigative methodology (*The Art of Bullshit Hunting*, No Starch Press, TBD).

8. I have volunteered as a technical advisor and/or fellow with The Center for Advanced Defense Studies (Washington, DC); the International Criminal Court (Den Haag, Netherlands); and the Human Rights Center at UC Berkeley School of Law (Berkeley, California). I have acted as a volunteer investigator for Oklahoma Appleseed, The Compton Innocence Initiative (no longer active), the Los Angeles Innocence Project and the Northern California Innocence Project.

9. I have delivered several conference presentations and have internationally trained thousands of students from large enterprises, law enforcement, and government in dark web investigations and dark web intelligence gathering; open-source intelligence gathering; advanced offensive cybersecurity techniques; and online evidence preservation methodology.

10. I have assessed the cybersecurity, design and architecture of several government, financial, and enterprise software applications.

11. I have broad familiarity with a wide variety of application logging mechanisms, cloud compute technologies, databases (both relational and NoSQL) and how these underlying systems typically communicate.

12. My experience includes but is not limited to; interpreting software engineering planning requirements, conducting penetration tests, reviewing source code in a variety of programming languages, review of architectural or network design diagrams, analysis of technical policy documents and the interpretation of dataflow or data relationship diagrams.

13. I have documented experience in corroborating online user activities, various user device identification methodologies and various mobile application usage-tracking technologies.

## II. <u>Materials Reviewed</u>

14. To support my opinions stated herein, I have reviewed the following materials in this matter:

a. All Exhibits filed with Defendant Roblox Corporation's Omnibus Motion to Compel Arbitration as to Bellwether Plaintiffs, 1 – 92, including assent charts, exhibits, and the Declaration

of Ronita Jit in Support of Defendant Roblox Corporation's Omnibus Motion to Compel Arbitration;

b. All "raw" data files turned over for each bellwether Plaintiff, both in PDF and CSV format;

c. All affirmance exhibits for matching affirmed and disaffirmed Roblox User IDs to records in the 'raw' data and exhibits;

15. I reviewed open-source information related to Roblox, including but not limited to: Roblox developer and technical API documentation; the Roblox Cookie and Privacy Policy (effective October 19, 2026); public Roblox GitHub repositories; Roblox blog posts; technical presentations delivered by Roblox engineers; Roblox (RBLX) SEC filings; and developer forum posts made both by Roblox employees and by the broader Roblox developer community.

16. To support and contextualize the opinions stated herein, I reviewed portions of current industry best practices in log management and data integrity from the National Institute for Standards and Technology (NIST), who sets many of the accepted guidelines for cybersecurity policy in the United States.[1]

17. After analyzing the raw Roblox data and open-source information, I then applied my own professional experience to attempt to identify each Plaintiff's usage and Terms acceptances within a reasonable degree of certainty.

## III. <u>Opinions and Methodology</u>

18. Throughout this declaration there are technical terms used that may include the following:

---

[1] *See Special Publication 800-92 Guide to Computer Security Log Management Recommendations of the National Institute of Standards and Technology* at p. 2-1, "A log is a record of the events occurring within an organization's systems and networks. Logs are composed of log entries; each entry contains information related to a specific event that has occurred within a system or network. Originally, logs were used primarily for troubleshooting problems, but logs now serve many functions within most organizations, such as optimizing system and network performance, recording the actions of users, and providing data useful for investigating malicious activity." Kent, K., & Souppaya, M. (n.d.).

a. **Automated Usage -** automated usage is taken to mean any usage that cannot be reasonably tied to that of a human being. For example, a human user would not be able to reasonably play 400 hours of a game in a row as the user must sleep, eat, and take breaks; but a "bot" or an automated-clicking software does not require sleep and could utilize a player's account even while the human player is not present. Other evidence of automated usage that might be uncovered in online gameplay or user data could also include repeated behaviors, such as repeated logins at the same time each day, repeated actions or games joined at the same times each day, repeated actions (i.e. walking in a circle, jumping repeatedly, etc.) within a game, are all evidence of automated usage.

b. **Blocker-Card** – a blocker card can best be thought of from a desktop software installer perspective, for example, when one installs Microsoft Office, or a favorite version of solitaire. When a user double-clicks the software installer, the first screen typically presented is the Terms, or similar agreement, where the user must click an accept (or similar) button before the software installer continues to install the software on their computer. In this way, this screen "blocks" the user from installing and using the software without first accepting the Terms. Roblox has similar functionality in the Roblox mobile game, the Roblox desktop game and the Roblox website and they label it "Blocker-Card" (See Figure A).




