UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

All actions per attached Ex. A

Case No. 3:25-md-03166-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey A. N. Kopczynski, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Snap, Inc. in the above-entitled action. My local co-counsel in this case is waived per PTO [Dkt. No. 2], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Not Applicable.

| | |
|---|---|
| 1301 Ave. of the Americas New York, NY 10019 | Waived Per PTO [Dkt. No. 2] in 3:25-md-03166-RS |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 728-5675 | Not Applicable |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jkopczynski@omm.com | Not Applicable |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4592267.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2026

/s/ Jeffrey N. Kopczynski
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey A. N. Kopczynski is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 29, 2026




UNITED STATES DISTRICT/MAGISTRATE JUDGE

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

Case No. 3:25-md-03166-RS

**EXHIBIT A**

1. Jane Doe v. Roblox Corp. and Discord Inc., 3:25-cv-03520 (N.D. Cal.)
2. Mary Doe et al v. Roblox Corp. and Discord Inc., 3:25-cv-10816 (N.D. Cal.)
3. Jane Doe v. Roblox Corp., 3:25-cv-04329 (N.D. Cal.)
4. John Doe et al v. Roblox Corp. and Discord Inc., 3:25-cv-05753 (N.D. Cal.)
5. Jane Doe et al v. Roblox Corp. and Discord Inc., 3:25-cv-06087 (N.D. Cal.)
6. Jane Doe v. Roblox Corp. and Snap Inc., 3:25-cv-10977 (N.D. Cal.)
7. Jane A.P. Doe v. Roblox Corp. and Snap Inc., 3:25-cv-10809 (N.D. Cal.)
8. T.T. v. Roblox Corp., 3:25-cv-10812 (N.D. Cal.)
9. Jane Doe v. Roblox Corp., 3:25-cv-10976 (N.D. Cal.)
10. Jane Doe v. Roblox Corp., 3:25-cv-10815 (N.D. Cal.)
11. Jane Doe S.G. et al v. Roblox Corp. and Discord Inc., 3:25-cv-06812 (N.D. Cal.)
12. John Doe v. Roblox Corp., 3:25-cv-10972 (N.D. Cal.)
13. Jane Doe M.P. v. Roblox Corp., 3:25-cv-06886 (N.D. Cal.)
14. Jane Doe G.C. v. Roblox Corp., 3:25-cv-10813 (N.D. Cal.)
15. Jane Doe A.L. v. Roblox Corp., 3:25-cv-07676 (N.D. Cal.)
16. Jane Doe GS 1 v. Roblox Corp. et al., 3:25-cv-07143 (N.D. Cal.)
17. A.E. v. Roblox Corp., 3:25-cv-10810 (N.D. Cal.)
18. Jane Doe v. Roblox Corp. and Snap Inc., 3:25-cv-07174 (N.D. Cal.)
19. Jane Doe I.V. v. Roblox Corp., 3:25-cv-07192 (N.D. Cal.)
20. Jane Doe R.S. v. Roblox Corp., 3:25-cv-10978 (N.D. Cal.)
21. Doe v. Roblox Corp. and Discord Inc., 3:25-cv-07291 (N.D. Cal.)
22. Jane Doe B.E. v. Roblox Corp., 3:25-cv-07393 (N.D. Cal.)
23. Doe M.J. et al v. Roblox Corp. and Discord Inc., 3:25-cv-07486 (N.D. Cal.)
24. Doe et al v. Roblox Corp. and Discord Inc., 3:25-cv-07686 (N.D. Cal.)
25. Doe v. Roblox Corp. and Discord Inc., 3:25-cv-10982 (N.D. Cal.)
26. J.S. v. Roblox Corp., 3:25-cv-10975(N.D. Cal.)
27. Doe D.M. et al v. Roblox Corp. and Discord Inc., 3:25-cv-07859 (N.D. Cal.)
28. Jane Doe K.R. v. Roblox Corp., 3:25-cv-07889 (N.D. Cal.)
29. Joseph Doe v. Roblox Corp., 3:25-cv-07899 (N.D. Cal.)
30. Mary Doe v. Roblox Corp. and Snap Inc., 3:25-cv-07909 (N.D. Cal.)
31. M.S. v. Roblox Corp. and Discord Inc., 3:25-cv-07925 (N.D. Cal.)
32. Doe v. Roblox Corp. and Discord Inc., 3:26-cv-00297(N.D. Cal.)
33. H.C. et al v. Roblox Corp. and Discord Inc., 3:25-cv-8076 (N.D. Cal.)
34. Doe S.C. v. Roblox Corp. and Discord Inc., 3:25-cv-11103 (N.D. Cal.)
35. Doe et al v. Roblox Corp. and Discord Inc., 3:25-cv-08350 (N.D. Cal.)
36. Doe v. Roblox Corp. and Discord Inc., 3:26-cv-00810(N.D. Cal.)
37. Mary Doe v. Roblox Corp., 3:25-cv-08399 (N.D. Cal.)
38. Jane D.R. Doe v. Roblox Corp. and Snap Inc., 3:25-cv-11102 (N.D. Cal.)
39. Jane P.H. Doe v. Roblox Corp. and Snap Inc., 3:25-cv-11101 (N.D. Cal.)
40. Jane M.C. Doe v. Roblox Corp. and Snap Inc., 3:25-cv-10980 (N.D. Cal.)
41. John Doe T.P. v. Roblox Corp., 3:25-cv-08565 (N.D. Cal.)

