# EXHIBIT A

In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation; 25-md-03166

Cases submitting Guardian *Ad Litem* Orders or Applications

| # | Case | Docket | GAL pseudonym | Minor Plaintiff pseudonym |
|---|---|---|---|---|
| 1 | AW-0021, et al v. Roblox Corporation | 3:26-cv-11000-RS | AW-GAL-0021 | AW-0021 |
| 2 | AW-0022, et al v. Roblox Corporation, et al | 3:26-cv-11616-RS | AW-GAL-0022 | AW-0022 |
| 3 | AWKO-0005, et al v. Roblox Corporation | 3:26-cv-12390-RS | AWKO-GAL-0005 | AWKO-0005 |
| 4 | AWKO-0006, et al v. Roblox Corporation | 3:26-cv-12808-RS | AWKO-GAL-0006 | AWKO-0006 |
| 5 | HL-0005, et al v. Roblox Corporation | 3:26-cv-11525-RS | HL-GAL-0005 | HL-0005 |
| 6 | HL-0006, et al v. Roblox Corporation | 3:26-cv-12033-RS | HL-GAL-0006 | HL-0006 |
| 7 | LCHB-GAL-0001, et al v. Roblox Corporation | 3:26-cv-12541-RS | LCHB-GAL-0001 | LCHB-0001 |
| 8 | WKC-0001, et al v. Roblox Corporation | 3:26-cv-12058-RS | WKC-GAL-0001 | WKC-0001 |
| 9 | WL-0002, et al v. Roblox Corporation, et al | 3:26-cv-11551-RS | WL-GAL- 0002 | WL-0002 |