**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>All actions identified in the Consolidated Ex Parte Application for the Appointment of Guardian *Ad Litem* | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS<br><br>**CONSOLIDATED ~~[PROPOSED]~~ ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Based on the Consolidated Ex Parte Application filed on November 2, 2026, the Court finds that it is reasonable and necessary to appoint guardians *ad litem* for minor plaintiffs as requested.

The Court orders that the applicants identified in the Consolidated Ex Parte Application are hereby appointed guardians *ad litem* for the minor plaintiffs listed in Exhibit A.

**It is so ordered.**

Dated: November 3, 2026

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE