Nathaniel L. Foote, Esquire
PA Bar No. 318998 (admitted *pro hac vice*)
Lydia Atkinson, Esquire
FL State Bar No. 085479 (admitted *pro hac vice*)
Andreozzi + Foote
4503 N. Front St.
Harrisburg, PA 17110
Telephone: 717-525-9124
Facsimile: 717-525-9143
Email: teame@vca.law; lydia@vca.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JANE DOE A.D.7299 for Minor Plaintiff JANE DOE T.D.7299**<br><br>**Plaintiff**<br><br>**v.**<br><br>**ROBLOX CORPORATION, a corporation.**<br><br>**Defendant** | MDL No. 3166<br><br>Case No.: 3:26-cv-11112-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge Richard Seeborg |

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Jane Doe A.D.7299 for Minor Plaintiff Jane Doe T.D.7299, hereby gives notice of the voluntary dismissal of the entire action against Defendant, Roblox Corporation, without prejudice and without costs to any party.

No defendant has served an Answer or Motion for Summary Judgment in this action. Accordingly, Plaintiff is entitled to dismiss without a court order under Rule 41(a)(1)(A)(i).

Date: November 3, 2026

*/s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esquire
State Bar No. 318998
teame@vca.law
lydia@vca.law
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2026, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all counsel of record registered to receive electronic service in this action.

/s/ Nathaniel L. Foote
Nathaniel L. Foote, Esquire
*Attorney for Plaintiff*