# EXHIBIT A

***In re Roblox Corp. Child Sexual Exploitation & Assault Litig.*, MDL No. 3166**
**Updates on Matters of Significance in Other Actions**

## ROBLOX'S LIST OF CASES[1]

### 1. State Attorney General Cases

**Case Name**: *State of Arkansas ex rel. Tim Griffin, Attorney General v. Roblox Corporation and Discord Inc.*
**Case Number**: No. 26STCV18664
**Jurisdiction:** Superior Court, County of Los Angeles, California
**Judge/Magistrate**: Hon. Wendy Chang
**Plaintiff(s)**: State of Arkansas Ex. Rel. Tim Griffin, Attorney General
**Defendant(s)**: Roblox Corp. and Discord Inc.
**Pending Motions**: None.
**Hearing Dates**: Case Management Conference – November 17, 2026
**Case Schedule**: Responsive pleadings are currently due November 22. The parties have stipulated to a stay of proceedings and are awaiting an order from the Court on that stipulation.
**Trial Date**: Not set.
**Status**: Pending.

**Case Name**: *Office of the Attorney General, State of Florida, Dep't of Legal Affairs v. Roblox Corp.*
**Case Number**: No. 3:26-cv-00057
**Jurisdiction**: M.D. Fla.

---

[1] The CMC statement's description of cases in the MDL does not include dismissed cases, but it does include cases in which plaintiffs' counsel has withdrawn. These cases are:

1. *Doe G.C. v. Roblox Corp.*, No. 3:25-cv-10813 (N.D. Cal.) (counsel withdrawn)
2. *Doe v. Roblox Corp. et al.*, No. 3:25-cv-10811 (N.D. Cal.)
3. *Doe v. Roblox Corp.*, No. 3:25-cv-07852 (N.D. Cal.)
4. *H.C. v. Roblox Corp. et al.*, No. 3:25-cv-08076 (N.D. Cal.) (counsel withdrawn)
5. *Doe v. Roblox Corp.*, No. 3:25-cv-08300 (N.D. Cal.)
6. *Jane Doe A.S. v. Roblox Corp.*, No. 3:25-cv-08756 (N.D. Cal.) (counsel withdrawn)
7. *Doe L.G. v. Roblox Corp. et al.*, No. 3:25-cv-08941 (N.D. Cal.)
8. *Doe T.W. v. Roblox Corp. et al.*, No. 3:25-cv-09027 (N.D. Cal.)
9. *Doe J.B. v. Roblox Corp. et al.*, No. 3:26-cv-00230 (N.D. Cal.)
10. *GAL-0003 v. Roblox Corp. et al.*, No. 3:26-cv-01779 (N.D. Cal.)
11. *Doe v. Roblox Corp. et al.*, No. 3:26-cv-03513 (N.D. Cal.)
12. *Doe v. Roblox Corp.*, No. 3:25-cv-11105 (N.D. Cal.) (counsel withdrawn)
13. *Doe A.W. v. Roblox Corp. et al.*, No. 3:25-cv-10982 (N.D. Cal.)
14. *Doe A.T.8155 ex rel. Doe Y.T.8155 v. Roblox Corp.*, No. 3:26-cv-10865 (N.D. Cal.)
15. *Doe C.R.1835 v. Roblox Corp.*, No. 3:26-cv-11077 (N.D. Cal.)
16. *Doe I.S.9734 v. Roblox Corp.*, No. 3:26-cv-11113 (N.D. Cal.)
17. *Doe A.D.7299 v. Roblox Corp.*, No. 3:26-cv-11112 (N.D. Cal.)

**Judge/Magistrate**: District Judge Jordan E. Pratt
**Plaintiff(s)**: Office of the Attorney General, State of Florida, Dep't of Legal Affairs
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motion to dismiss filed by Roblox; court order to show cause why case should not be remanded to state court
**Hearing Dates**: None scheduled
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Motion to dismiss is fully briefed; order to show cause on motion for remand is fully briefed; awaiting court orders

**Case Name**: *State of Indiana v. Roblox Corp. and Discord Inc.*
**Case Number**: 29D01-2605-PL-005581
**Jurisdiction**: State of Indiana, Hamilton Superior Court 1
**Judge/Magistrate**: Judge Michael A. Casati
**Plaintiff(s)**: State of Indiana
**Defendant(s)**: Roblox Corp. and Discord Inc.
**Pending Motions**: Motions to dismiss. Discord's Motion for Change of Judge.
**Hearing Dates**: None scheduled
**Case Schedule**: None
**Trial Date**: None set
**Status**: Court granted motion to change venue to Marion County on October 2, 2026. Parties negotiating stipulation regarding selection of new judge in Marion County.

