| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | **TRANSCRIPT ORDER**<br>**Please use one form per court reporter.**<br>***CJA counsel please use Form CJA24***<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3. CONTACT EMAIL ADDRESS |
|---|---|---|
| Mark Shuttlesworth | (310) 625-1757 | mshuttlesworth@cov.com |
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |
| Ashley Simonsen | (424) 332-4782 | asimonsen@cov.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067

5. CASE NAME
In re: Roblox Corporation Child Sexual Exploitation

6. CASE NUMBER
3:25-md-3166

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☑ FTR

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL ☑ CIVIL CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 11/16/2026 | RS | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

Please email transcript and invoice to Mark Shuttlesworth at mshuttlesworth@cov.com

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE /s/ Ashley Simonsen

12. DATE 11/16/2026

Clear Form

Save as new PDF