**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** 11/16/2026 | **Time:** 48 M | **Judge:** RICHARD SEEBORG |
| **Case No.**: 25-md-03166-RS | **Case Name:** In Re: Roblox Corporation Child Sexual Exploitation and Assault Litigation | |

**Attorney for Plaintiff:** Bryan Aylstock, Sarah London, Alexandra Walsh, Kiley Grombacher, Joe Masterman, Andre Mura
**Attorney for Defendant Roblox:** Tiana Demas, Max Bernstein, Simona Agnolucci
**Attorney for Defendant Discord**: Ambika Kumar
**Attorney for Defendant Meta**: Isaac Chaput
**Attorney for Defendant Snap, Inc**: Heather Welles

**Deputy Clerk:** Karen Hom

**Digital Recorder:** Zoom Webinar: 10:05-10:53

**PROCEEDINGS**

Further Case Management Conference (by Zoom) – Held

Court adopted the briefing schedule for the anticipated Motion to Amend Guardian Ad Litem Orders. Motion will be filed on 11/17/2026; opposition due 12/11/2026; reply due 12/22/2026; hearing 1/13/2027. Court will review the motion and may rule on the motion without a need for hearing.

If the parties need a deadline to submit a revised protective order, they can file a stipulation before Magistrate Judge Krishnan.

Within two (2) days of today's case management conference, Discord will select and brief a replacement pilot Bellwether case. Parties shall meet and confer on a briefing schedule for the replacement case but still maintain the 1/13/2027 hearing date. If the parties cannot agree on a briefing schedule they can submit competing schedules for the Court's consideration.

The parties should meet and confer on a schedule for the Motions to Dismiss after the hearing on the Motions to Compel Arbitration.

Court will issue Orders to Show Cause why these cases should not be dismissed in the following cases: 25-cv-10813; 25-cv-8076; and 25-cv-8756.

**Case continued to:** 1/13/2027 at 9:30 AM for a further case management conference to be held after oral argument on the Motions to Compel Arbitration. Updated case management statement due 1/6/2027.