**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL NO. 3166<br><br>Case No. 25-md-03166-RS (ASK)<br><br>**[PROPOSED] SECOND AMENDED ORDER RE: APPOINTMENT OF GUARDIANS AD LITEM (DKT NOS. 162, 213, 268, AND 273)** |

Having considered Plaintiffs' Motion to Amend Guardian Ad Litem Orders, and any responses thereto, the Court hereby GRANTS the motion and amends its Orders as follows:

To protect the interests of all individual Plaintiffs who are minors, the Court's guardian-ad-litem procedures (at Dkt. Nos. 162, 213, 268, and 273) have applied and will continue to apply to all aspects of the litigation, and any party wishing to enter an agreement with a minor Plaintiff concerning some aspect of the litigation—including, but not limited to, the compromise, surrender, or settlement of any claims in this forum—must obtain the agreement of a guardian ad litem and the consent of the Court.

**IT IS SO ORDERED.**

Dated: _____________, 2026

_________________________________
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE