COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

This document relates to:

3:25-cv-03520
3:25-cv-10982
3:26-cv-01681
3:25-cv-10812
3:25-cv-10607
3:25-cv-07291

MDL No. 3166

Case No. 3:25-md-03166-RS

**DEFENDANT ROBLOX CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Date: January 13, 2027
Time: 9:30 a.m.
Courtroom: 12, 19th Floor
Judge: Hon. Richard Seeborg

Pursuant to Civil Local Rule 79-5(f), Defendant Roblox Corporation ("Roblox") respectfully asks the Court to consider whether the below material should be sealed. The materials are contained within the Supplemental Declaration of Ronita Jit in Support of Roblox's Reply in Support of its Omnibus Motion to Compel Arbitration ("Supp. Jit Decl."). Plaintiffs in the above-captioned cases have designated these materials confidential and requested that they be filed under seal:

| Document sought to be sealed | Party claiming confidentiality | Portions to be filed under seal |
|---|---|---|
| Exhibits 1-3 to Supp. Jit Decl. | Plaintiffs | Entirety |
| Exhibits 6-8 to Supp. Jit Decl. | Plaintiffs | Entirety |

Pursuant to Civil Local Rule 79-5(f)(3), Plaintiffs in the above-captioned cases, as the designating parties, bear the burden to establish that these materials are properly sealed.

Dated: November 20, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas

Attorneys for Defendant
ROBLOX CORPORATION