COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>3:25-cv-03520<br>3:25-cv-10982<br>3:26-cv-01681<br>3:25-cv-10812<br>3:25-cv-10607<br>3:25-cv-07291 | **SUPPLEMENTAL DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S REPLY IN SUPPORT OF ITS OMNIBUS MOTION TO COMPEL ARBITRATION**<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Richard Seeborg<br><br>**[FILED CONCURRENTLY WITH REPLY IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION]**<br><br>Judge Richard Seeborg |

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other things, relate to user account activity. I make the statements in this declaration based on my personal knowledge of the matters set forth below and my review of records maintained in the regular course of business. If called as a witness, I could and would testify competently to the matters stated herein.

2. I previously submitted a declaration in support of Roblox Corporation's Omnibus Motion to Compel Arbitration ("Motion"). In that declaration (my "Initial Declaration"), I explained how Plaintiffs identified their Roblox accounts by username and that I then used these usernames to reliably search Roblox's systems for data and records associated with each of the Plaintiffs' accounts. I used the term **"Account Records"** to refer to this user data and attached the data itself to my Initial Declaration. This data showed, among other things, when Plaintiffs' accounts accessed Roblox and agreed to the Terms.

3. I submit this "Supplemental Declaration" to provide updated user data for Plaintiffs' accounts. I used the same methods to reliably search Roblox's systems for data reflecting account activity since my Initial Declaration.

4. As explained in my Initial Declaration, I understand that Roblox and Discord, Inc. used a common set of pseudonyms to refer to Plaintiffs in their respective motions to compel arbitration, while Plaintiffs used their initials in their opposition brief. The chart below identifies three Plaintiffs whose Account Records reflect activity after Roblox filed its Motion, their corresponding initials, and the exhibit number for each Plaintiff's summary chart of account activity, as described further in Paragraphs 9–11 below:

| Case No. | Identifier | Initials | Summary Chart |
|---|---|---|---|
| 3:26-cv-01681 | **Plaintiff C** | **J.H.** | **Exhibit 1** |
| 3:25-cv-10812 | **Plaintiff D** | **D.H.** | **Exhibit 2** |
| 3:25-cv-07291 | **Plaintiff H** | **M.D.** | **Exhibit 3** |

5. As explained in my Initial Declaration, following each update to the Roblox **"Terms,"** Roblox displays a pop-up card when a user next accesses Roblox through the App or Web. These pop-up cards prevents the users from continuing to use Roblox until they accept the updated Terms. As I did in my Initial Declaration, I refer to these pop-up cards as **"Blocker Cards."**

6. After Roblox filed its Motion on September 22, 2026, Roblox updated its Terms of Use effective November 1, 2026 ("November 2026 Terms"). Attached as **Exhibit 4** is a true and correct copy of the November 2026 Terms.

7. After October 7, 2026, users that logged in were shown a Blocker Card that linked to the Terms. Attached as **Exhibit 5** is a true and correct copy of the Blocker Card used for this update. A user had to be logged into a Roblox account to accept the Blocker Card.

8. As noted above, to prepare this Supplemental Declaration, I reviewed updated Account Records for Plaintiffs. These Account Records show which of Plaintiffs' accounts have accessed Roblox since the Motion was filed and which accounts accepted the November 2026 Terms by clicking through the Blocker Card.

9. **Plaintiff C/J.H.:** I attach as **Exhibit 1** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff C/J.H. I also attach as **Exhibit 6** a true and correct copy of the pertinent Account Records for Plaintiff C/J.H.'s account.

10. **Plaintiff D/D.H.:** I attach as **Exhibit 2** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff D/D.H. I also attach as **Exhibit 7** a true and correct copy of the pertinent Account Records for Plaintiff D/D.H.'s account.

11. **Plaintiff H/M.D.:** I attach as **Exhibit 3** an accurate summary chart of the pertinent account activity across the accounts claimed by Plaintiff H/M.D. I also attach as **Exhibit 8** a true and correct copy of the pertinent Account Records for Plaintiff H/M.D.'s account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed November 19, 2026, in San Mateo, California.

By: *Ronita Jit*
Ronita Jit