# Exhibit 1
# to Supplemental Declaration of R. Jit

# (FILED UNDER SEAL)