# Exhibit 2
# to Supplemental Declaration of R. Jit

## (FILED UNDER SEAL)