# Exhibit 4
# to Supplemental Declaration of R. Jit

https://web.archive.org/web/20261116210118/https:/en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use November 19, 2026 at 10:45 AM PST
INTERNET ARCHIVE WaybackMachine https://en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use Go OCT NOV DEC 16 2025 2026 2027
13,631 captures
20 Sep 2017 - 16 Nov 2026
About this capture


Articles in this section

- Creator Wallet Fee Schedule
- Creator Wallet Terms
- Roblox Terms of Use
- Roblox Terms of Use for the European Economic Area, the United Kingdom and Switzerland
- Roblox Privacy and Cookie Policy
- Roblox Community Standards
- Summary of the Roblox Terms
- OSA Annex
- Advertising Integrations Terms
- Roblox Accessibility Statement

See more

# Roblox Terms of Use

***Effective Date: November 1, 2026***

We are updating our Terms of Use to make them clearer and to better explain how Roblox works. Here's a high-level summary of the changes:

- We have tried to simplify the language and reorganize sections of the Terms of Use, including the User Terms and Creator Terms.
- We are clarifying Roblox's role on how user generated content (UGC) is provided to you on the platform. In general, Roblox acts as the principal distributor and merchant of record for purchases made through Roblox. This means that when you access or purchase any content on the Roblox Platform, you are obtaining the content from Roblox. Users and Creators do not enter into a direct transaction with each other for those purchases. We are also clarifying related sections on Robux, payments, tax, and Creator payment.
- For Users in the EEA only, we added the right of withdrawal for consumers.

USER TERMS
CREATOR TERMS
Appendix A (Japan)
Appendix B (South Korea)
Appendix C (Vietnam)
Appendix D (Australia)

## ▼ USER TERMS

### 1 ▼ Introduction

Welcome to Roblox! Our vision is to reimagine the way people come together, and these terms describe our legal obligations to each other. These Roblox User Terms ("**User Terms**") apply to your use and access to the Roblox website (www.roblox.com) and its related platform (collectively, "**Platform**") and various other features and services, including websites, applications, forums, content, functionality, products, and services (together with the Platform, "**Services**") provided by Roblox Corporation ("**we,**" "**us,**" "**our**") to allow users ("**Users,**" "**your**," or "**you**") to play, create, and connect.

Roblox aims to create a safe and civil online environment for our Users, as described in our Community Standards.

If you use Roblox Studio, Creator Store, Creator Hub, DevForum, Roblox APIs or other Developer Products, services, or associated software (collectively, "**Roblox Creator Platform**"), the Creator Terms of Use ("**Creator Terms**") also apply to that use. These User Terms work alongside and incorporate by reference the Creator Terms, Developer Exchange Terms, Community Standards, Privacy Policy, Annexes, Name and Logo Guidelines, and EU Digital Services Act Terms, and any other terms that may be shown to you on the Platform (collectively, "**Roblox Terms**"). Copies of all terms and policies are accessible at https://en.help.roblox.com/hc/categories/45348186499220-Legal-Documents.

Additional terms, including country-specific terms and Annexes, may apply based on the jurisdiction from which you access the Services such as the United Kingdom/European Economic Area (EEA) or Switzerland, Australia, Japan, South Korea, and Vietnam. If there is a conflict between those jurisdiction-specific terms and these Roblox Terms, the jurisdiction-specific terms control only to the extent required by applicable law and only for Users in that jurisdiction.

For U.S. and Canadian Residents (except for Quebec residents), Roblox's

Arbitration Agreement (Section 11.2.2) outlines how disputes between you and Roblox will be resolved. Specifically, these Roblox Terms contain **A BINDING, INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER. THIS MEANS THAT YOU GIVE UP THE RIGHT TO BRING AN ACTION IN COURT, INDIVIDUALLY OR AS PART OF A CLASS ACTION.**

These rules are essential for making Roblox a place where people can connect with optimism and civility. If you believe someone isn't following the rules, please let us know immediately by using our Report Abuse feature.

## 2 ▼ Your Account

To access the Services, you will need to create a Roblox account ("**Account**"). Creating an Account enables you to access the Services including Games, Developer Products, Marketplace Items, Assets, User Generated Content, Creator Store assets, content created within Games, images, videos, audio, text (e.g., comments on DevForum, messages), content generated by AI, or other materials, whether provided by Users, Creators, or Roblox (collectively, "**Content**").

*2.1 Who can have an Account*

Users ages 5 and older may create an Account, but certain features for the Services must be enabled by a parent or legal guardian through our Parental Controls.

*2.1.1 Users under the age of 18*

If you are a User under the age of 18 (a "**minor**"), you must create the Account together with your parent or legal guardian. Your parent or legal guardian must accept these Roblox Terms on your behalf and allow you to use the Services. Please have them read the Roblox Terms with you. If you are a parent or legal guardian of a User under the age of 18, by allowing your minor to use the Services, you are also subject to the Roblox Terms and responsible for your minor's activity on the Services. You can find tools and resources to help you manage your family's experience on Roblox at Parental Controls.

*2.1.2 Parent Linked Accounts*

If you are a parent or legal guardian, you can create and manage a "**Parent Linked Account**," which is a linked Account with parental privileges and controls that allows Users to supervise one or more minor Accounts. By setting up and using a Parent Linked Account, you represent and warrant that:

a. you are the parent or legal guardian of any minor Account you link;
b. you accept the Roblox Terms also on behalf of your minor;
c. you have the legal authority to consent to the collection and use of your minor's Personal Information as described in our Privacy Policy; and
d. you accept full responsibility for your minor's use of the Services, including all actions taken under their Account.

*2.1.3 Entities; Business Users*

If you are using the Services on behalf of an entity, you represent and warrant that you have authority to bind that entity to Roblox Terms and by accepting the Roblox Terms, you are doing so on behalf of that entity.

*2.2 Creating an Account*

To create an Account, you will be asked to provide a username, date of birth, and method of authentication such as a password. You agree to provide Roblox with true, accurate, and up to date information. Roblox reserves the right to take steps to verify the information you provide for your Account.

*2.3 Your responsibilities*

You have a responsibility to comply with these Roblox Terms (including the Community Standards and all other policies incorporated in the Roblox Terms) and all applicable laws, regulations, and third party rights while using the Services.

*2.4 Account security*

You are responsible for any actions taken on your Account and on the Services using your access credentials. For recommendations on measures to secure your Account please visit Keep Your Account Safe. Selling your Account, selling your access credentials, or contributing

to the unauthorized use of your Account is strictly prohibited. If you get locked out of your Account, please visit Roblox Account Recovery.

*2.5 Compromised Accounts*

If you suspect your Account has been compromised, is not secure, or has been subject to unauthorized use, you must immediately notify Roblox by contacting Roblox Support. If another User asks for your password or any personal information, you should report them immediately using the Report Abuse feature.

*2.6 Deactivating or deleting your Account*

Deactivating your Account disables your Account and hides your profile. You may also delete your Account, which terminates access to the Account, to your Content, to your Robux, and to any Content you have accessed or used on the Services, and we initiate the deletion of the data associated with the Account, subject to Roblox's Privacy Policy and data retention policies. To deactivate or delete your Account follow the instructions at How do I deactivate or delete my account. These Roblox Terms continue to apply while your Account is deactivated. Certain provisions of the Roblox Terms will survive deactivation or deletion of your Account as outlined below in Section 15.2 (Termination and survival).

## 3 ▼ Content

Content is protected by intellectual property and other laws. You agree that you do not acquire any ownership rights whatsoever in anyone else's Content by interacting with Content or by purchasing Paid Services. Roblox reserves all rights to Content not granted expressly in these User Terms. All Content is provided on an "as is" and "as available" basis and we expressly disclaim all warranties of any kind, whether express or implied, with respect to the Content.

The availability of Content and features may vary between countries and not all Content or features may be available in your country. You may be asked to provide information like an email address, phone number, or a government-issued photo identification to access certain Content or features in Roblox Player. Note that we may block, remove, or delete Content in certain regions for legal and regulatory reasons, such as an order or injunction from any court, administrative body, or regulatory authority. See Regional Restrictions on Features and Content for more information.

*3.1 Content you provide*

You can provide your own Content on and to the Services, by licensing it to Roblox. We call this "**User Generated Content**" ("**UGC**") and define it as Content of any kind that you create, upload to, post, or otherwise make available on the Services, including but not limited to Prompts input into the AI Features and Outputs generated by the AI Features. You are solely and legally responsible for the UGC you license to Roblox. If you choose to provide UGC to the Services, you are responsible for ensuring that:

a. you have the right to do so;
b. your UGC is lawful;
c. your UGC complies with the Roblox Terms and in particular the Community Standards; and
d. you have the right to grant the licenses in Section 3.2 below.

For example, the UGC you license to Roblox must not include third party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so.

You retain all ownership, right, title, and interest in and to your Content as permitted by law, subject only to the non-exclusive license granted in the Roblox Terms.

*3.2 License to Roblox*

If you provide UGC to the Services, you are a "**Creator**" and any Content you provide is subject to the Creator Terms. In order to provide the Services and grant other Users the license described in Section 9, Roblox requires a corresponding license from Creators. As a Creator, you grant to Roblox a worldwide, non-exclusive, royalty-free (subject to Section 4.2 (Roblox's Right to monetize) and Section 6 (Roblox economy) of the Creator Terms), perpetual, irrevocable, fully sublicensable and transferable license (including to other Users) to use, host, store, transfer, copy, reproduce, distribute, modify, adapt, prepare derivative works of, display, publicly perform, publish, and otherwise exploit the UGC provided to

Roblox, and any other information and data relating to your interaction with our Services, in whole or in part, for any lawful business purpose, including without limitation:

a. promoting all or part of the existing or future Services;
b. for making UGC available within the Services to other Users and audiences, enabling Users to engage with the UGC (as further described in Section 3.3 (Engaging with UGC) of the User Terms below), monetizing that engagement (as further described in Section 6 (Roblox economy) of the Creator Terms below), and generating revenue from the licensed material as part of operating and offering the Services; and
c. in connection with developing, improving, or training any AI or machine learning models.

This license does not entitle you to any payments from Roblox, except where you separately qualify according to Section 6 (Roblox economy) of the Creator Terms.

You further allow Roblox to make available UGC to third parties and object to, suspend, or terminate the use of the UGC by third parties. Notwithstanding the foregoing, you acknowledge and agree that any views expressed in UGC are yours alone and do not necessarily reflect Roblox's views; Roblox does not endorse any UGC or the views expressed in it by enabling you to provide UGC or by making available UGC through the Services. You may delete or modify any UGC that you have provided at any time, provided, however that to the extent other Users have accessed UGC via the Services, whether as User Marketplace Items or otherwise, such Users may continue to use such UGC after you have deleted it, and Roblox itself may continue to use any UGC that you have deleted pursuant to the terms of the perpetual license that you grant to Roblox herein, including in the event that your Account is suspended or terminated, whether by Roblox or by you for any reason.

### *3.3 Engaging with UGC*

Our Services may display UGC created by other Users for use with your avatar, such as clothing, accessories, or other digital items (“**User Marketplace Items**”). You may also access or use items or abilities from Creators such as in-Game currency, game passes, or potions (“**Developer Products**”), which Roblox distributes and makes available to you as principal under these User Terms. Such UGC is primarily intended for use within the Services by yourself or other Users; you may access and use such UGC only as enabled by the features of the Services, and not independently of the Services.

Roblox makes available UGC that you can access and interact with through the Services. Any acquisition of UGC on the Services is solely for your personal entertainment.

Roblox may grant you a license to use Robux to access or interact with UGC made available by Roblox in accordance with Section 5 of these User Terms.

### *3.4 Roblox-Owned Content*

The Services are owned and operated by Roblox. Roblox-created and/or -owned text, images, illustrations, visual interfaces, graphics, photographs, video clips, icons, design, fonts, compilation, information, data, computer code, products, trademarks, avatar models, clothing items, Roblox-published Games, and other elements of the Services (collectively, “**Roblox-Owned Content**”) are provided to you for use with the Services solely in accordance with these Roblox Terms. For clarity, “Roblox-Owned Content” means Content owned or created by Roblox itself, and is distinct from UGC that Creators license to Roblox and that Roblox licenses to Users as principal. To the extent you modify, customize, or create derivative works of any Roblox Classic Avatars (the avatar models defined in Roblox's Name and Logo Guidelines) (each, a “**Modified Classic Avatar**”), you hereby irrevocably assign to Roblox all right, title, and interest, including all intellectual property rights, in and to such Modified Classic Avatar, including any Modified Classic Avatars you created under prior versions of these Roblox Terms. Roblox grants you a limited, non-exclusive, revocable, non-transferable license to use each Modified Classic Avatar solely on the Services in accordance with these Roblox Terms. For clarity, this assignment does not extend to UGC that you incorporate into a Modified Classic Avatar and that is not itself derived from Roblox Classic Avatars.

Our Services may enable you to access certain Roblox-Owned Content for use with your avatar, such as clothing, accessories, or other digital items (collectively, “**Roblox Marketplace Items**” and together with the User Marketplace Items, the “**Marketplace Items**”). You may be able to use Robux to acquire Roblox Marketplace Items. Any use of Robux shall be subject to the terms and conditions of Section 5.1 below.

#### *3.4.1 Prohibited uses*

Roblox-Owned Content may not be used outside of the Services unless such use is both (a)

expressly authorized by Roblox, and (b) consistent with Roblox's Name and Logo Guidelines. Any unauthorized use of any Roblox-Owned Content is strictly prohibited. Suspicious trading activity (including trading or receiving stolen items) may result in account moderation at Roblox's sole discretion.

*3.4.2 Roblox Subscriptions*

Roblox may offer you access to additional benefits or other digital items provided by Roblox through paid subscriptions (“**Roblox Subscription**”). Your purchase and use of the Roblox Subscription is subject to the Roblox Subscription Terms.

*3.5 Recommendations and Rankings*

Depending on the Roblox feature, Roblox uses different factors to provide Users the most relevant search results and recommendations. For details on search results and recommendations including how you can modify them, see Recommendations and Ranking on Roblox.

