# Exhibit 5
# to Supplemental Declaration of R. Jit


Updated Agreements
We have updated our Terms of Service and Privacy Policy effective November 1, 2026. By clicking "Agree", you agree to these changes. If you are under 18, you also confirm your parent/guardian has reviewed and agreed to them.
Terms of Use
Privacy Policy
I Agree