COOLEY LLP
Tiana Demas (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

Max A. Bernstein (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

This document relates to:

3:25-cv-03520
3:25-cv-10982
3:26-cv-01681
3:25-cv-10812
3:25-cv-10607
3:25-cv-07291

MDL No. 3166

Case No. 3:25-md-03166-RS

**DECLARATION OF ANNAPOORNA MANOHAR IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S REPLY IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION**

Date: January 13, 2027
Time: 9:30 a.m.
Courtroom: 12, 19th Floor
Judge: Hon. Richard Seeborg

**[FILED CONCURRENTLY WITH REPLY IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION]**

Judge Richard Seeborg

I, Annapoorna Manohar, declare as follows:

1. I am a data engineering manager at Roblox Corporation ("Roblox"). Since January 2019, I have been responsible for creating tools and frameworks that help teams across the company reliably access, understand, and use Roblox data for financial reporting purposes. My work includes managing and working with different datasets concerning user activity. Through that work, I have become familiar with the systems and records concerning user account activity. I make the statements in this declaration based on my personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently to the matters stated herein.

2. I have reviewed the Roblox user account records for Plaintiff C/J.H. and Plaintiff H/M.D. found in the exhibits attached to the Declaration of Ronita Jit in Support of Roblox's Omnibus Motion to Compel Arbitration ("Jit Decl."), Dkt. No. 452-1. I have also read the Declaration of Justin Seitz filed in support of the Opposition to Roblox's and Discord's Respective Motions to Compel Arbitration ("Seitz Decl."), Dkt. No. 479-14. I submit this declaration in support of Roblox's Reply in Support of its Omnibus Motion to Compel Arbitration (the "Reply").

3. Roblox maintains account records for each of the accounts that the Plaintiffs have claimed. These records show, among other things, when each account (i) was created, (ii) was used to agree to updates to Roblox's Terms of Use, and (iii) was used to log in.

4. The account records come from different data sources. The daily login history records referred to in Mr. Seitz's declaration come from a particular dataset or "table" maintained by Roblox's finance team. *See* Seitz Decl. ¶ 28(a) (describing "login timestamps" contained in Jit Decl. Ex. 59 at 62 and Ex. 70 at 3, 19). That table is named "daily login history" and is used for financial reporting, including securities filings, for reporting the total number of Roblox's daily unique active users.

5. Importantly, until April 2019, the daily login history table did not record a timestamp for logins. That is because for purposes of accurately reporting the number of daily unique active users, it was not necessary to record how many times a given user logged in per day. What mattered was reporting the total number of unique users who had logged in at any time on that day. Because timestamps for pre-April 2019 logins were not recorded, all timestamps in this table predating April 1, 2019 appear as "0:00." This simply reflects a null value, meaning there is no timestamp because it was not recorded, but a login occurred on that day.

6. From April 1, 2019 forward, the daily login history table contains timestamps for logins because Roblox began recording timestamps for this table.

7. As such, it is not accurate to state that pre-April 2019 timestamps of 0:00 from the daily login history table are "anomalous" or "unreliable" or "strange." *See* Seitz Decl. ¶¶ 28(a), 32. Those 0:00 timestamps are consistent for any login activity recorded in the daily login history table that predates April 1, 2019, as discussed above.

8. I have examined the login records with 0:00 timestamps referred to in Mr. Seitz's declaration and have confirmed that all records taken from the daily login history table prior to April 1, 2019 have 0:00 timestamps. *See* Jit Decl., Ex. 59, Dkt. 448-2, at 62 (RBLX-MDL-00152210); Ex. 70, Dkt. 449-3, at 3, 19 (RBLX-MDL-00150199, RBLX-MDL-00150252).

9. I have also examined the records concerning Plaintiff H/M.D.'s account discussed at paragraph 28(a) of Mr. Seitz's declaration. *See* Seitz Decl. ¶ 28(a) n.17 (citing Jit Decl. Ex. 70 at 3 (RBLX-MDL-00150199)).[1] Those records, which appear in the "user" file, do not come from the daily login history table maintained by the finance team; they come from another source, which

[1] In footnote 17 of his declaration, Mr. Seitz mistakenly refers to Jit. Decl. Ex. 70 at 3 as RBLX-MDL-00150252. The correct Bates stamp, RBLX-MDL-00150199, appears on the native coversheet at page 2. In this declaration, I refer to the correct Bates stamp, RBLX-MDL-00150199.

records, among other things, the date and time of a Roblox account creation. The account creation data source recorded timestamps in 2019. That is why the account creation record for Plaintiff H/M.D.'s account in the "user" file shows an account creation date of 1/6/2019 at 22:29 (UTC). As discussed above, all entries for the daily login history table prior to April 1, 2019 did not record timestamps, and all timestamps for that period appear as 0:00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed November 19, 2026, in San Mateo, California.

By Annapoorna Manohar
Annapoorna Manohar