COOLEY LLP
TIANA DEMAS (*pro hac vice*)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
Email: tdemas@cooley.com

MAX A. BERNSTEIN (305722)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222
Email: mbernstein@cooley.com

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>3:25-cv-03520<br>3:25-cv-10982<br>3:26-cv-01681<br>3:25-cv-10812<br>3:25-cv-10607<br>3:25-cv-07291 | **DECLARATION OF TOBY TEEL IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S REPLY IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION**<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Richard Seeborg<br><br>**[FILED CONCURRENTLY WITH REPLY IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION]**<br><br>Judge Richard Seeborg |

I, Toby Teel, declare as follows:

1. Since approximately October 2023, I have been a technical director at Roblox Corporation ("Roblox") on the Core Services team within Infrastructure. Before that, I was a software engineer at Roblox. I am responsible for overseeing Roblox's system architecture and integrations with data provided by third-party vendors such as MaxMind.

2. Through my work at Roblox, I have become familiar with the systems and records that, among other things, relate to user account activity. I make the statements in this declaration based on my personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently to the matters stated herein.

3. I have reviewed the Roblox user account records for Plaintiff J.H. and Plaintiff A.J. found in the exhibits to the Declaration of Ronita Jit in Support of Roblox's Omnibus Motion to Compel Arbitration (Dkt. 452-1). I have also read the Declaration of Justin Seitz in Support of Plaintiffs' Opposition to Roblox's and Discord's Motions to Compel Arbitration (Dkt. 479-14). I submit this declaration in support of Roblox's Reply in Support of its Omnibus Motion to Compel Arbitration (the "**Reply**").

4. In the normal course of its business, Roblox records the Internet Protocol ("IP") addresses of its users when they log into their Roblox accounts. An IP address is a unique numerical label assigned to a device connected to a computer network that uses the Internet Protocol to communicate. IP addresses are the internet equivalent of a mailing address, which lets computers and other internet-connected devices find and talk to each other. Many IP addresses, called "dynamic" IP addresses, change over time. A dynamic IP address is a temporary network address that an internet service provider or local router automatically assigns to a device from a shared pool of internet addresses. The IP addresses are handed out automatically using a Dynamic Host Configuration Protocol ("DHCP") server, and the IP addresses are assigned for a set period of time. When the period expires or the router is rebooted, the IP address may change if a new one is pulled from the pool. Most residential cable, fiber, and DSL internet setups use dynamic IP addresses. Dynamic IPs are also commonly used by public and guest Wi-Fi networks.

5. The IP address records for Plaintiffs J.H. and A.J. referred to in paragraph 24(d) of

the Seitz declaration are contained in the Roblox user data file titled "IP history."[1] This file pulls from two different sources: (1) Roblox's records of account login IPs; and (2) downloadable MaxMindGeoIP City databases provided by the third-party vendor MaxMind. Columns A–C of "IP history" contain the IP address ("address"), the date on which the Roblox account first logged into Roblox from that IP address ("first accessed"), and the date on which the Roblox account last logged into Roblox from that IP address ("last accessed"). Roblox collects this data directly from the user. Columns D–H of "IP history" show the predicted country, region, and city, the Internet Service Provider ("ISP") and Virtual Private Network ("VPN") type. This data comes from MaxMindGeoIP City downloadable databases ("MaxMind Databases"), which estimate the locations of IP addresses based on many factors, including ISP registration data.

6. The information in columns A–C of the "IP history" file is recorded by Roblox when the IP address first and last logs into a Roblox account.[2] In contrast, the country, region, city, ISP, and vpn_type information from MaxMind Databases is not overlaid onto the IP address information collected by Roblox until the "IP history" file is pulled. As such, this information may vary depending on the contents of the MaxMind Databases when the "IP history" file was pulled, as these MaxMind databases are refreshed weekly. That is why the same IP addresses in the "IP history" file may show a different predicted city and state depending on when the file was extracted. Based on my experience, the predicted city/state may change when MaxMind updates its databases and could reflect, among other things, an ISP reallocating an IP address to a different location. In

[1] *See* Seitz Decl. ¶ 24(d)(i) (citing RBLX-MDL-00102541 and RBLX-MDL-00152183, the "IP history" files for Plaintiff J.H.'s Roblox account with the username H****h, produced on June 16, 2026 and September 18, 2026, respectively); *id.* at ¶ 24(d)(ii) (citing RBLX-MDL-00015214 and RBLX-MDL-00148601, the "IP history" files for Plaintiff A.J.'s Roblox account with the username a*********l, produced on June 16, 2026 and September 18, 2026, respectively). Though it would not change the analysis, for the sake of clarity, I note that Mr. Seitz's analysis corresponds to files for Plaintiff A.J.'s account with the username a*********x not a*********l.

[2] The "IP history" is written to Roblox's logs only for specific common user activities on the apps (signup, login, opening or switching to the app) and website (visiting web pages). Also, IPs are only written to these logs if an activity occurred more than one hour after the last IP record for that user. As such, first and last accessed columns can be the same if a user used the app less than one hour, or did not do any of the activities listed after an hour elapsed. Because Roblox does not record an IP address for all activities, including when users agree to updated terms, the "last accessed" column in "IP history" will not always include the date the user agreed to the terms. This would happen, for example, if the user was still logged into the same session from the same IP address when they accepted the terms.

my experience, these changes occur in the ordinary course of network operations, as ISPs often reallocate sets of IP addresses across their network infrastructure.

7. Based on my examination of the "IP history" files referred to in Mr. Seitz's declaration, there is no "inconsistency" in the IP address information contained in columns A–C. The IP addresses, first accessed date, and last accessed date are consistent through both sets of records, unless there is new recorded IP information that had not occurred as of the date of the first record. This is not an inconsistency; it is simply new data. As discussed above, the city/state for a given IP may differ between "IP history" files pulled on two different dates because the city/state overlay is applied when the file is pulled, not when the IP login occurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed November 20, 2026 in San Mateo, California.

By: /s/ Toby Teel
Toby Teel