Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>No. 3:25-cv-3520<br><br>No. 3:25-cv-5753<br><br>No. 3:26-cv-810<br><br>No. 3:25-cv-10607<br><br>No. 3:25-cv-7291 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**SUPPLEMENTAL DECLARATION OF BEN ROBBINS IN SUPPORT OF DEFENDANT DISCORD INC.'S REPLY IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>[Omnibus Reply ISO Motion to Compel Arbitration and Stay Litigation Filed Concurrently]<br><br>Hon. Richard Seeborg<br><br>Date: January 13, 2027<br>Time: 9:30 a.m.<br>Courtroom: 12 |

**SUPPLEMENTAL DECLARATION OF BEN ROBBINS**

I, Ben Robbins, declare:

1. ***Qualifications of Declarant.*** As stated in my initial declaration, Dkt. No. 442-2 ("Robbins Declaration"), I am the Principal eDiscovery Manager at Discord Inc., where I have worked since 2025. I make this supplemental declaration based on my personal knowledge and experience, discussions with personnel within Discord, and Discord's records kept in the ordinary course of business. I am over the age of eighteen and am competent to testify as to the matters set forth below.

2. ***Process of Identifying Plaintiffs' Accounts in the First Instance.*** As stated in my initial declaration, Plaintiffs provided Discord with information to locate their Discord accounts, as required by the Court's User Account Information Order process. After receiving that information, including the email addresses or phone numbers that Plaintiffs may have used to register for Discord, as well as potential Discord User IDs or usernames, I searched Discord's business records for all potential Plaintiff accounts. I conducted these searches in May and June 2026. Discord's Omnibus Motion to Compel Arbitration and Stay Litigation ("Motion") relied on the accounts identified and claimed by the Plaintiffs by the end of June 2026. *See* Robbins Decl. Ex. A (Appendix of User Account Information, hereinafter "App."). In August and September 2026, I conducted data refreshes to determine the latest date that each of those accounts was used.

3. ***Additional Doe A Accounts.*** On October 28, 2026, I conducted a search to determine whether Doe A (the plaintiff in Case No. 3:25-cv-03520) had created any new Discord accounts in the time since my initial searches in May and June 2026. This analysis looked for accounts that share identifying information with the accounts previously identified for Doe A: an email address or phone number currently or previously associated with the account, or at least two of the following in Discord's login and registration records: IP address, device identifier, and browser cookie identifier. Through this process, I identified two additional accounts likely belonging to Doe A, which were created in September and October 2026. These accounts are associated with the phone number [redacted]. That phone number is also associated with

the Discord account with User ID [redacted], which Doe A previously claimed. *See* App. at 1. A Supplemental Appendix listing the username(s), account user ID, account creation date and method, account registration date, dates of assent to Terms of Service updates, applicable Terms of Service accepted, latest account activity date, and date of birth stored in the user account record for each of the additional accounts is attached to this declaration as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2026 in San Francisco, California.

Signed by:
Ben Robbins
1B95C8B3BB574C2...

Ben Robbins

# EXHIBIT A

Docusign Envelope ID: 2573CDCF-17B0-8A3B-80C4-6B6A2D150684


## Supplemental Appendix of Bellwether Plaintiffs' Account Information: Additional Doe A Accounts

| Doe | Username(s) | Account User ID | Account Creation Date | Account Registration Date | Account Creation Method | Dates of Terms Update Assents | Terms Accepted | Post-Complaint Use (Latest Date) | Date of Birth Stored in User Account Record |
|---|---|---|---|---|---|---|---|---|---|
| A | [redacted] | [redacted] | 9/8/2026 | 9/8/2026 | Android | N/A | 2025 | 09/08/2026 | None |
| A | [redacted] | [redacted] | 10/22/2026 | 10/22/2026 | Android | N/A | 2025 | 10/28/2026 | None |