Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>No. 3:25-cv-3520<br><br>No. 3:25-cv-5753<br><br>No. 3:25-cv-7291<br><br>No. 3:25-cv-10607<br><br>No. 3:26-cv-810 | **DEFENDANT DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Hon. Richard Seeborg |

Defendant Discord Inc. brings this Administrative Motion under Civil Local Rules 7-11 and 79-5(f) to seek provisional sealing of certain portions of the materials filed in support of Discord's concurrently filed Reply in Support of Omnibus Motion to Compel Arbitration and Stay Litigation.

For documents designated as protected material by another party or non-party (the "Designating Party"), Civil Local Rule 79-5(f)(1) requires that the party filing such materials "identify each document or portions thereof for which sealing is sought." Then, "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration" explaining the basis for keeping the document or portions thereof sealed. Civil L.R. 79-5(f)(3).

These materials contain information—specifically what Discord believes to be Doe A's Discord user IDs, Discord usernames, and the phone number associated with certain Discord accounts—that Doe A has asked Discord to provisionally file under seal, as described in detail below:

| **Document** | **Portions to Seal** | **Reason(s)** |
|---|---|---|
| Supplemental Declaration of Ben Robbins ISO Reply ISO Omnibus Motion to Compel Arbitration and Stay Litigation | Highlighted portions at pages 1-2 and Exhibit A (Supplemental Appendix). | References Doe A's Discord usernames, Discord user IDs, and a phone number associated with certain Discord accounts |

Discord takes no position as to the confidentiality of the above information and files this Administrative Motion to provide Doe A with the opportunity to support the sealing request in accordance with Civil Local Rule 79-5(f)(3).

DATED: November 20, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Ambika Kumar*
Ambika Kumar
Adam S. Sieff
Xiang Li
Marcy Blattner Micale

*Attorneys for Defendant Discord Inc.*