Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

This document relates to:

No. 3:25-cv-3520

No. 3:25-cv-5753

No. 3:25-cv-7291

No. 3:25-cv-10607

No. 3:26-cv-810

MDL No. 3166
Case No. 3:25-md-03166-RS

**[PROPOSED] ORDER GRANTING DEFENDANT DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**

Hon. Richard Seeborg

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant Discord Inc.'s ("Discord") Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) ("Motion"), which seeks to provisionally seal limited portions of the materials filed in support of Discord's Reply in Support of Omnibus Motion to Compel Arbitration and Stay Litigation. Discord seeks to provisionally redact limited portions of the Supplemental Declaration of Ben Robbins (including Exhibit A).

Having considered Discord's Motion, and for the reasons stated therein, the Motion is **GRANTED** as follows:

The information designated as confidential in the following documents shall remain under seal until the Court determines whether the material at issue warrants sealing:

- Supplemental Declaration of Ben Robbins (including Exhibit A)

**IT IS SO ORDERED.**

Dated: ______________________, 2026.

By ___________________________________
Honorable Richard Seeborg
United States District Judge