Ambika Kumar (*pro hac vice*)
ambikakumar@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206-622-3150
Fax: 206-757-7777

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br>This document relates to:<br>No. 3:25-cv-3520<br>No. 3:25-cv-5753<br>No. 3:25-cv-7291<br>No. 3:25-cv-10607<br>No. 3:25-cv-10982<br>No. 3:26-cv-810 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br>**CERTIFICATE OF SERVICE REGARDING UNDER SEAL SUPPLEMENTAL DECLARATION OF BEN ROBBINS IN SUPPORT OF DEFENDANT DISCORD INC.'S REPLY IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br>Hon. Richard Seeborg |

**CERTIFICATE OF SERVICE**

*In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*
MDL No. 3166, Case No. 3:25-md-03166-RS

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 50 California Street, 23rd Floor, San Francisco, CA 94111.

On November 20, 2026, I further declare I served a copy of:

**DEFENDANT DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**

**SUPPLEMENTAL DECLARATION OF BEN ROBBINS IN SUPPORT OF DEFENDANT DISCORD INC.'S REPLY IN SUPPORT OF OMNIBUS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION [FILED UNDER SEAL]**

**[PROPOSED] ORDER GRANTING DEFENDANT DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**

I caused such documents to be transmitted via electronic mail on the parties as follows:

**Plaintiffs:** via email to RobloxMDLPlaintiffsLiaison@girardsharp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed at San Francisco, California, this 20th day of November, 2026.

Aysha D. Lewis