**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-05753 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**PLAINTIFF P.C.'S NOTICE OF ERRATA RE: DECLARATION OF P.C. IN SUPPORT OF OPPOSITION TO DEFENDANT DISCORD INC.'S MOTION TO COMPEL ARBITRATION**<br><br>**Judge**: Hon. Richard Seeborg<br>**Hearing Date**: January 13, 2027<br>**Time**: 9:30 a.m. |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 27, 2026, Plaintiffs filed their Omnibus Opposition to Defendants' Motions to Compel Arbitration, ECF No. 479, which included the declaration of Plaintiff P.C., ECF No. 479-8.

P.C. signed her declaration on October 25, 2026, before the Opposition was filed. Because of a technical error, her signature did not appear on the version filed with the Court.

A corrected declaration showing P.C.'s signature is attached as **Exhibit A**. It is identical in every respect to the declaration previously filed at ECF No. 479-8 except that it shows P.C.'s signature.

Plaintiffs respectfully request that the Court consider the attached declaration of P.C. in place of ECF No. 479-8.

Dated: November 23, 2026

Respectfully submitted,

By: *<u>/s/ D. Patrick Huyett</u>*

D. Patrick Huyett (*pro hac vice*)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
phuyett@anapolweiss.com

# Exhibit A

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION<br><br>This document relates to:<br><br>*Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-05753 | MDL No. 3166<br>Case No. 3:25-md-03166-RS<br><br>**PLAINTIFF P.C.'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT DISCORD'S MOTION TO COMPEL ARBITRATION** |

I, P.C., declare as follows:

1. I am the minor plaintiff in *Jane Doe v. Roblox Corp. et al.*, No. 3:25-cv-05753 (N.D. Cal.).

2. I make the statements in this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

3. I am currently 15 years old.

4. I have never read Discord's Terms of Service.

5. I stopped using Discord before signing this declaration and do not currently use that platform.

6. I disaffirm all contracts I may have entered with Discord at any time, including specifically any arbitration agreement and any delegation provision in those contracts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 25, 2026.

P.C.

P.C.