**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL NO. 3166<br><br>Case No. 25-md-03166-RS (ASK)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND DEADLINES RE: PLAINTIFFS' STATEMENTS IN SUPPORT OF SEALING** |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants Roblox and Discord (collectively, "Defendants"), by and through their counsel of record or, in the case of Plaintiffs, through their court-appointed leadership counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs' statement in support of sealing in response to Defendants Roblox's and Discord's Administrative Motions to Consider Whether Another Party's Material Should Be Sealed, Dkt. Nos. 509, 512, is currently due the day after Thanksgiving, on November 27, 2026,

WHEREAS, the Parties have reached an agreement to extend the time for Plaintiffs to respond by seven days, to and including December 4, 2026;

THEREFORE, the Parties hereby stipulate and agree to extend the deadline for Plaintiffs' statement in support of sealing from November 27, 2026, to December 4, 2026.

**IT IS SO STIPULATED.**

Dated: November 24, 2026

Respectfully submitted,

By: <u>*/s/ Sarah R. London*</u>
Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac vice*)
Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com
ivelez@girardsharp.com

By: <u>*/s/ Alexandra M. Walsh*</u>
Alexandra M. Walsh (*pro hac vice forthcoming*)
D. Patrick Huyett (*pro hac vice forthcoming*)
Paige Boldt (SBN 308772)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com

By: <u>*/s/ Bryan F. Aylstock*</u>
Bryan F. Aylstock (*pro hac vice*)
Hillary Nappi (*pro hac vice*)
Jennifer Hoekstra (*pro hac vice forthcoming*)
**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com

*Co-Lead Counsel for Plaintiffs*

Joe Masterman (*pro hac vice*)
**COOPER MASTERMAN, PLLC**
1717 Pennsylvania Ave, NW
Washington, DC 20006
Tel: (202) 866-0171
joe@coopermasterman.com

Andre M. Mura (SBN 298541)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: 510-350-9717
amm@classlawgroup.com

*Co-Chairs of Law and Briefing*
(with Andrew Kaufman of Girard Sharp)

By: */s/ Max Bernstein*

Max. A. Bernstein (SBN 305722
Simona Agnolucci (SBN 246943)
Ashley K. Corkery (SBN 301380)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 293-2000
sagnolucci@cooley.com
mbernstein@cooley.com
acorkery@cooley.com

Tiana Demas (*pro hac vice*)
**COOLEY LLP**
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
tdemas@cooley.com

*Attorneys for Defendant*
ROBLOX CORPORATION

By: */s/ Ambika Kumar*

Ambika Kumer (*pro hac vice*)
Xiang Li
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3100
ambikakumar@dwt.com
xiangli@dwt.com

Adam S. Sieff
**DAVIS WRIGHT TREMAINE LLP**
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

Sarah E. Burns
Sam F. Cate-Gumpert
**DAVIS WRIGHT TREMAINE LLP**
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
sarahburns@dwt.com
samcategumpert@dwt.com

*Attorneys for Defendant*
DISCORD INC.

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: November 24, 2026 By: */s/ Andre M. Mura*
Andre M. Mura

**~~[PROPOSED]~~ ORDER**

Pursuant to the foregoing stipulation, and for good cause shown, the deadline for Plaintiffs' statements in support of sealing is extended to December 4, 2026.

**IT IS SO ORDERED.**

Dated: November 25, 2026

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE