UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br>Case No. 3:25-md-03166-RS |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND ~~[PROPOSED]~~ ORDER RE: SCHEDULE FOR SUBSTITUTE DISCORD PILOT MOTION TO COMPEL ARBITRATION**<br><br>Hon. Richard Seeborg |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Discord Inc. stipulate as follows:

1. Plaintiff A.W., Case No. 3:25-cv-10982, voluntarily dismissed their complaint, a pilot case for motions to compel arbitration, with prejudice;

2. Discord has identified a substitute pilot case for briefing, Case No. 25-cv-07686, and Plaintiff in that case has confirmed they do will not amend their Plaintiff-specific allegations but will, as in other pilot cases, amend the complaint to restate those allegations and incorporate the Arbitration Bellwether Common Pleading (ECF No. 395);

3. The parties have reached agreement on a schedule for supplemental briefing in the substitute pilot case so that Discord's motion to compel arbitration of the claims in that case can be heard January 13, 2027, during the scheduled hearing on the omnibus motions to compel arbitration brought by Roblox Corporation and Discord;

4. The parties stipulate and agree to the following schedule:

| **Event** | **Deadline** |
|---|---|
| Plaintiff's Amended Complaint Due | November 30, 2026 |
| Discord's Motion to Compel Arbitration Due (not to exceed 12 pages) | December 7, 2026 |
| Plaintiffs' Opposition to Discord's Motion to Compel Arbitration Due (not to exceed 12 pages) | December 21, 2026 |
| Discord's Reply in Support of Motion to Compel Arbitration Due (not to exceed 6 pages) | January 6, 2027 |
| Hearing on Discord's Motion to Compel Arbitration | January 13, 2027 |

IT IS SO STIPULATED.

DATED: November 24, 2026

Respectfully submitted,

By: */s/ Ambika Kumar*
Ambika Kumar

Ambika Kumer (*pro hac vice*)
Xiang Li
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3100
ambikakumar@dwt.com
xiangli@dwt.com

Adam S. Sieff
Marcy Blattner Micale
**DAVIS WRIGHT TREMAINE LLP**
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com
marcymicale@dwt.com

Sarah E. Burns
Sam F. Cate-Gumpert
**DAVIS WRIGHT TREMAINE LLP**
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
sarahburns@dwt.com
samcategumpert@dwt.com

*Attorneys for Defendant*
DISCORD INC.

Dated: November 24, 2026

By: /s / *Sarah R. London*

Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac vice*)
Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com
akaufman@girardsharp.com
ivelez@girardsharp.com

By: /s / *Paige Boldt*

Alexandra M. Walsh (*pro hac vice forthcoming*)
D. Patrick Huyett (*pro hac vice forthcoming*)
Paige Boldt (SBN 308772)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
awalsh@anapolweiss.com
phuyett@anapolweiss.com
pboldt@anapolweiss.com

By: /s / *Bryan F. Aylstock*

Bryan F. Aylstock (*pro hac vice*)
Hillary Nappi (*pro hac vice*)
Jennifer Hoekstra (*pro hac vice forthcoming*)
**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
HNappi@awk-saa.com
JHoekstra@awkolaw.com

*Co-Lead Counsel for Plaintiffs*

Joe Masterman (*pro hac vice*)
**COOPER MASTERMAN, PLLC**
1717 Pennsylvania Ave, NW
Washington, DC 20006
Tel: (202) 866-0171
joe@coopermasterman.com

Andre M. Mura (SBN 298541)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: 510-350-9717
amm@classlawgroup.com

*Co-Chairs of Law and Briefing*
(with Andrew Kaufman of Girard Sharp)

**ATTESTATION**

I, Ambika Kumar, attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 24, 2026

By: */s/ Ambika Kumar*

Ambika Kumar
Attorneys for Defendant
DISCORD INC.

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the following deadlines are hereby ORDERED:

| **Event** | **Deadline** |
|---|---|
| Plaintiff's Amended Complaint Due | November 30, 2026 |
| Discord's Motion to Compel Arbitration Due (not to exceed 12 pages) | December 7, 2026 |
| Plaintiffs' Opposition to Discord's Motion to Compel Arbitration Due (not to exceed 12 pages) | December 21, 2026 |
| Discord's Reply in Support of Motion to Compel Arbitration Due (not to exceed 6 pages) | January 6, 2027 |
| Hearing on Discord's Motion to Compel Arbitration | January 13, 2027 |

**IT IS SO ORDERED.**

Dated: November 25, 2026

By ______________________
Honorable Richard Seeborg
United States District Judge