**Figure A** – A Roblox ‘Blocker-Card’ being shown on October 24, 2026, from the https://roblox.com/home URL.

c. **Geolocation** – geolocation is the process of taking an IP address, along with other device identifiers, to determine the geographic region of a user. There are various error levels, third-party providers, and methods for geolocation that require documentation to determine their overall accuracy.

d. **Media Access Control (MAC)** address – a MAC address is a unique identifier for the network hardware (i.e. your WiFi adapter, or the ‘pluggable’ Ethernet port on a desktop) on a computer or mobile device. This MAC address helps to identify the computer or mobile device with the local WiFi router, so that the router can move data from the Internet to the device and back again. A MAC address can be best thought of in terms of a Vehicle Identification Number (VIN); by default, it contains both manufacturer information and identification information. As well, much like a VIN that can be scratched, removed, or altered, MAC addresses can be changed at will, and cannot be relied upon to be immutable.

e. **Platform / Platform ID** – the hardware a Roblox user uses to interact with online Roblox services, whether it be a mobile phone, a gaming device such as an X-Box, or a computer.

Roblox uses a variety of information to detect a user's platform including but not limited to the type of web browser in use, device identifiers (such as MAC address) and the operating system (ie, Windows, Apple, etc.).[2] Platform detection is useful for Roblox, and their third-party developer ecosystem, because it enables developers to tailor game experiences depending on the type of hardware their users are employing.[3] In the produced Roblox data, there are also Platform IDs, which are shorthand identifiers for the larger, textual descriptions of the user's hardware.[4]

19. When accepting any online or electronic agreement, it is important to have network and device identifiers, such as the user's IP address, stored contemporaneous to the agreement acceptance information, along with a timestamp. This is how most signature systems such as Docusign[5] or Dropbox Sign[6], will log acceptances. Even though the mechanism, and security requirements for acceptance may be different between Docusign, Dropbox Sign and Roblox (digital signatures vs. a button click, respectively), the underlying requirement for corroborative information (IP addresses, device identifiers, etc.) remains the same universally across all online platforms, as does the requirement for a reliable audit trail that identifies the user accepting the terms.

20. To develop an accurate picture of a user's online usage and agreement acceptance, a holistic review of the evidence must be conducted. A holistic review includes tying together a user's IP address (and derivative information like location, ISP and VPN data), their device

---

[2] Roblox Privacy and Cookie Policy. (2026). Roblox Support. https://en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-Policy

[3] Roblox. (2026). Cross-platform development. https://create.roblox.com/docs/en-us/projects/cross-platform

[4] Platform | Documentation - Roblox Creator Hub. (2026). https://create.roblox.com/docs/en-us/reference/engine/enums/Platform

[5] Docusign (2026, April 24). *What is an Audit Trail? Your Guide to Compliance and Security*. Docusign.Com. https://www.docusign.com/blog/what-is-an-audit-trail.("Provides details about each signer on the document. This information includes the signer's IP address and other identifying information, signature image, and key event timestamps.").

[6] Dropbox. *Understanding audit trails in Dropbox Sign*. (2025). Dropbox.Com. https://help.dropbox.com/security/dropbox-sign-audit-trail-overview.("Dropbox Sign creates a comprehensive transaction trail between signing parties. To provide you with a transaction history, we track and timestamp various information from the moment the document is submitted for signature to when it is completely signed and secured, such as IP address.").

identifiers, user account identifiers, and their associated timestamps. These technical indicators then must be synthesized with real-world information that the Plaintiffs have each affirmed, such as their address of residence, whether they attend school, and the gaming and computing devices at the Plaintiffs' residence.

21. Further, shared computing environments such as schools, libraries, or computers that are not located within the user's residence must also be explored. Should a user leave their Roblox account unattended while using a shared computer, such as at a school, this can have implications for corroborating that user's activities versus that of a schoolmate or school administrator. This is echoed in Roblox's own guidance.[7] To the best of my research, and knowledge, Roblox does not ever automatically log a user out of their account.

22. Once a baseline of user activities is established, the user data must be reviewed for signs of automated, suspicious or anomalous behavior, such as IP address locations that do not match the user's affirmed residence, or devices that the user has no access to.