42. Jane Doe L.Y. v. Roblox Corp., 3:25-cv-08595 (N.D. Cal.)
43. Doe S.W. v. Roblox Corp. and Discord Inc., 3:25-cv-08635 (N.D. Cal.)
44. John Doe J.W. v. Roblox Corp. and Meta Platforms, Inc., 3:26-cv-00007 (N.D. Cal.)
45. Jane Doe A.S. v. Roblox Corp., 3:25-cv-08756 (N.D. Cal.)
46. D.A. et al v. Roblox Corp. and Discord Inc., 3:25-cv-08866 (N.D. Cal.)
47. John Doe v. Roblox Corp., 3:26-cv-00294 (N.D. Cal.)
48. Jane Doe B.L. v. Roblox Corp., 3:25-cv-09251 (N.D. Cal.)
49. Doe M.S., individually and as surviving parent et al v. Roblox Corp. and Discord Inc., 3:25-cv-10979 (N.D. Cal.)
50. Mary Doe v. Roblox Corp., 3:26-cv-00296 (N.D. Cal.)
51. Doe C.R. et al v. Roblox Corp. and Discord Inc., 3:25-cv-09565 (N.D. Cal.)
52. Doe J.R. et al v. Roblox Corp. and Discord Inc., 3:25-cv-09563 (N.D. Cal.)
53. Mary Doe v. Roblox Corp., 3:25-cv-11105 (N.D. Cal.)
54. S.E.B. v. Roblox Corp. and Meta Platforms, Inc., 3:25-cv-09582 (N.D. Cal.)
55. John Doe v. Roblox Corp., 3:25-cv-09624 (N.D. Cal.)
56. Jane Doe C.W. v. Roblox Corp., 3:26-cv-00295 (N.D. Cal.)
57. Doe A.C. et al v. Roblox Corp. and Discord Inc., 3:25-cv-09730 (N.D. Cal.)
58. Jane Doe M.B. v. Roblox Corp., 3:25-cv-09745 (N.D. Cal.)
59. Jane Doe S.E. v. Roblox Corp., 3:25-cv-09807 (N.D. Cal.)
60. John Doe J.R. v. Roblox Corp., 3:25-cv-09945 (N.D. Cal.)
61. Jane Doe K.J. v. Roblox Corp., 3:25-cv-09946 (N.D. Cal.)
62. John Doe L.D. v. Roblox Corp., 3:25-cv-09990 (N.D. Cal.)
63. Jane Doe S.H. v. Roblox Corp., 3:25-cv-09991 (N.D. Cal.)
64. Jane Doe J.N. v. Roblox Corp., 3:25-cv-10020 (N.D. Cal.)
65. Jane Doe A.J. v. Roblox Corp., 3:25-cv-10028 (N.D. Cal.)
66. Doe S.K. et al v. Roblox Corp. and Discord Inc., 3:25-cv-10155 (N.D. Cal.)
67. Doe M.T. et al v. Roblox Corp. and Discord Inc., 3:25-cv-10307 (N.D. Cal.)
68. Doe M.M. v. Roblox Corp. and Discord Inc., 3:25-cv-10346 (N.D. Cal.)
69. John Doe J.L. v. Roblox Corp., 3:25-cv-10351 (N.D. Cal.)
70. Jane Doe M.O. v. Roblox Corp. and Discord Inc., 3:26-cv-01681 (N.D. Cal.)
71. John Doe M.C. v. Roblox Corp., 3:25-cv-10748 (N.D. Cal.)
72. Jane Doe I.P. v. Roblox Corp., 3:25-cv-10948 (N.D. Cal.)
73. Jane Doe P.B. v. Roblox Corp. and Snap Inc., 3:25-cv-10596 (N.D. Cal.)
74. Jane Doe GS 3 v. Roblox Corp. and Discord Inc., 3:26-cv-00326 (N.D. Cal.)
75. Doe S.F. v. Roblox Corp. and Discord Inc., 3:25-cv-10526 (N.D. Cal.)
76. Jane Doe J.H. v. Roblox Corp., Discord Inc., and Snap Inc., 3:26-cv-00403 (N.D. Cal.)
77. Jane Doe A.T. v. Roblox Corp., 3:26-cv-00404 (N.D. Cal.)
78. Doe L.S. v. Roblox Corp. and Discord Inc., 3:25-cv-10607 (N.D. Cal.)
79. John Doe J.C. v. Roblox Corp. and Snap Inc., 3:26-cv-00232 (N.D. Cal.)
80. R.D. v. Roblox Corp. and Snap Inc., 3:26-cv-00272 (N.D. Cal.)
81. C.E. v. Roblox Corp. and Discord Inc., 3:26-cv-00292 (N.D. Cal.)
82. John Doe J.J. v. Roblox Corp., 3:26-cv-00146 (N.D. Cal.)
83. Jane Doe J.F. v. Roblox Corp., Discord Inc., and Snap Inc., 3:26-cv-00299 (N.D. Cal.)
84. Jane Doe B.G. v. Roblox Corp., 3:25-cv-11058 (N.D. Cal.)
85. Mary Doe v. Roblox Corp. and Discord Inc., 3:26-cv-01279 (N.D. Cal.)
86. Jane Doe GS 2 v. Roblox Corp. and Meta Platforms, Inc., 3:26-cv-00324 (N.D. Cal.)