**Case Name**: *State of Iowa v. Roblox Corp.*
**Case Number**: 05771 EQCE092346
**Jurisdiction**: Iowa District Court for Polk County
**Judge/Magistrate**: District Judge Celene Gogerty
**Plaintiff(s)**: State of Iowa
**Defendant(s)**: Roblox Corp.
**Pending Motions**: None
**Hearing Dates**: None scheduled
**Case Schedule**: Scheduling order entered; trial set for November 8, 2027
**Trial Date**: November 8, 2027
**Status**: Discovery in progress. Initial depositions scheduled for December.

**Case Name**: *Commonwealth of Kentucky ex rel. Russell Coleman, Attorney General v. Roblox Inc. and Roblox Prepaid Company, LLC*
**Case Number**: 25-CI-00868
**Jurisdiction**: Madison Circuit Court, Division One

**Judge/Magistrate**: Hon. David M. Ward
**Plaintiff(s)**: Commonwealth of Kentucky, ex rel. Russell Coleman, Attorney General
**Defendant(s)**: Roblox, Inc.; Roblox Prepaid Company, LLC
**Pending Motions**: Motion to Dismiss. Roblox's Motion to Stay Discovery.
**Hearing Dates**: None scheduled
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Awaiting court order on Motion to Dismiss and Motion to Stay Discovery.

**Case Name**: *State of Louisiana by and through its Attorney General Liz Murrill v. Roblox Corp.*
**Case Number**: 188950 Section "C"
**Jurisdiction**: 21st Judicial District Court, Parish of Livingston
**Judge/Magistrate**: Hon. Jeffrey Johnson
**Plaintiff(s)**: State of Louisiana, by and through its Attorney General, Liz Murrill
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Cross writs have been filed to the First Circuit Court of Appeals. Briefing underway.
**Hearing Dates**: Last held on July 31, 2026
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Court denied Roblox's dilatory exceptions of vagueness and ambiguity and partly sustained its peremptory exception of no cause of action, dismissing the State's unjust enrichment and negligence claims while allowing the LUTPA claim to proceed; Court denied requested stay of discovery. Answer due November 16, 2026. Negotiating scheduling order and trial date.

**Case Name**: *State of Nebraska ex rel. Michael T. Hilgers, Attorney General v. Roblox Corp.*
**Case Number**: D14CI260000074
**Jurisdiction**: District Court of Adams County, Nebraska
**Judge/Magistrate**: Hon. Timothy E. Hoeft
**Plaintiff(s)**: State of Nebraska ex rel. Michael T. Hilgers, Attorney General
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Motion to Dismiss
**Hearing Dates**: Motion to dismiss hearing held October 14, 2026
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Awaiting Motion to Dismiss order; discovery in progress.

**Case Name**: *State of Oklahoma, ex rel. Gentner Drummond, Attorney General of Oklahoma v. Roblox. Inc.*
**Case Number**: CJ-2026-810
**Jurisdiction**: District Court of Cleveland County
**Judge/Magistrate**: None assigned
**Plaintiff(s)**: State of Oklahoma, ex rel. Gentner Drummond, Attorney General of Oklahoma
**Defendant(s)**: Roblox, Inc.
**Pending Motions**: Motion to Dismiss
**Hearing Dates**: Motion to dismiss hearing on November 16, 2026
**Case Schedule**: No case deadlines set
**Trial Date**: None set
**Status**: Motion to dismiss ruling pending.

**Case Name**: *State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General and Reporter v. Roblox Corp.*
**Case Number**: 25CV-55330
**Jurisdiction**: Chancery Court of Williamson County, Tennessee, for the Twenty-First Judicial District at Franklin
**Judge/Magistrate**: Deana C. Hood
**Plaintiff(s)**: State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General and Reporter
**Defendant(s)**: Roblox Corp.
**Pending Motions**: None
**Hearing Dates**: None
**Case Schedule**: Scheduling order entered; trial set for April 3, 2028
**Trial Date**: April 3, 2028
**Status**: Motion to Dismiss denied on September 17, 2026; Roblox filed answer on November 2, 2026; discovery in progress. On October 9, 2026, Court granted in part and denied in part the State's Motion to Compel discovery. Status conference set for December 1, 2026.

**Case Name**: *State of Texas v. Roblox Corp.*
**Case Number**: D-1-GN-26-000981
**Jurisdiction**: 353rd, District Court, Travis County
**Judge/Magistrate**: Sherine Thomas
**Plaintiff(s)**: State of Texas
**Defendant(s)**: Roblox Corp.
**Pending Motions**: Joint Motion for Entry of Scheduling and Discovery Control Order
**Hearing Dates**: None
**Case Schedule**: Pending ruling on Joint Agreed Motion
**Trial Date**: February 2028, pending ruling on Joint Agreed Motion
**Status**: Joint Motion and Motions to Compel Granted in Part and Denied in Part on August 31,

2026; Joint Agreed Motion for Entry of Level 3 Discovery Control Plan and Scheduling Order filed on July 17, 2026 pending. Discovery in progress.