## 4 ▼ Safety and civility

*4.1 Content Moderation on Roblox*

The Content Moderation on Roblox page and the Community Standards explain how you can report Content that is illegal or violates the Roblox Terms including the Community Standards. The Content Moderation on Roblox page also provides details on how Roblox moderates content, including Roblox's content moderation measures, processes, and tools, and how you can appeal Roblox's content moderation decision.

If you are a rights holder and want to report UGC that infringes your intellectual property rights (such as copyright or trademark), refer to Section 10.2.

To monitor that Content meets our Community Standards and complies with the Roblox Terms, as described above, Roblox may access and review Content, including Content shared via Communication Features and other non-public Content.

Roblox offers various ways for Users to communicate across the Platform and the Roblox Creator Platform (collectively, “**Communication Features**”). You must complete an age check before using Communication Features.

*4.2 Actions we may take*

Should we identify any UGC or behavior that violates the Roblox Terms (including our Community Standards and all other policies incorporated in the Roblox Terms) or applicable law, we will make an assessment and take moderation actions based on that assessment, including but not limited to:

a. issuing warnings;
b. blocking, removing, or deleting UGC;
c. removing or restricting your access to the Services;
d. terminating or suspending availability of the UGC or your Account; or
e. contacting law enforcement.

Roblox has the right, but not the obligation, to monitor, review, modify, disable access to, or remove any UGC or other Content on the Services, in whole or in part, at any time, with or without notice, and without liability to you or any third party.

*4.3 Notice*

Roblox will notify you of the reason for our actions pursuant to this Section 4. Roblox may delay or omit a notice where we reasonably believe that notifying you:

a. would breach the law or the direction of an authority or court or would otherwise risk legal liability for Roblox;
b. would compromise an investigation or the integrity or operation of the Service;
c. would cause harm to any User, other third party, or Roblox;
d. would not be possible due to technical restrictions; or
e. would not be required under applicable laws.

If we delay notice, we will provide notice once the reason for the delay no longer applies.

*4.4 Appeal*

Roblox values transparency and works hard to give you context for the decisions we make. To request review and appeal any decision contact Roblox Support.

See Appeal Your Content or Account Moderation and Content Moderation on Roblox for more information on how to appeal, including relevant Roblox policies and processes.

As applicable, you may also have the option to select an out-of-court dispute settlement body to resolve disputes as described at Content Moderation on Roblox. Subject to Sections 11 and 14 of the User Terms, you may also appeal decisions in court.

For appeals relating to intellectual property moderation actions, refer to Section 10.2.

*4.5 Misuse*

Roblox may refuse to process (i) appeals or (ii) illegal content reports submitted by Users or non-Users that repeatedly or egregiously misuse Roblox's appeal system or illegal content notice form. Examples of such misuse include frequently providing unsubstantiated notices or appeals, or abusive use of the appeals or notice system including submitting a high volume of appeals or notices without any information. Such refusals may take into consideration factors such as the User's historic use of the appeal system or illegal content notice form and the severity of the misuse. Refusal durations may vary depending on the degree of the violation.

Roblox may also take action as described in Section 4.2 where a User misuses the service by publishing content that is illegal or violates the Roblox Terms. Roblox assesses misuse on a case-by-case basis, considering, for example, the nature, severity and consequences of the violation, the User's historic use of the Services, prior violations and the User's intention. For example, we may warn or suspend for 1 day or longer a User who publishes hate speech and terminate the account if the User does so repeatedly. For severe violations, we may terminate the account immediately and without prior warning. Nothing in this section limits Roblox's right to take any action under Section 4.2 where a User violates the Roblox Terms or applicable law.

## 5 ▼ Your use of the Services

We strive to make Roblox a place where people can connect with optimism and civility. To help advance this goal, we provide the Services described below to you.

Please also take a look at the Computer Hardware & Operating Systems Requirements that are required for using Roblox.

*5.1 Robux*

Roblox offers Robux, available for purchase, for use on the Services. When you acquire or purchase Robux, you receive a limited, non-transferable, revocable license to use Robux to access or use Content made available by Roblox on the Services and in compliance with the Roblox Terms. Robux may not be purchased, used, sold, distributed, or otherwise used, except through channels and mechanisms made available or otherwise approved by Roblox.

Robux has no equivalent fiat or cash value and does not constitute money or monetary value. Robux is not intended to be, and may not be used as, a mechanism to transfer money, a third-party payment mechanism, or a donation or crowd-funding instrument. Robux cannot be redeemed, returned, or exchanged for cash (i.e., "real" money), legal tender, or any form of credit, except to the extent required by applicable law. Robux cannot be resold, transferred for value (except as expressly contemplated by the Roblox Terms), traded, or sold on secondary markets.

*5.1.1 Using Robux*

You can use Robux only within the Services. Roblox deducts the used Robux from your Account.

You can use Robux in your Account to access or use Content made available by Roblox on the Services and in compliance with the Roblox Terms. You have no rights, entitlement, or other vested legal interest or ownership interest in Robux.

Robux do not expire. However, if you delete your Account or your Account is terminated for any reason, all Robux in your Account will become invalid and will not be reinstated if you create a new Account, unless required by applicable law.

*5.1.2 Revocation of Robux*

Roblox may temporarily or permanently revoke Robux associated with your Account at any time without notice, refund or compensation at our sole discretion, including in the event that:

a. the Robux offering is suspended or discontinued;
b. Roblox determines that fraud or other illegal conduct is associated with your Account;
c. your Account is suspended or terminated for any reason;
d. we are required to do so to comply with applicable law or an order or request from a court or competent regulatory or governmental authority; or
e. Robux was acquired in violation of the Roblox Terms, applicable law, or in an impermissible manner, including outside of Roblox's authorization or control.

#### *5.1.3 Changes to Robux*

Roblox reserves the right to modify the nature, availability, and uses of Robux, including by modifying the relative value of Robux with respect to acquiring UGC. The Content and Services that you can access or interact with using Robux are subject to change, including the number of Robux required to access or interact with Content or Services.

### *5.2 Communities, Forums, Groups*

A "**Community**" is a space for Creators and Users to discuss Games, report issues, and otherwise build stronger connections. A "**Forum**" is a Community space where conversations are organized into nested threads. Owners can manage Forum visibility and access based on specific roles. The respective "**Group**" that is linked to each Community can be used by Creators to work together to create and offer UGC, subject to the Creator Terms.

#### *5.2.1 Communities, Forums, Groups*

Creating or joining a Group/Community will give you access to additional features such as inviting members to the Group/Community and reviewing requests to join the Group/Community. See Community guidelines for more information.

#### *5.2.2 Owner responsibilities*

Being an "**Owner**" of a Group/Community is an unofficial, voluntary position that may be available to Users of the Services. If you become an Owner, you agree:

a. to take on the responsibility to maintain a healthy and safe environment within the Group/Community;
b. to be responsible for all UGC that is created, uploaded, published, or otherwise made available by, owned by, or associated with the Group/Community, including UGC that you did not personally create, and for ensuring that all such UGC complies with the Roblox Terms;
c. to ensure that the Group/Community and Forums operates in compliance with the Community Standards; and
d. you may not represent that you are authorized to act on behalf of Roblox.

An Owner of a Group can assign roles to its Group members. See Group guidelines for more information.

#### *5.2.3 Consequences for Owners*

Roblox is not responsible for actions taken by Owners and we reserve the right to revoke or limit a User's ability to be an Owner if we reasonably believe an Owner breached the Roblox Terms or applicable law. In addition, if you fail to uphold your responsibilities as an Owner, Roblox may:

a. issue a warning;
b. remove Content from you or the Community, Forum, or Group;
c. put the Group/Community in a restricted state;
d. appoint a new Owner; and/or
e. terminate or suspend your Account.

#### *5.2.4 Transferring ownership*

An Owner may request to transfer ownership of the Group/Community to a new Owner. Roblox may reject the transfer if reasonable eligibility requirements concerning the new Owner are not met.

#### *5.2.5 Termination or suspension*

If an Owner's Account is suspended or terminated pursuant to these User Terms or other applicable terms, Roblox may designate a new Owner of the Group/Community.

### 5.3 AI Features

Roblox makes available certain optional features and creation tools that utilize artificial intelligence (“**AI**”) (collectively, “**AI Features**”) that you can choose to use as part of our Services, including the AI Tools for Creators in the AI technologies and AI Tools section of the Creator Terms. Some AI Features allow you to submit text or other materials as input for processing (“**Prompts**”) and return AI-generated responses based on your Prompts (“**Outputs**”).

#### *5.3.1 Responsibility for AI Features*

Roblox is not responsible for the Prompts and Outputs of AI Features. You are responsible for your interactions with AI Features and all Prompts you submit. By using AI Features, you represent and warrant that:

a. your use of the AI Features will not violate applicable law, the Roblox Terms and Community Standards; and
b. you have all rights, licenses, and permissions necessary to submit Prompts to AI Features and to grant all licenses to Roblox to use Prompts to provide the AI Features to you and as otherwise permitted by the Roblox Terms.

For clarity, but without limiting the license granted in Section 3.2, as between you and Roblox , and to the extent permitted by applicable law, you retain any right, title, and interest that you have in the Prompts. Roblox does not assert any ownership rights in any new intellectual property created in your Outputs.

#### *5.3.2 Reliance on Outputs*

The AI Features and their underlying AI technologies are continuously evolving. By using the AI Features, you understand and agree that:

a. Outputs are machine-generated and may be unreliable or incomplete, or contain errors, inaccuracies, biases, or offensive content that is inconsistent with Roblox's views;
b. you should evaluate and verify Outputs before using or sharing them, including for accuracy, legality, and appropriateness for your use case;
c. you should not rely on Outputs as professional advice or for any decision, system, or application where using Outputs could result in harm, injury, death, or other losses;
d. due to the nature of the AI Features and AI generally, Outputs may not be unique and other Users may receive similar Outputs from the AI Features; and
e. you, not Roblox, are solely responsible for your use of, and any actions you take in relation to, Outputs and any other content generated by AI Features.

#### *5.3.3 Prohibited uses*

When using our AI Features, you may NOT access, use, or allow others to access or use AI Features to:

a. promote, facilitate, or engage in illegal, harmful, discriminatory, or abusive activity, including by taking advantage of others based on their characteristics, social behavior or personal information;
b. violate or do anything that could lead to a violation of applicable law, the Roblox Terms, or the Community Standards;
c. evaluate, classify, score or rate others based on their social behavior or personal information in a manner that results in detrimental, unfair or unfavorable treatment;
d. submit Prompts that include sensitive, confidential, or personal information;
e. obtain or infer personal information or other sensitive information of others;
f. intentionally deceive or mislead others in any way, including into thinking that Output was created by a human;
g. manipulate or deceive others, or exploit vulnerabilities of others due to factors such as age, disabilities, or specific social or economic situations, with the objective to materially distort the behavior causing others to take decisions they would otherwise not have taken and that causes or is likely to cause significant harm;
h. solicit professional advice (including but not limited to medical, psychological, financial, or legal advice);
i. remove, alter, or disable any provenance or metadata tags;
j. implement automated decision making that has legal or similarly significant effects on individuals; or
k. detrimentally impact AI Features in any way, including by:
   a. modifying, copying, leasing, selling, or distributing the AI Features;
   b. reverse engineering, decompiling, or disassembling the AI Features;
   c. using the AI Features to develop models or services that compete with Roblox or any of its offerings or services; or
   d. disrupting or otherwise impairing the AI Features, including any safety or privacy

filters, controls, or mechanisms.

*5.4 Roblox Commerce*

Roblox may allow the placement of advertisements in the Games by Commerce Providers for the sale of physical goods. Engaging with Commerce Providers will direct you to third-party services unaffiliated with Roblox. Roblox does not represent or warrant, express or implied, the authenticity, legality, merchantability, fitness for a particular purpose, or non-infringement of any content offered by Commerce Providers, including terms, purchases of items or merchandise, returns, prices, payments, handling, customer service and related inquiries. Any transactions with, or payments made through the Commerce Providers, will be governed by their terms and Roblox is not responsible for, or a party to, any transactions.

*5.5 Developer Subscriptions*

"**Developer Subscriptions**" are automatically renewing subscriptions associated with a Creator or Game that provide Users with certain Creator-designated benefits. When you purchase a Developer Subscription, you agree that your subscription will automatically renew and that Roblox, through its payment provider, is authorized to charge your payment method accordingly until you cancel the Developer Subscription. You may cancel your Developer Subscription by visiting the Subscriptions tab within your Settings. All purchases of Developer Subscriptions are final and, unless otherwise permitted by Roblox or as required by law, non-refundable and non-transferable.

## 6 ▼ Paid Services

Certain Services and Content may be made available for a one-time fee or recurring fees charged in cash or obtained through the use of Robux ("**Paid Services**").

*6.1 Merchant of Record*

Your acquisition of Robux or Paid Services are transactions between you and Roblox, except as otherwise provided in the Roblox Terms, such as for Roblox Commerce or Creator Store. This means that when you obtain Robux or a Paid Service, you are acquiring the Robux or Paid Service directly from Roblox. You acknowledge and agree that all use of Robux, including the use of Robux to access, interact with or use UGC and other Paid Services on the Platform, are directly and exclusively between you and Roblox as the principal distributor and Merchant of Record. Regardless of whether Content is created or developed by Creator or Roblox, Roblox supplies and licenses such Content to you. Roblox grants you the right to access and use Content as set forth in these User Terms. Except as otherwise provided in the Roblox Terms, no direct contractual relationship, transaction, sale, or license is formed between you and any Creator with respect to your use of Robux or the Paid Services.

*6.2 Payment methods*

Roblox accepts certain payment methods as detailed in Which payment methods can I use. You must have a valid, accepted payment method on file in order to purchase Robux or Paid Services, or to participate in no-cost trial offers or other no-cost offers related to the Paid Services. You can update your payment methods in the "Payment method" section of the Settings page in your Account prior to any purchases. You agree to pay for any Robux or Paid Service that you order. Your payment method will be charged for the price for the Robux or Paid Service, as applicable, along with any additional amounts relating to applicable Taxes (as set forth in Section 8 (Taxes) below), bank fees and currency fluctuations.