23. For each anomalous behavior or 'gap' detected in a user's data, further investigation must be done to identify whether the anomalies were caused by identifiable outside factors, such as a data breach that may have caused data corruption or data loss, or a platform outage that could cause gaps in the logged data records. If there are no outside factors identified, and no documentation to support the anomalies or gaps in data, then it must be factored into the final analysis as to whether the data is reliable or not.

24. During my review, I identified gaps in Roblox data and/or documentation, which barred a fulsome analysis and review in some areas of the Roblox user data:

a. There was no documentation produced by Roblox detailing how IP address geolocation, Virtual Private Network (VPN) detection, or Internet Service Provider (ISP) records

[7] Roblox. (n.d.). Keep Your Account Safe. Roblox Support. https://en.help.roblox.com/hc/en-us/articles/203313380-Keep-Your-Account-Safe ("If you leave your account logged in on a computer, anyone else can use that computer and have access to your account. It's important you always log out after playing, especially when using a shared computer such as at school or friend's house").

were derived by Roblox.[8] [9] These data fields, or a combination thereof, are provided for each of the user accounts for the bellwether cases.[10] As such, where appropriate, I consulted open-source information to validate these data fields provided by Roblox. However, since Roblox did not provide documentation of how these records were derived by Roblox I was not able to fully corroborate Plaintiff real-life locations with their alleged location while playing Roblox.

b. There was no documentation or raw data for "Blocker Card" clicks produced by Roblox. The clicking of a "Blocker Card" is one of the critical paths a Roblox user must traverse to accept the Terms (See Figure A). There should be web logs, or application logs that corroborate the clicking of a Blocker Card. Roblox admits to tracking users, and sharing their data with third parties, for a variety of reasons, e.g., "…Account Integrity and Security (e.g., Persona); Analytics services (e.g., Google LLC); User Acquisition services (e.g., AppsFlyer)…". [11] Roblox did not bring any of this data to bear when alleging "Blocker Card" clicks. Had Roblox produced this data with the user account data I would have been able to perform a more fulsome analysis, potentially rule out the anomalous sources and confirm, within a reasonable degree of certainty, whether Blocker Card clicks were attributed to the user and owner of the account. Without this foundational information, it is not possible to analyze whether the user and owner of the account was behind the

---

[8] In my experience technology platforms log user IP addresses as-is, and then enrich that IP address data using third-party data providers, such as Maxmind (https://maxmind.com). These third-party data providers have updated databases of IP address location information (geolocation), IP address ownership information (ISP), and VPN detection information (https://www.maxmind.com/en/solutions/proxy-vpn-fraud-detection). It is inferred that Roblox uses Maxmind, or a combination of similar technologies, to provide IP address geolocation, ISP, and VPN detection fields for each account.

[9] Roblox's currently published Privacy and Cookie Policy (effective October 19, 2026), highlights using IP address-based location: "…creators of the experiences you use or content you interact with will have access to your username, display name, user ID, game metrics, UGC transaction details, and your regional location (which we base on your IP address)." (https://en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-Policy).

[10] As of October 19, 2026, Roblox had a published article titled, "Account Location" which states: "Your account's regional location is detected automatically based on device signals including your IP address. If you are using a VPN connection, the accuracy of your location may be affected." (https://en.help.roblox.com/hc/en-us/articles/21767603654932-Account-Location).

[11] Roblox Corporation. (2026, November 1). Roblox Privacy and Cookie Policy. Roblox Support. https://en.help.roblox.com/hc/en-us/articles/115004630823-Roblox-Privacy-and-Cookie-Policy

Blocker Card click. Instead, Roblox takes the position that it is a forgone conclusion that a Blocker Card click, associated with a user's account, is evidence of the user and owner of the account performing that click. Reliable logs and data are only part of the analysis, there must also be documentation and acknowledgement of the gaps in Roblox user data, the admitted, and repeated, cybersecurity breaches of Roblox infrastructure, and the obvious anomalous and automated account usage on Plaintiffs' accounts. Roblox has not addressed any of these issues.

c. Gift-card redemptions also occur on the Roblox.com website: https://roblox.com/redeem, however, much like "Blocker Cards", Roblox did not provide any web logs or documentation that corroborates a Plaintiff's IP address (and other device details), with the redemption of those gift cards via https://roblox.com/redeem. When a Robux gift card is redeemed, fiat currency is converted to the Roblox-only virtual currency, Robux. When a Roblox developer then collects Robux by selling in-game items, for example, the developer can accumulate enough Robux for Roblox to then pay that developer, in fiat currency. In this way, Roblox is a financial exchange, converting fiat, to virtual currency, and back to fiat.[12] This virtual exchange should have a pristine audit trail for security, compliance, and accounting purposes, which should include the full web logs, IP addresses, and user details. Roblox has not produced such an audit trail for Robux gift card redemptions. Without this information it is not possible to confirm the use behind a particular gift card purchase. Again, Roblox relies on the assumption that a gift card redemption on an account is being performed by the account user and owner without providing the underlying data to support it.