87. Jane Doe GS 4 v. Roblox Corp. and Meta Platforms, Inc., 3:26-cv-00327 (N.D. Cal.)
88. N.N. v. Roblox Corp., 3:26-cv-00360 (N.D. Cal.)
89. J.S. v. Roblox Corp. and Discord Inc., 3:26-cv-00438 (N.D. Cal.)
90. I.B. v. Roblox Corp. and Discord Inc., 3:26-cv-00506 (N.D. Cal.)
91. John Doe A.L.A. v. Roblox Corp., 3:26-cv-00528 (N.D. Cal.)
92. John Doe J.H. v. Roblox Corp. and Discord Inc., 3:26-cv-00577 (N.D. Cal.)
93. Mary Doe v. Roblox Corp., 3:26-cv-00643 (N.D. Cal.)
94. Jane Doe B.H. v. Roblox Corp. and Discord Inc., 3:26-cv-00644 (N.D. Cal.)
95. Jane Doe S.S. v. Roblox Corp. and Snap Inc., 3:26-cv-00678 (N.D. Cal.)
96. John Doe R.C. v. Roblox Corp., 3:26-cv-00731 (N.D. Cal.)
97. Jane Doe N.W. v. Roblox Corp., 3:26-cv-00760 (N.D. Cal.)
98. Mary Doe v. Roblox Corp., 3:26-cv-00830 (N.D. Cal.)
99. John (P.M.) Doe v. Roblox Corp. and Snap Inc., 3:26-cv-00848 (N.D. Cal.)
100. John (K.M.) Doe v. Roblox Corp., 3:26-cv-00850 (N.D. Cal.)
101. Jane Doe H.M. v. Roblox Corp. and Snap Inc., 3:26-cv-00873 (N.D. Cal.)
102. Jane Doe L.B. v. Roblox Corp., 3:26-cv-00889 (N.D. Cal.)
103. Jane Doe J.M. v. Roblox Corp. and Discord Inc., 3:26-cv-00902 (N.D. Cal.)
104. J.S. v. Roblox Corp. and Snap, Inc., 3:26-cv-00903 (N.D. Cal.)
105. Jane Doe K.L. v. Roblox Corp., 3:26-cv-00904 (N.D. Cal.)
106. Jane Doe E.O. v. Roblox Corp., 3:26-cv-01088 (N.D. Cal.)
107. Jane Doe L.B. v. Roblox Corp., 3:26-cv-01105 (N.D. Cal.)
108. Jane Doe A.P. v. Roblox Corp. and Discord Inc., 3:26-cv-01167 (N.D. Cal.)
109. Jane Doe A.K. v. Roblox Corp., 3:26-cv-01249 (N.D. Cal.)