### 2. California JCCP 5440

**Case Name:** *Roblox Child Safety Cases*
**Case Number:** JCCP No. 5440
**Jurisdiction:** Superior Court of the State of California, San Mateo County
**Judge:** Hon. William F. Highberger
**Plaintiffs:** John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005
**Defendants:** Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.
**Pending Motions:** N/A
**Hearing Dates:** N/A
**Case Schedule:** None set
**Trial Date:** N/A
**Status:** On September 21, 2026, Judge Lawrence P. Riff was assigned as trial coordination judge in the JCCP 5440. On October 6, 2026, Dolman Law Group, as counsel for certain Plaintiffs, moved to strike Judge Riff under Code of Civil Procedure section 170.6 and California Rule of Court 3.516. On October 20, 2026, the Court issued a minute order that the case be transferred to Judge Samantha Jessner for reassignment purposes only. On October 30, 2026, Judge William F. Highberger was assigned as the replacement trial coordination judge in JCCP 5440.

**Coordinated Cases:** Pursuant to the Court's May 8, 2026 order granting coordination and the September 10, 2026 order identifying Los Angeles County as the location of coordination, the below listed cases are coordinated under JCCP 5440, though Roblox has not been served in all cases:

1. *John Doe v. Roblox Corp. et al*, No. 25-CIV-01193 (Cal. Sup. Ct. San Mateo Cnty.)
2. *Jane Doe v. Roblox Corp. et al*, No. 25-CIV-05901 (Cal. Sup. Ct. San Mateo Cnty.)
3. *Jane Doe M.L. v. Roblox Corp. et al.*, No. 25STCV24596 (Cal. Sup. Ct. L.A. Cnty.)
4. *Rebecca Dallas v. Roblox Corp. et al.*, No. CGC-25-629056 (Cal. Sup. Ct. S.F. Cnty.)
5. *A.R. v. Roblox Corp. et al*, No. CVRI2506488 (Cal. Sup. Ct. Riverside Cnty.)
6. *Jane Doe v. Roblox Corp. et al*, No. 25NNCV08326 (Cal. Sup. Ct. L.A. Cnty.)
7. *John Doe P.C. v. Roblox Corp.*, No. 25CV161114 (Cal. Sup. Ct. Alameda Cnty.)

8. *Jane Doe D.B. v. Roblox, et al.*, No. 26-CIV-00085 (Cal. Sup. Ct. San Mateo Cnty.)
9. *Jane A.R. Doe v. Roblox, et al.*, No. 26-CIV-00250 (Cal. Sup. Ct. San Mateo Cnty.)
10. *John Doe A.S. v. Roblox, et al.*, No. 26CUB00276 (Cal. Sup. Ct. Kern Cnty.)
11. *Jane Doe A.S. v. Roblox, et al.*, No. 26CUB00357 (Cal. Sup. Ct. Kern Cnty.)
12. *T.L.B. v. Roblox Corp. et al*, No. 26STCV03253 (Cal. Sup. Ct. L.A. Cnty.)
13. *K.E.B. v. Roblox Corp. et al*, No. 26STCV03401 (Cal. Sup. Ct. L.A. Cnty.)
14. *Jane Doe D.D. v. Roblox Corp. et al.*, No. 26STCV05586 (Cal. Sup. Ct. L.A. Cnty.)
15. *Jane Doe E.R. v. Roblox Corp. et al.*, No. 26SMVC00920 (Cal. Sup. Ct. L.A. Cnty.)
16. *Jane Doe A.D.N. v. Roblox Corp. et al.*, No. 26-CIV-02374 (Cal. Sup. Ct. San Mateo Cnty.)
17. *A.O. v. Roblox Corp. et al.*, No. 26STCV09993 (Cal. Sup. Ct. L.A. Cnty.)
18. *Mary Doe v. Roblox Corp. et al.*, No. 26-CIV-02905 (Cal. Sup. Ct. San Mateo Cnty.)
19. *John Doe G W. v. Roblox Corp. et al.*, No. CIVSB2612119 (Cal. Sup. Ct. San Bernardino Cnty.)
20. *John Doe WO. v. Roblox Corp. et al.*, No. 26-CVCV-0012711 (Cal. Sup. Ct. Mariposa Cnty.)
21. *John Doe GS-0005 v. Roblox Corp. et al.*, No. CGC-26-635913 (Cal. Sup. Ct. S.F. Cnty.)[2]

**Cases Awaiting Coordination*:*** The parties have either filed or intend to file a stipulation to stay pending a determination on coordination in the following cases:

1. **Case Name**: *Jane Doe v. Roblox Corp. et al.*
   **Case Number**: 26CV02190
   **Jurisdiction**: Superior Court of the State of California, Santa Barbara County
   **Judge/Magistrate**: Hon. Colleen K. Sterne
   **Plaintiff(s)**: Jane Doe
   **Defendants**: Roblox Corp.; Snap Inc.
   **Pending Motions**: N/A
   **Hearing Dates**: N/A
   **Case Schedule**: No case deadlines set.
   **Trial Date**: N/A
   **Status**: The complaint in this action was filed on April 6, 2026, and service was

[2] *Doe A.M. v. Roblox Corp., et al.*, Alameda County No. 25CV161158, was part of the order but has since been dismissed.

completed on April 15, 2026. On May 27, 2026, the Court stayed the case pending JCCP coordination.

2. **Case Name**: *Jane Doe A.M. v. Roblox Corp.*
   **Case Number**: 26PSCV01311
   **Jurisdiction**: Superior Court of the State of California, Los Angeles County
   **Judge/Magistrate**: Hon. Salvatore Sirna
   **Plaintiff**: Jane Doe A.M., a minor by and through her *Guardian ad Litem*, Jane Doe A.C.
   **Defendant**: Roblox Corp.
   **Pending Motions**: N/A
   **Hearing Dates**: Order to Show Cause re: Status of Coordination with JCCP No. 5440 is set for February 22, 2027.
   **Case Schedule**: No case deadlines set.
   **Trial Date**: N/A
   **Status**: On June 23, 2026, the Court stayed the case pending JCCP coordination.

3. **Case Name**: *Jane S.A. Doe v. Roblox Corp. et al.*
   **Case Number**: 26CU020550C
   **Jurisdiction**: Superior Court of the State of California, San Diego County
   **Judge/Magistrate**: Hon. Katherine A. Bacal
   **Plaintiff**: Jane S.A. Doe, on behalf of her minor child, Jane A.A. Doe
   **Defendants**: Roblox Corp., Meta Platforms, Inc.
   **Pending Motions**: N/A
   **Hearing Dates**: Meta's Motion to Stay Hearing is set for April 26, 2027
   **Case Schedule**: No case deadlines set.
   **Trial Date**: N/A
   **Status**: Complaint has not yet been served on Roblox. Meta accepted service.

4. **Case Name**: *John Doe (N.J.) v. Roblox Corp.*
   **Case Number**: 26STCV12593
   **Jurisdiction**: Superior Court of the State of California, Los Angeles County
   **Judge/Magistrate**: Hon. William F. Highberger
   **Plaintiff**: John Doe (N.J.), a minor, by and through his Guardian ad Litem, Jane Doe (C.F.)
   **Defendant**: Roblox Corp.
   **Pending Motions**: N/A
   **Hearing Dates**: N/A
   **Case Schedule**: No case deadlines set.
   **Trial Date**: N/A
   **Status**: On July 13, 2026, the Court stayed the case pending JCCP coordination.

5. **Case Name**: *John Doe v. Roblox Corp. et al.*
**Case Number**: 26-CIV-03059
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge/Magistrate**: Hon. Mark A. McCannon
**Plaintiffs**: John Doe, a minor, by and through his guardian ad litem, Jane Doe
**Defendants**: Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Complaint was served on Roblox on April 21. Roblox removed the action to federal court on April 22, 2026, and the case was subsequently remanded. On June 23, 2026, the Court stayed the case pending JCCP coordination .

6. **Case Name**: *Person Doe H.W. v. Roblox, Corp. et al.*
**Case Number**: 26CV492683
**Jurisdiction**: Superior Court of the State of California, Santa Clara County
**Judge/Magistrate**: Hon. Rafael Sivilla-Jones
**Plaintiff**: Person Doe H.W., a minor, by and through their *Guardian ad Litem*, Jane Doe K.W.
**Defendants**: Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Hearing Dates**: Case Management Conference on January 20, 2027.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: On July 20, 2026, the Court stayed the case pending JCCP coordination.

7. **Case Name**: *Jane Doe L.J. v. Roblox Corp. et al.*
**Case Number**: 26LBCV01114
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Hon. Nicole M. Heeseman
**Plaintiff**: Jane Doe L.J., a minor, by and through her proposed *Guardian ad Litem*, Jane Doe T.W.
**Defendants**: Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Hearing Dates**: Status Conference re: Coordination of JCCP is set for January 22, 2027.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: On July 22, 2026, the Court stayed the case pending JCCP coordination.