*6.3 Backup payment method*

If any payment for Robux or a Paid Service cannot be completed via your designated payment method, you authorize Roblox and/or its service provider to collect the payment (and any fees associated with such failed payment) from your designated payment method or any other payment method you have saved to your Account. If Roblox is unable to charge you for Robux or a Paid Service, you may not be able to access the Robux or Paid Service, as applicable, until you update your payment method(s). Where possible, we will provide you with notice when this happens. If you fail to update your payment method(s) within a reasonable amount of time following that notice, Roblox may cancel or suspend your access to the applicable Robux or Paid Service.

*6.4 Payment processors*

Roblox uses third-party service providers for payment processing services (e.g., card acceptance, merchant settlement, and related services) ("**Third-Party Payment Processor**").

If you make a purchase of Robux or Paid Services, you will be required to provide your payment details and any additional information required to complete your orders either to Roblox or directly to our Third-Party Payment Processor. You may also be required to agree to terms and conditions directly with the processor.

#### *6.5 Unauthorized transactions and refunds*

If you notice charges on your payment method relating to Robux or Paid Services that you did not authorize, please contact Roblox Support immediately. Except as otherwise stated in the Roblox Terms (including the Annexes setting out jurisdiction-specific terms) or required by applicable law, all purchases of Robux or Paid Services are final, non-refundable and non-transferable. We do not provide refunds or credits for unused Robux or Paid Services, or one-time purchases. See Unauthorized Charges & Refund Requests for details.

#### *6.6 Changes to pricing*

You acknowledge that prices for Robux or Paid Services may change from time to time, for example, to reflect inflation, changes in applicable taxes, or changing business needs.

## 7 ▼ Changes to the Services, including Robux and Paid Services

Roblox is constantly improving and modifying the Services to improve the User experience and User safety. For this reason, Roblox may modify, suspend or discontinue the Services, or parts of the Services, including features that involve Robux. For example and without limitation, Roblox may (i) add or remove features, (ii) offer new content or services, (iii) discontinue services or (iv) change the limits for the amount of Robux that can be purchased or held in your account, or (v) change the price of Robux or of Paid Services as set out in Section 6.6.

Roblox will provide you with reasonable advance notice as required by applicable law.

## 8 ▼ Taxes

#### *8.1 Paid Services*

Except as otherwise provided in program-specific terms such as the Ad Terms and Extended Services Terms, when you purchase Robux or certain Paid Services from Roblox in fiat currency, including purchases of Roblox Subscriptions, Developer Subscriptions, or Paid Access Games, the price payable is the price indicated at the time of purchase, plus all applicable sales and/or use taxes, value added tax ("**VAT**") or goods and services tax ("**GST**") or similar taxes and charges (collectively "**Taxes**") that Roblox assesses on your purchase. For U.S. and Canadian purchasers, any applicable sales tax will be separately stated and added to the price displayed; for purchasers in other countries where Roblox is registered for VAT or GST, the payable price will include any applicable VAT or GST, at the rate applicable in the territory, unless otherwise indicated at the time of purchase.

At checkout, Roblox may ask for your location information to determine the correct tax amount for your purchase. This information can be saved in your settings for future purchases, but doing so is always optional.

#### *8.2 Paid Access*

Paid Access is a Paid Service that provides you access to certain Games for a one-time payment by the User in Robux or local currency or USD ("**Paid Access**"). Depending on the Game, you may purchase Paid Access in only Robux or real currency. You can purchase a Paid Access on desktop in your local currency, or in USD if your local currency isn't available. You may request a refund for a Paid Access paid for in USD or local currency within 48 hours of purchase. Paid Access paid for in Robux is final and non-refundable and non-transferable, unless otherwise permitted by Roblox or as required by applicable law.

To the extent withholding taxes, including but not limited to any duties, customs duties, and any Taxes, including any related penalties or interest, are applicable to Creators of Paid Access Games in local currency, these will be deducted from the Creator Payments (as defined in Section 6 of the Creator Terms) owed to you. Please see Section 6.2 of the Creator Terms for more information about taxes that may be deducted or withheld from Creator Payments, including applicable tax forms that must be submitted to Roblox prior to the receipt of any Creator Payment.

*8.3 Creator Store*

All transactions on the Creator Store are processed by a Third-Party Payment Processor. By engaging in a Creator Store transaction, you agree to comply with and be bound by the applicable terms and privacy policies of the Third-Party Payment Processor. Roblox is not responsible for any failures or delays in payment processing caused by a third party.

If you are under the legal age of majority in your jurisdiction or state of residence, your parent or legal guardian must create the associated account with our Third-Party Payment Processor, including consenting to any additional terms as outlined by them. If you are the parent or legal guardian of a minor, you agree that you will be responsible for all transactions made on Creator Store by your minor whether or not such purchases were authorized by you.

The sales price of an Asset on the Creator Store is exclusive of Taxes which may be applicable, and other Taxes or fees of any kind imposed with respect to supplies in any country, state or locality. The Creator agrees to comply with any and all applicable tax laws, including the reporting and payment of any Taxes arising in connection with your use of the Creator Store, and that the reporting and payment of any such applicable Taxes are the Creator's responsibility. Roblox or its Third-Party Payment Processors have the right to deduct or withhold taxes from any payments to you to the extent it determines it is required to do so under applicable law.

9 ▼ **License from Roblox**

*9.1 License to Content and Services*

Subject to your ongoing compliance with these User Terms, we grant you a limited, non-exclusive, terminable, non-sublicensable, non-transferable, non-assignable, revocable license to access and use Content and the Services in connection with the Platform. This license is for the sole purpose of enabling you to use and enjoy the benefit of Content and the Services as provided by Roblox, in the manner permitted by these User Terms including the Community Standards. All Content is licensed and distributed to you by Roblox as principal, and not by any Creator. We reserve all rights, title, and interest not expressly granted in the Roblox Terms and you may not access or use Content or the Services except as set forth in the Roblox Terms. You may not remove any copyright or other proprietary notices from the Services.

*9.2 Restrictions on use*

When you use the Services, you will not (and will not attempt to or permit or enable others to):

a. access, reproduce, download, distribute, display, publicly perform, sell, license, alter, modify or otherwise use any part of the Service (including the source code of any proprietary software used to deliver the Service) or any Content except:
   a. as expressly authorized by the Service; or
   b. with prior written permission from Roblox and, if applicable, the respective rights holders;
b. reverse engineer, disassemble, decompile, decode, adapt, or otherwise attempt to derive or gain access to source code;
c. circumvent, disable, fraudulently engage with any part of the Service, or otherwise attempt to gain unauthorized access to any portion of the Service or any other systems or networks connected to the Service;
d. access the Services using any means (for example, through data mining, robots, crawlers, scrapers or other automated data gathering and extraction tools) in connection with the training, development, or use of machine learning models or AI;
e. harvest any Content or data on the Services for any purpose including in connection with the training, development, or use of machine learning models or AI;
f. use the Service to sell any advertising, sponsorships, or promotions placed on, around, or within the Service or Content, other than those allowed via the Roblox Advertising Terms, Advertising Integrations Terms, or such other advertising terms as may be agreed with Roblox;
g. use the Services in violation of the Community Standards or other provisions of the Roblox Terms; or
h. use Roblox-Owned Content outside the Services or in connection with any off-Services merchandise, film, publication, or other derivative work.

*9.3 Reservation of use*

Insofar as use of Content for commercial purposes, including AI training, is permissible under applicable law, Roblox, on its own behalf and on behalf of its Users, expressly reserves all rights to use any Content on the Service for such purposes.

*9.4 Third Party Services*

Some parts of the Services, including AI Features, may include or embed external APIs, content, tools, software code, or other services from third parties ("**Third Party Services**"). It's your choice whether to use these Third Party Services and whether to participate in Games or other spaces that incorporate them. We are not responsible for, nor do we control, these Third Party Services, including how the third party may collect, use, or store your information. By using the Third Party Services included in our Services, you agree to be bound by their separate terms, conditions, and policies, which we do not control. You are responsible for reviewing and accepting these third party terms and agreements that govern your use of their services and will be solely responsible for any associated fees owed to third parties. Roblox does not warrant or endorse, and will not have any liability for, any Third Party Services.

*9.5 Open source software*

Some of the Services include software subject to separate open source license terms, and your use of those Services is subject to your compliance with those license terms, when applicable. Open source software licenses constitute separate agreements with you so we encourage you to review them. To the limited extent the open source software license expressly supersedes these User Terms, the open source license instead sets forth your agreement with Roblox solely for the applicable open source software.

## 10 ▼ Roblox Intellectual Property

*10.1 Roblox trademarks*

Unless the exception in Section 10.1.2 below applies, you are prohibited from using the name "Roblox," "Blox," and any name similar to Roblox in the titles of any Games, usernames, display names, and Group/Community names.

*10.1.1 Limited license*

Subject to Section 10.1 above and your adherence to the Roblox Name and Logo Guidelines, Roblox grants you a non-exclusive, personal, limited, revocable, non-transferable license to use Roblox trademarks, whether registered or unregistered, solely for use within your UGC on the Services. All goodwill arising from any use by you of any Roblox trademarks will be solely for the benefit of Roblox. Use by you of any Roblox trademarks outside of the Services (including a trademark that may be contained in the title of a Game) is permitted only as set forth in the Roblox Name and Logo Guidelines.

*10.1.2 Exception*

If you published a Game prior to June 22, 2022, that contained "Roblox," "Blox," or similar names in the Game titles, you may: (a) continue to keep the name of your Game; and (b) if applicable, keep any User names or Group/Community names associated with that Game.

*10.2 Copyright, trademark, and takedowns*

Roblox respects the intellectual property of others and requires that Users of our Services do the same. As explained in our Community Standards, we will remove UGC from the Services upon receiving a valid takedown request from a rights holder. We will also terminate the Accounts of repeat infringers in appropriate circumstances. See our IP Guidelines and Section 4.1 above for more details about submitting a copyright or trademark infringement notice.

*10.3 Feedback*

Any feedback you may provide regarding or relating to the Services is entirely voluntary, and you hereby grant us a perpetual, irrevocable, royalty-free, fully paid, worldwide license to use your feedback for any purpose as we see fit and without any obligation to you. Comments and suggestions about the Services are deemed non-confidential and non-proprietary and Roblox has the right to use them for any purpose.

## 11 ▼ Conflicts and Disputes

### *11.1 Conflicts between Users*

If you are facing any issues with a Game or if you have been banned by the Creator from a specific Game, you should reach out to the Creator directly for assistance. See Contacting a Game's Creators for Help for additional information about conflicts between Creators and Users.

#### *11.1.1 Game Rules*

Roblox permits Creators to create custom rules that govern a Game and actions of Users in that Game (**"Game Rules"**) as long as Game Rules do not contradict or undermine the Community Standards and the Roblox Terms. Game Rules are created, governed, and administered by the Creators and not by Roblox so Game Rules violations should not be reported to Roblox. Violations of Game Rules may only be reported to and handled by the Creator of the Game directly. Moderation actions for Game Rules are conducted by the Creator on behalf of the Game, and Roblox is not responsible and will have no liability for a Creator's actions enforcing Game Rules or the content of the Game Rules themselves.

#### *11.1.2 Escalation to Roblox*

While Roblox is not responsible for the actions or moderations of a Creator based on the Game Rules, Roblox wants to make sure that everyone enjoys the Services. Accordingly, Roblox has the right (but not the obligation) to intervene in issues between Users and Creators to try to help resolve them. Before escalating any such issues to Roblox, Users should first make a real, genuine effort to work out a resolution. Users may escalate the issue by contacting Roblox Support. If Roblox chooses to intervene or take action in any dispute, the Users involved agree: (a) to work with Roblox in a timely manner to resolve the dispute; and (b) to grant Roblox the right to implement decisions made with respect to resolving the issue.

### *11.2 Disputes between you and Roblox*

Except as otherwise permitted in the User Terms, you agree that any dispute, claim, or controversy you may have with Roblox arising under or relating in any way to the User Terms (**"Dispute"**) will be governed and resolved through the Mandatory Informal Dispute Resolution (**"MIDR"**) process (as outlined below).

**FOR U.S. AND CANADIAN RESIDENTS ONLY (except for Quebec residents):** If the MIDR process has been completed but the Dispute remains unresolved, you agree that such Dispute will be determined through binding arbitration (as outlined below) and not through litigation before the civil courts. This agreement applies regardless of the legal theories involved in the Dispute and regardless of whether the Dispute is with Roblox, its subsidiaries, affiliates or parent company, or any suppliers or service providers involved with the Services , or their officers, directors, employees, agents, or successors. **YOU ACKNOWLEDGE AND AGREE THAT YOU ARE GIVING UP THE RIGHT TO FILE A LAWSUIT IN COURT BEFORE A JUDGE OR JURY, INCLUDING IN A CLASS ACTION, FOR ANY DISPUTES SUBJECT TO THE ARBITRATION PROVISION BELOW.**

#### *11.2.1 Mandatory Informal Dispute Resolution*

We hope there's never a Dispute between us and our Users. But if there is, both Roblox and our Users recognize and agree that good faith, informal efforts to resolve Disputes often result in prompt, low-cost, and mutually beneficial outcomes. Therefore, you agree that—before either User or Roblox may commence an arbitration or assert any claim in court, except as set forth in Section 10.2.1(f), below—User and Roblox will engage in the following MIDR process:

**(a) Notice.** To initiate the MIDR process, the party with a Dispute must first give written notice to the other party.