d. Corroborative geolocation information was not consistent and stable between rounds of production from Roblox. For example:

i. For the account H****h (******8950)[13] [Plaintiff J.H.], IP address 72.***.***.26 is shown located in L******n, M****** in the first set of user data produced by

[12] Roblox further sets exchange rates on Robux, "While we periodically adjust the price of Robux to account for the relative value of this local currency to the U.S. dollar, these adjustments are not immediate nor do they typically exactly track the underlying currency fluctuations" (RBLX, 10-Q, filed July 30, 2026).

[13] I have redacted Plaintiff identifiers. The complete account names and numbers can be found in Roblox's

Roblox (RBLX-MDL-00102541); however, this same IP address says J*****n, M********** when Roblox produced subsequent user data on or around September 21, 2026 (RBLX-MDL-00152183). The account had multiple instances of this data inconsistency.

ii. For the account a*********l (******4623) [Plaintiff A.J.], IP address 76.***.***.**4 is shown located in C****** P***, M******* (RBLX-MDL-00015214) in the first user data production produced by Roblox; however, this same IP address says S*******y, M******* when disclosed in the subsequent user data production (RBLX-MDL-00148601). The account had multiple instances of this data inconsistency.

iii. Based on my training, experience and expertise, key corroborative data such as IP geolocation must remain stable and consistent to perform technical analysis on it; Roblox did not provide consistent, reliable data as it relates to IP addresses and their derived geolocations.

25. During the period of relevance, Roblox has had cybersecurity breaches or incidents, which can impact the integrity, confidentiality and reliability of stored Roblox user data in totality:

a. On August 25, 2016, Roblox wrote to the Attorney General of North Dakota to report a data breach in that state attached as Exhibit 1; Roblox originally had a breach notification on their website as well, however, Roblox deleted this notification from their website at some point in 2022, with no explanation, and only an archived version can be found.[14]

b. On May 2020, Motherboard published, "Hacker Bribed 'Roblox' Insider to Access User Data".[15] In this article, it is alleged that the 'hacker' was able to alter user account details, change security parameters and conduct financial transactions. I could not locate a Roblox corporate blog post that referenced this breach, and it occurred during the period of relevance in the instant case.

---

exhibits.

[14] Roblox. Security Update, August 12, 2016. https://web.archive.org/web/20210615212851/https://blog.roblox.com/2016/08/security-update/

[15] Cox, J. (2020, May 4). *Hacker Bribed 'Roblox' Insider to Access User Data*. Vice. https://www.vice.com/en/article/hacker-bribed-roblox-insider-accessed-user-data-reset-passwords/("...A Roblox spokesperson told Motherboard in an email, "We immediately took action to address the issue and individually notified the very small amount of customers who were impacted").

c. On July 20, 2023, PC Gamer published, "Roblox data leak sees 4,000 developer profiles including identifying information made public".[16] I could not locate a Roblox blog post that referenced this breach, and it occurred during the period of relevance in the instant case.

26. Based on my training, experience and expertise, without stable, consistent data to lay the foundation for Blocker Card clicks, platform usage, financial transactions or virtual currency exchanges, it is not possible to perform detailed analysis that can be relied upon. Furthermore, given Roblox's history of data breaches and outages between 2016 and 2023, it is reasonable to believe that some, if not all, of Roblox's user data was affected during this period of time. If user data was breached in 2016, and alleged again to have been breached in 2020, and 2023, then it calls into question the health and sanctity of Roblox data in 2024, 2025 and 2026.

**IV. <u>Plaintiff C (J.H.) – [3:26-cv-01681, Jane J.H. Doe]</u>**

27. Roblox alleges the account it associates with J.H. was accessed 9 times and played 5 hours after the complaint filing date of December 2, 2025 (Ex. 3, p. 3). Roblox further alleges terms were accepted through one Blocker Card click on 6/28/2026 and alleges last use on 9/13/2026 (*Id*. at p. 4; Ex. 59, p. 44). However, the account shows signs of reliability issues in the IP address geolocation data that cannot be used to corroborate J.H.'s usage of the Platform and anomalous login data going back to 2019.