110. Jane Doe S.A. v. Roblox Corp. and Discord Inc., 3:26-cv-01269 (N.D. Cal.)
111. Jane Doe V.T. v. Roblox Corp., 3:26-cv-01282 (N.D. Cal.)
112. RDCY-0001 v. Roblox Corp., 3:26-cv-01301 (N.D. Cal.)
113. GGH-GAL-0001 v. Roblox Corp. and Discord Inc., 3:26-cv-01397 (N.D. Cal.)
114. GGH-0002 v. Roblox Corp., 3:26-cv-01398 (N.D. Cal.)
115. GGH-GAL-0003 v. Roblox Corp. and Discord Inc., 3:26-cv-01779 (N.D. Cal.)
116. GE-GAL-0001 v. Roblox Corp., 3:26-cv-01927 (N.D. Cal.)
117. WM-0001 v. Roblox Corp., 3:26-cv-01925 (N.D. Cal.)
118. GGH-GAL-0004 v. Roblox Corp. and Discord Inc., 3:26-cv-02211 (N.D. Cal.)
119. Jane Doe P.A. v. Roblox Corp., 3:26-cv-02353 (N.D. Cal.)
120. AW-0001 v. Roblox Corp., Discord Inc., and Snap Inc., 3:26-cv-02266 (N.D. Cal.)
121. DLG-GAL-0053 v. Roblox Corp., 3:26-cv-02275 (N.D. Cal.)
122. DLG-GAL-0054 v. Roblox Corp. and Snap Inc., 3:26-cv-02277 (N.D. Cal.)
123. DLG-GAL-0055 v. Roblox Corp. and Discord Inc., 3:26-cv-02439 (N.D. Cal.)
124. DLG-GAL-0056 v. Roblox Corp. and Discord Inc., 3:26-cv-02445 (N.D. Cal.)
125. Jane Doe S.L. v. Roblox Corp. and Discord Inc., 3:26-cv-03524 (N.D. Cal.)
126. AW-0005 v. Roblox Corp. and Snap Inc., 3:26-cv-03439 (N.D. Cal.)
127. AW-0004 v. Roblox Corp. and Meta Platforms, Inc., 3:26-cv-03514 (N.D. Cal.)
128. MF-0001 v. Roblox Corp. and Discord Inc., 3:26-cv-03516 (N.D. Cal.)
129. AW-0006 v. Roblox Corp., Discord Inc., and Snap Inc., 3:26-cv-03830 (N.D. Cal.)
130. AW-0003 v. Roblox Corp. and Snap Inc., 3:26-cv-02754 (N.D. Cal.)
131. AW-0007 v. Roblox Corp. and Snap Inc., 3:26-cv-03872 (N.D. Cal.)
132. ZR-0001 v. Roblox Corp., 3:26-cv-03916 (N.D. Cal.)