8. **Case Name**: *D.V. et al. v. Roblox Corp.*
   **Case Number**: 26SMCV02941
   **Jurisdiction**: Superior Court of the State of California, Los Angeles County
   **Judge/Magistrate**: Hon. Edward B. Moreton, Jr.
   **Plaintiff**: D.V., a minor, by and through Virginia C., as *Guardian ad Litem*
   **Defendant**: Roblox Corp.
   **Pending Motions**: N/A
   **Hearing Dates**: Case Management Conference is set for November 25, 2026.
   **Case Schedule**: No case deadlines set.
   **Trial Date**: N/A
   **Status**: On September 1, 2026, the Court stayed the case pending JCCP coordination. On September 25, 2026, Plaintiff filed a petition to add-on in the JCCP.

9. **Case Name**: *Doe J.C. v. Roblox Corp. et al.*
   **Case Number**: 26CV009886
   **Jurisdiction**: Superior Court of the State of California, Sacramento County
   **Judge/Magistrate**: Hon. Richard K. Sueyoshi
   **Plaintiff**: Jane Doe R.C., a minor, by and through a Guardian ad Litem, Jane Doe J.C.
   **Defendants**: Roblox Corp.; Discord Inc.; Meta Platforms, Inc.
   **Pending Motions**: N/A
   **Hearing Dates**: N/A
   **Case Schedule**: No case deadlines set.
   **Trial Date**: N/A
   **Status**: On July 17, 20226, the Court stayed the case pending JCCP coordination.

10. **Case Name**: *Jane Doe M.K.B. v. Roblox Corp. et al.*
    **Case Number**: 26-CIV-05049
    **Jurisdiction**: Superior Court of the State of California, San Mateo County
    **Judge/Magistrate**: Hon. Michael L. Mau
    **Plaintiff**: Jane Doe M.K.B., a minor, by and through her Guardian ad Litem, Jane Doe M.B.D.
    **Defendants**: Roblox Corp.; Discord Inc.
    **Pending Motions**: N/A
    **Hearing Dates**: N/A
    **Case Schedule**: No case deadlines set.
    **Trial Date**: N/A
    **Status**: On September 14, 2026, the Court stayed the case pending JCCP coordination.

11. **Case Name**: *Jane Doe E.L. v. Roblox Corp.*
**Case Number**: 26STCV21289
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Hon. William F. Highberger
**Plaintiff**: Jane Doe E.L., a minor, by and through her Guardian ad Litem, Jane Doe K.L.
**Defendants**: Roblox Corp.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: Complaint has not yet been served on Roblox.

12. **Case Name**: *Jane Doe A.S. v. Roblox Corp. et al.*
**Case Number**: 26STCV22199
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Hon. William F. Highberger
**Plaintiff**: Jane Doe A.S.
**Defendants**: Roblox Corp.; Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: On July 28, 2026, the Court *sua sponte* transferred the case and ordered it stayed pending determination of add-on.

13. **Case Name**: *Jane Doe CPM-0001 v. Roblox Corp. et al.*
**Case Number**: 26-CIV-05568
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge/Magistrate**: Hon. David A. Silberman
**Plaintiff**: Jane Doe CPM-0001, a minor, represented by her proposed court-app
**Defendant**: Roblox Corp.; Discord Inc.
**Pending Motions**: N/A
**Hearing Dates**: Case Management Conference on February 1, 2027.
**Case Schedule**: No case deadlines set.
**Trial Date**: N/A
**Status**: On August 18, 2026, the Court stayed the case pending JCCP coordination.

14. **Case Name:** *Jane Doe v. Roblox Corp.*
**Case Number:** 26-CIV-07044
**Jurisdiction:** Superior Court of the State of California, San Mateo County

**Judge/Magistrate:** Hon. Michael L. Mau
**Plaintiff:** Jane Doe
**Defendant:** Roblox Corp.
**Pending Motions:** None shown on the docket.
**Hearing Dates:** None scheduled; the December 14, 2026 Case Management and Trial Setting Conference was vacated.
**Case Schedule:** Action stayed; no active case deadlines shown on the docket.
**Trial Date:** None set.
**Status:** Roblox was served on September 9, 2026. Roblox removed the complaint to the Northern District of California before notice of service and thereafter agreed to remand. On September 24, 2026, the parties filed a stipulation to stay the case pending JCCP coordination. The state court docket lists the action as stayed.

15. **Case Name:** *John Doe et al. v. Roblox Corp. et al.*
**Case Number:** 26-CIV-07078
**Jurisdiction:** Superior Court of the State of California, San Mateo County
**Judge/Magistrate:** Hon. Mark A. McCannon
**Plaintiffs:** John Doe et al.
**Defendants:** Roblox Corp.; Discord Inc.
**Pending Motions:** None shown as pending on the docket.
**Hearing Dates:** None scheduled; the December 16, 2026 Case Management and Trial Setting Conference was vacated.
**Case Schedule:** Action stayed pending JCCP coordination.
**Trial Date:** None set.
**Status:** On October 27, 2026, the Court entered the stipulated order staying the action pending coordination with JCCP No. 5440.