> **To notify Roblox**, you must send written notice to **Roblox Corporation, Legal Department, 3150 S. Delaware St., San Mateo, CA 94403** by certified U.S. Mail or by Federal Express (or international equivalent), providing: (a) the User's full name, Roblox username, and any email or billing address associated with the User's Account; (b) the name and contact information of the User's counsel, if User is represented by counsel; (c) a brief description of the User's Dispute and the resolution requested; and (d) the ticket or case number provided by Roblox Support to track previous attempts to resolve the Dispute, if there is one.

**To notify a User**, Roblox will send a written notice to the email address or billing address that you provided to Roblox (or, if none is provided, through the

messaging system on the Roblox Service); that notice will include (a) the name and contact information of Roblox's counsel; and (b) a brief description of Roblox's Dispute and the resolution requested.

**(b) Process**. Both parties will then engage in the MIDR process. The MIDR process requires conferring in writing—or, if requested by either party, via teleconference or videoconference —in a good faith effort to informally resolve the Dispute. If either party is represented by counsel, that counsel may participate.

**(c) Confidentiality**. All offers, promises, conduct, and statements made in the course of the MIDR process by any party, its agents, employees, and attorneys are confidential and not admissible for any purpose in any subsequent proceeding, provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable as a result of its use in the MIDR process.

**(d) Timing**. The MIDR process shall occur within sixty (60) days of receipt of the written notice described in subsection (a) above, unless an extension is mutually agreed upon by the parties. However, if a party is seeking injunctive relief on an emergency basis (for example, a preliminary injunction or temporary restraining order), the MIDR process with respect to that relief shall occur within three (3) business days of receipt of the written notice described in subsection (a) above, unless an extension is mutually agreed upon by the parties. Any statute of limitations will be tolled while the parties engage in the informal dispute resolution process described in this section.

**(e) MIDR Is a Mandatory Prerequisite to Arbitration or Litigation**. If, after participating in the MIDR process, the parties have been unable to resolve the Dispute, either party may commence an arbitration (or litigation, if the claim falls within an exception to the Arbitration Agreement (as defined below)). However, if the parties have not engaged in the MIDR process as set forth in this section, the Dispute may not be submitted to arbitration, nor may a claim be filed in court, until the MIDR process occurs. User and Roblox understand and agree that any Dispute that has not first been subject to MIDR:

1. Shall not be accepted by the arbitration provider, and shall be deemed frivolous under Federal Rule of Civil Procedure 11(b); further, the arbitrator may allocate any arbitration fees and/or costs to any party that files a frivolous claim in violation of this Section 10.2.1; and
2. Shall be subject to dismissal if asserted in court.

**(f) Exceptions**. If a Dispute involves a claim that asserts infringement of patent, copyright, trademark, or trade secret rights, the User and Roblox are not required to participate in the MIDR process set forth in this section.

*11.2.2 Arbitration Agreement*

**THE FOLLOWING APPLIES TO U.S. USERS AND CANADIAN USERS ONLY (except for Quebec residents)**. If there is a Dispute between Robloxand a User, and the parties are unable to resolve it through the MIDR process described in Section 10.2.1 above, this subsection explains in detail the process for resolving that Dispute. **Please read this section carefully; it's important**.

**(a) ARBITRATION AGREEMENT AND CLASS ACTION WAIVER**. EXCEPT AS OTHERWISE PROVIDED IN THE **USER TERMS**, **USER** AND **ROBLOX** AGREE THAT ANY DISPUTE THAT CANNOT BE RESOLVED THROUGH MIDR, WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AS SET FORTH HEREIN, RATHER THAN IN COURT. USER AND ROBLOX THEREBY AGREE TO WAIVE ANY RIGHT TO A JURY TRIAL AND AGREE THAT **USER** AND **ROBLOX** MAY BRING CLAIMS AGAINST EACH OTHER ONLY IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR CLASS ARBITRATION.

This arbitration agreement and class action waiver ("**Arbitration Agreement**") applies to all Users who are residents of United States and Canada (except for Quebec residents) and, except as provided below, to all Disputes—regardless of (a) the legal theories involved in the Dispute, (b) when the Dispute arose, and (c) whether the Dispute is with Roblox, with Roblox's subsidiaries, affiliates, or parent company, or with any suppliers or service providers involved with the Services (including any officers, directors, employees, agents, or successors).

**(b) Federal Arbitration Act; Interpretation; and Enforcement**. This Arbitration Agreement is governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) ("**FAA**

"), including its procedural provisions, in all respects. This means that the FAA governs, among other things, the interpretation and enforcement of this Arbitration Agreement and all of its provisions, including, without limitation, the class action waiver. State arbitration laws do not govern in any respect. Further, User and Roblox each agree that the Roblox Terms evidence a transaction involving interstate commerce and will be governed by and construed in accordance with federal law to the fullest extent possible.

**(c) Arbitration Generally; Relief Available.** There is no judge or jury in arbitration, and court review of an arbitration award is limited pursuant to the FAA. However, an arbitrator can award, on an individual basis, the same damages and relief as a court (including injunctive and declaratory relief and statutory damages) and must follow the Roblox Terms as a court would. The arbitrator's rulings or any relief granted must be individualized to you and shall not apply to or affect any other client. If applicable law precludes enforcement of any of this subsection's limitations as to a particular claim or any particular request for a remedy for a claim (such as a request for public injunctive relief), then the parties agree that the particular claim or the particular request for a remedy (and only that particular claim or particular request for a remedy) may proceed in court and must be severed from any arbitration.

**(d) Arbitration Proceedings and Rules.** Arbitrations will be administered by FedArb in accordance with FedArb's Expedited Arbitration Rules and (if applicable) Framework for Mass Arbitration Proceedings ADR/MDL, except as modified by the Roblox Terms. In particular, the Framework for Mass Arbitration Proceedings ADR/MDL shall apply if five or more demands for arbitration are filed that share common factual or legal issues, and if counsel for the parties submitting those demands are the same or coordinated. Users can find more information at https://www.fedarb.com/ or by calling 1-650-328-9500.

Unless required by law, or unless the parties mutually agree otherwise in writing, any arbitration hearing—including oral arguments—will be conducted through video conferencing. If the arbitration hearing is conducted in person, it will take place in San Mateo County, California, if that is a convenient location for the User, or the county or parish where the User resides.

At the conclusion of the arbitration, the arbitrator will issue a written decision explaining the findings and conclusions upon which the arbitrator's decision is based.

Unless applicable law provides otherwise, the arbitration proceeding and all records pertaining to it—including but not limited to any documents prepared or produced in connection with the arbitration proceeding, as well as the hearing, the decision, and the arbitration award—will be confidential and will not be disclosed to any third party, except as necessary to obtain court confirmation of the arbitration award.

**(e) Commencing an Arbitration.** A party who has complied with the MIDR process described above and who wishes to start arbitration must submit a demand for arbitration and a copy of the User Terms to FedArb at https://fedarb.my.salesforce-sites.com/Roblox_DemandForm.

**(f) Fees and Costs.** If you commence an arbitration in accordance with the Roblox Terms and Arbitration Agreement, you will be required to pay the first $50 USD of FedArb's filing fee. Except as otherwise set forth in Section 10.2.1 and this subsection, you will not be responsible for paying any other fees for the arbitration other than the filing fee; all other fees or expenses charged by FedArb will be paid by Roblox. Further, if FedArb determines that you are unable to pay any part of the filing fee, Roblox will pay that part too.

Unless applicable law provides otherwise, Users are otherwise responsible for their own costs and attorneys' fees; Roblox will not pay such costs or attorneys' fees unless ordered to do so by the arbitrator.

If the arbitrator finds that either the substance of the claim or the relief sought is frivolous or brought for an improper purpose, the parties agree that the arbitrator may order the losing party to reimburse the prevailing party for all arbitration fees—as well as reasonable attorneys' fees and costs. Further, in cases where a statute authorizes the award of attorneys' fees or costs to the prevailing party, the arbitrator may award attorneys' fees or costs pursuant to that statute.

The parties agree that FedArb has discretion to modify the amount or timing of any fees due under any applicable rules or fee schedules, and further agree not to oppose any modifications to the timing or amount of any fees due—provided that such modifications do not increase the fees to either party.

**(g) Delegation; Interpretation.** The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to the extent permitted by law to resolve all Disputes

arising out of or relating to the interpretation, applicability, enforceability, or formation of the Roblox Terms, including, but not limited to, any claim that all or any part of the Roblox Terms is void or voidable; however, in the event of a Dispute about which particular version of the Roblox Terms you agreed to, a court will decide that specific question prior to the commencement of the arbitration. This Arbitration Agreement is intended to be broadly interpreted and will survive termination of the Roblox Terms.

**(h) Severability**. Except as otherwise provided in the agreement, if any provision of this Arbitration Agreement is found unenforceable, that provision will be severed, and the balance of the Arbitration Agreement will remain in full force and effect. If a court decides that applicable law precludes enforcement of this Arbitration Agreement as to any particular claim or request for relief, then that claim or request for relief must be severed from the arbitration, while the remaining claims will still be resolved through binding arbitration.

**(i) Opting Out**. You may opt-out of the Arbitration Agreement entirely and litigate any Dispute with us by sending written notice to Roblox within 30 days of signing up for the Services for the first time. Thereafter, you may only opt-out of material changes to the Arbitration Agreement by sending written notice within 30 days after Roblox provides notice of those changes (unless a longer period is required by applicable law). In either case, to opt-out, a User must send a written notice entitled "Arbitration Opt-Out Notice" to Roblox Corporation, Legal Department, 3150 S. Delaware St., San Mateo, CA 94403 by certified U.S. Mail or by Federal Express (or international equivalent). To be valid, the opt-out notice must be sent to Roblox from the User who wants to opt-out (or that User's legal guardian) and include (a) the User's full name, Roblox username, and email address, (b) a clear statement that the User wants to opt-out of the Arbitration Agreement, or wants to opt-out of a material change to the Arbitration Agreement, as applicable, and (c) the User's signature (or the signature of the User's parent or legal guardian, if the User is a minor). If opting-out of a material change, the notice must also identify the particular material change to which the User wants to opt-out. An opt-out notice applies only to the Arbitration Agreement; all other parts of the Roblox Terms will still apply to the User and Roblox.
Further, an opt-out notice does not revoke or otherwise affect any previous agreement to the Arbitration Agreement. By opting out of a material change to the Arbitration Agreement, you agree to arbitrate any Dispute in accordance with the language of the last version of the Arbitration Agreement that you accepted.

**(j) Exceptions**. The Arbitration Agreement shall be subject to the following exceptions:

1. Users and Roblox retain the right to participate in class-wide settlement of claims.
2. The Arbitration Agreement does not apply to Users who are not residents of the United States, Canada (except for Quebec residents), or to Users who (pursuant to subsection (i) above) properly opt-out of the entire Arbitration Agreement within 30 days of signing up for the Services for the first time.
3. If a Dispute is within the jurisdiction of small claims court, either the User or Roblox may (after engaging in the MIDR process) choose to take the Dispute to small claims court in the User's county of residence, or in the Superior Court of California, County of San Mateo.
4. If a Dispute involves a claim that asserts infringement of patent, copyright, trademark, or trade secret rights, either the User or Roblox may assert the claim in federal or state court, as set forth in Section 10 and Section 15.9.

***11.2.3 Timing for Raising Disputes***

USER AND ROBLOX AGREE THAT, UNLESS APPLICABLE LAW REQUIRES OTHERWISE, ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE 1 YEAR AFTER THE CAUSE OF ACTION ARISES OR IT IS PERMANENTLY BARRED.

## 12 ▼ Indemnification

You agree that you will be responsible for your use of the Services, and you further agree to defend and indemnify Roblox and its Affiliates, officers, directors, employees, consultants, advisors, agents, investors, and business partners (collectively, "**Affiliated Parties**") from and against every claim, liability, damage, loss, and expense, including reasonable attorneys' fees and costs, arising out of or in any way connected with:

a. your access to, use of, or alleged use of the Services;
b. your violation of any part of these User Terms, any representation, warranty, or agreement referenced in the User Terms, or any applicable law or regulation;
c. your actual or alleged violation of any third party right, including any intellectual property right, publicity or privacy right, property right, or confidentiality obligation; or

d. any Dispute or issue between you and any third party. Roblox reserves the right, at Roblox's own cost, to take on the exclusive defense and control of any matter subject to indemnification by you (without limiting your indemnification obligations with respect to that matter), and in that case, you agree to cooperate with Roblox's defense of that claim.

## 13 ▼ Notice to California residents

### 13.1 Complaints

If you are a California resident, under California Civil Code Section 1789.3, you may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, CA 95834, or by phone at (800) 952-5210 in order to resolve complaints regarding the Services or to get more information regarding your use of the Services.

### 13.2 Minors

If you are a California resident under the age of 18, you may request that Roblox remove certain personal content that you have publicly posted to the Services, and Roblox will comply with such request to the extent permitted and/or required by law. Such content may include personal information but does not include (a) anonymized information or (b) Content that you have uploaded to the Services (as you have received consideration for providing it). To make such a request, please contact Roblox Support. The request must include your username and a specific description of the content that you want removed so that Roblox can find it. Roblox will not accept requests via postal mail, phone, or fax and may not be able to respond if you provide incomplete information. A request does not guarantee that the information you posted will be completely removed, and there may be circumstances in which the law does not require or allow removal, even if you make such a request.