28. Based on my training, experience and expertise it is my opinion that the login timestamp data Roblox produced for the J.H. account is unreliable as far back as 2019 for the following reasons:

[16] Stanton, R. (2023, July 20). *Roblox data leak sees 4,000 developer profiles including identifying information made public*. PC Gamer. https://www.pcgamer.com/roblox-data-leak-sees-4000-developer-profiles-including-identifying-information-made-public/. ("Roblox is aware of a third-party security issue where there were indications of unauthorized access to limited personal information of a subset of our creator community," said a Roblox spokesperson via email. "We engaged independent experts to support the investigation led by our information security team. Those who are impacted will receive an email communicating the next steps we are taking to support them. We will continue to be vigilant in monitoring and vetting the cyber security posture of Roblox and our third-party vendors").

a. Anomalous login timestamps for the account between March 16, and March 30, 2019, where the login timestamps produced are set to 00:00 (Ex. 59, p. 62; RBLX-MDL-00152210).[17]

b. Roblox provided no documentation to explain the 00:00 login timestamps that is present in the user data for the account in March of 2019.

c. I did not discover any open-source information indicating an incident[18] or Platform outage at Roblox during the first quarter of 2019.[19]

d. The login timestamps for a Roblox account are the equivalent to security card swipes in a building; if an audit or review of card swipe times showed entire swathes of records reset to 00:00 it would be grounds to investigate the cause.

e. Based on my training, experience and expertise, if user authentication data for the account shows signs of unreliability starting March 2019, all subsequent data in 2019, 2020, and onward, from the same source, must also be considered unreliable, by default, until proven otherwise.

---

[17] It is worth noting that Plaintiff M.D.'s data showed the same anomaly, with the 00:00 timestamp creating a technical and evidentiary paradox: user account ******653 shows a creation date and time of 1/6/2019 22:29 (Exhibit 70, p.3, RBLX-MDL-00150252), however the same account has a login time of 1/6/2019 0:00 (Exhibit 70, p.19, RBLX-MDL-00150252) which *predates* the account creation time.

[18] *See NIST SP 800-61r3: Incident response recommendations and considerations for cybersecurity risk management* at p. 2, "… [a] cybersecurity incident (or simply incident) is…an occurrence that actually or imminently jeopardizes, without lawful authority, the integrity, confidentiality, or availability of information or an information system; or constitutes a violation or imminent threat of violation of law, security policies, security procedures, or acceptable use policies." Nelson, A., Rekhi, S., Souppaya, M., & Scarfone, K. (2025).

[19] Roblox, from time to time, has published outage information on their corporate blog or in their SEC filings. For example, in Roblox's 10-Q filed with the SEC for the period ending September 2021: "...since our inception we have had approximately one outage each year when the Platform is unavailable for all or some of our users, developers, and creators. Most recently, on October 28, 2021, we experienced an outage on our Platform, which lasted approximately three calendar days. Outages can be caused by a number of factors, including a move to a new technology, the demand on our Platform exceeding the capabilities of our technological infrastructure, delays or failures resulting from earthquakes, adverse weather conditions, other natural disasters, pandemics, power loss, terrorism, geopolitical conflict, other physical security threats, cyber-attacks, or other catastrophic events, the migration of data among data centers and to third-party hosted environments, and issues relating to our reliance on third-party software and third parties that host our Platform in areas where we do not operate our own data centers." RBLX, 10-Q, https://www.sec.gov/ix?doc=/Archives/edgar/data/1315098/000131509821000033/rblx-20210930.htm

29. Roblox IP address data for the account ends 6/28/2026; thus, Roblox has not established a temporal link between the claimed date of last use of 9/13/2026 and J.H., since there is no corroborative IP address data for 9/13/2026.

30. In my training, experience and expertise, it is my opinion, within a reasonable degree of certainty, that it is not possible to corroborate user activities because the data is unreliable; and thus, the 6/28/2026 alleged Blocker Card acceptance, post filing logins and gameplay activities for the account cannot be reasonably attributed to J.H.

31. Based on my training, experience, and expertise, it is my opinion, within a reasonable degree of certainty, that the Roblox login data for the account has signs of questionable data integrity and unreliability dating back to March 2019.

## V. **Overall Opinions**

32. Based on my training, experience, and expertise, it is my opinion within a reasonable degree of certainty that Roblox's user data, as-produced, is unreliable as a whole based on cybersecurity breaches dating back to 2016; strange login events in Plaintiff's accounts in 2019; and data that failed to remain consistent between rounds of Production.