133. RBHL-0001 v. Roblox Corp., 3:26-cv-04209 (N.D. Cal.)
134. AW-0008 v. Roblox Corp., 3:26-cv-04246 (N.D. Cal.)
135. GGH-GAL-0005 v. Roblox Corp. and Snap Inc., 3:26-cv-04258 (N.D. Cal.)
136. BLF-0001 v. Roblox Corp. and Discord Inc., 3:26-cv-04450 (N.D. Cal.)
137. AW-0009 v. Roblox Corp., Discord Inc., and Snap Inc., 3:26-cv-04571 (N.D. Cal.)
138. Doe GS-0006 v. Roblox Corp., 3:26-cv-04643 (N.D. Cal.)
139. HL-0001 v. Roblox Corp. 3:26-cv-04838 (N.D. Cal.)
140. AW-0010 v. Roblox Corp. and Snap Inc., 3:26-cv-04865 (N.D. Cal.)
141. Doe L.G. v. Roblox Corp. and Discord Inc., 3:25-cv-08941 (N.D. Cal.)
142. AW-0002 v. Roblox Corp. and Snap Inc., 3:26-cv-02779 (N.D. Cal.)
143. WM-GAL-0002 v. Roblox Corporation, 3:26-cv-04989 (N.D. Cal.)
144. AW-0011 v. Roblox Corporation, 3:26-05046 (N.D. Cal.)
145. Jane Doe S.L. v. Roblox Corp. and Discord Inc., 3:26-cv-04971-RS (N.D. Cal.)
146. AW-0012 v. Roblox Corp. and Snap Inc., 3:26-cv-05238-RS (N.D. Cal.)
147. AWKO-0002 v. Roblox Corp. and Snap Inc., 3:26-cv-05403-RS (N.D. Cal.)
148. Jane Doe v. Roblox Corp., Discord Inc. and Uber, 3:26-cv-03513-RS (N.D. Cal.)
149. WL-001 v. Roblox Corp., Snap Inc. and Discord Inc., 3:26-cv-05500-RS (N.D. Cal.)
150. AW-0013 v. Roblox Corp. and Discord Inc., 3:26-cv-05704-RS (N.D. Cal.)
151. SW-0002 v. Roblox Corporation, 3:26-cv-05940-RS (N.D. Cal.)
152. WM-0003 v. Roblox Corporation, 3:26-cv-06067-RS (N.D. Cal.)
153. A.Z.R. v. Roblox Corporation, 3:26-cv-06493-RS (N.D. Cal.)
154. BLF-0002 v. Roblox Corp. and Discord Inc., 3:26-cv-06582-RS (N.D. Cal.)
155. AW-0014 v. Roblox Corporation, 3:26-cv-06727-RS (N.D. Cal.)
156. AW-0015 v. Roblox Corp. and Snap Inc., 3:26-cv-06797-RS (N.D. Cal.)
157. WM-0004 v. Roblox Corporation, 3:26-cv-06997-RS (N.D. Cal.)
158. BA-0001 v. Roblox Corp., Discord Inc., Snap Inc. and Meta, 3:26-cv-07046-RS (N.D. Cal.)
159. AWKO-0004 v. Roblox Corp. and Snapchat, Inc., 3:26-cv-07396-RS (N.D. Cal.)
160. GGH-GAL-0006 et al v. Snap, Inc. et al, 3:26-cv-07875-RS (N.D. Cal.)
161. AW-0017 et al v. Roblox Corp. and Discord Inc., 3:26-cv-07979-RS (N.D. Cal.)
162. GE-0002 v. Roblox Corporation, 3:26-cv-07989-RS (N.D. Cal.)
163. AW-0018 et al v. Roblox Corp. and Discord Inc., 3:26-cv-08335-RS (N.D. Cal.)
164. HL-0002 v. Roblox Corp. and Discord Inc., 3:26-cv-08496-RS (N.D. Cal.)