16. **Case Name:** *John Doe 1 (G.N.) et al. v. Roblox Corp. et al.*
**Case Number:** 26SMCV05266
**Jurisdiction:** Superior Court of the State of California, Los Angeles County
**Judge/Magistrate:** Hon. Michael E. Whitaker
**Plaintiffs:** John Doe 1 (G.N.) et al. (17 plaintiffs)
**Defendants:** Roblox Corp.; Discord Inc.; Medialab AI, Inc.
**Pending Motions:** None shown on the docket.
**Hearing Dates:** Case Management Conference set for March 9, 2027 at 8:30 a.m., Department 207, Beverly Hills Courthouse.
**Case Schedule:** No case deadlines set
**Trial Date:** None set.
**Status:** The complaint was filed on September 28, 2026, and Roblox was served

on October 7, 2026. On October 30, 2026, all parties filed a stipulation to stay the case pending JCCP coordination.

***LA County Case (Not Coordinated)***

**Case Name:** The People of the State of California v. Roblox Corp. et al..
**Case Number**: 26STCV05708
**Jurisdiction:** Superior Court of the State of California, Los Angeles County
**Judge/Magistrate:** Hon. Dean J. Kitchens
**Plaintiff:** State of California
**Defendants:** Roblox Corp.; Does 1-50.
**Pending Motions:** N/A
**Hearing Dates:** N/A
**Trial Date:** N/A
**Status:** Demurrer Motion and anti-SLAPP Motion denied; notice of appeal pending. Next case management status set for November 13, 2026.

**3. Non-MDL Federal Litigation**

***Removed Federal Case Pending MDL Tag-Along***

**Case Name:** *P.B. v. Roblox Corp. et al.*
**Case Number:** 3:26-cv-12565-LJC (removed from San Mateo County No. 26-CIV-08396)
**Jurisdiction:** U.S. District Court, Northern District of California
**Judge/Magistrate:** Magistrate Judge Lisa J. Cisneros
**Plaintiff:** P.B., a minor, by and through their proposed *Guardian ad Litem*, T.B.
**Defendants:** Roblox Corp.; Discord Inc.
**Pending Motions:** None shown on the federal docket.
**Hearing Dates:** Initial Case Management Conference set for January 28, 2027 at 1:30 p.m., by videoconference.
**Case Schedule:** No case deadlines set
**Trial Date:** None set.
**Status:** The complaint was filed in San Mateo County Superior Court on October 26, 2026. Before service, Roblox filed a Notice of Removal in the Northern District of California on October 27, 2026. Roblox was served later that day. On November 4, 2026, Roblox filed a Notice of Related Action for Potential Tag Along to MDL No. 3166. Transfer to the MDL is pending.

***Non-MDL Federal Cases Dismissed:*** *Doe S.L. v. Roblox Corp.*, No. 4:25-cv-10333 (N.D. Cal.)

**4. Other State Court Actions**

**Case Name**: *John Doe v. Roblox Corp.*
**Case Number**: A-26-944838-C
**Jurisdiction**: Nevada District Court, Clark County
**Judge/Magistrate**: Hon. Eric Johnson

**Plaintiffs**: John Doe
**Defendants**: Roblox Corp.
**Pending Motions**: N/A
**Trial Date:** N/A
**Status:** Parties undergoing expedited pre-arbitration discovery.

**Case Name**: *Jane Doe v. Roblox Corp.*
**Case Number**: A-26-948206-C
**Jurisdiction**: Nevada District Court, Clark County
**Judge/Magistrate**: Hon. Timothy Williams
**Plaintiffs**: Jane Doe
**Defendants**: Roblox Corp.
**Pending Motions**: N/A
**Trial Date:** N/A
**Status:** Parties undergoing expedited pre-arbitration discovery.

**Case Name**: *John Doe v. Roblox Corp.*
**Case Number**: A-26-959465-C
**Jurisdiction**: Nevada District Court, Clark County
**Judge/Magistrate**: Hon. Mary Kay Holthus
**Plaintiff**: Mary Doe
**Defendant**: Roblox Corp.
**Pending Motions**: Motion for Leave to Proceed Anonymously Hearing on January 26, 2027
**Trial Date**: N/A
**Status**: The complaint in this action was served on Roblox on October 21, 2026.

## DISCORD'S LIST OF CASES[3]

**Case Name**: *Jane Doe v. Discord Inc.*
**Case Number**: Case No. 26-3460 (appeal from 1:25-cv-01789)
**Jurisdiction**: Court of Appeals for the Sixth Circuit (on appeal from N.D. Ohio)
**Judge/Magistrate**: Judge Donald C. Nugent (N.D. Ohio)
**Plaintiff**: Jane Doe
**Defendant:** Discord Inc.
**Pending Motions:** None
**Hearing Date(s):** N/A
**Case Schedule:** N/A

[3] Discord adopts Roblox's list to the extent applicable.