## 14 ▼ Disclaimer and limitation of liability

### 14.1 Warranty disclaimer

THE SERVICES AND CONTENT AVAILABLE THROUGH THE SERVICES ARE PROVIDED "AS IS" AND ON AN "AS AVAILABLE" BASIS, WITHOUT WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED. TO THE MAXIMUM EXTENT PERMITTED BY LAW, ROBLOX AND THE AFFILIATED PARTIES DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO THE SERVICES AND CONTENT AVAILABLE THROUGH THE SERVICES, INCLUDING: (A) ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, QUIET ENJOYMENT, OR NON-INFRINGEMENT; AND (B) ANY WARRANTY ARISING OUT OF COURSE OF DEALING, USAGE, OR TRADE. ROBLOX AND THE AFFILIATED PARTIES DO NOT WARRANT THAT THE SERVICES OR ANY PART OF THE SERVICES, OR ANY MATERIALS OR CONTENT OFFERED THROUGH THE SERVICES, INCLUDING, WITHOUT LIMITATION, ANY TRANSLATIONS OF CONTENT, WILL BE UNINTERRUPTED, SECURE, OR FREE OF ERRORS, VIRUSES, OR OTHER HARMFUL COMPONENTS, AND DO NOT WARRANT THAT ANY OF THOSE ISSUES WILL BE CORRECTED.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY USER FROM ROBLOX OR THE AFFILIATED PARTIES, OR ANY MATERIALS OR CONTENT AVAILABLE THROUGH THE SERVICES WILL CREATE ANY WARRANTY REGARDING ROBLOX OR THE AFFILIATED PARTIES THAT IS NOT EXPRESSLY STATED IN THESE USER TERMS. YOU ASSUME ALL RISK FOR ANY DAMAGE THAT MAY RESULT FROM USE OF OR ACCESS TO THE SERVICES, DEALING WITH ANY OTHER USERS ON THE SERVICES, AND ANY CONTENT AVAILABLE THROUGH THE SERVICES. THESE LIMITATIONS APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW.

### 14.2 Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL ROBLOX OR THE AFFILIATED PARTIES BE LIABLE TO USER FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS) ARISING OUT OF OR RELATING TO USER'S ACCESS TO OR USE OF, OR USER'S INABILITY TO ACCESS OR USE, THE SERVICES OR ANY MATERIALS OR CONTENT ON THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), STATUTE, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT ROBLOX OR THE AFFILIATED PARTIES HAS BEEN INFORMED OF

THE POSSIBILITY OF DAMAGE.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, USER AGREES THAT THE AGGREGATE LIABILITY OF ROBLOX AND THE AFFILIATED PARTIES TO USER FOR ALL CLAIMS ARISING OUT OF OR RELATING TO THE USE OF OR ANY INABILITY TO USE ANY PART OF THE SERVICES OR OTHERWISE UNDER THE USER TERMS, WHETHER IN CONTRACT, TORT, OR OTHERWISE, IS LIMITED TO $1,000 USD.

## 15 ▼ Other important legal matters

*15.1 Assignment*

You may not assign these Roblox Terms or any of your rights hereunder by operation of law or otherwise without Roblox's prior written consent. Roblox may assign the Roblox Terms at any time to anyone without notice or consent. The Roblox Terms are binding on and inure to the benefit of Roblox's and your respective successors and assigns.

*15.2 Termination and survival*

You may terminate these Terms at any time by deleting your Account as described in Section 2.6, or by giving us written notice.

Roblox may terminate this contract by giving you reasonable advance written notice, unless termination is for good cause, including material violation by you of these Roblox Terms or of applicable law in connection with your use of the Services, in which case Roblox may terminate upon immediate notice with a statement of reasons.

In the event of termination of the Roblox Terms, as applicable, the rights and duties of Roblox and User to each other will terminate except that any part of the User Terms, which by their nature should survive termination, will survive, including Sections 3, 9, 10, 11, 12, 13-15.

*15.3 Compliance with Laws*

You agree to comply with all applicable laws when using the Services. You may not access, export, re-export, or transfer the Services, directly or indirectly, to any country, entity, or individual restricted by U.S. export control and economic sanctions laws. By using the Services, you represent and warrant that you are (a) not located in a country subject to U.S. government embargoes or designated as a "terrorist-supporting" country; and (b) not identified on any U.S. government list of prohibited, restricted, or denied parties.

*15.4 Investigations and cooperation with law enforcement*

Roblox reserves the right to investigate and prosecute any suspected or actual violations of the Roblox Terms. Roblox may disclose any information as necessary or appropriate to satisfy any law, regulation, legal process, as well as an authority, court, or government request. This may include, but is not limited to, disclosure of the content of communications to competent authorities as required by law to address threats to the life, or safety of a person.

*15.5 Interpretation*

In the Roblox Terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes. The section headers in the Roblox Terms are for convenience and will not impact the interpretation of the Roblox Terms. In all cases where Roblox is allowed to make a decision under the Roblox Terms, that decision is completely up to Roblox, in its sole discretion. The Roblox Terms are subject to applicable law, meaning that they apply except to the extent otherwise prohibited or required by applicable law. Unless the context dictates otherwise, whenever the word "including," or similar is found in the Roblox Terms, it means "including, without limitation" and whenever the word "or," is found in the Roblox Terms, it means "and/or."

*15.6 Severance and no waiver*

If it turns out that a particular term of the Roblox Terms is not enforceable for any reason, this will not affect any other terms. If you fail to comply with the Roblox Terms and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

*15.7 Prevailing Language*

To the extent any of the Roblox Terms are made available in multiple languages, in case of

any discrepancies or conflicts between the English version of the Roblox Terms and any other language version, the English version will govern and prevail.

### 15.8 Terms Changes and acceptance

Roblox may amend the Roblox Terms from time to time.

Roblox will give you reasonable advance notice before any material changes take effect, by any reasonable means (including email or in-app notification). Where an amendment is required urgently to address an imminent security threat, comply with a binding legal or regulatory requirement, or protect user safety, Roblox may implement it on shortened or no prior notice and will notify you as soon as reasonably practicable thereafter.

Your continued use of the Platform after the applicable notice period constitutes acceptance of the amended Roblox Terms. If you do not agree to an amendment, you must stop using the Platform and delete your Account before the amended Roblox Terms take effect.

### 15.9 Governing law and venue

All claims arising out of or relating to the Roblox Terms or the Service will be governed by California law, notwithstanding conflict of laws rules, and will be litigated exclusively in the federal or state courts of San Mateo County, California, USA. You and Roblox consent to personal jurisdiction in those courts.

### 15.10 Online Communications

You agree that any notices, agreements, disclosures, or other messages that Roblox sends to you by electronic means shall satisfy any legal requirements that such communications be in writing. You further agree that any time you electronically transact, agree, or consent via the Services, it is intended to be an electronic signature which binds you as if you had signed on paper.

### 15.11 Third-party platform-specific terms

#### 15.11.1 Apple

If you use the Roblox Player on an iOS device, you also agree to the terms of this section. You agree that your agreement is not with Apple, Inc. (“**Apple**”). Roblox, not Apple, is solely responsible for the Services. Apple has no maintenance or support obligations with respect to the Services. Apple is not responsible for any product warranties, whether express or implied by law, with respect to the Services.

If the Services fail to meet the applicable warranty, you may notify Apple, and Apple may refund any applicable purchase price for the mobile application to you. Apple has no other warranty obligation whatsoever with respect to the Services. Apple is not responsible for addressing any claims by you or any third party relating to the Services or your use of the Services, including: (a) product liability claims; (b) any claim that the Services fail to meet any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation.

You agree that Roblox Terms do not grant any rights or remedies on any person other than the parties to the Roblox Terms, except as expressly stated. Apple and Apple's subsidiaries are third party beneficiaries of the Roblox Terms, and when you accept the Roblox Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Roblox Terms against you as a third party beneficiary.

#### 15.11.2 Autodesk

Roblox Studio contains Autodesk® FBX® code developed by Autodesk, Inc. Copyright 2025 Autodesk, Inc. All rights reserved.

#### 15.11.3 Sony Playstation

This section applies to you if you are accessing the Services on a Sony PlayStation® device. Purchase and use of items are subject to the Sony Playstation Terms of Service and User Agreement. This online service has been sublicensed to you by Sony Interactive Entertainment America. Any content purchased in an in-game store will be purchased from Sony Interactive Entertainment Network Europe Limited and be subject to PlayStation™ Network Terms of Service and User Agreement which is available on the PlayStation™ Store. Please check usage rights for each purchase as these may differ from item to item. Unless otherwise shown, content available in any in-game store has the same age rating as the game.

### 15.12 Contact information

Roblox welcomes comments, questions, concerns, or suggestions. You can contact us or get support via Roblox Support. Roblox Corporation is a company operating under the laws of Nevada, located at 3150 South Delaware Street, San Mateo, California, 94403. Comments and suggestions about the Services are deemed non-confidential and non-proprietary and Roblox has the right to use them for any purpose without charge, royalties or other obligation to you.

# ▼ CREATOR TERMS

## 1 ▼ Introduction

Welcome! These Roblox Creator Terms of Use ("**Creator Terms**") apply to you when you ("**Creator**") create, upload, publish, generate, or otherwise make available UGC on the Services or use the Creator Platform, including the Creator Store, in addition to: (a) any applicable documentation Roblox makes available for use with Roblox Creator Platform including the documentation on Creator Hub ("**Documentation**"); and (b) the Roblox Terms of Use ("**User Terms**"). If there are any conflicts between the Creator Terms and the User Terms, these Creator Terms control with respect to your access to and use of the Roblox Creator Platform.

## 2 ▼ Accepting these terms

By accepting these Creator Terms, creating UGC, or otherwise accessing or using our APIs, you agree to comply with the Creator Terms. If you are using the Roblox Creator Platform on behalf of an entity, you represent and warrant that you have authority to bind that entity to the Creator Terms and by accepting the Creator Terms, you are doing so on behalf of that entity. You also confirm and agree that: (a) you are at least 18 years of age; and/or (b) if you are not old enough to have authority to consent to these Creator Terms in your country, you have your parent or legal guardian's permission to use the Roblox Creator Platform. For details and further requirements if you are a minor, Section 2.1 of the User Terms applies.

## 3 ▼ Your use of the Roblox Creator Platform

Our goal is to make Roblox a place where people can create with optimism and civility. To advance this goal, we provide the Roblox Creator Platform described below to you.

### *3.1 Roblox Studio*

You may use Roblox Studio to create UGC including but not limited to Games, User Marketplace Items, or Developer Products. The availability of features in Roblox Studio may vary between countries and not all features may be available in your country. You may be asked to provide other information like an email address, phone number, or a government-issued photo identification to access Roblox Studio or certain features in Roblox Studio.

### *3.2 Creator Store*

Your use of the Creator Store, including any publishing, selling, and accessing assets, is subject to the Creator Store Terms. If you publish or sell an asset on the Creator Store, you represent and warrant that you have all rights necessary to grant the license to Purchasing Creators. You remain responsible for your asset(s) and for any claims arising from your grant of rights to Purchasing Creators. If you purchase assets in the Creator Store, Section 6 of the User Terms also applies to you.

### *3.3 Creator Analytics*

Creator Analytics is a suite of tools within Creator Hub that provides Creators with insights on their Games' performance, user engagement, retention, and monetization. By using Creator Analytics, you acknowledge that data related to your Game will be processed to calculate aggregated analytics. You agree: (a) to maintain all the benchmarking information obtained from Creator Analytics confidentially and use such information only to evaluate the performance of your Game; and (b) not to publicly share, sell, publish or disseminate the benchmarking information.

### *3.4 DevForum*

"**DevForum**" is the official discussion and support forum for Roblox development and our primary avenue for communicating with and receiving feedback from Creators. Access to certain features of DevForum, such as commenting on posts, is based on criteria as determined by Roblox.

### *3.5 Roblox Extended Services*

Roblox Extended Services is a service for Creators with very large Games to purchase and obtain additional service usage beyond the default Platform limits. Section 6 of the User Terms does not apply to purchases made through Roblox Extended Services. All payments and applicable terms related to Roblox Extended Services are governed by the provisions contained within the supplemental terms found in the Roblox Extended Services Program Terms of Use.

If you exceed the default Platform limits and have not enrolled in Extended Services, you authorize Roblox to deduct Robux from your Robux balance in an amount corresponding to the excess use incurred. Roblox will provide you with notice of any such deduction. If your Robux balance is insufficient to cover the amount owed, Roblox may (a) pause Robux spending and (b) set the Game(s) that exceeded the default Platform limits to private until you repay the amount owed. Continued use of services in excess of default Platform limits constitutes your acceptance of this recoupment authorization.

### *3.6 AI technologies & AI Tools*

As part of our AI Features in Section 5.3 of the User Terms, we make available to Creators certain tools and APIs that allow you to use, interact with, or embed AI technologies in the course of creating Games or Content on the Services ("**AI Tools**"). You understand that Roblox, at its sole discretion, may restrict your use of AI Tools, including in relation to specific age groups of Users.

### *3.6.1 Your responsibilities*

In addition to the requirements pertaining to AI Features detailed in Section 5.3 of the User Terms, Creators who choose to use Roblox's AI Tools or other Third Party Services that include AI technologies must:

a. comply with all applicable terms and policies of those Third Party Services, including paying any applicable fees;
b. provide Users with clear disclosures about the use of AI within their Games, including that:
   1. the AI is not human; and
   2. AI output is artificially generated, does not represent the views or advice of a human, and may be factually inaccurate;
c. not use any Third Party Services using AI for direct interaction with Users without making it immediately apparent from the interaction or the circumstances that Users are interacting with an AI system;
d. ensure that the AI is only used in accordance with applicable law and the Roblox Terms; and
e. implement reasonable, proportionate and effective measures to prevent risks related to the use of AI systems.

### *3.7 Use of Roblox APIs*

Roblox's APIs are designed to help you enhance your Games and applications ("**API Client(s)**"). To access certain APIs provided by us, you may be required to provide certain information (such as identification or contact details) as part of the registration process or for your continued use of the APIs. You are required to keep any registration information you give us to be accurate and up to date. By using our APIs, you do not acquire ownership of any rights in our APIs or the content that is accessed through our APIs.

YOU AGREE THAT ROBLOX MAY MONITOR USE OF THE APIS TO ENSURE QUALITY, IMPROVE OUR PRODUCTS AND SERVICES, AND VERIFY YOUR COMPLIANCE WITH THE ROBLOX TERMS. This monitoring may include Roblox accessing and using your API Client, for example to identify security issues that could affect Roblox or its Users. Roblox may suspend access to the APIs by you or your API Client without notice if we reasonably believe that you are in violation of the Roblox Terms. You will also:

a. require your end users to comply with, and not knowingly enable them to violate, applicable law, regulation, and the Roblox Terms;
b. only access an API by the means described in the documentation of that API, and refrain from misrepresenting or masking your identity or your API Client's identity when using the APIs;
c. refrain from interfering with Roblox's monitoring;

d. use commercially reasonable efforts to protect user information collected by your API Client, including personal information, from unauthorized access or use, and promptly report to your users any unauthorized access or use of such information to the extent required by applicable law; and
e. not sublicense an API for use by a third party.