33. Based on my training, experience, and expertise, it is my opinion within a reasonable degree of certainty that Roblox has not supported alleged Plaintiff activities, such as Blocker Card clicks. Roblox simply asserts that a Plaintiff has taken an action without specifically pointing to what technical indicators or user data corroborate those actions. They simply pile data together and then point to agreement dates, which is not a holistic review and synthesis of the data at hand.

I declare under penalty and perjury under the laws of the United States that the foregoing is true and correct. Executed October 26, 2026 in Saskatchewan, Canada.

By: *Justin Seitz*

Justin Seitz

# EXHIBIT 1

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817
PHONE 202.973.8800
FAX 202.973.8899
www.wsgr.com

CHRISTOPHER N. OLSEN
Internet: colsen@wsgr.com
Direct Dial: 202.973.8803

August 25, 2016

**VIA E-MAIL**

Wayne Stenehjem
Office of Attorney General
State Capitol
600 E. Boulevard Ave.
Dept. 125
Bismarck, ND 58505

Dear Attorney General Stenehjem:

We write to inform you that Roblox Corporation ("Roblox") is sending notice to North Dakota residents advising them of a data security incident. On July 31, 2016, Roblox discovered a data security incident that resulted in unauthorized access to a database containing historical data from 2012, including the names, addresses, email addresses, and dates of birth of North Dakota residents who used Roblox's online service. Since the discovery, Roblox has conducted a thorough investigation of the incident and has taken steps to strengthen the security of the personal information which it maintains.

The notice is being sent to the 345 affected North Dakota residents on August 25, 2016, via U.S. Mail. A copy of the form letter is attached. Please call me if you have any questions.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Christopher N. Olsen

Christopher N. Olsen

Enclosure

Cc: Wendell Bartnick

ROBLOX.com
PHONE: (888) 858-2569
EMAIL: legal@roblox.com

August 25, 2016

[FIRST NAME] [LAST NAME]
[ADDRESS] [ADDRESS 2]
[CITY], [STATE] [ZIP]

Dear [FIRST NAME],

We are writing to provide you with information about a data security incident we experienced. We recently discovered that limited information from a database containing historical data from 2012 was accessed without authorization. Based on our investigation, the database may have contained your name, telephone number, mailing address, and birth date.

We are treating this incident very seriously by taking steps to strengthen our protection of personal information, and we will continue to closely monitor and take further steps as appropriate to safeguard such information.

**What You Can Do**

You can take steps to protect against any potential misuse of the information. To assist you in protecting yourself, we provide general information below.

We recommend that you consider reviewing your credit report from each of the three major credit reporting agencies: Experian, Equifax, and Transunion. The law entitles you to receive a free copy of your credit report annually from each of the three major credit reporting agencies. To order your free credit report, visit http://www.annualcreditreport.com or call, toll-free, 1-877-322-8228.

When you receive your credit report, review it carefully. If you discover errors or unauthorized accounts or charges on your credit reports, you should immediately notify the appropriate credit bureau by telephone and in writing. If you find suspicious activity on your credit reports or have reason to believe your information is being misused, file a police report with local law enforcement and/or notify the Federal Trade Commission at https://www.identitytheft.gov/; Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580; or 1-877-IDTHEFT (438-4338). You should obtain a copy of the police report because many creditors require the information it contains before they will absolve you of the fraudulent debts.

We take your privacy and the protection of personal information very seriously. We sincerely regret any inconvenience that this situation may cause you.

Kind Regards,

Ari Staiman
General Counsel

**Seibel, Jessica K.**

**From:** Molosky, Joe <jmolosky@wsgr.com>
**Sent:** Thursday, August 25, 2016 8:57 AM
**To:** -Info-Consumer Protection
**Cc:** Olsen, Chris; Bartnick, Wendell
**Subject:** Notice to North Dakota Attorney General
**Attachments:** Roblox - Letter to ND AG.pdf

Attorney General Wayne Stenehjem,

Please see the attached notice from Roblox Corporation.