**Status:** On 4/20/2026, Judge Nugent granted Discord's Motion to Dismiss with prejudice and denied Plaintiff's Motion to Transfer Venue to the Northern District of California. Plaintiff appealed and filed her opening brief on 10/26/2026.

**Case Name:** *State of Nevada v. Discord Inc.*
**Case Number:** A-26-945804-B
**Jurisdiction:** District Court, Clark County, Nevada
**Judge/Magistrate:** Joanna S. Kishner
**Plaintiffs**: State of Nevada
**Defendants:** Discord Inc.
**Pending Motions:** Petition for Writ of Mandamus (filed 11/3/2026 in Nevada Supreme Court, No. 93550)
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A
**Status:** On 9/25/2026, Judge Kishner denied Discord's Motion to Dismiss, and on 10/16/2026, Discord answered the Complaint. On 11/3/2026, Discord filed a Petition for Writ of Mandamus in the Nevada Supreme Court seeking reversal of Judge Kishner's decision.

**Case Name:** *State of New Jersey v. Discord Inc.*
**Case Number**: ESX-C-000084-25
**Jurisdiction**: Superior Court of New Jersey; Essex County - Chancery Division
**Judge/Magistrate**: Lisa M. Adubato
**Plaintiffs**: State of New Jersey
**Defendants**: Discord Inc.
**Pending Motions**: Motion to Dismiss
**Hearing Date(s)**: 10/30/2026
**Case Schedule**: N/A
**Trial Date**: N/A
**Status**: Discord's Motion to Dismiss was filed 6/11/2026. Discord's Motion to Dismiss was argued on 10/30/2026; decision pending.

**Case Name:** *The State of Texas vs. Discord, Inc.*
**Case Number:** 199-03546-2026
**Jurisdiction:** Collin County District Court, 199th District, Texas
**Judge/Magistrate:** Angela Tucker
**Plaintiffs:** The State of Texas
**Defendants:** Discord Inc.
**Pending Motions:** Motion to Dismiss, Motion for lack of Personal Jurisdiction; Motion to Transfer Venue

**Hearing Date(s):** 8/25/2026 – Motion to Dismiss; 2/7/2027 – Motion for lack of Personal Jurisdiction; Motion to Transfer Venue
**Case Schedule:** Trial date set.
**Trial Date:** 6/2/2027 (Pre Trial); 6/7/2027 (Jury Trial)
**Status:** Motion to Dismiss and Motion to Transfer Venue pending; Jury Trial has been scheduled. The parties are also litigating the terms of a protective order for jurisdictional discovery; Texas filed its motion on 10/30/2026.

**Case Name:** *Office of the Attorney General, State of Florida, Department of Legal Affairs vs. Discord, Inc.*
**Case Number:** 26-CA-159
**Jurisdiction:** Glades County Circuit Court, Twentieth Judicial Circuit, Florida
**Judge/Magistrate:** William K. Dorman III
**Plaintiffs:** State of Florida Attorney General
**Defendants:** Discord Inc.
**Pending Motions:** N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A
**Status:** Discord's deadline to respond to the Complaint is 11/15/2026.

## SNAP'S LIST OF CASES

1. ***Roblox Child Safety* JCCP**

**Case Name**: *Roblox Child Safety Cases*
**Case Number**: JCCP No. 5440
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge**: Coordination Trial Judge not yet assigned
**Plaintiff(s)**: John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005
**Defendant(s)**: Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: None set (awaiting assignment of Coordination Trial Judge)
**Trial Date**: None set
**Status**: Assigned to Coordination Trial Judge Highberger.

**Snap-Specific Cases Coordinated in Roblox JCCP**

**Case Name**: *D.D. Doe v. Roblox Corp. et al.*
**Case Number**: 26STCV05586
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Nicholas Daum
**Plaintiff(s)**: D.D. Doe, by and through guardian ad litem, D.A. Doe
**Defendant(s)**: Roblox Corporation, Snap Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set. Action stayed.
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Case Name**: *T.L.B. v. Roblox Corp. et al.*
**Case Number**: 26STCV03253
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Lawrence Riff
**Plaintiff(s)**: T.L.B., by and through guardian ad litem, P.E.B.
**Defendant(s)**: Roblox Corporation, Snap Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 09/14/2026: Further Status Conference
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**2. *California State-Court Cases Awaiting* JCCP *Coordination***

**Case Name**: *Jane Doe v. Roblox Corp. et al.*
**Case Number**: 26CV02190
**Jurisdiction**: Superior Court of the State of California, Santa Barbara County
**Judge/Magistrate**: Judge Colleen K. Sterne
**Plaintiff(s)**: Jane Doe, by and through guardian ad litem, Mary Doe
**Defendants**: Roblox Corporation, Snap Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: No case deadlines set. Action stayed.
**Trial Date**: N/A
**Status**: The complaint in this action was filed on April 6, 2026, and service was completed on April 15, 2026. Plaintiff's counsel confirmed that they intend to transfer this case to the JCCP. Pursuant to the parties' stipulation, the court stayed the case pending resolution of the forthcoming notice of add-on.