#### *3.8 Creator third-party apps*

If you develop or operate any application that interacts with or utilizes Roblox systems, data, or services (including any OAuth 2.0 application or API Client), you agree to comply with the Creator Third Party App Policy. Your app must accurately obtain and disclose all permissions and consents required from users to use the app. To enable Roblox to make your app available to end users, you grant Roblox a perpetual, irrevocable, transferable, sublicensable, worldwide, non-exclusive, royalty-free right and license to host, store, import, localize, display, perform, distribute, and use your app and related content including, without limitation, all logos, trademarks, service marks or trade names related to your app. You must be the owner of or fully authorized to grant rights in all parts of your app and related content. You agree to pay all amounts owed to any person as a result of you uploading or making your app and related content available through the Services.

#### *3.8.1 Representation and warranties*

You are responsible for your app and represent and warrant that:

a. you are the creator and owner of, or have the necessary rights and permissions to use and to authorize Roblox to use, the license that you grant to Roblox;
b. your app and the use of your app does not and will not:
   a. infringe, violate, or misappropriate any third party right;
   b. slander, defame, libel, or invade the right of privacy, publicity or other property rights of any other person;
   c. require Roblox to get licenses, permissions, or consents from, or pay compensation or provide attribution to, any third parties;
   d. result in a breach of contract between you and a third party; or
   e. cause Roblox to violate any law, statute, rule or regulation;
c. your app and any related materials will not contain viruses, malware, or any other malicious or harmful content;
d. you will comply with all laws, rules, statutes, regulations, contractual obligations and self-regulatory obligations applicable to any collection, use, disclosure, onward transfer, and other processing of personal information of Roblox, its platform users or any other third party; and
e. you will comply with all applicable laws, statutes, rules and regulations.

#### *3.8.2 App conduct*

You must not disable, override, or otherwise alter any system-level features or other system behavior of the Services, and your app must not contain any features, functionalities, or elements that could confuse users regarding the distinction between your app and Roblox's system or the Services. Your collection and use of data, usage information, and metrics must only be as permitted by users of your app, and you are expressly prohibited from collecting or aggregating any such data, information, or metrics through your app or otherwise using your app or the Services to assess the performance or to gain insights into Roblox's usage, revenue, or any other aspects of Roblox's business or operations.

#### *3.8.3 Disclaimer and removal*

Roblox is not liable for, nor is Roblox obligated to screen, approve, edit, or control your app and any related materials. Roblox may take actions as described in Section 4 of the User Terms if Roblox believes it violates the Creator Third Party App Policy, these Creator Terms, any other part of the Roblox Terms or applicable law, or is otherwise objectionable or damaging to Roblox. Such actions include suspending, disabling, and/or taking down the app, and taking other appropriate action in accordance with the rights and remedies available to Roblox. For more details, see Section 4 of the User Terms.

#### *3.9 Game data*

For each Game you create, you and Roblox may have access to data in connection with the creation and operation of that Game. You and Roblox each may use that data for your respective legitimate business purposes to support the Game and for business analytics, such as: (a) for the improvement and development of the Game and Services; (b) to comply with applicable laws including lawful requests from authorities; (c) to ensure the security and safety within the Game and Services; and (d) to prevent fraud or mitigate risk.

## 4 ▼ Licenses

### 4.1 Roblox licenses

Sections 3.2 and 9 of the User Terms govern licenses related to your use of the Services, which include the Roblox Creator Platform.

### 4.2 Roblox's Right to monetize

Roblox has the right to monetize and distribute your Content on the Services as principal, which may include charging Users to access or use your UGC. These Creator Terms do not themselves entitle you to any payment other than as expressly provided in Section 6 of these Creator Terms. However, any payments you are entitled to receive from Roblox in connection with the monetization of your Content (including under the DevEx Terms, Creator Rewards, and other programs described in these Creator Terms) will be treated as royalties paid for Roblox's exploitation of your licensed Content, and Roblox will withhold taxes from such payments as required by applicable law.

Notwithstanding the royalty-free nature of the license granted in Section 3.2 of the User Terms, to the extent Roblox exercises the copyright rights licensed to it (including reproduction, distribution, creation of derivative works, public performance, and public display) to monetize your Content as principal, and thereby generates revenue attributable to Users' acquisition of, access to, or engagement with your UGC, Section 3.2 of the User Terms (as referenced in Section 4.1 above) shall, solely with respect to and to the extent of such monetization, be royalty-bearing. In that case, Roblox will remit to you a Creator Payment determined in accordance with Section 6 of these Creator Terms, and such Creator Payment is the sole consideration for Roblox's exercise of the licensed copyright rights in connection with such monetization. No Creator Payment or other payment is due for the grant of the license itself or for any non-monetizing use of your UGC.

You retain all ownership, right, title, and interest in and to your Content as permitted by law, subject only to the non-exclusive license granted in the Roblox Terms.

### 4.3 License to Roblox APIs and Documentation

Subject to your compliance with these Creator Terms, we grant you a limited, non-exclusive, non-sublicensable, non-transferable, non-assignable, revocable license to access and use the Roblox APIs and Documentation we make available to you solely as necessary to access the Services to the extent permitted under these Creator Terms. We reserve all rights, title, and interest not expressly granted in these Creator Terms and you may not access or use the APIs or Documentation except as set forth in these Creator Terms. You will not (and will not attempt to or permit or enable others to):

a. reverse engineer or otherwise derive source code, trade secrets, or know-how from the APIs, except to the extent this restriction is prohibited by applicable laws;
b. modify, create derivative works, copy, reproduce, redistribute, rent, lease, sell, or syndicate access to the APIs; or
c. access or use the APIs in any way that:
   a. is not in accordance with the applicable Documentation;
   b. compromises, breaks, or circumvents any of our technical processes or security measures;
   c. poses a security vulnerability to Users, us (including our systems or networks), or any third party; or
   d. exceeds any API rate, call, or other usage limits we set in our sole discretion or that we believe constitutes excessive or abusive usage.

### 4.4 Open source software

Some of the software required by or included in Roblox APIs may be offered under an open source license, as may be listed in the Documentation. Open source software licenses constitute separate agreements so we encourage you to review them. To the limited extent the open source software license expressly supersedes these Creator Terms, the open source license instead sets forth your agreement with Roblox solely for the applicable open source software.

## 5 ▼ Your responsibilities as a Creator

### 5.1 General responsibilities

As a Creator, you are also primarily responsible for ensuring the UGC you license to Roblox

complies with the Roblox Terms and for addressing and resolving material issues that prevent Users from accessing or enjoying the UGC you provide. You may not artificially manipulate the user review system for your UGC. You must provide and maintain the UGC, so that Roblox can fulfill its duties to other Users under the Roblox Terms and applicable laws in all jurisdictions where your UGC is available, including applicable consumer protection laws.

### *5.2 Content from other Creators*

Roblox wants all Creators to develop their own ideas. In accordance with Section 3 of the User Terms, you will not copy or make any modification to another Creator's UGC on the Services unless you have express written permission to do so from the relevant Creator(s) or unless the UGC is expressly made available for reuse, copying, or modification as an asset in the Creator Store.

### *5.3 Responsibilities for Games*

As a Creator of a Game you have a responsibility to ensure that: (a) your Game complies with the Roblox Terms; and (b) Users in your Game are not violating the Roblox Terms, including the Community Standards. You agree to monitor your Game for potential or actual violations of the Roblox Terms by Users and promptly notify Roblox of violations.

#### *5.3.1 Maturity & Compliance Questionnaire*

Before your Game is made available to any User, you must complete a "**Maturity & Compliance Questionnaire**," which contains a set of questions about the type of Content Users can encounter within your Game and enables Roblox to assign your Game a Content Maturity Label. You represent and warrant that you will provide accurate, complete, and up-to-date information in any Maturity & Compliance Questionnaire you submit to Roblox. You also acknowledge that you are not entitled to any particular Content Maturity Label. You acknowledge and agree that Roblox is not responsible for the accuracy, completeness, validity, or quality of any Content Maturity Labels. Roblox reserves the right to create and/or modify Content Maturity Labels from time to time in its sole discretion. Each Game's rating is matched against the age information associated with the User's account to determine which Games are searchable and playable, and parental controls may further restrict access for under-13 accounts.

#### *5.3.2 Game Rules*

Creating Game Rules is voluntary and you agree that any Game Rules you create will not contradict or undermine the Roblox Terms (including Community Standards). You must have your own systems for monitoring User compliance with Game Rules and moderating Users who violate the Game Rules. If, in the course of monitoring and moderating Game Rules, you become aware of Content or conduct in violations of the Roblox Terms (including Community Standards), you must report this to Roblox immediately. You may not represent that you are authorized to moderate Users on behalf of Roblox.

### *5.4 Personal information about Users*

Through your use of the Services, you may process data, which may include personal information, about Users. You may not use, reverse engineer, decompile, or otherwise modify the Services to obtain personal information about a User or someone else in a way that is prohibited by the Roblox Terms. If you receive any personal information about a User, you must take all reasonable measures to protect such personal information from unauthorized access by third parties. In addition, you may not:

a. sell, disclose, or otherwise share the personal information with a third party unless expressly permitted in these Creator Terms; and
b. use the personal information:
    a. to provide services to any third party;
    b. to build, help build, track or supplement any segments, profiles, or similar records on any individual User, device, or browser across the Services or any third party websites or platforms;
    c. to associate the behavior of any individual device or browser with any segment, profile, or similar record, or supplement any such record based on data of Users;
    d. to associate any data of Users with any other personal information of the User; or
    e. for any unauthorized purpose in violation of any applicable law, including privacy and data protection laws, or for any unauthorized purpose.
c. sell or share, as those terms are defined in applicable privacy law (such as the California Consumer Privacy Act) any personal information belonging to a User.

### *5.5 Actions we may take*

If we learn that you are not upholding your responsibilities under these Creator Terms or that a significant portion of Users of your Game are violating our Roblox Terms, including our Community Standards, we may take any one or more of the following actions:

a. block, remove, or delete all or parts of the UGC, including any monetization under Section 6 (Roblox economy) of these Creator Terms;
b. remove or restrict your access to the Services;
c. terminate or suspend your Account pursuant to Section 4.2 in the User Terms; or
d. contact law enforcement.

If you fail to complete the Maturity & Compliance Questionnaire, or provide inaccurate or incomplete responses, Roblox may take moderation actions in its sole discretion, including but not limited to making your Game unavailable to Users.

#### *5.6 Intellectual Property Tools*

Roblox offers a suite of intellectual property tools that allow rights holders to detect and manage their intellectual property on the Services. If a rights holder believes that their intellectual property is being used in your UGC, they can either offer you a license to use their intellectual property or request your UGC's removal.

#### *5.6.1 Licensing Games*

When a rights holder offers a license for their intellectual property under this Section 5.6.1 to be used in your UGC, the rights holder licenses its intellectual property for continued incorporation in your UGC, and grants Roblox the license described below, so that the UGC may remain on and continue to be distributed and monetized through the Services (**"Licensed UGC"**). First, the rights holder will receive a share of any Robux earnings attributable to the Licensed UGC. That share is a Creator Payment and is paid by Roblox to the rights holder in accordance with Section 6 of these Creator Terms and the DevEx Terms. Second, the rights holder may monitor the Licensed UGC, in which case the rights holder may receive aggregated engagement data about the Licensed UGC. Third, the rights holder may require you to take reasonable steps to comply with additional content standards.

In doing so, the rights holder grants Roblox a license to its intellectual property as incorporated in the Licensed UGC, on the terms of Section 3.2 of the User Terms (extending to trademarks, and lasting only while the rights holder's license to you remains in effect). The rights holder is an Earning Party; amounts Roblox pays it are Creator Payments governed by Sections 4.2, 6 and 6.2, and are not consideration for any forbearance, release, or covenant not to sue.

The rights holder's share is deducted in determining your Creator Payment for the Licensed UGC. Roblox pays you and the rights holder each in its own right, and you have no obligation to pay the rights holder in respect of Roblox's distribution or monetization of the Licensed UGC on the Services. Your own obligations to the rights holder outside the Services, if any, remain as between you and the rights holder.

#### *5.6.2 Disputes and Appeals*

If a rights holder offers you a license, you will have a limited time period to dispute or appeal if you believe your UGC was identified in error or if you have removed the relevant UGC. At the time of license offer, you will receive additional information and instructions on how to dispute or appeal.

#### *5.6.3 Release of Claims*

During the period when your UGC is licensed in this manner, including during any dispute or appeal process, you agree not to take legal action against the rights holder for any claims arising from the presence of their intellectual property in your UGC. You agree that the rights holder shall not be liable for any similarity between your Licensed UGC (specifically the derivative elements based on the rights holder's intellectual property) and any future rights holder works.

## 6 ▼ Roblox economy

"**Earning Party/Parties**" is (a) a Creator, Group/Community or its members who creates UGC in accordance with Section 3.2 of the User Terms that Users access and engage with by using Robux or, in the alternative, by paying money to Roblox through the Services, and (b) a third-party intellectual property rights holder entitled to a share of Robux earnings in respect of Licensed UGC under Section 5.6.1.