Thank you,

**Joe Molosky** | Privacy & Data Security | CIPP-US
Direct: 202.973.8989 | Cell: 312.576.5609 | Fax: 202.973.8899 | jmolosky@wsgr.com
Wilson Sonsini Goodrich & Rosati | 1700 K Street NW, Fifth Floor | Washington, D.C. 20006

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

# EXHIBIT 2

# Justin Seitz

**Permanent Record Research Inc.**
2001 Pembina Ave.
Saskatoon, SK Canada S7K 1C5
T: +1 306 260 1721
E: justin@permanentrecordresearch.com

—

## Work Experience

**Permanent Record Research Inc. /** Co-Founder & Advisor

SEPTEMBER 2023 - SASKATOON, SASKATCHEWAN

Lead expert witness for Permanent Record Research. Investigator and partner for all research, intelligence and investigations. Pro-bono advocate in wrongful convictions, sexual violence, cyberstalking and public corruption. Expert testimony in digital evidence, social media and associated technologies. Registered with Kansas Board of Indigent Defense Services as an expert and provided expert testimony in Kansas and Oklahoma.

**Sapper Labs Group Inc. /** Chief Innovation Officer

JULY 2022 - SEPTEMBER 2023, OTTAWA, ONTARIO (Remote)

Post-merge of Dark River Systems Inc., led the overall technical product development and research teams. Held a Level 2 Secret Clearance and managed a National Research Council project involving machine learning and artificial intelligence applications in intelligence and investigations. Assisted in intelligence and incident response projects on an as-needed basis. Provided investigative support to our digital forensics investigators and intelligence operators.

**Inquisit Solutions Ltd.** / Investigator & Contractor

2017 - 2019, OTTAWA, ONTARIO

Assisted in investigations for civil and criminal cases for clients in the Ottawa, Ontario area. Provided investigative support to the Inquisit digital forensics lab via investigative, human intelligence and public records research.

**Dark River Systems Inc.** / Co-Founder & President

MAY 2015 - JULY 2022, SASKATOON, SASKATCHEWAN

Creator of Hunchly, a forensic online evidence capture tool used by over 10,000 people in law enforcement, journalism, human rights research in over 80 countries. Regular trainer at the Canadian Police College for their cybercrime and digital investigations courses. Regularly invited to speak at various law enforcement, private industry and academic conferences.

**Immunity Inc.** / Senior Security Researcher

JANUARY 2008 - MAY 2015, MIAMI BEACH, FL (Remote)

Hired after winning a hacking competition sponsored by Immunity in 2007. Senior technical leader that performed security assessments, developed cybersecurity tools, trained law enforcement and others in hacking and technical security techniques. Assisted a 200,000-employee financial organization with a theft of high-net worth

individual information; assisted a multi-jurisdictional team of District Attorneys after the Zappo's breach (2012) reviewing forensic evidence and establishing attacker sophistication and timelines.

**Itiva Networks Inc.** / QA Technical Lead

JANUARY 2006 - JANUARY 2008, KELOWNA, BRITISH COLUMBIA

Senior technical resource on the quality assurance team providing enhanced debugging, security review and testing for the development and deployment teams.

**BlackSun Inc.** / Systems Administrator

MARCH 2003 - JANUARY 2004, KELOWNA, BRITISH COLUMBIA

Systems administration, security patching and lightweight coding.

**Zu.com Communications Inc.** / Junior Web Developer

NOVEMBER 2001 - MARCH 2002, SASKATOON, SASKATCHEWAN

Entry-level programmer developing database-driven websites.

## Expert Testimony

### State of Oklahoma v. Long | CF-2020-5453

Sentencing | Oklahoma City, OK | August 2025

Primary investigator and expert witness that testified to digital evidence recovered from the defendant's cellular device. The second Oklahoma Survivors Act hearing in its history and the first in Oklahoma County.

### State of Kansas v. Campbell | SG-2024-CR-002269

Murder | Wichita, KS | May 2025-present

Primary investigator, testified at preliminary as investigative fact witness exhibiting various surveillance cameras, police footage, audio recordings and digital forensics.

### Skaggs v. State of Kansas | 2017-CV-326

Sex Crime | Leavenworth, KS | September 2024-present

Habeas application, motion to reconsider testimony, written expert reports in digital evidence.

### McDonald v. State of Oklahoma | CF-81-3898

Murder | Tulsa, OK | October 2024-present

Developed written investigative materials for the court to augment records lost and/or destroyed by flooding. Case is being pursued under the Oklahoma Survivors Act.

### State of Kansas v. Jones | 2019-CR-003673

Murder | Wichita, KS | April 2024

Trial defense expert in digital evidence. Trial transcript available for review.

**Ontario Superior Court**

Bond Hearing | Toronto, Ontario, Canada | 2018

Defense expert digital evidence in a bond/probation hearing.