## META'S LIST OF CASES

**1. *Roblox Child Safety JCCP***

**Case Name**: *Roblox Child Safety Cases*
**Case Number**: JCCP No. 5440
**Jurisdiction**: Superior Court of the State of California, San Mateo County
**Judge**: Coordination Trial Judge not yet assigned
**Plaintiff(s)**: John Doe, Jane Doe, Jane Doe M.L., Rebecca Dallas, A.R., Jane Doe, John Doe P.C., Jane Doe D.B., Jane A.R. Doe, John Doe A.S., Jane Doe A.S., T.L.B., K.E.B., Jane Doe D.D., Jane Doe A.D.N., A.O., Mary Doe, John Doe G., John Doe WO, John Doe GS-0005
**Defendant(s)**: Roblox Corp.; Discord Inc.; Snap Inc.; Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: None set (awaiting assignment of Coordination Trial Judge)
**Trial Date**: None set
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Meta-Specific Cases Coordinated in Roblox JCCP**

**Case Name**: *Jane Doe M.L. v. Roblox, et al.*
**Case Number**: 25STCV24596
**Jurisdiction**: Superior Court of the State of California, Los Angeles County
**Judge/Magistrate**: Judge Upinder S. Kalra
**Plaintiff(s)**: Jane Doe M.L., by and through guardian ad litem, Jane Doe L.L.
**Defendant(s)**: Roblox Corporation, Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 8/28/2026: Case Management Conference
**Trial Date**: N/A
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Case Name**: *Doe GS-0005 v. Roblox, et al.*
**Case Number**: CGC-26-635913
**Jurisdiction**: Superior Court of the State of California, San Francisco County
**Judge/Magistrate**: Judge Rochelle C. East
**Plaintiff(s)**: John Doe GS-0005, by and through guardian ad litem, GS-GAL-0005
**Defendant(s)**: Roblox Corporation, Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: 9/16/2026: Case Management Conference
**Trial Date**: N/A

**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**Case Name**: *Jane Doe J.C. v. Roblox, et al.*
**Case Number**: 26CV009886
**Jurisdiction**: Superior Court of the State of California, Sacramento County
**Judge/Magistrate**: Hon. Richard K. Sueyoshi
**Plaintiff**: Jane Doe R.C., by and through guardian ad litem, Jane Doe J.C.
**Defendants**: Roblox Corp., Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: 11/10/2026; Hearing on Motion for Order Permitting Proposed Guardian Ad Litem to Appear Under Pseudonym
**Case Schedule**: 03/24/2027; Case Management Conference
**Trial Date**: N/A
**Status**: Stayed; coordinated with *Roblox Child Safety Cases*, JCCP No. 5440.

**2. *California State Court Cases Awaiting Coordination***

**Case Name**: *Jane S.A. Doe v. Roblox Corp. et al.*
**Case Number**: 26CU020550C
**Jurisdiction**: Superior Court of the State of California, San Diego County
**Judge/Magistrate**: Hon. Katherine A. Bacal
**Plaintiff**: Jane S.A. Doe, by and through guardian ad litem, Jane A.A. Doe
**Defendants**: Roblox Corp., Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: Meta's Motion to Stay Hearing is set for April 26, 2027
**Case Schedule**: N/A
**Trial Date**: N/A
**Status**: Complaint served on Meta on July 21. Complaint has not yet been served on Roblox. Meta's Notice of Potential Add On Case (JCCP No. 5440) was filed on August 19, 2026, and Motion to Stay Pending Resolution of Notice of Potential Add On Case was filed on August 27, 2026.

**Case Name**: *Jane Doe A.S. v. Roblox, et al.*
**Case Number**: 26STCV22199
**Jurisdiction**: Superior Court of the State of California, County of Los Angeles
**Judge/Magistrate**: Hon. Lawrence P. Riff
**Plaintiff**: Jane Doe A.S.
**Defendants**: Roblox Corp., Meta Platforms, Inc.
**Pending Motions**: N/A
**Hearing Dates**: N/A
**Case Schedule**: N/A

**Trial Date**: N/A
**Status**: Notice of Related Case (JCCP No. 5440) filed on July 23, 2026; coordination pending.