By uploading or publishing UGC to the Platform, you explicitly appoint Roblox to act as the principal distributor and supplier of such User Content to Users. You acknowledge that Roblox, as the Merchant of Record, will directly contract with Users and may generate revenue based on or otherwise attributable to User interactions with your licensed User Content. In consideration for Roblox's exercise of the rights granted in Section 3.2 of the User Terms (reproduction, distribution, creation of derivative works, public performance, and display) subject to the royalty-bearing modifications granted in Section 4.2 of the Creator Terms with respect to the User Content, Roblox will remit a royalty to you (such amount, the "**Creator Payments**"). All amounts payable by Roblox to Earning Parties under any program described in this Section 6 or Section 5.6.1 constitute Creator Payments paid as consideration for your license of UGC to Roblox under Section 3.2 of the User Terms and are subject to the royalty treatment set forth in Section 4.2 of the Creator Terms, and not compensation for any services, referral, or marketing activities performed by you. The primary benefit and value Roblox receives under Sections 4.2 and 6 of the Creator Terms, and Section 3.2 of the User Terms, is the right to reproduce, distribute to the public, prepare derivative works of, publicly perform, and publicly display the UGC. Any activity undertaken by a Creator in connection with the UGC is ancillary to that grant, and the predominant character of the arrangement is accordingly the transfer of copyright rights in the UGC. Creators retain all copyright rights in the UGC and do not provide development or modification services to Roblox in respect of the UGC. Roblox will withhold taxes from such payments as required by applicable law.

Except for transactions within the Creator Store and Roblox Commerce, Roblox acts as the principal and sole seller of record for the distribution and monetization of all UGC on the Platform.

For purchases of assets within the Creator Store, Roblox acts as a marketplace or platform facilitator and enables the processing of payments on behalf of the Creator by our Third-Party Payment Processor. For Roblox Commerce, the applicable Commerce Provider is the seller of record. Accordingly, the tax withholding on Creator Payments described above applies to payments for monetization and distribution where Roblox acts as the principal, and does not apply to direct sales revenue you generate within the Creator Store or Roblox Commerce.

### *6.1 Creator Payments*

Roblox makes available UGC to Users through the Services, pursuant to the license you grant Roblox under Section 3.2 of the User Terms. You acknowledge and agree that, pursuant to the license grant in Section 3.2 of the User Terms, Roblox may generate direct revenue or otherwise monetize your UGC on the Services, including by displaying ads on or within Content. Neither your license grant to Roblox nor any other provision in the Terms automatically entitles you to any rights to revenues generated by Roblox.

Notwithstanding the foregoing, you may be eligible to receive a share of the revenues generated by Roblox based on User access or engagement with your UGC made available by Roblox with Robux or any applicable money payments. You must be in good standing in compliance with the Roblox Terms and its Community Standards in order to earn money for your UGC and receive payments. To the extent you are so eligible, the license granted in Section 3.2 of the User Terms becomes royalty-bearing solely with respect to, and to the extent of, such monetization. Any money you are entitled to receive from Roblox will be treated by Roblox as royalties paid to you by Roblox in consideration for the intellectual property rights and licenses granted to Roblox to host and distribute UGC in accordance with Section 3.2 of the User Terms.

### *6.2 Taxes and Withholding*

Your Creator Payments are paid by Roblox (for purposes of this Section 6.2, including any affiliates or agents of Roblox). Prior to any Creator Payments being made, Roblox requires you to have an IRS Form W-9 (for U.S. taxpayers), IRS Form W-8 (for non-U.S. taxpayers), or such other documentation as we may request from time to time (collectively, "**Tax Forms**"), on file with us. All Creator Payments made to users (other than for certain limited exceptions due to reporting requirements) will be reported to the IRS and to you using the applicable IRS form as required by applicable law.

Roblox has the right to deduct or withhold taxes from any Creator Payments or other payments to the extent it determines it is required to do so under applicable law. Roblox may additionally be required to deduct or withhold taxes from payments to users if the required documentation is not provided or if otherwise required by the IRS or applicable law. Any amounts deducted or withheld from any such payment will be remitted to the IRS and will be reflected on the applicable tax reporting forms to the extent required by applicable law. All

such deducted or withheld amounts will be treated as paid to you in accordance with these Creator Terms, and Roblox will not make any additional payments to you in respect of such withholdings.

You are responsible for (a) ensuring that the information provided on your Tax Forms is accurate and up to date and (b) updating any Tax Forms or other information provided to Roblox that have expired or become obsolete or inaccurate. Failure to provide any required Tax Form, information, or other documentation may result in delays or withholding of payments.

### *6.3 DevEx Program and Earned Robux*

Earning Parties may: (a) enroll in our Developer Exchange Program (**"DevEx"**); and (b) be eligible to receive money as consideration for the rights to reproduce, distribute to the public, prepare derivative works of, publicly perform, and publicly display your licensed UGC. The DevEx Program and associated Creator Payments are governed by the DevEx Terms.

**"Earned Robux"** is the mechanism Roblox uses to track and calculate the amounts that Earning Parties may receive from Roblox. Earned Robux can only be accumulated in the ways described in the Monetization section of Creator Hub or as provided in this Section 6 of the Creator Terms. Earning Parties may, in each case as determined based on the Earned Robux amount:

a. enroll in DevEx to receive money as described in Section 6.1 (Creator Payments); or
b. elect to receive Robux that can be used on the Services.

### *6.4 Wallet*

If Roblox makes available to you the ability to receive your Creator Payments in cash, any payment services are provided by its partner, Airwallex US LLC and its affiliates, and you agree to the Roblox Wallet terms. If you enroll in the Roblox Wallet, the Creator Payments you earn after your enrollment will not be subject to Section 6.3 (DevEx Program and Earned Robux) above and not eligible for DevEx.

### *6.5 Creator Rewards*

**"Creator Rewards"** is an incentive program through which Roblox credits additional amounts that you may receive from Roblox that are tracked as Earned Robux. Creator Rewards are based on certain interactions and purchases on Roblox and in connection with Roblox's distribution and public performance of your UGC.

Any amounts you are eligible to receive as part of Creator Rewards are paid as consideration for Roblox's exercise of the copyright rights licensed under Section 3.2 of the User Terms and constitute Creator Payments subject to Sections 4.2 and 6 of the Creator Terms and to the royalty treatment described therein, and are not for any services, referral, or marketing activities performed by you. Engagement and purchase metrics are used solely to measure the value of Roblox's exploitation of the licensed UGC and do not represent consideration for any activity performed by the Creator. If you take certain actions described in the Creator Rewards Program, you may be eligible to receive additional amounts from Roblox, which will be tracked and calculated as Earned Robux as described in the Creator Rewards Program. To be eligible for Creator Rewards, you must be in complete compliance at all times with these Creator Terms and the Roblox Terms, including the Community Standards. We reserve the right to review, investigate, as well as, suspend you from Creator Rewards in instances where we identify behavior we believe to be abusive or fraudulent, such as:

a. attempts to gain Earned Robux by opening multiple accounts, using different email addresses, using different phone numbers, or using bots;
b. attempts to gain a referral reward by impersonating Roblox, another person, or misrepresenting your affiliation with a person or entity;
c. attempts to acquire Users by encouraging existing players to sign up for alternate accounts; or
d. having a disproportionately high percentage of chargebacks as determined in Roblox's sole discretion. See the Creator Rewards Program for more information.

## 7 ▼ Music on Roblox

### *7.1 Licensed Music*

Roblox, through third party licenses, may choose to make sound recordings and musical works (including sound effects) available to you for use in your UGC on the Services

("**Licensed Music**"). Your use of the Licensed Music is subject to the following terms and conditions.

Roblox grants you: (a) a non-exclusive, personal, limited, revocable, non-transferable license only to synchronize Licensed Music into a Game or other Content solely on the Services and only during the period when Roblox makes such Licensed Music available; and (b) the right to play, listen, and interact with Content with Licensed Music, but only on the Services and only during the period when Roblox makes the Licensed Music available. Licensed Music made available by Roblox under third-party licenses is licensed to Roblox on the terms in this Section. If you upload music subject to Performing Rights Organization ("**PRO**") or publisher obligations, you remain responsible for those obligations as between you and the rights holder, except for Licensed Music supplied by Roblox.

*7.1.1 250 Track Limit*

You have the right to place, play, and have played up to 250 distinct tracks of Licensed Music at any one time in a single Game or other Content. You may replace existing tracks of Licensed Music in a Game or other Content with new tracks at any time, provided that at any one time there are no more than 250 tracks in the Game or Content with Licensed Music.

*7.1.2 Synchronization*

You may synchronize the Licensed Music into a Game. You may use a portion of a track of Licensed Music or sample portions of Licensed Music.

*7.1.3 Restrictions*

When you use the Licensed Music on the Services, you will not (and will not attempt to or permit or enable others to):

a. use Licensed Music to create a streaming service or music library within a Game or other Content, nor may you charge Users to listen to a specific track of the Licensed Music; or
b. export, extract, download, or provide a way for anyone else to export, extract, or download the Licensed Music for use anywhere outside of the Services.

*7.1.4 Attribution*

Attribution means giving credit to the person who created something. You are not required to provide attribution for Licensed Music in any Game or other Content, but you may do so at your discretion. For example, if Roblox identifies the owner of Licensed Music as APM Music, you can message that the Licensed Music is provided "Courtesy of APM Music."

*7.1.5 Loss of License*

As Licensed Music is licensed by Roblox from third parties, your rights to use Licensed Music are revocable at any time and for any or no reason, in Roblox's sole discretion. Additionally, Roblox can revoke your right to all or part of the Licensed Music (with or without notice) if:

a. Roblox determines that your use of the Licensed Music may violate the Roblox Terms, including the Creator Terms and Community Standards;
b. Roblox otherwise determines that the Licensed Music may harm the Services or Roblox's reputation;
c. Roblox is required to remove the Licensed Music use from the Services by the copyright owner; or
d. the Licensed Music is no longer available for distribution on the Service.

*7.1.6 Notice and your responsibilities*

Roblox will try to provide you with advance notice before revoking any usage rights to Licensed Music, but Roblox reserves the right to do so with no advance notice. If Roblox revokes your right to use Licensed Music (for any reason), you agree to immediately: (a) remove the Licensed Music concerned from your Game or other Content; and (b) cease all use of the Licensed Music concerned on the Services.

*7.2 Music written/owned by Creators*

The following applies to musical works written or otherwise owned by you (and/or others with whom you collaborated) for use on the Services.

*7.2.1 Creator as sole composer*

If you are a sole composer and/or writer of a musical work that you publish on the Services and you are affiliated with a PRO that represents the musical work, then you:

a. must notify the PRO in writing of the royalty-free license that you grant to Roblox through

Section 3 of the User Terms; and

b. are responsible for complying with the PRO's reporting obligations.

*7.2.2 Creator as non-sole composer*

If you are not the sole composer and/or writer of a musical work that you publish on the Services, and you (and/or co-composers or co-writers) are affiliated with a PRO that represents the musical work, you:

a. are responsible for ensuring that all co-composers and/or co-writers also notify their respective PROs in writing; and
b. must have written proof of co-composers' and/or co-writers' approval to publish and use the musical work on the Services.

*7.2.3 Assignment to music publisher*

If you have assigned your rights in/to a musical work to a music publisher, then you must obtain that music publisher's written consent or cooperation to grant the royalty-free licenses outlined in Section 3 of the User Terms.

*7.2.4 Record label*

If you are a recording artist under contract with a record label, then you are responsible for making sure that your use of the Services complies with the obligations that you have to the record label.

*7.2.5 Sound Recordings*

If you have the rights in and to a sound recording but are not authorized to license the sound recording or the underlying musical work(s) embodied in those sound recordings, then you cannot upload or otherwise make those sound recordings available on the Services.

*7.2.6 Clearances*

You are solely responsible for any necessary clearances and payments of any nature that may arise in connection with the use and synchronization of your original sound recording(s) and/or musical work(s) on the Services, including, without limitation, any and all distribution rights, mechanical rights, public performance rights, synchronization rights, and/or any other rights that may be claimed by a third party. You are also solely responsible for any union new use or re-use fees pursuant to the rules and regulations of any applicable union and/or guild agreements in connection with the publishing, upload, distribution, synchronization, and other use of the sound recording(s) and/or musical work(s) on the Services.

## 8 ▼ Conflicts and Disputes

*8.1 Conflicts between you and a User*

Roblox reserves the right, but has no obligation, to overturn any action or decision of a Creator with respect to Game Rules if Roblox, in its sole discretion, believes that such action or decision: (a) conflicts with our Roblox Terms, including our Community Standards; or (b) is not in the interest of Roblox or the Roblox Community.

*8.2 Disputes between you and Roblox*

Section 11.2 of the User Terms applies to Disputes between you and Roblox.

## 9 ▼ Indemnification, Disclaimer and limitation of liability and other important legal matters

These Creator Terms apply in addition to the User Terms. In particular and without limitation, Sections 12 to 14 of the User Terms also apply to the Creator Terms.

# ▼ Appendix A (Japan)

This Japan Annex amends and supplements the Roblox Terms for Users and Creators in Japan. Roblox Godo Kaisha ("**Roblox Japan**") provides the Services to Users and Creators in Japan. All references to "Roblox", "we" or "us" in the Roblox Terms are amended and modified to refer to Roblox Japan with respect to Users and Creators in Japan.

If there is a conflict between this Japan Annex and the Roblox Terms, the Japan Annex control only to the extent required by applicable law and only for Users and Creators in Japan.

## 1 ▼ Assignment and Assumption

Effective as of March 31, 2021 (the "Effective Date"), all of the legal status as contracting party, rights, duties, interests, claims, and obligations of Roblox Corporation as an issuer of Robux and as a service provider of the Services (whether arising prior to or after the Effective Date) in connection with users in Japan are agreed to be transferred and assigned to, and assumed by, Roblox Godo Kaisha ("Roblox Japan"). By using the Services, User consents and approves the said transfer and assignment. On or after the Effective Date, only Roblox Japan should be deemed as the issuer of Robux and as the direct service provider of the Services to Users in Japan.

## 2 ▼ Supplemental Terms for Robux, UGC and Paid Services under the User Terms

Notwithstanding Section 5 of the User Terms, any revocation of, modification to, or other changes relating to Robux shall be subject to, and implemented in accordance with, applicable mandatory requirements of Japanese law, including the Payment Services Act (Act No. 59 of 2009), where applicable.