—

## Advisory & Pro Bono Work

**International Criminal Court /** Technical Advisory Board

2019 - 2020, DEN HAAG, NETHERLANDS

**Defcon - Recon Village /** Call for Papers Board Member

2019 -2022 - LAS VEGAS , NEVADA

**World Economic Forum ATLAS /** Analyst

FEBRUARY 2022 - FEBRUARY 2023, WASHINGTON, DC

**Center for Advanced Defense Studies /** Fellow

JANUARY 2019 - 2024, WASHINGTON, DC

**Human Rights Center UC Berkeley** / Advisor & Volunteer

2022 - PRESENT, BERKELEY, CALIFORNIA

**Oklahoma Appleseed /** Volunteer Investigator

SEP 2024 - PRESENT, TULSA, OKLAHOMA

—

## Publications

**The Art of Bullsh*t Hunting (in progress)**

No Starch Press, San Francisco

**Black Hat Python: Python Programming for Hackers and Pentesters 2nd. Ed.**

w/Tim Arnold ISBN 1718501129 (2021) - No Starch Press, San Francisco

**Book: Black Hat Python: Python Programming for Hackers and Pentesters**

ISBN 1593275900 (2014) - No Starch Press, San Francisco

**Book: Gray Hat Python: Python Programming for Hackers and Reverse Engineers**

ISBN 1593271921 (2009) - No Starch Press, San Francisco

**Research Paper. "Analyzing Attack Surface Code Coverage." SANS Institute (2007).**

Completed as part of a SANS GIAC Certified Incident Handler Gold (2007)

**Article. “Make Your Monitoring Speak”. SysAdmin Magazine. (2006).**

***Contributions***

**Expert Reviewer -** "Berkeley Protocol on Digital Open Source Investigations". UN Human Rights Office of the High Commissioner & UC Berkeley. 2022. link.

**Contributor -** Bellingcat.com (2015-2017)

—

## Presentations

"Kangaroo Court & The Evidence Carnival". Opening Keynote. OSINZ, New Zealand Government Open Source Intelligence Conference. October 7, 2024.

Opening Keynote. Calgary Police Cybercrime Summit. Calgary, Alberta, Canada. 2020.

Cybersecurity Executive Briefing. Ontario Office of the Provincial Security Advisor. Toronto, Ontario, Canada. 2018.

Dark Web Investigations. Calgary Police Cybercrime Summit. Calgary, Alberta, Canada. 2018.

Opening Keynote. Digitized Conference. Saskatoon, Saskatchewan, Canada. 2015.

"The Unfriendly Friend Request". Countermeasure Conference. Ottawa, Ontario, Canada. 2015.

"Finding Extremism in a Sea of Social Media". Countermeasure Conference. Ottawa, Ontario, Canada. 2014.

"The Life of Py". Countermeasure Conference. Ottawa, Ontario, Canada. 2013.

—

## Press

"Prisons Are Banning Books That Teach Prisoners How to Code". Madeleine Gregory. VICE News. June 21, 2019. Link.

"EXCLUSIVE: Indian IT guru linked to fake WMC sites". Jan Cronjé. News24 South Africa. July 26, 2017. Link. Bellingcat summary, August 4, 2017. link.

"In the Fake News Era, Facebook Still Struggling With Bogus Ads". Matt Drange. Forbes. March 2, 2017. Link.

"Hacker Mass-Scans Dark Web Sites for Vulnerabilities, Dumps Results". Joseph Cox. VICE News. July 29, 2016. Link.

"This Tool Turns Your Online Investigations into a Searchable Case File". Joseph Cox. VICE News. April 19, 2016. Link.

"Why Is This Canadian Hacker Better Than Facebook At Detecting Gun Photos?". Matt Drange. Forbes. March 31, 2016. Link.

"This Open Source Script Lets You (and Police) Search Twitter For Guns". Louise Matsakis. VICE News. March 4, 2016. Link.

"United Airlines' Frequent Flyer App Can Be Hacked to Reveal Passenger Info". Joseph Cox.

VICE News. August 17, 2015. Link.

"#Digitized2015 draws hundreds of technological teens". CBC News. May 7, 2015. link.

## Education

**SUNY Canton / College of Science, Health & Criminal Justice**
JAN 2025 - Currently enrolled

**CDI College /** Computer Programmer Analyst / Internet Solutions Developer Diploma Earned
DECEMBER 2000 - NOVEMBER 2001, SASKATOON, SASKATCHEWAN