In Japan, Robux can only be used for purchasing the Services which Roblox Japan provides on the Platform. In relation to UGC and other Paid Services, User may use Robux to purchase Services provided by Roblox Japan to make UGC or Paid Services available on the Platform. In this case, Services mean the Services provided by Roblox Japan to enable the access to and the use of UGC or Paid Services on the Platform. Any User may not purchase any goods or Services from any Creator or any other person other than Roblox Japan. Roblox Japan shall be responsible for Services provided by Roblox Japan as described above. However, UGC and Paid Services shall be provided on an "as-is" basis and Roblox Japan makes no representations or warranties regarding the content of the UGC. The Roblox Terms shall be interpreted to reflect the aforesaid principle.

## 3 ▼ Governing Law and venue

If you are an individual (excluding one who accepts the Roblox Terms as a business or for business purposes), Section 15.9 of the User Terms will not apply insofar as it is considered to prejudice your interests unilaterally in violation of Article 10 of the Consumer Contract Act.

## 4 ▼ Limitation of Liability

If you are an individual (excluding one who accepts the Roblox Terms as a business or for business purposes), the phrase "to the maximum extent permitted by applicable law" as provided in Section 14 of the User Terms shall be interpreted to mean "unless we are held liable due to our intentional act or gross negligence."

## 5 ▼ Pricing and Tax

When you purchase Robux and Paid Services on Roblox.com, Roblox Japan is the merchant of record. The price payable is the price indicated at the time of purchase, and includes applicable Japanese Consumption Tax that Roblox Japan assesses on your purchase, unless otherwise indicated at the time of purchase.

# ▼ Appendix B (South Korea)

1 ▼ Limitation of Liability

A. Notwithstanding anything to the contrary in the Roblox Terms, Roblox shall be liable for any damages caused by Roblox's willful misconduct or gross negligence.

B. To the maximum extent permitted by applicable law, a User shall be liable for any damages caused by the User's willful misconduct or negligence.

2 ▼ Right of withdrawal, etc.

A. If a User constitutes a consumer pursuant to applicable laws, such User shall have the right of withdrawal with respect to unused items within seven (7) days from the date of purchase, without any additional fees or penalties.

B. Transactions made by a minor User may be cancelled by the minor User or the minor User's legal guardian in case the legal guardian does not consent to the purchase made by the minor User.

C. Any statutory right to refunds Users may have under applicable laws shall not be restricted or limited by the Roblox Terms.

D. Notwithstanding anything to the contrary in the Roblox Terms, nothing in the Roblox Terms shall be construed as granting Roblox a license regarding Users' feedback beyond the scope permitted by applicable law.

3 ▼ Changes to the Services, and Amendments to the Terms

A. Roblox may change or suspend all or part of the Services in accordance with operational or technical needs in order to provide the Services smoothly, or where required for legal or regulatory reasons. In the case of Paid Services, all changes will be announced in advance within the Services; provided that, where changes are unavoidable, such as corrections of bugs or errors or urgent updates, or where a change does not constitute a material change, notice may be given after the fact.

B. In the event of any amendments to the Roblox Terms that are disadvantageous or material to Users, Roblox shall post a notice specifying the proposed changes and effective date within the Platform (or on a screen linked thereto) at least thirty (30) days prior to the effective date, and shall individually notify Users via email or in-app notification. In such cases, Roblox shall display a clear comparison between the pre-amendment and post-amendment provisions for the Users' easy understanding.

C. If a notice or notification issued pursuant to the preceding paragraph includes language stating that "if Users do not express an intent to object by the effective date, they will be deemed to have accepted the amended Terms," and a User does not express an intent to object by such effective date, the User shall be deemed to have consented to the amended Terms.

4 ▼ Domestic Agent

Domestic Agent designated under Game Industry Promotion Act

Pursuant to Article 31-2 of GIPA, our domestic agent is:

Name: Roblox Korea Ltd. (Representative: Mark Reinstra)

Address: 13-105 WeWork Yeoksam Station II, 14 Teheran-ro 26-gil, Gangnam-gu, Seoul, Republic of Korea

Telephone number: 02-6204-7999

E-mail: Robloxkorea@roblox.com

## ▼ Appendix C (Vietnam)

The supplemental provisions in this Part A apply to Users and Creators located in Vietnam. If there is any inconsistency or conflict between the Roblox Terms and these supplemental

provisions, these supplemental provisions shall prevail.

## A ▼ PART A – USERS IN VIETNAM

1. **Vietnam Player Terms** Users in Vietnam are required to use the Roblox-VNG application and its associated services ("**Roblox Vietnam**"). Roblox Vietnam is published and operated in Vietnam by Minh Phuong Thinh Communication Company Limited (the "**Vietnam Publisher**") under separate terms and conditions that apply to the use of Roblox Vietnam in place of the Roblox User Terms. In order to ensure the safety of all Users, your activities on Roblox Vietnam must comply with the Community Standards.
2. **Creators In Vietnam** Creators in Vietnam may use Roblox Studio and associated Services to create Experiences and Virtual Content. Roblox Studio and associated Services are provided by Roblox Corporation. If you are a Creator in Vietnam, your use of Roblox Studio and associated Services and any Experiences and Virtual Content that you make available using them is governed by the Roblox Creator Terms (as amended by Part B of these supplemental provisions with respect to publication on Roblox VNG).

   Your use of certain Creator-related Services offered by Roblox will also be subject to additional terms applicable to those Services, such as, but not limited to, the Developer Exchange Terms of Use and Creator Store Terms.

## B ▼ PART B – PUBLICATION OF CREATOR'S UGC VIA ROBLOX VIETNAM

The supplemental provisions in this Part B apply to the publication and distribution of Creator's UGC via Roblox Vietnam. They apply to all Creators whether located inside or outside of Vietnam. If there is any inconsistency or conflict between the Roblox Creator Terms and these supplemental provisions, these supplemental provisions shall prevail.

1. **Publication**. In order to comply with local regulations, Roblox Vietnam and associated UGC is published and operated in Vietnam by the Vietnam Publisher. You acknowledge and agree that your Creator's UGC may be made available to users of Roblox Vietnam ("**Vietnam Users**") by the Vietnam Publisher as a sub-licensee of Roblox under Section 2(b)ii of the Roblox Creator Terms.
2. **Purchases**. In order to comply with local regulations, Vietnam Players cannot purchase UGC directly from a Creator. Instead they must purchase from the Vietnam Publisher. If a Vietnam Player purchases Creator's UGC from the Vietnam Publisher, the purchase (whether for Robux or without charge) of Creator's UGC by a Vietnam Player will not establish any form of contractual relationship between Creator and that Vietnam Player. Rather, Creator's UGC will be sub-licensed to the Vietnam Player by the Vietnam Publisher. For the purposes of calculating Creator's eligibility to receive an Earned Robux and the relevant Robux Allocation under Section 4(b) of the Roblox Creator Terms, such a purchase transaction shall be treated in the same way as would apply to a direct sale from Creator to the player outside Vietnam. Sections 2(b) and 4 of the Roblox Creator Terms are deemed modified accordingly with respect to the publication, distribution or purchase of Creator's UGC under Roblox Vietnam to the extent that they are inconsistent with these supplemental provisions.
3. **License to Use Creator's UGC to Market Roblox Vietnam**. Creator retains all copyrights that Creator may hold in Creator's UGC. Creator hereby grants and agrees to grant to Roblox a perpetual, irrevocable, non-exclusive, royalty-free transferable license, with a power to sub-license through multiple levels to any person or entity (including, but not limited to, to the Vietnam Publisher), to use, in whole or in part, Creator's UGC and associated username in any media or channel of distribution now known or hereafter developed in connection with the publicity and marketing of Roblox Vietnam or the Services, even if Creator has exercised a right to be forgotten under the GDPR or equivalent right under other privacy laws. Roblox may also use Creator's UGC for non-commercial and educational uses to promote Roblox Vietnam or the Services (and Roblox will reasonably determine whether a use is non-commercial or educational).
4. **Review of Creator's UGC**. For the avoidance of doubt, Roblox does not have any obligation to permit distribution by Vietnam Publisher of any of Creator's UGC on Roblox Vietnam, and the Vietnam Publisher has no obligation to publish any of Creator's UGC on Roblox Vietnam. The suitability of Experiences and Virtual Content for publication in Vietnam may be subject to review (whether prior to publication or at any time thereafter) by Roblox

, the Vietnam Publisher and/or local regulatory authorities. Roblox and the Vietnam Publisher shall have the absolute discretion to filter, suspend or terminate the distribution and publication of any of Creator's UGC on Roblox Vietnam, in whole or in part, at any time and for any reason. Roblox and the Vietnam Publisher's determination with regard to such action shall be final. At its sole discretion, Roblox may contact Creator in connection with any action taken in accordance with this Section, and Creator may be given an opportunity to remedy or amend Creator's UGC and to resubmit it for publication on Roblox Vietnam.

# ▼ Appendix D (Australia)

## 1 ▼ Priority

To the extent of any inconsistency or conflict between the Roblox Terms and these supplemental provisions, the supplemental provisions shall prevail.

## 2 ▼ Compliance with the Online Safety Act

1. Roblox has obligations under the Online Safety Act 2021 (Cth) ("**AU OSA**") to take certain steps to keep our end-users safe from illegal or harmful content online. The content regulated by the AU OSA framework is divided up into different categories as follows:
   a. "**Class 1A material**", which is any of the following:

      i. child sexual exploitation material;
      ii. pro-terror material; or
      iii. extreme crime and violence material.

      Roblox's "Child Exploitation", "Terrorism and Violent Extremism", and "Violent Content and Gore" Community Standards are broad and cover class 1A material as defined within the AU OSA framework, among other types of violations.
   b. "**Class 1B material**", which is either of the following:

      i. crime and violence material; or
      ii. drug-related material.

      Roblox's "Violent Content and Gore" and "Illegal and Regulated Goods" Community Standards are broad and cover class 1B material as defined within the AU OSA framework, among other types of violations.
   c. "**Class 1C material**", which is any class 1 material which describes or depicts specific fetish practices or fantasies and is not class 1A material.

      Roblox's "Harassment and Discrimination", "Romantic and Sexual Content", "Violent Content and Gore", "Illegal and Regulated Goods" and "Suicide, Self Injury, and Harmful Behavior" Community Standards are broad and cover class 1C material as defined within the AU OSA framework, among other types of violations.
   d. "**Class 2A material**", which is class 2 material that is a film which depicts actual (not simulated) sexual activity between consenting adults.

      Roblox's "Romantic and Sexual Content" Community Standards are broad and cover class 2A material as defined within the AU OSA framework, among other types of violations.
   e. "**Class 2B material**", which is class 2 material which depicts high-impact sexually explicit images (including high-impact nudity).

      Roblox's "Romantic and Sexual Content" Community Standards are broad and cover class 2B material as defined within the AU OSA framework, among other types of violations.
2. Under the AU OSA, we are required to include certain provisions in our terms of use. These provisions are contained in the Roblox Terms (which incorporate the Community Standards).
3. The Community Standards prohibit certain types of content, including class 1A, class 1B material, class 1C material, class 2A material, class 2B material and any sharing of material via the service in the course of engaging with non-consensual sharing of intimate images, grooming of children, or sexual extortion on the Services. For Users in Australia, this means you must ensure the Services are not used, whether by you or by another person using your Account to:
   1. solicit, access, distribute, or store class 1A material, class 1B material, class 1C material,

class 2A material or class 2B material; or
2. share material via the service in the course of engaging with non-consensual sharing of intimate images, grooming of children, or sexual extortion.
4. Consistent with section 2(c) of the User Terms, you will be responsible for any actions taken in your Account and on the Services using your access credentials. For Users in Australia, this means you must ensure that any person who uses the Services with your Account complies with the Roblox Terms.
5. This Appendix F does not in any way limit any of your other obligations under the Roblox Terms.

***Effective Date: November 1, 2026***

TE - Roblox ఉపయోగ నిబంధనలు 20261101.pdf
900 KB · Download

HI - Roblox प्लैटफ़ॉर्म के उपयोग की शर्तें 20261101.pdf
900 KB · Download

AR - شروط استخدام Roblox 20261101.pdf
1 MB · Download

ZH-TW - Roblox 使用條款 20261101.pdf
1 MB · Download

VI - Điều khoản Sử dụng của Roblox 20261101.pdf
900 KB · Download

ZH-CN - Roblox使用条款 20261101.pdf
1000 KB · Download

TR - Roblox Kullanım Koşulları 20261101.pdf
500 KB · Download

ES - Términos de uso de Roblox 20261101.pdf
400 KB · Download

EN-US Roblox Terms of Use 20261101.pdf
400 KB · Download

TA - Roblox பயன்பாட்டு விதிமுறைகள் 20261101.pdf
900 KB · Download

PL - Warunki korzystania z Roblox 20261101.pdf
600 KB · Download

TH - ข้อกำหนดการใช้งานของ Roblox 20261101.pdf
700 KB · Download

ID - Roblox Ketentuan Penggunaan 20261101.pdf
400 KB · Download

IT - Condizioni di utilizzo di Roblox 20261101.pdf
400 KB · Download

DE - Nutzungsbedingungen von Roblox 20261101.pdf
400 KB · Download

KO - Roblox 이용 약관 20261101.pdf
1 MB · Download

MR - Roblox वापराच्या अटी 20261101.pdf
800 KB · Download

JA - Roblox利用規約 20261101.pdf
1 MB · Download

NL - Roblox past het gebruiksvoorwaarden 20261101.pdf
400 KB · Download

FR - Conditions d'utilisation de Roblox 20261101.pdf
400 KB · Download

PT-BR - Termos de Uso da Roblox 20261101.pdf
400 KB · Download

BN-IN - Roblox ব্যবহারের শর্তাবলী 20261101.pdf
800 KB · Download

Need more help? Contact support here.

Related articles

Roblox Privacy and Cookie Policy

Content Maturity Ratings

Roblox Community Standards

Where are my Robux?

Roblox Accessibility Statement